IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

          v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

    Upon joint request of the parties, and good cause appearing, it is HEREBY ORDERED that, effective May 22, 2007, the above-captioned case shall be subject to Northern District of California General Order No. 45 (Electronic Case Filing). Accordingly, as of May 22, 2007, all filings in this action must be made electronically. General Order No. 45 and information pertaining to the Court's electronic case filing program is available on the Court's website at www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 8, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE