IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

<u>ORDER (1) NOT RELATING CASES, AND (2) DENYING MOTION TO INTERVENE</u>

On May 7, 2007, Mr. Gibson, currently confined at Salinas Valley State Prison, filed a "Request for Joiner [sic] of Case, or Transfer and Motion to Intervene as a matter of Right."

To the extent that Mr. Gibson is seeking an order relating his individual case, *Gibson v. Evans*, C06-0835 VRW-PR to the instant case, the Court finds that the cases are NOT related.

To the extent that Mr. Gibson is seeking to intervene in the instant case as a matter of right under Fed. R. Civ. P. 24(a), the Court finds that the request should be denied. The fact that Plaintiff seeks an investigation into his medical claims by the Receiver in *Plata* does not justify intervention as a matter of right under the strict requirements of Fed. R. Civ. P. 24(a). Accordingly, Mr. Gibson's motion to intervene is also denied.

**IT IS SO ORDERED.**

Dated: May 23, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE