IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

    The Court is in receipt of the (1) Receiver's Motion for Waiver of State Law Re Physician Clinical Competency Determinations, (2) Plaintiffs' and Defendants' Statements of Non-Opposition, and (3) California State Personnel Board's Response.  Good cause appearing, it is HEREBY ORDERED that any replies to the State Personnel Board's response shall be filed no later than Friday, June 15, 2007.  The matter shall then be submitted on the papers unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: 6/4/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE