1 | PRISON LAW OFFICE
DONALD SPECTER #83925
2 | STEVEN FAMA #99641
ALISON HARDY #135966
3 | General Delivery
San Quentin, CA 94964
4 | Telephone: (415) 457-9144
Facsimile: (415) 457-9151

5

JONES DAY
6 | CAROLINE MITCHELL #143124
555 California Street, 25th Floor
7 | San Francisco, CA 94104
Telephone: (415) 626-3939

8

Attorneys for Plaintiffs

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Thelton Henderson
C01-1351 T. E. H.

E-Filing

FILED
JUN 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

　　Plaintiffs,

　　v.

ARNOLD SCHWARZENEGGER, et al.,

　　Defendants.

No. C-01-1351 T.E.H.

STIPULATION AND ORDER FOR
COLLECTION OF UNDISPUTED
ATTORNEYS' FEES AND COSTS
FOR FIRST QUARTER OF 2007

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections.

Stipulation and Order Re: Collection of First Quarter Fees
*Plata v. Schwarzenegger*, No. C-01-1351 T.E.H.

1  The Order also states that defendants shall have thirty (30) days from the entry of the order
2  to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-
3  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

4  Pursuant to this procedure, plaintiffs' counsel served their amended fourth quarter
5  billing statement demanding $214,576 for the period from January 1, 2007 through March
6  31, 2007 on April 30, 2007.

7  WHEREFORE, defendants agree to pay plaintiffs' counsel $214,576 within 30
8  days of the signing of this Order. On the 31st day following the entry of this Order, interest
9  on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e.,
10 the weekly average 1 year constant maturity Treasury yield for the calendar week
11 preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: June 4, 2007

                                       /s/
                                    Alison Hardy
                                    Attorney for Plaintiffs

Date: June ____, 2007

                                       /s/
                                    Charles Antonen
                                    Deputy Attorney General
                                    Attorney for Defendants

I, Alison Hardy, attest that Charles J. Antonen signed this document on June 4, 2007.

IT IS SO ORDERED.

Date: __6/11__, 2007

                                    Honorable Thelton E. Henderson
                                    United States District Court Judge