IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

     The Court is in receipt of a request from the State Personnel Board ("SPB") relating to the Receiver's Motion for Waiver of State Law Re Physician Clinical Competency Determination. Specifically, the SPB requests that the Court schedule a hearing or grant it permission to file a supplemental response to the Receiver's reply memorandum, filed June 15, 2007. The Court hereby grants the SPB permission to file a supplemental response no later than Friday, July 6, 2007. The Court will thereafter notify the parties and the SPB if it intends to hold a hearing on the motion.

**IT IS SO ORDERED.**

Dated: June 26, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE