United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

The Court is in receipt of the Receiver's "Supplemental Application No.1 for Order Waiving State Contracting Statutes, Regulations and Procedures, Approving Receiver's Substitute Procedures for Bidding and Award of Contracts, and Approving Nunc Pro Tunc ACNL Supervisory Nurse Training Contract," filed June 27, 2007. Pursuant to the Court's Order of February 14, 2006 at ¶ II(D), the Court sets forth the following procedure for consideration of this matter. All parties shall file their response to this application no later than 14 calendar days from the date of this Order. Given that the Governor of California is a named Defendant, the Court contemplates that such responses shall include any responses from the pertinent state agencies reporting to the Governor, including the Department of General Services, who the Receiver served with this application. Any reply thereto by the Receiver shall be due no later than seven calendar days from the date of the E-filing of the

response. Upon receipt of the above papers, the Court shall determine whether any further proceedings are appropriate, and if so, notify the parties. If the Court issues no further procedural orders, the matter shall be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: June 28, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2