IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

    The Court is in receipt of a motion filed by Christopher Burns, proceeding *pro se*, captioned "Motion Requesting the Court to Issue an Order Placing Plaintiff in the Court's Custody and for Good Cause Appearing Remand Plaintiff to Federal Custody." Mr. Burns states that he has been denied adequate medical, mental health, and dental care by the State. He requests that the Court take custody of him and remand him to federal custody.

    The motion must be denied. As this is a class action, class members must proceed through class counsel and can not seek relief on an individual *pro se* basis. The relief requested is also beyond the scope of this case or this Court's jurisdiction. To the extent that Mr. Burns believes that he is being denied adequate medical care he can contact the Receiver Mr. Robert Sillen at the following address: 1731 Technology Drive, Suite 700, San Jose, California 95110.

    Accordingly, and good cause appearing, the motion (Docket # 614) is DENIED.

**IT IS SO ORDERED.**

Dated: July 3, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE