IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

<u>ORDER</u>

    Currently scheduled before the Court for hearing on August 9, 2007 are (1) the parties' responses to the Receiver's preliminary Plan of Action, and (2) The Receiver's Motion for Order Modifying Stipulated Injunction and Other Orders Entered Herein. Plaintiffs have also recently noticed for August 9, 2007 a Motion for Order Directing the Receiver to Comply with the April 4, 2003 Order Re Production and Access to Documents and/or Modifying the Order Appointing Receiver. In order to accommodate the Court's calendar, and in light of the Receiver's unavailability on August 9, 2007, the above motions shall be continued.

    Accordingly, and good cause appearing, it is HEREBY ORDERED that:

1. The following matters are continued until Monday, August 27, 2007 at 10:00 a.m:

    a. The parties' responses to the Receiver's preliminary Plan of Action,

    b. The Receiver's Motion for Order Modifying Stipulated Injunction and Other Orders Entered Herein, and

     c. Plaintiffs' Motion for Order Directing the Receiver to Comply with the April 4, 2003 Order Re Production and Access to Documents and/or Modifying the Order Appointing Receiver.

2. The following adjustments to the governing briefing schedules shall apply:

     a. Any replies in matters 1(a) and (b) above shall now be due no later than Monday, July 30, 2007 (instead of July 20, 2007).

     b. Any oppositions to matter 1(c) above shall be due no later than July 23, 2007.  Any replies thereto shall be due no later than July 30, 2007.

**IT IS SO ORDERED.**

Dated:   July 9, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2