IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants. | NO. C01-1351 TEH<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF BY FAMILIES TO AMEND CALIFORNIA'S 3-STRIKES AND JACKIE GOLDBERG |

　　　　This matter comes before the Court on a motion for leave to file an amicus brief by Families to Amend California's 3-Strikes ("FACTS") and former California State Assemblywoman Jackie Goldberg. The Court has reviewed both the motion and the proposed amicus brief and now DENIES the motion for two independent reasons. First, the motion and brief were filed by Francis Courser, who purports to represent FACTS and former Assemblywoman Goldberg but does not appear to be a licensed attorney. Consequently, he is unable to represent anyone but himself before this Court. Civ. L.R. 3-9(a)-(b) (explaining that a person may represent him- or herself without an attorney, but that only members of the bar of this Court may represent another individual, "corporation, unincorporated association, partnership, or other such entity"). Second, the Court finds the proposed brief to be irrelevant to the question of whether a three-judge court should be convened to consider issuing a prisoner release order. The brief, which raises arguments regarding whether Defendants are capable of addressing prison overcrowding absent further intervention from this Court, does not concern either prong of 18 U.S.C. § 3626(a)(3)(A) and instead impacts the inquiry that a three-judge court, if convened, would need to make:

namely, whether a prisoner release order is warranted because "no other relief will remedy the violation of" Plaintiffs' constitutional rights. 18 U.S.C. § 3626(a)(3)(E). Accordingly, with good cause appearing, the motion to file an amicus brief by FACTS and former Assemblywoman Goldberg is DENIED.

**IT IS SO ORDERED.**

Dated: 07/18/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2