FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br>*Plaintiffs,* <br><br>v. <br><br>ARNOLD SCHWARZENEGGER, et al., <br><br>*Defendants.* | Case No. C01-1351 TEH <br><br> [~~PROPOSED~~] ORDER PERMITTING THE RECEIVER TO EXTEND PAGE LIMIT FOR RECEIVER'S REPLY MEMORANDUM ON HIS MOTION TO MODIFY ORDERS |

The Receiver has requested to extend the page limit for his Reply Memorandum in Support of his Motion for Order Modifying Stipulated Injunction and Other Orders in the above-captioned matter. Plaintiffs and defendants stipulate to the extension.

Good cause appearing and by stipulation of the parties, it is HEREBY ORDERED that the Receiver may file a reply brief to his Motion not to exceed 25 pages.

IT IS SO ORDERED.

Dated:  07/20/07                     By: _____
                                          Thelton E. Henderson
                                          United States District Judge