IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

     v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

The Court is in receipt of the Receiver's "Request for Permission to File Motions to Implement Recommendations in Overcrowding Report." On July 23, 2007, the Court granted Plaintiffs' motion to convene a three-judge court to consider issuing a prisoner release order pursuant to 18 U.S.C. § 3626(a)(3). The Court concludes that the recommendations raised in the pending request are related to matters that will be before the three-judge court. Accordingly, and good cause appearing, the Court denies the motion without prejudice. In the event that the Receiver wishes to pursue one or more of the recommendations, he shall seek leave from the three-judge court.

**IT IS SO ORDERED.**

Dated: July 30, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE