IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER

    The Court is in receipt of the "Receiver's Response to UAPD Comments on Coordination Agreements Pertaining to Credentialing," filed July 6, 2007. This response, including the attached declaration from Linda Buzzini, appears to satisfactorily address the concerns raised by the Union of American Physicians and Dentists ("UAPD") in their amicus curiae brief. *See* June 28, 2007 Order at n.1. The Receiver also affirms that the UAPD and the Receiver intend to continue to work together on any issues of joint concern that may arise in the course of the Receivership. Accordingly, it does not appear that further Court intervention with respect to the issue raised in the UAPD's June 19, 2007 amicus curiae brief is necessary or appropriate at this time.

**IT IS SO ORDERED.**

Dated: July 30, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE