IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | |
|     Plaintiffs, | No. CIV S-90-0520 LKK JFM P |
|     vs. | **THREE-JUDGE COURT** |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | |
| MARCIANO PLATA, et al., | |
|     Plaintiffs, | No. C01-1351 TEH |
|     vs. | **THREE-JUDGE COURT** |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | ORDER |

    By order filed July 26, 2007, the Honorable Mary M. Schroeder, Chief Judge of the United States Court of Appeals for the Ninth Circuit, designated and appointed the Honorable Stephen Reinhardt, United States Circuit Judge for the Ninth Circuit to sit with the

1  Honorable Lawrence K. Karlton, United States District Judge for the Eastern District of
2  California, and the Honorable Thelton E. Henderson, United States District Judge for the
3  Northern District of California, as a three-judge district court pursuant to 28 U.S.C. § 2284 and
4  18 U.S.C. § 3626(a)(3).

In accordance with that order, the above-captioned actions are consolidated for the limited purpose of proceedings before the three-judge court. The three-judge court shall sit as a combined court of the Eastern and Northern Districts of California. All documents related to proceedings before the three-judge court, and only documents related to proceedings before the three-judge court, shall bear the heading and captions as set forth on page one of this order. All other documents to be filed in either the Coleman case or the Plata case which are unrelated to proceedings before the three-judge court shall bear the heading and caption of the individual case only and shall be filed only in the appropriate case.

All documents related to proceedings before the three-judge court shall be filed in both the Coleman case and the Plata case. In addition, a hard copy of all documents so filed shall be sent by overnight mail to the chambers of each judge assigned to the three-judge court at the following addresses:

    Honorable Stephen Reinhardt
    United States Courthouse
    312 North Spring Street, Suite 1747
    Los Angeles, CA 90012

    Honorable Lawrence K. Karlton
    Robert T. Matsui United States Courthouse
    501 I Street
    Sacramento, CA 95814

    Honorable Thelton E. Henderson
    United States District Court
    450 Golden Gate Avenue
    San Francisco, CA 94102

Within fifteen calendar days from the date of this order, the parties shall file and serve status reports setting forth their respective views on what proceedings are appropriate to

1  the resolution of the issues before the three-judge court.  In addition to any other matters, the
2  parties shall address:
3      1. Whether a period of discovery is appropriate or necessary and, if so, the
4  scheduling thereof;
5      2. Anticipated motions and the scheduling thereof;
6      3. The need for an evidentiary hearing and the scheduling thereof;
7      4. The feasibility of settlement discussions, including but not limited to reference
8  of this matter to a court-appointed mediator; and
9      5.  Any other matters that may add to the just and expeditious disposition of this
10 matter.
11     The status reports will be reviewed by the undersigned and it is anticipated that
12 this matter will be set for a hearing regarding the conduct of future proceedings shortly
13 thereafter.
14 **IT IS SO ORDERED.**
15 DATED:  07/31/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

19 DATED:  07/31/07

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

23 DATED:  07/31/07

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE