IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>ORDER |

The Court is in receipt of a Motion for Emergency Order Holding Defendants in Contempt and Ordering Compliance with the Stipulated Order, filed *pro se* by Lionell Tholmer, currently confined at Cailfornia Correctional Institution.

Mr. Tholmer is a member of the certified class in this action. Thus, he is represented by class counsel. Accordingly, any requests must be made through class counsel (Prison Law Office, General Delivery, San Quentin, California 94964). Further, class members can not file matters *pro se* (i.e. representing themselves) seeking relief. Accordingly, this Court can not consider motions presented individually by class members. In the event that Mr. Tholmer seeks relief regarding any matter (medical or non-medical) as an individual he may file a separate legal action and/or he may contact the Receiver regarding a serious matter relating to medical care at 1731 Technology Drive, Suite 700, San Jose, California 95110.

Accordingly, and good cause appearing, Mr. Tholmer's motion must be DENIED.

**IT IS SO ORDERED.**

DATED   August 16, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE