IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER SETTING INITIAL HEARING</u> |

    The parties and intervenors shall appear for an initial hearing on **Monday, September 24, 2007, at 1:30 PM.** The hearing shall be held in the Ceremonial Courtroom of the United States District Court for the Northern District of California, located on the 19th Floor at 450 Golden Gate Avenue, San Francisco, California. The Court will hear from the parties regarding scheduling and other procedural issues at that time. As indicated in the

1  Court's August 17, 2007 order, the parties and intervenors shall be prepared to advise the
2  Court at this initial hearing of their respective positions regarding the intervenors' roles in
3  these proceedings.
4
5  **IT IS SO ORDERED.**
6
7  Dated:  08/29/07                                    /s/
                                                       STEPHEN REINHARDT
8                                                     UNITED STATES CIRCUIT JUDGE
                                                       NINTH CIRCUIT COURT OF APPEALS
9
10
11 Dated:  08/29/07
                                                       LAWRENCE K. KARLTON
12                                                    SENIOR UNITED STATES DISTRICT JUDGE
                                                       EASTERN DISTRICT OF CALIFORNIA
13
14
15 Dated:  08/29/07
                                                       THELTON E. HENDERSON
16                                                    SENIOR UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF CALIFORNIA
17
18
19
20
21
22
23
24
25
26
27
28