FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., *Plaintiffs*, v. ARNOLD SCHWARZENEGGER, et al., *Defendants*. | Case No. C01-1351 TEH<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER RE EXTENSION OF TIME THROUGH AND INCLUDING SEPTEMBER 24, 2007 FOR RECEIVER TO FILE SIXTH QUARTERLY REPORT** |

Receiver Robert Sillen ("Receiver") and the parties, through their respective counsel, stipulate as follows for an order granting the Receiver an extension time through and including September 24, 2007 to file his Sixth Quarterly Report (the "Report"):

The Report is currently scheduled to be filed on September 20, 2007.

The Receiver is working diligently on the Report, but because of its length and the complexity of the issues to be addressed, the Report cannot be completed by the filing date.

The undersigned therefore stipulate for an Order granting the Receiver an extension of time through and including September 24, 2007 within which to file the Report.

1

Dated: September 17, 2007

FUTTERMAN & DUPREE LLP

By: /s/
Martin H. Dodd
Attorneys for Receiver Robert Sillen

Dated: September 17, 2007

PRISON LAW OFFICE

By: /s/
Steve Fama
Attorneys for Plaintiffs

Dated: September ___, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: _____
Paul Mello
Attorneys for Defendants

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the Receiver may have an extension of time through and including September 24, 2007 within which to file his Sixth Quarterly Report.

Dated: September ___, 2007

_____
Hon. Thelton E. Henderson
United States District Judge

Dated: September 17, 2007

FUTTERMAN & DUPREE LLP

By: /s/
Martin H. Dodd
Attorneys for Receiver Robert Sillen

Dated: September __, 2007

PRISON LAW OFFICE

By: _____
Steve Fama
Attorneys for Plaintiffs

Dated: September 18, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: [signature]
Paul Mello
Attorneys for Defendants

ORDER

Based upon the foregoing stipulation, and good cause appearing, the Receiver may have an extension of time through and including September 24, 2007 within which to file his Sixth Quarterly Report.

Dated: September 19, 2007

Hon. Thelton E. Henderson
District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]