IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

<u>ORDER DENYING RICHARD EDWARDS'S REQUEST FOR LEAVE TO FILE AMICUS CURIAE BRIEF</u>

Richard Edwards, a prisoner seeking to represent himself pro se, seeks leave to file an amicus curiae brief in this action.[1] The Court DENIES this request because Edwards is a member of the plaintiff class, and his interests are therefore properly represented by counsel for Plaintiffs.

**IT IS SO ORDERED.**

Dated: 09/18/07

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Edwards filed his request under this case number, and the contents of his papers clearly relate to this case. However, he mistakenly captioned the case with his own name and before the United States District Court for the Central District of California.