IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER DENYING APPLICATIONS TO INTERVENE BY INDIVIDUAL CLASS MEMBERS

    The Court hereby DENIES the applications of Scott Pinholster and Miguel Diaz to intervene in this case because these prisoners are members of the plaintiff class, and their interests are therefore properly represented by counsel for Plaintiffs.

**IT IS SO ORDERED.**

Dated: 09/25/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT