IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>ORDER DENYING APPLICATION TO INTERVENE BY ROBERT WAYN PERRONE |

The Court hereby DENIES the application of Robert Wayn Perrone to intervene in this case because he is a member of the plaintiff class, and his interests are therefore properly represented by counsel for Plaintiffs. Perrone has not sufficiently demonstrated any inadequacy on the part of Plaintiffs' counsel such that intervention is warranted.

**IT IS SO ORDERED.**

Dated: 10/09/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT