PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151

JONES DAY
CAROLINE MITCHELL #143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C-01-1351 T.E.H. <br><br> STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2007 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections.

Stipulation and Order Re: Collection of Second Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

  Pursuant to this procedure, plaintiffs' counsel served their second quarter billing statement demanding $279,377.35 for the period from April 1, 2007 through June 30, 2007 on August 24, 2007.  Following negotiations, the parties stipulate to a payment of $278,394.

  WHEREFORE, defendants agree to pay plaintiffs' counsel $278,394 within 30 days of the signing of this Order.  On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: September 28, 2007

            /s/
            Alison Hardy
            Attorney for Plaintiffs

Date: October 9, 2007

            /s/
            Charles Antonen
            Deputy Attorney General
            Attorney for Defendants

  I, Alison Hardy, attest that Charles J. Antonen signed this document on October 9, 2007.

IT IS SO ORDERED.

Date: _____10/10_____, 2007         _____
                              Honorable
                              United Sta

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]