1  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Attorneys for Plaintiffs
   MARCIANO PLATA, et al.
6  .

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MARCIANO PLATA, et al.,            Case No. C 01-1351 TEH

12                  Plaintiffs,
                                       NOTICE OF WITHDRAWAL
13       v.

14  ARNOLD SCHWARZENEGGER, et al.,

15                  Defendants.

16

1  Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of
2  California, Jones Day requests permission to withdraw as counsel of record on behalf of Plaintiffs
3  in the above-captioned matter.  This withdrawal will not cause any undue delay to the parties or
4  to the Court in the ultimate resolution of this action as the Plaintiffs have been and continue to be
5  represented by The Prison Law Office, Bingham McCurtchen LLP and Rosen, Bien & Galvan,
6  LLP.

7  Accordingly, Jones Day respectfully requests that this Court approve this withdrawal.

Dated: October 25, 2007                     Respectfully submitted,

Jones Day


By: /s/ Caroline N. Mitchell
    Caroline N. Mitchell


IT IS SO ORDERED.

_____
Honorable Thelton E. Henderson



SFI-572255v1

2

NOTICE OF WITHDRAWAL
Case No. C 01-1351 TEH