IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

      v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

<u>ORDER APPOINTING PRO BONO SPECIAL ASSISTANT TO THE COURT</u>

On September 6, 2007, this Court appointed Starr Babcock, Esq., "to facilitate discussions between the Receiver and the parties for the purpose of developing a new monitoring system that reflects the fact that this case is now in a new receivership phase." Sept. 6, 2007 Order at 9. The Court further directed Mr. Babcock to attempt to facilitate an informal resolution of Plaintiffs' concerns regarding inmate correspondence sent to the Receiver. *Id.* at 17-18.

The Court is pleased that Mr. Babcock appears to have made significant progress on both of these issues. In addition, Mr. Babcock has expressed his availability to assist the Court with other special projects, including the long overdue development of the advisory board contemplated in this Court's February 14, 2006 Order Appointing Receiver. The first step in developing that board shall be the creation of an advisory working group to assist the Court with evaluating the Receiver's Plan of Action, due to be filed by November 15, 2007, and determining how best to assemble the advisory board.

The Court now appoints Mr. Babcock as a special assistant to the Court to assist with the advisory working group, advisory board, and other projects as assigned. Mr. Babcock shall continue to serve on a pro bono basis, and he shall also continue his work in facilitating discussions concerning monitoring and inmate correspondence. He shall have the status of

an officer and agent of this Court and, accordingly, shall be afforded the same immunities that vest with this Court. In addition, all conversations between Mr. Babcock and the Court shall be confidential and privileged.

**IT IS SO ORDERED.**

Dated: 10/29/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT