IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER APPOINTING SETTLEMENT REFEREE AND CONSULTANT

    Good cause appearing, the court hereby appoints Elwood Lui, Esq., to serve as settlement referee in these proceedings to aid the parties, including intervenors, in settlement discussions. The court also appoints the Honorable Peter Siggins as a consultant and advisor to the settlement referee. The referee and his consultant shall have authority to convene the parties, including intervenors, and confer with them separately and ex parte and require confidential written submissions from them. The parties, including intervenors, shall cooperate fully with the settlement referee and his consultant. The settlement referee and his consultant shall not exercise the powers of a master, as set forth in Federal Rule of Civil Procedure 53, but shall report regularly to the court orally or in writing concerning the

progress of settlement discussions. The notice provisions of Eastern District of California Local Rule 16-160(a) shall apply to these settlement discussions.

**IT IS SO ORDERED.**

Dated: 11/01/07

               /s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 11/01/07

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 11/01/07

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA