IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

     v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

ORDER RE: LETTER FROM SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000

       This Court is in receipt of a letter dated November 2, 2007, but not filed until November 5, 2007, from Service Employees' International Union, Local 1000 ("Local 1000"). In its letter, Local 1000 requests that it be permitted to participate in a November 5, 2007 hearing before the California State Personnel Board.

       However, the Court is without power to grant this request both because the request was not timely filed and because Local 1000 has failed to set forth any basis for this Court to exercise jurisdiction over the November 5, 2007 hearing. Moreover, Local 1000 is not a party to this lawsuit and, in addition, failed to comply with the Civil Local Rules governing motion practice before this Court.[1] Accordingly, to the extent that the Court has any authority over this matter, it rejects Local 1000's request.

**IT IS SO ORDERED.**

Dated: 11/06/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Local 1000's filing also bore the incorrect case number (C01-1335 rather than C01-1351); was improperly filed in paper form rather than submitted via the Court's Electronic Case Filing ("ECF") program; and does not appear to have been served on the parties.