|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURTS |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 3 | AND THE NORTHERN DISTRICT OF CALIFORNIA |
| 4 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES |
| 5 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE |

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS

    The court has received the objections of the Sheriff, Probation, Police Chief, and Corrections Intervenors; Republican Senate and Assembly Intervenors; and District Attorney Intervenors, to the Order Appointing Settlement Referee and Consultant filed on November 1, 2007. In view of these objections, the Order is amended to provide that no intervenor shall be required to participate in any settlement discussions or comply with any settlement rules or procedures.

    The court is interested, however, in offering intervenors the opportunity to participate in settlement discussions. All intervenors shall notify the court within seven (7) days from the date of this order whether or not they wish to do so. Participation is voluntary and shall

1 be at the discretion of each intervenor. Intervenors who decide to participate in settlement
2 discussions shall, however, be bound by the guidelines for those discussions, as provided in
3 the Order Appointing Settlement Referee and Consultant; provided, however, that no time
4 limits previously set forth will commence for any intervenor until such intervenor has given
5 notice that it elects to participate. Intervenors participating in settlement discussions shall
6 enjoy no greater rights than those previously granted by this court.
7     An intervenor who elects not to participate in settlement discussions shall not have
8 any obligation with respect to the settlement proceedings or the referee and his consultant.

10 **IT IS SO ORDERED.**

12 Dated: 11/08/07         /s/
STEPHEN REINHARDT
13         UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

16 Dated: 11/08/07
LAWRENCE K. KARLTON
17 SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

20 Dated: 11/08/07
THELTON E. HENDERSON
21 SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA