1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  CHARLES J. ANTONEN, SBN 221207
   SAMANTHA D. TAMA, SBN 240280
6  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA  94102-7004
   Telephone:  (415) 703-5708
8  Fax:  (415) 703-5843
   Email:  Samantha.Tama@doj.ca.gov
9          Rochelle.East@doj.ca.gov
           Charles.Antonen@doj.ca.gov
10
   Attorneys for Defendants
11

HANSON   BRIDGETT   MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14          AND THE NORTHERN DISTRICT OF CALIFORNIA

15      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

| | |
|---|---|
| 18 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 19                   Plaintiffs, | **THREE-JUDGE COURT** |
| 20     **v.** | |
| 21 **ARNOLD SCHWARZENEGGER, et al.,** | |
| 22                   Defendants. | |
| 23 | |
| 24 **MARCIANO PLATA, et al.,** | No. C 01-1351 TEH |
| 25                   Plaintiffs, | **THREE-JUDGE COURT** |
| 26     **v.** | **JOINT STIPULATION AND ORDER GRANTING DEFENDANTS LEAVE UNDER FED. R. CIV. P. 30(a)(2)** |
| 27 **ARNOLD SCHWARZENEGGER, et al.,** | |
| 28                   Defendants. | |

Joint Stip. Re Fed. R. Civ. P. 30(a)(2)                                                        Case Nos. C 01-1351 & 2:90-cv-00520

1

1    Subject to the Court's approval, Plaintiffs and Defendants jointly stipulate and agree to

2   the following regarding the limitation on depositions of incarcerated persons set forth in Federal

3   Rule of Civil Procedure 30(a)(2):

4    Depositions may be taken of persons confined in prison.  Plaintiffs expressly reserve their

5   objections to any particular deposition notices that Defendants may serve on Plaintiffs, including

6   those of named Plaintiff class members.

7    IT IS SO STIPULATED.

8   Dated: November 7, 2007                    HANSON BRIDGETT MARCUS VLAHOS &
                                               RUDY, LLP
9

10
                                      By:      /s/  Paul B. Mello
11                                             Paul B. Mello
                                               Attorneys for Defendants
12

13  Dated: November 7, 2007                    EDMUND G. BROWN JR.
                                               Attorney General of the State of California
14

15
                                      By:      /s/  Rochelle C. East
16                                             Rochelle C. East
                                               Attorneys for Defendants
17

18  Dated: November 7, 2007                    PRISON LAW OFFICE

19

20                                    By:      /s/  Alison Hardy
                                               Alison Hardy
21                                             Attorneys for Plaintiffs

22  Dated: November 7, 2007                    ROSEN, BIEN & GALVAN, LLP

23

24
                                      By:      /s/  Michael Bien
25                                             Michael Bien
                                               Attorneys for Plaintiffs
26  / / /

27  / / /

28

Joint Stip. Re Fed. R. Civ. P. 30(a)(2)                                Case Nos. C 01-1351 & 2:90-cv-00520

2

1   Pursuant to stipulation, IT IS SO ORDERED.

2   Dated:  Novmber 7, 2007.

3

4

5                                        UNITED STATES MAGISTRATE JUDGE

6

7   /depostip

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stip. Re Fed. R. Civ. P. 30(a)(2)                    Case Nos. C 01-1351 & 2:90-cv-00520

3