|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURTS | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| AND THE NORTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES | |
| PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE | |

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER

    On November 26, 2007, the parties filed a joint statement regarding a discovery dispute that has arisen concerning discovery propounded by defendants to several named plaintiffs in Plata v. Schwarzenegger and to one named plaintiff in Coleman v. Schwarzenegger. The court heard oral argument on the dispute at a telephonic conference on November 27, 2007. Alison Hardy, Esq., participated as counsel for plaintiffs. Anne Johnson, Esq., participated as counsel for defendants.

    Defendants have served on several named plaintiffs a set of interrogatories and a request for production of documents, and they have noticed the deposition of five named

1  plaintiffs.  Plaintiffs seek a protective order from the requested discovery; defendants seek to
2  compel compliance therewith.

3  After consideration of the joint statement filed by the parties, the documents filed in
4  connection therewith, and the arguments of counsel, the court made the following orders and
5  announced them to the parties.

6  Plaintiffs' motion for a protective order regarding the noticed depositions is denied.
7  The depositions shall proceed as scheduled unless the time therefor is changed by agreement
8  of counsel.  All depositions of named plaintiffs will be used for purposes of this litigation
9  only.

10  Defendants' motion to compel further responses to the interrogatories and requests for
11  production of documents propounded to the named plaintiffs, as refined by agreement of the
12  parties, is granted.  Plaintiffs shall serve further responses to these discovery requests within
13  two weeks from the date of the hearing.[1]  All responses to these discovery requests will be
14  used for purposes of this litigation only.

15  **IT IS SO ORDERED.**

16  Dated: November 27, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Following the hearing, the court contacted counsel for the Receiver and provided to him the names and CDC numbers of three inmates whose medical records plaintiffs have been unable to obtain to date.

2