FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING RECEIVER'S APPLICATION TO BE RELIEVED OF FILING QUARTERLY REPORT IN DECEMBER 2007 |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On November 26, 2007, Receiver Robert Sillen (the "Receiver") filed an application to be relieved of the obligation to file his quarterly report scheduled to be filed on or about December 15, 2007. The Court having considered the application and good cause having been shown,

IT IS HEREBY ORDERED that the Receiver's application is GRANTED. The Receiver is relieved of the obligation to file a quarterly report in December 2007. The Receiver shall re-commence filing quarterly reports in March 2008.

Dated: 11/28, 2007

_____
Judge Thelton E. Henderson