IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

            Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

            Defendants.

NO. C01-1351 TEH

<u>ORDER SETTING BRIEFING SCHEDULE FOR RECEIVER'S SUPPLEMENTAL APPLICATIONS NUMBERS 2 AND 3 FOR A WAIVER OF STATE LAW</u>

The Court is in receipt of the Receiver's supplemental applications numbers 2 and 3 for an order waiving state contracting statutes, regulations, and procedures, and approving the Receiver's substitute procedure for bidding and award of contracts.  IT IS HEREBY ORDERED that the parties shall file objections or statements of non-opposition to these applications on or before **December 14, 2007.**  The Receiver may file a reply as necessary on or before **December 21, 2007.**  The applications will then be deemed submitted on the papers unless the Court orders further proceedings.

**IT IS SO ORDERED.**

Dated: 11/30/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT