|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURTS |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 3 | AND THE NORTHERN DISTRICT OF CALIFORNIA |
| 4 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES |
| 5 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE |

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER

      On December 6, 2007, this court granted plaintiffs' motion to compel production of documents withheld on grounds of privilege set forth in privilege logs produced on November 9, 2007, November 16, 2007, and November 23, 2007. Pursuant to the November 2, 2007 stipulation of the parties, on November 30, 2007, defendants produced a further privilege log and submitted for in camera review documents for which a privilege is asserted therein. A final privilege log and submission of documents for in camera review is due today. See Stipulation Regarding Defendants' Rolling Production, filed November 2, 2007, at 2, 4. Discovery closes in these proceedings on December 20, 2007. See Order filed October 10, 2007, at 5-6.

1  Good cause appearing, IT IS HEREBY ORDERED that on or before 12:00
2 p.m. on Wednesday, December 12, 2007, the parties shall file a joint statement concerning
3 their respective positions with regard to the claims of privilege in the November 30, 2007
4 and December 7, 2007 privilege logs.
5 Dated: December 7, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
discovery6.o

2