FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| *Plaintiffs,* | |
| v. | [PROPOSED] ORDER GRANTING RECEIVER'S APPLICATION FOR EXTENSION OF TIME TO FILE REPORT RE RECEIVER'S CAREER EXECUTIVE ASSIGNMENTS |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants.* | |

On December 10, 2007, Receiver Robert Sillen (the "Receiver") filed an application for an extension of time, through and including December 21, 2007, to file his first 90-day report on his Receiver's Career Executive Assignments ("RCEA") program. The Court having considered the application and good cause having been shown,

IT IS HEREBY ORDERED that the Receiver's application is GRANTED. The Receiver may have through and including December 21, 2007 within which to file the RCEA report.

Dated: 12/10/07

Hon. Thelton E. Henderson
District Judge
Judge Thelton E. Henderson