IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u> |

Paul Decasas, a county jail inmate, a necessary and material witness in proceedings in this case on December 19, 2007, is confined in the Theo Lacy Facility of the Orange County Jail, 501 City Drive South, Orange, California 92868, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the 11th Floor, Courtroom C-41, Orange County Superior Court, Central Justice Center, 700 Civic Center Drive West, Santa Ana, California on December 19, 2007, at 1:00 p.m.

/////

/////

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify at a deposition in these proceeding to be conducted at the Orange County Superior Court at the time and place above, and until completion of said deposition or as ordered by the court; and thereafter to return the inmate to the above institution; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff of Orange County, c/o Theo Lacy Facility of the Orange County Jail, 501 City Drive South, Orange, California 92868:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
decasas.841