IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER STAYING PROCEEDINGS |

    The Honorable Thelton E. Henderson held a status conference in this case on December 13, 2007, and has consulted with all judges on this court. After careful consideration of the parties' arguments and the unique factual circumstances of this case, including the very tight timelines originally imposed by this court on the parties, the court finds good cause to order as follows:

    1.    All pretrial and trial dates are VACATED pending further order of the court.

    2.    Defendants' December 7, 2007 motion for reconsideration is DENIED, except as provided in paragraph 3 *infra*.

3. All discovery is stayed, with the following exceptions:

    a. Any depositions that have already been noticed and scheduled between now and the previously scheduled discovery cut-off of December 20, 2007 may proceed, and parties shall respond to any outstanding written discovery that has already been propounded.

    b. Defendants' request for additional time to review and revise their privilege logs is GRANTED IN PART. The matter is referred back to the magistrate judge for further proceedings in connection with Defendants' review and revisions, which shall be completed no later than forty-five calendar days from the date of this order.

4. The question of the dates for filing expert reports and the issues relating to witness depositions raised at the December 13, 2007 status conference remain under submission.

5. The Court will set a status conference by subsequent order.

**IT IS SO ORDERED.**

Dated: 12/14/07

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 12/14/07

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 12/14/07

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA