| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURTS |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 3 | AND THE NORTHERN DISTRICT OF CALIFORNIA |
| 4 | UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES |
| 5 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE |

RALPH COLEMAN, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

---

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER

---

Following the December 14, 2007 order of the three-judge court, the undersigned held a discovery conference in chambers on December 19, 2007. Donald Specter, Esq., Sara Norman, Esq., and Lori Rifkin, Esq. appeared as counsel for plaintiffs. Rochelle East, Supervising Deputy Attorney General, and Paul Mello, Esq., appeared as counsel for defendants.

It appears that defendants have produced to plaintiffs all documents responsive to plaintiffs' document production requests for which no claim of privilege has been asserted. Defendants are now proceeding with review and revision of all privilege logs created during the course of this litigation. During this review, defendants shall produce to plaintiffs any

documents which are determined to be no longer subject to a claim of privilege as such determinations are made. On or before January 28, 2008, defendants shall serve on plaintiffs their revised privilege logs and, as appropriate, any remaining documents for which the claim of privilege has been withdrawn. On the same day, defendants shall file with the court a copy of their revised privilege logs and shall also submit under seal, for possible review, a copy of all documents described in the revised privilege logs.

This matter is set for telephonic conference with the undersigned on January 29, 2008 at 1:30 p.m. Counsel for plaintiffs shall take all steps necessary to place a conference call to the chambers of the undersigned at the appointed time.

**IT IS SO ORDERED.**

Dated: December 19, 2007.

UNITED STATES MAGISTRATE JUDGE