1
2
3
4      IN THE UNITED STATES DISTRICT COURT
5      FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8    MARCIANO PLATA, et al.,

9                          Plaintiffs,                NO. C01-1351 TEH

10                   v.                               ORDER DENYING MOTION
                                                      FOR ENFORCEMENT OF
11   ARNOLD SCHWARZENEGGER,                           JUDGMENT RE: R.J. DONOVAN
     et al.,                                          CORRECTIONAL FACILITY
12
                             Defendants.
13
14

15         The Court hereby DENIES without prejudice the motion for enforcement of judgment

16   filed on January 3, 2008, by members of the Plaintiff class housed at R. J. Donovan

17   Correctional Facility.  As represented parties, Plaintiffs may file motions only through their

18   counsel of record.

19

20   **IT IS SO ORDERED.**

21

22   Dated:   01/08/08                    _____
                                          THELTON E. HENDERSON, JUDGE
23                                        UNITED STATES DISTRICT COURT
24
25
26
27
28