FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| *Plaintiffs,* | **NOTICE OF FILING OF STIPULATION BETWEEN RECEIVER ROBERT SILLEN AND CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION RE LVN SALARY ADMINISTRATION** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants.* | |

Attached hereto for the Court's review is a Stipulation, executed on January 2, 2008, between the Receiver and the California Department of Personnel Administration regarding the administration of salaries for Licensed Vocational Nurses employed by the California Department of Corrections and Rehabilitation.

Dated: January 4, 2008

FUTTERMAN & DUPREE LLP

By: /s/
Martin H. Dodd
Attorneys for Receiver Robert Sillen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | Case No. C01-1351 TEH <br><br> **STIPULATION RE LVN SALARY ADMINISTRATION** |

## I. INTRODUCTION

On October 17, 2006, the Court granted the Receiver's Motion for a Waiver of State Law which included a provision establishing the salary ranges for Licensed Vocational Nurses ("LVN") employed by the California Department of Corrections and Rehabilitation ("CDCR"). The Order additionally waived State law enabling the Receiver to implement, adjust and administer salaries for classifications addressed in the Motion, including LVNs.

The Department of Personnel Administration ("DPA") and the Service Employees International Union, Local 1000, have since entered into a collective bargaining agreement increasing the LVN salary range by 3.4%, effective July 1, 2007. This 3.4%, added to the top of the LVN salary ranges, exceeds the maximum salaries set forth in the October 17, 2006 Order Re: Receiver's Motion for a Waiver of State Law. Therefore, DPA and the Receiver hereby stipulate that the salary range for the LVN, CDCR classification in the Order is augmented by the 3.4% general salary increase effective July 1, 2007.

The Receiver (or designee) and DPA director (or designee) will work together to resolve any issues which may arise regarding the interpretation or application of this Stipulated Agreement.

IT IS SO STIPULATED

Dated: 1/2, 2008

_____
David Gilb, Director
Department of Personnel Administration

Dated: 12/20, 2007

_____
John Hagar, Chief of Staff
California Prison Health Care Receivership



IT IS SO ORDERED
Judge Thelton E. Henderson
01/09/08

2
STIPULATION RE LVN SALARY ADMINISTRATION
C01-1351 TEH