IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

<u>ORDER REQUIRING
SUPPLEMENTAL BRIEFING
RE: RECEIVER'S MOTION FOR
WAIVER OF STATE LAW RE:
PHYSICIAN CLINICAL
COMPETENCY
DETERMINATIONS</u>

On January 7, 2008, the Receiver filed a supplemental memorandum in support of his pending motion for a waiver of state law regarding physician clinical competency determinations. It appears, but is not entirely clear, from the Receiver's supplemental memorandum that several of the objections raised by Plaintiffs and the State Personnel Board have now been resolved.[1] To clarify what issues remain contested in the Receiver's motion, IT IS HEREBY ORDERED that:

1. Plaintiffs and the State Personnel Board shall each file a supplemental opposition or statement of non-opposition to the Receiver's January 7, 2008 supplemental memorandum on or before **January 22, 2008.**

2. The Receiver shall file a supplemental reply brief on or before **January 29, 2008.**

---

[1] Plaintiffs originally filed a statement of non-opposition but subsequently filed a brief expressing concerns with the Receiver's motion following receipt of the State Personnel Board's opposition. Defendants filed a statement of non-opposition to the Receiver's motion, and the Union of American Physicians and Dentists filed an amicus curiae brief in support of the motion.

3.  The matter will then be deemed submitted on the papers unless the Court determines that oral argument is necessary.

**IT IS SO ORDERED.**

Dated: 01/11/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT