IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER AUTHORIZING DISBURSEMENT OF ADVISORY WORKING GROUP EXPENSES

With good cause appearing, the Clerk shall make the following disbursements from the court registry account for this action:

| Name | Amount |
|---|---|
| Richard Bayquen | $335.75 |
| Donna Brorby | $256.00 |
| Henry Chambers | $260.85 |
| Kara Dansky | $250.00 |
| Joe Goldenson | $250.00 |
| Kathleen Howard | $326.78 |
| Madeleine LaMarre | $1235.22 |
| Mary McDevitt | $321.80 |
| Arnold Perkins | $250.00 |
| William Turner | $265.67 |
| Robert Weisberg | $250.00 |

These payments include a $250.00 honorarium for participation in the December 8, 2007 advisory working group meeting in San Francisco, as well as claimed and approved travel

expenses.[1] Four members of the advisory working group – Jean Fraser, J. Clark Kelso, David Lawrence, and William Vickrey – declined both the honorarium and travel expenses.

In addition, the Clerk shall disburse $858.61 to the State Bar of California for reimbursement of expenses incurred by Starr Babcock, the Pro Bono Special Assistant to the Court, related to the advisory working group meeting. These expenses include catering, building security, and janitorial expenses incurred on the December 8, 2007 meeting date, as well as mailing costs. The funds to the State Bar of California shall be disbursed in two separate checks: one in the amount of $529.08, and the other in the amount of $329.53.

**IT IS SO ORDERED.**

Dated: 01/16/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Ms. LaMarre's expenses are significantly higher than the other participants' because she is based in Georgia, and her travel expenses therefore include airfare and hotel accommodations, rather than only mileage and parking fees.

2