FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants.* | Case No. C01-1351 TEH<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER RE EXTENSION OF TIME THROUGH AND INCLUDING FEBRUARY 12, 2008 FOR RECEIVER TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF RECEIVER'S APPLICATION FOR WAIVER OF STATE LAW RE PHYSICIAN CLINICAL COMPETENCY DETERMINATIONS** |

Receiver J. Clark Kelso ("Receiver"), the State Personnel Board ("SPB") and plaintiffs, through their respective counsel, stipulate as follows for an order granting the Receiver an extension time through and including February 12, 2008 to file his Supplemental Reply Memorandum in support of his pending Application for a waiver of State law regarding physician clinical competency determinations (the "Pending Application"):

On January 11, 2008, this Court entered an Order regarding further briefing on the

Pending Application. Further opposition from the SPB and/or plaintiffs were required to be filed on January 22, 2008 and the Receiver's Supplemental Reply Memorandum is required to be filed on January 29, 2008.

On January 23, 2008, this Court appointed J. Clark Kelso as the new Receiver. Counsel for the Receiver has not yet had an opportunity to meet with the Receiver to discuss the Pending Application and the arguments in support of and in opposition to such Application. Thus, counsel has not had an opportunity to discuss with the Receiver arguments that may or should be raised in the Supplemental Reply Memorandum. Counsel expects to be meeting with the Receiver shortly to discuss the Pending Application, as well as other pending matters. Until that meeting occurs, however, counsel will not have direction from the Receiver and therefore will be unable to prepare the Supplemental Reply Memorandum.

The undersigned therefore stipulate for an Order granting the Receiver an extension of time through and including February 12, 2008 within which to file the Supplemental Reply Memorandum.

Dated: January 24, 2008                FUTTERMAN & DUPREE LLP

                                       By: ____/s/_____
                                           Martin H. Dodd
                                           Attorneys for Receiver J. Clark Kelso

Dated: January __, 2008                PRISON LAW OFFICE

                                       By:_____
                                           Steve Fama
                                           Attorneys for Plaintiffs

Dated: January __, 2008                STATE PERSONNEL BOARD

                                       By:_____
                                           Elise S. Rose
                                           Chief Counsel

Pending Application. Further opposition from the SPB and/or plaintiffs were required to be filed on January 22, 2008 and the Receiver's Supplemental Reply Memorandum is required to be filed on January 29, 2008.

On January 23, 2008, this Court appointed J. Clark Kelso as the new Receiver. Counsel for the Receiver has not yet had an opportunity to meet with the Receiver to discuss the Pending Application and the arguments in support of and in opposition to such Application. Thus, counsel has not had an opportunity to discuss with the Receiver arguments that may or should be raised in the Supplemental Reply Memorandum. Counsel expects to be meeting with the Receiver shortly to discuss the Pending Application, as well as other pending matters. Until that meeting occurs, however, counsel will not have direction from the Receiver and therefore will be unable to prepare the Supplemental Reply Memorandum.

The undersigned therefore stipulate for an Order granting the Receiver an extension of time through and including February 12, 2008 within which to file the Supplemental Reply Memorandum.

Dated: January 24, 2008           FUTTERMAN & DUPREE LLP

                                  By:  /s/
                                       Martin H. Dodd
                                       Attorneys for Receiver J. Clark Kelso

Dated: January 24, 2008           PRISON LAW OFFICE

                                  By: _____
                                      Steve Fama
                                      Attorneys for Plaintiffs

Dated: January 24, 2008           STATE PERSONNEL BOARD

                                  By: _____
                                      Elise S. Rose
                                      Chief Counsel

2

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the Receiver may have an extension of time through and including February 12, 2008 within which to file his Supplemental Reply Memorandum in support of his pending Application for a waiver of State law regarding physician clinical competency determinations.

Dated: January 25, 2008



Hon. Thelton E. Henderson
United States District Judge