FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    *Plaintiffs*,

v.

ARNOLD SCHWARZENEGGER, et al.,

    *Defendants*.

Case No. C01-1351 TEH

**STIPULATION FOR ORDER AND [PROPOSED] ORDER RE FURTHER EXTENSION OF TIME THROUGH AND INCLUDING FEBRUARY 29, 2008 FOR RECEIVER TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF RECEIVER'S APPLICATION FOR WAIVER OF STATE LAW RE PHYSICIAN CLINICAL COMPETENCY DETERMINATIONS**

Receiver J. Clark Kelso ("Receiver"), the State Personnel Board ("SPB") and plaintiffs, through their respective counsel, stipulate as follows for an order granting the Receiver a further extension time, through and including February 29, 2008, within which to file his Supplemental Reply Memorandum in support of his pending Application for a waiver of State law regarding physician clinical competency determinations (the "Pending Application"):

On January 11, 2008, this Court entered an Order regarding further briefing on the

1

FUTTERMAN & DUPREE LLP

STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO FILE SUPP. REPLY MEMO
C01-1351 TEH

Pending Application. Further opposition from the SPB and/or plaintiffs was required to be filed on January 22, 2008 and the Receiver's Supplemental Reply Memorandum was required to be filed on January 29, 2008.

On January 23, 2008, this Court appointed J. Clark Kelso as the new Receiver. To permit the Receiver sufficient time to meet with counsel and discuss the issues on the Pending Application, the Receiver brought an Administrative Motion, based on the parties' stipulation, seeking an extension of time, through and including February 12, 2008, within which to file the Supplemental Reply. The Court granted that Administrative Motion on January 25, 2008 (Docket # 1067).

Although the Receiver has met with counsel and has been briefed on the issues raised by, and the arguments of the parties in connection with, the Pending Application, the Receiver has not had an opportunity to discuss the Pending Application directly with the SPB and would like to have that opportunity before filing a Supplemental Reply.

The SPB's next scheduled meeting is February 22, 2008 and the Receiver intends to meet with SPB staff prior to that meeting. In the event that a resolution of any of the issues on the Pending Application can be reached, it is possible that the SPB may address such resolution at the February 22, 2008 meeting. The proposed extended filing date is one week after the date for the SPB meeting. Whether or not a resolution is reached, the Receiver anticipates that his discussions with SPB staff will inform any Supplemental Reply he may file.

The undersigned therefore stipulate for an Order granting the Receiver a further extension of time, through and including February 29, 2008, within which to file the Supplemental Reply Memorandum in connection with the Pending Application.

Dated: February 6, 2008      FUTTERMAN & DUPREE LLP

By:     /s/
    Martin H. Dodd
    Attorneys for Receiver J. Clark Kelso

Dated: February 6, 2008

PRISON LAW OFFICE

By: /s/ Steve Fama
Steve Fama
Attorneys for Plaintiffs

Dated: February __, 2008

STATE PERSONNEL BOARD

By: _____
Elise S. Rose
Chief Counsel

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the Receiver may have a further extension of time, through and including February 29, 2008, within which to file his Supplemental Reply Memorandum in support of his pending Application for a waiver of State law regarding physician clinical competency determinations.

Dated: Februar __, 2008

_____
Hon. Thelton E. Henderson
United States District Judge

FUTTERMAN &
DUPREE LLP

Dated: February __, 2008     PRISON LAW OFFICE

By: _____
   Steve Fama
   Attorneys for Plaintiffs

Dated: February 6, 2008     STATE PERSONNEL BOARD

By: _Elise S. Rose_____
   Elise S. Rose
   Chief Counsel

## ORDER

Based upon the foregoing stipulation, and good cause appearing, the Receiver may have a further extension of time, through and including February 29, 2008, within which to file his Supplemental Reply Memorandum in support of his pending Application for a waiver of State law regarding physician clinical competency determinations.

Dated: Februar 8, 2008

_____
Hon. Thelton E. Henderson
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

FUTTERMAN &
DUMLER LLP

3

STIPULATION AND ORDER RE FURTHER EXTENSION OF TIME TO FILE SUPP. REPLY MEMO
C01-1351 TEH

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On February 6, 2008 I served a copy of the following document(s):

**STIPULATION FOR ORDER AND [PROPOSED] ORDER RE FURTHER EXTENSION OF TIME THROUGH AND INCLUDING FEBRUARY 29, 2008 FOR RECEIVER TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF RECEIVER'S APPLICATION FOR WAIVER OF STATE LAW RE PHYSICIAN CLINICAL COMPETENCY DETERMINATIONS**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

___ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

_X_ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

___ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

| | |
|---|---|
| Andrea Lynn Hoch<br>Legal Affairs Secretary<br>Office of the Governor<br>Capitol Building<br>Sacramento, CA 95814 | Robin Dezember<br>Director (A)<br>Division of Correctional<br>Health Care Services<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 |

| | |
|---|---|
| Bruce Slavin<br>General Counsel<br>CDCR – Office of the Secretary<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 | J. Michael Keating, Jr.<br>285 Terrace Avenue<br>Riverside, RI 02915 |
| Richard J. Chivaro<br>John Chen<br>State Controller<br>300 Capitol Mall, Suite 518<br>Sacramento, CA 95814 | Molly Arnold<br>Chief Counsel, Dept. of Finance<br>State Capitol, Room 1145<br>Sacramento, CA 95814 |
| Laurie Giberson<br>Staff Counsel<br>Department of General Services<br>707 Third St., 7th Fl., Ste. 7-330<br>West Sacramento, CA 95605 | Matthew Cate<br>Inspector General<br>Office of the Inspector General<br>P.O. Box 348780<br>Sacramento, CA 95834-8780 |
| Donna Neville<br>Senior Staff Counsel<br>Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 | Warren C. (Curt) Stracener<br>Paul M. Starkey<br>Labor Relations Counsel<br>Department of Personnel Administration<br>Legal Division<br>1515 "S" St., North Building, Ste. 400<br>Sacramento, CA 95814-7243 |
| Gary Robinson<br>Executive Director<br>UAPD<br>1330 Broadway Blvd., Ste. 730<br>Oakland, CA 94612 | Yvonne Walker<br>Vice President for Bargaining<br>CSEA<br>1108 "O" Street<br>Sacramento, CA 95814 |
| Pam Manwiller<br>Director of State Programs<br>AFSME<br>555 Capitol Mall, Suite 1225<br>Sacramento, CA 95814 | Richard Tatum<br>CSSO State President<br>CSSO<br>1461 Ullrey Avenue<br>Escalon, CA 95320 |
| Tim Behrens<br>President<br>Association of California State Supervisors<br>1108 "O" Street<br>Sacramento, CA 95814 | Elise Rose<br>Counsel<br>State Personnel Board<br>801 Capital Mall<br>Sacramento, CA 95814 |
| Stuart Drown<br>Executive Director<br>Little Hoover Commission<br>925 L Street, Suite 805<br>Sacramento, CA 95814 | California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550 |

Dated: February 6, 2008

_____
Lori Dotson