IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

Pursuant to the February 8, 2008 order of the three-judge court, and good cause appearing, IT IS HEREBY ORDERED that:

1. On or before February 29, 2008, all parties to this action, including intervenors, shall participate in a discovery planning conference pursuant to Fed. R. Civ. P. 26(f).

2. On or before March 14, 2008, all parties to this action, including intervenors, shall comply with the requirements of Fed. R. Civ. P. 26(a)(1).

/////

/////

/////

3. On or before March 14, 2008, all parties to this action, including intervenors, shall file a written report outlining the proposed discovery plan resulting from the Rule 26(f) conference required by this order.

4. Nothing in this order shall be construed to alter or amend any part of this court's January 30, 2008 order.

Dated: February 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
discovery11.o