IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

NO. C01-1351 TEH

<u>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER BY CHRISTOPHER T. BURNS</u>

The Court hereby DENIES without prejudice the motion for a temporary restraining order filed on February 12, 2008, by Christopher T. Burns, who is currently incarcerated at the California Men's Colony in San Luis Obispo, California. Mr. Burns raises issues concerning dental care that would be raised more properly before the Honorable Jeffrey S. White in *Perez v. Tilton*, Case No. C05-5241 (N.D. Cal.). In addition, even if this Court were to construe Mr. Burns's motion as one concerning medical care, Mr. Burns would be a member of the Plaintiff class. As a represented party, Mr. Burns may not file motions on his own behalf and may only file motions through counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

Dated: 02/26/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT