SILVANO B. MARCHESI, SBN 42965
County Counsel
LINDA WILCOX, SBN 184296
Deputy County Counsel
KIMBERLY A. JOHNSON, SBN 201802
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
(925) 335-1800

Attorneys for Intervenor
CONTRA COSTA COUNTY

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT**<br>No. C01-1351 TEH<br>**STIPULATION OF PARTIES AND <s>PROPOSED</s> ORDER DISMISSING CONTRA COSTA COUNTY AS INTERVENOR** |
| MARCIANO PLATA, et al.,<br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | BY FAX |

1. This Court granted Contra Costa County intervening party status on September 19, 2007, for purposes of opposing the issuance of a prisoner release order under consideration by this court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

---

1

Contra Costa County's Stipulation
and Proposed Order re Intervention

Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

2. Contra Costa County appeared at the September 24, 2007, hearing conducted by the Court and has evaluated whether continued participation as an Intervenor is necessary or appropriate given the current posture of the case and the presence of numerous other "statutory intervenors."

3. Contra Costa County believes that if it has information relevant to the Court's consideration of a Prisoner Release Order, both the Court's and the County's interest would be sufficiently served by participating as *amicus curiae;* and,

4. Contra Costa County has contacted legal counsel for Plaintiffs, Defendants, and all parties designated as Intervenors as of October 25, 2007, to obtain consent to its withdrawal; and,

5. Plaintiffs, Defendants and Intervenors have stipulated to dismissing Contra Costa County as an Intervenor in the proceedings now before this Court; and,

6. Contra Costa County requests this Court order Contra Costa County be dismissed, without prejudice, as an Intervenor in CIV S-90-0520 LKK JFM P and No. C01-1351 TEH, as those cases are now pending before this Court.

IT IS SO STIPULATED.

Dated: February 28 2008

SILVANO B. MARCHESI
County Counsel

By: /s/ KIMBERLY A. JOHNSON
Deputy County Counsel
Attorneys for Contra Costa County

Dated: _____, 2008

MICHAEL P. MURPHY
County Counsel

By: /S/
CAROL WOODWARD
Deputy County Counsel

Attorneys for Intervenor,
COUNTY OF SAN MATEO

| | | |
|---|---|---|
| Dated: _____, 2008 | | DENNIS BUNTING<br>County Counsel |
| | By: | /S/<br>Attorneys for Intervenor,<br>COUNTY OF SOLANO |
| Dated: _____, 2008 | | STEPHEN SHANE STARK<br>County Counsel |
| | By: | /S/<br>KELLY SCOTT<br>Deputy County Counsel |
| | | Attorneys for Intervenor,<br>COUNTY OF SANTA BARBARA |
| Dated: _____, 2008 | | STEVEN M. WOODSIDE<br>County Counsel |
| | By: | /S/<br>ANNE L. KECK<br>Deputy County Counsel |
| | | Attorneys for Intervenor<br>COUNTY OF SONOMA<br>SONOMA COUNTY SHERIFF<br>SONOMA COUNTY PROBATION OFFICER |
| Dated: _____, 2008 | | ANN MILLER RAVEL<br>County Counsel |
| | By: | /S/<br>THERESA J. FUENTES<br>Deputy County Counsel |
| | | Attorneys for Intervenor,<br>COUNTY OF SANTA CLARA |

| | | |
|---|---|---|
| Dated: _____, 2008 | | ROD PACHECO<br>District Attorney |
| | By: | /S/<br>WILLIAM MITCHELL<br>Deputy District Attorney |
| | | Attorneys for District Attorney Intervenors |
| Dated: _____, 2008 | | AKIN GUMP STRAUSS HAUER & FIELD LLP |
| | By: | /S/<br>CHAD STEGMAN<br>Attorneys for Assembly and Senate Republican Intervenors |
| Dated: _____, 2008 | | JONES & MAYER |
| | By: | /S/<br>KIMBERLY HALL-BARLOW<br>Attorneys for Sheriff Intervenors, Probation Intervenors, and Chief of Correction Intervenors |
| Dated: _____, 2008 | | CARROLL, BURDICK & MCDONOUGH LLP |
| | By: | /S/<br>NATALIE LEONARD<br>Attorneys for Intervenor California Correctional Peace Officer's Association |
| Dated: _____, 2008 | | ROSEN, BIEN & GALVAN, LLP |
| | By: | /S/<br>AMY WHELAN<br>Attorneys for Plaintiffs |

| | | |
|---|---|---|
| Dated: _____, 2008 | | PRISON LAW OFFICE |

By: _____/S/_____
ALISON HARDY
Attorneys for Plaintiffs

Dated: _____, 2008

EDMUND G. BROWN JR.
Attorney General, State of California

By: _____/S/_____
SAMANTHA TAMA
Deputy Attorney General
Attorneys for Defendants

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 03/04/08 _____/s/_____

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 03/04/08 _____/s/_____

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 03/04/08 *[signature]*

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA