1
2
3
4    IN THE UNITED STATES DISTRICT COURT
5    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8    MARCIANO PLATA, et al.,
9                    Plaintiffs,            NO. C01-1351 TEH
10          v.                              ORDER DENYING MOTION
                                            BY PLAINTIFF MANUEL
11   ARNOLD SCHWARZENEGGER,                 GONZALEZ
     et al.,
12
13                    Defendants.
14
15          The Court hereby DENIES without prejudice the motion for "amended plaintiff for
16   'settlement sanctions'" filed on March 4, 2008, by Manuel Gonzalez, an inmate at Salinas
17   Valley State Prison. As a member of the Plaintiff class, Mr. Gonzalez is a represented party
18   and may file motions only through his counsel of record.
19
20   **IT IS SO ORDERED.**
21
22   Dated:   03/11/08                       _____
23                                           THELTON E. HENDERSON, JUDGE
                                             UNITED STATES DISTRICT COURT
24
25
26
27
28