IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

           Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

           Defendants.

NO. C01-1351 TEH

<u>ORDER SETTING BRIEFING SCHEDULE FOR RECEIVER'S SUPPLEMENTAL APPLICATION NUMBER 4 FOR A WAIVER OF STATE LAW</u>

    The Court is in receipt of the Receiver's supplemental application number 4 for an order waiving state contracting statutes, regulations, and procedures, and approving the Receiver's substitute procedure for bidding and award of contracts.  IT IS HEREBY ORDERED that the parties shall file objections or statements of non-opposition to this application on or before **April 18, 2008.**  The Receiver may file a reply as necessary on or before **April 25, 2008.**  The applications will then be deemed submitted on the papers unless the Court orders further proceedings.

**IT IS SO ORDERED.**

Dated:  04/04/08

           THELTON E. HENDERSON, JUDGE
           UNITED STATES DISTRICT COURT