| | |
|---|---|
| 1  EDMUND G. BROWN JR.<br>    Attorney General of the State of California | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER - 39374 |
| 2  DAVID S. CHANEY<br>    Chief Assistant Attorney General | PAUL B. MELLO - 179755<br>RENJU P. JACOB - 242388 |
| 3  FRANCES T. GRUNDER<br>    Senior Assistant Attorney General | SAMANTHA TAMA - 240280<br>425 Market Street, 26th Floor |
| 4  ROCHELLE C. EAST - 183792<br>    Supervising Deputy Attorney General | San Francisco, CA  94105<br>Telephone: (415) 777-3200 |
| 5  LISA A. TILLMAN - 126424<br>    Deputy Attorney General | Facsimile:  (415) 541-9366<br>jschaefer@hansonbridgett.com |
| 6  CHARLES ANTONEN - 221207<br>    Deputy Attorney General | pmello@hansonbridgett.com<br>stama@hansonbridgett.com |

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile:  (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | **No.  2:90-cv-00520 LKK JFM P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ORDER SEALING DOCUMENTS FOR *IN CAMERA* REVIEW** |

[PROPOSED] ORDER SEALING DOCUMENTS FOR *IN CAMERA* REVIEW.
(case no. 2:90-cv-00520 LKK JFM P/ C01-1351 TEH)

1452485.1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed the
2  Defendants' Motion to Lodge Sealed Documents for *In Camera* review, and good cause
3  appearing, hereby finds:
4  Defendant's disk lodged with the three judges of this Court is sealed.  The sealed
5  disk may be used by the Court to evaluate the merits of Defendants' Request for
6  Reconsideration and/or Stay.  This Court will take measures to ensure that the sealed
7  documents, for which Defendants maintain privilege shall remain sealed until all avenues
8  for appeal have been exhausted.  The sealed documents shall not be disclosed to
9  Plaintiffs' counsel, Intervenors' counsel, or the general public.  Should this Court
10 determine that any of the sealed documents are subject to disclosure to Plaintiffs and
11 Intervenors, the Court will Order Defendants to produce said documents.
12 IT IS SO ORDERED:

DATED: April 23, 2008

By: /s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

DATED: April 23, 2008

By: [signature]
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT
JUDGE, EASTERN DISTRICT OF
CALIFORNIA

DATED: April 23, 2008

By: [signature]
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT
JUDGE, NORTHERN DISTRICT OF
CALIFORNIA

-1-

[PROPOSED] ORDER SEALING DOCUMENTS FOR *IN CAMERA* REVIEW.
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1452485.1

PDF created with pdfFactory trial version www.pdffactory.com