IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>SCHEDULING ORDER |

In the interest of an expedient resolution of the case, IT IS HEREBY ORDERED that:

1. All stays of discovery, if any, are LIFTED as of April 30, 2008.  Parties are to proceed diligently to the completion of discovery.

2. All parties are to designate in writing, and file with the court and serve upon all other parties, a final list of the names of all expert witnesses that they propose to tender at trial no later that sixty (60) days from April 30, 2008.

3. Any depositions from the designated experts must be completed  no later than thirty (30) days thereafter.

4. All discovery is to be completed no later than ninety (90) days from April 30, 2008.

5. A status conference shall be held on **May 30, 2008, at 1:30 PM,** in the Ceremonial Courtroom of the United States District Court for the Northern District of California, located on the 19th Floor at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated:  04/25/08

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:  04/25/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:  04/25/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA