IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

            Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

            Defendants.

NO. C01-1351 TEH

ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

On April 14, 2008, the Receiver filed a supplemental reply memorandum in support of his motion for waiver of state law regarding physician clinical competency determinations. By letter dated April 22, 2008, the California State Personnel Board ("SPB") requested leave to file a supplemental responsive brief or, in the alternative, oral argument. Good cause appearing, the Court now GRANTS the SPB's request for leave to file a supplemental responsive brief on or before **May 5, 2008.** The matter will then be deemed submitted on the papers unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: 04/25/08

            THELTON E. HENDERSON, JUDGE
            UNITED STATES DISTRICT COURT