| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER #83925<br>STEVEN FAMA #99641<br>ALISON HARDY #135966<br>General Delivery<br>San Quentin, CA 94964<br>Telephone: (415) 457-9144<br>Facsimile: (415) 457-9151 | BINGHAM McCUTCHEN<br>WARREN E. GEORGE #53588<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |

JONES DAY
CAROLINE MITCHELL #143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2007 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections.

1  The Order also states that defendants shall have thirty (30) days from the entry of the order
2  to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-
3  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.
4      Pursuant to this procedure, plaintiffs' counsel served their third quarter billing
5  statement demanding $255,923 for the period from July 1, 2007 through September 30,
6  2007 on April 7, 2008.  Following negotiations, the parties stipulate to a payment of
7  $197,770.  Plaintiffs reserve the right to pursue the remainder of the fees, as provided
8  under this Court's December 17, 2002 Order.
9      WHEREFORE, defendants agree to pay plaintiffs' counsel $197,770 within 30
10 days of the signing of this Order.  On the 31st day following the entry of this Order, interest
11 on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>,
12 the weekly average 1 year constant maturity Treasury yield for the calendar week
13 preceding the date of the Order.)
14 AGREED TO BY THE PARTIES:
15 Date: April 17, 2008

16                                        /s/
17                                        Alison Hardy
18                                        Attorney for Plaintiffs

19
20 Date: April 25, 2008                     /s/
21                                        Charles Antonen
22                                        Deputy Attorney General
                                       Attorney for Defendants

23     I, Alison Hardy, attest that Charles J. Antonen signed this document on April 25, 2008.

25 IT IS SO ORDERED.
26 Date: _____04/28_____, 2008
27                                                                     Thelton E. Henderson
28                                                                       United States District Court Judge

Stipulation and Order Re: Collection of Third Quarter Fees
*Plata v. Schwarzenegger*, No. C-01-1351 T.E.H.     2