IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

              Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

              Defendants.

NO. C01-1351 TEH

ORDER SETTING BRIEFING SCHEDULE RE: MEDICAL DEVELOPMENT INTERNATIONAL'S APPLICATION FOR LEAVE TO SUE RECEIVER IN STATE COURT

On May 15, 2008, Medical Development International ("MDI") filed an *ex parte* application for leave to sue the Receiver in state court. MDI failed to comply with Civil Local Rule 7-10, which governs *ex parte* motions, because it failed to "include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought." Civ. L.R. 7-10. While the Court could reject the motion based on MDI's procedural deficiency, it finds the more efficient way to proceed is to construe the *ex parte* motion as a regularly noticed motion. MDI is forewarned, however, that future violations of the Court's local rules or standing orders shall not be lightly tolerated.

In light of the above, IT IS HEREBY ORDERED that the Receiver shall file opposition papers to MDI's motion on or before **June 2, 2008,** and MDI shall file a reply on or before **June 9, 2008.** Unless the Court otherwise orders a hearing, the matter will then be deemed submitted on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: 05/19/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT