IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER DENYING REQUEST FOR HEARING BY PLAINTIFF P.F. LAZOR

On April 30, 2008, Plaintiff P.F. Lazor filed a request for a hearing regarding alleged ineffective assistance of class counsel. Having carefully reviewed Mr. Lazor's filing, the Court does not find good cause to grant a hearing and thus DENIES Mr. Lazor's request.

**IT IS SO ORDERED.**

Dated: 05/23/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT