1              IN THE UNITED STATES DISTRICT COURTS

2              FOR THE EASTERN DISTRICT OF CALIFORNIA

3              AND THE NORTHERN DISTRICT OF CALIFORNIA

4         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6

7 RALPH COLEMAN, et al.,

8              Plaintiffs,

                                 NO. CIV S-90-0520 LKK JFM P

9              v.

                                 **THREE-JUDGE COURT**

10 ARNOLD SCHWARZENEGGER,
et al.,

11

12              Defendants.

13 MARCIANO PLATA, et al.,

14              Plaintiffs,                             NO. C01-1351 TEH

15              v.

                                 **THREE-JUDGE COURT**

16 ARNOLD SCHWARZENEGGER,
et al.,
                                 ORDER ON MOTION TO

17                                    COMPEL PRODUCTION OF
                                   OFFICE OF INSPECTOR

18              Defendants.                     GENERAL'S UNREDACTED
                                   REPORT

19

20      Plaintiffs have filed a motion pursuant to Fed. R. Civ. P. 45(c)(2)(B)(ii) to compel

21 production of an unredacted report by the non-party Office of the Inspector General (OIG)

22 concerning the release of Scott Thomas from San Quentin State Prison.  The OIG has filed an

23 opposition to the motion.

24      At issue is a report sent on October 31, 2007 by the Inspector General to the Secretary

25 of the California Department of Corrections and Rehabilitation (CDCR) "detailing the results

26 of the OIG's investigation into the California State Prison, San Quentin's release of Scott

27 Thomas to parole on May 18, 2007."  Plaintiff's Motion to Compel Production of the Office

28 of Inspector General's Unredacted Report Re: Scott Thomas, filed April 18, 2008, at 2.  The

1  OIG created two versions of the report, one of which redacted information concerning

2  Thomas's medical and mental health care while in prison. On April 1, 2008, plaintiffs served

3  a Rule 45 subpoena on the OIG requesting production of the unredacted report.[1]  On April 7,

4  2008, the OIG responded to the subpoena in writing, refusing to produce the unredacted

5  report without a court order.  Ex. B to Declaration of Amy Whelan in Support of Plaintiffs'

6  Motion, filed April 18, 2008.  The parties were unable to resolve the dispute informally

7  through the meet and confer process, and the instant motion followed.

8       After review of the papers filed in support of and in opposition to the motion, and

9  good cause appearing, IT IS HEREBY ORDERED that:

10       1.  Plaintiffs' April 18, 2008 motion to compel is granted;

11       2.  Within five days from the date of this order the Office of the Inspector General

12  shall produce to plaintiffs' counsel the unredacted OIG report concerning the release of Scott

13  Thomas from San Quentin State Prison, subject to the following protective order:

14       Neither plaintiffs' counsel nor any employee of any law firm representing

15  plaintiffs in these proceedings shall disclose or otherwise refer to the unredacted OIG report

16  concerning the release of Scott Thomas from San Quentin State Prison to any person outside

17  of said law firms nor shall such information be made part of the record in these proceedings

18  or any other proceedings without further order of this court or the three-judge court.

19  Dated: May 23, 2008.

20

21  _____
    UNITED STATES MAGISTRATE JUDGE

22

23
    12
    discovery21.o
24

25

26

27

---

28  [1]  On November 1, 2007, plaintiffs sent a formal written request for the unredacted
    report to the Inspector General.  That request was declined.

2