IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

              Plaintiffs,

      v.

ARNOLD SCHWARZENEGGER, et al.,

              Defendants.

NO. C01-1351 TEH

ORDER APPOINTING ADVISORY BOARD

      When this Court originally appointed a Receiver, it expressed its intention of appointing "an Advisory Board of no more than five members to assist and advise the Court and the Receiver with respect to achieving the goals of the Receivership." Feb. 14, 2006 Order Appointing Receiver at 9. The Court reiterated that intention when it appointed a new Receiver earlier this year. Jan. 23, 2008 Order Appointing New Receiver at 5-6. At that time, the Court also explained that it may expand the advisory board beyond five members "to ensure that medical, correctional, and any other areas of necessary expertise are adequately represented." *Id.*

      While the Advisory Board may provide the Receiver with advice and consultation as he carries out his duties, the Court makes clear that the Advisory Board formally reports only to the Court. Thus, the sole mission of the Advisory Board is to provide advice and consultation to the Court regarding the Court's role in overseeing the Receivership and all other aspects of the remedial process in this case. In performing their duties consistent with this order, all members of the Advisory Board shall have the status of officers and agents of this Court and, accordingly, shall be afforded the same immunities that vest with this Court.

      The Court intends for the Advisory Board, among other duties, to review the Receiver's quarterly reports and advise the Court on the Receiver's progress, including the

implementation status of the Receiver's plan of action. The Court may also ask the Advisory Board to consider specific questions concerning the remedial process and to perform other duties as assigned. The Court will work with the Advisory Board to determine the contours of how the Advisory Board's mission and duties shall be performed. All proceedings of the Advisory Board and communications between the Advisory Board and the Court shall be confidential and privileged.

With good cause appearing, the Court hereby appoints the following individuals to serve on the *Plata v. Schwarzenegger* Advisory Board: Mr. Richard Bayquen, Dr. Henry Chambers, Ms. Rebecca Craig, Dr. Joe Goldenson, Ms. Kathleen Howard, Dr. David Lawrence, Mr. Arnold Perkins, and Professor Robert Weisberg. Brief biographies of these individuals are attached to this order. The Court reserves the right to appoint additional individuals to the Advisory Board as the Court deems appropriate.

Advisory Board members shall serve at the pleasure of the Court for renewable two-year terms of appointment, effective June 16, 2008. They shall each be provided with an annual honorarium of $1000 and shall be reimbursed for reasonable expenses, including any necessary travel. As previously ordered, all costs associated with the Advisory Board shall be borne by Defendants as part of the Receivership's budget. Jan. 23, 2008 Order Appointing New Receiver at 5.

As part of his duties as the Pro Bono Special Assistant to the Court, Mr. Starr Babcock shall serve as an *ex officio* member of the Advisory Board and shall assist the Court with coordinating the Advisory Board's activities. Mr. Babcock shall also continue his work in facilitating discussions concerning monitoring and inmate correspondence.

**IT IS SO ORDERED.**

Dated: 06/06/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2

*Plata v. Schwarzenegger* Advisory Board Members
Term of Appointment: June 16, 2008 to June 15, 2010
Page 1 of 2


**Mr. Richard Bayquen** has over 35 years of experience working in California state government.  He most recently served as chief deputy director of the Department of Health Services and has also worked in several other departments in the executive branch, including the Department of Finance and the Department of Corrections (now the Department of Corrections and Rehabilitation).  In addition, Mr. Bayquen has served as chief consultant to the Assembly Budget Committee and as staff director and consultant to the Assembly Ways and Means Committee.


**Dr. Henry Chambers** is a professor of medicine at the University of California, San Francisco, and chief of the division of infectious diseases at San Francisco General Hospital.  He also serves as the director of the UCSF Infectious Diseases Fellowship Training Program.  His research interests include antimicrobial resistance, tuberculosis, and staphylococcal infections, including methicillin-resistant Staphylococcus aureus (MRSA).


**Ms. Rebecca Craig**, a registered nurse, has over 26 years of experience working in correctional health care.  She currently works with the facilities standards and operations division of the California Corrections Standards Authority and previously served as director of the Standards and Correctional Health Programs at the California Medical Association's Institute for Medical Quality.  In addition to her nursing degree, Ms. Craig has earned a Masters in Public Administration degree with an emphasis in health care management.


**Dr. Joe Goldenson** has been the program director and medical director for the San Francisco Public Health Department's Jail Health Services since 1993.  A member of the California Medical Association's Corrections and Detentions Health Care Committee and a fellow of the Society of Correctional Physicians, he has served as a court-appointed medical expert in several prison health care cases, including *Plata v. Schwarzenegger*.


**Ms. Kathleen Howard** is the former director of the Office of Governmental Affairs of the California Administrative Office of the Courts (AOC) and has also served in the AOC's legal and finance divisions.  She has extensive experience in working with all three branches of state government, as well as broad experience in legislative, policy, and budget matters.

*Plata v. Schwarzenegger* Advisory Board Members
Term of Appointment: June 16, 2008 to June 15, 2010
Page 2 of 2

**Dr. David Lawrence** is the former Chairman and Chief Executive Officer of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, the largest managed care organization in the United States. He has also served in numerous other leadership capacities at Kaiser; as health officer and director of human services in Multnomah County, Oregon; and as a member of the Institute of Medicine's Committee on Quality of Health Care in America. The author of *From Chaos to Care: The Promise of Team-Based Medicine*, Dr. Lawrence is a well-known advocate for improvements to the system of delivering health care in the United States.

**Mr. Arnold Perkins** is the former director of the Alameda County Public Health Department in Oakland, California. In that position, he led the department through a major organizational shift that reflects a broad vision of public health with a community development orientation. He previously held a variety of positions in education and the non-profit sector and is an experienced speaker and facilitator on several topics, including creative leadership and organizational change.

**Professor Robert Weisberg**, an expert and frequent commentator on criminal law and procedure, is the Edwin E. Huddleson, Jr. Professor of Law at Stanford Law School, where he has taught since 1981. He also serves as faculty director of the Stanford Criminal Justice Center, which promotes legal and interdisciplinary research on criminal law and the criminal justice system and organizes policy forums and strategic roundtables for government officials and nonprofit leaders addressing pragmatic issues of criminal justice reform.