IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER DENYING MOTION FOR SANCTIONS BY PLAINTIFF JOEL BROWN

The Court has reviewed Plaintiff Joel Brown's motion for sanctions. As this Court previously advised Mr. Brown, he is a member of the Plaintiff class and may file motions only through his counsel of record. *See* Dec. 6, 2006 Order. In addition, to the extent that Mr. Brown seeks sanctions based on ineffective assistance of class counsel, the Court finds no merit to the motion. Accordingly, Mr. Brown's motion is DENIED.

**IT IS SO ORDERED.**

Dated: 06/06/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT