HANSON BRIDGETT LLP
PAUL B. MELLO - State Bar No. 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES ANTONEN – State Bar No. 221207
KYLE LEWIS - State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone:    (415) 703-1113
Facsimile: (415) 703-5843
charles.antonen@doj.ca.gov
kyle.lewis@doj.ca.gov

PRISON LAW OFFICE
Donald Specter - State Bar No. 83295
Steven Fama - State Bar No. 99641
1917 Fifth Street
Berkeley, CA 94710-1916
 Telephone: (510) 280-2621
 Facsimile: (510) 280-2704

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | C 01-1351 TEH <br><br> STIPULATION AND [PROPOSED] ORDER RE MERGER OF MEDICAL HEALTH CARE AT PELICAN BAY STATE PRISON |

1.     The parties stipulate that Pelican Bay State Prison (Pelican Bay) will now be included as one of the covered institutions in *Plata v. Schwarzenegger, et al.*, and that the prisoners at Pelican Bay will now be members of the *Plata* class. This stipulation is a result of the May 23, 2008 Court Order in *Madrid v. Tilton*, United States District Court, Northern District

of California, Case No. C 90-3094. Any further monitoring and implementation of medical care will occur through *Plata* according to the stipulated injunction filed in *Plata* on June 13, 2002, and all subsequent orders modifying that injunction, except as specified in Paragraphs 2 through 5, below.

2. Pelican Bay shall comply with the medical care policies and procedures contained in the Pelican Bay Health Care Policies and Procedures, until such time as the Court-appointed Receiver in this case directs that Pelican Bay must comply with some or all of the provisions of the CDCR Inmate Medical Policies and Procedures.

3. The Receiver shall provide plaintiffs' counsel with written notice 10 days before the effective date of any and all directives to Pelican Bay to comply with the CDCR Inmate Medical Policies and Procedures, except when the Receiver determines that because of emergent or urgent circumstances Pelican Bay must immediately comply with some or all of those policies and procedures. In any instance in which the Receiver directs Pelican Bay to immediately comply with some or all of the CDCR Inmate Medical Policies and Procedures, the Receiver shall provide written notice to plaintiffs' counsel as soon as possible but no later than 10 days after the directive was issued.

4. If the Receiver directs that Pelican Bay comply with some or all of the CDCR Inmate Medical Policies and Procedures, the Receiver shall cause a copy of the applicable provision(s), chapter(s), or volume(s) to be placed in the prisoner law libraries at Pelican Bay within 30 days of the directive. Alternatively, the Receiver shall cause a copy of the entire current CDCR Inmate Medical Policies and Procedures to be placed in the prisoner law libraries at Pelican Bay.

5. The parties shall promptly meet and confer regarding the posting and distribution of a notice at Pelican Bay regarding the incorporation of medical care into the *Plata* class, informing class members of the termination of the orders in *Madrid* and the applicability of *Plata* orders. The notice shall also inform class members that a copy of the following orders are available for review in the inmate law libraries: (a) Order Re Special Master's Report and Recommendation to Cease Health Services Monitoring at Pelican Bay State Prison, filed on May

23, 2008 in *Madrid v. Tilton*; (b) Stipulation for Injunctive Relief, filed herein on June 13, 2002; (c) Order Appointing Receiver, filed February 14, 2006; (d) Order Re (1) Receiver's May 2007 Preliminary Plan of Action and Motion for Order Modifying Stipulated Injunction and Orders Entered herein, and (2) Plaintiffs' Motion for Order Directing Receiver to Comply with April 4, 2003 Order, etc., filed September 6, 2007; and (e) the instant order. The notice shall also include the contact information for plaintiffs' counsel. Such notice shall be posted and distributed within 30 days of the date of the Order. Copies of the above-listed orders shall be placed in the Pelican Bay law libraries no later than the date that the required notice is posted and distributed.

Dated: 6 June 08

Rochelle East
Attorney for Defendants

Dated: 6/6/08

Steven Fama
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: 06/06/08

Thelton E. Henderson
U.S. District Judge

Stip. and [Proposed] Order re Merger of Medical Care

*Plata v. Schwarzenegger, et al.*
C 01-1351 TEH

3