IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br><u>ORDER SETTING BRIEFING SCHEDULE FOR RECEIVER'S SUPPLEMENTAL APPLICATION NUMBER 5 FOR A WAIVER OF STATE LAW AND ORDER SETTING STANDARD BRIEFING SCHEDULE FOR FUTURE APPLICATIONS FOR WAIVERS OF STATE LAW</u> |

  The Court is in receipt of the Receiver's supplemental application number 5 for an order waiving state contracting statutes, regulations, and procedures, and approving the Receiver's substitute procedure for bidding and award of contracts. IT IS HEREBY ORDERED that the parties shall file objections or statements of non-opposition to this application on or before **June 27, 2008.** The Receiver may file a reply as necessary on or before **July 7, 2008.** The application will then be deemed submitted on the papers unless the Court orders further proceedings.

  In addition, IT IS FURTHER ORDERED that, unless otherwise ordered, the following schedule shall apply to all future supplemental applications for waivers of state law filed by the Receiver:

  1. The parties shall file objections or statements of non-opposition to the application no later than fourteen calendar days after the filing of the application.

1   2. If objections are filed, the Receiver shall file a reply no later than twenty-one calendar days after the filing of the application.

3. The matter shall then be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated:   06/13/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT