IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. C01-1351 TEH<br><br>ORDER DENYING MOTION TO INTERVENE BY SCOTT PINHOLSTER |

The Court hereby DENIES the motion to intervene in this action filed by Scott Pinholster, a member of the plaintiff class, on June 16, 2008. Mr. Pinholster has not persuaded the Court that class counsel for Plaintiffs is inadequate, or that a hearing is necessary to resolve that question. However, the Court will forward Mr. Pinholster's specific complaints regarding medical care to the Receiver. In the future, Mr. Pinholster may contact the Receiver with any such concerns at: J. Clark Kelso, Receiver; c/o California Department of Corrections and Rehabilitation; Correspondence Control Unit; P.O. Box 4038; Sacramento, CA 95812-4038.

**IT IS SO ORDERED.**

Dated: 06/23/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT