1  Brian M. Hoffstadt (State Bar No. 187003)
   bhoffstadt@jonesday.com
2  K. Chris Palamountain (State Bar No. 183246)
   kcpalamountain@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA 90071-2300
5  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
6
   Counsel for Referee and Consultant
7

8                IN THE UNITED STATES DISTRICT COURTS

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10              AND THE NORTHERN DISTRICT OF CALIFORNIA

11         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12           PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

| | |
|---|---|
| 14  RALPH COLEMAN, et al., | Case No. CIV S-90-0520 LKK JFM P |
| 15            Plaintiffs, | **THREE-JUDGE COURT** |
| 16       v. | |
| 17  ARNOLD SCHWARZENEGGER, et al., | |
| 18            Defendants. | |
| 19  MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| 20            Plaintiffs, | **THREE-JUDGE COURT** |
| 21       v. | |
| 22  ARNOLD SCHWARZENEGGER, et al., | [~~PROPOSED~~] **ORDER TO FILE CONFIDENTIAL SUPPLEMENTAL STATUS REPORT UNDER SEAL]** |
| 23            Defendants. | |

LAI-2957830v1
Plata / Coleman -- Supplemental Status Report

1 |     IT IS HEREBY ORDERED that the Three-Judge Court Confidential Supplemental Status Report be filed under seal.

Date: 6/25/08

**THELTON E. HENDERSON**