PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: 2: 90cv0520 LKK-JFM P |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |

[PROPOSED ORDER] RE: PLAINTIFFS' REQUEST TO TREAT THE UNREDACTED THOMAS REPORT AS CONFIDENTIAL INFORMATION UNDER THE COLEMAN AND PLATA PROTECTIVE ORDERS - Nos. Civ S 90-0520 LKK-JFM, C01-1351 TEH

[218603-2]

-2-

Counsel for plaintiffs, counsel for defendants, and the Office of Inspector General ("OIG") participated in a conference call on June 25, 2008 with the undersigned concerning Plaintiffs' Request for Leave to Designate the Unredacted Thomas Report as Confidential Information Under the *Coleman* and *Plata* Protective Orders. Counsel for defendants stated they had no objection to plaintiffs' request although they wished to make it clear that they reserved the right to object to the admission of the report at trial of this matter. Counsel were assured that the admission of evidence at the trial of this matter was not in the job description of the undersigned. The Court has considered Plaintiffs' and the OIG's joint statement on this matter, filed June 19, 2008.

Good cause appearing, IT IS HEREBY ORDERED THAT:

The Office of Inspector General's unredacted Scott Thomas report shall be subject to the *Coleman* and *Plata* protective orders, and Plaintiffs may utilize the Thomas Report during the pretrial process in the same manner and under the same procedures as they do other confidential materials in these cases.

Dated: June 26, 2008.                    /s/John F. Moulds United States
                                          Magistrate Judge

[218603-2]

-2-
ORDER RE: PLAINTIFFS' REQUEST TO TREAT THE UNREDACTED THOMAS REPORT AS CONFIDENTIAL INFORMATION UNDER THE COLEMAN AND PLATA PROTECTIVE ORDERS - NOS. CIV S 90-0520 LKK-JFM, C01-1351 TEH