FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| *Plaintiffs,* | |
| v. | [PROPOSED] ORDER ADVANCING HEARING DATE AND MODIFYING BRIEFING SCHEDULE ON MOTION TO ADD STATE CONTROLLER AS PARTY-DEFENDANT AND FOR DISCOVERY IN AID OF ENFORCEMENT OF ORDER APPOINTING RECEIVER |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants.* | |

The Court has received and considered the administrative motion of Receiver J. Clark Kelso ("Receiver") filed on June 23, 2008 and which requests an order advancing the hearing date and modifying the briefing schedule with respect to the Receiver's Motion to Add State Controller as Party-Defendant and For Discovery in Aid of Order Appointing Receiver ("Controller Motion"), filed on June 19, 2008 (Docket # 1250). Specifically, the Receiver requests that the hearing on the Controller Motion, currently scheduled for July 28, 2008, be advanced to July 14, 2008 and that any opposition papers be filed on or before July 3, 2008 and that the Receiver's reply, if any, be filed on or before July 8, 2008.

1

FUTTERMAN & DUPREE LLP

RECEIVER'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON MOTION TO ADD STATE CONTROLLER; DECL. OF MARTIN H. DODD IN SUPPORT THEREOF.
C01-1351 TEH

1 | Good cause appearing, and in the absence of any opposition, the motion is GRANTED.

2 | The hearing on the Controller Motion is advanced to July 14, 2008 at 10:00 a.m. Any
3 | opposition to the Controller Motion must be filed and served no later than July 3, 2008 and any
4 | reply must be filed and served no later than July 8, 2008.

5 | IT IS SO ORDERED.

7 | Dated: 06/27, 2008



Hon. Thelton E. Henderson
United States District Judge

2

RECEIVER'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON MOTION TO ADD STATE CONTROLLER;
DECL. OF MARTIN H. DODD IN SUPPORT THEREOF.
C01-1351 TEH

FUTTERMAN &
DUPREE LLP