IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER UNSEALING JUNE 25, 2008 STATUS REPORT</u> |

With good cause appearing, and in the absence of any objections from any party or intervenor, IT IS HEREBY ORDERED that the status report filed on June 25, 2008, by the Settlement Referee and Consultant shall be unsealed. The Settlement Referee and

//

//

//

Consultant shall, as soon as possible, electronically file their status report in both the *Plata* and *Coleman* cases.

**IT IS SO ORDERED.**

Dated:   06/27/08              On behalf of the Court:[1]

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Under 28 U.S.C. § 2284(b)(3), a single judge on a three-judge court "may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection.  He may grant a temporary restraining order on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, unless previously revoked by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction.  A single judge shall not appoint a master, or order a reference, or hear and determine any application for a preliminary or permanent injunction or motion to vacate such an injunction, or enter judgment on the merits.  Any action of a single judge may be reviewed by the full court at any time before final judgment."