United States District Court
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    MARCIANO PLATA, et al.,                    NO. C01-1351 TEH

9                 Plaintiffs,        ORDER DENYING MOTION
                                     BY PLAINTIFF PERRY
10        v.                         TATMON

11   ARNOLD SCHWARZENEGGER,
     et al.,
12
                 Defendants.
13

14

15       The Court hereby DENIES without prejudice the motion for temporary injunctive and

16   declaratory relief filed on July 7, 2008, by Perry L. Tatmon, an inmate at Avenal State

17   Prison.  As a member of the Plaintiff class, Mr. Tatmon is a represented party and may file

18   motions only through his counsel of record.

19

20   **IT IS SO ORDERED.**

21

22   Dated:   07/09/08

23                               THELTON E. HENDERSON, JUDGE
                                 UNITED STATES DISTRICT COURT
24

25

26

27

28