IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

This matter came on for telephonic hearing on July 10, 2008 on the parties' dispute over the Plata plaintiffs' June 30, 2008 Third Request for Inspection, which lists five prisons to be inspected by plaintiffs' expert, Dr. Ronald Shansky, during the week of July 14, 2008 and sets forth a series of requests in connection therewith.[1]  After hearing, the matter was taken under submission.

---

[1] Alison Hardy, Esq., participated by telephone conference as counsel for the Plata plaintiffs. Amy Whelan, Esq., participated by telephone conference as counsel for the Coleman plaintiffs. Samantha Tama, Esq., participated by telephone conference as counsel for the Plata defendants. Lisa Tillman, Deputy Attorney General, participated by telephone conference as counsel for the Coleman defendants. Natalie Leonard, Esq., participated by telephone conference as counsel for the CCPOA intervenors. Martin Dodd, Esq., participated by telephone conference as counsel for the Plata Receiver.

After consideration of the papers filed by the parties and the Receiver as well as the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. The prison inspections by Dr. Ronald Shansky, identified in plaintiffs' June 30, 2008 Third Request for Inspection, shall take place during the week of August 25, 2008.

2. Dr. Shansky's report of said inspections shall be served on or before September 10, 2008.

3. The provisions of paragraph 1 of this court's October 30, 2007 order shall apply to the inspections to take place in accordance with this order.

4. Defendants' response to the request contained in paragraph 2 of the Third Request for Inspection, concerning class members hospitalized or treated at an off-site emergency room, is due twenty-one days from the date the request was served.

DATED: July 11, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/discovery24.wpd