IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER DENYING MOTION BY PLAINTIFF TIMOTHY PATTERSON

    The Court hereby DENIES without prejudice the petition for protective order regarding out-of-state transfer filed on July 11, 2008, by Timothy Patterson, an inmate at California Men's Colony. As a member of the Plaintiff class, Mr. Patterson is a represented party and may file motions only through his counsel of record.

**IT IS SO ORDERED.**

Dated: 07/16/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT