IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

           Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, et al.,

           Defendants.

NO. C01-1351 TEH

ORDER RE: PLAINTIFF P.F. LAZOR'S MOTION REGARDING PAYMENT OF APPELLATE FILING FEE

     Plaintiff P.F. Lazor has filed a notice of appeal of this Court's May 23, 2008 order denying his request for a hearing regarding alleged ineffective assistance of class counsel. On July 14, 2008, Mr. Lazor filed a motion regarding payment of the $455.00 filing fee required to process his appeal. Having carefully reviewed Mr. Lazor's motion, the Court DENIES the requests to appoint counsel, to compel class counsel to represent Mr. Lazor in his appeal, and to compel class counsel to pay the filing fee. However, it appears that Mr. Lazor may qualify for *in forma pauperis* status whereby the filing fee may be reduced or waived. Thus, with good cause appearing, IT IS HEREBY ORDERED that the Clerk shall include a copy of the Court's application for proceeding *in forma pauperis* when serving Mr. Lazor with this order. Mr. Lazor shall return that application to this Court on or before **August 22, 2008.**

**IT IS SO ORDERED.**

Dated: 07/16/08

                                                                       THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT