1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   E. IVAN TRUJILLO, Bar No. 228790
3  SARA NORMAN, Bar No. 189536
   ALISON HARDY, Bar No. 135966
4  REBEKAH EVENSON, Bar No. 207825
   1917 Fifth Street
5  Berkeley, CA  94710
   Telephone:  (510) 280-2621
6
   KIRKPATRICK & LOCKHART PRESTON
7  GATES ELLIS LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358
8  EDWARD P. SANGSTER, Bar No. 121041
   RAYMOND LOUGHREY, Bar No. 194363
9  55 Second Street, Suite 1700
   San Francisco, CA  94105-3493
10 Telephone:  (415) 882-8200

11 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
12 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
13 San Francisco, CA  94107
   Telephone:  (415) 864-8848

14 Attorneys for Plaintiffs

   ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN, Bar No. 96891
   JANE E. KAHN, Bar No. 112239
   AMY WHELAN, Bar No. 215675
   LORI RIFKIN, Bar No. 244081
   LISA ELLS, Bar No. 243657
   315 Montgomery Street, 10th Floor
   San Francisco, California  94104
   Telephone: (415) 433-6830

   BINGHAM, McCUTCHEN, LLP
   WARREN E. GEORGE, Bar No. 53588
   Three Embarcadero Center
   San Francisco, California  94111
   Telephone: (415) 393-2000

15          IN THE UNITED STATES DISTRICT COURT

16       FOR THE EASTERN DISTRICT OF CALIFORNIA

17      AND THE NORTHERN DISTRICT OF CALIFORNIA

18  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

19    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

20 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
21        Plaintiff,                 ) **ORDER REGARDING**
                                     ) **DEFENDANTS' JUNE 15, 2006**
22 vs.                               ) **REVISED INTERIM BED PLAN**
                                     )
23 ARNOLD SCHWARZENEGGER, et al.,    )
                                     )
24        Defendants.                )
                                     )
25 MARCIANO PLATA ,et al.,           ) No. C01-1351 TEH
                                     )
26        Plaintiff,                 ) **THREE-JUDGE COURT**
                                     )
27 vs.                               )
                                     ) **STIPULATION AND ORDER**
28 ARNOLD SCHWARZENEGGER, et al.,    ) **SHORTENING TIME**
                                     )
          Defendants.                )
                                     )

1    WHEREAS Local Rule 37-251 provides that a motion must be noticed twenty-one

2    (21) days prior to the hearing date;

3    WHEREAS the Parties have met and conferred and agreed upon a shortened time

4    for hearing plaintiff's motion to compel supplemental responses and production;

5    WHEREAS the Parties jointly conferred with the Court clerk regarding their

6    proposed briefing and hearing schedule;

7    IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that the

8    briefing schedule and hearing on the motion to compel supplemental responses and

9    production be as follows:

10    1.    The parties shall file their Joint Statement re: Discovery dispute no later

11          than August 1, 2008;

12    2.    The hearing on the Joint Statement re: Discovery Dispute shall be held at

13          11:00 on August 7, 2008.

14

15    Dated: July 21, 2008                    By: */s/ Maria V. Morris*
                                              Maria V. Morris
16                                            ROSEN BIEN & GALVAN
17                                            315 Montgomery St., 10th Floor
                                              San Francisco, CA  94104
18                                            *Attorneys for Plaintiffs*
19

20

21    Dated: July 21, 2008                    By: */s/ Lisa Tillman*
                                              Lisa Tillman
22                                            OFFICE OF THE ATTORNEY
                                              GENERAL
23                                            455 Golden Gate Avenue, Suite 11000
24                                            San Francisco, CA 94102-7004
                                              *Attorneys for Defendants*
25

26    /////

27    /////

28

STIPULATION AND ORDER SHORTENING TIME

1    Pursuant to the foregoing stipulation, IT IS SO ORDERED

2    Dated: July 22, 2008

3

4

5                            UNITED STATES MAGISTRATE JUDGE

6

7

8 /colemansupp

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER SHORTENING TIME