1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  General Delivery
   San Quentin, CA  94964
4  Telephone: (415) 457-9144
   Facsimile: (415) 457-9151
5
6  Attorneys for Plaintiffs

   BINGHAM McCUTCHEN
   WARREN E. GEORGE #53588
   Three Embarcadero Center
   San Francisco, CA  94111
   Telephone: (415) 393-2000
   Facsimile: (415) 393-2286

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2007 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief.  This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

Pursuant to this procedure, plaintiffs' counsel served their third quarter billing statement demanding $485,659 for the period from October 1, 2007 through December 30, 2007 on March 25, 2008. Following negotiations, the parties stipulate to a payment of $145,389. Plaintiffs reserve the right to pursue the remainder of the fees, as provided under this Court's December 17, 2002 Order.

WHEREFORE, defendants agree to pay plaintiffs' counsel $145,389 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: July 14, 2008

/s/
Alison Hardy
Attorney for Plaintiffs

Date: July 21, 2008

/s/
Charles Antonen
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Charles J. Antonen signed this document on July 21, 2008.

IT IS SO ORDERED.

Date: _____07/23_____, 2008

Honorable Thelton E. Henderson
United States District Judge

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.      2