IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER SETTING SUMMARY JUDGMENT MOTION SCHEDULE |

Having carefully reviewed the *Plata* Defendants' July 10, 2008 filing regarding their intended motion for summary judgment, the Court finds good cause to order the following briefing schedule:

1. Any such motion shall be filed on or before **September 15, 2008.**

2. Opposition briefs or statements of non-opposition shall be filed within fourteen calendar days of the filing of the motion.

3. The reply brief shall be filed within twenty-one calendar days of the filing of the motion.

4. The matter shall then be taken under submission without oral argument, unless otherwise ordered.

The Court is aware that the intended motion is focused on expert testimony and that the expert discovery cut-off is not until October 6, 2008. However, the Court expects the parties and intervenors to manage and prioritize such discovery so that they can meet the above briefing schedule.

**IT IS SO ORDERED.**

Dated:   07/24/08         /s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS


Dated:   07/24/08       *(signature)*
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA


Dated:   07/24/08       *(signature)*
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA