|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURTS | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| AND THE NORTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES | |
| PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE | |

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER

    On July 25, 2008, counsel for defendants Arnold Schwarzenegger, et al., and counsel for plaintiffs Marciano Plata, et al. filed a stipulation and proposed order regarding expert discovery.  Therein, the parties seek approval by this court of a stipulation they have reached extending until September 19, 2008 the time for delivery of a supplemental expert report by defendants' expert, Dr. Thomas and extending until September 8, 2008 the time for delivery of a supplemental report by plaintiffs' expert, Dr. Krisberg.  Those dates exceed the deadlines for exchange of expert reports set in the order of the three-judge court filed July 2, 2008.

1   This court has extended until September 10, 2008, the deadline for service of an
2 expert report of prison inspections. <u>See</u> Order filed July 11, 2008. Absent approval of the
3 three-judge court, this court will not authorize any deadline for service of expert reports that
4 exceeds the September 10, 2008 deadline authorized by the court's July 11, 2008 order. For
5 that reason, the court will not approve the July 25, 2008 stipulation.
6   IT IS SO ORDERED.
7 DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

12
discoverystip1.o