IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

NO. C01-1351 TEH

ORDER RE: PHYSICIAN CLINICAL COMPETENCY POLICIES AND IMPLEMENTATION PLAN

On July 9, 2008, this Court approved with modifications the Receiver's proposed policies regarding physician clinical competency. The Court further ordered the Receiver, the parties, and amici State Personnel Board ("SPB") and Union of American Physicians and Dentists ("UAPD") to continue to meet and confer regarding an implementation plan responsive to the Court's May 23, 2008 order. The Receiver timely filed his status report, with the SPB's proposed implementation plan attached, on August 1, 2008.

Upon careful consideration of the Receiver's report and the SPB's proposed plan, the Court finds good cause to order the following:

1. The policies approved by the Court's July 9, 2008 order shall continue to be modified so that the evidentiary hearings are presided over by administrative law judges employed by the Office of Administrative Hearings. This modification shall remain in effect until further order of the Court.

2. Absent an agreement between the SPB and the California Medical Association Institute for Medical Quality ("IMQ") by August 15, 2008, the Receiver is authorized to cause the California Department of Corrections and Rehabilitation to execute an agreement with the IMQ for the provision of potential panelists for the Judicial Review Committee.

3. The Receiver, parties, and amici shall continue to meet and confer regarding outstanding disputes about the SPB's proposed implementation plan. The Receiver, parties, and amici shall file a joint status report, with the most recent version of the implementation plan attached, on or before **September 15, 2008.** If the meet-and-confer efforts are continuing and there appears to be no need for Court intervention at that time, then the Receiver, parties, and amici may instead file a stipulation to extend the reporting deadline for a period not to exceed 30 calendar days.

**IT IS SO ORDERED.**

Dated:   08/06/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT