IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER RE: ADVISORY BOARD'S ACCESS TO DOCUMENTS

    In the course of fulfilling its duties to this Court, the Advisory Board may, from time to time, request documents, including death reviews and reports regarding clinical misconduct, from the Receiver. The Receiver shall comply with such requests. However, any patient-identifying information shall be redacted from copies of documents provided to the Board, and the names of reviewing physicians shall be redacted from any peer review documents provided to the Board. Such redactions will serve to protect inmate-patient privacy and to promote candor in peer review communications.

    In its order appointing the Advisory Board, this Court provided that, "[i]n performing their duties consistent with this order, all members of the Advisory Board shall have the status of officers and agents of this Court and, accordingly, shall be afforded the same immunities that vest with this Court." June 6, 2008 Order Appointing Advisory Board at 1. These immunities extend to protect the Advisory Board from discovery requests, including any requests to produce documents the Board obtains from the Receiver or this Court.

    The Court further provided in the appointment order that "[a]ll proceedings of the Advisory Board and communications between the Advisory Board and the Court shall be

1 confidential and privileged." *Id.* at 2.  The Court now makes explicit that communications
2 between the Advisory Board and the Receiver or his staff shall likewise be confidential and
3 privileged.

5 **IT IS SO ORDERED.**

7 Dated:   08/07/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT