1   PRISON LAW OFFICE                                ROSEN, BIEN & GALVAN, LLP
    DONALD SPECTER, Bar No. 83925                    MICHAEL W. BIEN, Bar No. 96891
2   STEVEN FAMA, Bar No. 99641                       JANE E. KAHN, Bar No. 112239
    ALISON HARDY, Bar No. 135966                     AMY WHELAN, Bar No. 215675
3   SARA NORMAN, Bar No. 189536                      LORI RIFKIN, Bar No. 244081
    REBEKAH EVENSON, Bar No. 207825                  LISA ELLS, Bar No. 243657
4   E. IVAN TRUJILLO, Bar No. 228790                 315 Montgomery Street, 10th Floor
    1917 Fifth Street                                San Francisco, California  94104
5   Berkeley, CA  94710                              Telephone: (415) 433-6830
    Telephone:  (510) 280-2621
6
    KIRKPATRICK & LOCKHART PRESTON                   BINGHAM, McCUTCHEN, LLP
7   GATES ELLIS LLP                                  WARREN E. GEORGE, Bar No. 53588
    JEFFREY L. BORNSTEIN, Bar No. 99358              Three Embarcadero Center
8   EDWARD P. SANGSTER, Bar No. 121041               San Francisco, California  94111
    RAYMOND E. LOUGHREY, Bar No. 194363              Telephone: (415) 393-2000
9   55 Second Street, Suite 1700
    San Francisco, CA  94105-3493
10  Telephone:  (415) 882-8200

11  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
12  CLAUDIA CENTER, Bar No. 158255
    600 Harrison Street, Suite 120
13  San Francisco, CA  94107
    Telephone:  (415) 864-8848
14
    Attorneys for Plaintiffs
15
                  IN THE UNITED STATES DISTRICT COURTS
16
                FOR THE EASTERN DISTRICT OF CALIFORNIA
17
               AND THE NORTHERN DISTRICT OF CALIFORNIA
18
          UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
            PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
19
    RALPH COLEMAN, et al.,              ) No.  Civ S 90-0520 LKK-JFM P
20                                      )
              Plaintiffs,               ) **THREE-JUDGE COURT**
21                                      )
          vs.                           ) **STIPULATION AND ORDER REGARDING**
22                                      ) **DISCOVERY DISPUTE RE DATA**
    ARNOLD SCHWARZENEGGER, et al.,      )
23                                      )
              Defendants                )
24  _____)
    MARCIANO PLATA ,et al.,             ) No. C01-1351 TEH
25                                      )
              Plaintiffs,               ) **THREE-JUDGE COURT**
26        vs.                           )
                                        )
27  ARNOLD SCHWARZENEGGER, et al.,      )
                                        )
28            Defendants                )
    _____)

    STIPULATION AND ORDER REGARDING DISCOVERY DISPUTE RE DATA, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

1    WHEREAS Plaintiffs filed a motion to compel discovery responses on July 31, 2008

2  (Coleman Docket No. 2903) seeking responses to Plata Plaintiffs' Requests for Production of

3  Documents Nos. 40-43, which request certain data;

4    WHEREAS plaintiffs' expert Dr. James Austin contends that he needs at least two

5  weeks to analyze the data plaintiffs seek and to produce a report analyzing said data;

6    WHEREAS Defendants filed their opposition papers on August 5, 2008 (Coleman

7  Docket No. 1365);

8    WHEREAS the Parties have met and conferred and reached a tentative settlement of the

9  dispute at issue in Plaintiffs' Motion to Compel;

10    IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that:

11    1. Defendants hereby waive the mediation privilege for all data that the CDCR Office

12  of Research previously provided to Dr. James Austin during the prior mediation process in this

13  Three-Judge proceeding.  Defendants aver that such waiver is expressly limited to the data

14  received as described in this paragraph and is limited to this Three-Judge proceeding;

15    2. Plaintiffs shall withdraw their Motion to Compel responses to Requests for

16  Production of Documents Nos. 40-42;

17    3.  Defendants have sent plaintiffs a set of data that defendants represent is the data they

18  provided to their consultants at U.C. Irvine for the development and analysis of the California

19  Static Risk Assessment Instrument in electronic format, with full documentation, by overnight

20  mail for delivery on Monday, August 11, 2008;

21    4.  Plaintiffs continue their Motion to Compel response to Request for Production of

22  Documents No. 43 until Thursday, August 14, 2008.  On or before that date, plaintiffs shall

23  review the documents referenced in paragraph 3 above.  If the documents are as represented in

24  paragraph 3, and are complete, accurate and substantially similar to the data requested in

25  Document Request No. 43, plaintiffs shall withdraw the motion;

26    5.  Defendants agree to stipulate to a reasonable extension of time to allow Dr. Austin to

27  disclose a supplemental expert report analyzing the data responsive to Requests Nos. 40-43.

28  Plaintiffs shall be permitted to disclose Dr. Austin's supplemental report on August 27, 2008 or

1 | two weeks after the data responsive to Request No. 43 is provided pursuant to paragraph 3 or

2 | produced pursuant to court order, whichever is later.

3 | Dated:  August 11, 2008                          By:   /s/ *Rebekah Evenson*
                                                                    Rebekah Evenson
4 |
5 |                                                         Rebekah Evenson
                                                          PRISON LAW OFFICE
6 |                                                        1917 Fifth Street
                                                          Berkeley, CA  94710
7 |                                                        Telephone:  (510) 280-2621

8 |                                                        *Attorneys for Plaintiffs*

9 |                                                        By:   /s/ *Renju Jacob*
                                                                     Renju Jacob
10 |
11 |                                                       (approved on August 11, 2008)

12 |                                                       Renju Jacob
                                                          HANSON BRIDGETT LLP
13 |                                                      425 Market Street, 26th Floor
14 |                                                      San Francisco, CA 94105

15 |                                                      *Attorneys for Defendants*

16 |

17 | Pursuant to the foregoing stipulation, IT IS SO ORDERED

18 | Dated:  August 13, 2008.

19 |

20 |

21 |                                                      _____/s/_____
                                                          JOHN F. MOULDS
22 |                                                      UNITED STATES MAGISTRATE JUDGE

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND ORDER RE DISCOVERY DISPUTE RE DATA , NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH