| | |
|---|---|
| PRISON LAW OFFICE | BINGHAM McCUTCHEN |
| DONALD SPECTER #83925 | WARREN E. GEORGE #53588 |
| STEVEN FAMA #99641 | Three Embarcadero Center |
| ALISON HARDY #135966 | San Francisco, CA 94111 |
| General Delivery | Telephone: (415) 393-2000 |
| San Quentin, CA 94964 | Facsimile: (415) 393-2286 |
| Telephone: (415) 457-9144 | |
| Facsimile: (415) 457-9151 | |

JONES DAY
CAROLINE MITCHELL #143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | No. C-01-1351 T.E.H. |
| Plaintiffs, | STIPULATION AND ORDER FOR COLLECTION OF ADDITIONAL UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2007 |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

      On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections.

Stipulation and Order Re: Collection of Additional Undisputed Third Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

1  The Order also states that defendants shall have thirty (30) days from the entry of the order
2  to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-
3  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.
4       Pursuant to this procedure, plaintiffs' counsel served their third quarter billing
5  statement demanding $255,923 for the period from July 1, 2007 through September 30,
6  2007 on April 7, 2008.  Following negotiations, the parties stipulate to a payment of
7  $197,770, and the Court so ordered on April 30, 2008.  Having entered into further
8  negotiations, the parties now stipulate to the payment of an additional $7931 for fees and
9  costs incurred during the third quarter of 2007.  Plaintiffs reserve the right to pursue the
10 remainder of the fees, as provided under this Court's December 17, 2002 Order.
11      WHEREFORE, defendants agree to pay plaintiffs' counsel $7931 within 30 days of
12 the signing of this Order.  On the 31st day following the entry of this Order, interest on any
13 unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the
14 weekly average 1 year constant maturity Treasury yield for the calendar week preceding
15 the date of the Order.)
16 AGREED TO BY THE PARTIES:
17 Date: July 29, 2008
18                                                   /s/
19                                                   Alison Hardy
                                                     Attorney for Plaintiffs
20
21
22 Date: August 22, 2008                             /s/
                                                     Charles Antonen
23                                                   Deputy Attorney General
                                                     Attorney for Defendants
24
25      I, Alison Hardy, attest that Charles J. Antonen signed this document on August 22, 2008.
26
27 ///
28 ///

Stipulation and Order Re: Collection of Additional Undisputed Third Quarter Fees
*Plata v. Schwarzenegger*, No. C-01-1351 T.E.H.          2

1
2   IT IS SO ORDERED.
3       Date: _____08/29_____, 2008
4                                              _____
5                                              Honorable Thelton E. Henderson
                                               United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Stipulation and Order Re: Collection of Additional Undisputed Third Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.        3