STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
GALIT A. KNOTZ (SBN 252962) gknotz@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501
Attorneys for the Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | Case No.:  C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEARANCE OF GALIT AVITAN KNOTZ** |

**TO THE CLERK OF THE COURT, AND ATTORNEYS OF RECORD:**

Please take notice that Galit A. Knotz of the law firm of Akin Gump Strauss Hauer & Feld LLP hereby enters her appearance as an additional counsel of record on behalf of the Republican Assembly and Senate Intervenors in the above-captioned case.

Dated:  September 2, 2008                                           AKIN GUMP STRAUSS HAUER & FELD LLP

                                                                                        By          /s/ Chad A. Stegeman          
                                                                                                  Steven Kaughold
                                                                                                  Chad A. Stegeman
                                                                                                  Galit A. Knotz
                                                                                        Attorneys for Republican Assembly and Senate
                                                                                                           Intervenors