IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER REVISING TRIAL SCHEDULE |

The Court's July 2, 2008 Order for Pretrial Preparation set trial in this matter to begin on November 18, 2008, at 1:30 PM, and stated that "[t]rial shall run on Tuesdays from 1:30 PM to 4:00 PM, and on Wednesdays through Fridays from 9:15 AM to 4:00 PM." July 2, 2008 Order at 4. The Court now revises that schedule so that trial will begin on November 18, 2008, at **9:15 AM**, and shall run on Tuesdays through Fridays from 9:15 AM

//

//

1  to 4:00 PM.  There will continue to be no trial on Mondays, or on November 25 through
2  November 28.
3
4
5  **IT IS SO ORDERED.**
6
7  Dated:  09/09/08                                /s/
                                STEPHEN REINHARDT
8                                UNITED STATES CIRCUIT JUDGE
                                NINTH CIRCUIT COURT OF APPEALS
9
10
11  Dated:  09/09/08
                                LAWRENCE K. KARLTON
12                                SENIOR UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF CALIFORNIA
13
14
15  Dated:  09/09/08
                                THELTON E. HENDERSON
16                                SENIOR UNITED STATES DISTRICT JUDGE
                                NORTHERN DISTRICT OF CALIFORNIA
17
18
19
20
21
22
23
24
25
26
27
28

2