IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER DENYING RICHARD EDWARDS'S SECOND REQUEST FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Richard Edwards, a prisoner seeking to represent himself pro se, has filed a second request for leave to file an amicus curiae brief in this action. As the Court explained when denying Mr. Edwards's first request to file an amicus curiae brief on September 18, 2007, Mr. Edwards is a member of the plaintiff class, and his interests are therefore properly represented by counsel for Plaintiffs. Accordingly, Mr. Edwards's request is DENIED.

**IT IS SO ORDERED.**

Dated: 09/15/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT