IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

ORDER GRANTING RECEIVER'S SUPPLEMENTAL APPLICATION NO. 7 FOR ORDER WAIVING STATE CONTRACTING STATUTES, ETC.

On June 4, 2007, this Court approved the Receiver's Master Application for Order Waiving State Contracting Statutes, Regulations, and Procedures and authorized three alternative substitute procedures for the bidding and award of contracts: expedited formal bidding, urgent informal bidding, and sole-source bidding. On September 2, 2008, the Receiver filed his Supplemental Application No. 7 for an Order Waiving State Contracting Statutes, Regulations, and Procedures and Authorizing the Receiver to Enter into Contract for Quality Measurement Technical Assistance.

After complying with the urgent informal bidding process previously approved by the Court, the Receiver now seeks authorization to execute a contract with RAND Corporation for technical assistance regarding quality measurement. The Receiver's request for offers, including the proposed scope of work, is attached as Exhibit 1 to the Declaration of Terry Hill submitted in support of the application, and RAND Corporation's proposal in response to the request for offers is attached as Exhibit 2 to the same declaration.

Pursuant to the Court's June 13, 2008 order setting a standard briefing schedule for the Receiver's applications for waivers of state law, any objections were due on September 16, 2008. Neither Plaintiffs nor Defendants filed objections, thus indicating that they do not oppose the Receiver's application.

Having carefully considered the Receiver's application and the record in this case, the Court finds good cause to GRANT the Receiver's Supplemental Application No. 7. The Court agrees with the Receiver that the quality measurement tasks identified in the application are critical to establishing a constitutional system of medical care delivery in California's prisons, and that failure to obtain a waiver of state law would prevent the Receiver from achieving that goal in a timely fashion. Moreover, no party has identified any alternatives to the requested waiver that would achieve a constitutional remedy in this instance, nor does any party oppose the requested waiver. Accordingly, IT IS HEREBY ORDERED that:

1. The following state statutes, regulations, and procedures shall be waived with respect to the quality measurement tasks described more fully in the Receiver's Supplemental Application No. 7:

- California Government Code ("Gov't Code") sections 14825-14828 and State Contracting Manual ("SCM") sections 5.10A, 5.75, and 5.80 (governing advertisement of state contracts);
- California Public Contract Code ("PCC") sections 10290-10295, 10297, 10333, 10335, 10351, and 10420-10425; Gov't Code section 14616; and SCM sections 4.00-4.11 (governing approval of contracts by Department of General Services ("DGS") and exemption from and consequences of failure to obtain DGS approval);
- PCC sections 10308, 10309, and 10314; SCM, volume 2; and State Administrative Manual ("SAM") sections 3500-3696.3 (governing procurement of goods);

- PCC sections 6106, 10109-10126, 10129, 10140, 10141, 10180-10185, 10220, 10301-10306, 10340-10345, 10351, 10367, and 10369; Gov't Code sections 4525-4529.20, 4530-4535.3, 7070-7086, 7105-7118, and 14835-14837; California Military and Veterans Code sections 999-999.13; California Code of Regulations ("CCR"), title 2, sections 1195-1195.6; SCM sections 5.00-6.40; and Management Memo ("MM") 03-10 (governing competitive bidding, required language in bid packages, non-competitive bid ("NCB") procedures, preferential selection criteria, contractor evaluations and notice, contract award and protest procedures for service, consulting services, construction project management, and public works contracts);
- PCC sections 10314 and 10346 (governing progress payments);
- Gov't Code section 13332.09 and MM 06-03 (governing vehicle purchases);
- PCC sections 12100-12113, 12120-12121, and 12125-12128; SCM, volume 3; and SAM sections 4800-4989.3 and 5200-5291 (governing procurement of information technology, telecommunications, and data processing goods and services and applicable alternate protest procedures);
- Gov't Code sections 13332.10, 14660, 14669, and 15853 (governing acquisition and leasing of real property);
- Gov't Code sections 13332.19, and 15815 (governing plans, specifications, and procedures for major capital projects); and
- PCC sections 10365.5 and 10371; and SCM section 3.02.4 (governing restrictions on and approval for multiple contracts with the same contractor).

2. The Receiver is authorized to enter into the proposed contract with RAND Corporation for completion of the quality measurement tasks described more fully in the Declaration of Terry Hill and attached exhibits submitted in support of Supplemental Application No. 7.

3. The Receiver is authorized to publish provisions requiring contractor certifications of compliance with state laws (e.g., nondiscrimination) on his website and

3

include a single representation in the contracts he awards to the effect that the contractor has read, and attests that he/she/it is in compliance with, the required provisions.

**IT IS SO ORDERED.**

Dated:   09/18/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT