**United States District Court**
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8    MARCIANO PLATA, et al.,                 NO. C01-1351 TEH
9                    Plaintiffs,
                                             ORDER GRANTING MOTION
10           v.                              TO FILE DOCUMENTS
                                             UNDER SEAL
11   ARNOLD SCHWARZENEGGER,
     et al.,
12
                     Defendants.
13
14
15          While the final version of the Receiver's facilities plan will be made public, the drafts
16   produced for discussion have been designated as confidential under existing protective
17   orders.  Accordingly, Defendants' September 15, 2008 motion to file documents under seal is
18   hereby GRANTED.
19
20   **IT IS SO ORDERED.**
21
22   Dated:   09/18/08
                                             _____
23                                           THELTON E. HENDERSON, JUDGE
                                             UNITED STATES DISTRICT COURT
24
25
26
27
28