IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

FURTHER ORDER RE: PHYSICIAN CLINICAL COMPETENCY POLICIES AND IMPLEMENTATION PLAN

    The Court is in receipt of the joint statement filed by the Receiver and the State Personnel Board ("SPB") on September 19, 2008, regarding the status of the physician clinical competency policies and implementation plan.[1] The Receiver and SPB continue to disagree on particular aspects of the implementation plan, but it does not appear that further discussion would be unfruitful.

    Accordingly, IT IS HEREBY ORDERED that the Receiver and SPB shall continue to meet and confer on these issues and file an updated joint status report on or before **November 21, 2008.** If the meet-and-confer efforts are continuing and there appears to be no need for Court intervention at that time, then the Receiver and SPB may instead file a stipulation to extend the reporting deadline for a period not to exceed 30 calendar days.

//

//

---

[1] The statement was due on September 15, 2008. The Court excuses this late filing but expects all future filings to be timely.

In the meantime, and until further order of the Court, the modifications approved by the Court in its August 6, 2008 order shall remain in full effect.

**IT IS SO ORDERED.**

Dated: 09/26/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT