IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

    Defendants have filed a request for clarification of this court's August 29, 2008 order requiring payment of expenses to plaintiffs. Specifically, defendants want to know "[b]y what date must Defendants pay Plaintiffs' expenses." Defendants' Request for Clarification, filed September 24, 2008, at 2.

    In the August 29, 2008 order, the court directed plaintiffs to file within five days a declaration of their expenses for the part of their August 12, 2008 motion for sanctions that was resolved by the August 29, 2008 order. On September 5, 2008, plaintiffs filed a declaration of counsel seeking fees in the amount of $10,407.30 pursuant to this court's

August 29, 2008 order. Defendants have filed no opposition or other response to the declaration of plaintiffs' counsel.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' shall pay to plaintiffs' counsel the expenses associated with the relief granted by this court's August 29, 2008 order in the amount of $10,407.30[1];  and

2. Defendants shall pay the above sum within ten days from the date of this order.

Dated: September 30, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
discovery30.exp

---

[1] This amount is calculated by multiplying the adjusted hours set forth in the unopposed declaration of plaintiffs' counsel by the maximum hourly PLRA rate of $169.50.

2