IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

<u>ORDER RE: RECEIVER'S CONSTRUCTION OVERSIGHT ADVISORY BOARD AND REHABILITATION SERVICES ADVISORY COUNCIL</u>

    The Receiver has appointed a Construction Oversight Advisory Board ("COAB") and will soon appoint a Rehabilitation Services Advisory Council ("RSAC"). Both of these bodies consist of experts in their respective areas, all of whom will serve on a voluntary basis, who will assist the Receiver in evaluating various aspects of the remedial plan in this case.

    This order makes clear that, like the Receiver and his staff, members of the COAB and RSAC shall "have the status of officers and agents of this Court, and as such shall be vested with the same immunities as vest with this Court." Feb. 14, 2006 Order Appointing Receiver at 6. As with the Court's Advisory Board, these immunities extend to protect members of the COAB and RSAC from discovery requests, including any requests to produce documents they obtain from the Receiver or this Court. *See* Aug. 7, 2008 Order re: Advisory Board's Access to Docs. at 2.

    In addition, communications between members of the COAB, RSAC, the Receiver, the Advisory Board, and/or the Court concerning their duties as members of their respective bodies shall be confidential and privileged. However, if a COAB or RSAC member believes that he or she is required to disclose any confidential information as a result of other professional responsibilities, then that board member shall discuss the particular

circumstances with the Receiver. The Receiver will then raise the issue with the Court, which will decide whether a waiver of confidentiality is appropriate under the circumstances.

**IT IS SO ORDERED.**

Dated: 10/07/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2