IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

      Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

NO. C01-1351 TEH

ORDER RE: STIPULATION REGARDING APPROVAL OF THE INSPECTOR GENERAL'S PROPOSED MEDICAL INSPECTION PROGRAM

  On October 23, 2008, the Court received a stipulation regarding approval of the Office of the Inspector General's ("OIG's") proposed medical inspection program. This stipulation was signed by representatives from the OIG and the Receiver's Office, as well as by counsel for Plaintiffs. Although the stipulation states that Defendants "were invited to participate in all phases of the development process," Stip. at 1 n.1, counsel for Defendants did not sign the stipulation.

  Accordingly, IT IS HEREBY ORDERED that Defendants shall file any objections, or a statement of non-opposition, to the stipulation on or before **November 3, 2008**. If necessary, the Receiver, OIG, and Plaintiffs may file a joint response to Defendants' objections on or before **November 10, 2008**. This matter will then be deemed submitted on the papers unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 10/27/08

          THELTON E. HENDERSON, JUDGE
          UNITED STATES DISTRICT COURT