1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Lead Attorneys for Intervenors
   COUNTY OF SANTA CLARA, COUNTY
6  OF SANTA BARBARA, and COUNTY OF
   SAN MATEO
7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10           AND THE NORTHERN DISTRICT OF CALIFORNIA

11      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

14 | RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P
15 |     Plaintiffs, | THREE-JUDGE COURT
16 | v. |
17 | ARNOLD SCHWARZENEGGER, et al., |
18 |     Defendants. |
19 | |
   | | No. C01-1351 TEH
20 | MARCIANO PLATA, et al., |
   | | THREE-JUDGE COURT
21 |     Plaintiffs, |
   | | **STIPULATION AND [PROPOSED] ORDER
22 | | BY ALL PARTIES AND INTERVENORS
   | v. | FOR MODIFICATION OF THE COURT'S
23 | | ORDER OF FEBRUARY 8, 2008 RE
   | | INTERVENOR REPRESENTATION AT
24 | ARNOLD SCHWARZENEGGER, et al., | TRIAL**
25 |     Defendants. | Trial Date: November 18, 2008
   | | Time:       1:30 p.m.
26 | | Location:   U.S.D.C. Ceremonial Courtroom

27  //

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order for Modification
of Order of February 8, 2008                    -1-          CIV S-90-0520 LKK / C01-1351 TEH

It is hereby stipulated between all parties and intervenors that:

1. On February 8, 2008, the Court issued an Order Granting in Part Intervenors' Motion for Reconsideration and Order Consolidating Proceedings (the "February 8 Order").

2. Paragraph 5 of the February 8 Order states: "At trial, one attorney may question each witness on behalf of all intervenors.  The same attorney need not question all witnesses.  Intervenors will, however, present their evidence and question other parties' witnesses through not more than a total of three different attorneys throughout the trial."

3. On March 10, 2008, the County Intervenors and Sonoma County Intervenors (collectively "County Intervenors") filed a motion for reconsideration of the February 8 Order that limited the number of counsel to three attorneys for all Defendant Intervenors.  Among other things, the County Intervenors argued they have a due process right to be represented by their own counsel in these proceedings.  On March 18, 2008, the Court denied the motion without prejudice to demonstrate the existence of a due process violation, and stated that the "parties shall present in their joint pretrial conference statement any such arguments for the need for separate counsel to participate at trial."  The parties now bring this matter before the Court in an effort to balance the due process concerns with the interests in judicial economy and efficiency in this proceeding.

4. Each of the seven Defendant Intervenor parties/groups has its own separate counsel in this case.[1]  To date, each Defendant Intervenor has presented its own evidence, through its own counsel, in the form of deposition testimony, discovery, expert reports, exhibits and witness declarations.  The parties request that each Defendant Intervenor continue to be represented by its own counsel at trial, subject to the requirement contained in the February 8 Order that "one attorney may question each witness on behalf of all [defendant] intervenors" and that the "same attorney need not question all witnesses."

---

[1] The seven Defendant Intervenor parties/groups are: (1) County of Santa Clara; (2) County of San Mateo; (3) County of Santa Barbara; (4) County of Sonoma (including Sonoma County's Sheriff, Chief Probation Officer and District Attorney); (5) Law Enforcement Intervenors (Sheriffs, Police Chiefs and Chief Probation Officers); (6) Republican Assembly and Senate Intervenors; and (7) District Attorney Intervenors.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order for Modification
of Order of February 8, 2008                -2-                CIV S-90-0520 LKK / C01-1351 TEH

5.    Accordingly, the parties request that the Court modify its February 8 Order to vacate the requirement contained in Paragraph 5 that: "Intervenors will, however, present their evidence and question other parties' witnesses through not more than a total of three different attorneys throughout the trial." Elimination of the three attorney maximum will allow each of the Defendant Intervenors to present its own evidence through its own counsel without lengthening or delaying the proceedings because each witness will still be questioned by only one attorney on behalf of all Defendant Intervenors.[2]

IT IS HEREBY STIPULATED that Paragraph 5 of the February 8 Order be modified as follows: "At trial, one attorney may question each witness on behalf of all defendant intervenors. The same attorney need not question all witnesses."

I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**IT IS SO STIPULATED**:

Dated: October 30, 2008

Respectfully submitted,
ANN MILLER RAVEL
County Counsel

By:    /S/
THERESA J. FUENTES
Deputy County Counsel
Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA ,
COUNTY OF SANTA BARBARA,
and COUNTY OF SAN MATEO

Dated: October 30, 2008

STEVEN M. WOODSIDE
County Counsel

By:    /S/
ANNE L. KECK
Deputy County Counsel
Attorneys for Intervenor,
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF SONOMA
COUNTY PROBATION

---

[2] Although Defendant Intervenors do not expect the need to do so, they reserve the right to seek relief from the Court if during trial it becomes apparent that the assigned attorney for a witness is unable or unwilling to represent another intervenors' interests with respect to that witness.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order for Modification
of Order of February 8, 2008                -3-            CIV S-90-0520 LKK / C01-1351 TEH

| | | |
|---|---|---|
| 1 | Dated: October 30, 2008 | ROD PACHECO<br>District Attorney |
| 2 | | |
| 3 | | By: _____/S/_____<br>WILLIAM MITCHELL |
| 4 | | Assistant District Attorney<br>Attorneys for District Attorney |
| 5 | | Intervenors |
| 6 | | |
| 7 | Dated: October 30, 2008 | AKIN BUMP STRAUSS HAUER<br>& FELD LLP |
| 8 | | |
| 9 | | By: _____/S/_____<br>CHAD STEGEMAN |
| 10 | | Attorneys for Assembly and<br>Senate Republican Intervenors |
| 11 | | |
| 12 | Dated: October 30, 2008 | JONES & MAYER |
| 13 | | |
| 14 | | By: _____/S/_____<br>KIMBERLY HALL-BARLOW |
| 15 | | Attorneys for Sheriff Intervenors,<br>Probation Intervenors, and Chief of<br>Correction Intervenors |
| 16 | | |
| 17 | Dated: October 30, 2008 | CARROLL, BURDICK &<br>MCDONOUGH LLP |
| 18 | | |
| 19 | | By: _____/S/_____<br>NATALIE LEONARD |
| 20 | | Attorneys for Intervenor<br>California Correctional Peace<br>Officer's Association |
| 21 | | |
| 22 | Dated: October 30, 2008 | ROSEN, BIEN & GALVAN, LLP |
| 23 | | By: _____/S/_____<br>AMY WHELAN |
| 24 | | Attorneys for Plaintiffs |
| 25 | | |
| 26 | Dated: October 30, 2008 | PRISON LAW OFFICE |
| 27 | | By: _____/S/_____<br>DONALD SPECTER |
| 28 | | Attorneys for Plaintiffs |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order for Modification
of Order of February 8, 2008     -4-     CIV S-90-0520 LKK / C01-1351 TEH

| | |
|---|---|
| Dated:  October 30, 2008 | EDMUND G. BROWN, JR.<br>Attorney General, State of California<br><br>By:    /S/<br>ROCHELLE C. EAST<br>KYLE A. LEWIS<br>Deputy Attorneys General<br>Attorneys for Defendants |

**ORDER**

Pursuant to the above stated stipulation of the parties,

IT IS HEREBY ORDERED that Paragraph 5 of the Court's February 8, 2008 Order Granting in Part Intervenors' Motion for Reconsideration and Order Consolidating Proceedings is hereby modified as follows:

5.   At trial, one attorney may question each witness on behalf of all defendant intervenors.  The same attorney need not question all witnesses.

Dated: 11/03/08
/s/
STEPHEN REINHARDT
United States Circuit Judge
Ninth Circuit Court of Appeal

Dated: 11/03/08
/s/
LAWRENCE K. KARLTON
Senior United States District Judge
Eastern District of California

Dated: 11/03/08
THELTON E. HENDERSON
Senior United States District Judge
Northern District of California

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order for Modification
of Order of February 8, 2008         -5-         CIV S-90-0520 LKK / C01-1351 TEH