Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  gadam@cbmlaw.com
  jstoughton@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL**
**PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:  916.372.6060
Facsimile:  916.372.9805
E-Mail:  dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | **PLAINTIFF INTERVENOR CCPOA'S OPENING TRIAL BRIEF**<br><br>**TRIAL DATE: NOVEMBER 18, 2008**<br><br>**TIME: 1:30P.M.**<br><br>**COURTROOM: N.D. CAL., USDC CEREMONIAL COURTROOM** |

# I

## INTRODUCTION

Plaintiff Intervenor the California Correctional Peace Officers' Association ("CCPOA") hereby submits this Opening Trial Brief pursuant to Local rule 16-285 of the Eastern District of California. That rule states that an opening brief shall provide "(1) a short statement of facts, (2) All admissions and stipulations not recited in the pretrial order; and (3) a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof. Issues required to be addressed in this brief that are not expressly set forth herein have already been presented to the court in the parties' Joint Pre-Trial Conference Statement, filed October 30, 2008, and incorporated herein by reference. This brief will focus on a brief statement of the facts and CCPOA's planned presentation of evidence to assist the Court in the trial of this matter.

# II

## STATEMENT OF FACTS

The California Department of Corrections and Rehabilitation ("CDCR") has a total prisoner population of 172,052. Approximately 156,352 of those are housed in CDCR institutions; those institutions are designed to house 79,828 inmates. This overcrowding has various harmful effects, and is the primary cause of the CDCR's failure to provide constitutional medical and mental health care to inmates. CCPOA incorporates by reference the proposed undisputed facts stated by Plaintiffs in the Joint Pretrial Statement at pages 13-20, establishing the nature and the cause of the violation at issue in this matter.

# III

## ADMISSIONS AND STIPULATIONS NOT RECITED IN THE PRE-TRIAL ORDER

CCPOA is not aware of any admissions or stipulations that were not recited in the Order for Pre-Trial Preparation or the Joint Pre-Trial Brief. Instead, CCPOA incorporates by reference the stipulations contained in that document.

# IV

## POINTS OF LAW AND LEGAL ARGUMENTS

CCPOA is a Plaintiff Intervenor in this suit and seeks to establish that overcrowding is the primary cause of the violation of a Federal Right and that no other relief will remedy the violation of that right. 18 U.S.C. § 3626. CCPOA seeks a tailored and targeted order that will remedy this violation to the extent allowed by law under the Prisoner Litigation Reform Act, the statute at issue in this matter. *Id.*

CCPOA occupies a unique position in the justice system in California and in this proceeding. CCPOA's witnesses are the group best positioned to describe what occurs day-to-day in the prisons, and the group most affected by these conditions other than the inmates. CCPOA intends to provide first-hand observations of some of the ways that overcrowding, as the primary cause of the violation of the Federal Rights at issue in this case, affects daily operations. CCPOA stands ready and available to answer any questions that the court may have about these witnesses' observations of conditions in California's prisons.

CCPOA's direct testimony is set forth in the declarations and deposition excerpts filed with this court on October 30, 2008, and will be supplemented by live testimony subject to the limits of this court's orders. The live testimony will cover a range of subjects, including the spread of disease, the manifestations of overcrowding in day to day operations, and difficulties in the delivery of medical and mental health care due to overcrowding. CCPOA also intends to cross-examine other witnesses in this case as appropriate. CCPOA does not intend to present other exhibits or documents at the trial, but reserves the right to do so for purposes of rebuttal or impeachment, or to refer to documents and exhibits filed by other parties as necessary.

//
//
//
//

1  CCPOA joins in Plaintiffs' analysis of the likely evidentiary disputes in this matter as set forth in the Parties' Pre-Trial Brief at pages 30-31 and 33.  CCPOA has opposed Defendants' Motions in Limine Nos. 2 and 11.

Dated:  November 4, 2008

CARROLL, BURDICK & McDONOUGH LLP

By     /s/  Natalie Leonard
      Gregg McLean Adam
      Natalie Leonard
      James W. Henderson, Jr.
Attorneys for Plaintiff/Intervenor California Correctional Peace Officers' Association