1   PRISON LAW OFFICE                         BINGHAM McCUTCHEN
    DONALD SPECTER #83925                     WARREN E. GEORGE #53588
2   STEVEN FAMA #99641                        Three Embarcadero Center
    ALISON HARDY #135966                      San Francisco, CA  94111
3   1917 Fifth Street                         Telephone: (415) 393-2000
    Berkeley, CA 94710                        Facsimile: (415) 393-2286
4   Telephone: (510) 280-2621
    ahardy@prisonlaw.com
5

6
    Attorneys for Plaintiffs
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MARCIANO PLATA, et al.,                   No. C-01-1351 T.E.H.

14        Plaintiffs,                         STIPULATION AND ORDER FOR
                                              COLLECTION OF UNDISPUTED
15        v.                                  ATTORNEYS' FEES AND COSTS
                                              FOR SECOND QUARTER OF 2008
16
    ARNOLD SCHWARZENEGGER, et al.,
17
          Defendants.
18

19        On December 17, 2002, this Court established a procedure by which plaintiffs are

20  to collect attorneys' fees and costs incurred in connection with the Stipulation for

21  Injunctive Relief.  This procedure requires plaintiffs' counsel to submit to defendants a

22  quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30)

23  days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items.

24  After the parties meet and confer on any of defendant's objections, counsel shall then

25  prepare a stipulated order for payment of the fees not subject to defendants' objections.

26  The Order also states that defendants shall have thirty (30) days from the entry of the order

27  to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

28

Stipulation and Order Re: Collection of Second Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

1  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2        Pursuant to this procedure, plaintiffs' counsel served their second quarter billing

3  statement demanding $248,911 for the period from January 1, 2008 through March 31,

4  2008 on September 10, 2008.  Following negotiations, the parties stipulate to a payment of

5  $158,539.  Plaintiffs reserve the right to pursue the remainder of the fees, as provided

6  under this Court's December 17, 2002 Order.

7        WHEREFORE, defendants agree to pay plaintiffs' counsel $158,539 within 30

8  days of the signing of this Order.  On the 31st day following the entry of this Order, interest

9  on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e.,

10  the weekly average 1 year constant maturity Treasury yield for the calendar week

11  preceding the date of the Order.)

12  AGREED TO BY THE PARTIES:

13  Date: November 4, 2008

14                                        ___/s/_____
                                          Alison Hardy
15                                        Attorney for Plaintiffs

16

17

18  Date:  November 4, 2008               ___/s/_____
                                          Jonathan Wolff
19                                        Supervising Deputy Attorney General
                                          Attorney for Defendants
20

21        I, Alison Hardy, attest that Jonathan Wolff signed this document on November 4, 2008.

22

23  IT IS SO ORDERED.

24  Date: _____11/06_____, 2008

25                                        Ho_____rson
                                          Uni_____udge
26

27                                        Judge Thelton E. Henderson

28

Stipulation and Order Re: Collection of Second Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.          2