IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br>            Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>            Defendants. | NO. C01-1351 TEH <br><br> ORDER VACATING <br> NOVEMBER 12, 2008 <br> HEARING |

The Court is informed that the United States Court of Appeals for the Ninth Circuit has granted Defendants' motion to stay proceedings. Accordingly, the November 12, 2008 show cause hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 11/10/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT