IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

The court is in receipt of Plaintiffs' motion for reconsideration of the court's November 10, 2008 Order Bifurcating Trial and the other parties' responses thereto. Upon consideration of the parties' arguments, the court DENIES Plaintiffs' motion.

**IT IS SO ORDERED.**

Dated:   11/13/08                              /s/
                                       STEPHEN REINHARDT
                                       UNITED STATES CIRCUIT JUDGE
                                       NINTH CIRCUIT COURT OF APPEALS

1
2
3  Dated: 11/13/08
4  _____
   LAWRENCE K. KARLTON
   SENIOR UNITED STATES DISTRICT JUDGE
   EASTERN DISTRICT OF CALIFORNIA
5
6
7  Dated: 11/13/08
   _____
   THELTON E. HENDERSON
   SENIOR UNITED STATES DISTRICT JUDGE
   NORTHERN DISTRICT OF CALIFORNIA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28