IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

               Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

               Defendants.

NO. C01-1351 TEH

ORDER MODIFYING REPORTING REQUIREMENTS BY THE RECEIVER

After careful consideration, and upon the recommendation of the Court's advisory board, the Court hereby modifies the reporting requirements of the Receiver. The Receiver shall now file reports with this Court every four months, rather than quarterly. Reports shall be filed on or before January 15, May 15, and September 15 of each year. The next report shall be due on or before **January 15, 2009.**

**IT IS SO ORDERED.**

Dated: 11/17/08

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT