EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
KYLE A. LEWIS – State Bar No. 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
lisa.tillman@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
S. ANNE JOHNSON – 197415
SAMANTHA D. TAMA – 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
ajohnson@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF ORDER SEALING DEPOSITION OF EXPERT WITNESS HANEY**<br><br>To: Three-Judge Panel |

STIP. [PROPOSED] ORDER RE. MODIFY ORDER SEAL HANEY DEPO.
(CASE NOS. 2:90-CV-00520 LKK JFM P AND C01-1351 TEH)

[252959-1]

## STIPULATION

This Court has recognized the privileged status of a report issued by non-party Office of the Inspector General concerning the release of Scott Thomas from San Quentin State Prison. (Docket Nos. 2799, 2851.) The OIG report was discussed during the deposition of Plaintiff expert Craig Haney and, as a result, Defendants obtained an order on October 31, 2008 permitting the filing of the entire deposition under seal. (Docket No. 3249.)

Plaintiffs and Defendants have met and conferred and agree that only that portion of the transcript of the deposition of Dr. Haney in which the OIG report was discussed requires sealing under the protective order.

Plaintiffs and Defendants therefore request this Court modify its October 31, 2008 Order to reflect only the sealing of those portions of the deposition transcript of Craig Haney in which the OIG report is discussed, namely, pages 119, line 1 through page 122, line 22.

Dated: 11/12/08     By: /s/ Jane Kahn

Jane Kahn, Esq.
Rosen, Bien & Galvan
Attorneys for Plaintiffs

Dated: 11/14/08     By: /s/ Lisa Tillman

Lisa Tillman
Office of the Attorney General
Attorneys for Defendants

## [~~PROPOSED~~] ORDER

This Court has recognized the privileged status of a report issued by non-party Office of the Inspector General concerning the release of Scott Thomas from San

- 2 -

STIP., [PROPOSED] ORDER RE: MODIFY ORDER SEAL HANEY DEPO.
(CASE NOS. 2:90-CV-00520 LKK JFM P AND C01-1351 TEH)

Quentin State Prison. (Docket Nos. 2799, 2851.) The OIG report was discussed during the deposition of Plaintiff expert Craig Haney and, as a result, Defendants obtained an order on October 31, 2008 permitting the filing of the entire deposition under seal. (Docket No. 3249.)

This Court has reviewed and approves the stipulation of the Plaintiffs and Defendants to modify the October 30, 2008 to seal only that portion of the transcript of the deposition of Dr. Haney in which the OIG report was discussed namely, pages 119, line 1 through page 122, line 22. This Court so orders modification of the October 31, 2008 order.

Dated: 11/18/08            By: 

11/18/08            /s/   Judge Lawrence K. Karlton

11/18/08            /s/   Judge Stephen Reinhardt