IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

      v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER DENYING MOTION TO UNSEAL SECOND DRAFT OF RECEIVER'S FACILITY PROGRAM STATEMENT

On September 18, 2008, this Court granted a motion to file under seal the second draft of the Receiver's Facility Program Statement.  Defendants filed a motion to unseal that document on September 26, 2008, and the Receiver filed a timely opposition.  On November 17, 2008, the Receiver released the third draft of the Facility Program Statement for public comment, thereby superseding the draft that is the subject of Defendants' motion. Consequently, the Court DENIES as moot Defendants' motion to unseal the second draft of the Receiver's Facility Program Statement.

**IT IS SO ORDERED.**

Dated:   11/20/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California