DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
ALISON HARDY Bar No.: 135966
E. IVAN TRUJILLO Bar No.: 228790
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 520-2621
Facsimile: (510) 520-2704
itrujillo@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C-01-1351 T.E.H.<br><br>**STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' REQUEST TO CONTINUE HEARING DATE AND EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ATTORNEYS' FEES** |

Stipulation and [Proposed] Order Re Plaintiffs' Request to Continue Hearing Date and Extend Time to File Reply
*PLATA, ET AL. V. SCHWARZENEGGER, ET AL.,*
*CASE NO. C-01-1351 T.E.H.*

1   Plaintiffs and Defendants stipulate to continue the hearing on Plaintiffs' Motion to
2   Compel Attorneys' Fees until January 12, 2009, and a corresponding extension of time up
3   to and including December 29, 2008 for Plaintiffs' counsel to file their Reply to
4   Defendant's Opposition to Plaintiffs' Motion to Compel Attorneys' Fees, which motion
5   was originally filed on October 20, 2008.

7   Dated: November 25, 2008                    /S/
8                                               E. Ivan Trujillo
                                                Prison Law Office
9                                               Attorneys for Plaintiffs

11  Dated: November 25, 2008                    /S/
12                                              Kyle Lewis
                                                Office of the Attorney General of the
13                                              State of California
                                                Attorneys for Defendants

15  For good cause shown, pursuant to stipulation, Plaintiffs' request for an extension
16  of time for Plaintiffs to file Plaintiffs' Reply to Defendant's Opposition to Plaintiffs'
17  Motion to Compel Attorneys' Fees up to and including December 29, 2008 is
18  GRANTED.  The court will continue the hearing on Plaintiffs' Motion to Compel
19  Attorneys' Fees until January 12, 2009 at 10:00 a.m.

21  IT IS SO ORDERED.

23  Dated    11/26   , 2008
24                                              THE HONORABLE THELTON E. HENDERSON
                                                UNITED STATES DISTRICT JUDGE

27  Stipulation and [Proposed] Order Re Plaintiffs' Request to Continue Hearing Date and Extend Time to File Reply
    *PLATA, ET AL. V. SCHWARZENEGGER, ET AL.,*
28  *CASE NO. C-01-1351 T.E.H.*