IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                        No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

    v.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.
_____/

MARCIANO PLATA, et al.,

      Plaintiffs,                        No. C 01-1351 TEH (N.D. Cal.)

    v.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.
_____/

CARLOS PEREZ, et al.,

      Plaintiffs,                        No. C 05-5241 JSW (N.D. Cal.)

    v.

MATTHEW CATE, et al.,

      Defendants.
_____/

| | | |
|---|---|---|
| 1 | JOHN ARMSTRONG, et al., | |
| 2 |     Plaintiffs, | No. C 94-2307 CW (N.D. Cal.) |
| 3 |   v. | |
| 4 | ARNOLD SCHWARZENEGGER, et al., | ORDER RE: TRANSITION PLANNING COORDINATION AGREEMENT |
| 5 | | |
| 6 |     Defendants._____/ | |

The Receiver in <u>Plata</u>, the Special Master in <u>Coleman</u>, and the Court Representatives in <u>Perez</u> and <u>Armstrong</u> presented to the judges in the above-captioned cases an agreement concerning planning for the transition, activation, and management of the Receiver's 10,000 Bed Project. On October 30, 2008, the courts granted the parties until November 10, 2008, to show cause why the agreement should not be adopted as a court order. Defendants filed objections; Plaintiffs did not.

On November 17, 2008, the Receiver filed a timely response to Defendants' objections. In his response, the Receiver proposed "that he institute a series of meetings commencing in the near future to which relevant stakeholders will be invited for the purpose of discussing the 10,000 bed project and the Receiver's plans for managing the facilities to be constructed." Response at 3. Upon careful consideration, the courts find good cause to adopt the Receiver's proposal.

Accordingly, the Receiver is HEREBY ORDERED to meet and confer with relevant stakeholders, including the parties, Special Master, and Court Representatives, concerning the coordination agreement on transition planning attached to the court's October 30, 2008 Order to Show Cause. IT IS FURTHER ORDERED that the Receiver and Defendants shall file a joint supplemental statement on or before February 2, 2009. If necessary, this joint statement may

//

//

include sections setting forth the Receiver's and Defendants' separate contentions. The request for approval of the coordination agreement on transition planning will subsequently be taken under submission for individual and joint consideration by the undersigned.

**IT IS SO ORDERED.**

DATED: 12/01/08

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATED: 12/01/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 12/01/08

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: 12/01/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA