IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER VACATING
JANUARY 12, 2009 HEARING
ON PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES

The January 12, 2009 hearing on Plaintiffs' motion for attorneys' fees is hereby VACATED. Unless otherwise ordered, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: 01/05/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT