IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER RE: ORAL ARGUMENT</u> |

　　　The Court is in receipt of the Joint Statement of Parties Regarding Time For Oral Argument. Although the parties have estimated that each side will complete its argument in 2.25 hours, the Court will continue to reserve both February 3 and February 4, 2009, for argument, in order to assure that there is sufficient time. The Court may use the additional time to pursue further with the parties some factual and legal questions regarding remedies that will be relevant should the Court ultimately find it necessary to determine the content of a prisoner release order.

　　　In addition, the location of oral argument has been changed. Oral argument will commence at 10:00 AM on February 3, 2009, in the Ceremonial Courtroom (Courtroom 1)

of the United States Court of Appeals for the Ninth Circuit, located at the James R. Browning Courthouse, 95 Seventh Street, San Francisco, California.

**IT IS SO ORDERED.**

Dated: 01/27/09

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 01/27/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 01/27/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA