IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

        Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

NO. C01-1351 TEH

ORDER DENYING APPLICATION BY SAMUEL REECE FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Samuel Reece has filed an application for leave to file an amicus curiae brief so that he may "provide his contract services to the resolution of this important litigation." Appl. at 7. This is not a valid reason to file an amicus brief, and the Court therefore DENIES Mr. Reece's request. If Mr. Reece seeks to propose a solution, he remains free to contact the Receiver or the parties through their counsels of record.

**IT IS SO ORDERED.**

Dated: 02/10/09

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT