PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2008 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

1  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2       Pursuant to this procedure, plaintiffs' counsel served their third quarter billing statement demanding $121,134 for the period from July 1, 2008 through September 30, 2008 on December 15, 2008.  Following negotiations, the parties stipulate to a payment of $119,558.  Plaintiffs reserve the right to pursue the remainder of the fees, as provided under this Court's December 17, 2002 Order.

     WHEREFORE, defendants agree to pay plaintiffs' counsel $119,558 within 30 days of the signing of this Order.  On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: January 28, 2009

/s/
Alison Hardy
Attorney for Plaintiffs

Date:  January 28, 2009

Jonathan Wolff
Supervising Deputy Attorney General
Attorney for Defendants

     I, Alison Hardy, attest that Jonathan Wolff signed this document on Jan 28, 2009

IT IS SO ORDERED.

Date:  02/12, 2009

Honorable Thelton E. Henderson
United States District Court Judge

Stipulation and Order Re: Collection of Third Quarter Fees
*Plata v. Schwarzenegger*, No. C-01-1351 T.E.H.