1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　*Defendants.* | Case No.   C01-1351 TEH<br><br>**STIPULATION AND<br>[PROPOSED] ORDER** |

　　　Federal Receiver J. Clark Kelso, Plaintiffs, and Defendants hereby stipulate as follows:

　　　WHEREAS, on January 28, 2009, Defendants filed a Motion: 1) To Replace the Receiver with a Special Master and, During the Transition, To Establish a Process To Ensure the Receiver's Compliance with State and Federal Law; and 2) To Terminate the Receiver's Construction Plan ("Motion to Terminate");

　　　WHEREAS, the Motion to Terminate is noticed for hearing on March 9, 2009, oppositions are due February 13, 2009, and replies are due February 23, 2009;

　　　WHEREAS, counsel for the Receiver has requested additional time to prepare an opposition to the Motion to Terminate; and

　　　WHEREAS, counsel for the Receiver and the parties have met and conferred regarding a briefing schedule;

1

C:\Documents and Settings\rep2\Desktop\Stipulation_and_Proposed_Order_re_Schedule_on_Motion_to_Terminate.DOC   [PROPOSED] ORDER

CASE NO. C01-1351 TEH

THEREFORE, the Receiver and the parties, through their respective counsel of record, agree to the following schedule:

1. Oppositions due: Feb. 23, 2009
2. Replies due: March 9, 2009
3. Hearing date: March 16, 2009

IT IS SO STIPULATED.

Dated: February 11, 2009         MORRISON & FOERSTER LLP

                                 By:  /s/ Stuart C. Plunkett
                                      Stuart C. Plunkett

                                 Attorneys for Receiver
                                 J. CLARK KELSO


Dated: February 11, 2009         PRISON LAW OFFICE

                                 By:  /s/ Rebekah Evenson
                                      Rebekah Evenson

                                 Attorneys for PLAINTIFFS


Dated: February 11, 2009         OFFICE OF THE ATTORNEY GENERAL

                                 By:  /s/ William C. Kwong
                                      William C. Kwong

                                 Attorneys for DEFENDANTS

**IT IS SO ORDERED**
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
02/12/09