IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER APPOINTING DR. JACQUELINE TULSKY TO ADVISORY BOARD

      On June 6, 2008, this Court appointed an Advisory Board "to provide advice and consultation to the Court regarding the Court's role in overseeing the Receivership and all other aspects of the remedial process in this case." June 6, 2008 Order Appointing Advisory Board at 1. The Court explicitly reserved "the right to appoint additional individuals to the Advisory Board as the Court deems appropriate." *Id.* at 2.

      Because the Court has determined that additional medical expertise on the Advisory Board would be helpful, the Court now appoints Dr. Jacqueline Tulsky as an Advisory Board member. Dr. Tulsky is a professor of clinical medicine at the University of California at San Francisco and also works with the Positive Health Program at San Francisco General Hospital. In addition, through her work as the medical director of the San Francisco AIDS Education and Training Center, she has served as a physician consultant to the California Department of Corrections and Rehabilitation. Her primary research focus lies in improving care in vulnerable or marginalized populations, including incarcerated adults; in particular, her work has concentrated on health issues related to tuberculosis, HIV, and Hepatitis C.

      Dr. Tulsky's initial term on the Advisory Board shall expire on June 15, 2010, the same date on which the original Board members' two-year terms expire. Her $1000 honorarium for this year shall be prorated based on the date of her appointment. All other

provisions of the June 6, 2008 Order Appointing Advisory Board shall apply to Dr. Tulsky and remain in full effect.

**IT IS SO ORDERED.**

Dated: 02/25/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT