STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Republican Assembly and Senate
Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No.: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER DISMISSING JEFF DENHAM, GREG AGHAZARIAN, ALAN NAKANISHI AND GEORGE PLESCIA AS INTERVENORS** |

1.     This Court granted Senator Jeff Denham and Assemblymen Greg Aghazarian, Alan Nakanishi, and George Plescia intervening party status for purposes of opposing the issuance of a prisoner release order under consideration by this Three-Judge Court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2.     Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia have evaluated whether their continued participation as Legislator Intervenors is necessary given the current posture of the case and the participation of numerous other Legislator Intervenors.

3.     Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia, through their counsel, have contacted legal counsel for Plaintiffs, Defendants, and Intervenor representatives as of February 27, 2009, to obtain consent to their withdrawal; and,

4.     Plaintiffs, Defendants and Intervenor representatives have stipulated to dismissing Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia as intervenors in the proceedings now before this Three-Judge Court; and,

5.     Senator Denham, Assemblyman Greg Aghazarian, Assemblyman Alan Nakanishi, and Assemblyman George Plescia request this Three-Judge Court order them dismissed, with prejudice, as intervenors in CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Three-Judge Court.

IT IS SO STIPULATED.

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

1    Dated:  February 27, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP

2

3                                       By:        /s/
                                             CHAD STEGEMAN
4                                            Attorneys for Assembly and Senate
                                             Republican Intervenors
5

6    Dated:  February 27, 2009          By:        /s/
                                             ANNE L. KECK
7                                            Deputy County Counsel
                                             Attorney for Sonoma County Intervenors
8

9    Dated:  February 27, 2009          By:        /s/
                                             THERESA J. FUENTES
10                                           Deputy County Counsel
                                             Attorneys for County Intervenors

11   Dated:  February 27, 2009          By:        /s/
                                             WILLIAM MITCHELL
12                                           Assistant District Attorney
                                             Attorneys for District Attorney Intervenors
13
     Dated:  February 27, 2009          By:        /s/
14                                           KIMBERLY HALL-BARLOW
                                             Attorneys for Sheriff Intervenors,
15                                           Probation Intervenors, and
                                             Chief of Correction Intervenors
16
     Dated:  February 27, 2009          By:        /s/
17                                           NATALIE LEONARD
                                             Attorneys for Intervenor
18                                           California Correctional Peace Officer's
                                             Association
19
     Dated:  February 27, 2009          By:        /s/
20                                           MICHAEL BIEN
                                             Attorneys for *Coleman* Plaintiffs
21

22   Dated:  February 27, 2009          By:        /s/
                                             DONALD SPECTER
23                                           Attorneys for *Plata* Plaintiffs

24   Dated:  February 27, 2009          By:        /s/
                                             LISA TILLMAN
25                                           Deputy Attorney General
                                             Attorney for *Coleman* Defendants
26   Dated:  February 27, 2009          By:        /s/
                                             PAUL MELLO
27                                           Attorney for *Plata* Defendants

28

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

1        I declare under penalty of perjury under the laws of the State of California, and

2    pursuant to General Order 45(x)(B), that I obtained approval of this Stipulation from

3    each signatory listed above.  Executed on this 27th day of February, 2009 at San

4    Francisco, California.

5

6    Dated:  February 27, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP

7                                                 By:       /s/
                                                           CHAD STEGEMAN
8                                                          Attorneys for Assembly and Senate
                                                           Republican Intervenors
9

10

11       Pursuant to Stipulation, Legislator Intervenors Jeff Denham, Greg Aghazarian,

12   Alan Nakanishi, and George Plescia are dismissed from CIV 5-90-0520 LKK JFM P

13   and No. C01-1341 TEH with prejudice.

14

15       **IT IS SO ORDERED.**

16

17   Dated:    03/04/09                          /s/
                                                 STEPHEN REINHARDT
18                                               UNTIED STATES CIRCUIT JUDGE
                                                 NINTH CIRCUIT COURT OF APPEALS
19

20   Dated:    03/04/09                          /s/
                                                 LAWRENCE K. KARLTON
21                                               UNITED STATES DISTRICT JUDGE
                                                 EASTERN DISTRICT OF CALIFORNIA
22

23
                                                 [signature]
24   Dated:    03/04/09
                                                 THELTON E. HENDERSON
25                                               UNITED STATES DISTRICT JUDGE
                                                 NORTHERN DISTRICT OF CALIFORNIA
26

27

28

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**