IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

ORDER DENYING PETER BERGNE'S REQUEST FOR LEAVE TO FILE AMICUS CURIAE BRIEF

      Peter Bergne, a prisoner seeking to represent himself pro se, seeks leave to file an amicus curiae brief in this action. The Court DENIES this request because Mr. Bergne is a member of the plaintiff class, and his interests are therefore properly represented by counsel for Plaintiffs.

      To the extent that Mr. Bergne also seeks leave to file an amicus brief in the three-judge court proceedings, that request is also DENIED. As one of the three judges sitting on that court, the undersigned is authorized to deny Mr. Bergne's request under 28 U.S.C. § 2284(b)(3).

**IT IS SO ORDERED.**

Dated: 03/23/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT