STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:     415-765-9501

Attorneys for Republican Assembly and Senate Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER DISMISSING BOB MARGETT AND RICHARD ACKERMAN AS INTERVENORS** |

**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

1. This Court granted Senators Bob Margett and Richard Ackerman intervening party status for purposes of opposing the issuance of a prisoner release order under consideration by this Three-Judge Court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2. Senators Bob Margett and Richard Ackerman have evaluated whether their continued participation as Legislator Intervenors is necessary given the current posture of the case and the participation of numerous other Legislator Intervenors.

3. Senators Bob Margett and Richard Ackerman, through their counsel, have contacted legal counsel for Plaintiffs, Defendants, and Intervenor representatives as of March 23, 2009, to obtain consent to their withdrawal; and,

4. Plaintiffs, Defendants and Intervenor representatives have stipulated to dismissing Senators Bob Margett and Richard Ackerman as intervenors in the proceedings now before this Three-Judge Court; and,

5. Senators Bob Margett and Richard Ackerman request this Three-Judge Court order them dismissed, with prejudice, as intervenors in CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Three-Judge Court.

IT IS SO STIPULATED.

Dated: March 23, 2009            AKIN GUMP STRAUSS HAUER & FELD LLP

                                 By:  /s/
                                      CHAD STEGEMAN
                                      Attorneys for Assembly and Senate
                                      Republican Intervenors

Dated: March 23, 2009            By:  /s/
                                      ANNE L. KECK
                                      Deputy County Counsel
                                      Attorney for Sonoma County Intervenors

1
**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**

| | | |
|---|---|---|
| Dated: March 23, 2009 | By: | /s/<br>THERESA J. FUENTES<br>Deputy County Counsel<br>Attorneys for County Intervenors |
| Dated: March 23, 2009 | By: | /s/<br>WILLIAM MITCHELL<br>Assistant District Attorney<br>Attorneys for District Attorney Intervenors |
| Dated: March 23, 2009 | By: | /s/<br>KIMBERLY HALL-BARLOW<br>Attorneys for Sheriff Intervenors,<br>Probation Intervenors, and<br>Chief of Correction Intervenors |
| Dated: March 23, 2009 | By: | /s/<br>NATALIE LEONARD<br>Attorneys for Intervenor<br>California Correctional Peace Officer's<br>Association |
| Dated: March 23, 2009 | By: | /s/<br>MICHAEL BIEN<br>Attorneys for *Coleman* Plaintiffs |
| Dated: March 23, 2009 | By: | /s/<br>DONALD SPECTER<br>Attorneys for *Plata* Plaintiffs |
| Dated: March 23, 2009 | By: | /s/<br>LISA TILLMAN<br>Deputy Attorney General<br>Attorney for *Coleman* Defendants |
| Dated: March 23, 2009 | By: | /s/<br>PAUL MELLO<br>Attorney for *Plata* Defendants |

I declare under penalty of perjury under the laws of the State of California, and pursuant to General Order 45(x)(B), that I obtained approval of this Stipulation from each signatory listed above. Executed on this 23rd day of March, 2009 at San Francisco, California.

| | |
|---|---|
| Dated: March 23, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By:  /s/<br>CHAD STEGEMAN<br>Attorneys for Assembly and Senate<br>Republican Intervenors |

1
2   Pursuant to Stipulation, Legislator Intervenors Bob Margett and Richard
3   Ackerman are dismissed from CIV 5-90-0520 LKK JFM P and No. C01-1341 TEH with
4   prejudice.
5
6   **IT IS SO ORDERED.**
7
8   Dated:  03/24/09                    /s/
                                        STEPHEN REINHARDT
9                                       UNTIED STATES CIRCUIT JUDGE
                                        NINTH CIRCUIT COURT OF APPEALS
10
11  Dated:  03/24/09                    /s/
                                        LAWRENCE K. KARLTON
12                                      UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF CALIFORNIA
13
14
15  Dated:  03/24/09                    _____
                                        THELTON E. HENDERSON
16                                      UNITED STATES DISTRICT JUDGE
                                        NORTHERN DISTRICT OF CALIFORNIA
17
18
19
20
21
22
23
24
25
26
27
28

3
**STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING INTERVENORS**