IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER DENYING MOTION BY<br>MATTHEW B. CRAMER</u> |

  Matthew B. Cramer seeks to proceed as an amicus curiae in these proceedings. The Court DENIES this request because Mr. Cramer is a member of the plaintiff class, and his interests are therefore properly represented by counsel for Plaintiffs.

//

//

To the extent that Mr. Cramer also seeks to stay his pending individual case in the United States District Court for the Eastern District of California, this Court is without jurisdiction to rule on such a motion.

**IT IS SO ORDERED.**

Dated:  04/01/09           On behalf of the Court:[1]

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] A single judge is authorized to make this ruling under 28 U.S.C. § 2284(b)(3).