PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

　　　　Plaintiffs,

　　v.

ARNOLD SCHWARZENEGGER, et al.,

　　　　Defendants.

No. C-01-1351 T.E.H.

STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2008

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Plata v. Schwarzenegger*, No. C-01-1351 T.E.H.

1  thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2      Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing statement demanding $122,937 for the period October 1, 2008 through December 30, 2008 on March 23, 2008. Following negotiations, the parties stipulate to a payment of $120,764. For purposes of this stipulation, plaintiffs calculated fees for the litigation assistants at an hourly rate defendants have agreed to pay, but reserve the right to pursue additional fees for the litigation assistants calculated at the hourly rate set by plaintiffs, as provided under this Court's December 17, 2002 Order.

    WHEREFORE, defendants agree to pay plaintiffs' counsel $120,764 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: May 6, 2009

/s/
Alison Hardy
Attorney for Plaintiffs

Date: May 6, 2009

Kyle A. Lewis
Attorney for Defendants

I, Alison Hardy, attest that Kyle Lewis signed this document on _____.

IT IS SO ORDERED.

Date: __May 7,_____, 2009

IT IS SO ORDERED
Judge Thelton E. Henderson

Stipulation and Order Re: Collection of Fourth Quarter Fees
Plata v. Schwarzenegger, No. C-01-1351 T.E.H.    2