IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER DENYING LEAVE TO FILE AMICUS CURIAE BRIEF BY TIMOTHY STEPHENSON

Timothy Stephenson, a prisoner at Salinas Valley State Prison, has submitted what purports to be an amicus curiae brief in this action. He has not officially sought the required leave to file such a brief, and the Court now DENIES such leave. Mr. Stephenson is a member of the plaintiff class, and his interests are therefore properly represented by class counsel.

However, the Court will forward Mr. Stephenson's specific complaints regarding medical care to the Receiver. In the future, Mr. Stephenson may submit any such concerns directly to the Receiver at the following address:

    J. Clark Kelso, Receiver
    c/o California Department of Corrections and Rehabilitation
    Correspondence Control Unit
    P.O. Box 4038
    Sacramento, CA 95812-4038

**IT IS SO ORDERED.**

Dated: 05/20/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT