# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> *Defendants*. | Case No.   C01-1351 TEH <br><br> **STIPULATION AND [PROPOSED] ORDER** |

Federal Receiver J. Clark Kelso, Plaintiffs, and Defendants hereby stipulate as follows:

WHEREAS, on April 23, 2009, Defendants filed a Motion to Stay District Court's March 24, 2009 Order Pending Appeal ("Motion to Stay");

WHEREAS, the Motion to Stay has been fully briefed by the parties and the Receiver;

WHEREAS, the Motion to Stay is set for hearing on June 1, 2009, at 10:00 a.m.; and

WHEREAS, counsel for the parties and the Receiver have met and conferred regarding the need for a hearing on the Motion to Stay and have agreed to submit the motion on the papers;

1    THEREFORE, the Receiver and the parties, through their respective counsel of record,
2 agree that the hearing on the Motion to Stay should be vacated and the motion should be
3 decided on the papers.
4 IT IS SO STIPULATED.

Dated: May 29, 2009					MORRISON & FOERSTER LLP

						By:   /s/ Stuart C. Plunkett
						        Stuart C. Plunkett

						Attorneys for Receiver
						J. CLARK KELSO


Dated: May 29, 2009					PRISON LAW OFFICE

						By:   /s/ Steven Fama
						        Steven Fama

						Attorneys for PLAINTIFFS


Dated: May 29, 2009					HANSON BRIDGETT LLP

						By:   /s/ Paul B. Mello
						        Paul B. Mello

						Attorneys for DEFENDANTS

1  Pursuant to the above stipulation, it is hereby ORDERED that the June 1, 2009 hearing on
2  the Motion to Stay is vacated and the motion is deemed submitted on the papers
                                                                        unless otherwise ordered.
3  Dated: May 29, 2009

By: _____
Thelton E. Henderson, Judge
United States District Court

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

3

sf- 2637179 CASE NO. C01-1351 TEH

[PROPOSED] ORDER