IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

<u>ORDER APPOINTING
MS. MADELEINE LAMARRE
AND DR. MICHAEL PUISIS TO
ADVISORY BOARD</u>

On June 6, 2008, this Court appointed an Advisory Board "to provide advice and consultation to the Court regarding the Court's role in overseeing the Receivership and all other aspects of the remedial process in this case." June 6, 2008 Order Appointing Advisory Board at 1. The Court explicitly reserved "the right to appoint additional individuals to the Advisory Board as the Court deems appropriate," *id.* at 2, and appointed one such individual, Dr. Jacqueline Tulsky, on February 25, 2009.

The Court has determined that the Advisory Board requires additional correctional medicine and nursing expertise, and that it would be useful for the Board to include all three individuals whom the parties initially agreed should be appointed as court experts in this case. *See* June 13, 2002 Stip. & Order for Inj. Relief ¶ 17; June 13, 2002 Order Appointing Experts Pursuant to Rule 706. Accordingly, the Court now appoints Ms. Madeleine LaMarre and Dr. Michael Puisis to the Advisory Board.[1] Ms. LaMarre, a certified nurse practitioner, has over two decades of experience in correctional nursing, including several years as the clinical services manager for the Georgia Department of Medicine. Dr. Puisis, who currently oversees medical care in the Cook County (Illinois) Department of Corrections, is a

---

[1] The third *Plata* court expert, Dr. Joe Goldenson, already serves on the Board.

nationally recognized expert in correctional medicine and the editor of a key textbook in the field, *Clinical Practice in Correctional Medicine*.

Ms. LaMarre and Dr. Puisis shall serve a two-year term on the Advisory Board that will run from July 1, 2009, to June 30, 2011. All other provisions of the June 6, 2008 Order Appointing Advisory Board shall apply to Ms. LaMarre and Dr. Puisis.

**IT IS SO ORDERED.**

Dated:   06/29/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2