1   PRISON LAW OFFICE                    BINGHAM McCUTCHEN
    DONALD SPECTER #83925                WARREN E. GEORGE #53588
2   STEVEN FAMA #99641                   Three Embarcadero Center
    ALISON HARDY #135966                 San Francisco, CA 94111
3   REBEKAH EVENSON #207825              Telephone: (415) 393-2000
    KELLY KNAPP #252013                  Facsimile: (415) 393-2286
4   1917 Fifth Street
    Berkeley, CA 94710
5   Telephone: (510) 280-2621
    Facsimile: (510) 280-2704
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14   MARCIANO PLATA, et al.,            Case Nos. C01-1351 T.E.H., S 90-
                                        0520 LKK-JFM
15              Plaintiffs
                                        **STIPULATION [AND ~~PROPOSED~~
16   v.                                 ORDER] REGARDING PLATA
                                        PLAINTIFFS FILING OF BRIEF
17                                      IN RESPONSE TO MOTION FOR
                                        LEAVE TO FILE COMPLAINT
18   ARNOLD SCHWARZENEGGER, et al.,     AGAINST RECEIVERS**

19              Defendants.            Date: August 17th, 2009
                                       Time: 10:00 a.m.
20                                     Judge: Hon. Thelton E. Henderson

21

22

23

24

25

26

27

28

1    The parties, by and through their counsel, stipulate to the filing of a short brief by

2  the *Plata* plaintiffs in this matter on July 31, 2009.  *Plata* plaintiffs brief will respond to

3  Ms. Van Horn's motion for leave to file a complaint against the Receivers (Docket No.

4  1280), and will also respond to the Receiver's forthcoming opposition to that motion.

5

6  Dated:          July 24, 2009          By:

7                                              /s/ *Kelly Knapp*
                                            Kelly Knapp
8                                            Prison Law Office
9                                            Attorneys for *Plata* Plaintiffs

10 Dated:          July 28, 2009          By:

11                                             /s/ *Samuel F. Ernst*
                                            Samuel F. Ernst
12                                            Covington & Burling LLP
                                            Attorneys for Ms. Van Horn
13

14 Dated:          July 24, 2009          By:

15                                             /s/ *Martin H. Dodd*
                                            Martin Dodd
                                            Futterman Dupree Dodd Croley Maier LLP
16                                            Attorneys for Receiver

17

18 IT IS SO ORDERED.

19 Dated: ____07/28/09_____

20

21

22 The Honorable Thelton E. Henderson
   UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28
                                        2