IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

ORDER DENYING MOTION FOR VARIOUS ORDERS AND FOR APPOINTMENT OF COUNSEL BY PLAINTIFF JOEL BROWN

    The Court has reviewed Plaintiff Joel Brown's notice of civil lawsuit against the Prison Law Office and accompanying papers and continues to find no merit to Mr. Brown's claims that he is being ineffectively represented by class counsel. Accordingly, Mr. Brown's motion for various orders, including appointment of counsel, is DENIED.

    If Mr. Brown wishes to contact the *Plata* Receiver directly with his medical concerns, rather than communicating through class counsel, he may do so by sending correspondence to the following address:

```
J. Clark Kelso, Receiver
c/o California Department of Corrections and Rehabilitation
Correspondence Control Unit
P.O. Box 4038
Sacramento, CA 95812-4038
```

**IT IS SO ORDERED.**

Dated: 07/29/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT