1  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
   chaskett@cov.com
2  SAMUEL F. ERNST (Bar No. 223963)
   sernst@cov.com
3  COVINGTON & BURLING LLP
   One Front Street
4  San Francisco, CA  94111
   Telephone:     (415) 591-6000
5  Facsimile:     (415) 591-6091

6  Attorneys for Movant DONDI VAN HORN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Marciano PLATA, et al., | Case Nos. C01-1351 TEH, S 90-0520 LKK-JFM |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE ON MOTION FOR LEAVE TO FILE COMPLAINT AGAINST RECEIVERS ROBERT SILLEN AND CLARK KELSO FOR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED PURSUANT TO 42 U.S.C. § 1983** |
| Arnold SCHWARZENEGGER, et al., | |
| Defendants. | |
| | DATE: August 31, 2009
TIME: 10:00 AM
COURTROOM: 12, 19th Floor
JUDGE: Hon. Thelton E. Henderson |

STIPULATION TO CHANGE HEARING DATE
C01-1351 TEH, S 90-0520 LKK-JFM

Proposed Plaintiff Dondi Van Horn and proposed Defendants Robert Sillen and Clark Kelso, by and through their counsel, hereby stipulate to change the hearing date on Ms. Van Horn's Motion for Leave to File Complaint Against Receivers Robert Sillen and Clark Kelso for Deliberate Indifference to a Serious Medical Need Pursuant to 42 U.S.C. § 1983 from August 17, 2009 to Monday, August 31, 2009 at 10:00 a.m.

Plaintiff agrees to file her reply memorandum no later than this Friday, August 7, 2009.

DATED: August 6, 2009            COVINGTON & BURLING LLP

                                 By:  /s/ Samuel F. Ernst
                                      SAMUEL F. ERNST
                                      Attorney for Movant DONDI VAN HORN


DATED: August 6, 2009            FUTTERMAN DUPREE DODD CROLEY MAIER LLP

                                 By:  /s/Martin H. Dodd
                                      MARTIN H. DODD
                                      Attorney for Robert Sillen and Clark Kelso


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: ___08/07/09_____

                                 By:_____
                                 THE HONORABLE THELTON E. HENDERSON

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

1

STIPULATION TO CHANGE HEARING DATE
C01-1351 TEH, S 90-0520 LKK-JFM