**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    MARCIANO PLATA, et al.,

6              Plaintiffs,                    NO. C01-1351 TEH

7         v.                                  ORDER DENYING MOTION
                                              TO INTERVENE BY
8    ARNOLD SCHWARZENEGGER,                   LAWRENCE PAMER
     et al.,
9
               Defendants.
10

11

12       The Court hereby DENIES the motion to intervene in this action filed by Lawrence

13   Pamer, a member of the plaintiff class, on August 12, 2009.  Mr. Pamer has not persuaded

14   the Court that class counsel for Plaintiffs is inadequate.  However, the Court will forward

15   Mr. Pamer's specific complaints regarding medical care to the *Plata* Receiver.  In the future,

16   Mr. Pamer may submit such concerns directly to the Receiver's office by sending

17   correspondence to:

18
              J. Clark Kelso, Receiver
19            c/o California Department of Corrections and Rehabilitation
              Correspondence Control Unit
20            P.O. Box 4038
              Sacramento, CA 95812-4038
21

22   **IT IS SO ORDERED.**

23

24   Dated:  08/18/09                _____
                                     THELTON E. HENDERSON, JUDGE
25                                   UNITED STATES DISTRICT COURT

26

27

28