IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

          Defendants.

NO. C01-1351 TEH

ORDER DENYING MOTION REQUESTING RELEASE BY MARK BOWERSOCK

The Court hereby DENIES the motion requesting release based on denial of medical care filed by Mark Bowersock, an inmate at California State Prison, Los Angeles County, on August 24, 2009. As a member of the Plaintiff class, Mr. Bowersock is a represented party and may file motions only through his counsel of record. Moreover, the Court does not, in any event, find good cause to grant Mr. Bowersock's motion.

However, the Court will forward Mr. Bowersock's specific complaints regarding medical care to the *Plata* Receiver. In the future, Mr. Bowersock may submit such concerns directly to the Receiver's office by sending correspondence to:

```
J. Clark Kelso, Receiver
c/o California Department of Corrections and Rehabilitation
Correspondence Control Unit
P.O. Box 4038
Sacramento, CA 95812-4038
```

**IT IS SO ORDERED.**

Dated: 08/31/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT