STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
TERESA WANG (SBN 252961) twang@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
Attorneys for Republican Assembly and Senate Intervenors

ROD PACHECO
District Attorney, County of Riverside
WILLIAM E. MITCHELL, Assistant District Attorney (SBN 108483)
wemitchell@rivcoda.org
ALAN D. TATE, Senior Deputy District Attorney (SBN 172413)
atate@rivcoda.org
4075 Main Street, First Floor
Riverside, California 92501
Telephone: (951) 955-5484
Fax: (951) 955-5588
Attorneys for District Attorney Intervenors

MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
IVY M. TSAI (SBN 223168) imt@jones-mayer.com
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, California 92835
Telephone:    714-446-1400
Facsimile:    714-446-1448
Attorneys for Sheriff, Police Chief, Probation Chief, and Corrections Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br>     Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants | Case No. S-90-0520-LKK-JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br>     Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | Case No. C 01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> **DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES** |

Notice is hereby given that Defendant Legislator Intervenors,[1] District Attorney Intervenors,[2] and Sheriff, Police Chief, Probation Chief, and Corrections Intervenors[3] (collectively, the "Statutory Intervenors"), appeal to the Supreme Court of the United States from the Three-Judge Court's August

---

[1] The California Senator and Assembly Intervenors (collectively the "Legislator Intervenors") appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: California State Senators: Senators Samuel Aanestad, Roy Ashburn, James F. Battin, Jr., John J. Benoit, Dave Cogdill, Robert Dutton, Dennis Hollingsworth, Bob Huff, Abel Maldonado, George Runner, Tony Strickland, Mimi Walters and Mark Wyland; and the following California Assemblymembers: Michael N. Villines, Anthony Adams, Joel Anderson, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Roger Niello, Sharon Runner, Jim Silva, Cameron Smyth, Todd Spitzer, Audra Strickland, and Van Tran.

[2] The District Attorney intervenors appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: Rod Pacheco, District Attorney County of Riverside, Bonnie M. Dumanis, District Attorney County of San Diego, Tony Rackauckas, District Attorney County of Orange, Jan Scully, District Attorney County of Sacramento, Christie Stanley, District Attorney County of Santa Barbara, Michael A. Ramos, District Attorney County of San Bernanrdino, Robert J. Kochly, District Attorney County of Contra Costa, David W. Paulson, District Attorney County of Solano, Gregg Cohen, District Attorney County of Tehama, Todd Riebe, District Attorney County of Amador, Bradford R. Fenocchio, District Attorney County of Placer, John R. Poyner, District Attorney County of Colusa, Michael Ramsey, District Attorney County of Butte, Gerald T. Shea, District Attorney County San Luis Obispo, Edward R. Jagels, District Attorney County of Kern, Gregory Totten, District Attorney County of Ventura, Vern Pierson, District Attorney County of El Dorado, Clifford Newell, District Attorney County of Nevada, Ronald L. Calhoun, District Attorney County of Kings, and Donald Segerstrom, District Attorney County of Tuolumne.

[3] The Sheriff, Police Chief, Probation Chief and Corrections Intervenors appealing the Three-Judge Court's August 4, 2009 Opinion and Order include the following: Amador County Sheriff-Coroner Martin Ryan, Butte County Sheriff Perry Reniff, Calaveras County Sheriff Dennis Downum, El Dorado County Sheriff Jeff Neves, Fresno County Sheriff Margaret Mims, Glenn County Sheriff Larry Jones, Inyo County Sheriff William Lutze, Kern County Sheriff Donny Youngblood, Lassen County Sheriff Steve Warren, Los Angeles County Sheriff Lee Baca, Merced County Sheriff Mark Pazin, Mono County Sheriff Rick Scholl, Monterey County Sheriff Mike Kanalakis, Orange County Sheriff-Coroner Sandra Hutchens, Placer County Sheriff Edward Bonner, San Benito County Sheriff-Coroner Curtis Hill, San Diego County Sheriff William Gore, San Joaquin County Sheriff-Coroner Steve Moore, San Luis Obispo County Sheriff Pat Hedges, Santa Barbara County Sheriff Bill Brown, Santa Clara County Sheriff Laurie Smith, Solano County Sheriff-Coroner Gary Stanton, Stanislaus County Sheriff-Coroner Adam Christianson, Sutter County Sheriff- Coroner J. Paul Parker, Tehama County Sheriff Clay Parker, Tuolumne County Sheriff-Coroner James Mele, Ventura County Sheriff Bob Brooks, Yolo County Sheriff Ed Prieto, Yuba County Sheriff Steve Durfor, City of Fremont Police Chief Craig Steckler, City of Fresno Police Chief Jerry Dyer, City of Grover Beach Police Chief Jim Copsey, City of Modesto Police Chief Michael Harden, City of Pasadena Police Chief Bernard Melekian, City of Paso Robles Police Chief Lisa Solomon, City of Roseville Police Chief Michael Blair, Contra Costa County Chief Probation Officer Lionel Chatman, Fresno County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal, Sacramento County Chief Probation Officer Don Meyer, San Luis Obispo Chief Probation Officer Jim Salio, Solano County Chief Probation Officer Isabelle Voit, Stanislaus County Chief Probation Officer Jerry Powers, and Ventura County Chief Probation Officer Karen Staples.

4, 2009 Opinion and Order (Docket No. 2197 in C 01-1351 TEH; Docket No. 3641 in S-90-0520-LKK-JFM P) finding that a prisoner release order should issue.

Appellants take this appeal pursuant to 28 U.S.C. § 1253, providing for a direct appeal from decisions of three-judge courts.

Dated: September 3, 2009     By     /s/Chad A. Stegeman
                                    Chad A. Stegeman
                                    AKIN GUMP STRAUSS HAUER & FELD LLP
                                    Steven S. Kaufhold
                                    Chad A. Stegeman

                                    Attorneys for the Republican Assembly and Senate Intervenors

Dated: September 3, 2009     By     /s/ Martin J. Mayer  (as authorized on 9/3/09)
                                    Martin J. Mayer
                                    JONES & MAYER
                                    Martin J. Mayer
                                    Kimberly Hall Barlow
                                    Ivy M. Tsai

                                    Attorneys for the Sheriff, Probation, Police Chief, and Corrections Intervenors

Dated: September 3, 2009     By     /s/ William E. Mitchell (as authorized on 9/3/09)
                                    William E. Mitchell
                                    William E. Mitchell
                                    Alan Tate
                                    District Attorneys
                                    County of Riverside

                                    Attorneys for the District Attorney Intervenors

I, Chad A. Stegeman, am the ECF user whose ID and password are being used to file this Notice of Appeal to the Supreme Court of the United States. In compliance with the Northern District of California General Order 45, X.B., I hereby attest that Martin J. Mayer and William E. Mitchell have concurred in this filing.

DATED: September 3, 2009     By     /s/Chad A. Stegeman
                                    Chad A. Stegeman
                                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                    Attorneys for the Republican Assembly and Senate Intervenors

| | |
|---|---|
| 1 | STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com |
| 2 | CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com |
|   | TERESA WANG (SBN 252961) twang@akingump.com |
| 3 | Akin Gump Strauss Hauer & Feld LLP |
|   | 580 California, 15th Floor |
| 4 | San Francisco, California 94104-1036 |
|   | Telephone:   415-765-9500 |
| 5 | Facsimile:    415-765-9501 |
|   | Attorneys for Republican Assembly and Senate Intervenors |
| 6 | ROD PACHECO |
| 7 | District Attorney, County of Riverside |
|   | WILLIAM E. MITCHELL, Assistant District Attorney (SBN 108483) |
| 8 | wemitchell@rivcoda.org |
|   | ALAN D. TATE, Senior Deputy District Attorney (SBN 172413) |
| 9 | atate@rivcoda.org |
|   | 4075 Main Street, First Floor |
| 10 | Riverside, California  92501 |
|   | Telephone: (951) 955-5484 |
| 11 | Fax: (951) 955-5588 |
|   | Attorneys for District Attorney Intervenors |
| 12 | MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com |
|   | KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com |
| 13 | IVY M. TSAI (SBN 223168) imt@jones-mayer.com |
|   | Jones & Mayer |
| 14 | 3777 North Harbor Boulevard |
|   | Fullerton, California 92835 |
| 15 | Telephone:   714-446-1400 |
|   | Facsimile:    714-446-1448 |
| 16 | Attorneys for Sheriff, Police Chief, Probation Chief, and Corrections Intervenors |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants | Case No. S-90-0520-LKK-JFM P <br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants. | Case No. C 01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> PROOF OF SERVICE RE:  DEFENDANT INTERVENORS' NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES (Sup. Ct. Rule 29.5) |

1

PROOF OF SERVICE RE NOTICE OF APPEAL          CASE NOS. 90-0520 LKK-JFM P, C 01-1351 TEH

I, Chad A. Stegeman, hereby certify the following:

On September 3, 2009, I instructed my assistant, David Lamb, to serve by mail a copy of the Defendant Intervenors' Notice of Appeal to the Supreme Court of the United States ("Notice of Appeal") to counsel of record for all parties to the above-entitled case, first-class postage prepaid. He subsequently reported to me that he had sealed and deposited envelopes containing the Notice of Appeal for collection and mailing with the United States Postal Service at the mail box located at 580 California Street, San Francisco, California 94104 at 4:40 p.m. that day. The names and addresses of all counsel served are listed below. Said persons were also served and notified electronically through the CM/ECF systems of both the District Court of the Eastern District of California and the District Court of the Northern District of California. All parties required to be served have been served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2009        By _____
                                       Chad A. Stegeman
                                       AKIN GUMP STRAUSS HAUER & FELD LLP

                                       Attorneys for the Republican Assembly and Senate
                                       Intervenors

| | |
|---|---|
| Ann Miller Ravel<br>Theresa Fuentes<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110<br>(408) 299-5900<br>Representing County Intervenors | Steven Woodside<br>Anne L. Keck<br>Office of County Counsel<br>575 Administration Dr., Room 105A<br>Santa Rosa, CA 95403<br>(707) 565-2421<br>Representing Sonoma County Intervenors |
| Michael Bien<br>Rosen Bien & Galvan, LLP<br>315 Montgomery St., 10th Fl.<br>San Francisco, CA 94104<br>(415) 433-6830<br>Representing Coleman Plaintiffs | Prison Law Office<br>Donald Specter<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>(510) 280-2621<br>Representing Plata Plaintiffs |

2

PROOF OF SERVICE RE NOTICE OF APPEAL        CASE NOS. 90-0520 LKK-JFM P, C 01-1351 TEH

| | |
|---|---|
| Gregg Adam<br>Natalie Leonard<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery St., Suite 400<br>San Francisco, CA 94104<br>(415) 989-5900<br>Representing CCPOA Intervenors | Michael P. Murphy<br>Carol L. Woodward<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>(650) 363-4762<br>Representing County Intervenors |
| Kyle Lewis<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 703-5677<br>Representing Defendants | Paul B. Mello<br>Hanson Bridgett LLP<br>425 Market St., 26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>Representing Defendants<br>Arnold Schwarzenegger, et al. |
| Kimberly Hall Barlow<br>Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400<br>Representing Law Enforcement Intervenors | Rod Pacheco<br>William Mitchell<br>Office of the District Attorney<br>County of Riverside<br>4075 Main Street, First Floor<br>Riverside, CA 92501<br>(951) 955-5400<br>Representing District Attorney Intervenors |