FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com

*Attorneys for Receiver*
J. Clark Kelso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants*. | Case No. C01-1351 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE TWELFTH TRIENNIAL REPORT |

The Court has received and considered the administrative motion of Receiver J. Clark Kelso ("Receiver"), filed on September 10, 2009, for an order granting him an extension of time, through and including September 30, 2009, within which to file his Twelfth Triennial Report.

Good cause appearing, the motion is GRANTED.

The Receiver shall file his Twelfth Triennial Report not later than September 30, 2009.

IT IS SO ORDERED.

Dated: 09/16, 2009

By: _____
Thelton E. Henderson
Judge