IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

ORDER GRANTING SEPTEMBER 21, 2009 MOTION TO INTERVENE BY ASSEMBLY REPUBLICANS

On September 21, 2009, eleven members of the California Assembly, who identify themselves as "Assembly Republican Intervenors," collectively filed a motion to intervene in this action.[1] Plaintiffs and Intervenor California Correctional Peace Officers Association filed statements of non-opposition to the motion, and no party or intervenor has indicated an intent to oppose the motion. As this court previously held, Aug. 17, 2007 Order Re: Motions to Intervene at 2, members of the California Legislature meet the statutory criteria for intervention under 18 U.S.C. § 3626(a)(3)(F), which confers standing to oppose "the

---

[1] These members of the Assembly were elected in November 2008 and were not in office when the court granted intervention by other California state legislators.

imposition or continuation in effect" of a prisoner release order and the right to intervene in "any proceeding relating to such relief" on:

> [a]ny State or local official including a legislator or unit of government whose jurisdiction or function includes the appropriation of funds for the construction, operation, or maintenance of prison facilities, or the prosecution or custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order . . . .

18 U.S.C. § 3626(a)(3)(F). Intervention is therefore proper under Federal Rule of Civil Procedure 24(a)(1), which provides for intervention as of right "when a statute of the United States confers an unconditional right to intervene."

Accordingly, the Assembly Republicans' September 21, 2009 motion to intervene is GRANTED. The eleven members of the Assembly who filed this motion shall participate in this case as part of the group of Republican Legislative Intervenors who have already been granted intervenor status.

**IT IS SO ORDERED.**

Dated: 10/02/09

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 10/02/09

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 10/02/09

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2