IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

              Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

              Defendants.

NO. C01-1351 TEH

<u>ORDER GRANTING IN PART DEFENDANTS' MOTION TO STAY THREE-JUDGE COURT ATTORNEYS' FEES AND COSTS PENDING APPEAL</u>

This matter comes before the Court on Defendants' motion to stay the Court's orders, as well as any future motions and related matters, concerning attorneys' fees and costs for work before the three-judge court. The Court finds this matter suitable for resolution without oral argument and hereby VACATES the motion hearing scheduled for October 19, 2009.

Defendants request that the stay extend until final resolution of the appeals of the three-judge court proceedings to the United States Supreme Court. Plaintiffs do not oppose a temporary stay until July 1, 2010. With good cause appearing, the Court hereby GRANTS IN PART Defendants' motion and enters a temporary stay until July 1, 2010. If the Supreme Court appeals remain pending as of that date, Defendants may file a motion to extend the stay, provided that they first meet and confer with Plaintiffs' counsel to attempt to reach a stipulated agreement as to the propriety of such an extension.

**IT IS SO ORDERED.**

Dated: 10/07/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT