Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
James W. Henderson, Jr., No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: gadam@cbmlaw.com

Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone: 916.372.6060
Facsimile: 916.340.9372
E-Mail: dan.lindsay@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS

FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants. | **DECLARATION OF STEVE WEISS IN SUPPORT OF INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN** |

CBM-SF\SF459199.1

**DECL. OF STEVE WEISS ISO CCPOA'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN**

1  I, Steve Weiss, declare as follows:

2  1. I am an employee of the California Correctional Peace Officers Association (hereinafter "CCPOA"). I have worked for CCPOA as a paid employee since 1986. I presently serve as Chief of Labor and I have served in this position since approximately 1997.

2. As a result of working in this position, I have personal knowledge of the matters set fore herein and, if called as a witness, I could and would competently so testify.

3. I submit this declaration in support of Intervenor CCPOA's Objections to Defendants' Population Reduction Plan.

4. CCPOA represents all members of State Bargaining Unit 6 ("Unit 6"), primarily correctional officers, as well as some correctional supervisors.

5. The California Department of Personnel Administration ("DPA") has informed me that this year, over 2,500 Bargaining Unit 6 members received surplus letters.

6. When an employee receives a surplus letter, the California Department of Corrections and Rehabilitation ("CDCR") is actively considering laying off that employee.

7. DPA also notified me that CDCR has implemented a furlough program for the period of February 2009 through June 2010.

8. During February 2009 through June 2009, under the furlough program, employees accrued two furlough days per month (and took an approximate 9% pay cut).

9. Since July 2009, under the furlough program, Unit 6 members have accrued three furlough days per month (and took an approximate 13% pay cut), and this will continue through June 30, 2010.

10. An employee may use furlough days in the month that they are earned, if the employee secures approval to take leave.

CBM-SF\SF459199.1               -2-

**DECL. OF STEVE WEISS ISO CCPOA'S OBJECTIONS TO DEFENDANTS' POPULATION REDUCTION PLAN**

11. I declare under penalty of perjury under the laws of California and the United States, that the foregoing is true and correct.

Executed on this ___ day of October, 2009, in West Sacramento, California.

_____
Steve Weiss