UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES**<br>**To: Three-Judge Panel** |

Notice is hereby given that Defendants Arnold Schwarzenegger, John Chiang, Ana J. Matosantos, Matthew Cate, and Stephen W. Mayberg appeal to the Supreme Court of the United States from the January 12, 2010 Order of the Three-Judge Court, which imposed injunctive relief under the Prison Litigation Reform Act ("PLRA"). *See* 18 U.S.C. § 3626(a)(3), (g)(4). This appeal is taken pursuant to 28 U.S.C. § 1253.

As previously explained, the three-judge court was improperly convened under the PLRA and its January 12, 2010 order imposing injunctive relief, like its previous order of August 4, 2009, violates the PLRA.

Moreover, after the Three-Judge Court rejected the State's September 18, 2009 plan to reform the prisons and safely reduce the prison population over time, on November 12, 2009, the State submitted a revised plan to the Court that complied with the strict parameters of the Court's order to reduce the prison population to 137.5% of

1  design capacity within two years.  But the State emphatically pointed out that it could not
2  implement the revised plan without waivers of state laws, and in response to the Court's
3  order, the State identified which state laws the Court would need to waive for the State
4  to implement the revised plan.
5        The Court on January 12, 2010 issued its "Order to Reduce [the] Prison
6  Population," but the Court did not adopt any of the specific measures or requested state
7  law waivers identified in the State's revised plan.  (1/12/10 Order, *Plata* Dkt. No. 2287,
8  *Coleman* Dkt. No. 3767 at 3.)  Instead, it again ordered the State to reduce its prison
9  population to 137.5% of design capacity in six month increments over a two-year period.
10 The Court stated that such an order "would afford the State maximum flexibility in its
11 efforts to achieve the constitutionally required population reduction." (*Id.* at 3:1-2.)
12 However, the Court did not provide the State with the requested state law waivers
13 needed to implement its revised plan and meet these benchmarks.  Specifically, the
14 Court did not give the State authority to accelerate prison construction and operate
15 private prisons, did not expand the State's ability to transfer inmates out of state, did not
16 permit the State to implement the alternative custody program, and did not preclude
17 CDCR from admitting certain inmates.
18       For these reasons, the State appeals from the Court's January 12, 2010 order.

| | | |
|---|---|---|
| 1 | DATED: January 19, 2010 | HANSON BRIDGETT LLP |

By: /s/ Paul B. Mello
PAUL B. MELLO
(Cal. Bar No. 179755)
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
Arnold Schwarzenegger, et al.

DATED: January 19, 2010
EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Kyle Lewis
KYLE LEWIS
(Cal. Bar. No. 201041)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5724
Facsimile: (415) 703-5843
Attorneys for Defendants
Arnold Schwarzenegger, et al.

- 3 -

NOTICE OF APPEAL
(2:90-CV-00520 LKK JFM)(C01-1351 TEH)

2189799.4