```
PRISON LAW OFFICE                       BINGHAM McCUTCHEN
DONALD SPECTER #83925                   WARREN E. GEORGE #53588
STEVEN FAMA #99641                      Three Embarcadero Center
ALISON HARDY #135966                    San Francisco, CA  94111
1917 Fifth Street                       Telephone: (415) 393-2000
Berkeley, CA 94710                      Facsimile: (415) 393-2286
Telephone: (510) 280-2621
ahardy@prisonlaw.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2009 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the

first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their third quarter billing statement for the period July 1, 2009 through September 30, 2009 on January 4, 2010. Following negotiations, the parties stipulate to a payment of $132,053. Plaintiffs reserve the right to move to compel payment for disputed fees, as provided under this Court's December 17, 2002 Order.

WHEREFORE, defendants agree to pay plaintiffs' counsel $132,053 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: March 27, 2010

/s/
Alison Hardy
Attorney for Plaintiffs

Date:  May 4, 2010

/s/
Kyle A. Lewis
Supervising Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Kyle Lewis signed this document on May 4, 2010.

**IT IS SO ORDERED.**

Date: _____05/05_____, 2010

_____
Honorable Thelton E. Henderson
United States District Court Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*