```
PRISON LAW OFFICE                          BINGHAM McCUTCHEN
DONALD SPECTER #83925                      WARREN E. GEORGE #53588
STEVEN FAMA #99641                         Three Embarcadero Center
ALISON HARDY #135966                       San Francisco, CA 94111
1917 Fifth Street                          Telephone: (415) 393-2000
Berkeley, CA 94710                         Facsimile: (415) 393-2286
Telephone: (510) 280-2621
ahardy@prisonlaw.com
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2009 |

     On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the

1 | first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2 |      Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing
3 | statement for the period October 1, 2009 through December 31, 2009 on March 27, 2010.
4 | Following negotiations, the parties stipulate to a payment of $106,868.  Plaintiffs reserve
5 | the right to move to compel payment for disputed fees, as provided under this Court's
6 | December 17, 2002 Order.

7 |      WHEREFORE, defendants agree to pay plaintiffs' counsel $106,868 within 30
8 | days of the signing of this Order.  On the 31st day following the entry of this Order, interest
9 | on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>,
10 | the weekly average 1 year constant maturity Treasury yield for the calendar week
11 | preceding the date of the Order.)

12 | AGREED TO BY THE PARTIES:

13 | Date: May 4, 2010

14 |                                   /s/
                                  Alison Hardy
                                  Attorney for Plaintiffs

16 | Date:  May 4, 2010                   /s/
                                  Kyle A. Lewis
17 |                                   Supervising Deputy Attorney General
                                  Attorney for Defendants

20 |      I, Alison Hardy, attest that Kyle Lewis signed this document on May 4, 2010.

22 | **IT IS SO ORDERED.**

23 | Date: _____05/05_____, 2010         _____
                                                    Honorable Thelton E. Henderson
                                                    United States District Court Judge