EDMUND G. BROWN JR.
Attorney General of California
ROCHELLE C. EAST
Senior Assistant Attorney General
WILLIAM C. KWONG
Deputy Attorney General
State Bar No. 168010
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-5724
   Fax:  (415) 703-5843
   E-mail:  William.Kwong@doj.ca.gov

*Attorneys for Defendants Schwarzenegger, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,** | C 01-01351 TEH |
| Plaintiffs, | **STIPULATION AND ORDER TEMPORARILY STAYING ALL ATTORNEYS' FEES, COSTS, AND EXPENSES RELATED TO ALL WORK BEFORE THE THREE-JUDGE PANEL UNTIL JANUARY 17, 2011** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| | Judge:      The Honorable Thelton E. Henderson |
| | Action Filed:   April 5, 2001 |

Plaintiffs and Defendants stipulate as follows:

1.     In briefs filed with this court regarding Plaintiffs' attorneys' fees and expenses

incurred before the Three-Judge Court, Plaintiffs have sought an award of attorneys' fees and

costs for work performed in connection with the Three-Judge Court proceedings.  Defendants

have contended that a fees and costs award is premature and that the single judges lack

jurisdiction over these fees matters.  Nothing in this Stipulation may be deemed a concession of

any party's positions on entitlement to or reasonableness of attorneys' fees and costs.

1

Stip. & Order Temp. Staying All Attys.' Fees, Costs, and Expenses Related to All Work                    (C 01-01351 TEH)
Before Three-Judge Court Until January 17, 2011

2.     This Court originally granted Defendants' request to stay all attorneys' fees, costs and expense matters related to the Three-Judge Court and related appeals until July 1, 2010. (*Plata* Docket 2255.)

3.     On June 14, 2010, the U.S. Supreme Court announced that it would hear the Three-Judge Court case on the merits.  Accordingly, the parties jointly agree to extend the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Court and related appeals until January 17, 2011.  In so doing, Plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the December 17, 2002 *Plata* Periodic Fees order. Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Court proceedings.  For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Rules of Civil Procedure, the Federal Appellate

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

1   Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Northern District of

2   California are stayed.  If either party seeks to extend the stay beyond January 17, 2011, the party

3   may do so by seeking a subsequent stipulation or by filing a noticed motion before this Court.

4

5                                                 Respectfully submitted,

6   Dated:  June 30, 2010                         PRISON LAW OFFICE

7

8                                                 /s/ Alison Hardy
                                                  Alison Hardy
9                                                 Attorneys for Plaintiffs

10

11  Dated:  June 30, 2010                         EDMUND G. BROWN JR.
                                                  Attorney General of California
12                                                ROCHELLE C. EAST
                                                  Senior Assistant Attorney General
13

14

15                                                /s/ William Kwong
                                                  WILLIAM C. KWONG
16                                                Deputy Attorney General
                                                  Attorneys for Defendants Schwarzenegger,
17                                                et al.

18  SO ORDERED.

19
    Dated:   07/01/10
20                                                _____
                                                  Hon. Thelton E. Henderson
21                                                U.S. District Judge

22  CA2001CS0001
    20297962.doc
23

24

25

26

27

28

Stip. & Order Temp. Staying All Attys.' Fees, Costs, and Expenses Related to All Work        (C 01-01351 TEH)
Before Three-Judge Court Until January 17, 2011