1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  1917 Fifth Street
   Berkeley, CA 94710
4  Telephone: (510) 280-2621
   ahardy@prisonlaw.com
5

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA  94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

6

Attorneys for Plaintiffs

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MARCIANO PLATA, et al.,

14          Plaintiffs,

15          v.

16

17  ARNOLD SCHWARZENEGGER, et al.,

18          Defendants.

No. C-01-1351 T.E.H.

STIPULATION AND ORDER FOR
COLLECTION OF UNDISPUTED
ATTORNEYS' FEES AND COSTS
FOR FIRST QUARTER OF 2010

19          On December 17, 2002, this Court established a procedure by which plaintiffs are

20  to collect attorneys' fees and costs incurred in connection with the Stipulation for

21  Injunctive Relief.  This procedure requires plaintiffs' counsel to submit to defendants a

22  quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30)

23  days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items.

24  After the parties meet and confer on any of defendant's objections, counsel shall then

25  prepare a stipulated order for payment of the fees not subject to defendants' objections.

26  The Order also states that defendants shall have thirty (30) days from the entry of the order

27  to pay the undisputed fees and that interest on any undisputed fees will run from the

28

Stipulation and Order Re: Collection of First Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

1   first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2        Pursuant to this procedure, plaintiffs' counsel served their first quarter billing

3   statement for the period January 1, 2010 through March 31, 2010 on July 28, 2010.

4   Following negotiations, the parties stipulate to a payment of $142,561.  Plaintiffs reserve

5   the right to move to compel payment for disputed fees, as provided under this Court's

6   December 17, 2002 Order.

7        WHEREFORE, defendants agree to pay plaintiffs' counsel $142,561 within 30

8   days of the signing of this Order.  On the 31st day following the entry of this Order, interest

9   on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e.,

10   the weekly average 1 year constant maturity Treasury yield for the calendar week

11   preceding the date of the Order.)

12   AGREED TO BY THE PARTIES:

13   Date:  October 18, 2010

14                           /s/

                              Alison Hardy
                              Attorney for Plaintiffs

15

16   Date:  October 20, 2010                  /s/

17                             Kyle A. Lewis

                            Supervising Deputy Attorney General

18                             Attorney for Defendants

19

20        I, Alison Hardy, attest that Kyle Lewis signed this document on October 20, 2010.

21

22   **IT IS SO ORDERED.**

23   Date:  ___October 25___, 2010

24

25

26                         Hon.
                        United
                  Judge Thelton E. Henderson

27

28