KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5677
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov

*Attorneys for Defendants Brown, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | C 01-01351 TEH<br><br>**STIPULATION AND ORDER EXTENDING STAY OF ALL ATTORNEYS' FEES, COSTS, AND EXPENSES RELATED TO ALL WORK BEFORE THE THREE-JUDGE COURT UNTIL U.S. SUPREME COURT DECISION**<br><br>Judge:         The Honorable Thelton E. Henderson<br>Action Filed:  April 5, 2001 |

Plaintiffs and Defendants stipulate as follows:

1.    In briefs filed with this Court regarding Plaintiffs' attorneys' fees and expenses incurred before the Three-Judge Court, Plaintiffs sought an award of attorneys' fees and costs for work performed in connection with the Three-Judge Court proceedings.  Defendants contend that a fees and costs award is premature and that the single judges lack jurisdiction over these fees matters.  Nothing in this Stipulation may be deemed a concession of any party's positions on entitlement to or reasonableness of attorneys' fees and costs.

1

Stip. & Order Extending Stay All Attys.' Fees, Costs, and Expenses Related to All Work        (C 01-01351 TEH)
Before Three-Judge Court Until U.S. Supreme Court Decision

2. This Court originally granted Defendants' request to stay all attorneys' fees, costs, and expense matters related to the Three-Judge Court and related appeals until July 1, 2010. (*Plata* Docket 2255.) On June 12, 2010, the U.S. Supreme Court announced that it would review on the merits Defendants' appeal of the Three-Judge Court's prisoner release order. Thereafter, this Court granted the parties' request to extend the stay until January 17, 2011. (*Plata* Docket 2320.)

3. The case was argued before the U.S. Supreme Court on November 30, 2010. A decision is not expected before the current stay expires on January 17, 2011. Accordingly, the parties jointly agree to extend the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Court until the U.S. Supreme Court renders a decision on Defendants' appeal. The parties will meet and confer regarding Plaintiffs' attorneys' fees, costs, and expense matters within thirty days of the date the Supreme Court's decision is issued.

4. In so stipulating, Plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the December 17, 2002 *Plata* Periodic Fees order. Defendants do not waive any rights or arguments to object to any and all fees, costs, and expenses, or to appeal any order regarding fees, costs, and expenses arising out of the Three-Judge Court proceedings. For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Rules of Civil Procedure, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for

//
//
//
//
//
//
//
//

2

Stip. & Order Extending Stay All Attys.' Fees, Costs, and Expenses Related to All Work   (C 01-01351 TEH)
Before Three-Judge Court Until U.S. Supreme Court Decision

the Northern District of California are stayed.  If either party wishes to extend the stay beyond the period defined in this stipulation, the party may do so by seeking a subsequent stipulation or by filing a noticed motion before this Court.

IT IS SO STIPULATED.

Dated:  January 14, 2011                    PRISON LAW OFFICE


                                                                      /s/ *Alison Hardy*
                                                                      Alison Hardy
                                                                      *Attorneys for Plaintiffs*


Dated:  January 14, 2011                    KAMALA D. HARRIS
                                                                       Attorney General of California
                                                                       JONATHAN L. WOLFF
                                                                       Senior Assistant Attorney General


                                                                       /s/ *Kyle Lewis*
                                                                       KYLE A. LEWIS
                                                                       Deputy Attorney General
                                                                       *Attorneys for Defendants Brown, et al.*

I, Kyle Lewis, attest that Alison Hardy executed this document on January 14, 2011.

SO ORDERED.

Dated:  01/18/2011

*[Signature: Judge Thelton E. Henderson — United States District Court, Northern District of California seal]*

CA2001CS0001
40478023.docx

3