IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

        v.

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.

NO. C01-1351 TEH

<u>ORDER RE: PRO SE INMATE FILINGS</u>

    This Court periodically receives attempted filings from pro se inmates in this case. As members of the Plaintiff class, such inmates are represented parties and may file motions only through their counsel of record. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the Clerk shall not file in this action any further documents submitted by pro se inmates. Instead, if the documents concern medical care, the Court will forward them to the *Plata* Receiver's Controlled Correspondence Unit for appropriate investigation and inform the inmate that it has done so. All other documents shall be returned to the inmate with a copy of this order.

**IT IS SO ORDERED.**

Dated: 02/07/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT