| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER #83925<br>STEVEN FAMA #99641<br>ALISON HARDY #135966<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621<br>ahardy@prisonlaw.com | BINGHAM McCUTCHEN<br>WARREN E. GEORGE #53588<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C-01-1351 T.E.H.<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR COLLECTION OF<br>2008 AND 2009 FORMERLY<br>DISPUTED ATTORNEYS' FEES** |

On June 30, 2010, the parties stipulated that they would meet and confer regarding the hourly rates payable to Plaintiffs' paralegals and litigation assistants, within ten days after the mandate issued in the *Perez v. Cate* appeal in the Ninth Circuit Court of Appeals (Docket No. 543), which addressed 2008 hourly rates for paralegals. Mandate issued on February 4, 2011, and the parties thereafter extended the deadline to meet and confer. The parties have since met and conferred and hereby stipulate to the following:

1.   This stipulation applies to past due amounts for work performed by paralegals and litigation assistants during the years 2008 and 2009. During this period,

Stipulation and Order Re: Collection of Formerly Disputed Attorneys' Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.

defendants compensated plaintiffs at an interim hourly rate of $135 for all work performed by paralegals and litigation assistants during 2008 and the first quarter of 2009, and $82.50 for work performed by those individuals in the succeeding three quarters.

2. The parties have reached an agreement that, in light of the Ninth Circuit decision, Defendants will pay the following hourly rates for work performed by paralegals: $169.50 for 2008, and $170 for 2009. The parties further agree that Defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

3. The parties have further agreed that Defendants will pay the following hourly rates for work performed by litigation assistants: $135 for 2008 and $140 for 2009. The parties further agree that Defendants will pay the difference between these stipulated hourly rates and the interim hourly rate of either $135 or $82.50 already paid during the pendency of this dispute.

4. Based upon the rates set forth above, for 2008 and 2009, Defendants agree to pay plaintiffs' counsel $55,600. This amount shall be paid within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

5. Plaintiffs agree to waive their right to interest on the 2008 and 2009 fees' differential from the date of the initial fee request to the present for this settlement. The parties have reached this agreement solely for the purpose of settling the paralegal and litigation assistant rate dispute for 2008 and 2009 in this action. The parties agree that the rates outlined in the stipulation are for settlement purposes only and cannot be introduced by either party in any other litigation regarding the reasonableness of any particular rate for any particular year.

//

1     WHEREFORE, defendants agree to pay plaintiffs' counsel $55,600 within 30 days
2 of the signing of this Order.  On the 31st day following the entry of this Order, interest on
3 any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>, the
4 weekly average 1 year constant maturity Treasury yield for the calendar week preceding
5 the date of the Order.)

6 AGREED TO BY THE PARTIES:

7 Date: March 15, 2011

                                      /s/
8                                       Alison Hardy
                                      Attorney for Plaintiffs

10 Date:  March 23, 2011

                                      /s/
11                                     Kyle A. Lewis
                                    Supervising Deputy Attorney General
                                    Attorney for Defendants

14     I, Alison Hardy, attest that Kyle Lewis signed this document on March 23, 2011.

16 **IT IS SO ORDERED.**

17 Date: _____03/28_____, 2011

                                    Hon. Thelton E. Henderson
                                    United States District Judge