IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

    Defendants.

NO. C01-1351 TEH

SCHEDULING ORDER

  On May 20, 2011, Defendant Edmund G. Brown, Jr.,[1] filed a motion to clarify this Court's October 17, 2006 order and noticed the motion for July 18, 2011.  Defendant is hereby ordered to serve its motion papers, along with a copy of this order, on the bargaining units whose salaries are at issue in the motion.  These bargaining units, or the state employee organization that represents them, shall be allowed to file an opposition and appear at the hearing on the motion if they so choose.  No appearance shall be permitted without the filing of a written opposition.

  The briefing schedule shall be as follows:  Oppositions or statements of non-opposition shall be filed on or before **June 13, 2011.**  Defendant's reply shall be filed on or before **June 20, 2011.**

**IT IS SO ORDERED.**

Dated: 05/25/11

        /s/ Thelton E. Henderson
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Edmund G. Brown, Jr., is hereby substituted for Defendant Arnold Schwarzenegger pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.