JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
LINDA A. MAYHEW
Assistant Chief Counsel, Bar No. 155049
CHRISTOPHER E. THOMAS
Labor Relations Counsel, Bar No. 186075
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95811-7258
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  christhomas@dpa.ca.gov

Attorneys for Edmund G. Brown Jr., Governor of the State of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351-T.E.H. |
| Plaintiff, | CLASS ACTION |
| v. | [~~PROPOSED~~] ORDER MODIFYING HEARING AND BRIEFING SCHEDULE ON MOTION TO CLARIFY |
| EDMUND G. BROWN JR., et al., | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1   This Court has considered the Stipulation and Request To Modify Hearing and Briefing
2   Schedule On Motion to Clarify Court Order of October 17, 2006.  The Court hereby grants the
3   request to modify the briefing and hearing schedule on the Motion as follows:
4   • New Deadline For Filing Opposition Papers: **July 11, 2011;**
5   • New Deadline For Filing Reply Papers: **July 18, 2011;**
6   • New Hearing Date and Time: **August 15, 2011, 10:00 a.m.**

8   IT IS SO ORDERED.

10  Dated:  06/06/2011



UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

-2-
[Proposed] Order Modifying Hearing and Briefing Schedule          Case No. C01-1351 T.E.H.