1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   ALISON HARDY #135966
3  1917 Fifth Street
   Berkeley, CA 94710
4  Telephone: (510) 280-2621
   ahardy@prisonlaw.com

   BINGHAM McCUTCHEN
   WARREN E. GEORGE #53588
   Three Embarcadero Center
   San Francisco, CA 94111
   Telephone: (415) 393-2000
   Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR. et al, <br><br> Defendants. | No. C-01-1351 T.E.H. <br><br> Stipulation to Extend Temporary Stay of All Attorneys' Fees, Costs and Expenses Related to Work Before the Three Judge Panel and the Supreme Court of the United States and [~~Proposed~~] Order Thereon <br><br> Judge: Hon. Thelton E. Henderson |

Stipulation and Order
*Plata v. Brown,* No. C-01-1351 T.E.H.

The Parties to the above-captioned case, through their counsel, stipulate as follows:

1. In the above-captioned case, as well as in *Coleman v. Brown*, all matters concerning attorneys' fees, costs and expenses have been stayed pending the decision of the Supreme Court of the United States in Case No. 09-1233, *Brown v. Plata*. See *Plata* Docket 2321, 2344; *Coleman* Docket 3948, 2977.

2. On May 23, 2011, United States Supreme Court issued its decision in *Brown v. Plata*, ___ U.S. ____, 2011 U.S. LEXIS 4012, affirming the three-judge panel decision. Accordingly, the parties have met and conferred regarding Plaintiffs' attorneys' fees, costs, and expenses for both the three-judge panel proceedings and the proceedings before the Supreme Court of the United States. In order to exhaust any possibility of settling these matters, or of narrowing the disputes as much as possible, the parties jointly request additional time to meet and confer.

3. The parties request that the Court extend the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Panel and related appeals, including the appeal to the Supreme Court of the United States and direct the parties to complete their meet and confer process by August 26, 2011, with any motion for fees, costs and expenses due 60 days thereafter. In so doing, plaintiffs do not waive and will enforce their right to interest in accordance with the provisions set forth in the December 8, 2002 Stipulation and Order for Periodic Collection of Attorney's . Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Panel proceedings. For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Eastern District of California are stayed.

///

///

///

IT IS SO STIPULATED.

DATED: June 13, 2011                                /s/
                                                                 Alison Hardy
                                                                 Prison Law Office
                                                                 Attorneys for *Plata* Plaintiffs


DATED: June 13, 2011                                /s/
                                                                 Kyle Lewis
                                                                 Deputy Attorney General
                                                                 Attorneys for *Plata* Defendants

**[~~Proposed~~] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, this Court extends the stay of all attorneys' fees, costs and expense matters related to the Three-Judge Panel, and related appeals, including the proceedings before the Supreme Court of the United States, until August 26, 2011, with Plaintiffs application for fees, costs and expenses due 60 days thereafter.  Plaintiffs have preserved and do not waive their right to claim interest in accordance with the provisions set forth in the December 18, 2002 Stipulation and Order for Periodic Collection of Attorney's Fees and Costs. Defendants do not waive any rights or arguments to object to any and all fees and costs or to appeal any order regarding fees and costs arising out of the Three-Judge Panel proceedings or related appeals.  For the duration of the stay, any and all deadlines relating to motions or claims for attorneys' fees, costs, and expenses contained in the Federal Civil Rules, the Federal Appellate Rules, the U.S. Supreme Court Rules, and/or the Local Rules for the Eastern District of California do not apply.

IT IS SO ORDERED.

DATED: June 14 , 2011



Stipulation and Order
*Plata v. Brown,* No. C-01-1351 T.E.H.                    4