**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

June 24, 2011

Clerk
United States District Court
  for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, California 95814-2322

Clerk
United States District Court
  for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

> Re: Edmund G. Brown, Jr., Governor of California, et al.
> v. Marciano Plata, et al.
> No. 09-1233 (Your docket Nos. CIV S-90-0520 LKK JFM P,
> C01-1351 TEH)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

    Sincerely,

    WILLIAM K. SUTER, Clerk

    By *Elizabeth Brown*

    Elizabeth Brown
    Judgments/Mandates Clerk

Enc.
cc:  Carter G. Phillips, Esq.      Laurie J. Hepler, Esq.
     Donald Specter, Esq.        Steven S. Kaufhold, Esq.
     Paul D. Clement, Esq.

# Supreme Court of the United States

No. 09-1233

EDMUND G. BROWN, JR.,
GOVERNOR OF CALIFORNIA, ET AL.,
                                          Appellants

v.

MARCIANO PLATA, ET AL.

**ON APPEAL FROM** the United States District Courts for the Eastern District and the Northern District of California.

**THIS CAUSE** came on to be heard on the transcripts of the records from the above courts and a three-judge district court, and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the three-judge district court is affirmed.

May 23, 2011



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: