IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER REQUIRING INTERIM REPORTS |

The United States Supreme Court affirmed this court's January 12, 2010 Order to Reduce Prison Population on May 23, 2011, and issued judgment on June 24, 2011. The January 12, 2010 order provided that its effective date would be "the day following the final resolution by the Court of a timely-filed appeal of this Order." Jan. 12, 2010 Order at 6. Because judgment was issued on a Friday, the effective date of the order is Monday, June 27, 2011. *See* Fed. R. Civ. P. 6(a)(1)(C). Accordingly, Defendants must reduce the population of California's thirty-three adult prisons as follows:

    a.    To no more than 167% of design capacity by December 27, 2011.

    b.    To no more than 155% of design capacity by June 27, 2012.

1       c.      To no more than 147% of design capacity by December 27, 2012.

2       d.      To no more than 137.5% of design capacity by June 27, 2013.

3 *See* Jan. 12, 2010 Order at 4.

> Within fourteen days following each of the deadlines described above, defendants shall file a report advising the court whether the estimated population reduction has been achieved. This report shall include the total reduction in the population of California's adult prisons that has been achieved; the current population of those institutions, both in absolute terms and as a percentage of design capacity; and the reductions associated with each of the individual measures that defendants described in their November 12, 2009 plan as well as any additional or alternative population reduction measures that it may have subsequently adopted. If the State has failed to achieve the required population reduction, defendants shall advise the court as to the reasons for such deficiency and what measures they have taken or propose to take to remedy it. They also shall advise the court as to whether such deficiency could have been avoided by the exercise of executive authority, such as that invested in the Governor and other officials by the California Emergency Services Act. Finally, defendants shall advise the court whether legislative changes are required to remedy any deficiency and, if so, what efforts defendants have made to obtain such changes, including specific proposals made to the legislature and the legislative responses to such proposals.

16 *Id.* at 5.

17      Defendants' most recent report, filed on June 23, 2011, expressed uncertainty about funding for Assembly Bill 109 ("AB 109"), a major component of defendants' plan to comply with this court's order to reduce the prison population. Defendants shall file an updated report on or before July 21, 2011, explaining whether funding has been secured for AB 109 and, if so, when AB 109 is intended to go into effect. Defendants' report shall also include estimated reductions associated with AB 109 and all other population reduction measures being implemented by the State, as well as a discussion on whether defendants expect to meet the December 27, 2011 benchmark and, if not, what further actions are contemplated and the specific persons responsible for executing those actions.

26      To keep the court informed of their progress, defendants shall file monthly status reports due on the 15th of each month, beginning on September 15, 2011, until further order of this court. These monthly reports shall list the design capacity, actual population, and

population as a percentage of design capacity at each adult institution, as well as aggregate figures for the total inmate population housed in adult institutions.  The reports shall also include an updated discussion on whether defendants expect to meet the next six-month benchmark and, if not, what further actions are contemplated and the specific persons responsible for executing those actions.  Monthly reports shall not be required in January 2012, July 2012, or January 2013, or July 2013; the required information should instead be incorporated in defendants' reports following each of the six-month benchmarks.

**IT IS SO ORDERED.**

Dated:   06/30/11

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   06/30/11

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   06/30/11

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA