IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER DENYING MOTION FILED BY CLARK AND SAIF'ULLAH</u> |

Inmates Thomas M. Clark and Khalifa E.D. Saif'ullah contend that Plaintiffs' counsel are not adequately representing their interests and seek to be appointed as counsel so that they may request an order releasing "Indeterminately Sentenced prisoners who have exceeded their minimum term requirements."[1]  The Court is not persuaded that class counsel's representation is inadequate, nor does the Court find it appropriate to order the

---

[1] The inmates reference documents submitted for filing on June 9, 2010, but this Court has no record of any such documents.

relief the inmates seek at this time. Accordingly, with good cause appearing, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: 07/19/11        On behalf of the Court:[2]

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[2] A single judge is authorized to make this ruling under 28 U.S.C. § 2284(b)(3).

2