IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>     Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>     Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER RE: PRO SE INMATE FILINGS</u> |

   This court periodically receives attempted filings from pro se inmates. As members of the plaintiff classes, such inmates are represented parties and may file motions and other documents only through their counsel of record. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the Clerk shall not file any documents submitted to this court for filing by pro se inmates. Instead, such documents shall be treated like similar documents submitted in the individual *Plata* and *Coleman* cases. Any documents raising specific medical care concerns shall be forwarded to the *Plata* Receiver's Controlled Correspondence Unit for appropriate investigation, and any documents raising specific mental health care

concerns shall be forwarded to plaintiffs' counsel. All other documents shall be returned to the inmates with a copy of this order.

**IT IS SO ORDERED.**

Dated: 09/14/11

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 09/14/11

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 09/14/11

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA