| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DEBBIE VOROUS<br>WILLIAM KWONG<br>KYLE A. LEWIS<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>State Bar No. 207095<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5735<br> Fax:  (415) 703-5843<br> E-mail:  Danielle.OBannon@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGET LLP<br>PAUL B. MELLO<br>JERROLD C. SCHAEFER<br>WALTER R. SCHNEIDER<br>MEGAN C. OLIVER THOMPSON<br>SAMANTHA D. WOLFF<br>RENJU P. JACOB<br>PAUL B. GRUWELL<br>425 Market Street, 26th Floor<br>San Francisco, CA 84105<br> Telephone:  (415) 777-3200<br> Fax:  (415) 541-9366<br> E-mail:  pmello@hansonbridget.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>            Plaintiffs,<br>     v.<br>EDMUND G. BROWN, JR, et al.,<br>            Defendants. | CASE NO. 2:90-CV-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>            Plaintiffs,<br>     v.<br>EDMUND G. BROWN, JR et al.,<br>            Defendants. | CASE NO. C01-1351 TEH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING ATTORNEYS'<br>FEES, EXPENSES, AND COSTS** |

All matters concerning attorneys' fees, expenses, and costs arising out of the three-judge court litigation were stayed pending the U.S. Supreme Court's decision.  (*See Plata* Docket 2321, 2344; *Coleman* Docket 3948, 2977.)  On May 23, 2011, the U.S. Supreme Court issued its

decision affirming the three-judge court's order. Defendants and the Prison Law Office submit this stipulation concerning the Prison Law Office's attorneys' fees, expenses, and costs arising out of the three-judge court litigation through June 30, 2011.

Plaintiffs are represented by multiple law firms in this litigation. One law firm is the Prison Law Office. Defendants and the Prison Law Office completed their meet and confer process on October 4, 2011, and have successfully narrowed the dispute and reached a resolution in the amount of $2,184,759, for all fees, costs, and expenses related to, incurred by, and associated with the Prison Law Office's attorneys' fees, expenses, and costs for the three-judge court proceedings, including all work before the district court, the three-judge court, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court, incurred through June 30, 2011.

The parties agree that Defendants will not pay any multiplier and the Prison Law Office agrees to discount its demand for attorneys' fees, expenses, and costs as set forth above. The Prison Law Office waives any and all rights associated with any further payment of fees, expenses, costs, or compensation of any kind associated with the three-judge court proceedings through June 30, 2011. Defendants will pay $2,184,759 within 14 days of the date of execution of this stipulation.

IT IS SO STIPULATED:

DATED: October 5, 2011                                HANSON BRIDGET LLP


                                                      //s// Paul B. Mello
                                                      PAUL B. MELLO
                                                      Attorneys for Defendants

                                                      ATTORNEY GENERAL'S OFFICE


                                                       //s// Danielle F. O'Bannon
                                                      DANIELLE F. O'BANNON
                                                      Deputy Attorney General
                                                      Attorneys for Defendants

| | |
|---|---|
| DATED: October 5, 2011 | PRISON LAW OFFICE |
| | |
| | //s// Donald Specter |
| | DONALD SPECTER |
| | Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated: _____10/13_____, 2011

_____
HON. THELTON E. HENDERSON
U.S. DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]

SF2009202435
20535131.doc

3