1

2

3    IN THE UNITED STATES DISTRICT COURTS

4    FOR THE EASTERN DISTRICT OF CALIFORNIA

5    AND THE NORTHERN DISTRICT OF CALIFORNIA

6    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

7    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

8

9    RALPH COLEMAN, et al.,

10                         Plaintiffs,

11        v.                                    NO. CIV S-90-0520 LKK JFM P

12   EDMUND G. BROWN, JR., et al.,              **THREE-JUDGE COURT**

13                         Defendants.

14

15   MARCIANO PLATA, et al.,

16                         Plaintiffs,          NO. C01-1351 TEH

17        v.                                    **THREE-JUDGE COURT**

18   EDMUND G. BROWN, JR., et al.,              ORDER DENYING
                                                PLAINTIFFS' FEBRUARY 7,
19                         Defendants.          2012 MOTION

20

21         On February 7, 2012, plaintiffs filed a motion for an order requiring defendants to

22   demonstrate how they will achieve the required population reduction by June 2013.  After

23   review of the record, and good cause appearing, plaintiffs' motion is denied without

24   prejudice to the filing of a new motion following the publication of the State's Spring 2012

25   //

26   //

27   //

28   //

1   Population Projections and the completion of the State's master bed plan, but in any event a

2   new motion may be filed at any time on or after May 1, 2012.

3

4   **IT IS SO ORDERED.**

5

6   Dated:   03/22/12

7   STEPHEN REINHARDT
    UNITED STATES CIRCUIT JUDGE
8   NINTH CIRCUIT COURT OF APPEALS

9

10  Dated:   03/22/12

11  LAWRENCE K. KARLTON
    SENIOR UNITED STATES DISTRICT JUDGE
12  EASTERN DISTRICT OF CALIFORNIA

13

14  Dated:   03/22/12

15  THELTON E. HENDERSON
    SENIOR UNITED STATES DISTRICT JUDGE
16  NORTHERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28