IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

          Defendants.

NO. C01-1351 TEH

ORDER EXTENDING
REPORTING DEADLINE

On January 17, 2012, the Court ordered the parties and the Receiver to meet and confer on post-Receivership planning and file a joint report of their efforts by April 30, 2012. Upon the Receiver's request, the Court now extends the reporting deadline to **May 7, 2012.** The Court understands that the Receiver has spoken with the parties, who have no objection to this extension.

**IT IS SO ORDERED.**

Dated: 04/24/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT