PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2011 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

1   first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2   　　　Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing
3   statement for the period October 1, 2011 through December 31, 2011 on May 22, 2012.
4   Following a meet and confer, the parties agreed to payment of $264,019 in undisputed fees
5   and costs billed by plaintiffs' counsel.  This stipulation fully settles all costs and fees for
6   the fourth quarter billing 2011.

7   　　　WHEREFORE, defendants agree to pay plaintiffs' counsel $264,019 within 30
8   days of the signing of this Order.  On the 31st day following the entry of this Order, interest
9   on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e.,
10  the weekly average 1 year constant maturity Treasury yield for the calendar week
11  preceding the date of the Order.)

12  AGREED TO BY THE PARTIES:

13  Date: August 21, 2012

　　　　　　　　　　　　　　　　　　　　　　/s/
14  　　　　　　　　　　　　　　　　　　　　　　Alison Hardy
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

16  Date:  September 11, 2012　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Kyle A. Lewis
17  　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

20  　　　I, Alison Hardy, attest that Kyle Lewis signed this document on September 11, 2012.

22  **IT IS SO ORDERED.**

23  Date: _____09/12_____, 2012

24  Honorable Thelton E. Henderson
    United States District Judge

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Plata v. Schwarzenegger,* No. C-01-1351 T.E.H.　　　2