PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

BINGHAM McCUTCHEN
WARREN E. GEORGE #53588
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C-01-1351 T.E.H.<br><br>STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER OF 2012<br><br>IT IS SO ORDERED AS MODIFIED |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

1  first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

2       Pursuant to this procedure, plaintiffs' counsel served their first quarter billing

3  statement for the period January 1, ~~2011~~ 2012 through March 31, 2012 on August 7, 2012.

4  Following a meet and confer, the parties agreed to payment of $320,690 in undisputed fees

5  and costs billed by plaintiffs' counsel.  This stipulation fully settles all costs and fees for

6  the first quarter billing 2012.

7       WHEREFORE, defendants agree to pay plaintiffs' counsel $320,690 within 30

8  days of the signing of this Order.  On the 31st day following the entry of this Order, interest

9  on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (<u>i.e.</u>,

10  the weekly average 1 year constant maturity Treasury yield for the calendar week

11  preceding the date of the Order.)

12  AGREED TO BY THE PARTIES:

13  Date: October 11, 2012

14                                                  /s/
                                                Alison Hardy
                                                Attorney for Plaintiffs

16  Date: October 12, 2012                 /s/
                                                Kyle A. Lewis
                                                Supervising Deputy Attorney General
                                                Attorney for Defendants

20       I, Alison Hardy, attest that Kyle Lewis signed this document on October 12, 2012.

22  **IT IS SO ORDERED.**

23  Date: _____10/15_____, 2012

Honorable _____ Henderson
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Thelton E. Henderson