IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

                Defendants.

NO. C01-1351 TEH

ORDER MODIFYING
SEPTEMBER 5, 2012 ORDER

On September 5, 2012, this Court entered an order regarding a Receivership transition plan and court expert evaluations of individual institutions. The order contained the following provision: "The experts shall complete a written evaluation of any institution that receives an overall third-round OIG score of 85% or higher as soon as feasible, and no later than six months after the publication of the OIG report awarding that score." Sept. 5, 2012 Order at 9. With good cause appearing, IT IS HEREBY ORDERED that the deadline for completing evaluations is extended to **March 5, 2013,** for institutions that received a third-round OIG score of 85% or higher prior to the Court's September 5, 2012 order.

**IT IS SO ORDERED.**

Dated: 10/17/12

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT