IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                          Plaintiffs,                    NO. C01-1351 TEH

                v.                                       ORDER TO DEPOSIT FUNDS

EDMUND G. BROWN JR., et al.,

                          Defendants.

On September 5, 2012, the Court entered an order providing additional responsibilities for the court experts in this case. The order further provided that the experts' fees and expenses shall be paid through the Court's registry by Defendants, who shall promptly deposit additional funds when ordered to do so.

The Finance Office has informed the Court that approximately $30,000 remains on deposit in this case. This is insufficient to cover the experts' anticipated fees and expenses.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that, within forty-five days of the date of this order, Defendants shall deposit an additional $250,000 with the Clerk of the Court for deposit into the registry for this action. To ensure prompt payment to the experts, the Court will issue additional orders to deposit funds whenever the balance falls below $100,000. Defendants may, at their option, choose to deposit more than $250,000 if they wish to avoid more frequent deposits.

**IT IS SO ORDERED.**

Dated:   11/05/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court
For the Northern District of California