**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-3035
Facsimile: (415) 703-5843
E-Mail: Patrick.McKinney@doj.ca.gov

December 27, 2012

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Joe Goldenson, M.D., Madeleine LaMarre MN, and Michael Puisis, D.O.:

(1) Dr. Goldenson, invoice dated 12/23/12, professional fees and expenses: $12,306.03;

(2) Ms. LaMarre, invoices dated 12/6/12, professional fees and expenses: $3,650.00; and

(3) Dr. Puisis, invoice dated 12/15/12, professional fees and expenses: $18,097.63.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

APPROVED:

Thelton E. Henderson
United States District Judge
1/7/13

Respectfully submitted,

PATRICK R. MCKINNEY
Deputy Attorney General

For  KAMALA D. HARRIS
Attorney General

Enclosures

cc:  Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)

December 26, 2012
Page 2

      Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

CA2001CS0001
20659941.doc

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: December 23, 2012
Billing Period:   9/12-12/12
Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:  $12,306.03

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 9/28/12 | 1.00 @ | $275.00 = | $275.00 | Conference call with experts |
| 10/2/12 | 0.50 @ | $275.00 = | $137.50 | Conference call with Receiver's Office |
| 10/21/12 | 1.00 @ | $275.00 = | $275.00 | Review of documents |
| 11/5/12 | 0.50 @ | $275.00 = | $137.50 | Review of documents |
| 11/6/12 | 2.00 @ | $275.00 = | $550.00 | Meeting with experts, Conference call with Receiver's Office |
| 11/8/12 | 0.50 @ | $275.00 = | $137.50 | Meeting with experts |
| 11/15/12 | 1.00 @ | $275.00 = | $275.00 | Conference call with experts |
| 11/20/12 | 1.00 @ | $275.00 = | $275.00 | Conference call with experts, Conference call with Receiver |
| 11/25/12 | 1.75 @ | $275.00 = | $481.25 | Review of documents (death reviews) |
| 12/6/12 | 2.00 @ | $275.00 = | $550.00 | Conference calls with experts and plaintiff's attorneys |
| 12/10/12 | 2.50 @ | $137.50 = | $343.75 | Travel |
| 12/10/12 | 1.50 @ | $275.00 = | $412.50 | Meeting with experts re death reviews |
| 12/11/12 | 10.00 @ | $275.00 = | $2,750.00 | Meetings with Receiver's staff |
| 12/12/12 | 9.50 @ | $275.00 = | $2,612.50 | Meetings with Receiver's staff |
| 12/13/12 | 7.50 @ | $275.00 = | $2,062.50 | Meetings with Receiver's staff |
| 12/13/12 | 2.00 @ | $137.50 = | $275.00 | Travel |
| 12/21/12 | 0.75 @ | $275.00 = | $206.25 | Conference call with CEOs |
| Total | | | $11,756.25 | |

Professional Fees
$11,756.25
Travel Expenses
$549.78

TOTAL DUE    $12,306.03

*Joe Goldenson, MD*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Airfare | Car Rental | Parking | Gas/Tolls | Miles * | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/12 | $94.08 | $35.52 | | | | 4.00 | 60.50 | | 194.10 |
| 12/11/12 | $94.08 | $58.41 | | | | | | | 152.49 |
| 12/12/12 | $94.08 | $54.11 | | | | | | | 148.19 |
| 12/13/12 | | | | | | | 55.00 | | 55.00 |
| | | | | | | | | Total | 549.78 |

*$0.55/ mile

```
0384
Server: AMY 264 J (#264)         Rec:217
12/10/12 19:07, Swiped   T: 501 Term: 6

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE  CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX7914
Name: JOE GOLDENSON
JO TRANSACTION APPROVED
AUTHORIZATION #: 004200
Reference: 121001000384
TRANS TYPE: Credit Card SALE

CHECK :          29.52
TIP:              6.-
TOTAL:           35.52

X _____

***Duplicate Copy***
```

```
0373
Server: KIMBERELY J (#305)       Rec:278
12/11/12 19:30, Swiped   T: 815 Term: 5

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX7914
Name: JOE GOLDENSON
JO TRANSACTION APPROVED
AUTHORIZATION #: 004820
Reference: 121101000373
TRANS TYPE: Credit Card SALE

CHECK:           21.68
TIP:              4.20
TOTAL:           25.88

X _____

***Duplicate Copy***
```

```
Biba

2801 Capitol Ave
Sacramento Ca. 95816
(916) 455-2422
Date:        Dec12'12 07:48PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX7914
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   EIE0070387079OZ
Auth Code:   074350
Check:       2006
Table:       63/1
Server:      13 Carlo

Subtotal:        45.11
Customer COPY

Tip  ____9____
Total ___54.11___

Customer
Copy
```



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

Name & Address

GOLDENSON, JOE
1406 CYPRESS ST

BERKELEY, CA 94703-1033
US

| | |
|---|---|
| Room | 326/K1RZ |
| Arrival Date | 12/10/2012 |
| Departure Date | 12/13/2012   3:55:00PM |
| Adult/Child | 1/0 |
| Room Rate | 84.00 |

RATE PLAN          L-G1

HH# 861204588 SILVER
AL: UA #00331667340
BONUS AL:             CAR:

CONFIRMATION NUMBER : 3488052367

12/13/2012   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/10/2012 | GUEST ROOM | GVILL | 545328 | $84.00 | | |
| 12/10/2012 | ROOM TAXES | GVILL | 545328 | $10.08 | | |
| 12/11/2012 | GUEST ROOM | GVILL | 545710 | $84.00 | | |
| 12/11/2012 | ROOM TAXES | GVILL | 545710 | $10.08 | | |
| 12/12/2012 | *GREAT AMERICAN GRILL | LINTR | 545890 | $13.30 | | |
| 12/12/2012 | GUEST ROOM | GVILL | 546078 | $84.00 | | |
| 12/12/2012 | ROOM TAXES | GVILL | 546078 | $10.08 | | |
| | WILL BE SETTLED TO VS *7914 | | | | | $295.54 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 12/11/12 | 12/12/12 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $94.08 | $94.08 | $94.08 | $282.24 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $13.30 | $13.30 |
| DAILY TOTAL | $94.08 | $94.08 | $107.38 | $295.54 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.



| DATE OF CHARGE | FOLIO NO./CHECK NO. 109737 A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT




Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

December 6, 2012

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:  Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my October and November 2012 invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 11/1/12 | 1.75 | Review of cocci documents and draft correspondence to Jared Goldman regarding CDCR response |
| 11/2/12 | 1.25 | Preparation for Plata site visits, development of methodology, email correspondence with Michael Chu |
| 11/6/12 | 2.25 | Review of email correspondence re: CDCR response, meeting with experts, Conference call with Clark Kelso and medical experts |
| 11/7/12 | .25 | Review of Receiver initial cocci recommendations |
| 11/8/12 | 0.5 | Meeting with experts to discuss cocci recommendations |
| 11/9/12 | .25 | Review of additional documentation regarding cases and email correspondence with Jared Goldman |
| 11/13/12 | .50 | Review of email documentation and review of Receivers revised proposal regarding cocci recommendations |
| 11/15/12 | .50 | Review of PLO cocci questions and email correspondence with Clark Kelso |
| 11/19/12 | 2.0 | Preparation for conference call with court experts, review of cocci questions posed by Plaintiff |
| 11/20/12 | 0.75 | Review of Medical expert email correspondence, Kelso response to Plaintiff, conference call with Clark Kelso |
| **Total Professional Fees** | 10 | @ $200 =$2000 |

**Total Due:**

| Professional Fees | $2000.00 |
|---|---|
| Total Due | $2,000.00 |

Page 2

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

December 6, 2012

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| September 18, 2012 | 1.0 | Conference call with court experts |
| September 20, 2012 | 1.0 | Email correspondence with Court Experts, Preparation for 10/2/12 conference call with Jared Goldman, et al. |
| September 28, 2012 | 1.5 | Preparation and conference call with Court Experts |
| October 2, 2012 | 1.0 | Conference call with Clark Kelso regarding site visits |
| October 23, 2012 | 1.25 | Review of email correspondence, draft agenda for December meeting, |
| October 30, 2012 | 2.5 | Coordination of travel dates with medical experts, review of Cocci documents and preparation for 11/6/12 conference |
| **Total Professional Fees** | 8.25 | @ $200 =$1650 |

**Total Due:**

| Total Due | $1,650.00 |
|---|---|

Page 2

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

December 15, 2012

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. McKinney,

Find enclosed my invoice for the months of September through our recent visit to the Central Office in December, 2012.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #1
Plata v. Davis C-01-1351

| Date | Service | Hours | Rate | Amount | Meals & Hotel | Airfare and Travel | Total |
|---|---|---|---|---|---|---|---|
| 9/18/2012 | Conference call between Experts | 1 | 275 | $275.00 | | | $275.00 |
| 9/28/2012 | Call with Receiver's office | 0.5 | 275 | $137.50 | | | $137.50 |
| 11/4/2012 | Review of Cocci documents | 3.5 | 275 | $962.50 | | | $962.50 |
| 11/6/2012 | Expert meeting and conference call with Receiver | 2 | 275 | $550.00 | | | $550.00 |
| 11/8/2012 | Expert meeting | 0.5 | 275 | $137.50 | | | $137.50 |
| 11/12/2012 | Review of OIG Inspection Reports | 3 | 275 | $825.00 | | | $825.00 |
| 11/20/2012 | Preparation and conference call | 1 | 275 | $275.00 | | | $275.00 |
| 12/3/2012 | Review of Death Reviews | 10 | 275 | $2,750.00 | | | $2,750.00 |
| 12/4/2012 | Review of Death Reviews | 3 | 275 | $825.00 | | | $825.00 |
| 12/6/2012 | Experts conference call with Mr. Fama | 2 | 275 | $550.00 | | | $550.00 |
| 12/10/2012 | Travel | 6 | 137.5 | $825.00 | | | $825.00 |

1

| Date | Description | Hours | Rate | Amount | Meals | Travel | Total |
|---|---|---|---|---|---|---|---|
| 12/10/2012 | Meet with Madie LaMarre and Review of Death Reviews with Experts | 2.5 | 275 | $687.50 | | | $687.50 |
| 12/10/2012 | Lunch & Dinner | | | | $34.99 | | $34.99 |
| 12/11/2012 | Meeting with Central Office | 10 | 275 | $2,750.00 | | | $2,750.00 |
| 12/12/2012 | Meeting with Central Office | 9.5 | 275 | $2,612.50 | | | $2,612.50 |
| 12/12/2012 | Dinner | | | | $25.68 | | $25.68 |
| 12/13/2012 | Meeting with Central Office | 7.5 | 275 | $2,062.50 | | | $2,062.50 |
| 12/13/2012 | Dinner | | | | $25.74 | | $25.74 |
| 12/14/2012 | Hotel and Breakfast x2 | | | | $391.62 | | $391.62 |
| 12/14/2012 | Airfare | | | | | $509.60 | $509.60 |
| 12/14/2012 | Taxi to airport | | | | | $60.00 | $60.00 |
| 12/14/2012 | Travel | 6 | 137.5 | $825.00 | | | $825.00 |
| TOTAL | | | | | | | $18,097.63 |

2

## PASSENGER TAXI FARE RECEIPT

Date 12/14/12

From Elk Grove To SMC A/Port

Amount of Fare $ 60.00

Other Charges $ _____

Total $ _____

Driver's Name _Smart Cab_

Cab # _____

---

**UNITED** eTicket Itinerary and Receipt                    ★ STAR ALLIANCE MEMBER

| Day | Date    | Flight  | Depart        | Time    | Arrive        | Time     | Equip   | Meal     |
|-----|---------|---------|---------------|---------|---------------|----------|---------|----------|
| Mon | 10DEC12 | UA1122S | Chicago-Ohare | 9:50 AP | Sacramento    | 12:5 PP  | 737-800 | Purchase |
| Fri | 14DEC12 | UA1680S | Sacramento    | 6:10 AM | Chicago-Ohare | 12:7 PP  | 737-900 | Purchase |

PUISIS/MICHAELMR                          Confirmation Number: MB1L46

Party of                    Seats        Ticket Number          Frequent Flyer
PUISIS/MICHAELMR            230/27C      01623432742783         YH: 3202

Fare: 453.95   Tax: 55.65   Per Person: 509.60   eTicket Total: 509.60   Iss Date: October 12, 2012
Method of Payment: Visa XXXXXXXXXXXX5229
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed
This ticket shall expire one year from date of issue.

```
0131
Server: CORTNEY 44 F (#440)      Rec: 97
12/10/12 14:36, Swiped   T: 504 Term:  4

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 08229C
Reference: 1210010000131
TRANS TYPE: Credit Card SALE

CHECK:                     9.65
                            2
TIP:      _____.__

TOTAL:    _____11_.__




X_____


***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

```
0294
Server: AMY 264 J (#264)        Rec:216
12/10/12 19:06, Swiped   T: 501 Term:  6

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 08997C
Reference: 1210010000294
TRANS TYPE: Credit Card   F

CHECK:                    19.34
                           4
TIP:       _____.__

TOTAL:     _____23.34




X_____


***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

```
0264
Server: BREEANN 15 V (#150)      Rec:188
12/13/12 16:22, Swiped   T: 501 Term:  7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 06824C
Reference: 1213020000264
TRANS TYPE: Credit Card SALE

CHECK:                    21.74
TIP:              _____4.74_____
TOTAL:                    25.74

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

```
0373
Server: KIMBERELY J (#305)       Rec:279
12/11/12 19:30, Swiped   T: 815 Term:  5

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 00870C
Reference: 1211020000373
TRANS TYPE: Credit Card SALE

CHECK:                    21.68
TIP:              _____4.00_____
TOTAL:                    25.68

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

**Name & Address**

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

| | |
|---|---|
| Room | 226/K1RZ |
| Arrival Date | 12/10/2012   1:41:00PM |
| Departure Date | 12/14/2012 |
| Adult/Child | 1/0 |
| Room Rate | 84.00 |

RATE PLAN         L-G1

HH# 736265396 BLUE
AL:   UA   #03069734862
BONUS AL:             CAR:

CONFIRMATION NUMBER : 3491079381

12/14/2012   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/10/2012 | GUEST ROOM | GVILL | 545295 | $84.00 | | |
| 12/10/2012 | ROOM TAXES | GVILL | 545295 | $10.08 | | |
| 12/11/2012 | *GREAT AMERICAN GRILL | LINTR | 545489 | $13.30 | | |
| 12/11/2012 | GUEST ROOM | GVILL | 545679 | $84.00 | | |
| 12/11/2012 | ROOM TAXES | GVILL | 545679 | $10.08 | | |
| 12/12/2012 | GUEST ROOM | GVILL | 546046 | $84.00 | | |
| 12/12/2012 | ROOM TAXES | GVILL | 546046 | $10.08 | | |
| 12/13/2012 | *GREAT AMERICAN GRILL | LINTR | 546239 | $2.00 | | |
| 12/13/2012 | GUEST ROOM | GVILL | 546415 | $84.00 | | |
| 12/13/2012 | ROOM TAXES | GVILL | 546415 | $10.08 | | |
| | WILL BE SETTLED TO VS *5239 | | | | | $391.62 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 12:00:00AM | 12/11/12 | 12/12/12 | 12/13/12 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $94.08 | $94.08 | $94.08 | $94.08 | $376.32 |
| FOOD & BEVERAGE | $0.00 | $13.30 | $0.00 | $2.00 | $15.30 |
| DAILY TOTAL | $94.08 | $107.38 | $94.08 | $96.08 | $391.62 |

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 109830 A |


AUTHORIZATION | INITIAL
PURCHASES & SERVICES


TAXES
TIPS & MISC.


TOTAL AMOUNT
PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

* Please review this statement.  It is a record of your charges as of late last evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone.  Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.  *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

THANK YOU