**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-3035
Facsimile: (415) 703-5843
E-Mail: Patrick.McKinney@doj.ca.gov

January 18, 2013

*Via Hand Delivery*

**FILED**

JAN 23 2013

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find an invoice from Madeleine LaMarre MN totaling $12,907.48 for professional fees and expenses incurred in December 2012. I have reviewed this invoice and believe it appears appropriate to pay. Please contact me with any questions.

Respectfully submitted,

PATRICK R. MCKINNEY
Deputy Attorney General

For  KAMALA D. HARRIS
Attorney General

Enclosures

cc:  Madeleine LaMarre MN (*via U.S. Mail, w/o encls.*)
Jared Goldman, Esq. (*via U.S. Mail, w/o encls.*)
Paul Mello, Esq. (*via U.S. Mail, w/o encls.*)
Donald Specter, Esq. (*via U.S. Mail, w/o encls.*)

APPROVED:

_____
Thelton E. Henderson
United States District Judge

1/23/13

CA2001CS0001
20664593.docx

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 12/6/12 | 4.50 | Planning regarding proposed methodology, conference call with Court Medical Experts, PLO regarding December meetings |
| 12/7/12 | .75 | Email correspondence regarding scheduling, site visit methodology |
| 12/10/12 | 3.5 | Mortality reviews, Meeting with Court Experts |
| 12/11/12 | 10.0 | Health Care Services Headquarters Meetings |
| 12/12/12 | 9.5 | Health Care Services Headquarters Meetings |
| 12/13/12 | 7.5 | Health Care Services Headquarters Meetings |
| 12/14/12 | 1.5 | Planning regarding tour methodology |
| 12/17/12 | 6.5 | Preparation for conference call and calls with Judge Henderson, Clark Kelso and Medical Experts, logistics and methodology planning |
| 12/18/12 | 2.5 | Conference calls and email correspondence with potential clinical personnel, drafting of memoranda regarding site visits |
| 12/19/12 | 1.5 | Conference calls with potential additional clinical personnel, drafting of letters to Jared Goldman and Clark Kelso regarding site visits and additional clinical personnel |
| 12/21/12 | 1.25 | Prep and conference call with CEOs of first four facilities, finalization of list of clinical personnel, email correspondence with Clark Kelso, Jared Goldman and court experts |
| Total Professional Fees | 49 | @ $200 =$9,800.00 |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| 12/10/12 | 8.0 | Travel from Atlanta to Elk Grove |
| 12/14/12 | 8.0 | Travel from Elk Grove to Atlanta |
| Total Professional Fees | 16 | @ $100 =$1,600 |

**Expenses:**

| Date | Description | Reimbursement Due |
|---|---|---|
| 12/10/2012 | Airfare from Atlanta to Elk Grove | $591.60 |
| | Rental Car | $343.29 |

Page 2

|            | Hotel                   | $94.08 |
|            | Meals                   | $36.57 |
| 12/11/2012 | Hotel                   | $94.08 |
|            | Meals                   | $26.00 |
| 12/12/2012 | Hotel                   | $94.08 |
|            | Meals                   | $55.00 |
| 12/13/2012 | Hotel                   | $94.08 |
|            | Meals                   | $26.00 |
| 12/14/12   | Meals                   | $7.70  |
|            | Atlanta Airport Parking | $45.00 |
| TOTAL      |                         | $1,507.48 |

Total Due:

| Professional Fees | $9,800 |
|---|---|
| Travel Fees | $1,600 |
| Expenses | $1,507.48 |
| Total Due | $12,907.48 |

## Hertz Receipt

```
SUBTOTAL 1                        $  335.00
DISCOUNT -       R 20%            $   67.00
SUBTOTAL LESS DISCOUNT           1$  268.00

CHARGES ADDED DURING RENTAL
LDW                 DECLINED
LIS                 DECLINED
PAI, PEC            DECLINED
PERS                DECLINED
FUEL & SVC $9.29GL/TANK CAP 12.4 F$  14.40

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY        T$   29.77
CA TOURISM ASSESSMENT           $    7.64
INCREASED VEH LIC RECOVERY FEE 1$     .00
TAX 1 7.750% ON $   312.17     $    23.08
TAX 2 2.750% ON $    14.40     $      .40

TOTAL AMT DUE                  $   343.29
PAID BY     AMX    XXXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01298 / 9168410 12 FIESTA SD    S
LICENSE: CA 6VKY395
FUEL:    FULL   8/8 OUT  7/8 IN
MILES CHECKIN:   18971
MILES @ RENTAL:  18922
MILES DRIVEN:       49
CDP: 00014   -AAA AUTO CLUB SOUTH

EXCH:      SACRAMENTO INTL AP
RENTAL:    12/10/12   10:28
RETURN:    12/14/12   09:32
RETURNED:  SACRAMENTO INTL AP
COMPLETED BY: 1437/CASAC11

PLAN IN:   MBR1     RATE CLASS: C
PLAN OUT:  MBR1

*** A MESSAGE FROM HERTZ ***

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

WE LOOK FORWARD TO YOUR NEXT VISIT!!

Save up to $25 on your next rental
   by taking a brief survey:

         hertzsurvey.com
        or 1-800-278-1595

   Enter access code:  01250

     THANK YOU FOR CHOOSING
             HERTZ
```

## Hartsfield-Jackson Parking Receipt

```
Hartsfield-Jackson Int'l Airport

          P.O. Box 20786
          Atlanta, GA 30320
    Attn: Customer Service Department
           (404) 530-6725
         Fax: (404) 669-4082


ft/Seq. #:   113/31104
ry lane 02:  12/10/12  06:41 am
ment lane 82: 12/14/12 07:00 pm


              PURCHASE


          Amount: $45.00



:       $45.00 Approved
 ican Express ...2004
iration:      **/**
orization: 548511
:              96
ence:          96


     Exit Before 12/15/12 07:11 am
     Or Additional Charges May Apply


   You And Have A Nice Day
```

## Delta E-Ticket Receipt

```
                                    PAGE 2 OF 3
▲ DELTA
ETKT PASSENGER RECEIPT
NOT TRANSFERABLE

LAMARRE/MADELEINE LOUIS

ENDORSEMENTS  NONREF/PENALTY/APPLIES
DATE/PLACE OF ISSUE 12Oct12 LAXWEB
ISS AGT ID DL/WW
CONF NBR     GKULVD

FARE CALCULATION  ATL DL SAC205.12UA21AONJ DL ATL265.12UA21AONJ USD530.24END ZP
ATLSMF XF ATL4.5SMF4.5

FARE     USD  530.24
TAX       61.36
         USD591.60  DUPLICATE

FORM OF PAYMENT CC AX************2004/207007

1 0062316703557 3    DUPLICATE
```

Page 1 of 1

| | |
|---|---|
| Transaction Date: | 12/10/2012 Mon |
| Transaction Description: | KELLYS PLACE INC KELSACRAMENTO CA<br>073601445 916-568-0999<br>916-568-0999 |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 16.57 |
| Doing Business As: | ZIA/SALAD WORKS |
| Merchant Address: | 6850 AIRPORT BLVD<br>STE 5<br>SACRAMENTO<br>CA<br>95837-1124<br>UNITED STATES |
| Reference Number: | 320123450060121769 |
| Category: | Restaurant - Bar & Café |

Page 1 of 1

| | |
|---|---|
| Transaction Date: | 12/10/2012 Mon |
| Transaction Description: | BJS RESTAURANTS 451 ELK GROVE CA<br>353 RESTAURANT<br>RESTAURANT<br>FOOD/BEVERAGE16.43<br>TIP3.57<br>TIP0.00<br>TIP0.00 |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 20.00 |
| Doing Business As: | BJS RESTAURANTS 451 |
| Merchant Address: | 9237 LAGUNA SPRINGS WAY<br>ELK GROVE<br>CA<br>95758-5341<br>UNITED STATES |
| Reference Number: | 320123450060121770 |
| Category: | Restaurant - Restaurant |



/0264
Server: BREEANN 15 V (#150)    Rec:187
12/13/12 16:22, Swiped   T: 501 Term: 7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE           ACCOUNT NUMBER
AMERICAN EXPRES     XXXXXXXXXXXX2004
00 TRANSACTION APPROVED
AUTHORIZATION #: 588291
Reference: 1213010000264
TRANS TYPE: Credit Card SALE

CHECK:  21.74
TIP:    4.2-
TOTAL:  26.--

X [signature]

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

Biba
2801 Capitol Ave
Sacramento Ca. 95816
(916) 455-2422
Date:         Dec12'12 07:49PM
Card Type:    Amex
Acct #:       XXXXXXXXXXXX2004
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    CIC00703458615
Auth Code:    562290
Check:        2006
Table:        63/1
Server:       13 Carlo

Subtotal:     45.11
Customer COPY

Tip       9.89
Total    $5.00

Customer Copy

# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, C
Phone (916) 691-1900 • Fax (916) 691
Reservations
www.StayHGI.com or 1 877 STAY H

**Name & Address**

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 309/K1RZ |
| Arrival Date | 12/10/2012 |
| Departure Date | 12/14/2012 |
| Adult/Child | 1/0 |
| Room Rate | 84.00 |

RATE PLAN    L-G1

HH# 369446769 DIAMOND
AL: DL #204249315
BONUS AL:
CAR:

CONFIRMATION NUMBER : 348357861

12/14/2012 PAGE 1

| DATE | DESCRIPTION | ID | RRF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/10/2012 *GREAT AMERICAN GRILL | LINTR | 545215 | $9.00 | | |
| 12/10/2012 GUEST ROOM | GVILL | 545314 | $84.00 | | |
| 12/10/2012 ROOM TAXES | GVILL | 545314 | $10.08 | | |
| 12/11/2012 *GREAT AMERICAN GRILL | LINTR | 545610 | $10.00 | | |
| 12/11/2012 GUEST ROOM | GVILL | 545698 | $84.00 | | |
| 12/11/2012 ROOM TAXES | GVILL | 545698 | $10.08 | | |
| 12/12/2012 *GREAT AMERICAN GRILL | LINTR | 546984 | $10.00 | | |
| 12/12/2012 GUEST ROOM | GVILL | 546064 | $84.00 | | |
| 12/12/2012 ROOM TAXES | GVILL | 546064 | $10.08 | | |
| 12/13/2012 *GREAT AMERICAN GRILL | LINTR | 546356 | $10.00 | | |
| 12/13/2012 *GREAT AMERICAN GRILL | LINTR | 546356 | $10.00 | | |
| 12/13/2012 GUEST ROOM | GVILL | 546430 | $84.00 | | |
| 12/13/2012 ROOM TAXES | GVILL | 546430 | $10.08 | | |

EFFECTIVE BALANCE OF
WILL BE SETTLED TO AX *2004

**EXPENSE REPORT SUMMARY**

| | 12:00:00AM | 12/11/12 | 12/12/12 | 12/13/12 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $84.08 | $94.08 | $94.08 | $94.08 | $376.32 |
| FOOD & BEVERAGE | $9.00 | $10.00 | $10.00 | $20.00 | $49.00 |
| DAILY TOTAL | $103.08 | $104.08 | $104.08 | $114.08 | $425.32 |

**EXPRESS CHECKOUT**
**PLEASE DIAL EXT 2350**    $425.32

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

• Please review this statement. It is a record of your charges as of late last evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 109577 A |

| AUTHORIZATION | INITIAL |
|---|---|

| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| **TOTAL AMOUNT** | |

PAYMENT DUE UPON RECEIPT

Hartsfield-Jackson Int'l Airport

P.O. Box 20786
Atlanta, GA 30320
Attn: Customer Service Department
(404) 530-6725
Fax: (404) 669-4082

ft/Seq. #:      113/31104
ry lane 02:     12/10/12 06:41 am
ment lane 82:   12/14/12 07:00 pm

PURCHASE

Amount: $45.00

: $45.00 Approved
¬ican Express ...2004
lration:     **/**
norization: 548511
:            96
¡ence:       96

Exit Before 12/15/12 07:11 am
Or Additional Charges May Apply

You And Have A Nice Day

---

SUBTOTAL 1                              $   335.00
DISCOUNT -       R 20%                  $    67.00
SUBTOTAL LESS DISCOUNT                 1$   268.00
CHARGES ADDED DURING RENTAL
LDW              DECLINED
IS               DECLINED
AI, PEC          DECLINED
PERS             DECLINED
FUEL & SVC $9.29G( /TANK CAP 12.4 F$        14.40
SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY            T$       29.77
CA TOURISM ASSESSMENT               $        7.64
INCREASED VEH LIC RECOVERY FEE     1$         .00
TAX 1 7.750% ON $    312.17        1$       23.08
TAX 2 2.750% ON $     14.40                   .40
TOTAL AMT DUE                      $       343.29
PAID BY     AMX    XXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01298 / 9168410 12 FIESTA 5D    S
LICENSE: CA 6VKY395
FUEL:    FULL   8/8 OUT  7/8 IN
MILES CHECKIN:   18971
MILES @ RENTAL:  18922
MILES DRIVEN:       49
CDP: 00014   -AAA AUTO CLUB SOUTH

EXCH:       SACRAMENTO INTL AP
RENTAL:     12/10/12   10:28
RETURN:     12/14/12   09:32
RETURNED:   SACRAMENTO INTL AP
COMPLETED BY: 1437/CASAC11

PLAN IN:    MBR1    RATE CLASS: C
PLAN OUT:   MBR1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:    01250

THANK YOU FOR CHOOSING
**HERTZ**

---

DELTA
LAMARRE/MADELEINE LOUIS

ETKT PASSENGER RECEIPT
NOT TRANSFERABLE

ENDORSEMENTS  NONREF/PENALTY/APPLIES

FARE CALCULATION  ATL DL SAC285.12UA21AONJ DL.ATL285.12UA21AONJ USD530.24END ZP
                  ATLSMF XF ATL4.5SMF4.5

USD        530.24
TAX         61.36

8   USD591.60                    DUPLICATE

1 006231670355 7 3

FORM OF PAYMENT CC AX**********2004/207007

DATE/PLACE OF ISSUE 12Oct12 LAXWEB
ISS AGT ID DL/WW    CONF NBR        GKULVD

PAGE 2 OF 3

DUPLICATE