IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

       v.

EDMUND G. BROWN JR., et al.,

                Defendants.

NO. C01-1351 TEH

ORDER RE: RESPONSES TO
DEFENDANTS' OBJECTIONS
TO RECEIVER'S 22ND REPORT

On February 13, 2013, Defendants – for the first time – filed objections to one of the Receiver's tri-annual reports. Specifically, Defendants ask that certain statements the Receiver made concerning overcrowding and whether Defendants have achieved a constitutional level of medical care systemwide be stricken from the Receiver's twenty-second tri-annual report, filed on January 25, 2013.

IT IS HEREBY ORDERED that the Receiver and Plaintiffs shall file responses to Defendants' objections on or before **February 22, 2013**. Unless otherwise ordered, the matter will then be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated:   02/14/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California