IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>             Defendants. | NO. C01-1351 TEH<br><br>ORDER RE: PLAINTIFFS'<br>FEBRUARY 14, 2013 MOTION<br>FOR DISCOVERY |

This matter came before the Court on February 19, 2013, on Plaintiffs' motion for discovery. Because Defendants' consultants are in town this week and time is of the essence, the Court issues its rulings now, with a more complete order to follow. For reasons that will be explained by subsequent order, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to re-open discovery is GRANTED to allow Plaintiffs an opportunity to prepare for a potential termination motion at the same time as Defendants.

2. Plaintiffs' motion to accompany Defendants' consultants on their prison visits is GRANTED. All counsel will be permitted to accompany all consultants and experts on prison tours, but opposing counsel shall not be permitted to participate or listen in on any communications between retained consultants and experts and their counsel, or between consultants and experts retained by the same party.

//
//
//
//

3. Plaintiffs' oral motion to participate in meetings between Defendants' consultants and the Receiver's executive staff is DENIED. Both parties' consultants and counsel may communicate with the Receiver's executive staff without the presence of opposing counsel.

**IT IS SO ORDERED.**

Dated: 02/19/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT