

KAMALA D. HARRIS  
*Attorney General*

*State of California*  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500  
Telephone:  (415) 703-5553  
Facsimile:  (415) 703-1234  
E-Mail:  Patrick.McKinney@doj.ca.gov

February 15, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

**FILED**

FEB 2 0 2013

RICHARD W WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Joe Goldenson, M.D., Madeleine LaMarre MN, and Michael Puisis, D.O.:

(1) Dr. Goldenson, invoice dated 02/02/2013, professional fees and expenses: $28,820.20;

(2) Ms. LaMarre, invoices dated 12/6/12, professional fees and expenses: $34,439.33; and

(3) Dr. Puisis, invoice dated 01/20/13, professional fees and expenses: $21,414.95.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

**APPROVED:**

_____  
Thelton E. Henderson  
United States District Judge  
2/20/13

Enclosures

Respectfully submitted,

_____ for  
PATRICK R. MCKINNEY  
Deputy Attorney General

For   KAMALA D. HARRIS  
Attorney General

The Honorable Thelton E. Henderson
February 15, 2013
Page 2

cc: Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
20668958.doc

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

January 20, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. McKinney,

Find enclosed my invoice for the recent San Quentin visit.


Sincerely,

*[signature]* DO-

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

# Invoice #2

Plata v. Davis C-01-1351
January 20, 2013

| Date | Service | Hours | Rate | Amount | Meals & Hotel | Airfare and Travel | Total |
|---|---|---|---|---|---|---|---|
| 1/6/2013 | Airfare | | | 424.6 | | | 424.6 |
| 1/6/2013 | Hotel | | | 471.25 | | | 471.25 |
| 1/6/2013 | Rental car | | | 69.19 | | | 69.19 |
| 1/6/2013 | Meal | | | 19.29 | | | 19.29 |
| 1/7/2013 | Meal | | | 48.05 | | | 48.05 |
| 1/10/2013 | Meal | | | 10.96 | | | 10.96 |
| 1/11/2013 | Gas | | | 21.61 | | | 21.61 |
| 1/5/2013 | Document review in preparation for SQ visit | 3 | 275 | $825.00 | | | $825.00 |
| 1/6/2013 | Travel | 5.5 | 137.5 | $756.25 | | | $756.25 |
| 1/7/2013 | Site visit | 9 | 275 | $2,475.00 | | | $2,475.00 |
| 1/8/2013 | Site visit | 9.5 | 275 | $2,612.50 | | | $2,612.50 |
| 1/9/2013 | Site visit | 9.5 | 275 | $2,612.50 | | | $2,612.50 |
| 1/10/2013 | Site visit | 9.5 | 275 | $2,612.50 | | | $2,612.50 |
| 1/11/2013 | Site visit | 4 | 275 | $1,100.00 | | | $1,100.00 |
| 1/11/2013 | Travel | 5.5 | 137.5 | $756.25 | | | $756.25 |
| 1/12/2013 | Report | 6 | 275 | $1,650.00 | | | $1,650.00 |
| 1/13/2013 | Report | 6 | 275 | $1,650.00 | | | $1,650.00 |
| 1/14/2013 | Report | 8 | 275 | $2,200.00 | | | $2,200.00 |
| 1/15/2013 | Report | 2 | 275 | $550.00 | | | $550.00 |
| 1/20/2013 | Report | 2 | 275 | $550.00 | | | $550.00 |
| TOTAL | | | | | | | $21,414.95 |

1

1/5/13                                eTicket Itinerary and Receipt



| A STAR ALLIANCE MEMBER | Confirmation: **GKTPEN** Check-In > |

Issue Date: December 20, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| PUISIS/MICHAELMR | 0162349746263 | UA-YH13XXXX | 52D/27D |

**FLIGHT INFORMATION**

| Day, Date | Flight Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|
| Sun, 06JAN13 | UA255 S | CHICAGO, IL (ORD - O'HARE) **3:05 PM** | SAN FRANCISCO, CA (SFO) **5:42 PM** | 777-200 | Purchase |
| Fri, 11JAN13 | UA533 K | SAN FRANCISCO, CA (SFO) **5:04 PM** | CHICAGO, IL (ORD - O'HARE) **11:06 PM** | 757-200 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**
| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 374.88USD | VISA |
| U.S. Federal Transportation Tax: | 28.12 | Last Four Digits 5239 |
| U.S. Flight Segment Tax: | 7.60 | |
| September 11th Security Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 424.60USD | |

**eTicket Total:** 424.60USD

The airfare you paid on this itinerary totals: 374.88 USD

**The taxes, fees, and surcharges paid total: 49.72 USD**

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 1/6/2013 Chicago, IL (ORD - O'Hare) to San Francisco, CA (SFO) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 1/11/2013 San Francisco, CA (SFO) to Chicago, IL (ORD - O'Hare) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Additional Baggage Information**
**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

**eTicket Reminders**
- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION:** when departing from Atlanta, Chicago, Cleveland, Denver, Houston, Kona, Las Vegas, Los Angeles, Newark, Orlando, Philadelphia, Reno, San Francisco, Seattle or Tampa, the check in requirement time for Passengers and Bags is 45 minutes
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding



EMBASSY SUITES HOTELS®

101 McInnis Parkway • San Rafael, CA 94903
(415) 499-9222 • Fax: (415) 499-9268
For reservations across the nation
1-800-EMBASSY or www.embassymarin.com

**Name & Address**

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Suite | 307/KNGN |
| Arrival Date | 1/6/2013   6:58:00PM |
| Departure Date | 1/11/2013 |
| Adult/Child | 1/0 |
| Suite Rate | $84.00 |

RATE PLAN         S-GVS
HH# 736265396 BLUE
AL       UA  #03069734862
BONUS AL                    CAR

Confirmation: 80664848

1/11/2013     PAGE    1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/6/2013 | 2999038 | GUEST ROOM | $84.00 |
| 1/6/2013 | 2999038 | SUITE TAX AND ASSESSMENT | $10.08 |
| 1/6/2013 | 2999038 | CA TAX ASSESSMENT | $0.17 |
| 1/7/2013 | 2999398 | GUEST ROOM | $84.00 |
| 1/7/2013 | 2999398 | SUITE TAX AND ASSESSMENT | $10.08 |
| 1/7/2013 | 2999398 | CA TAX ASSESSMENT | $0.17 |
| 1/8/2013 | 2999749 | GUEST ROOM | $84.00 |
| 1/8/2013 | 2999749 | SUITE TAX AND ASSESSMENT | $10.08 |
| 1/8/2013 | 2999749 | CA TAX ASSESSMENT | $0.17 |
| 1/9/2013 | 3000155 | GUEST ROOM | $84.00 |
| 1/9/2013 | 3000155 | SUITE TAX AND ASSESSMENT | $10.08 |
| 1/9/2013 | 3000155 | CA TAX ASSESSMENT | $0.17 |
| 1/10/2013 | 3000578 | GUEST ROOM | $84.00 |
| 1/10/2013 | 3000578 | SUITE TAX AND ASSESSMENT | $10.08 |
| 1/10/2013 | 3000578 | CA TAX ASSESSMENT | $0.17 |
| | | WILL BE SETTLED TO VS *5239 | $471.25 |
| | | EFFECTIVE BALANCE OF | $0.00 |
| | | ESTIMATED CURRENCY TOTAL | |

You have earned approximately 4200 Hilton HHonors points and approximately 420 Miles with United Airlines for this stay. Visit HHonors.com to check your point balance from stays at any of the 3,700 hotels within the Hilton Worldwide portfolio.

## EXPRESS CHECK-OUT

Good Morning ! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.
* Please review this statement. It is a record of your charges as of late last evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your suite and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the suite.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 501241      A |
| AUTHORIZATION | INITIAL |
| | |
| PURCHASES & SERVICES | |
| | |
| TAXES | |
| | |
| TIPS & MISC. | |
| | |
| TOTAL AMOUNT | |
| | 0.00 |

THANK YOU

```
SAN FRANCISCO INTL AP
RES: F7042793668 /VSTATW C
RR 199925563                    #01
MICHAEL
PUISIS

INITIAL CHARGES
RENT RT$ 187.87/WEEK @ 1/WEEKS  $   187.87
SUBTOTAL                       T$   187.87

CHARGES ADDED DURING RENTAL
LDW              DECLINED
LIS              DECLINED
PAI, PEC         DECLINED
PERS             DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY        T$    20.87
CA TOURISM ASSESSMENT           $     5.35
TRNS&FAC FEE                    $    20.00
INCREASED VEH LIC RECOVERY FEE T$      .00
TAX 11.000% ON $     208.74     $    22.97
TAX 2 3.250% ON $       .00     $      .00
VOUCHER - 1                    $-   187.87
TOTAL AMT DUE                   $    69.19
PAID BY    VISA  XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01197/1385111 12 CAMRY 2.5L   S
LICENSE:NV 852XZF
FUEL:  FULL    8/8 OUT  8/8 IN
MILES CHECKIN:   31191
MILES @ RENTAL:  31016
MILES DRIVEN:      175
CDP: XXXXXXX

RENTED:   SAN FRANCISCO INTL AP
RENTAL:   01/06/13  18:03
RETURN:   01/11/13  12:53
RETURNED: SAN FRANCISCO INTL AP
COMPLETED BY: 1203 /CASF015

PLAN IN:  VSTATW    RATE CLASS: C
PLAN OUT: VSTATW
FF: ZE1

      * * * A MESSAGE FROM HERTZ * * *

TRIPLE POINTS THIS FALL! EARN 3X GOLD
PLUS REWARDS POINTS ON RENTALS THROUGH
1/31/13. REGISTER AND SEE TERMS AT
HERTZTRIPLEPOINTS.COM.

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
       by taking a brief survey:

         hertzsurvey.com

         or 1-800-278-1595

   Enter access code:   01241


         THANK YOU FOR CHOOSING
                HERTZ
```

```
                Grille
                 101

             Grille 101
         101 McInnis Parkway
          San Rafael, CA 94903
            415-499-9222

Tab 19         01/06/13-A   7:29pm
Guests 1 Jon           Table (STANDEE)
-----------------------------------------
            Items              14.98
            Tax                 1.31
         Subtotal             16.29
            Tip                 3.-
            TOTAL              19.29

1.VISA/xxxxxxxxxxxx5239/XXXX S  A:07680C
   PUISIS, MICHA 6340 01/06 19:29   16.29

         Customer Copy
     THANK YOU FROM GRILLE 101
```

## Receipt 1: Peter's Beacon

```
168 Bellam Blvd.
San Rafel CA 94901


PETER'S BEACON    , L366857697881
168 BELLAM
SAN RAFEL  , CA
94901

01/11/2013 11:56:43 AM 866486153

XXXX XXXX XXXX 5239 Visa
PUISIS/MICHAEL
INVOICE 821281
AUTH 68473C

PUMP#  5
UNLEADED             5.972G
PRICE/GAL            3.619

FUEL TOTAL          $ 21.61

            Subtotal = $ 21.61
                 Tax = $ 0.00

               Total = $ 21.61

CREDIT              $ 21.61

APPROVED 68473C

    Thank you for choosing
        Peter's Beacon
     Please come again !
```

## Receipt 2: Santa Venetia Market

```
        Santa Venetia
            Market

      SANTA VENETIA MARKET
        71 SAN PABLO AVE
       SAN RAFAEL CA 94903
          415-472-3230

                              ETNA
0001 01 01078182 01/10/13 6:43pm 014
     **** DUPLICATE RECEIPT ****
  KERNS MANGO NECT    $0.99   F
  CRV UNDER 24OZ      $0.05   F
  PRIMAVERA SALAD     $5.49   F
  PLANTER SUNFLOWE    $2.79   F
   .89 lb @ $1.79/lb
  PRODUCE             $1.59   F
  FIVE CENT BAG CH    $0.05   F

       SUBTOTAL      $10.96
       TOTAL         $10.96

       VISA          $10.96
ACCT# XXXXXXXXXXXX5239
01/10/13  18:43
AUTH # 00702C
REF # 019918
SEQ # 019918
                     CHANGE    $0.00
# OF ITEMS: 5
      THANK YOU FOR SHOPPING
      SANTA VENETIA MARKET!!
```

## Receipt 3: Scoma's Sausalito

**SCOMA'S**
SAUSALITO

```
              588 BRIDGEWAY
             SAUSALITO, CA  94965
Date:          Jan07'13 07:31PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX5239
Card Entry:    SWIPED
Trans Type:    PURCHASE
Auth Code:     06152C
Check:         7716
Table:         8/1
Server:        306 PETER F
         MICHAEL PUISIS

Subtotal:           40.05
+ Gratuity:           8
= Total:             48.05

Signature
* * * Customer Copy * * *
```

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

February 4, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related work as a Plata Medical Expert. This includes preparation of audit methodology, review of site visit materials, site visits, report writing, and editing of the medical experts combined report. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| January 2, 2013 | 4.25 | Refinement of audit methodology and report template, trip planning, email correspondence with court experts and Dr. Kanan |
| January 3, 2013 | 6.75 | Review of CCHCS materials provided at meetings, Conference calls with Renee Kanan et al., Kayla Griffin et al., |
| January 4, 2013 | 4.50 | Conference calls with medical experts, Janet Lewis, email correspondence with Jared Goldman, court experts, trip logistics and scheduling |
| January 7, 2013 | 9.5 | San Quentin Review |
| January 8, 2013 | 9.5 | San Quentin Review |
| January 9, 2013 | 9.5 | San Quentin Review |
| January 10, 2013 | 9.5 | San Quentin Review |
| January 11, 2013 | 8.0 | San Quentin Review |
| January 15, 2013 | 4.0 | San Quentin report |
| January 16, 2013 | 6.5 | San Quentin report, integrating Goldenson report |
| January 17, 2013 | 7.0 | VPN record Review, San Quentin report |
| January 18, 2013 | 8.0 | VPN record review, Report writing, integrating Puisis report. |
| January 22, 2013 | 10.0 | CMC Review |
| January 23, 2013 | 10.0 | CMC Review |
| January 24, 2013 | 9.0 | CMC Review |
| January 25, 2013 | 3.5 | CMC Review |
| January 28, 2013 | 8.5 | San Quentin report |
| January 29, 2013 | 5.5 | CMC Report |
| January 30, 2013 | 4.5 | CMC Report |
| **Total Professional Fees** | 138 | @ $200 =$27,600 |

**Travel Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| January 6, 2013 | 8.0 | Travel from Atlanta to San Rafael |
| January 12, 2013 | 8.0 | Travel from San Francisco to Atlanta |
| January 21, 2013 | 8.0 | Travel from Atlanta to San Luis Obispo |
| January 25, 2013 | 8.0 | Travel from San Luis Obispo to Atlanta |
| **Total Professional Fees** | 32 | @ $100 =$3,200 |

Page 2

**Expenses:**

| Date | Description | Reimbursement Due |
|---|---|---|
| January 6, 2013 | Airfare from Atlanta to San Francisco | $777.60 |
|  | Rental Car | $413.43 |
|  | Hotel | $94.25 |
|  | Meals | $23.00 |
|  |  |  |
| January 7, 2013 | Hotel | $94.25 |
|  | Meals | $50.00* |
|  |  |  |
| January 8, 2013 | Hotel | $94.25 |
|  | Tolls | $5.00 |
|  | Meals | $0.00 |
|  |  |  |
| January 9, 2013 | Hotel | $94.25 |
|  | Tolls | $5.00 |
|  | Meals | $0.00 |
|  |  |  |
| January 10, 2013 | Hotel | $94.25 |
|  | Meals | $17.00 |
|  |  |  |
| January 11, 2013 | Hotel | $124.76 |
|  | Gasoline | $24.01 |
|  | Tolls | $5.00 |
|  | Meals | $50.00* |
|  |  |  |
| January 12, 2013 | Meals | $16.00 |
|  | Atlanta Airport Parking | $63.00 |
|  |  |  |
| **TOTAL** |  | $2,045.05 |

*Less than billed amount

**Expenses:**

| Date | Description | Reimbursement Due |
|---|---|---|
| January 21, 2013 | Airfare from Atlanta to LAX | $388.60 |
|  | Rental Car | $400.45* |
|  | Hotel | $99.74 |
|  | Meals | $57.58 |
|  |  |  |
| January 22, 2013 | Hotel | $99.74 |
|  | Meals | $13.00 |
|  |  |  |
| January 23, 2013 | Hotel | $99.74 |
|  | Tolls | $5.00 |
|  | Meals | $50.00* |

Page 3

| January 24, 2013 | Hotel | $99.74 |
| --- | --- | --- |
|  | Tolls | $5.00 |
|  | Meals | $50.00* |
| January 25, 2013 | Gasoline | 38.69 |
|  | Delta Fare Change** | $170.00 |
|  | Meals | $17.00 |
| TOTAL |  | $1,594.28 |

*Less than billed amount   **Fare change due to flight change to travel home Friday instead of Saturday.

**Total Due:**

| Professional Fees | $27,600 |
| --- | --- |
| Travel Fees | $3,200 |
| Expenses | $3,639.33 |
| Total Due | $34,439.33 |

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: February 2, 2013

Billing Period: Jan-13

Hourly rate: $275.00 (Travel @ $137.50/hr)

Amount to be paid this period: $28,820.20

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 1/2/13 | 2.00 @ | $275.00 = | $550.00 | Review of documents, development of audit methodology |
| 1/3/13 | 2.00 @ | $275.00 = | $550.00 | Phone conferences with CDCR, review of documents |
| 1/4/13 | 1.25 @ | $275.00 = | $343.75 | Phone conferences with experts review of documents |
| 1/5/13 | 0.75 @ | $275.00 = | $206.25 | Review of documents |
| 1/6/13 | 1.00 @ | $275.00 = | $275.00 | Review of medical records |
| 1/7/13 | 9.00 @ | $275.00 = | $2,475.00 | SQ Site Visit |
| 1/8/13 | 9.00 @ | $275.00 = | $2,475.00 | SQ Site Visit |
| 1/9/13 | 9.50 @ | $275.00 = | $2,612.50 | SQ Site Visit |
| 1/10/13 | 9.50 @ | $275.00 = | $2,612.50 | SQ Site Visit |
| 1/11/13 | 9.50 @ | $275.00 = | $2,612.50 | SQ Site Visit |
| 1/13/13 | 6.50 @ | $275.00 = | $1,787.50 | Report writing |
| 1/19/13 | 3.50 @ | $275.00 = | $962.50 | Report writing |
| 1/20/13 | 1.00 @ | $275.00 = | $275.00 | Review of records |
| 1/21/13 | 4.00 @ | $137.50 = | $550.00 | CMC Site Visit |
| 1/22/13 | 10.00 @ | $275.00 = | $2,750.00 | CMC Site Visit |
| 1/23/13 | 10.00 @ | $275.00 = | $2,750.00 | CMC Site Visit |
| 1/24/13 | 6.00 @ | $275.00 = | $1,650.00 | CMC Site Visit |
| 1/24/13 | 4.00 @ | $137.50 = | $550.00 | CMC Site Visit |
| 1/26/13 | 2.00 @ | $275.00 = | $550.00 | Report writing |
| 1/27/13 | 4.00 @ | $275.00 = | $1,100.00 | Review of medical records |
| 1/29/13 | 2.25 @ | $275.00 = | $618.75 | Report writing |
| Total | | | $28,256.25 | |

Professional Fees
$28,256.25

Travel Expenses
$563.96

TOTAL DUE   $28,820.20

Joe Goldenson, MD