IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>            Defendants. | NO. C01-1351 TEH<br><br>ORDER RE: STIPULATIONS<br>FOR ATTORNEYS' FEES AND<br>COSTS FILED ON MARCH 5,<br>2013 |

On March 5, 2013, Plaintiffs' counsel filed two stipulations and proposed orders for collection of undisputed attorneys' fees and costs: one for the second quarter of 2012 (Docket No. 2555) and one for the third quarter of 2011 through the first quarter of 2012 (Docket No. 2556). Upon review, the Court finds that the following needs to be corrected or explained:

1. On Docket No. 2555 (page 2, line 3), counsel state that the billing is "for the period March 1, 2011 through June 30, 2012." It appears that the start date should be April 1, 2012.

2. On Docket No. 2556 (page 2, lines 3-4), counsel state that the billing is "for the period June 16, 2011, 2011 [sic] through March 31, 2012." This start date also does not correspond to the beginning of a quarter. More problematic, the Court has already entered orders approving the parties' stipulations for billing for the covered time period, and these orders state that the stipulations "fully settle[] all costs and fees" for the respective quarters. Docket Nos. 2431 at 2 (second quarter of 2011); 2441 at 2 (third quarter of 2011); 2475 at 2 (fourth quarter of 2011); 2489 at 2 (first quarter of 2012). Counsel must explain why the claimed amount should be awarded in light of these prior stipulations and orders.

1   Counsel shall correct and re-submit these stipulations and proposed orders on or
2 before **March 12, 2013**.  When they do so, they shall also correct the caption and footer to
3 reflect the change in lead Defendant from Arnold Schwarzenegger to Edmund G. Brown Jr.

**IT IS SO ORDERED.**

Dated:   03/05/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT