

**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Patrick.McKinney@doj.ca.gov

February 28, 2013

*Via E-Mail*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Attached please find a revised invoice from the court-appointed expert, Joe Goldenson, M.D.:

(1) Dr. Goldenson, revised invoice dated 02/02/2013, professional fees and expenses: $28,820.21;

I apologize for any inconvenience to the court and to Dr. Goldenson. I have reviewed the revised invoice and believe it appears appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*[signature]* for

PATRICK R. MCKINNEY
Deputy Attorney General

For  KAMALA D. HARRIS
     Attorney General

*[APPROVED stamp: 03/11/2013, Judge Thelton E. Henderson, United States District Court, Northern District of California]*

Enclosures

cc: Joe Goldenson, M.D. (*via E-Mail*, w/o encls.)

MS:
CA2001CS0001
20668958.doc

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: February 2, 2013

Billing Period:   Jan-13

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:   $28,820.21

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 1/2/13 | 2.00 | @ $275.00 = | $550.00 | Review of documents, development of audit methodology |
| 1/3/13 | 2.00 | @ $275.00 = | $550.00 | Phone conferences with CDCR, review of documents |
| 1/4/13 | 1.25 | @ $275.00 = | $343.75 | Phone conferences with experts review of documents |
| 1/5/13 | 0.75 | @ $275.00 = | $206.25 | Review of documents |
| 1/6/13 | 1.00 | @ $275.00 = | $275.00 | Review of medical records |
| 1/7/13 | 9.00 | @ $275.00 = | $2,475.00 | SQ Site Visit |
| 1/8/13 | 9.00 | @ $275.00 = | $2,475.00 | SQ Site Visit |
| 1/9/13 | 9.50 | @ $275.00 = | $2,612.50 | SQ Site Visit |
| 1/10/13 | 9.50 | @ $275.00 = | $2,612.50 | SQ Site Visit |
| 1/11/13 | 9.50 | @ $275.00 = | $2,612.50 | SQ Site Visit |
| 1/13/13 | 6.50 | @ $275.00 = | $1,787.50 | Report writing |
| 1/19/13 | 3.50 | @ $275.00 = | $962.50 | Report writing |
| 1/20/13 | 1.00 | @ $275.00 = | $275.00 | Review of records |
| 1/21/13 | 4.00 | @ $137.50 = | $550.00 | CMC Site Visit |
| 1/22/13 | 10.00 | @ $275.00 = | $2,750.00 | CMC Site Visit |
| 1/23/13 | 10.00 | @ $275.00 = | $2,750.00 | CMC Site Visit |
| 1/24/13 | 6.00 | @ $275.00 = | $1,650.00 | CMC Site Visit |
| 1/24/13 | 4.00 | @ $137.50 = | $550.00 | CMC Site Visit |
| 1/26/13 | 2.00 | @ $275.00 = | $550.00 | Report writing |
| 1/27/13 | 4.00 | @ $275.00 = | $1,100.00 | Review of medical records |
| 1/29/13 | 2.25 | @ $275.00 = | $618.75 | Report writing |
| Total |  |  | $28,256.25 |  |

**Professional Fees**

$28,256.25

**Travel Expenses**

$563.96

TOTAL DUE     $28,820.21                                      Joe Goldenson, MD