

**KAMALA D. HARRIS**
Attorney General

*State of California*
DEPARTMENT OF JUSTICE

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

2013 MAR -8 P 3:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Patrick.McKinney@doj.ca.gov

March 8, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Joe Goldenson, M.D., Madeleine LaMarre MN, and Michael Puisis, D.O.:

(1) Dr. Goldenson, invoice dated 03/05/13, professional fees and expenses: $20,772.49;

(2) Ms. LaMarre, invoices dated 03/05/13, professional fees and expenses: $32,548.10; [$32,584.10]

and

(3) Dr. Puisis, invoice dated 02/17/13, professional fees and expenses: $39,918.12.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

**APPROVED:**

Thelton E. Henderson
United States District Judge
3/14/13

Enclosures

Respectfully submitted,

PATRICK R. MCKINNEY   for
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

The Honorable Thelton E. Henderson
February 4, 2013
Page 2


cc:     Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
        Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
        Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
        Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
        Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:


CA2001CS0001
20676857.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

March 5, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related work as a Plata Medical
Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**
**Tax ID #320079309**

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| February 5, 2013 | 10.5 | R.J. Donovan Review |
| February 6, 2013 | 10.5 | R.J. Donovan Review |
| February 7, 2013 | 10.0 | R.J. Donovan Review |
| February 8, 2013 | 8.0 | R.J. Donovan Review |
| February 11, 2013 | 4.5 | R. J. Donovan report, communication with court experts, review of measures CDCR has taken to reduce cocci |
| February 12, 2013 | 8.5 | CMC report, email correspondence with Kelso and Michael Chu, conference call with court experts, email correspondence with Steven Tharratt MD |
| February 13, 2013 | 8.5 | San Quentin report |
| February 14, 2013 | 6.5 | Conference call with court experts, San Quentin Report |
| February 15, 2013 | 2.0 | Calls with Joe Goldenson and Mike Puisis, San Quentin Report |
| February 18, 2013 | 2.0 | RJD Report |
| February 19, 2013 | 8.0 | Sierra Conservation Center Review |
| February 20, 2013 | 8.5 | Sierra Conservation Center Review |
| February 21, 2013 | 10.0 | Sierra Conservation Center Review |
| February 22, 2013 | 2.5 | Sierra Conservation Center Review |
| February 25, 2013 | 8.5 | CMC Report, calls with Joe Goldenson, email correspondence with Jared Goldman |
| February 26, 2013 | 5.5 | RJD record review and report |
| February 27, 2013 | 6.5. | Conference call with Michael Chu, RJD record review and report |
| February 28, 2013 | 7.5 | Conference call with Clark Kelso et al., RJD record review and report |
| **Total Professional Fees** | 128 | @ $200 =$25,600 |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| February 4, 2013 | 8.0 | Travel from Atlanta to San Diego |
| February 8, 2013 | 8.0 | Travel from San Diego to Albuquerque |
| February 18, 2013 | 8.0 | Travel from Albuquerque to Sonora, Ca |
| February 22, 2013 | 9.0 | Travel from Jamestown, CA to Atlanta |
| **Total Professional Fees** | 33 | @ $100 =$3,300 |

Page 2

**Expenses:**

| Date | Description | Reimbursement Due |
|------|-------------|-------------------|
| February 4, 2013 | Airfare from Atlanta to San Diego | $517.80 |
| | Cab fare to Atlanta Airport | $47.25 |
| | Rental Car | $240.74 |
| | Hotel Parking | $16.00 |
| | Hotel | $149.68 |
| | Meals | $60.00* |
| | | |
| February 5, 2013 | Hotel | $149.68 |
| | Hotel Parking | $16.00 |
| | Meals | $60.00 |
| | | |
| February 6, 2013 | Hotel | $149.68 |
| | Hotel Parking | $16.00 |
| | Meals | $49.00 |
| | | |
| February 7, 2013 | Hotel | $149.68 |
| | Hotel Parking | $16.00 |
| | Tolls | 3.50 |
| | Meals | $112.00** |
| | | |
| February 8, 2013 | Meals | 22.00 |
| | Gasoline | $28.04 |
| | Tolls | $3.50 |
| | Airfare from San Diego to Albuquerque | $352.90 |
| | | |
| **TOTAL** | | $2,159.45 |

*Less than billed amount   **Paid for both Madeleine LaMarre and Michael Puisis DO

**Expenses:**

| Date | Description | Reimbursement Due |
|------|-------------|-------------------|
| February 18, 2013 | Airfare from Albuquerque to SFO | $419.80 |
| | Rental Car | $508.90 |
| | Hotel | $94.40 |
| | Meals | $12.00 |
| | | |
| February 19, 2013 | Hotel | $94.40 |
| | Meals | $31.00 |
| | | |

| February 20, 2013 | Hotel | $94.40 |
| | Meals | $10.00 |
| | | |
| February 21, 2013 | Hotel | $94.40 |
| | Meals | $50.00 |
| | | |
| February 22, 2013 | Gasoline | $60.35 |
| | Tolls | $5.00 |
| | Meals | $0.00 |
| | Cab fare from Atlanta Airport to 1143 Citadel Drive | $50.00 |
| **TOTAL** | | $1,524.65 |

*Less than billed amount

Total Due:

| **Professional Fees** | $25,600.00 |
| **Travel Fees** | $3,300.00 |
| **Expenses** | $3,684.10 |
| **Total Due** | $32,584.10 |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

February 17, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. McKinney,

Find enclosed my invoice for the CMC and RJ Donovan visits.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #3

Plata v. Davis C-01-1351
February 17, 2013

| Date | Service | Hours | Rate | Amount | Total |
|------|---------|-------|------|--------|-------|
| 1/21/2013 | Airfare to LA;  out of San Diego | | | 493.8 | 493.8 |
| 1/21/2013 | Hotel San Luis Obispo | | | 398.96 | 398.96 |
| 1/21/2013 | Rental car San Luis Obispo trip | | | 242.88 | 242.88 |
| 1/22/2013 | Meals | | | 23.44 | 23.44 |
| 1/23/2013 | Meal | | | 24.47 | 24.47 |
| 1/24/2013 | Meal | | | 22.36 | 22.36 |
| 1/25/2013 | Gas | | | 28.16 | 28.16 |
| 1/27/2013 | Gas | | | 20.45 | 20.45 |
| 1/21/2013 | Travel to San Luis Obispo | 9 | 137.5 | 1237.5 | 1237.5 |
| 1/22/2013 | CMC site visit | 9 | 275 | 2475 | 2475 |
| 1/23/2013 | CMC site visit | 9.5 | 275 | $2,612.50 | $2,612.50 |
| 1/24/2013 | CMC site visit | 9.5 | 275 | $2,612.50 | $2,612.50 |
| 1/25/2013 | CMC site visit | 4 | 275 | $1,100.00 | $1,100.00 |
| 1/25/2013 | travel CMC to LA | 3 | 137.5 | $412.50 | $412.50 |
| 1/28/2013 | CMC report | 6 | 275 | 1650 | 1650 |
| 1/29/2013 | CMC report | 8.5 | 275 | 2337.5 | 2337.5 |
| 1/30/2013 | CMC report | 6 | 275 | 1650 | 1650 |
| 2/2/2013 | Hotel San Diego | | | 898.08 | 898.08 |
| 2/3/2013 | Rental Car San Diego | | | 252.66 | 252.66 |
| 2/4/2013 | Toll | | | 3.5 | 3.5 |
| 2/4/2013 | Toll | | | 3.5 | 3.5 |
| 2/4/2013 | Meal | | | 6 | 6 |
| 2/5/2013 | Meal | | | 41.75 | 41.75 |

1

| 2/6/2013 | Meal | | | 36.91 | 36.91 |
|---|---|---|---|---|---|
| 2/6/2013 | Gas | | | 21.2 | 21.2 |
| 2/3/2013 | travel LA to SanDiego | 2 | 137.5 | $275.00 | $275.00 |
| 2/4/2013 | RJD site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 2/5/2013 | RJD site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 2/6/2013 | RJD site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 2/7/2013 | RJD site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 2/8/2013 | Travel to Chicago | 5 | 137.5 | $687.50 | $687.50 |
| 2/11/2013 | RJD report | 7 | 275 | $1,925.00 | $1,925.00 |
| 2/12/2013 | RJD report | 9 | 275 | $2,475.00 | $2,475.00 |
| 2/13/2013 | RJD report | 9 | 275 | $2,475.00 | $2,475.00 |
| 2/14/2013 | RJD and SQ reports | 5 | 275 | $1,375.00 | $1,375.00 |
| 2/15/2013 | RJD report | 4 | 275 | $1,100.00 | $1,100.00 |
| TOTAL | | | | | $39,918.12 |



**eTicket Itinerary and Receipt**

UNITED ☆

| Day Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|
| Mon 213AN13 UA785T | | Chicago-Ohare | 9:50 AM | Los Angeles | 12:16 PM | 737-900 | |
| Fri 08FEB13 UA1215M | | San Diego | 10:39 AM | Chicago-Ohare | 4:40 PM | 737-900 | Purchase |

A STAR ALLIANCE MEMBER ✡

**PUISIS/MICHAELMR**

Party of
PUISIS/MICHAELMR

Seats ---/12D

Per Person: 493.80

**Confirmation Number: C4BBY6**

Frequent Flyer
YN133/02

Ticket Number
0162351074S290

Issue Date: January 04, 2013

eTicket Total: 493.80

Fare: 439.07   Tax: 54.73   Visa XXXXXXXXXXX5239
Method of Payment: Visa
Fare rules may apply for changes in addition to any fare rules listed
Fare rules: Additional charges may apply for changes from date of issue.
This ticket shall expire one year from date of issue.

---

Hertz (repeated vertically)

LOS ANGELES INTL AP
RES: F71822679E0 /VSTATW C

## RR 376581236                    #01
## MICHAEL
## PUISIS

INITIAL CHARGES
RENT RTS 187.87/WEEK @ 1/WEEKS $   187.87
SUBTOTAL                        TS   187.87

CHARGES ADDED DURING RENTAL
LOW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PERS         DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY         TS    20.87
CA TOURISM ASSESSMENT           $      5.35
CUST FAC CHG                    $     10.00
INCREASED VEH LIC RECOVERY FEE/ TS      .00
TAX 1 9.000% ON $    208.74     $     18.79
TAX 2 3.750% ON $        .00    $       .00
VOUCHER - 1                     $-   187.87

### TOTAL AMT DUE              $     55.01

PAID BY   VISA  XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01298 / 1854876 12 N/L MAZDA 3  S
LICENSE:CA 6UZ2856
FUEL: FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  20370                    187.87
MILES @ RENTAL: 19922
MILES DRIVEN:     448                  +  55.01
COP: XXXXXXX                            _____
                                         242.88
EXCH:    LOS ANGELES INTL AP
RENTAL:  01/21/13  12:23
RETURN:  01/27/13  11:40
RETURNED: LOS ANGELES INTL AP
COMPLETED BY: 7322 /CALAX15

PLAN IN:  VSTATW      RATE CLASS: C
PLAN OUT: VSTATW
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

TRIPLE POINTS THIS FALL! EARN 3X GOLD
PLUS REWARDS POINTS ON RENTALS THROUGH
1/31/13. REGISTER AND SEE TERMS AT
HERTZTRIPLEPOINTS.COM.

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

**hertzsurvey.com**
or 1-800-278-1595

Enter access code:    01101

THANK YOU FOR CHOOSING
## HERTZ



# E M B A S S Y
## S U I T E S®
### EMBASSY SUITES SAN LUIS OBISPO

| Name and Address |
|---|
| PUISIS, MICHAEL |
| 932 WESLEY AVE |
| EVANSTON, IL 60202 |

Confirmation # 87959868

01/25/13   PAGE   1

| | |
|---|---|
| Room | 250//KNGN |
| Arrival Date | 01/21/13 |
| Departure Date | 01/25/13 |
| Adult/Child | 1/0 |
| Room Rate | $89.00 |
| Rate Plan | S-GVS |
| HHonors # | 738265396 |
| Airline: | UA #03069734862 |

| Hotel Address |
|---|
| 333 MADONNA ROAD |
| SAN LUIS OBISPO, CA 93405 |

Reservations
www.embassysuites.com or
1-800-EMBASSY

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/21/13 | 2414642 | GUEST ROOM | $89.00 |
| 01/21/13 | 2414642 | OCCUPANCY TAX | $8.90 |
| 01/21/13 | 2414642 | CALIFORNIA TOURISM ASSESSMENT TAX | $0.06 |
| 01/21/13 | 2414642 | SLO CITY TOURISM ASSESSMENT TAX | $1.78 |
| 01/22/13 | 2415096 | GUEST ROOM | $89.00 |
| 01/22/13 | 2415096 | OCCUPANCY TAX | $8.90 |
| 01/22/13 | 2415096 | CALIFORNIA TOURISM ASSESSMENT TAX | $0.06 |
| 01/22/13 | 2415096 | SLO CITY TOURISM ASSESSMENT TAX | $1.78 |
| 01/23/13 | 2415518 | GUEST ROOM | $89.00 |
| 01/23/13 | 2415518 | OCCUPANCY TAX | $8.90 |
| 01/23/13 | 2415518 | CALIFORNIA TOURISM ASSESSMENT TAX | $0.06 |
| 01/23/13 | 2415518 | SLO CITY TOURISM ASSESSMENT TAX | $1.78 |
| 01/24/13 | 2416015 | GUEST ROOM | $89.00 |
| 01/24/13 | 2416015 | OCCUPANCY TAX | $8.90 |
| 01/24/13 | 2416015 | CALIFORNIA TOURISM ASSESSMENT TAX | $0.06 |
| 01/24/13 | 2416015 | SLO CITY TOURISM ASSESSMENT TAX | $1.78 |
| 01/25/13 | 2416220 | ****************5239 | ($398.96) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.




```
.. .   . . ..   .  . .. .
** Customer Copy **
        Novo
      Tab: 71
  Laura  1/22/2013 6:59 PM

Transaction #      601051
Visa

   Amount      $19.44

Gratuity: ___ 4 __
   TOTAL: ___ 23.44 __
```

```
            Ciopinot
         1051 Nipomo St.
    San Luis Obispo, CA 93403
Date:          Jan23'13 07:37PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX5239
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     CICO07276135238
Auth Code:     02058C
Check:         4815
Table:         D16/1
Server:        120 Cristina

Subtotal:          20.47

Tip: _____ 4 47 _____

Total: _____ 24 47 _____


I agree to pay above total
according to my card issuer
agreement.
**** Customer Copy *****
```

```
.. .. . ... . .... ....... . ....... ... .
** Customer Copy **
        Novo
      Tab: 65
  Beau McIuen  1/24/2013 7:43 PM

Transaction #      601219
Visa

   Amount      $18.36

Gratuity: ___ 4 36 __
   TOTAL: ___ 22 36 __
```

```
DOLLAR RENT A CAR
  SAN DIEGO INTL APO
RENTAL RECORD:        XC3918876
PUISIS,MICHAEL
COMPLETED BY:          GPORCO
RENTED:     SAN DIEGO INTL APO
RENTAL:       02-03-13  1648
RETURN:       02-08-13  0755
VEH NUMBER:          X736024
MILES IN: 273         OUT: 132
MILES DRIVEN:             141
CHECK IN FUEL LEVEL: 8  OUT 8
PLAN IN/OUT:            RXH55
CLS:                     CDAR
  1 WEEK $ $181.26    $181.26
SUBTOT                 $181.26
TAXABLE TOT:           $181.26
TIME                   $181.26
CFC
  5 DAYS @    $6.00     $30.00
TOURISM SRG              $5.17
APCONRGFEE              $20.12
STATE TAX              $16.11
TOTAL CHARGE:         $252.66
NET DUE                  $0.00
PAYMENTS             -$252.66
PAID BY:  VI
CREDIT CARD#: ***********5239
```

DUPLICATE RECEIPT

TNP GAS

01/27/13    11:16
PUMP 7    REGULAR
GALLONS   5.244
     @ $3.899/GAL
FUEL    $20.45CR

PRESET    FILLUP
TOTAL    $20.45
LOCAL CR    $20.45
9             N

TL/NOTAX    $20.45
TAX PD    $0.00
RECEIPT NO. 1-2745

                    WELCOME
          54292900493321
          154912
          CONSERV FUEL 6114
          89 E. HWY 246
          BUELTON        CA
          93427, 661-713-0218

          VI AUTH#04037C
          PUISIS/MICHAEL
          SEQ# 0808
          DATE 01/25/13   12:39
          REF# 302520830886083
          BATCH#  20130125016
          AVS PASSED. CODE = Z

          PUMP # 04
          PRODUCT: REG
          APPROVAL # 04037C
          GALLONS:        7.695
          PRICE/G:     $   3.659
          FUEL  SALE   $  28.16

               THANK YOU
          HAVE A NICE DAY

**DOUBLETREE CLUB HOTEL**
SAN DIEGO

1515 Hotel Circle South • San Diego, CA 92108
Phone (619) 881-6900 • Fax (619) 260-0147
Reservations
www.doubletreeclubsd.com

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | | |
|---|---|---|
| Room | 623/NK1B | 9:14:00PM |
| Arrival Date | 2/2/2013 | |
| Departure Date | 2/8/2013 | |
| Adult/Child | 1/0 | |
| Room Rate | 133.00 | |

RATE PLAN                                 S-GVT
HH# 736265398 BLUE
AL:    UA  #03069734882
CAR:

*Folio*

CONFIRMATION NUMBER : 83244060

2/8/2013      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/2/2013 | 2379191 | GUEST ROOM | $133.00 |
| 2/2/2013 | 2379191 | ROOM TAXES | $16.68 |
| 2/3/2013 | 2379653 | GUEST ROOM | $133.00 |
| 2/3/2013 | 2379653 | ROOM TAXES | $16.68 |
| 2/4/2013 | 2380210 | GUEST ROOM | $133.00 |
| 2/4/2013 | 2380210 | ROOM TAXES | $16.68 |
| 2/5/2013 | 2380919 | GUEST ROOM | $133.00 |
| 2/5/2013 | 2380919 | ROOM TAXES | $16.68 |
| 2/6/2013 | 2381615 | GUEST ROOM | $133.00 |
| 2/6/2013 | 2381615 | ROOM TAXES | $16.68 |
| 2/7/2013 | 2382387 | GUEST ROOM | $133.00 |
| 2/7/2013 | 2382387 | ROOM TAXES | $16.68 |
| 2/8/2013 | 2382584 | VS *5239 | ($898.08) |
| | | * * BALANCE * * | $0.00 |

TAX SUMMARY

| | CHARGE TOTAL | HOTEL TAX |
|---|---|---|
| ROOM & TAX | $798.00 | $100.08 |
| TOTAL PAID | $798.00 | $100.08 |

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION

CARD MEMBER'S SIGNATURE
X

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 43108 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |



Thank You for choosing
South Bay Expressway

Plaza: 9010 - Otay Mainline
Lane: 5  Collector: 000340
Mon Feb 4, 2013  17:13:30
Transaction # 1357311

Toll Paid:  $3.50

Save Time, Get FasTrak!
(619) 661-7070
www.southbayexpressway.com

---

Dollar - DTG Operations, Inc.
RA #:                      XC3918876
Customer:         PUISIS,MICHAEL
Brand:                        Dollar
Location:      SAN DIEGO INTL APO
Rent:               02-03-13  1648
Return:            02-08-13  0800
Veh Number:               X736024
Veh Odometer:                 132
License Plate:           6YDK647
Class:                        CDAR
Original Charges:        $252.66
Time & Mileage:          $181.26
CFC                       $30.00
TOURSM SRG                 $5.17
APCONRGFEE                $20.12
STATE TAX                 $16.11
New Total charges:       $252.66

Authorizations
VISA
Total Authorizations    $291.00

My estimated charges are $252.66 returning at SAN
DIEGO INTI APO on 02-08-13 at 08.00 AM

---

DONOVAN CAFE
FOR FASTER Service CALL EXT.5195
PHONE: 619-661-6061

DATE        02/04/2013        NON
CURB                          $6.00
        DRINKS 1.00
TOTAL              $6.00
CASH              $20.00
CHANGE            $14.00
* ORDER# 0194 *
NO.000094 REG 01 7 EMPLOYEE   TIME 12:22

---

Thank You for choosing
South Bay Expressway

Plaza: 9020 - Otay Mainline
Lane: 4  Collector: 000415
Mon Feb 4, 2013  08:05:12
Transaction # 112561

Toll Paid:  $3 50

Save Time, Get FasTrak!
(619) 661-7070
www.southbayexpressway.com

---

BUSALACCHIS PASTA & VINO
BUSALACCHIS.COM
3707 5TH AVENUE
SAN DIEGO CA 92103
(619) 299 0119

Date:          02/05/2013 07:28PM
Card Type:                    Visa
Acct Num:         ****+****+*5239
Exp Date:                  **/**
Customer:           PUISIS/MICHAEL
Card Entry:                 SWIPED
Trans Type:               PURCHASE
Auth Code:                060826C
Check:                     1039
Table:                     15-2
Server:                70 MARIO

Amount:          $34.75

Tip:             4/.75

Total:

CHECK IN AND LIKE US ON FACEBOOK
AND RECIEVE A FREE DESSERT
A MODO MIO BUSALACCHIS

FREE CAR WASH
WITH OIL CHANGE
SALES RECEIPT
57 442 722807
SHELL
5465 MISSION CENTER
SAN DIEGO
CA 92108

DATE02/07/13  8:09PM
INVOICE# 652537
AUTH#   08778C
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 5239
PUISIS/MICHAEL

PUMP PRODUCT   $/G
05   UNLD   $4.279

GALLONS   FUEL TOTAL

4.954      $ 21.20

TOTAL SALE   $ 21.20

Save 10cents/gal
instantly at Shell
when you earn 100
points at Ralphs.
www.shell.us/fuelpro
mo or text FREEFUEL
to Shell1 for chance
to WinFuelforAYear

THANK YOU FOR
YOUR BUSINESS

BUSALACCHI'S A MODO
BUSALACCHIS.COM
3/07 5TH AVENUE
SAN DIEGO CA  92103
(619) 298-0119

Date:        02/06/2013 07:33PM
Card Type:   Visa
Acct Num:    ************5239
Exp Date:    **/**
Customer:    PUISIS/MICHAEL
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   07755C
Check:       1047
Table:       15-1
Server:      69 TEAM B

Amount :              $30.91

Tip:_____           6
                        36.91
Total:  _____

A MODO MIO BUSALACCHIS
CHECK IN AND LIKE US ON FACEBOOK
AND RECIEVE A FREE DESSERT

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: March 5, 2013

Billing Period:   Feb-13

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $20,772.49 |
| --- | --- |

| Date | Hours | | Hourly Fee | | Total | Task Performed |
| --- | --- | --- | --- | --- | --- | --- |
| 2/2/13 | 4.50 | @ | $275.00 | = | $1,237.50 | Review of medical records |
| 2/4/13 | 4.00 | @ | $137.50 | = | $550.00 | RJD Site Visit |
| 2/5/13 | 10.00 | @ | $275.00 | = | $2,750.00 | RJD Site Visit |
| 2/6/13 | 10.00 | @ | $275.00 | = | $2,750.00 | RJD Site Visit |
| 2/7/13 | 7.50 | @ | $275.00 | = | $2,062.50 | RJD Site Visit |
| 2/4/13 | 4.50 | @ | $137.50 | = | $618.75 | RJD Site Visit |
| 2/9/13 | 5.75 | @ | $275.00 | = | $1,581.25 | Report writing |
| 2/10/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 2/12/13 | 0.50 | @ | $275.00 | = | $137.50 | Conference call with experts |
| 2/13/13 | 0.50 | @ | $275.00 | = | $137.50 | Report writing |
| 2/14/13 | 1.00 | @ | $275.00 | = | $275.00 | Conference call with experts |
| 2/16/13 | 8.00 | @ | $275.00 | = | $2,200.00 | Report writing, review of medical records (SCC) |
| 2/18/13 | 4.75 | @ | $275.00 | = | $1,306.25 | Review of medical records  (SCC) |
| 2/23/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Report writing |
| 2/24/13 | 5.50 | @ | $275.00 | = | $1,512.50 | Report writing |
| 2/26/13 | 2.50 | @ | $275.00 | = | $687.50 | Conference call w/ experts, review of medical records(SCC) |
| 2/28/13 | 3.00 | @ | $275.00 | = | $825.00 | Conference call w/Receiver, conference call w/experts, report writing |
| Total | | | | | $19,868.75 | |

| Professional Fees | |
| --- | --- |
| | $19,868.75 |
| Travel Expenses | |
| | $903.74 |
| **TOTAL DUE** | **$20,772.49** |

Joe Goldenson, MD

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Airfare | Taxi | Parking | Gas/Tolls | Miles * | Other | Total/day |
|------|---------|-------|---------|------|---------|-----------|---------|-------|-----------|
| 2/4/13 | $163.93 | | $252.80 | 30.00 | | | | | 446.73 |
| 2/5/13 | $163.93 | $40.00 | | | | | | | 203.93 |
| 2/6/13 | $163.93 | $40.00 | | | | | | | 203.93 |
| 2/7/13 | | | | | 49.15 | | | | 49.15 |
| | | | | | | | | Total | 903.74 |

*$0.55/ mile