United States District Court
For the Northern District of California

1

2

3            IN THE UNITED STATES DISTRICT COURT

4            FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    MARCIANO PLATA, et al.,

8                          Plaintiffs,              NO. C01-1351 TEH

9                 v.                                ORDER TO DEPOSIT FUNDS

10   EDMUND G. BROWN JR., et al.,

11                         Defendants.

12

13          The Finance Office has informed the Court that the balance in the Court's registry for

14   this action has fallen below $100,000.  The Court's experts have yet to complete the

15   evaluations of individual prisons ordered by the Court on September 5, 2012.  Accordingly,

16   with good cause appearing, IT IS HEREBY ORDERED that, within forty-five days of the

17   date of this order, Defendants shall deposit an additional $250,000 into the Court's registry.

18   *See* Nov. 5, 2012 Order at 1 ("To ensure prompt payment to the experts, the Court will issue

19   additional orders to deposit funds whenever the balance falls below $100,000.").

20

21   **IT IS SO ORDERED.**

22

23   Dated:   03/20/13

24                                              THELTON E. HENDERSON, JUDGE
                                                UNITED STATES DISTRICT COURT
25

26

27

28