IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

        Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

        Defendants.

NO. C01-1351 TEH

ORDER TO MEET AND
CONFER RE: PLAINTIFFS'
MOTION REGARDING
VALLEY FEVER

On March 20, 2013, Plaintiffs' filed a motion concerning Valley Fever at Pleasant Valley State Prison and Avenal State Prison. It is unclear from the papers whether the parties have ever directly communicated about Plaintiffs' concerns. *See* Specter Decl. (discussing correspondence by Plaintiffs' counsel to the Receiver, Secretary of the California Department of Corrections and Rehabilitation ("CDCR"), and the Court's experts, and correspondence from the Receiver to Plaintiffs' counsel, but not correspondence from Defendants or their counsel to Plaintiffs' counsel). In addition, the Court finds that the court experts' opinion would be helpful to the resolution of Plaintiffs' motion.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the current briefing and hearing schedule is VACATED. The parties shall meet and confer with each other, the Receiver, and the court experts to attempt to resolve the issues raised by Plaintiffs' motion. The Receiver shall facilitate this process, which shall be completed by **April 19, 2013**. If the parties can completely resolve or at least narrow their dispute, then they shall file an appropriate stipulation on or before **April 24, 2013**. If any issues remain for resolution by this Court, then the following shall be the schedule:

    1. Defendants' opposition shall be filed on or before **May 6, 2013**.

    2. Plaintiffs' reply shall be filed on or before **May 13, 2013**.

1   3. The experts shall file a report expressing their opinion and recommendations on or
2 before **May 24, 2013**. If the Receiver wishes to file a response to Plaintiffs' motion, he may
3 do so on or before the same date.

4   4. The hearing shall be held on **June 17, 2013, at 10:00 AM**.

5   Finally, the Court clarifies that the appointment of the Receiver superseded the
6 provisions of the June 13, 2002 Order Appointing Experts that allowed the parties to request
7 evaluations from the court experts or to request that the experts attend negotiations,
8 medication sessions, or court hearings.

10 **IT IS SO ORDERED.**

12 Dated: 03/21/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2