IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

               Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

               Defendants.

NO. C01-1351 TEH

ORDER RE:
CONFIDENTIALITY OF
COMMUNICATIONS WITH
RECEIVER

     The Receiver has informed the Court that, in the related three-judge court proceedings, Defendants served discovery on Plaintiffs requesting communications between Plaintiffs and the Receiver. These discovery requests have been dismissed by the three-judge court. *Plata/Coleman v. Brown* Apr. 11, 2013 Op. & Order Denying Defs.' Mot. to Vacate or Modify Population Reduction Order at 25. This Court nonetheless finds it prudent to remind the parties that their communications with the Receiver, whether ex parte or joint, are confidential. However, the Court does not intend to make confidential any records or communications that would otherwise be public due to the Receiver's exercise of the powers of the Secretary of the California Department of Corrections and Rehabilitation as to the prison medical health care system. Prior to disclosing any communications with the Receiver to anyone, including opposing counsel, the parties must meet and confer with the Receiver to determine whether the communications are protected. Any disputes concerning confidentiality will be decided by this Court or referred to a magistrate judge for resolution.

**IT IS SO ORDERED.**

Dated:   04/15/13

                                   
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California