**KAMALA D. HARRIS**
*Attorney General*

State of California
DEPARTMENT OF JUSTICE 

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Patrick.McKinney@doj.ca.gov

April 4, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Attached please find a revised invoice from the court-appointed expert, Joe Goldenson, M.D.:

(1) Dr. Goldenson, revised invoice dated 03/05/2013, professional fees and expenses: $22,009.99;

I apologize for any inconvenience to the court. I have reviewed the revised invoice and believe it appears appropriate to pay. Please contact me with any questions.

Respectfully submitted,

PATRICK R. MCKINNEY
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

Enclosures

cc:   Joe Goldenson, M.D. (*via E-Mail*, w/o encls.)

MS:

CA2001CS0001
20683113.doc

APPROVED:

Thelton E. Henderson
United States District Judge
4/17/13

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: March 5, 2013

Billing Period:  Feb-13

Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:   $22,009.99

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 2/2/13 | 4.50 | @ | $275.00 | = | $1,237.50 | Review of medical records |
| 2/4/13 | 4.00 | @ | $137.50 | = | $550.00 | RJD Site Visit |
| 2/5/13 | 10.00 | @ | $275.00 | = | $2,750.00 | RJD Site Visit |
| 2/6/13 | 10.00 | @ | $275.00 | = | $2,750.00 | RJD Site Visit |
| 2/7/13 | 7.50 | @ | $275.00 | = | $2,062.50 | RJD Site Visit |
| 2/4/13 | 4.50 | @ | $137.50 | = | $618.75 | RJD Site Visit |
| 2/9/13 | 5.75 | @ | $275.00 | = | $1,581.25 | Report writing |
| 2/10/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 2/12/13 | 0.50 | @ | $275.00 | = | $137.50 | Conference call with experts |
| 2/13/13 | 0.50 | @ | $275.00 | = | $137.50 | Report writing |
| 2/14/13 | 1.00 | @ | $275.00 | = | $275.00 | Conference call with experts |
| 2/16/13 | 8.00 | @ | $275.00 | = | $2,200.00 | Report writing, review of medical records (SCC) |
| 2/18/13 | 4.75 | @ | $275.00 | = | $1,306.25 | Review of medical records (SCC) |
| 2/23/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Report writing |
| 2/24/13 | 5.50 | @ | $275.00 | = | $1,512.50 | Report writing |
| 2/26/13 | 2.50 | @ | $275.00 | = | $687.50 | Conference call w/ experts, review of medical records(SCC) |
| 2/28/13 | 3.00 | @ | $275.00 | = | $825.00 | Conference call w/Receiver, conference call w/experts, report writing |
| Total | | | | | $21,106.25 | |

Professional Fees
$21,106.25

Travel Expenses
$903.74

TOTAL DUE   $22,009.99

Joe Goldenson, MD

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Airfare | Taxi | Parking | Gas/Tolls | Miles * | Other | Total/day |
|------|---------|-------|---------|------|---------|-----------|---------|-------|-----------|
| 2/4/13 | $163.93 | | $252.80 | 30.00 | | | | | 446.73 |
| 2/5/13 | $163.93 | $40.00 | | | | | | | 203.93 |
| 2/6/13 | $163.93 | $40.00 | | | | | | | 203.93 |
| 2/7/13 | | | | | 49.15 | | | | 49.15 |
| | | | | | | | | Total | 903.74 |

*$0.55/ mile