**KAMALA D. HARRIS**
Attorney General

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

May 3, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:    *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoices dated 04/05/13, professional fees and expenses: $34,931.34;

(2) Dr. Puisis, invoice dated 04/05/13, revised 04/21/13, professional fees and expenses: $17,959.87;

(3) Dr. Goldenson, invoice dated 04/01/13, professional fees and expenses: $21,449.49.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

**APPROVED:**

Thelton E. Henderson
United States District Judge

5/6/13

Enclosures

For    KAMALA D. HARRIS
Attorney General

The Honorable Thelton E. Henderson
May 3, 2013
Page 2


cc:
      Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
20688714.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

April 5, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**
**Tax ID #320079309**

**Professional Fees:**

| Date | Hours | Activity |
|------|-------|----------|
| 3/1/13 | 12.0 | RJD draft report, correspondence and conference calls with court experts |
| 3/2/13 | 10.0 | Review of information provided by Receiver's office regarding Facility Improvement Plans, editing of San Quentin report, |
| 3/4/13 | 12.0 | Completion of San Quentin and CMC reports, submission to the court |
| 3/5/13 | 7.5 | RDJ Report |
| 3/7/13 | 3.5 | CMC edits from comments by Kelso and Michael Chu |
| 3/8/13 | 8.50 | RJD editing of combined report |
| 3/9/13 | 10.0 | RJD editing of combined report |
| 3/10/13 | 3.5 | RJD report |
| 3/11/13 | 10.0 | RJD record review, edits from court experts, revision of RJD report |
| 3/12/13 | 6.25 | Finalized SQ and CMC reports, RJD draft finalized and forwarded to Michael Chu and Clark Kelso, conference call with Mike Puisis. |
| 3/13/13 | 7.25 | SCC report |
| 3/14/13 | 8.25 | Review of Michael Chu comment regarding the RJD report, SCC Report |
| 3/15/13 | 8.5 | Conference calls with Rich Kirkland and Clark Kelso, Review of CCHCS RJD comments, SCC report |
| 3/16/13 | 5.5 | Review of RJD response, RJD and SCC report editing, |
| 3/17/13 | 7.5 | Review of RJD response, RJD and SCC report editing |
| 3/19/13 | 10.0 | CCI Review |
| 3/20/13 | 10.0 | CCI Review |
| 3/21/13 | 10.0 | CCI Review |
| 3/22/13 | 2.75 | CCI Review |
| 3/25/13 | 5.5 | SCC Report editing, email correspondence, CCI Report |
| **Total Professional Fees** | **158.5** | @ $200 =$31,700 |

**Travel Fees:**

| Date | Hours | Activity |
|------|-------|----------|
| February 4, 2013 | 10.0 | Travel from Atlanta to LAX |
| February 8, 2013 | 7.25 | Travel from CCI to Albuquerque |
| **Total Professional Fees** | **17.25** | @ $100 =$1,750 |

**Expenses:**

| Date | Description | Reimbursement Due |
|------|-------------|-------------------|
| March 18, 2013 | Airfare from Atlanta to LAX | $250.00* |
| | Cab fare to Atlanta Airport | $48.75 |
| | Rental Car | $345.71 |
| | Hotel | $90.72 |
| | Meals | $14.00 |
| | | |
| March 19, 2013 | Hotel | $90.72 |
| | Meals | $49.00 |
| | | |
| March 20, 2013 | Hotel | $90.72 |
| | Meals | $37.00 |
| | | |
| March 21, 2013 | Hotel | $90.72 |
| | Meals | $40.00* |
| | | |
| March 22, 2013 | Meals | $12.00 |
| | Gasoline | $42.00 |
| | Airfare from LAX to Albuquerque | $250.00* |
| | | |
| **TOTAL** | | $1,481.34 |

*Less than billed amount

**Total Due:**

| Professional Fees | $31,700 |
|-------------------|---------|
| **Travel Fees** | $1,750 |
| **Expenses** | $1,481.34 |
| **Total Due** | $34,931.34 |



**Madeleine LaMarre< mlamarre55@gmail.com>**

## MADELEINE L ATLANTA 18MAR13

1 message

**Delta Air Lines**< DeltaAirLines@e.delta.com>      Fri, Mar 8, 2013 at 12:01 PM
Reply-To: Delta Air Lines <support-b70gj4ebfpayqkau0hjt5qh1gb79gk@e.delta.com>
To: mlamarre@comcast.net

Comment/Complaint ? | Add to Address Book ?



### YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

---

**Thanks for choosing Delta.**
Flight Confirmation #: **G9NGOM** | Ticket #: **00623259305001**

CHECK IN ONLINE >

---

### Your Flight Information

**Mon 18MAR**

| | | | | | |
|---|---|---|---|---|---|
| LV **12:08pm** | ATLANTA | AR **2:10pm** | LOS ANGELES | **DELTA 1755** ECONOMY (K) | |

Food Available For Purchase

---

**Fairfield Inn & Suites by Marriott**
**Fairfield Inn & Suites**

422 W. Tehachapi Blvd.
Tehachapi, CA 93561
661.822.4800


**FAIRFIELD**
INN & SUITES®
**Marriott**

M. Lamarre

Room: 209

Room Type: EXKS

Number of Guests: 1

Rate: $84.00          Clerk:

Arrive: 18Mar13     Time: 04:23PM     Depart: 22Mar13     Time:          Folio Number: 84129

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 18Mar13 | Market Beverage | 1.30 | |
| 18Mar13 | Sales Tax | 0.10 | |
| 18Mar13 | Market Beverage | 1.86 | |
| 18Mar13 | Sales Tax | 0.14 | |
| 18Mar13 | Room Charge | 84.00 | |
| 18Mar13 | Room Tax | 6.72 | |
| 19Mar13 | Market Beverage | 1.86 | |
| 19Mar13 | Sales Tax | 0.14 | |
| 19Mar13 | Market Beverage | 1.30 | |
| 19Mar13 | Sales Tax | 0.10 | |
| 19Mar13 | Room Charge | 84.00 | |
| 19Mar13 | Room Tax | 6.72 | |
| 20Mar13 | Market Beverage | 1.30 | |
| 20Mar13 | Sales Tax | 0.10 | |
| 20Mar13 | Room Charge | 84.00 | |
| 20Mar13 | Room Tax | 6.72 | |
| 21Mar13 | Room Charge | 84.00 | |
| 21Mar13 | Room Tax | 6.72 | |
| 22Mar13 | American Express | | 371.08 |

    Card #: AXXXXXXXXXXXXX2004/XXXX
    *Amount:  371.08  Auth: 566434  Signature on File*
    *This card was electronically swiped on 18Mar13*

**Balance:**     0.00

**Rewards Account # XXXXX9962.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

## Your Flight Details  Manage Trip ›

**Passenger Details**

| Passenger Details | Flights | Seats |
|---|---|---|
| **MADELEINE LOUIS LAMARRE**<br>SkyMiles #*******151 Platinum | DELTA 1755 | 35B |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

### Receipt Information

### Billing Details

| Passenger:<br>**MADELEINE LOUIS LAMARRE** | Payment Method:<br>AX***********2004 | Ticket Number:<br>00623259305001 |
|---|---|---|

| **FARE:** | **371.16 USD** |
|---|---|
| **Taxes/Carrier-imposed Fees:** | **38.74** |
| **Total:** | **409.90 USD** |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

| **Total:** | **38.74** |
|---|---|
| **Itemized:** | 2.50 AY 4.50 XF 3.90 ZP 27.84 US |

### Fare Details
**ATL DL LAX371.16KA07A0QJ USD371.16END ZP ATL XF ATL4.5**

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| MADELEINE LOUIS LAMARRE | 00623259305001 | LAXWEB | 08MAR13 | 08MAR14 |

### Baggage Fees

Gmail - Southwest Airlines Confirmation-LAMARRE/MADELEINE-Confirmation: A8...      Page 1 of 3

 GMail

Madeleine LaMarre< mlamarre55@gmail.com>

---

## Southwest Airlines Confirmation-LAMARRE/MADELEINE-Confirmation: A8HIM6
1 message

---

**Southwest Airlines**< SouthwestAirlines@luv.southwest.com>
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

Wed, Feb 27, 2013 at 10:15 AM

You're all set for your trip!

 **SOUTHWEST**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

### Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:**03/22/13 - Albuquerque

 AIR Itinerary

**AIR Confirmation: A8HIM6**          Confirmation Date: 02/27/2013



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 00000590958675 | 5262110927610 | Feb 27, 2014 | 4104 |

Rapid Rewards points earned are only estimates. Visit your MySouthwest, Southwest.com or Rapid Rewards account for the most accurate totals - including A-List & A-List Preferred bonus points

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Mar 22 | 3125 | Depart **LOS ANGELES INTL (LAX)** on Southwest Airlines at **4:10 PM** Arrive in **ALBUQUERQUE NM (ABQ)** at **6:55 PM** Travel Time 1 hrs 45 mins Business Select |

**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

Book a Hotel ⊕

### What you need to know to travel:
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost:352.90



**Rent Some Wheels**
Explore your destination on the perfect set of wheels.

Rent a Car ⊕

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free. size and weight limits apply.

Fare Rule(s): 5262110927610: NONTRANSFERABLE
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must

 CLICK N SAVE

HMSHost
Gordon Biersch #1
Los Angeles Int'l Airport
CHECK:      384
TABLE:      104/1
SERVER:     6655 Samuel
DATE:       MAR22'13  2:11PM
CARD TYPE:  AMEX      A3
ACCT #:     XXXXXXXXXX2004
EXP DATE:   XX/XX
AUTH CODE:  560121
     MADELEINE LAHARRE

TOTAL:              9.80

Tip _____  2.20

Total _____  12

Signature _____
I agree to pay the above
amount according to card
issuer agreement.
GOT 5 STAR SERVICE?
Contact LAXGMGHMSHOST.COM
or Call 310.642.9542

---

d3

Don Don... Street
2070... La 97561
661 ...2.6612

SERVER: Fransisco T R
TABLE: 4
TICKET: 85262 03/20/2013 19:23
GUEST #: 2 TOTAL GUESTS: 3

Snapper Tacos              13.00
Dinner Salad                2.50
Santa Rita Chardonnay      12.50
   Qty: 2 @6.25 Ea
                           28.00
SUB TOTAL:                  2.10
SALES TAX:
                           30.10

TOTAL:

Thank You for you Patronage!
Please pay your server

---

Customer Copy

The Wine & Cheese Cellar

D...: 11472
Card Type:      American Express
Card Number:    ***********2004
Approval code:  500578

Amount:         $42.85

Tip:             811

Total:          4900

**JAKE'S STEAKHOUSE INC**
213 S. CURRY ST.
TEHACHAPI, CA 93561
ph 661-822-6015

Thank You for Visiting
------------------------------------------------
TABLE: 0 14 - 1 Guest
Your Server was Linda
3/21/2013 7:04:03 PM - ID #: 0074023

| ITEM | QTY | PRICE |
|------|-----|-------|
| Chicken Florentine | 1 | $16.00 |
| - ADD SIDE $ Soup | | $3.00 |
| Wild Horse Chardonnay G (2@$12.00) | | $24.00 |
| Subtotal | | $43.00 |
| Total Taxes | | $3.22 |
| Grand Total | | $46.22 |
| Amount Due: | | $46.22 |

Credit Purchase
Name        :LAMARRE/MADELEINE
CC Type     :Amex
CC Num      :xxxx xxxx xxxx 2004
Reference   :151299
Approval    :547200
Server      :Linda
Ticket Name :D 14

Payment Amount:        $46.22

Tip:          9.78

Total:       56.00

X _____

| 15% | 20% | 25% |
|-----|-----|-----|
| $6.93 | $9.24 | $11.56 |

I agree to pay the amount shown above.
------------------------------------------------
Please Come Back!

---

LOS ANGELES INTL AP
RES: F7734838679 / TMDW / C

RR 574781701                    #01
MADELEINE
LAMARRE

INITIAL CHARGES
RENT RT$ 294.86/WEEK @ 1/WEEKS  $  294.86
SUBTOTAL 1                      $  294.86
DISCOUNT         T 12%          $   35.38
SUBTOTAL LESS DISCOUNT        T$  259.48

CHARGES ADDED DURING RENTAL
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
PERS           DECLINED
ADDITIONAL CHARGES*           T$   10.00
* ADDITIONAL CHARGES
SAT RADIO*  $ 2.50 DY/17.50 WK
*SAT RADIO RATES REFLECT A 50% AAA
 DISCOUNT

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY       T$   29.94
CA TOURISM ASSESSMENT          $    7.40
FF SURCHARGE                   $    1.79
CUST FAC CHG                   $   10.00
INCREASED VEH LIC RECOVERY FEE T$    .00
TAX 1 9.000% ON $     301.21   $   27.10
TAX 2 3.750% ON $        .00   $     .00
TOTAL AMT DUE                  $  345.71
PAID BY   AMX  XXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01195/1765148 13 SIR SONATA 4CYS
LICENSE:CA 6YXY602
FUEL: FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  2827
MILES @ RENTAL: 2507
MILES DRIVEN:    320
CDP: 00014  -AAA AUTO CLUB SOUTH

EXCH:     LOS ANGELES INTL AP
RENTAL:   03/18/13  13:40
RETURN:   03/22/13  13:26
RETURNED: LOS ANGELES INTL AP
COMPLETED BY: 3993/CALAX15

PLAN IN:   TMDW   RATE CLASS: C
PLAN OUT:  TMDW
FF: DL2042493151

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:   01101

THANK YOU FOR CHOOSING
HERTZ

---

CHECKER CAB
-CREDIT RECEIPT-
PASSENGER COPY
HACK#: 00000000
CAB#:    0050
DATE:  3/18/2013
ST.TIME:  09:14
END TIME: 09:38
TRIP#:    7907
DIST : 18.50 MI
FARE : $ 40.25
EXTRA : $  2.00
TIP : $  6.50
GR.TOT : $ 48.75
CARDNUMBER: 2004
AUTH#:  ST-FWD
WE ARE ONLY A
PHONE CALL AWAY
(404) 351-1111

RED HOUSE BBQ
426 E TEHACHAPI BLVD
TEHACHAPI CA 93561
661-822-0772

Merchant ID: 000004616671
Term ID: 00641457    Ref #: 0025
Server ID: 4

Sale

XXXXXXXXXXX2004
AMEX          Entry Method: Swiped

Amount:        $      11.81
Tip:                   2.19
Total:                 14

03/18/13              17:08:53
Inv #: 000025  Appr Code: 560212
Apprvd: Online  Batch#: 000479

Customer Copy

---

d3

Don Juan's
20700 South Street
Tehachapi, CA 93561
661.822.6612

SERVER: Fransisco T R
TABLE: 4
TICKET: 85262 03/20/2013 19:29
GUEST #: 2 TOTAL GUESTS: 3

SUB TOTAL:           28.00
SALES TAX:            2.10

TOTAL:               30.10

CARD PAID:           30.10

GRATUITY:             6.90

TOTAL:               37.00

Signature

CARD #: XXXXXXXXXXXXX2004
MADELEINE LAMARRE
509120

Thank You for you Patronage!
Please pay your server

** Customer Copy **

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

April 21, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my revised invoice for the CCI site visit and report.  The original invoice
included 491.20 for airfare and it should have been 491.80.  Sorry for the error.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #5

Plata v. Davis C-01-1351
April 4, 2013

| Date | Service | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| 3/18/2013 | Airfare for CCI trip | | | $491.20 | $491.80 |
| 3/18/2013 | Hotel | | | $362.88 | $362.88 |
| 3/18/2013 | dinner | | | $15.04 | $15.04 |
| 3/19/2013 | dinner | | | $46.86 | $46.86 |
| 3/20/2013 | Dinner | | | $26.04 | $26.04 |
| 3/21/2013 | Dinner | | | $36.00 | $36.00 |
| 3/18/2013 | Travel | 10.5 | 137.5 | $1,443.75 | $1,443.75 |
| 3/22/2013 | Travel | 4 | 137.5 | $550.00 | $550.00 |
| 3/19/2013 | Site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 3/20/2013 | Site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 3/21/2013 | Site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 3/22/2013 | Site visit | 2.5 | 275 | $687.50 | $687.50 |
| 3/29/2013 | Report | 7 | 275 | $1,925.00 | $1,925.00 |
| 3/30/2013 | Report | 7 | 275 | $1,925.00 | $1,925.00 |
| 4/1/2013 | Report | 8 | 275 | $2,200.00 | $2,200.00 |
| **TOTAL** | | | | | **$17,959.87** |

**Fairfield Inn & Suites by Marriott**
**Fairfield Inn & Suites**

422 W. Tehachapi Blvd.
Tehachapi, CA 93561
661.822.4800



**FAIRFIELD**
**INN & SUITES**
**Marriott**

M. Puisis

Room: 203

Room Type: EXKS

Number of Guests: 1

Rate: $84.00          Clerk:

| Arrive: 18Mar13 | Time: 04:18PM | Depart: 22Mar13 | Time: | Folio Number: 84128 |
|---|---|---|---|---|
| **Date** | **Description** | | **Charges** | **Credits** |
| 18Mar13 | Room Charge | | 84.00 | |
| 18Mar13 | Room Tax | | 6.72 | |
| 19Mar13 | Room Charge | | 84.00 | |
| 19Mar13 | Room Tax | | 6.72 | |
| 20Mar13 | Room Charge | | 84.00 | |
| 20Mar13 | Room Tax | | 6.72 | |
| 21Mar13 | Room Charge | | 84.00 | |
| 21Mar13 | Room Tax | | 6.72 | |
| 22Mar13 | Visa | | | 362.88 |

Card #: VIXXXXXXXXXXXX5239/XXXX
Amount:   362.88  Auth: 04881C  Signature on File

*This card was electronically swiped on 18Mar13*

Balance:          0.00

**Rewards Account # XXXXX5265.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

# UNITED ▦

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER ✪

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Mon | 18MAR13 | UA1125 | Chicago-OHare | 8:25 AM | Los Angeles | 10:55 AM | | |
| Tue | 28MAR13 | UA4705 | Los Angeles | 10:52 AM | Chicago-OHare | 4:55 PM | 757-200 | Purchase |

### PUISIS/MICHAELAMR

**Confirmation Number: FE9789**

| Party of | Seats | Ticket Number | Frequent Flyer |
|----------|-------|---------------|----------------|
| PUISIS/MICHAELAMR | ---/37C | 0162357562951 | VF.33202 |

Fare: 437.20   Tax: 54.60   Per Person: 491.80   eTicket Total: 491.80   Issue Date: February 27, 2013

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

```
            RED HOUSE BBG
        426 E TEHACHAPI BLVD
        TEHACHAPI CA 93561
          661-822-0772

     Merchant ID: 000004616671
     Term ID: 00014145    Ref #: 0024
     Serial ID: 4

                Sale

     xxxxxxxxx5239
     VISA   Entry M. d: Swiped

     Amount:        $      15.84
     Tip:           _____
     Total:         _____

     03/18/13              17:07:29
     Inv #: 000024  Appr Code: 01927C
     Apprvd: Online   Batch#: 000479

                      Customer Copy
```

```
            Customer Copy

     The wine & cheese villa

     Check: 1142
     Card Type:    Visa
     Card Number:  ************  ..
     Approval Code: 063590.

     Amount:           $30.86
     Tip:          $   _____
                       46 86
     Total:        _____
```

d3

Don Juan's
20700 South Street
Tehachapi, CA 93561
661.822.6612

SERVER: Fransisco T R
TABLE: 4
TICKET: 85262 03/20/2013 19:29
GUEST #: 3 TOTAL GUESTS: 3

SUB TOTAL:          20.50
SALES TAX:           1.54

TOTAL:              22.04

CARD PAID:          22.04

GRATUITY:            4 04

TOTAL:              26 04

Signature

CARD #: XXXXXXXXXXX5239
        MICHAEL PUISIS
        08106C

Thank You for your Patronage!
Please pay your server

** Customer Copy **

---

JAKE'S STEAKHOUSE INC
213 S. CURRY ST.
TEHACHAPI, CA 93561
ph 661-822-6015

Thank You for Visiting

TABLE: D 14:2 - 1 Guest
Your Server was Linda
3/21/2013 7:03:46 PM - ID #: 0074028

| ITEM | QTY | PRICE |
|------|-----|-------|
| Cranberry Spinach Salad | 1 | $10.50 |
| Soup/Bowl (Add on) | 1 | $5.00 |
| Sam Adams Sm | 1 | $6.00 |
| Apple Pie a la Mode | 1 | $6.50 |
| Subtotal | | $28.00 |
| Total Taxes | | $2.10 |
| Grand Total | | $30.10 |
| Amount Due: | | $30.10 |

Credit Purchase
Name       :PUISIS/MICHAEL
CC Type    :VISA
CC Num     :xxxx xxxx xxxx 5239
Reference  :151292
Approval   :03147C
Server     :Linda
Ticket Name :D 14:2

Payment Amount:      $30.10

Tip:                   6

Total:               36 00

x _____

15%         20%         25%
$4.52       $6.02       $7.53
CUSTOMER COPY
I agree to pay the amount shown above.

Please Come Back!

**Joe Goldenson, MD**
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: April 1, 2013

Billing Period:   Mar-13

Hourly rate:  $275.00  (Travel @ $137.50/hr)

**Amount to be paid this period:  $21,449.49**

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 3/1/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Report writing |
| 3/2/13 | 8.00 | @ | $275.00 | = | $2,200.00 | Report writing |
| 3/3/13 | 6.00 | @ | $275.00 | = | $1,650.00 | Report writing |
| 3/4/13 | 3.00 | @ | $275.00 | = | $825.00 | Review of records |
| 3/5/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 3/11/13 | 2.00 | @ | $275.00 | = | $550.00 | Report writing |
| 3/14/13 | 3.50 | @ | $275.00 | = | $962.50 | Conference call with experts, report writing |
| 3/15/13 | 2.00 | @ | $275.00 | = | $550.00 | Conference calls with (1) Receiver and (2) Rich Kirkland; review of documents;report writing |
| 3/16/13 | 5.30 | @ | $275.00 | = | $1,457.50 | Conference call with experts, report writing |
| 3/18/13 | 6.50 | @ | $137.50 | = | $893.75 | Travel - CCI |
| 3/19/13 | 10.00 | @ | $275.00 | = | $2,750.00 | Site visit - CCI |
| 3/20/13 | 10.00 | @ | $275.00 | = | $2,750.00 | Site visit - CCI |
| 3/21/13 | 6.50 | @ | $137.50 | = | $893.75 | Travel - CCI |
| 3/24/13 | 4.50 | @ | $275.00 | = | $1,237.50 | Document review, report writing |
| 3/30/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Record review, report writing |
| Total | | | | | $20,570.00 | |

| Professional Fees | |
|---|---|
| | $20,570.00 |
| **Travel Expenses** | |
| | $879.49 |

**TOTAL DUE       $21,449.49**

Joe Goldenson, MD

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles * | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 3/18/13 | $90.72 | | $186.44 | 185.30 | | | | | 462.46 |
| 3/19/13 | $90.72 | $38.70 | | | | | | | 129.42 |
| 3/20/13 | $90.72 | $29.99 | | | | | | | 120.71 |
| 3/21/13 | | | | $130.90 | 36.00 | | | | 166.90 |
| | | | | | | | | Total | 879.49 |

*$0.55/ mile

# Southwest Airlines - Pricing and Restrictions

Page 1 of 2

southwestgiftcard® | Sign Up 'n Save | Help | Español

| Search Flights | Select Flights | Price | Purchase | Confirmed |

## Oakland, CA to Ontario/LA, CA

### Air

Total Price: **$185.30**

**Quick Air Links**
Check In
Change Flight
Check Flight Status

ITINERARY

| DEPART MAR 18 MON | 02:15 PM | Depart Oakland, CA (OAK) on Southwest Airlines | Flight #4484 southwest | Monday, March 18, 2013 |
| | 03:25 PM | Arrive in Ontario/LA, CA (ONT) | | Travel Time 1 h 10 m (Nonstop) Wanna Get Away |
| RETURN MAR 21 THU | 07:45 PM | Depart Ontario/LA, CA (ONT) on Southwest Airlines | Flight #2177 southwest | Thursday, March 21, 2013 |
| | 09:00 PM | Arrive in Oakland, CA (OAK) | | Travel Time 1 h 15 m (Nonstop) Wanna Get Away |

**Hello,
Joe**
Rapid Rewards Member
My Account
R.R. # 81676000

**60,030** Available Pts
Details

My Travel

My Cart

**This itinerary is operated by Southwest Airlines.**

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**PRICE: ADULT**

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | Quantity | Total |
|------|---------|-----------|------------------|--------------|----------|-------|
| Depart | OAK-ONT | Wanna Get Away Excellent Value | | • No Change Fees (applicable fare difference applies) • Reusable Funds (nontransferable - no name changes allowed) • Nonrefundable | 1 | $93.90 |
| Return | ONT-OAK | Wanna Get Away Excellent Value | | • No Change Fees (applicable fare difference applies) • Reusable Funds (nontransferable - no name changes allowed) • Nonrefundable | 1 | $91.40 |

Earn at least 995 Rapid Rewards Points per person when you take this trip.

Subtotal **$185.30** Fare Breakdown

You can't find this great fare on any other website. Southwest fares are only on Southwest.com.

**1st and 2nd Checked Bags Fly Free.**
Weight and size limits apply.

Bag Charge $0.00

**Air Total: $185.30**

**Air** Modify | Remove

| MAR 18 MON | Depart Flt 4484 OAK ONT 2:15 PM 3:25 PM |

Adult Air fare per person
Wanna Get Away fare $93.90

| MAR 21 THU | Return Flt 2177 ONT OAK 7:45 PM 9:00 PM |

Adult Air fare per person
Wanna Get Away fare $91.40

**Cost Breakdown**

Adult $185.30 x 1 **$185.30**
Govt. Taxes & Fees
We'll reserve the flight upon purchase completion.

**Trip Total** **$185.30**

Not ready to book yet? Save this trip and book later.

Save Flight     Checkout

My Rapid Rewards

My Travel Guide

Get $100 after first purchase.
Apply Instantly

Modify Trip

**Purchase your shopping cart...**
By clicking 'Continue', you agree to accept the fare rules and want to continue with this purchase

## Add a Hotel

We'll keep an eye on your cart for you while you shop. Products not confirmed until purchase.

| Ontario Airport Inn **$66**/night | **Search for hotels in Ontario (03/18/2013 - 03/21/2013)** |

Close To (optional)
Center of destination ▼ within 30 miles ▼

Show Only (optional)
Hotel Chains ▼ Shop All Hotel Chains

Find Hotels

3 Star Rating   View Details

Fairfield Inn & Suites by Marriott
Fairfield Inn & Suites

422 W. Tehachapi Blvd.
Tehachapi, CA 93561
661.822.4800



J. Goldenson

Room: 308

Room Type: QNQN

Number of Guests: 1

Rate: $84.00

Clerk:

Arrive: 18Mar13      Time: 06:48PM      Depart: 21Mar13      Time:      Folio Number: 84130

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 18Mar13 | Room Charge | 84.00 | |
| 18Mar13 | Room Tax | 6.72 | |
| 19Mar13 | Room Charge | 84.00 | |
| 19Mar13 | Room Tax | 6.72 | |
| 20Mar13 | Room Charge | 84.00 | |
| 20Mar13 | Room Tax | 6.72 | |
| 21Mar13 | Master Card | | 272.16 |
| | Card #: MCXXXXXXXXXXXX1735/XXXXX | | |
| | Amount:  272.16  Auth: 05637Z  Signature on File | | |
| | This card was electronically swiped on 18Mar13 | | |

Balance:      0.00

Rewards Account # XXXXX2842.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.

**Don Juan's**
20700 South Street
Tehachapi, CA 93561
661.822.6012

SERVER: Fransisco T R
TABLE: 4
TICKET: 85262 03/20/2013 19:29
GUEST #: 1 TOTAL GUESTS: 3

SUB TOTAL: 23.25
SALES TAX: 1.74

TOTAL: 24.99

CARD PAID: 24.99

GRATUITY: 5

TOTAL: 29.99

Signature

CARD #: XXXXXXXXXXX1735
JOE/GOLDENSON
074802

Customer Copy

---

The Wine & Cheese Cellar

Check: 11472
Card Type      Mastercard
Card Number   ***********1735
Approval code: 052242

Amount              $32.20

Tip:         6.50

Total:       38.70

574927183

---



Hertz  PG 1 OF 4 #01 GC   RR 574927183

CC

RENTED BY THE HERTZ CORPORATION
EMERGENCY ROAD SERVICE 800-654-5060
RENTAL EXTENSIONS/CHANGES 800-654-4174

**JOE GOLDENSON**          VEH NBR: 01198/3829041
HERTZ #1 CLUB GOLD         LOC: CAONT10 / 0111910

**ESTIMATE OF CHARGES**

CHARGE DESCRIPTION                          CHARGE ESTIMATE
RENTAL RATE* $  108.49/DAY @   3 /DAYS  T$   319.47
*Includes Unlimited Miles
Fee for additional driver not included.
DISCOUNT - R 10% APPLIED TO TIME/MILEAGE CHGS $ -  31.95

FUEL CHARGES
FPO ACCEPTED - REFLECTS A 10% AAA DISCOUNT   F$   42.92

ADDITIONAL PRODUCTS

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY           10.48%  T$   34.63
CA TOURISM ASSESSMENT              2.85%   $    8.19
FACILITY FEE                               $   10.00
INCREASED VEH LIC RECOVERY FEE            T$    .00
TAX 1  8.000% ON TAXABLE TTL $   322.15    $   25.77
TAX 2  2.750% ON TAXABLE TTL $    42.92    $    1.18

**TOTAL ESTIMATED CHARGE          $   410.21**
CC AUTH WOULD BE $    610.00
EXTRA CHARGES IF APPLICABLE
    $   53.25/ EX HOUR
VEHICLE: 13 SIR SONIC 5D S      LICENSE: CA 6YMS993
FUEL: FULL      8/8              MILEAGE AT RENTAL:   4190
VEHICLE LOCATION: LOT F          Space 0406
RATE PLAN: NVDL                 RATE CLASS: A
RENTED LOC: ONTARIO INT'L AP        03/18/13 16:10
RETURN LOC: S-PLANET HOLLYWOOD HOTEL  03/21/13 11:00

Jewel 8B

You agree to pay charges at the rates and in the amounts that appear
on the left of the table above.  Taxable charges are denoted by a T. and
additional details about some charges appear beneath the table.  Our
estimates of Your total charges appear on the right of the table above.
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed above opposite "****" or cannot be calculated until
return.  If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

574927183

---

FastTrack Oakland
195 98th Avenue
USA-94603 Oakland

PS 3        03/23/13 21:08
Cashier 31
Receipt 069684

Standard Ticket
UNC - No. 066936
03/18/13 12:45 -
03/23/13 21:08 -
Period 5d8h24'
(T&F)                    $59.70

Sub Total                $59.70
Tax                      $14.03
                      ----------
Total                    $73.73

Payment Received
S0009 6220260009119794802
MC                       $73.73
XXXXXXXXXXXXX1735
Have a great day!

Sub Total                $59.70
AAF    5%                 2.99
TAX   18.5%              11.04

Thank you for parking
with us! Please let us
know how we are doing at
www.TPSfeedback.com

**Hertz.**   Car Rental & Car Sales

DR JOE GOLDENSON
Use My Points  500

### Thanks for Traveling at the speed of Hertz™, JOE GOLDENSON!

Your Confirmation Number is: **F78341933A3**

If you have prepaid for your rental, don't forget to bring the same credit card you used to PrePay when you pickup your car.

We emailed a copy of this confirmation to jgoldenson@gmail.com

Service Type: **Gold Canopy**
Mobile Gold Alerts are available at this location.

Modify/ Cancel Reservation      Book Another Car

Add to Google or Yahoo Calendar

### Your Itinerary

**Pickup Time**
Mon, Mar 18, 2013 at 01:00 PM

**Return Time**
Thu, Mar 21, 2013 at 09:00 AM

**Pickup and Return Location**
Ontario International Airport
view details

**Discounts**
CDP: AAA OF NO CAL NEVADA & UTAH

**Arrival/Flight Information**
No Arrival Information

### Your Car



Intermediate 2 or 4 dr., ICAR
**Toyota Corolla or similar**

https://www.hertz.com/rentacar/reservation/confirmation        3/18/2013

**Payment Method** Pay Later

**Discounts**

CDP Name : AAA OF NO CAL NEVADA & UTAH

CDP Rate : Your Rate has been discounted based on the Hertz CDP provided

**Rate Details**

3 days at 48.14 USD

|  |  |
|---|---|
|  | 144.42 USD |
| Airport concession fee recovery | 15.14 USD |
| FACILITY FEE | 10.00 USD |
| California Tourism Commission Assessment | 4.12 USD |

**Included**

Unlimited Free Miles Included

| **Vehicle Subtotal** | **173.68 USD** |
|---|---|
| **Taxes** | **12.76 USD** |
| **Total Approximate Charge** | **186.44 USD** |

**Optional Information**

Available Optional Items at the Counter

| Liability Insurance Supplement | |
|---|---|
| daily | 13.95 USD |
| Loss Damage Waiver | |
| daily | 15.00 USD |
| Personal Accident Insurance / Personal Effects Coverage | |
| daily | 6.95 USD |
| PREMIUM EMERGENCY ROADSIDE SERVICE | |
| daily | 5.99 USD |

Rates for Optional Items are Exclusive of tax and other associated charges

Rate is guaranteed. Taxes, fees and extras, if not included in the Rate, are subject to change.

Modify/ Cancel Reservation        Book Another Car

**Warning Messages**

- RENTERS UNDER 25 YEARS OF AGE CHECK POLICY FOR EXCEPTIONS
- Minimum Age 25 outside US - Exceptions may apply
- GOLD SERVICE CONFIRMED - PLEASE PROVIDE FLIGHT INFO
- RATE MAY BE SUBJECT TO VERIFICATION OF ID
- MOBILE GOLD ALERTS AVAILABLE AT THIS LOCATION

https://www.hertz.com/rentacar/reservation/confirmation        3/18/2013

Las Vegas, NV - LAS to Oakland, CA - OAK

My Account › My Travel › Past Trips › Las Vegas, NV - LAS to Oakland, CA - OAK



## Las Vegas, NV - LAS to Oakland, CA - OAK

Save as Frequent Trip | Book This Trip | View Receipt



**How was Oakland?**

Post photos, share trips, and join the conversation at Travel Guide.

earned + 1,200 PTS

## Air

**Passenger: JOSEPH GOLDENSON**      Confirmation #GQR9DB

ACCT#81676000

**AIR ITINERARY**

**Flight -** Anytime Fare

**HAR 23** **Las Vegas, NV - LAS to Oakland, CA - OAK**
**SAT** 03/23/2013

**PRICING**

🖨 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | LAS-OAK | Anytime | $111.63 |
| | | Govt. Taxes & Fees | $19.27 |
| | | Dollar Total: | $130.90 |
| | | Dollar Grand Total: | $130.90 |
| | | Total Points Earned: | 1,200 |