IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

    Defendants.

NO. C01-1351 TEH

<u>ORDER CORRECTING MAY 6, 2013 ORDER APPROVING PAYMENT TO COURT EXPERTS</u>

The Court ordered payment to the court experts on May 6, 2013. It has come to the Court's attention that there were computational errors on the invoice submitted by Madeleine LaMarre. Accordingly, IT IS HEREBY ORDERED that Ms. LaMarre shall be paid $34,876.34, and not $34,931.34 as originally ordered, out of the registry for this action. Ms. LaMarre's corrected invoice is attached.[1]

**IT IS SO ORDERED.**

Dated:  05/08/13

    THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT

---

[1] The Court does not require the usual process of approval by Defendants' counsel because the amount to be paid is less than the amount previously approved by counsel.