Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 3/1/13 | 12.0 | RJD draft report, correspondence and conference calls with court experts |
| 3/2/13 | 10.0 | Review of information provided by Receiver's office regarding Facility Improvement Plans, editing of San Quentin report, |
| 3/4/13 | 12.0 | Completion of San Quentin and CMC reports, submission to the court |
| 3/5/13 | 7.5 | RDJ Report |
| 3/7/13 | 3.5 | CMC edits from comments by Kelso and Michael Chu |
| 3/8/13 | 8.50 | RJD editing of combined report |
| 3/9/13 | 10.0 | RJD editing of combined report |
| 3/10/13 | 3.5 | RJD report |
| 3/11/13 | 10.0 | RJD record review, edits from court experts, revision of RJD report |
| 3/12/13 | 6.25 | Finalized SQ and CMC reports, RJD draft finalized and forwarded to Michael Chu and Clark Kelso, conference call with Mike Puisis. |
| 3/13/13 | 7.25 | SCC report |
| 3/14/13 | 8.25 | Review of Michael Chu comment regarding the RJD report, SCC Report |
| 3/15/13 | 8.5 | Conference calls with Rich Kirkland and Clark Kelso, Review of CCHCS RJD comments, SCC report |
| 3/16/13 | 5.5 | Review of RJD response, RJD and SCC report editing, |
| 3/17/13 | 7.5 | Review of RJD response, RJD and SCC report editing |
| 3/19/13 | 10.0 | CCI Review |
| 3/20/13 | 10.0 | CCI Review |
| 3/21/13 | 10.0 | CCI Review |
| 3/22/13 | 2.75 | CCI Review |
| 3/25/13 | 5.5 | SCC Report editing, email correspondence, CCI Report |
| **Total Professional Fees** | 158.5 | @ $200 =$31,700 |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| March 18, 2013 | 10.0 | Travel from Atlanta to LAX |
| March 22, 2013 | 7.25 | Travel from CCI to Albuquerque |
| **Total Professional Fees** | 17.25 | @ $100 =$1,725 |

**Expenses:**

| Date | Description | Reimbursement Due |
|---|---|---|
| March 18, 2013 | Airfare from Atlanta to LAX | $250.00* |
| | Cab fare to Atlanta Airport | $48.75 |
| | Rental Car | $345.71 |
| | Hotel | $90.72 |
| | Meals | $14.00 |
| | | |
| March 19, 2013 | Hotel | $90.72 |
| | Meals | $49.00 |
| | | |
| March 20, 2013 | Hotel | $90.72 |
| | Meals | $37.00 |
| | | |
| March 21, 2013 | Hotel | $90.72 |
| | Meals | $40.00* |
| | | |
| March 22, 2013 | Meals | $12.00 |
| | Gasoline | $42.00 |
| | Airfare from LAX to Albuquerque | $250.00* |
| | | |
| TOTAL | | $1,451.34 |

*Less than billed amount

**Total Due:**

| | |
|---|---|
| Professional Fees | $31,700 |
| Travel Fees | $1,725 |
| Expenses | $1,451.34 |
| Total Due | $34,876.34 |