| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Deputy Attorney General<br>JAY C. RUSSELL (SBN 122626)<br>Supervising Deputy Attorney General<br>DEBBIE J. VOROUS (SBN 166884)<br>Deputy Attorney General<br>PATRICK R. MCKINNEY (SBN 215228)<br>Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5717<br> Fax:  (415) 703-5843<br> E-mail:  Jay.Russell@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER (SBN 39374)<br>PAUL B. MELLO (SBN 179755)<br>WALTER R. SCHNEIDER (SBN 173113)<br>SAMANTHA D. WOLFF (SBN 240280)<br>PAUL B. GRUWELL ( SBN 252474)<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>pmello@hansonbridgett.com<br><br>*Attorneys for Defendants* |

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                     Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                     Defendants | C 90-0520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, ET AL.,**<br><br>                                     Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                     Defendants | C01 – 1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES**<br><br>**To: Three-Judge Panel** |

1

Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Ana J. Matosantos, Jeffrey Beard, and Cliff Allenby appeal to the Supreme Court of the United States from the April 11, 2013 Orders of the Three-Judge Court, which imposed injunctive relief under the Prison Litigation Reform Act.  *See* 18 U.S.C. § 3626(a)(3), (g)(4).  This appeal is taken under 28 U.S.C. § 1253.

On April 11, 2013, the Three-Judge Court denied Defendants' motion to vacate or modify the "Order to Reduce [the] Prison Population," (Jan. 12, 2010 Order, *Plata* ECF No. 2287, *Coleman* ECF No. 3767 at 3) by which the State was ordered to reduce its prison population to 137.5% of design capacity.  (April 11, 2013 Opinion and Order Denying Defendants' Mot. to Vacate or Modify Pop. Reduction Order, *Plata* ECF No. 2590, *Coleman* ECF No. 4541.)  In doing so, the Court issued a further order, holding that Defendants must reduce the overall prison population to 137.5% design capacity (April 11, 2013 Order Requiring List of Proposed Population Reduction Measures, *Plata* ECF No. 2591, *Coleman* ECF No. 4542 at 1), and imposing injunctive relief.  (*Id.* at 1-4.)

The Court's new injunction required Defendants to submit a list of all prison population reduction measures identified or discussed as possible remedies in the August 4, 2009 Order, the April 11, 2013 Order denying Defendants' motion to vacate, by "plaintiffs or defendants in the course of these proceedings," and "any additional measures that defendants may presently be considering." (*Id.* at 1-2.) The new injunction also required Defendants to submit a plan to further reduce the prison population to reach a population cap of 137.5% of design capacity by the end of the year. (*Id.* at 3.) The Court ordered Defendants to estimate the number of prisoners who would be released as a result of each measure in the plan. (*Id.*) Complying with the injunction will require the state to further reduce the prison population by approximately 9,000 inmates in less than eight months. (*Plata* ECF No. 2591, *Coleman* ECF No. 4542 at 65.) Upon submission of the plan, the injunction mandates that "[a]ll defendants, including the Governor, shall use their best efforts to implement the plan," and that Defendants "shall immediately commence taking the steps necessary" to implement any prison population reduction measure that they have legal authority to undertake, and "shall forthwith attempt in good faith to obtain the

necessary authorization, approval, or waivers from the Legislature or any relevant administrative body or agency" for the remaining population reduction measures. (*Id.* at 4.) Finally, the injunction compels Defendants to develop a system for outright early release of prisoners to achieve full compliance with the population cap if the court-ordered plan is unsuccessful. (*Id.* at 5.)

      Defendants appeal from the Court's April 11, 2013 orders because the Court did not fully or fairly consider the evidence showing that the State's prison health care now exceeds constitutional standards, and because the Court otherwise erred in denying Defendants' motion to vacate or modify the population cap and in imposing further injunctive relief.

Dated:  May 13, 2013        Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Jay C. Russell*
JAY C. RUSSELL
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  May 13, 2013        Respectfully submitted,

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
By:
PAUL B. MELLO
*Attorneys for Defendants*

SF2007200670
20692465.doc

3