IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

    Defendants.

NO. C01-1351 TEH

ORDER SETTING BRIEFING SCHEDULE

On May 21, 2013, Plaintiffs filed a "request" for an order directing the court experts to assess the peer review processes developed by the Receiver. Because Plaintiffs did not file their request as a motion, the Local Rules do not provide an automatic briefing schedule. Accordingly, IT IS HEREBY ORDERED that Defendants shall file an opposition or statement of non-opposition on or before **June 6, 2013**, and Plaintiffs shall file a reply on or before **June 13, 2013**. The matter shall then be deemed submitted on the papers unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 05/23/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT