FILED

MAY 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCIANO PLATA; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., Governor of the State of California; et al.,<br><br>    Defendants - Appellants,<br><br>———<br><br>J. CLARK KELSO,<br><br>    Receiver - Appellee. | No. 13-15466<br><br>D.C. No. 3:01-cv-01351-THE<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: O'SCANNLAIN, W. FLETCHER, and CALLAHAN, Circuit Judges.

Appellants' motion to reconsider the May 7, 2013 denial of the motion to expedite is denied. *See* 9th Cir. R. 27-10.

Appellees' motion to reconsider the May 7, 2013 denial of the motion to dismiss the appeal is denied. *See id*.

Appellees' motion to extend time to file the answering brief is granted in part. The answering brief is now due June 17, 2013, and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

KS/MOATT

This appeal shall be calendared during the week of September 9, 2013, in San Francisco, California.

KS/MOATT 2