1
2
3
4
5
6                             **UNITED STATES DISTRICT COURT**
7                             **NORTHERN DISTRICT OF CALIFORNIA**
8                                    **SAN FRANCISCO DIVISION**
9

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>                     Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>                     Defendants. | Case No. 3:01-cv-01351 TEH (NC)<br><br>**NOTICE OF REFERRAL** |

   This matter has been referred for all discovery matters by District Judge Thelton E. Henderson, Dkt. 2645. Please see this Court's Civil Standing Order for more information.

   IT IS SO ORDERED.

   DATED: June 18, 2013

                                              _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge