**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

June 27, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Joe Goldenson, M.D., and Michael Puisis, D.O.:

(1) Ms. LaMarre, invoices dated 05/03/13, professional fees and expenses: $20,052.43;

(2) Dr. Goldenson, invoice dated 05/01/13, professional fees and expenses: $17,580.84; and

(3) Dr. Puisis, invoice dated 05/21/13, professional fees and expenses: $32,953.24, invoice dated 3/11/13, professional fees and expenses $24,667.94;

Dr. Puisis's invoice dated 3/11/13 was inadvertently omitted from a prior submission. I apologize to the Court and Dr. Puisis for any inconvenience. I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

APPROVED:

Thelton E. Henderson
United States District Judge

Dated: 7/1/13

The Honorable Thelton E. Henderson
June 27, 2013
Page 2

Enclosures

cc:
    Madeleine LaMarre MN *(via U.S. Mail, w/o encls.)*
    Michael Puisis, D.O. *(via U.S. Mail, w/o encls.)*
    Joe Goldenson, M.D. *(via U.S. Mail, w/o encls.)*
    Paul Mello, Esq. *(via U.S. Mail, w/o encls.)*
    Donald Specter, Esq. *(via U.S. Mail, w/o encls.)*

MS:

CA2001CS0001
20705421.doc

Madeleine LaMarre MN, FNP-BC<br>
1143 Citadel Drive N.E.<br>
Atlanta, Georgia 30324-3815<br>
Phone: (404) 634-0117<br>
Fax: (404) 634-2594<br>
mlamarre@comcast.net

May 6, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*Madeleine LaMarre* (signature)

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| 4/8/13 | 2.75 | CCI Report, Preparation for Kanan conference call |
| 4/9/13 | 3.75 | CCI Report, conference call with Renee Kanan |
| 4/10/13 | 7.75 | CCI Report, conference call with court experts and Dr. John Galgiani |
| 4/15/13 | 7.0 | Review of documents in preparation for cocci meeting, meet and confer meeting with the parties regarding CDCR response to cocci cases, travel to Corcoran |
| 4/16/13 | 10.5 | Corcoran Review |
| 4/17/13 | 10.0 | Corcoran Review |
| 4/18/13 | 11.0 | Corcoran Review |
| 4/19/13 | 8.0 | Corcoran Review |
| 4/22/13 | 3.5 | CCI Record Review and Report |
| 4/23/13 | 5.0 | CCI Record Review and Report |
| 4/24/13 | 4.25 | CCI Report |
| 4/25/13 | 8.0 | CCI Report, Review of cocci documents and draft expert report on CDCR response to cocci |
| 4/26/13 | 1.0 | Preparation and Conference call with John Galgiani |
| 4/30/13 | 1.5 | Review of Receiver emails, motion regarding exclusions to PVSP and Avenal, debrief regarding Corcoran |
| **Total Professional Fees** | 84 | @ $200 =$16,800 |

**Travel Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| 4/11/13 | 8.0 | Travel from Atlanta to San Francisco |
| 4/19/13 | 10.0* | Travel from Corcoran to Atlanta |
| **Total Travel Fees** | 18 | @ $100 = $1800.00 |

* Billed less than actual travel time, took a night flight from SFO to ATL

Page 2

Expenses:

| Date | Description | Reimbursement Due |
|---|---|---|
| 4/11/13 | Taxi from home to Atlanta Airport | $52.20 |
| | Airfare from Atlanta to San Francisco | $565.80 |
| | Taxi from SFO to hotel | $37.50* |
| 4/14/13 | Hotel | $179.03 |
| | Meals | $N/C |
| 4/15/13 | Hotel | $89.10 |
| | Meals | $56.00 |
| 4/16/13 | Hotel | $89.10 |
| | Meals | $46.00 |
| 4/17/13 | Hotel | $89.10 |
| | Meals | $30.00 |
| 4/18/13 | Hotel | $89.10 |
| | Meals | $43.00 |
| 4/19/13 | Hotel** | $0.00 |
| | Tolls | $5.00 |
| | Meals | $32.00 |
| 4/20/13 | Taxi from Atlanta Airport to home | $49.50 |
| TOTAL | | $1,452.43 |

*Less than billed amount
**On 4/19/13 travel plans were changed to take 10:45 pm-6 am flight to Atlanta incurring no hotel expenses.

Total Due:

| | |
|---|---|
| Professional Fees | $16,800 |
| Travel Fees | $1,800 |
| Travel Expenses | $1,452.43 |
| Total Due | $20,052.43 |

Page 3

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: May 1, 2013

Billing Period: Apr-13

Hourly rate: $275.00 (Travel @ $137.50/hr)

Amount to be paid this period: $17,580.84

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 4/1/13 | 1.50 | @ | $275.00 | = | $412.50 | Review of records |
| 4/4/13 | 2.00 | @ | $275.00 | = | $550.00 | Review of records |
| 4/7/13 | 6.00 | @ | $275.00 | = | $1,650.00 | Review of records |
| 4/8/13 | 3.50 | @ | $275.00 | = | $962.50 | Conference call with Dr. Kanan, review of records |
| 4/9/13 | 2.00 | @ | $275.00 | = | $550.00 | Review of records |
| 4/10/13 | 2.50 | @ | $275.00 | = | $687.50 | Conference calls with experts, review of records |
| 4/11/13 | 2.00 | @ | $275.00 | = | $550.00 | Review of records |
| 4/14/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Review of records |
| 4/15/13 | 3.00 | @ | $275.00 | = | $825.00 | Meetings |
| 4/15/13 | 4.00 | @ | $137.50 | = | $550.00 | Travel |
| 4/16/13 | 11.00 | @ | $275.00 | = | $3,025.00 | Site Visit - Corcoran |
| 4/17/13 | 8.50 | @ | $275.00 | = | $2,337.50 | Site Visit - Corcoran |
| 4/17/13 | 4.00 | @ | $137.50 | = | $550.00 | Travel |
| 4/20/13 | 5.25 | @ | $275.00 | = | $1,443.75 | Report writing |
| 4/24/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 4/26/13 | 1.00 | @ | $275.00 | = | $275.00 | , Conference call re cocci, Report writing |
| 4/30/13 | 1.50 | @ | $275.00 | = | $412.50 | , Conference call re cocci, Report writing |
| Total | | | | | $16,981.25 | |

| Professional Fees | |
|---|---|
| | $16,981.25 |
| Travel Expenses | |
| | $599.59 |
| TOTAL DUE | $17,580.84 |

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/13 | $89.10 | $40.00 | | | $27.00 | | $132.00 | | $288.10 |
| 4/16/13 | $89.10 | $57.07 | | | | | $151.25 | | $297.42 |
| 4/17/13 | | $14.07 | | | | | | | $14.07 |
| | | | | | | | | Total | $599.59 |

*$0.55/ mile

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #6

Plata v. Davis C-01-1351
May 21, 2013

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 4/14/2013 | Airfare for Corcoran trip | | | $590.80 |
| 4/14/2013 | Hotel SF for cocci meeting | | | $165.66 |
| 4/15/2013 | Parking SF Cocci meeting | | | $24.00 |
| 4/15/2013 | Hotel Visalia | | | $389.34 |
| 4/19/2013 | Hotel SF airport return trip | | | $180.61 |
| 4/20/2013 | rental car | | | $501.95 |
| 4/17/2013 | gas | | | $46.18 |
| 4/19/2013 | gas | | | $42.45 |
| 4/15/2013 | Dinner | | | $15.19 |
| 4/16/2013 | Dinner | | | $16.87 |
| 4/17/2013 | Dinner | | | $18.97 |
| 4/18/2013 | Dinner | | | $23.72 |
| 4/4/13 to 4/12/13 | Chart reviews corcoran | 37 | 275 | $10,175.00 |
| 4/14/2013 | Travel | 5 | 137.5 | $687.50 |
| 4/15/2013 | Document review and cocci meeting | 7 | 275 | $1,925.00 |
| 4/16/2013 | Corcoran Site visit | 10.5 | 275 | $2,887.50 |
| 4/17/2013 | Corcoran Site visit | 10 | 275 | $2,750.00 |
| 4/18/2013 | Corcoran Site visit | 11 | 275 | $3,025.00 |
| 4/19/2013 | Corcoran Site visit | 8 | 275 | $2,200.00 |
| 4/19/2013 | Travel | 4 | 137.5 | $550.00 |

1

| | | | | |
|---|---|---|---|---|
| 4/20/2013 | Travel | 5 | 137.5 | $687.50 |
| 5/11/2013 | Cocci report | 7 | 275 | $1,925.00 |
| 5/17/2013 | Corcoran report | 8 | 275 | $2,200.00 |
| 5/18/2013 | Corcoran report | 7 | 275 | $1,925.00 |
| **TOTAL** | | | | $32,953.24 |

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #4
Plata v. Davis C-01-1351
March 11, 2013

| Date | Service | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|
| 2/18/2013 | Airfare to San Francisco to SCC | | | $247.80 | $247.80 |
| 2/18/2013 | Hotel SCC | | | $377.60 | $377.60 |
| 2/22/2013 | Hotel at SF airport | | | $179.75 | $179.75 |
| 2/18/2013 | Rental Car | | | $297.64 | $297.64 |
| 2/18/2013 | Meal | | | $11.94 | $11.94 |
| 2/20/2013 | Meal | | | $56.23 | $56.23 |
| 2/21/2013 | Meal | | | $48.13 | $48.13 |
| 2/22/2013 | Gas | | | $25.66 | $25.66 |
| 2/22/2013 | Gas | | | $13.81 | $13.81 |
| 2/18/2013 | Travel | 7.75 | 137.5 | $1,065.63 | $1,065.63 |
| 2/19/2013 | SCC site visit | 8 | 275 | $2,200.00 | $2,200.00 |
| 2/20/2013 | SCC site visit | 8.5 | 275 | $2,337.50 | $2,337.50 |
| 2/21/2013 | SCC site visit | 10 | 275 | $2,750.00 | $2,750.00 |
| 2/22/2013 | SCC site visit | 5.5 | 275 | $1,512.50 | $1,512.50 |
| 2/22/2013 | Travel | 3 | 137.5 | $412.50 | $412.50 |
| 2/23/2013 | Travel | 4.5 | 137.5 | $618.75 | $618.75 |
| 2/25/2013 | Reports | 8 | 275 | $2,200.00 | $2,200.00 |
| 2/26/2013 | Reports | 9 | 275 | $2,475.00 | $2,475.00 |
| 2/27/2013 | Reports | 9 | 275 | $2,475.00 | $2,475.00 |
| 2/28/2013 | Reports | 7.5 | 275 | $2,062.50 | $2,062.50 |
| 3/1/2013 | Reports | 7 | 275 | $1,925.00 | $1,925.00 |
| 3/2/2013 | Reports | 2 | 275 | $550.00 | $550.00 |
| 3/10/2013 | Reports | 3 | 275 | $825.00 | $825.00 |
| TOTAL | | | | | $24,667.94 |

1