IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

          Defendants.

NO. C01-1351 TEH

ORDER DENYING PLAINTIFFS' REQUEST FOR ORDER DIRECTING COURT EXPERTS TO ASSESS RECEIVER'S PEER REVIEW PROCESSES

The Court has carefully considered the papers submitted in connection with Plaintiffs' request for an order directing the court experts to assess the peer review processes developed by the Receiver, including as they relate to death reviews. The Court has also discussed this request with both the Receiver and the court experts.

Although the Court agrees with Plaintiffs that peer and death reviews are important components of a medical care delivery system, the experts' review of individual prisons appears to provide a sufficient mechanism for assessing those processes. If, while examining the adequacy of care at an individual institution, the experts identify issues related to peer or death reviews (or any other process) that rise to the headquarters level, they are able to speak with headquarters staff and examine records so that they can make a full report as to that institution. Thus, the experts already have the ability to review any centralized process that they believe is having a demonstrable impact on the quality of care being provided to inmates. Plaintiffs' request is therefore DENIED.

**IT IS SO ORDERED.**

Dated: 07/15/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT