# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIANO PLATA, and others,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., and others,<br><br>Defendants. | Case No. 01-cv-01351 TEH (NC)<br><br>**ORDER REQUESTING DOCUMENTS AND TAKING LETTER BRIEF UNDER SUBMISSION**<br><br>Re: Dkt. No. 2676 |

The Court received the parties' joint letter brief regarding their dispute over plaintiffs' requests for admission. The Court has determined that the discovery dispute is suitable for determination without oral argument and will take the matter under submission. Fed. R. Civ. P. 78(b). By July 19, 2013 at 5:00 p.m., plaintiffs must file in ECF a copy of the requests for admission at issue and any responses that defendants have provided to date.

IT IS SO ORDERED.

Date: July 18, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01351 TEH (NC)
ORDER RE: DISCOVERY DISPUTE