KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:  Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:     (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | CASE NO. C01-1351 TEH<br><br>**DECLARATION OF MICHAEL STAINER IN SUPPORT OF DEFENDANTS' AUGUST 1, 2013 STATUS REPORT** |

5264061.1

I, Michael Stainer, declare as follows:

1. I am the Deputy Director-Facility Operations of the Division of Adult Institutions (DAI) for the California Department of Corrections and Rehabilitation (CDCR). I began working for CDCR in 1987 as a correctional officer and, after rising through the ranks, was appointed to my current position as Deputy Director in July 2012. I am responsible for the management and oversight of the male and female adult institutions, including the conservation camps also known as "fire camps." I directly supervise associate directors, who, in turn, supervise the wardens of the institutions. I am charged with ensuring that security arrangements are sufficient to ensure the safety of the inmates, staff, visitors, and the public. I also oversee the security operations of the institutions, including regulations and policies to avoid inmate escape, prevent inmate violence, and protect all individuals inside and outside of the security perimeter of each institution and fire camp. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' August 1, 2013 Status Report.

## Increased prison credits

2. CDCR is currently working to develop a process to implement increased prison credits and to address all related logistical and policy concerns. Recalculating credits awarded is a time-consuming process that must be done on a case-by-case basis. CDCR is working to prioritize which inmates will be eligible to receive recalculated and increased credits, and to determine how much time these inmates would be awarded. Further, CDCR is in the process of drafting an operational plan and creating tracking processes that will need to be implemented. CDCR is also drafting notifications to send to all affected stakeholders, including victims, sheriffs, chief probation officers, and Immigration and Customs Enforcement (ICE), among others, to advise them that they may not be receiving the requisite period of pre-release notice and to encourage certain stakeholders (such as ICE and chief probation officers) to develop any necessary policies for addressing the expedited releases that may impact their operations.

1  I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed in Sacramento, California on August 1, 2013.

          ___/s/ Michael Stainer*____
                Michael Stainer

*Original signature retained by counsel