**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

August 16, 2013

*Via Hand Delivery*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

   Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Joe Goldenson, M.D., and Michael Puisis, D.O.:

   (1) Ms. LaMarre, invoice dated 05/31/13, professional fees and expenses: $13,250.00, revised invoice dated 7/30/2013, originally dated 7/05/13, professional fees and expenses $23,396.36;

   (2) Dr. Goldenson, invoice dated 6/01/13, professional fees and expenses: $ 7,975.00; revised invoice dated 6/28/13, professional fees and expenses: $22,937.73; and

   (3) Dr. Puisis, invoice dated 7/02/13, professional fees and expenses: $38,747.82;

   These invoices were previously submitted to the Court on July 26, 2013, but some of the invoices contained calculation errors. As instructed by Michael Chu, I am resubmitting the correct copies of all invoices submitted on July 26, 2013. I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

APPROVED:

_____
Thelton E. Henderson
United States District Judge

For   KAMALA D. HARRIS
      Attorney General

Dated: 8/19/13

The Honorable Thelton E. Henderson
August 15, 2013
Page 2

Enclosures

cc:
    Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
    Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
Ltr transmitting revised invoices.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

May 31, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Mr. McKinney,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre
1143 Citadel Drive
Atlanta, Georgia, 30324
Tax ID #320079309

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| May 7, 2013 | 2.5 | Review of the State's objections to the Receivers' Cocci proposal and related documents. |
| May 8, 2013 | 7.5 | Review and edit of combined CCI report |
| May 9, 2013 | 7.0 | Review and edit of combined CCI report |
| May 10, 2013 | 8.0 | Document review and Cocci Report |
| May 13, 2013 | 3.25 | Second Review and edit of Cocci Report |
| May 14, 2013 | 3.0 | Second Review and edit of Cocci Report |
| May 16, 2013 | 1.75 | Conference calls with Joe Goldenson, Cocci report, review of email correspondence, conference call with Jared Goldman regarding OIG audit process |
| May 17, 2013 | 4.5 | Cocci report, conference call with Joe Goldenson regarding Cocci report and revision |
| May 18, 2013 | 3.75 | Review of Lopez death review and eUHR, cocci report edits |
| May 19, 2013 | 3.5 | Cocci Report review and edits |
| May 20, 2013 | 1.25 | Cocci and CCI draft report edits, conference calls with Joe Goldenson and Mike Puisis |
| May 22, 2013 | 5.0 | Review of Michael Chu comments. Conference call with Goldenson and Puisis. Cocci Report edits |
| May 23, 2013 | 4.5 | Review of Michael Chu's comments regarding final draft, review of literature, conference calls with Puisis, Goldenson and Chu |
| May 24, 2013 | 1.25 | Review of Michael Chu's comments regarding CCI report, editing of CCI report |
| May 28, 2013 | 1.75 | Review and editing of CCI report, email correspondence |
| May 29, 2013 | 2.25 | Review of SVSP CCHCS Death Summary Reports |
| May 30, 2013 | 2.0 | Review of CCHCS comments regarding CCI report, editing of CCI report |
| May 31, 2013 | 3.5 | Conference calls with Goldenson and Puisis, Michael Chu, Final Review and edit of CCI report, email correspondence and conference call with Jared Goldman |
| **Total Professional Fees** | 66.25 | @ $200 =$13,250 |

**Total Due:**

| Professional Fees | $13,250.00 |
|---|---|
| Total Due | $13,250.00 |

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia 30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

July 30, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Mr. McKinney,

Thank you for processing my May and June 2013 invoices. Due to my inclusion of an asterisk to indicate that certain meals were invoiced at less than the actual amount, the excel spread sheet did not accurately calculate the expenses in June 2013. Enclosed you will find my revised invoice for professional fees and expenses related work as a Plata Medical Expert.

Michael Chu has requested that the May and June invoices be resubmitted together as soon as they are approved and he will process them when received.

I apologize for any inconvenience to you. Thank you for your assistance in processing this invoice.

Sincerely,

*[signature]*

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre   Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 6/4/2013 | 10.00 | Salinas Valley State Prison Review |
| 6/5/2013 | 10.00 | Salinas Valley State Prison Review |
| 6/6/2013 | 10.50 | Salinas Valley State Prison Review |
| 6/7/2013 | 7.50 | Salinas Valley State Prison Review |
| 6/10/2013 | 1.00 | Preparation and conference call regarding refinement of OIG inspection tool |
| 6/11/2013 | 2.25 | Conference call with Kelso et al, regarding SVSP |
| 6/12/2013 | 2.00 | Preparation/conference call with Christine Berthold et al. re refinement of OIG inspection tool |
| 6/13/2013 | 7.00 | Corcoran Record Review and Report |
| 6/14/2013 | 4.00 | Corcoran Record Review and Report |
| 6/16/2013 | 3.00 | Corcoran Record Review and Report |
| 6/17/2013 | 7.00 | Corcoran Record Review and Report |
| 6/18/2013 | 9.50 | Corcoran Record Review and Report |
| 6/19/2013 | 4.25 | Corcoran Report |
| 6/20/2013 | 4.50 | Corcoran Report |
| 6/21/2013 | 7.50 | Conference call with court experts, Corcoran Report, Plata email correspondence. |
| 6/23/2013 | 8.50 | Corcoran Report |
| Total Professional Hours | 98.50 | |
| Total at Hourly Rate of $200.00 | $19,700.00 | |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| 6/3/2013 | 9.5 | Travel from Albuquerque to Salinas, CA |
| 6/7/2013 | 3.0 | Travel from SVSP to San Francisco |
| 6/8/2013 | 7.5 | Travel from San Francisco to Atlanta |
| Total Travel Hours | 20.0 | |
| Total at Hourly Rate of $100 | $2,000.00 | |

**Expenses:**

| Date | Expense | Description |
|---|---|---|
| 6/3/2013 | $690.20 | Airfare |

1

|  | $150.07 | Hotel |
|  | $32.29 | Meals |
|  |  |  |
| 6/4/2013 | $150.07 | Hotel |
|  | $45.00 | Meals |
|  |  |  |
| 6/5/2013 | $150.07 | Hotel |
|  | $45.00 | Meals |
|  |  |  |
| 6/6/2013 | $150.07 | Hotel |
|  | $45.00 | Meals |
|  |  |  |
| 6/7/2013 | $125.09 | Hotel |
|  | $45.00 | Meals |
|  |  |  |
| 6/8/2013 | $20.00 | Meals |
|  | $48.50 | Cab Fare from Atlanta Airport to 1143 Citadel Drive |
|  |  |  |
|  |  |  |
| Total Expenses | $1,696.36 |  |

| Professional Fees | $19,700.00 |  |
| Travel Fees | $2,000.00 |  |
| Expenses | $1,696.36 |  |
| Total Due | $23,396.36 |  |

*Billed less than amount charged

2

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: June 1, 2013
Billing Period: May-13
Hourly rate: $275.00 (Travel @ $137.50/hr)

Amount to be paid this period: $7,975.00

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 5/6/13 | 3.00 @ | $275.00 = | $825.00 | Report writing, review of documents |
| 5/7/13 | 2.50 @ | $275.00 = | $687.50 | Report writing, review of documents |
| 5/12/13 | 5.50 @ | $275.00 = | $1,512.50 | Report writing |
| 5/14/13 | 1.50 @ | $275.00 = | $412.50 | Report writing |
| 5/17/13 | 3.00 @ | $275.00 = | $825.00 | Report writing |
| 5/18/13 | 5.00 @ | $275.00 = | $1,375.00 | Report writing |
| 5/21/13 | 3.00 @ | $275.00 = | $825.00 | Report writing |
| 5/22/13 | 4.00 @ | $275.00 = | $1,100.00 | Conference with experts, report writing |
| 5/25/13 | 0.50 @ | $275.00 = | $137.50 | Report writing |
| 5/31/13 | 1.00 @ | $275.00 = | $275.00 | Conference calls, report writing |
| Total | | | $7,975.00 | |

Professional Fees      $7,975.00
Travel Expenses           $0.00

TOTAL DUE    $7,975.00

Joe Goldenson, MD
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

### Invoice: Plata

Date of Invoice: June 28, 2013

Billing Period:  Jun-13

Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:  $22,937.73

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 6/1/13 | 2.50 | @ | $275.00 | = | $687.50 | Review of records |
| 6/3/13 | 2.50 | @ | $137.50 | = | $343.75 | Travel |
| 6/4/13 | 10.00 | @ | $275.00 | = | $2,750.00 | Site visit |
| 6/5/13 | 10.00 | @ | $275.00 | = | $2,750.00 | Site visit |
| 6/6/13 | 9.00 | @ | $275.00 | = | $2,475.00 | Site visit |
| 6/6/13 | 2.50 | @ | $137.50 | = | $343.75 | Travel |
| 6/7/13 | 3.00 | @ | $275.00 | = | $825.00 | Review of records, report writing |
| 6/8/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Review of records, report writing |
| 6/9/13 | 6.00 | @ | $275.00 | = | $1,650.00 | Review of records, report writing |
| 6/11/13 | 2.50 | @ | $275.00 | = | $687.50 | Conference call with Receiver, report writing |
| 6/12/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Conference call with OIG, report writing |
| 6/15/13 | 6.00 | @ | $275.00 | = | $1,650.00 | Review of records, report writing |
| 6/18/13 | 2.50 | @ | $275.00 | = | $687.50 | Review of documents report writing |
| 6/21/13 | 2.00 | @ | $275.00 | = | $550.00 | Conference call with experts, document and records review |
| 6/23/13 | 5.75 | @ | $275.00 | = | $1,581.25 | Review of records |
| 6/24/13 | 5.00 | @ | $275.00 | = | $1,375.00 | Review of documents and report writing |
| 6/25/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 6/28/13 | 1.00 | @ | $275.00 | = | $275.00 | Report writing |
| Total | | | | | $22,206.25 | |

**Professional Fees**
$22,206.25

**Travel Expenses**
$731.48

TOTAL DUE    $22,937.73

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|-----|---------|-----------|-------|-------|-----------|
| 6/3/13 | $150.07 | $25.27 | | | | | $60.50 | | $235.84 |
| 6/4/13 | $150.07 | $40.00 | | | | | | | $190.07 |
| 6/5/13 | $150.07 | $40.00 | | | | | $27.50 | | $217.57 |
| 6/6/13 | | | | | | | $88.00 | | $88.00 |
| | | | | | | | | Total | $731.48 |

*$0.55/ mile

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

July 2, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the SVSP site visit and report and items various conference calls.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

# Invoice #7
Plata v. Davis C-01-1351
July 2, 2013

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 6/3/2013 | Airfare for SVSP trip | | | $650.80 |
| 6/3/2013 | Hotel for SVSP tour | | | $600.28 |
| 6/3/2013 | Taxi to airport | | | $38.00 |
| 6/3/2013 | Meal | | | $15.16 |
| 6/5/2013 | Meal | | | $36.87 |
| 6/6/2013 | Meal | | | $43.89 |
| 6/6/2013 | Gas | | | $25.18 |
| 6/7/2013 | Meal | | | $37.07 |
| 6/7/2013 | gas | | | $33.57 |
| 6/7/2013 | Hotel SF airport | | | $167.88 |
| 6/8/2013 | Rental car | | | $554.87 |
| 6/8/2013 | Taxi to home | | | $38.00 |
| 6/3/2013 | Travel | 8.5 | 137.5 | $1,168.75 |
| 6/4/2013 | SVSP site visit | 10 | 275 | $2,750.00 |
| 6/5/2013 | SVSP site visit | 10 | 275 | $2,750.00 |
| 6/6/2013 | SVSP site visit | 10.5 | 275 | $2,887.50 |
| 6/7/2013 | SVSP site visit | 7.5 | 275 | $2,062.50 |
| 6/7/2013 | Travel to SF | 3 | 137.5 | $412.50 |
| 6/8/2013 | Travel to Chicago | 6 | 137.5 | $825.00 |
| 5/18/2013 | Cocci conference call and document review | 1.5 | 275 | $412.50 |
| 6/10/2013 | OIG call/ SVSP report | 9 | 275 | $2,475.00 |

1

| | | | | |
|---|---|---|---|---|
| 6/11/2013 | Debrief with Receiver and SVSP report | 7 | 275 | $1,925.00 |
| 6/12/2013 | OIG call/ SVSP report | 9 | 275 | $2,475.00 |
| 6/13/2013 | SVSP report | 7.5 | 275 | $2,062.50 |
| 6/14/2013 | SVSP report | 9 | 275 | $2,475.00 |
| 6/17/2013 | SVSP report | 9 | 275 | $2,475.00 |
| 6/24/2013 | SVSP report | 8 | 275 | $2,200.00 |
| 6/25/2013 | SVSP report | 9 | 275 | $2,475.00 |
| 6/26/2013 | SVSP report; call with Ritter; call with Adams, Young, Camara, and Ellis | 8 | 275 | $2,200.00 |
| 6/27/2012 | SVSP report | 9 | 275 | $2,475.00 |
| TOTAL | | | | $38,747.82 |

2