IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

    Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

    Defendants.

NO. C01-1351 TEH

ORDER TO DEPOSIT FUNDS

The Finance Office has informed the Court that the balance in the Court's registry for this action has fallen below $100,000. The Court's experts have yet to complete the evaluations of individual prisons ordered by the Court on September 5, 2012. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that, within forty-five days of the date of this order, Defendants shall deposit an additional $250,000 into the Court's registry. *See* Nov. 5, 2012 Order at 1 ("To ensure prompt payment to the experts, the Court will issue additional orders to deposit funds whenever the balance falls below $100,000.").

**IT IS SO ORDERED.**

Dated: 08/21/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT