United States District Court
For the Northern District of California

1
2
3              IN THE UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    MARCIANO PLATA, et al.,
8                    Plaintiffs,              NO. C01-1351 TEH
9           v.                               ORDER SETTING BRIEFING
                                             SCHEDULE
10   EDMUND G. BROWN JR., et al.,
11                   Defendants.
12

13       Plaintiffs have filed a motion for relief from the July 25, 2013 order by Magistrate

14   Judge Nathanael M. Cousins denying Plaintiffs' motion to compel requests for admissions.

15   IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiffs' motion on or

16   before **September 4, 2013**, and Plaintiffs shall file a reply on or before **September 11, 2013**.

17   Unless otherwise ordered, the matter will then be deemed submitted on the papers.

18

19   **IT IS SO ORDERED.**

20

21   Dated:   08/21/13        _____
                              THELTON E. HENDERSON, JUDGE
22                            UNITED STATES DISTRICT COURT
23
24
25
26
27
28