

*KAMALA D. HARRIS*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

September 6, 2013

*Via E-Mail*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  *Plata, et al. v. Brown, et al.,* U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

        Enclosed please find the following invoices from the court-appointed experts, Madeleine
LaMarre, MN, Joe Goldenson, M.D., and Michael Puisis, D.O.:

        (1) Ms. LaMarre, revised invoice dated 8/30/13, originally dated 7/31/13, professional
fees and expenses: $30,713.49;

        (2) Dr. Goldenson, invoice dated 7/31/13, professional fees and expenses: $ 16,754.89;
and

        (3) Dr. Puisis, invoice dated 7/30/13, professional fees and expenses: $35.337.96;

        This invoices were previously submitted to the Court on August 26, 2013, but some of
the invoices contained calculation errors. As instructed by Michael Chu, I am resubmitting the
correct copies of all invoices submitted on August 26, 2013. I have reviewed the invoices and
believe they appear appropriate to pay. Please contact me with any questions.

APPROVED:

Thelton E. Henderson
United States District Judge

Dated: 9/9/13

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For        KAMALA D. HARRIS
           Attorney General

The Honorable Thelton E. Henderson
September 6, 2013
Page 2


Enclosures


cc:
      Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40761501.doc



**Revised LaMarre July Invoice**
Madeleine LaMarre   to: Maneesh Sharma                      08/30/2013 01:26 PM

Dear Maneesh,

With apologies, please see the attached revised July Invoice. The changes are related to correcting the section related to travel fees, and a meal expense.

The total amount is $50 less than the previous invoice.

Again, my apologies for the error, and I thank you in advance for your assistance in processing this invoice,

Madie
--
Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive NE
Atlanta, GA 30324-3815

(404) 634-0117 (O)

20130708_CDCR Expenses.pdf   Plata July 2013 Invoice-Revised.xlsx

Plata July 2013 Invoice_Revised.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

August 30, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Mr. Sharma

Enclosed you will find my invoices for professional fees and expenses related work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/1/2013 | 9.00 | Corcoran Report |
| 7/2/2013 | 8.50 | Corcoran Report |
| 7/3/2013 | 4.50 | Conference call with Mike Puisis regarding Corcoran report, final edits |
| 7/5/2013 | 8.50 | Salinas Valley State Prison record review and report |
| 7/6/2013 | 8.00 | Salinas Valley State Prsion Record and document Review and Report |
| 7/7/2013 | 6.50 | Salinas Valley State Prison Report |
| 7/8/2013 | 2.00 | Salinas Valley State Prison Report |
| 7/9/2013 | 10.00 | CCWF Site Visit |
| 7/10/2013 | 10.00 | CCWF Site Visit |
| 7/11/2013 | 10.00 | CCWF Site Visit |
| 7/12/2013 | 7.50 | CCWF Site Visit |
| 7/17/2013 | 5.25 | Corcoran Report |
| 7/18/2013 | 5.75 | Corcoran Report |
| 7/19/2013 | 6.50 | Salinas Valley State Prison Report |
| 7/20/2013 | 7.00 | Salinas Valley State Prison Report |
| 7/21/2013 | 4.75 | Corcoran Final Report review and edit |
| 7/27/2013 | 7.25 | Corcoran Final Report review and edit |
| 7/28/2013 | 7.50 | Salinas Valley State Prison Report |
| 7/29/2013 | 6.00 | Salinas Valley State Prison Report, conference call with court experts |
| 7/31/2013 | 1.75 | email correspondence with court experts, conference call with Christine Berthold OIG |

| | | |
|---|---|---|
| **Total Professional Hours** | **136.25** | |
| **Total at Hourly Rate of $200.00** | **$27,250.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/8/2013 | 10.0 | Travel from Atlanta to Chowchilla |
| 7/12/2013 | 3.0 | Travel from CCWF to San Francisco |
| 7/13/2013 | 7.0 | Travel from San Francisco to Atlanta |

1

| | 20.0 | |
|---|---|---|
| Total at Hourly Rate of $100 | $2,000.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| 7/8/2013 | $731.80 | Roundtrip airfare from Atlanta to San Francisco |
| | $84.70 | Hotel |
| | $30.00 | Meals (less than billed amount) |
| | | |
| 7/9/2013 | $84.70 | Hotel |
| | $44.00 | Meals |
| | | |
| 7/10/2013 | $84.70 | Hotel |
| | $45.18 | Meals |
| | | |
| 7/11/2013 | $84.70 | Hotel |
| | $31.14 | Meals |
| | | |
| 7/12/2013 | $125.09 | Hotel |
| | $62.98 | Meals |
| | $5.00 | Tolls |
| | | |
| 7/13/2013 | $49.50 | Taxi fare from Atlanta Airport to Home |
| | | |
| Total Expenses | $1,463.49 | |

| Professional Fees | $27,250.00 | |
|---|---|---|
| Travel Fees | $2,000.00 | |
| Expenses | $1,463.49 | |
| Total Due | $30,713.49 | |

2

**△ DELTA** ⊛     ETKT PASSENGER RECEIPT     PAGE 2 OF 3
LAMARRE/MADELEINE LOUIS     NOT TRANSFERABLE

DATE/PLACE OF ISSUE 24May13 LAXWEB
ISS AGT ID DL/WW          CONF NBR          GBIJAB

ENDORSEMENTS NONREF/PENALTY/APPLIES

FARE CALCULAT ON    ATL DL SFO Q5.58 417.67SA07A0QJ DL ATL Q5 58 231.63LA21A0QJ US
D660.46END ZP ATLSFO XF ATL4.5SFO4.5

USD    660.46              FORM OF PAYMENT CC AX············2004/247641
TAX     71.34

USD731.80  DUPLICATE          1 0062331029374 5          DUPLICATE

---

IMPRINTED DATA ONLY ABOVE THIS LINE —— DO NOT CIRCLE EXPIRATION DATE ——

EXPIRATION  [×] DATA CHECKED

DATE          SERVER/CASHIER
AUTHORIZATION NO.   REFERENCE NO.

3712  740906  22004  5821057
02/14
MADELEINE LAMARRE
MADELEINE LAMARRE PC      85

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of
the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             | 43  50 |
| SALES | TAX       |        |
| SLIP  | TIP       |        |
|       | MISC.     | 6  00 |
|       | **TOTAL** | 49  50 |

SALES SLIP
BANK COPY

PLAZA: San Mateo-Hayward Bridge
LANE 8

COLLECTOR: 5202

Fri Jul 12, 2013  18:49:30

CLASS 2
FARE ID:     5 0000
TOLL PAID: $ 5.00

PAYMENT METHOD: Cash

SERIAL #: 00318379



**COURTYARD**
**Marriott**

Courtyard by Marriott
Merced

750 Motel Dr
Merced Ca 95341
T 209.725.1221

Madeleine/Ms Lamarre

1143 Citadel Dr Ne

Atlanta GA 30324-3815

Business

Room: 317

Room Type: GENR

Number of Guests: 1

Rate: $77.00          Clerk: SSC

| Arrive: 08Jul13 | Time: 05:59PM | Depart: 12Jul13 | Time: 07:51AM | Folio Number: 87922 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08Jul13 | Market Beverage | 2.00 | |
| 08Jul13 | Sales Tax | 0.18 | |
| 08Jul13 | Room Charge | 77.00 | |
| 08Jul13 | Room Tax | 7.70 | |
| 09Jul13 | Restaurant Room Charge | 3.00 | |
| 09Jul13 | Restaurant Room Charge | 10.00 | |
| 09Jul13 | Restaurant Room Charge | 41.00 | |
| 09Jul13 | Room Charge | 77.00 | |
| 09Jul13 | Room Tax | 7.70 | |
| 10Jul13 | Restaurant Room Charge | 4.20 | |
| 10Jul13 | Restaurant Room Charge | 9.98 | |
| 10Jul13 | Restaurant Room Charge | 31.00 | |
| 10Jul13 | Market Beverage | 2.00 | |
| 10Jul13 | Sales Tax | 0.18 | |
| 10Jul13 | Room Charge | 77.00 | |
| 10Jul13 | Room Tax | 7.70 | |
| 11Jul13 | Restaurant Room Charge | 2.07 | |
| 11Jul13 | Restaurant Room Charge | 2.07 | |
| 11Jul13 | Restaurant Room Charge | 1.00 | |
| 11Jul13 | Restaurant Room Charge | 8.00 | |
| 11Jul13 | Market Beverage | 2.00 | |
| 11Jul13 | Sales Tax | 0.18 | |
| 11Jul13 | Restaurant Room Charge | 30.00 | |
| 11Jul13 | Room Charge | 77.00 | |
| 11Jul13 | Room Tax | 7.70 | |
| 12Jul13 | Restaurant Room Charge | 3.00 | |
| 12Jul13 | Restaurant Room Charge | 9.98 | |
| 12Jul13 | American Express | | 500.64 |

*Handwritten annotations:*
Meal $54.00  b.fied $44.00
Meals $45.98
13.14.  b.16D
$31.14
$30.00
12.98 + $50 = 62.98

Card #: AXXXXXXXXXXXXX2004/XXXX
Amount:  500.64  Auth: 500943  Signature on File
This card was electronically swiped on 08Jul13

Balance:        0.00

Rewards Account # XXXXX9962.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.  See "Internet Privacy Statement" on Marriott.com.



## Hilton Garden Inn
### San Francisco Airport North

670 Gateway Blvd. • South San Francisco, CA 94080
Phone (650) 872-1515 • Fax (650) 872-1064
Reservations
www.hiltongardeninn.com or 1 800 HILTONS

| Name & Address |
|---|

LAMARRE, MADELEINE

| | | |
|---|---|---|
| Room | 726/K1 | |
| Arrival Date | 7/12/2013 | 9:13:00PM |
| Departure Date | 7/13/2013 | |
| | | |
| Adult/Child | 1/0 | |
| Room Rate | 111.00 | |
| | | |
| RATE PLAN | L-GV | |
| HH# 369445769 GOLD | | |
| AL:    DL  #2042493151 | | |
| CAR: | | |

*Folio*

CONFIRMATION NUMBER : 3530255801

**HILTON HHONORS**

7/12/2013     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/12/2013 | 1548891 | GUEST ROOM | $111.00 |
| 7/12/2013 | 1548891 | CITY TAX | $2.50 |
| 7/12/2013 | 1548891 | OCCUPANCY TAX | $11.10 |
| 7/12/2013 | 1548891 | CALIFORNIA TOURISM AND TRAVEL | $0.09 |
| 7/12/2013 | 1548891 | SM COUNTY BID | $0.40 |
| | | ** BALANCE ** | $125.09 |

EXPENSE REPORT SUMMARY

| | 13 | 00:00:00 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $125.09 | $125.09 | |
| DAILY TOTAL | $125.09 | $125.09 | |

WALDORF ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY SUITES

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

Hampton

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| | | | 406567 | A |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | | |
| X | | | | |

HOMEWOOD SUITES

HOME2

Hilton Grand Vacations

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST
CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

```
       Courtyard by Marriott
              Merced
       _. 750 Motel Drive
         Merced, CA  95340
           (209) 725-1221
  B I S T R O eat drink connect

  9 PM
  ------------------------------------
  Tbl 11/1    Chk 4899         Gst 1
          Jul11'13 06:30PM
  ------------------------------------
       E a t   I n
   2 HH-ClosdtBoisChd          12.00
   1 Chicken Caesar            10.25

       Subtotal                22.25
       Sales Tax                0.90
       Liquor Tax               1.05
  07:30PM Total         2 4 . 2 0

  Gratuity:_____      5 . 80

  Total:_____ 30 . 00

  Room #____    2

  Print Name_____

  Signature_____[signature]____
  Thank you for joining us at
  Courtyard by Marriott!
```

B.160    $28.00

```
    Il fornaio Cucina Italiana
        327 Lorton Avenue
       Burlingame, CA  94010
         (650) 375-8000
Date:       Jul12'13 08:44PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  C1C008393979995
Auth Code:  505586
Check:      732
Table:      84/2
Server:     35692 FRANCISC

Subtotal:              5 4 . 4 7

Gratuity            10 53

Total                  65 . 00
------------------------------------
* * * *  GUEST Copy  * * * *
```

B.160    $50.00

STORE COPY

# FIVE TEN BISTRO
# AFTER 5 BAR/LOUNGE
510 W. MAIN ST
MERCED, CA  95340
209-361-0280
STORE # 1

TABLE: 41        GUEST # 1

Served By: ROBERT      ORDER # 37

| | |
|---|---|
| 1 SMALL MIX GREEN | 3.50 |
| 1 D SALMON | 16.00 |
| 1 WILLIAM HILL CHARD GLS | 8.00 |
| 1 WILLIAM HILL CHARD GLS | 8.00 |
| SUBTOTAL: | 35.50 |
| TAX: | 2.84 |
| TOTAL: | 38.34 |
| PAID: | 38.34 |
| CHANGE: | .00 |

PAYMENT TYPE: CREDIT CARD

Mon Jul 08 2013  6:16 PM ROBERT

PLEASE COME BACK AND ENJOY HAPPY HOUR 3P
TILL 7P IN THE AFTER 5 BAR AND LOUNGE..

Card Type : Amex
XXXXX004
MADELEINE LAHARRE

Amount : $38.34
Batch No :
Auth Code : 588021
Approval id : 111532634

CHARGED Amt :$38.34

TIP :

TOTAL :

I agree to Pay above Total Amount
according to card issuer agreement.

Signature :

**Joe Goldenson, MD**
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: July 31, 2013

Billing Period:   Jul-13

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:  $16,754.89

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 7/9/13 | 2.50 | @ | $137.50 | = | $343.75 | Travel |
| 7/9/13 | 2.00 | @ | $275.00 | = | $550.00 | Report writing |
| 7/10/13 | 11.50 | @ | $275.00 | = | $3,162.50 | Site visit, report writing |
| 7/11/13 | 10.00 | @ | $275.00 | = | $2,750.00 | Site visit, Conference calls (Court,Receiver), report writing |
| 7/11/13 | 2.50 | @ | $137.50 | = | $343.75 | Travel |
| 7/14/13 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 7/20/13 | 7.00 | @ | $275.00 | = | $1,925.00 | Review of medical records, report writing |
| 7/21/13 | 7.00 | @ | $275.00 | = | $1,925.00 | Review of medical records  and documents |
| 7/27/13 | 6.50 | @ | $275.00 | = | $1,787.50 | Review of medical records, report writing |
| 7/28/13 | 7.00 | @ | $275.00 | = | $1,925.00 | Review of medical records, report writing |
| 7/29/13 | 2.00 | @ | $275.00 | = | $550.00 | Conference call w/Dr. Galgiani, review of medical records |
| Total | | | | | $16,362.50 | |

| Professional Fees | |
|-------------------|--|
| | $16,362.50 |
| **Travel Expenses** | |
| | $392.39 |

TOTAL DUE      $16,754.89

# Joseph L. Goldenson, MD
### 1406 Cypress Street, Berkeley, CA 94703
### (510) 524-3102
### jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|-----|---------|-----------|-------|-------|-----------|
| 7/9/13 | $84.70 | $40.00 | | | | | $71.50 | | $196.20 |
| 7/10/13 | $84.70 | $30.64 | | | | | | | $115.34 |
| 7/11/13 | | $9.35 | | | | | $71.50 | | $80.85 |
| | | | | | | | | | |

Total  $392.39

*$0.55/ mile



**COURTYARD**
**Marriott**

Courtyard by Marriott
Merced

750 Motel Dr
Merced Ca 95341
T 209.725.1221

J. Goldenson

Room: 235

Room Type: GENR

Number of Guests: 1

Rate: $77.00          Clerk:

| Arrive: 09Jul13 | Time: 04:56PM | Depart: 11Jul13 | Time: | Folio Number: 87921 |
|---|---|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09Jul13 | Restaurant Room Charge | 43.71 | |
| 09Jul13 | Room Charge | 77.00 | |
| 09Jul13 | Room Tax | 7.70 | |
| 10Jul13 | Restaurant Room Charge | 10.64 | |
| 10Jul13 | Restaurant Room Charge | 20.00 | |
| 10Jul13 | Room Charge | 77.00 | |
| 10Jul13 | Room Tax | 7.70 | |
| 11Jul13 | Master Card | | 243.75 |
| | Card #: MCXXXXXXXXXXXX1735/XXXX | | |
| | *Amount:  243.75  Auth: 05449Z  Signature on File* | | |
| | *This card was electronically swiped on 09Jul13* | | |

Balance:          0.00

**Rewards Account # XXXXX5519.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: MLAMARI
Statement" on Marriott.com.

```
       Courtyard by Marriott
             Merced
         750 Motel Drive
        Merced, CA  95340
          (209) 725-1221
     B I S T R O eat drink connect

      9 PM
    . . . . . . . . .   .   . . .  .
    Tbl 8/1     Chk 4859      Gst 1
             Jul11'13 07:17AM
    . . . . . . . . .   .   . . .  .
        E a t   I n
      1 GR Coffee of Day      1.90
        Café Verona
      1 Smoothie              2.95
      1 Oatmeal               3.75

        Subtotal             8.60
        Sales Tax            0.75
    07:17AM Total          9.35
```

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell      847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

July 30, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the CCWF site visit and report, modification of the
Corcoran report based on staff comments and various conference calls on cocci and to
Corcoran staff.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #8

Plata v. Davis C-01-1351
July 30, 2013

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 7/8/2013 | Airfare for CCWF trip | | | $537.80 |
| 7/8/2013 | Hotel in Merced for CCWF tour | | | $444.79 |
| 7/8/2013 | meal | | | $30.95 |
| 7/11/2013 | gas | | | $45.16 |
| 7/12/2013 | gas | | | $30.34 |
| 7/12/2013 | meal | | | $42.73 |
| 7/12/2013 | Hotel SF airport | | | $156.99 |
| 7/13/2013 | Rental car | | | $430.45 |
| 7/8/2013 | Travel | 8.5 | 137.5 | $1,168.75 |
| 7/9/2013 | CCWF site visit | 10 | 275 | $2,750.00 |
| 7/10/2013 | CCWF site visit | 10 | 275 | $2,750.00 |
| 7/11/2013 | CCWF site visit | 10 | 275 | $2,750.00 |
| 7/12/2013 | CCWF site visit | 7.5 | 275 | $2,062.50 |
| 7/12/2013 | travel to SF | 3 | 137.5 | $412.50 |
| 7/13/2013 | Travel to Chicago | 6 | 137.5 | $825.00 |
| 7/16/2013 | CCWF Report | 8 | 275 | $2,200.00 |
| 7/17/2013 | CCWF Report | 10 | 275 | $2,750.00 |
| 7/18/2013 | CCWF Report | 7 | 275 | $1,925.00 |
| 7/19/2013 | CCWF Report | 4 | 275 | $1,100.00 |
| 7/23/2013 | CCWF Report | 6 | 275 | $1,650.00 |
| 7/24/2013 | Corcoran Report | 8 | 275 | $2,200.00 |

1

| | | | | |
|---|---|---|---|---|
| 7/25/2013 | Corcoran Report | 6 | 275 | $1,650.00 |
| 7/26/2013 | Corcoran Report | 7 | 275 | $1,925.00 |
| 7/27/2013 | Corcoran Report | 10 | 275 | $2,750.00 |
| 7/29/2013 | Cocci call/ CCWF Report | 10 | 275 | $2,750.00 |
| TOTAL | | | | $35,337.96 |



COURTYARD
Marriott

Courtyard by Marriott
Merced

750 Motel Dr
Merced Ca 95341
T 209.725.1221

M. Puisis

Room: 316

Room Type: GENR

Number of Guests: 1

Rate: $77.00          Clerk:

Arrive: 08Jul13      Time: 05:59PM      Depart: 12Jul13      Time:      Folio Number: 87923

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08Jul13 | Room Charge | 77.00 | |
| 08Jul13 | Room Tax | 7.70 | |
| 09Jul13 | Restaurant Room Charge | 8.56 | |
| 09Jul13 | Restaurant Room Charge | 27.15 | |
| 09Jul13 | Room Charge | 77.00 | |
| 09Jul13 | Room Tax | 7.70 | |
| 10Jul13 | Restaurant Room Charge | 9.06 | |
| 10Jul13 | Restaurant Room Charge | 20.99 | |
| 10Jul13 | Room Charge | 77.00 | |
| 10Jul13 | Room Tax | 7.70 | |
| 11Jul13 | Restaurant Room Charge | 11.46 | |
| 11Jul13 | Restaurant Room Charge | 28.77 | |
| 11Jul13 | Room Charge | 77.00 | |
| 11Jul13 | Room Tax | 7.70 | |
| 12Jul13 | Visa | | 444.79 |
| | Card #: VIXXXXXXXXXXXX5239/XXXX | | |
| | Amount: 444.79 Auth: 07885C Signature on File | | |
| | This card was electronically swiped on 08Jul13 | | |

Balance:      0.00

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Want your final hotel bill by email?  Just ask the Front Desk!  See "Internet Privacy Statement" on Marriott.com.

**eTicket Itinerary and Receipt**

**UNITED**

*A STAR ALLIANCE MEMBER* ✪

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Mon | 08JUL13 | UA759V | Chicago-OHare | 9:45 AM | San Francisco | 12:11 PM | 737-800 | |
| Sat | 13JUL13 | UA1611L | San Francisco | 7:48 AM | Chicago-OHare | 1:55 PM | 737-800 | Purchase |

## PUISIS/MICHAELAMR

**Confirmation Number: M6L1BD**

Party of 1

PUISIS/MICHAELAMR

Seats

---/28C

Ticket Number

01623680783863

Frequent Flyer

YH13 1202

Fare: 480.00     Tax: 57.80     Per Person: 537.80     eTicket Total: 537.80     Issue Date: May 29, 2013

Method of Payment: Visa XXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

INSERT

PRINTED IN U.S.A BY NTAL DALLAS TX  REV 7x7  C664   Rev 3/13

CUSTOMER COPY

# FIVE TEN BISTRO
# AFTER 5 BAR/LOUNGE
510 W. MAIN ST
MERCED, CA 95340
209-381-0280
STORE # 1

TABLE: 41          GUEST # 2

Served By: ROBERT     ORDER # 28

| | |
|---|---|
| 1 SMALL MIX GREEN | 3.50 |
| 1 D SALMON | 16.00 |
| 1 BTL SIERRA OLD CHICO | 4.53 |
| SUBTOTAL: | 24.03 |
| TAX: | 1.92 |
| TOTAL: | 25.95 |
| PAID: | 25.95 |
| CHANGE: | .00 |

PAYMENT TYPE: CREDIT CARD

Mon Jul 08 2013 07:26 PM ROBERT

PLEASE COME BACK AND ENJOY HAPPY HOUR 3P
TILL 7P IN THE AFTER 5 BAR AND LOUNGE...

Card Type : Visa
XXXXX5239
MICHAEL PUISIS

Amount : $25.95
Batch No :
Auth Code : 09440C
Approval Id : 111532691

## CHARGED AMT :$25.95

TIP : ----------------------------

TOTAL : ----- 30 55

I agree to pay above total amount
according to card issuer agreement.

Signature :

---

CHEVRON
655 E. MAIN ST.
STN 00359664

07/11/13      19:38:33

E/VISA
xxxxxxxxxxxx5239
Invoice#    6493049
Auth#       04946C

Pump#: 1
11.2936 @ $ 3.999/G
UNLE/Self   $ 45.16

Total       $ 45.16

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU
PLEASE COME AGAIN

---

601 California Dr.
Burlingame Ca 94010

BURLINGAME VALERO
L306803684001
601 CALIFORNIA DR
BURLINGAME, CA
94010
07/12/2013 808964394
08:56:46 PM

XXXX XXXX XXXX 5239
Visa
PUISIS/MICHAEL
INVOICE 023507
AUTH 06052C

PUMP#   2
REGULAR        7.2960
PRICE/GAL      4.159

FUEL TOTAL   $   30.20

CREDIT       $   30

============================
APPROVED 86052C
============================

Thank you for choosing
Birlingame Valero
Please come again

Il Fornaio Cucina Italiana
327 Lorton Avenue
Burlingame, CA  94010
(650) 375-8000

Da          Jul12'13 08:44PM
Car   pe: Visa
Acc         XXXXXXXXXXXX5239
Card  try: SWIPED
Trar  ype: PURCHASE
Tran  key: E1F008398114606
Auth Code: 02 C
Check:      7
Table:      04/1
Server:     35692 FRANCISC

Subtotal:        35.73

Gratuity           7

Total            42 73

* * * *  GUEST Copy * * * *

---

SAN FRANCISCO INTL AP
RES: F8933S484C2 /WEFW / C

RR 145019361              #01

MICHAEL
PUISIS

INITIAL CHARGES
RENT RT$ 324.49 /WEEK @ 1/WEEKS  $  324.49
SUBTOTAL                    T$  324.49

CHARGES ADDED DURING RENTAL
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PERS         DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY     T$   36.05
CA TOURISM ASSESSMENT        $    8.44
TRNS&FAC FEE                 $   20.00
INCREASED VEH LIC RECOVERY FEE T$   .00
TAX 11.500% ON $    360.54   $   41.47
TAX 2 3.750% ON $      .00   $     .00
TOTAL AMT DUE               $  430.45
PAID BY  VISA  XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01198 / 9733775 13 IMPALA SP 3.6 N
LICENSE:CA 6ZTL157
FUEL: FULL  8/8 OUT  8/8 IN
MILES CHECKIN:   7884
MILES @ RENTAL:  7370
MILES DRIVEN:     514
CDP: 00099

EXCH:     SAN FRANCISCO INTL AP
RENTAL:   07/08/13 14:52
RETURN:   07/13/13 06:33
RETURNED: SAN FRANCISCO INTL AP
COMPLETED BY: 5102 /CASF015

PLAN IN:   WEFW    RATE CLASS: C
PLAN OUT:  WEFW
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:   012+1

THANK YOU FOR CHOOSING
HERTZ



# Hilton
# Garden Inn·
### San Francisco Airport North

670 Gateway Blvd. • South San Francisco, CA 94080
Phone (650) 872-1515 • Fax (650) 872-1064
Reservations
www.hiltongardeninn.com or 1 800 HILTONS

| Name & Address |

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

Room           701/K1
Arrival Date    7/12/2013   9:14:00PM
Departure Date  7/13/2013

Adult/Child     1/0
Room Rate       140.00

RATE PLAN        L-G1
HH#  736265396 SILVER
AL:    UA   #03069734862
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3523810223

7/13/2013      PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 7/12/2013 | 1548871 | GUEST ROOM | $140.00 |
| 7/12/2013 | 1548871 | CITY TAX | $2.50 |
| 7/12/2013 | 1548871 | OCCUPANCY TAX | $14.00 |
| 7/12/2013 | 1548871 | CALIFORNIA TOURISM AND TRAVEL | $0.09 |
| 7/12/2013 | 1548871 | SM COUNTY BID | $0.40 |
| | | WILL BE SETTLED TO VS *5239 | $156.99 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

|  | 13 00:00:00 STAY TOTAL | |
| ROOM & TAX | $156.99 | $156.99 |
| DAILY TOTAL | $156.99 | $156.99 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 902329   A |
|----------------|--------------------------------|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

THANK

YOU