UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date: September 25, 2013

Case No: 3:01-cv-01351 TEH (NC)

Case name: Marciano Plata, et al v. Edmund Brown, et al

Counsel for Plaintiff: Warren George

Counsel for Defendant: Samantha Wolff

Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 1:13pm-1:41pm
                                     (Time: 28 min )

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Discovery hearing re Parties' Joint Statement [2711] | Taken under submission |

**ORDER:**

Order to be prepared by:  [ ] Plaintiff  [ ] Defendant  [X] Court

Case continued to:

Notes:

cc: