IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER SUSPENDING<br>DEFENDANTS' BIWEEKLY<br>REPORTING REQUIREMENT |

    During the meet-and-confer process and until further order of this Court, the requirement that defendants file biweekly reports with this Court is suspended.

**IT IS SO ORDERED.**

Dated: 09/27/13

                                    _/s/ Stephen Reinhardt_
                                    STEPHEN REINHARDT
                                    UNITED STATES CIRCUIT JUDGE
                                    NINTH CIRCUIT COURT OF APPEALS

1
2
3  Dated: 09/27/13
4
       LAWRENCE K. KARLTON
       SENIOR UNITED STATES DISTRICT JUDGE
       EASTERN DISTRICT OF CALIFORNIA
5
6
7  Dated: 09/27/13
8
       THELTON E. HENDERSON
       SENIOR UNITED STATES DISTRICT JUDGE
       NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28