**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

October 3, 2013

*Via E-mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: <u>*Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH</u>

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Joe Goldenson, M.D., and Michael Puisis, D.O.:

(1) Ms. LaMarre, invoice dated 9/5/13, professional fees and expenses: $19,556.65;

(2) Dr. Goldenson, invoice dated 8/21/13, professional fees and expenses: $16,456.22; and

(3) Dr. Puisis, invoice dated 8/30/13, professional fees and expenses: $32,967.52;

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For    KAMALA D. HARRIS
Attorney General

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10/3/2013
APPROVED
Judge Thelton E. Henderson

Enclosures

The Honorable Thelton E. Henderson
October 3, 2013
Page 2


cc:
       Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
       Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
       Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
       Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
       Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
Ltr transmitting August invoices.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

September 5, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Mr. Sharma,

Enclosed you will find my invoices for professional fees and expenses related work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre     Tax ID #32-0079309**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

**Professional Fees:**

| Date | Hours | Activity |
|------|-------|----------|
| 8/1/2013 | 3.25 | CCWF Report, Review of CIM Expert package |
| 8/5/2013 | 4.50 | Review of CIM documents, CIM site visit |
| 8/6/2013 | 10.00 | CIM Site Visit |
| 8/7/2013 | 10.00 | CIM Site Visit |
| 8/8/2013 | 10.00 | CIM Site Visit |
| 8/9/2013 | 4.00 | CIM Site Visit |
| 8/13/2013 | 6.25 | CCWF Record Review and Report, SVSP Report |
| 8/14/2013 | 3.25 | SVSP Draft Final Report |
| 8/17/2013 | 5.50 | CCWF Report |
| 8/18/2013 | 9.00 | CCWF Report |
| 8/19/2013 | 6.50 | CCWF Report, email correspondence with Jared Goldman regarding SVSP |
| 8/20/2013 | 6.75 | CCWF Report |
| 8/21/2013 | 5.75 | CCWF Report |
| 8/23/2013 | 1.25 | SVSP Final Report |
| **Total Professional Hours** | **86.00** | |
| **Total at Hourly Rate of $200.00** | **$17,200.00** | |

**Travel Fees:**

| Date | Hours | Activity |
|------|-------|----------|
| 8/5/2013 | 5.0 | Travel from Albuquerque to Chino California |
| 8/9/2013 | 5.0 | Travel from Chino Ca to Albuqueque |
| **Total Travel Hours** | **10.0** | |
| **Total at Hourly Rate of $100** | **$1,000.00** | |

**Expenses:**

| Date | Expense | Description |
|------|---------|-------------|
| 8/5/2013 | $345.80 | Round trip Airfare from Albuquerque to LAX |
| | $450.59 | Rental Car |
| | $100.80 | Hotel |
| | $54.58 | Meals (Billed less than charged amount) |
| | | |
| 8/6/2013 | $100.80 | Hotel |

1

| | $20.00 | Meals (Billed Less than charged amount) |
| | | |
| 8/7/2013 | $100.80 | Hotel |
| | $30.00 | Meals |
| | | |
| 8/8/2013 | $100.80 | Hotel |
| | $36.00 | Meals |
| | | |
| 8/9/2013 | $16.48 | Gasoline |
| | | |
| **Total Expenses** | **$1,356.65** | |

| | | |
|---|---|---|
| **Professional Fees** | **$17,200.00** | |
| **Travel Fees** | **$1,000.00** | |
| **Expenses** | **$1,356.65** | |
| **Total Due** | **$19,556.65** | |

2

**DOUBLETREE**
BY HILTON
CLAREMONT

555 West Foothill Blvd. • Claremont, CA 91711
Phone (909) 626-2411 • Fax (909) 624-0756
Reservations:
www.doubletreeclaremont.com or 1-800-222-TREE

Name & Address

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 3117/NK1D |
| Arrival Date | 8/5/2013  5:37:00 PM |
| Departure Date | 8/9/2013 |
| | |
| Adult/Child | 1/0 |
| Room Rate | 90.00 |
| | |
| Rate Plan: | GV6 |
| HH # | 369445769 GOLD |
| AL: | DL #2042493151 |
| Car: | |

*Folio*

Confirmation Number: 80534160

8/8/2013       Page: 1


HHONORS
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/5/2013 | 1261477 | GUEST ROOM | $90.00 |
| 8/5/2013 | 1261477 | CITY TAX | $9.00 |
| 8/5/2013 | 1261477 | CITY TOURISM TAX | $1.80 |
| 8/6/2013 | 1261957 | GUEST ROOM | $90.00 |
| 8/6/2013 | 1261957 | CITY TAX | $9.00 |
| 8/6/2013 | 1261957 | CITY TOURISM TAX | $1.80 |
| 8/7/2013 | 1262419 | GUEST ROOM | $90.00 |
| 8/7/2013 | 1262419 | CITY TAX | $9.00 |
| 8/7/2013 | 1262419 | CITY TOURISM TAX | $1.80 |
| 8/8/2013 | 1262601 | soda | $2.85 |
| 8/8/2013 | 1262921 | GUEST ROOM | $90.00 |
| 8/8/2013 | 1262921 | CITY TAX | $9.00 |
| 8/8/2013 | 1262921 | CITY TOURISM TAX | $1.80 |
| | | WILL BE SETTLED TO AX 2004 | $406.05 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 8/5/2013 | 8/6/2013 | 8/7/2013 | 8/8/2013 |
|---|---|---|---|---|
| ROOM AND TAX | $100.80 | $100.80 | $100.80 | $100.80 |
| MISCELLANEOUS | $0.00 | $0.00 | $0.00 | $2.85 |
| DAILY TOTAL | $100.80 | $100.80 | $100.80 | $103.65 |

EXPENSE REPORT SUMMARY

| | STAY TOTAL |
|---|---|
| ROOM AND TAX | $403.20 |
| MISCELLANEOUS | $2.85 |
| DAILY TOTAL | $406.05 |

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| | | | 260509 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | 0.00 |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

Gmail - Southwest Airlines Confirmation-LAMARRE/MADELEINE-Confirmation: AR...    Page 1 of 3

 Gmail

Madeleine LaMarre < mlamarre55@gmail.com>

## Southwest Airlines Confirmation-LAMARRE/MADELEINE-Confirmation: ARN3FK
1 message

Southwest Airlines < SouthwestAirlines@luv.southwest.com>       Thu, Jul 18, 2013 at 4:51 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

You're all set for your trip!

 SOUTHWEST

My Account | View My Itinerary Online

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals

### Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

Upcoming Trip: 08/05/13 - Los Angeles

 AIR Itinerary

AIR Confirmation: ARN3FK                    Confirmation Date: 07/18/2013



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262145126751 | Jul 18, 2014 | 1944 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest. Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Aug 5 | 528 | Depart ALBUQUERQUE NM (ABQ) on Southwest Airlines at 09:20 AM<br>Arrive in LOS ANGELES INTL (LAX) at 10:20 AM<br>Travel Time 2 hrs 0 mins<br>Wanna Get Away |
| Fri Aug 9 | 1646 | Depart LOS ANGELES INTL (LAX) on Southwest Airlines at 2:50 PM<br>Arrive in ALBUQUERQUE NM (ABQ) at 5:45 PM<br>Travel Time 1 hrs 55 mins<br>Wanna Get Away |



Find a Hotel
See ratings, photos and rates for over 40,000 hotels.

Book a Hotel

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 345.80



Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262145126751: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN LAX150.70RLNUVNR WN ABQ150.70RLNUVNR 301.40 END ZPABQLAX
XFABQ4.5LAX4.5 AY5.00SABQ2.50 LAX2.50




Rent Some Wheels
Explore your destination on the perfect set of wheels.

Rent a Car →



Get the best travel deals straight to your inbox.





---

## Important Reminders:

### Check-In
Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

### No Show Policy
If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. For tickets purchased on or after May 10, 2013 for travel beginning September 13, 2013, customers who fail to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

 Go to Boarding School →

EARLYBIRD CHECK-IN   Get EarlyBird Check-In™ Details →

---

## Cost and Payment Summary

 AIR - ARN3FK

| | | Payment Information |
|---|---|---|
| Base Fare | $ 301.40 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Excise Taxes | $ 22.60 | Date: Jul 18, 2013 |
| Segment Fee | $ 7.80 | Payment Amount: $345.80 |
| Passenger Facility Charge | $ 9.00 | |
| September 11th Security Fee | $ 5.00 | |
| Total Air Cost | $ 345.80 | |

---

✈ Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now →



Get exclusive travel deals straight to your desktop or iPhone.

Download DING! →

---

**Useful Tools**

Check-In Online

Early Bird Check-In

View/Share Itinerary

**Know Before You Go**

In the Airport

Baggage Policies

Suggested Airport Arrival Times

**Special Travel Needs**

Traveling with Children

Traveling with Pets

Unaccompanied Minors

TRANSACTION RECORD

## CASABLANCA
## Mediterranean
## Bar & Grill

CARD TYPE:AMEX EFT
Nu.:**********2004
ENTRY:SWIPED
AUTHORIZATION:569250
TERMINAL:3
REFERENCE:179724

PURCHASE        **$29.28**

TIP             6.72

TOTAL           36.00

THANK YOU
AUGUST 8,2013 19:50:43
Server's name : 13-IMAD

CUSTOMER COPY

UNION ON YALE
232 Yale Ave.
909-447-4142

Server: Alexander      DOB: 08/05/2013
07:03 PM                    08/05/2013
Table 57/2                    2/20014

SALE

AMEX                        4048588
Card #XXXXXXXXXXX2004
Magnetic card present: Yes
Card Entry Method:  S

Approval: 582876

Amount:      $ 47.96

+ Tip:       9.04

= Total:     57.00

I agree to pay the above
total amount according to the
card issuer agreement

X_____

Come Again!

```
***********
* BLACKMESA *
*   COFFEE  *
 ALBUQUERQUE SUNFORT
***********
```

```
BILL                        10297
------------------------------------
Stuff Tomato                  8.95!
------------------------------------
SUBTOTAL                      8.95
TAX 1                         0.63
------------------------------------
SUBTOTAL                      9.58
CREDIT CARD       9.58

SIGNED :

......................................
xxxxxxxxxxxx2004

        3 AM
#555-C03-261914-0001 08/05/2013 06:31-R

        THANK YOU
     PLEASE CALL AGAIN
```

```
      KAZAMA SUSHI
  101 N INDIAN HILL BLVD
    CLAREMONT, CA 91711
       909-450-2505
TERMINAL ID:                 0002

AMEX
xxxxxxxxxxxx2004 EXP:xx/xx      SWIPED
SALE
BATCH: 000627    INV: 000018
Aug 07, 13           19:16
              AUTH: 548633

AUTH/TKT 548633
SALE AMT      $25.56

              4.44
TIP      $............

             30 00
TOTAL    $............
        TIP GUIDE
   15%=3.83 20%=5.11 25%=6.39

MADELEINE LANARRE
```

```
        LA PAROLACCIA
         OSTERIA ITALIANA
CLAREMONT

                        MC #02
RFG  JOSE   08-06-2013 19:41   090278
CHECK No.6                       3CT

  1 GL RODNEY CHAND        $8.50
  1 INSALATINA             $6.25
  1 MINESTRONE             $6.95

XXXXXXXXXXXX3959
APP:134029
REF:321902400309
RECM:15
                        (
CREDIT SALE     $23.66


              8.34
Tip Amount
              ------------------


              29.00
Total Amount


   NET SALES        $21.70
   TAX1              $1.96
   TL             $23.66
   CREDT 1          $23.66

GRAZIE & ARRIVEDERCI
```



LOS ANGELES AIRPORT
RES: F90540852D6 /STDR / C

RR 160626572                          #01

MADELEINE
LAMARRE

INITIAL CHARGES
RENT RT$ 79.49 /DAY  @ 4 /DAYS  $  317.96
RENT RT$ 19.87 /HOUR @ 2 /HOURS $   39.74
SUBTOTAL 1                       $  357.70
DISCOUNT -      R 10%            $   35.77
SUBTOTAL LESS DISCOUNT      T$   321.93

CHARGES ADDED DURING RENTAL
LDW            DECLINED
LIS            DECLINED
PAI, PEC       DECLINED
PERS           DECLINED
ADDITIONAL CHARGES*         T$    34.95
* ADDITIONAL CHARGES
NEVERLOST*    $ 6.99 DY/34.95 WK
*SPECIAL NEVERLOST RATE FOR AAA

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY     T$    39.65
CA TOURISM ASSESSMENT       $      8.37
CUST FAC CHG                $     10.00
INCREASED VEH LIC RECOVERY FEE T$   .00
TAX 1 9.000% ON $   396.53  $     35.69
TAX 2 3.750% ON $     .00   $       .00
**TOTAL AMT DUE**           $    450.59
PAID BY  AMX  XXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01198 /9765447 13 N/L SLK250 CV N
LICENSE:CA 7AKV525
FUEL: FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  2078
MILES @ RENTAL: 1946
MILES DRIVEN:    132
CDP: 00014  -AAA AUTO CLUB SOUTH

RENTED:  LOS ANGELES AIRPORT
RENTAL:  08/05 /13  11:29
RETURN:  08/09 /13  13:29
RETURNED: LOS ANGELES AIRPORT
COMPLETED BY: 1500 /CALAX15

PLAN IN:   STDR   RATE CLASS: C
PLAN OUT:  STDR
FF: WN590985675

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
      by taking a brief survey:

        hertzsurvey.com

       or 1-800-278-1595

   Enter access code:   01101

---

PRCO am/pm 83155
15380 Fairfield Ranc
Chino Hills
CA 91709
Tel: 9093939146
Fax: 9095977594
Fax: 9095977594
Site Number 11901387

Trans# 077253
08/09/13 12:14

Pump  Gallons  Price
02     4.179 $ 3.859

Product        Amount
UNLEADED REGU$ 16.13

Debit Fee     $ 0.35
Total Sale    $ 16.48

DEBIT
Payment from
Primary Account
XXXXXXXXXXXXX3959
Auth #: 431799
Ref: 98480041
Resp Code: 000
Stan: 16322414271
Trace #: 00005195

SITE ID: 2970911

**Maneesh Sharma**

| | |
|---|---|
| **From:** | Joe Goldenson <jgoldenson@gmail.com> |
| **Sent:** | Wednesday, August 21, 2013 10:20 PM |
| **To:** | Maneesh Sharma |
| **Cc:** | Patrick McKinney |
| **Subject:** | August Invoice |
| **Attachments:** | Expenses 8-13.pdf; Invoice 8_13.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Maneesh and Patrick,

Here is my invoice. When I went to CIM I flew into LAX and out of Ontario. There was a $100 fee for dropping the rental care off at a different location. The airfare was also a little less from Ontario. I deducted the differences from what I am charging for the rental car and air fare. That is why the amounts are different from the receipts..

Best,

Joe

1

**Joe Goldenson, MD**
1406 Cypress Street, Berkeley, CA  94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: August 21, 2013

Billing Period:   Aug-13

Hourly rate:  $275.00  (Travel @ $137.50/hr)

**Amount to be paid this period:  $16,456.22**

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|--|-----------|--|-------|----------------|
| 8/1/13 | 4.00 | @ | $137.50 | = | $550.00 | Travel |
| 8/1/13 | 9.00 | @ | $275.00 | = | $2,475.00 | CCHCS HQ site visit |
| 8/4/13 | 5.75 | @ | $275.00 | = | $1,581.25 | Review of records and report writing |
| 8/5/13 | 4.00 | @ | $137.50 | = | $550.00 | Travel |
| 8/6/13 | 10.00 | @ | $275.00 | = | $2,750.00 | CIM site viist |
| 8/7/13 | 8.00 | @ | $275.00 | = | $2,200.00 | CIM site viist |
| 8/7/13 | 4.00 | @ | $137.50 | = | $550.00 | Travel |
| 8/11/13 | 6.00 | @ | $275.00 | = | $1,650.00 | Record review, report writing |
| 8/17/13 | 7.00 | @ | $275.00 | = | $1,925.00 | Record review, report writing |
| 8/19/13 | 3.00 | @ | $275.00 | = | $825.00 | Conference call with experts, report writing |
| 8/21/13 | 2.25 | @ | $275.00 | = | $618.75 | Report writing |
| Total | | | | | $15,675.00 | |

| **Professional Fees** | |
|-----------------------|--|
| | $15,675.00 |
| **Travel Expenses** | |
| | $781.22 |

**TOTAL DUE       $16,456.22**

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|-----|---------|-----------|-------|-------|-----------|
| 8/1/13 | | | | | | | $99.00 | | $99.00 |
| 8/5/13 | $100.80 | $40.00 | | 116.40 | | | | | $257.20 |
| 8/6/13 | $100.80 | $40.00 | | | | | | | $140.80 |
| 8/7/13 | | | 130.96 | 116.40 | $36.86 | | | | $284.22 |
| | | | | | | | | Total | $781.22 |

*$0.55/ mile



**DOUBLETREE**
BY HILTON
CLAREMONT

555 West Foothill Blvd. • Claremont, CA 91711
Phone (909) 626-2411 • Fax (909) 624-0756
Reservations:
www.doubletreeclaremont.com or 1-800-222-TREE

| Name & Address |
| --- |

GOLDENSON, JOE

1406 CYPRESS ST

BERKELEY CA 94703
United States of America

| | |
| --- | --- |
| Room | 4107/NK1D |
| Arrival Date | 8/5/2013 9:06:00 PM |
| Departure Date | 8/7/2013 |
| | |
| Adult/Child | 1/0 |
| Room Rate | 90.00 |
| | |
| Rate Plan: | LV8 |
| HH # | 861204588 SILVER |
| AL: | UA #BTP38206 |
| Car: | |

*Folio*

Confirmation Number: 80534160

8/6/2013    Page: 1

HHONORS
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 8/5/2013 | 1261519 | GUEST ROOM | $90.00 |
| 8/5/2013 | 1261519 | CITY TAX | $9.00 |
| 8/5/2013 | 1261519 | CITY TOURISM TAX | $1.80 |
| 8/6/2013 | 1261995 | GUEST ROOM | $90.00 |
| 8/6/2013 | 1261995 | CITY TAX | $9.00 |
| 8/6/2013 | 1261995 | CITY TOURISM TAX | $1.80 |
| | | WILL BE SETTLED TO MC 1735 | $201.60 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 8/5/2013 | 8/6/2013 | STAY TOTAL |
| --- | --- | --- | --- |
| ROOM AND TAX | $100.80 | $100.80 | $201.60 |
| DAILY TOTAL | $100.80 | $100.80 | $201.60 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!

| ACCOUNT NO | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| --- | --- | --- | --- |
| | | | 260812 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARDHOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | 0.00 |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

My Account › My Travel › Past Trips › Ontario/LA, CA - ONT to Oakland, CA - OAK



## Ontario/LA, CA - ONT to Oakland, CA - OAK

Save as Frequent Trip | Book This Trip | View Receipt



**How was Oakland?**

Post photos, share trips, and join the conversation at Travel    earned + 648 PTS
Guide.

✈ **Air**

**Passenger: JOSEPH GOLDENSON**          Confirmation #ARCKR8          ACCT#81676000

**AIR ITINERARY**

Flight - Wanna Get Away Fare

| AUG 7 | **Ontario/LA, CA - ONT to Oakland, CA - OAK** |
| WED | 08/07/2013 |

PRICING                                                                        🖶 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | ONT-OAK | Wanna Get Away | $100.47 |
| | | Govt. Taxes & Fees | $15.93 |

|  |  | **Dollar Total:** | **$116.40** |
|---|---|---|---|
| | **Dollar Grand Total:** | | **$116.40** |
| | **Total Points Earned:** | | **648** |

---

```
          LA PAROLACCIA
           OSTERIA ITALIANA
CLAREMONT

                        HC #02
REG  JOSE    08-06-2013 19:38   09027
CHECK No.02000006

  1  G: NERO D AVOLA       $9.00
  1  INSALATTA CARCIOFI    $9.00
  1  PENNE MARIONE        $15.50
     NET SALES            $33.50
     TAX1                  $3.02
     TOTAL             $36.52
```

```
         FastTrack Oakland
         155 98th Avenue
         USA-94603 Oakland

PS 3       08/07/13 19:31
Cashier 35
Receipt 089354

Standard Ticket
UNC - No. 087122
08/05/13 12:26 -
08/07/13 19:31 -
Period 2d7h6'
(T&F)              $29.85

Sub Total          $29.85
Tax                 $7.01
                ----------
Total              $36.86

Payment Received
MC                 $36.86
XXXXXXXXXXXXXX1735
Have a great day!
```

My Account › My Travel › Past Trips › Oakland, CA - OAK to Los Angeles, CA - LAX



## Oakland, CA - OAK to Los Angeles, CA - LAX

Save as Frequent Trip | Book This Trip | View Receipt



**How was Los Angeles?**

Post photos, share trips, and join the conversation at Travel     earned + 648 PTS
Guide.

☒Air

**Passenger: JOSEPH GOLDENSON**          Confirmation #A58KH8          ACCT#81676000

**AIR ITINERARY**

Flight - Wanna Get Away Fare

AUG 5   **Oakland, CA - OAK to Los Angeles, CA - LAX**
MON   08/05/2013

PRICING                                                            🖶 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | OAK-LAX | Wanna Get Away | $100.47 |
| | | Govt. Taxes & Fees | $18.43 |
| | | **Dollar Total: $118.90** | |

**Dollar Grand Total:**          $118.90
**Total Points Earned:**          648

---

ONTARIO INT'L AP
RES: F90/2849598 / ICPDH / C

## RR 160888836          #01
## JOE
## GOLDENSON

INITIAL CHARGES
RENT RT$ 98.49 /DAY  @ 2 /DAYS  $  196.98
SUBTOTAL 1                      $  196.98
DISCOUNT         R 10 %         $   19.70
SUBTOTAL LESS DISCOUNT       T$  177.28

CHARGES ADDED DURING RENTAL
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PERS         DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      T$   19.70
CA TOURISM ASSESSMENT         $    4.61
CF SURCHARGE                 T$    1.50
CUST FAC CHG                  $   10.00
INCREASED VEH LIC RECOVERY FEE T$   .00
TAX 1 9.000% ON $   198.48    $   17.87
TAX 2 3.750% ON $     .00     $     .00
**TOTAL AMT DUE**            $  230.96
PAID BY  MC   XXXXXXXXXXXX L735

---

**IL FORNO**
**310 450 1241**

0060  Table 302  #Party 2
OSCAR V    SvrCk: 32 18:35 08/05/13

1 BURATTA                    17.00
1 PRINCIPESSA SALA           11.00
1 MARE MONTI LING            19.00
1 MELANZANE ALLA C           12.00
1 MONTAPULCIANO D'            9.00
1 TARTUFO GELATO              5.50

                 Sub Total:  73.50
                      Tax:    6.98
08/05 19:47 **TOTAL :    80.48**

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell     847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

August 30, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the visit to Central Office in Sacramento August 1st and 2nd and for a site visit to CIM August 5th-9th.  I stayed in LA between these visits but incurred no expenses. I rented a car on August 2nd for the CIM trip but did not charge for the week ends in LA unrelated to the trip.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #9

Plata v. Davis C-01-1351
August 30, 2013

| Date | Service | Hours | Rate | Total |
|------|---------|-------|------|-------|
| 7/31/2013 | Airfare for Sac and CIM trip | | | $611.80 |
| 7/31/2013 | Rental car Central Office trip | | | $446.24 |
| 7/31/2013 | Hotel in Sac for Central Office visit | | | $219.07 |
| 7/31/2013 | meal | | | $29.10 |
| 8/1/2013 | meal | | | $22.89 |
| 8/2/2013 | gas | | | $14.04 |
| 8/2/2013 | airfare to LA | | | $230.90 |
| 8/2/2013 | Rental car for CIM trip; paid 50% as did not charge for 2 weekends use of car in LA | | | $310.30 |
| 8/5/2013 | Hotel CIM trip | | | $403.20 |
| 8/5/2013 | meal | | | $42.97 |
| 8/6/2013 | meal | | | $37.69 |
| 8/7/2013 | meal | | | $30.56 |
| 8/8/2013 | meal | | | $34.28 |
| 8/11/2013 | gas | | | $9.48 |
| 7/31/2013 | travel from Chicago to Central Office Sac | 7.5 | 137.5 | $1,031.25 |
| 8/1/2013 | Central Office visit | 9 | 275 | $2,475.00 |
| 8/2/2013 | Central Office visit | 4 | 275 | $1,100.00 |

1

| | | | | |
|---|---|---|---|---|
| 8/2/2013 | travel to LA from Central Office Sac | 3 | 137.5 | $412.50 |
| 8/5/2013 | travel from LA to CIM | 1.5 | 137.5 | $206.25 |
| 8/5/2013 | CIM site visit | 9.5 | 275 | $2,612.50 |
| 8/6/2013 | CIM site visit | 10 | 275 | $2,750.00 |
| 8/7/2013 | CIM site visit | 10 | 275 | $2,750.00 |
| 8/8/2013 | CIM site visit | 10 | 275 | $2,750.00 |
| 8/9/2013 | CIM site visit | 4 | 275 | $1,100.00 |
| 8/9/2013 | travel to LA from CIM | 2 | 137.5 | $275.00 |
| 8/12/2013 | travel to Chicago from LA | 6 | 137.5 | $825.00 |
| 8/13/2013 | reports | 7 | 275 | $1,925.00 |
| 8/14/2013 | reports | 8 | 275 | $2,200.00 |
| 8/16/2013 | reports | 8.5 | 275 | $2,337.50 |
| 8/19/2013 | reports | 9 | 275 | $2,475.00 |
| 8/20/2013 | reports | 10 | 275 | $2,750.00 |
| 8/29/2013 | reports | 2 | 275 | $550.00 |
| **TOTAL** | | | | **$32,967.52** |

2



## UNITED

### eTicket Itinerary and Receipt

PUISIS/MICHAELAMR

A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Wed | 31JUL13 | UA759W | Chicago-Ohare | 9:45 AM | San Francisco | 12:11 PM | A-320 | |
| Mon | 12AUG13 | UA684V | Los Angeles | 7:55 AM | Chicago-Ohare | 2:02 PM | A-320 | Purchase |

### Confirmation Number: JV8EQG

Party of 1
PUISIS/MICHAELAMR

| Seats | Ticket Number | Frequent Flyer |
|-------|---------------|----------------|
| --/32D | 0162373783497 | VH1332u2 |

Fare: 548.84        Tax: 62.96        Per Person: 611.80        eTicket Total: 611.80        Issue Date: July 18, 2013

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

---

SACRAMENTO INTL AP
RES: F9161767943 /ICPDA / C                    #01

RR 158069284
MICHAEL
PUISIS

INITIAL CHARGES
RENT RT$ 168.49 /DAY  @ 2 /DAYS   $   336.98
SUBTOTAL                          T$   336.98

CHARGES ADDED DURING RENTAL
LDW                      DECLINED
LIS                      DECLINED
PAI, PEC                 DECLINED
PERS                     DECLINED

SERVICE CHARGES/TAXES                T$    37.44
CONCESSION FEE RECOVERY               $     8.76
CA TOURISM ASSESSMENT                 $    20.00
TRNS&FAC FEE                          $      .00
INCREASED VEH LIC RECOVERY FEE       T$    43.06
TAX 1 11.500% ON $    374.42          $      .00
TAX 2 3.750% ON $       .00           $      .00

**TOTAL AMT DUE**                    $  446.24
PAID BY   VISA  XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01298 / 6122352 13 COROLLA
LICENSE:CA 6YYY910
FUEL:   FULL   8/8 OUT  8/8 IN
MILES CHECKIN:   8768
MILES @ RENTAL:  8633
MILES DRIVEN:     135
CDP: 00099

RENTED:   SAN FRANCISCO INTL AP
RENTAL:   07/31/13 13:32
RETURN:   08/02/13 12:44
RETURNED: SACRAMENTO INTL AP
COMPLETED BY: 2283 /CASAC11

PLAN IN:  ICPDA      RATE CLASS: C
PLAN OUT: ICPDA
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595

Enter access code:    01241

THANK YOU FOR CHOOSING
HERTZ



## Hilton Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

Room              410/K1RZ
Arrival Date      7/31/2013
Departure Date    8/2/2013      3:50:00PM

Adult/Child       1/0
Room Rate         95.00

RATE PLAN         L-G1

HH#  736265396 SILVER
AL:  UA  #03069734862
BONUS AL:                    CAR:

CONFIRMATION NUMBER : 3525385985

8/2/2013      PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/31/2013 | GUEST ROOM | GVILL | 624394 | $95.00 | | |
| 7/31/2013 | ROOM TAXES | GVILL | 624394 | $11.40 | | |
| 8/1/2013 | *GREAT AMERICAN GRILL | LINTR | 624535 | $6.27 | | |
| 8/1/2013 | GUEST ROOM | GVILL | 624768 | $95.00 | | |
| 8/1/2013 | ROOM TAXES | GVILL | 624768 | $11.40 | | |
| | WILL BE SETTLED TO VS *5239 | | | | | $219.07 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 08/01/13 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $212.80 |
| FOOD & BEVERAGE | $0.00 | $6.27 | $6.27 |
| DAILY TOTAL | $106.40 | $112.67 | $219.07 |

*You have earned approximately 2256 Hilton HHonors points and approximately
196 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted
within 72 hours of checkout. To check your ea*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 125682  A |



| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

**Good Morning!  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

THANK YOU

Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2878

Server: WADE T.                 DOB: 07/31/2013
06:25 ᵀᴹ                              07/31/2013
Table -93/1                              1/10029

SALE

VISA                                    1048598
Card #XXXXXXXXXXXX5239
Magnetic card present: PUISIS MICHAEL
Card Entry Method:  S

Approval: 08357C

              Amount:        $ 24.30
                                   480
         + Gratuity: _____
                                   2910
           = Total: _____

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Romano's Macaroni Grill
www.macaronigrill.com

Guest Copy

O387
Server: CASEY R (#194)           Rec:190
08/01/13 18:51, Swiped   T: 415 Term:  3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
OO TRANSACTION APPROVED
AUTHORIZATION #: 04335C
Reference: 0801010000387
TRANS TYPE: Credit Card SALE

CHECK:                19.39

TIP:                   3.50

TOTAL:               22.89

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

8/30/13                    Gmail - Southwest Airlines Confirmation-PUISIS/MICHAEL-Confirmation: AVM5LK

 Michael Puiss <mpuisis@gmail.com>

# Southwest Airlines Confirmation-PUISIS/MICHAEL-Confirmation: AVM5LK

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>        Fri, Aug 30, 2013 at 10:02 AM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MPUISIS@gmail.com

You're all set for your trip!



My Account | View My Itinerary Online

| Check in Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

Book a Hotel

 AIR Itinerary

**Rent Some Wheels**
Explore your destination on the perfect set of wheels.

## AIR Confirmation: AVM5LK                    Confirmation Date: 07/29/2013

Rent a Car

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| PUISIS/MICHAEL | - None Entered - | 5262147388014 | Jul 29, 2014 | 0 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Aug 2 | 2798 | Depart **SACRAMENTO CA (SMF)** on Southwest Airlines at **3:25 PM** Arrive in **LOS ANGELES INTL (LAX)** at **4:50 PM** Travel Time 1 hrs 25 mins Business Select |

### What you need to know to travel:
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 230.90

Carry-on Items: 1 Bag + small personal item are free see full details. Checked items: First and second bags are free, size and weight limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

## Important Reminders:

### Check-In

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School ✈

 Get EarlyBird
Check-In™ Details ✈

## Cost and Payment Summary

AIR - AVM5LK

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 204.65 | |
| Excise Taxes | $ | 15.35 | Payment Type: Visa XXXXXXXXXXXX5239 |
| Segment Fee | $ | 3.90 | Date: Jul 29, 2013 |
| Passenger Facility Charge | $ | 4.50 | Payment Amount: $230.90 |
| September 11th Security Fee | $ | 2.50 | |
| **Total Air Cost** | **$** | **230.90** | |

 **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.



Get exclusive travel deals straight to your desktop or iPhone.

**Subscribe Now** ✈                     **Download DING!** ✈

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check-In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

| Privacy Policy | Customer Service Commitment | Contact Us |
|---|---|---|
| Notice of Incorporated Terms | FAQs | |

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

https://mail.google.com/mail/ca/u/0/?ui=2&ik=a64cd46b21&view=pt&search=inbox&msg=140cfbf84c1797e5

THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | 159360670 |
|---|---|
| Date: | 08/12/2013 |
| Document: | 903001309233 |

Renter:            MICHAEL PUISIS
Account No.:       ************5239 VIS

Direct All Inquiries To:
   THE HERTZ CORPORATION
   PO BOX 26120
   OKLAHOMA CITY, OK 73126-0120


MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202


**RENTAL REFERENCE**
Rental Agreement No: 159360670
Reservation ID:     F9161691688
Frequent Traveler:  ZE1

**RENTAL DETAILS**
Rate Plan:    IN: WEBW    OUT: WEBW
Rented On:    08/02/2013 17:50   LOC# 110115
              LOS ANGELES AP, CA
Returned On:  08/12/2013 05:29   LOC# 110115
              LOS ANGELES AP, CA
Car Description:       SIR CRUZE 4D 6ZCH173
Veh. No.:             2806842
CAR CLASS Charged: C      MILEAGE    In: 13,383
          Rented:  C4                Out: 12,629
          Reserved: C               Driven:  754

**MISCELLANEOUS INFORMATION**
CC AUTH: 05222C  DATE: 2013/08/02  AMT:  821.00
CC AUTH: 05222C  DATE: 2013/08/12  AMT:  621.00

**RENTAL CHARGES**
| WEEKS | 1 @ | 345.49 | 345.49 |
|---|---|---|---|
| EXTRA DAYS | 3 @ | 49.36 | 148.08 |
| SUBTOTAL | | | 493.57 |

| CONCESSION FEE RECOVERY | | 54.84 |
|---|---|---|
| CA TOURISM FEE | | 12.83 |
| CUSTOMER FACILITY CHARGE | | 10.00 |
| TAX | 9.00% | 49.36 |

TOTAL CHARGES                    620.60 USD

*Did NoT Bill*
*8/2; 8/3; 8/4;  8/10; 8/11*

*@ 50% = $310.³⁰*

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ


ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | 159360670 |
|---|---|
| Date: | 08/12/2013 |
| Document: | 903001309233 |

Renter:          MICHAEL PUISIS
Account No.:     ************5239 VIS

Phone:      800-654-4173
Web:        www.hertz.com

GCM144        0090 GC

| TOTAL CHARGES | 620.60 USD |
|---|---|

**DOUBLETREE**
BY HILTON
CLAREMONT

555 West Foothill Blvd. • Claremont, CA 91711
Phone (909) 626-2411 • Fax (909) 624-0756
Reservations:
www.doubletreeclaremont.com or 1-800-222-TREE

| Name & Address |
| --- |

PUISIS, MICHAEL

932 WESLEY AVE

EVANSTON IL 60202
United States of America

| | |
| --- | --- |
| Room | 3111/NK1D |
| Arrival Date | 8/5/2013 5:38:00 PM |
| Departure Date | 8/9/2013 |
| Adult/Child | 1/0 |
| Room Rate | 90.00 |
| Rate Plan: | GV6 |
| HH # | 736265396 SILVER |
| AL: | DL #2042493151 |
| Car: | |

*Folio*

Confirmation Number: 80534160

8/8/2013     Page: 1


HHONORS
HILTON WORLDWIDE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 8/5/2013 | 1261471 | GUEST ROOM | $90.00 |
| 8/5/2013 | 1261471 | CITY TAX | $9.00 |
| 8/5/2013 | 1261471 | CITY TOURISM TAX | $1.80 |
| 8/6/2013 | 1261954 | GUEST ROOM | $90.00 |
| 8/6/2013 | 1261954 | CITY TAX | $9.00 |
| 8/6/2013 | 1261954 | CITY TOURISM TAX | $1.80 |
| 8/7/2013 | 1262416 | GUEST ROOM | $90.00 |
| 8/7/2013 | 1262416 | CITY TAX | $9.00 |
| 8/7/2013 | 1262416 | CITY TOURISM TAX | $1.80 |
| 8/8/2013 | 1262917 | GUEST ROOM | $90.00 |
| 8/8/2013 | 1262917 | CITY TAX | $9.00 |
| 8/8/2013 | 1262917 | CITY TOURISM TAX | $1.80 |
| | | WILL BE SETTLED TO VS 5239 | $403.20 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 8/5/2013 | 8/6/2013 | 8/7/2013 | 8/8/2013 |
| --- | --- | --- | --- | --- |
| ROOM AND TAX | $100.80 | $100.80 | $100.80 | $100.80 |
| DAILY TOTAL | $100.80 | $100.80 | $100.80 | $100.80 |

EXPENSE REPORT SUMMARY

| | STAY TOTAL |
| --- | --- |
| ROOM AND TAX | $403.20 |
| DAILY TOTAL | $403.20 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

CONRAD

Hilton

HOME

Hilton
Grand Vacations

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| --- | --- | --- | --- |
| | | | 260813 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE
X | | TOTAL AMOUNT | 0.00 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     **PAYMENT DUE UPON RECEIPT**

UNION ON YALE
232 Yale Ave.
909-447-4142

Server: Alexander       DOB: 08/05/2013
07:03 PM                      08/05/2013
Table 57/1                        2/20010

SALE

VISA                          1048587
Card #XXXXXXXXXXXX5239
Magnetic card present: Yes
Card Entry Method: S

Approval: 04371C

Amount:     $ 35.97

+ Tip: _____7⁹⁷

= Total: 42⁹⁷

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Merchant Copy

---

# LA PAROLACCIA
### OSTERIA ITALIANA

CLAREMONT

                                    MC #02
REG  JOSE     08-06-2013 19:42    090260
CHECK No.01000006               1CT

  1   INSALAT SPINAC        $8.50
  1   SALMONE              $21.95

XXXXXXXXXXXX5239
APP:00451C
REF:321902202191
REC#:17

CREDIT SALE    $33.19

Tip Amount    450

Total Amount  37⁶⁹

      NET SALES      $30.45
      TAX1            $2.74
      TL
      CREDT 1        $33.19
                     $33.19

# GRAZIE & ARRIVEDEr

KAZAMA SUSHI
101 N INDIAN HILL BLVD
CLAREMONT, CA 91711
909-450-2505

TERMINAL ID.:            0002

VISA
************5239 EXP:**/**    SWIPED
SALE
BATCH: 000627    INV: 000017
Aug 07, 13         19:15
          AUTH: 08816C

AUTH/TKT 08816C

SALE AMT      $25.56

                 5 w
TIP       $_____
                 30 56

TOTAL     $_____

        TIP GUIDE
15%=$3.83  20%=$5.11  25%=$6.39

      *** DUPLICATE ***

      THANK YOU!


        CUSTOMER COPY


TRANSACTION RECORD

CASABLANCA
Mediterranean
Bar & Grill

CARD TYPE:VISA EFT
No.:************5239
ENTRY:SWIPED
AUTHORIZATION:01582C
TERMINAL:3
REFERENCE:179724

PURCHASE      $29.28

TIP          5

TOTAL        34 28

          THANK YOU
    AUGUST  8,2013 19:50:43
    Server's name : 13-IMAD

        CUSTOMER COPY