IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER EXTENDING MEET-AND-CONFER PROCESS |

On September 24, 2013, this Court ordered the parties to participate in a meet-and-confer process facilitated by the Honorable Peter Siggins. Based on Justice Siggins's confidential report and recommendations, the Court now extends the meet-and-confer process to **November 18, 2013**. On or before that date, Justice Siggins will provide a further informal report to this Court as to the status of the discussions and provide his recommendations for future actions by this Court or the parties. The deadline to achieve the ordered reduction in population is extended accordingly, to **February 24, 2014**, again

1 without prejudice to the parties' filing a joint request for a further extension or the Court so
2 ordering.

3

4 **IT IS SO ORDERED.**

6 Dated:   10/21/13

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

10 Dated:   10/21/13

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

14 Dated:   10/21/13

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA