KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:   (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PROTECTIVE NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**To: Three-Judge Court** |

Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Jeffrey Beard, Michael Cohen, and Cliff Allenby file this protective appeal to the United States Court of Appeals for the Ninth Circuit from the Three-Judge Court's September 24, 2013 Order to Meet and Confer ("Order"), which enjoins Defendants from "entering into any contracts or other arrangements to lease additional capacity in out-of-state facilities or otherwise increase the number of inmates who are housed in out-of-state facilities," Order at 3, notwithstanding recently enacted law that provides Defendants with such powers.  S.B. 105 sec. 17(a), (c) § 1191(a), (c), 2013-14 Reg. Sess. (2013).  This protective appeal is being filed—and will be perfected only—if the Supreme Court holds that it has no jurisdiction (and the Supreme Court does have jurisdiction).  This appeal is taken under 28 U.S.C. § 1292(a).

DATED: October 24, 2013            HANSON BRIDGETT LLP


By:      /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants

DATED: October 24, 2013            KAMALA D. HARRIS
Atorney General of the State of California


By:      /s/ Patrick R. McKinney
PATRICK R. MCKINNEY
Deputy Attorney General
Attorneys for Defendants

**No. _____**

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants-Appellants. | No. 2:90-cv-0520 LKK JFM <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al. <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> EDMUND G. BROWN JR., et al. <br><br> Defendants-Appellants. | No. C 01-1351 TEH <br><br> **THREE-JUDGE COURT** |

On Appeal from the United States District Court
for the Eastern District of California
No. S:90-cv-0520 LKK
and the Northern District of California
No. C 01-1351 TEH
Three-Judge Court

The Honorable Thelton E. Henderson, Lawrence K. Karlton,
and Stephen Reinhardt, Presiding.

## REPRESENTATION STATEMENT

---

- 1 -

| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of the State of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS<br>  State Bar No. 166884<br>PATRICK McKINNEY<br>  State Bar No. 215228<br>MANEESH SHARMA<br>  State Bar No. 280084<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5500<br>  Facsimile:  (415) 703-5843<br>  Email:   Patrick.McKinney@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER<br>PAUL B. MELLO<br>  State Bar No. 179755<br>WALTER R. SCHNEIDER<br>  State Bar No. 173113<br>SAMANTHA D. WOLFF<br>  State Bar No. 240280<br>MEGAN OLIVER THOMPSON<br>  State Bar No. 256654<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777--3200<br>  Facsimile:(415) 541-9366<br>  pmello@hansonbridgett.com |

*Attorneys for Defendants-Appellants Edmund G. Brown Jr., et al.*

The undersigned represent Defendants Edmund G. Brown Jr., John Chiang, Jeffrey Beard, Michael Cohen, and Cliff Allenby.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district courts' dockets also includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and

/ / /

/ / /

/ / /

- 2 -

5920663.1

"miscellaneous" individuals who are not included on the attached service list.

DATED: October 24, 2013  HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL MELLO
Attorneys for Defendants-Appellants
Gov. Edmund G. Brown Jr., et al.

DATED: October 24, 2013  KAMALA D. HARRIS
Attorney General of the State of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
Attorneys for Defendants-Appellants
Gov. Edmund G. Brown Jr., et al.

Service List

| | |
|---|---|
| Michael Bien<br>Ernest Galvan<br>Rosen Bien Galvan & Grunfeld, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>Email: MBien@rbgg.com<br>(Attorneys for Plaintiffs) | Donald Specter<br>Steven Fama<br>Kelly Jean Knapp<br>Warren George<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>(Attorneys for Plaintiffs) |
| Edward P. Sangster<br>K&L Gates LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br>Email: ed.sangster@klgates.com<br>(Attorney for Plaintiffs) | Claudia Center<br>Legal Aid Society<br>Employment Law Center<br>600 Harrison Street<br>Suite 120<br>San Francisco, CA 94107<br>Phone: (415) 864-8848<br>Fax: (415) 864-8199<br>Email: ccenter@las-elc.org<br>(Attorney for Plaintiffs) |
| Stuart Christopher Plunkett<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Email: SPlunkett@mofo.com<br>(Attorney for Plaintiffs) | Martin H. Dodd<br>Futterman Dupree Dodd Croley Maier LLP<br>180 Sansome Street, 17th Floor<br>San Francisco, CA 94104<br>Email: Martin@dfdlaw.com<br>(Attorney for Receiver Kelso) |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way<br>Suite 301<br>Providence, RI 02908<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>(Special Master) | |

No. _____

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants-Appellants. | No. 2:90-cv-0520 LKK JFM<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.<br><br>    Defendants-Appellants. | No. C 01-1351 TEH<br><br>**THREE-JUDGE COURT** |

## STATEMENT OF RELATED CASES

To the best of our knowledge, there are three related cases: *Coleman v. Brown*, No. 13-15931; *Coleman v. Brown*, No. 13-16637; *Plata v. Brown*, No. 13-15466.

| | |
|---|---|
| Dated:     October 24, 2013 | Respectfully Submitted, |
| KAMALA D. HARRIS<br>Attorney General of California | HANSON BRIDGETT LLP |
| */s/ Patrick R. McKinney* | */s/ Paul B. Mello* |
| PATRICK R. McKINNEY<br>Supervising Deputy Attorney General | PAUL B. MELLO |
| *Attorneys for Defendants-Appellants Gov. Edmund G. Brown Jr., et al.* | |

- 1 -

5920929.1