IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

        Plaintiffs,

v.

EDMUND G. BROWN JR., et al.,

        Defendants.

NO. C01-1351 TEH

ORDER TO DEPOSIT FUNDS

To ensure that sufficient funds remain on deposit in the Court's registry to pay court expert expenses, and given Defendants' inability to make deposits by wire and the Court's finance procedures governing waiting periods on paper check deposits, IT IS HEREBY ORDERED that Defendants shall deposit an additional $300,000 into the Court's registry within forty-five days of the date of this order. IT IS FURTHER ORDERED that, within forty-five days of the entry of each order approving payment, Defendants shall deposit into the registry the full amount paid by the order. Any funds remaining in the registry at the conclusion of this case, including any earned interest, will be returned to Defendants.

**IT IS SO ORDERED.**

Dated: 10/31/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT