

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

November 6, 2013

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN and Michael Puisis, D.O.:

(1) Ms. LaMarre, invoice dated 10/14/13, professional fees and expenses: $5,250.00; and

(2) Dr. Puisis, invoice dated 10/30/13, professional fees and expenses: $29,801.34.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

**APPROVED:**

Thelton E. Henderson
United States District Judge
11/07/13

Enclosures

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

cc:

Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)

The Honorable Thelton E. Henderson
November 6, 2013
Page 2

Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40812837.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

October 14, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre    Tax ID #32-0079309**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 9/3/2013 | 2.75 | Preparation for and conference calls with Mike Puisis, and Judge Henderson et al., CCWF Report |
| 9/4/2013 | 9.50 | CCWF Final Draft Report |
| 9/5/2013 | 7.50 | CCWF Final Draft Report |
| 9/27/2013 | 2.00 | CIM report |
| 9/30/2013 | 4.50 | CIM report |
| Total Professional Hours | 26.25 | |
| Total at Hourly Rate of $200.00 | $5,250.00 | |

| Professional Fees | $5,250.00 | |
|---|---|---|
| Total Due | $5,250.00 | |

1

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

October 30, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the visit to CSP-SAC on October 7, 2013 to October 11, 2013.   This is a re-submission as I failed to include a $35 taxi fee on the prior invoice.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #10
Plata v. Davis C-01-1351
October 30, 2013

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 10/6/2013 | Taxi to airport | | | $35.00 |
| 10/6/2013 | Airfare for SAC trip | | | $496.80 |
| 10/6/2013 | Rental car SAC trip | | | $384.91 |
| 10/6/2013 | Hotel in SF airport | | | $125.32 |
| 10/7/2013 | Hotel in Folsom for SAC trip including breakfast M-Th | | . | $486.56 |
| 10/6/2013 | meal | | | $40.00 |
| 10/7/2013 | breakfast | | | $8.36 |
| 10/7/2013 | meal-dinner | | | $39.48 |
| 10/8/2013 | meal-dinner | | | $40.00 |
| 10/9/2013 | meal-dinner | | | $40.00 |
| 10/10/2013 | meal-dinner | | | $40.00 |
| 10/11/2013 | meal-breakfast | | | $14.91 |
| 10/1/2013 | review of policies | 6 | 275 | $1,650.00 |
| 10/2/2013 | chart reviews | 7.5 | 275 | $2,062.50 |
| 10/3/2013 | chart reviews | 7.5 | 275 | $2,062.50 |
| 10/4/2013 | chart reviews | 8 | 275 | $2,200.00 |
| 10/6/2013 | travel | 6 | 137.5 | $825.00 |
| 10/7/2013 | SAC tour | 10 | 275 | $2,750.00 |
| 10/8/2013 | SAC tour | 10 | 275 | $2,750.00 |
| 10/9/2013 | SAC tour | 10 | 275 | $2,750.00 |
| 10/10/2013 | SAC tour | 10 | 275 | $2,750.00 |
| 10/11/113 | SAC tour | 3 | 275 | $825.00 |

1

| 10/11/2013 | travel | 7 | 137.5 | $962.50 |
|---|---|---|---|---|
| 10/14/2013 | SAC report | 9 | 275 | $2,475.00 |
| 10/17/2013 | SAC report and call with Receiver | 8.5 | 275 | $2,337.50 |
| 10/18/2013 | Expert conference call and Report | 3 | 275 | $825.00 |
| 10/29/2013 | SAC report | 3 | 275 | $825.00 |
| TOTAL | | | | $29,801.34 |

2



#01

SAN FRANCISCO INTL AP
RR F95232327 / WEBW / C

RR 195133735
MICHAEL
PUISIS

RENTAL CHARGES
RENT RTS 288.49 /WEEK @ 1 /WEEKS  $   288.49
SUBTOTAL                          TS   288.49

CHARGES ADDED DURING RENTAL
FPO                    DECLINED
LIS                    DECLINED
PAI                    DECLINED
PEC                    DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY            TS    32.05
CA TOURISM ASSESSMENT             $      7.50
CUSTOMER FAC FEE                  $     20.00
CA/SAN FRAN VEH LIC RECOVERY FEE  TS
TAX 1 11.100% ON $          320.54       36.87
TAX 2 3.750% ON $            .00          .00
TOTAL AMT DUE                     $     344.91

PAID BY  VISA  XXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01298 /G237424 12 SIR MALIBU 2.45
LICENSE: CA 6XKC290
MILES IN:    FULL  8/8 OUT 8/8 IN
MILES CHECKIN:     28821
MILES @ RENTAL:    28505
MILES DRIVEN:      316
COD: 00099

RECED:    SAN FRANCISCO INTL AP
RENTAL:   10/06/13 18:24
RETURN:   10/11/13 12:06
RETURNED: SAN FRANCISCO INTL AP
COMPLETED BY: 1203/CASFO15

PUSH IN:    WEBW   RATE CLASS: C
PUSH OUT:   WEBW
FS:         ZE1

** A MESSAGE FROM HERTZ **

YOUR CREDIT CARD ON FILE... IS
EXPIRING SOON (AND YOUR GOLD SERVICE
COULD BE INTERRUPTED) TO UPDATE IT,
GO TO MY ACCOUNT ON HERTZ.COM.

** LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

or 1-800-278-1595
enter access code:    01241

THANK YOU FOR CHOOSING

HERTZ

Hertz Hertz Hertz Hertz Hertz Hertz Hertz

---

**UNITED**      eTicket Itinerary and Receipt      A STAR ALLIANCE MEMBER ✷

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Sun | 06OCT13 | UA16700 | Chicago-Ohare | 7:09 PM | San Francisco | 5:50 PM | 737-900 | Purchase |
| Fri | 11OCT13 | UA12582 | San Francisco | 2:28 PM | Chicago-Ohare | 8:56 PM | 737-900 | Purchase |

**PUISIS/MICHAELAMR**

Party of 1                    Seats          **Confirmation Number: DSE27N**
PUISIS/MICHAELAMR             21B/27D        Ticket Number        Frequent Flyer
                                             01623788944540       YB 32282

Fare: 441.85   Tax: 54.94   Per Person: 436.89   eTicket Total: 436.89   Issue Date: September 03, 2013
Method of Payment: Visa XXXXXXXXXXXX5239
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

STAPLE
HERE
INSERT
Do not expose to excessive heat or direct sunlight.
PRINTED IN U.S.A BY UTL, DALLAS TX  REV 2/12  CF054  RGN7/11



**DOUBLETREE**
BY HILTON™
SAN FRANCISCO AIRPORT

835 Airport Blvd. • Burlingame, CA 94010
Phone: (650) 344-5500  •  Fax: (650) 340-8851
For reservations across the nation
www.doubletree.com or 1 800 222 TREE

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Room | 827/ND2D |
| Arrival Date | 10/6/2013    7:58:00PM |
| Departure Date | 10/7/2013 |
| Adult/Child | 1/0 |
| Room Rate | $111.00 |

RATE PLAN        S-GVT
HH# 756286396 SILVER
AL        DL #2042493151
BONUS AL #2042493151        CAR

Confirmation: 85034147

10/7/2013      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/6/2013 | 4597137 | GUEST ROOM | $111.00 |
| 10/6/2013 | 4597137 | CITY TAX | $13.32 |
| 10/6/2013 | 4597137 | TOURISM ASSESSMENTS | $1.00 |
| | | WILL BE SETTLED TO VS *5239 | $125.32 |
| | | EFFECTIVE BALANCE OF | $0.00 |

ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

*Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!*

## EXPRESS CHECK-OUT

**Good Morning !**  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.
* Please review this statement. It is a record of your charges as of late last evening.
* For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed or e-mailed to you within two business days.

Simply call extension **169** from your room and follow the automated instructions or call the Front Desk and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| | 967113 | A |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

T H A N K

Y O U



**Hilton Garden Inn**
Folsom

221 Iron Point Road • Folsom, CA 95630
Phone (916) 353-1717 • Fax (916) 353-1021
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address |
| --- |

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

Room           213/K1
Arrival Date    10/7/2013    6:27:00PM
Departure Date  10/11/2013

Adult/Child     1/0
Room Rate       102.00

RATE PLAN       L-GV
HH#  736265396 SILVER
AL:     UA   #03069734862
BONUS AL:           CAR:

CONFIRMATION NUMBER : 3540517091

10/11/2013     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 10/7/2013 | 945451 | GUEST ROOM | $102.00 |
| 10/7/2013 | 945451 | ROOM TAXES | $12.31 |
| 10/8/2013 | 945684 | GUEST ROOM | $102.00 |
| 10/8/2013 | 945684 | ROOM TAXES | $12.31 |
| 10/9/2013 | 945783 | *GREAT AMERICAN GRILL | $14.91 |
| 10/9/2013 | 945897 | GUEST ROOM | $102.00 |
| 10/9/2013 | 945897 | ROOM TAXES | $12.31 |
| 10/10/2013 | 946020 | *GREAT AMERICAN GRILL | $14.41 |
| 10/10/2013 | 946158 | GUEST ROOM | $102.00 |
| 10/10/2013 | 946158 | ROOM TAXES | $12.31 |
| | | WILL BE SETTLED TO VS *5239 | $486.56 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/07/13 | 00:00:00 13 | 12:00:00AM 013 | 12:00:00AM13 | STAY TOTAL |
| --- | --- | --- | --- | --- | --- |
| ROOM & TAX | $114.31 | $114.31 | $114.31 | $114.31 | $457.24 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $14.91 | $14.41 | $29.32 |
| DAILY TOTAL | $114.31 | $114.31 | $129.22 | $128.72 | $486.56 |

### Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
• Please review this statement. It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO/CHECK NO 210517 | |
| --- | --- | --- |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC | | |
| TOTAL AMOUNT | 0.00 | |

THANK

YOU



```
        Il Fornaio Cucina Italiana
             327 Lorton Avenue
           Burlingame, CA  94010
               (650) 375-8000
Date:           Oct06'13 07:40PM
Card Type:      Visa
Acct #:         XXXXXXXXXXXX5239
Card Entry:     SWIPED
Trans Type:     PURCHASE
Trans Key:      CIC008996566298
Auth Code:      01503C
Check:          770
Table:          55/1
Server:         33852 JOSE C

Subtotal:            41.18

Gratuity

Total                49.18

* * * *  GUEST Copy  * * * *
```

charge 40⁰⁰

American Taxi

R E C E I P T

DATE 10/6/13
AMOUNT 35⁰⁰
FROM ALPORT
TO

NAME
FROM
TO
CAB NUMBER

NORTHWEST
SUBURBS                (847) 253-4411
WEST & SOUTH
SUBURBS                (708) 424-7878
LAKE COUNTY
NORTH
SUBURBS                (847) 566-3131
                       (847) 673-1000
DUPAGE CO. EAST  (630) 920-9460
DUPAGE CO. WEST  (630) 305-0700

```
* THANK YOU *
* THE DOUBLETREE SFO *
* 37 NORTH *
CHECK:          1354
TABLE:          8/2
SERVER:         2 BUTCH
DATE:           OCT07'13 7:42AM
CARD TYPE:      VISA
ACCT #:         XXXXXXXXXXXX5239
EXP DATE:       XX/XX
AUTH CODE:      07283C
                MICHAEL PUISIS

SUBTOTAL:            7.36
TIP:
TOTAL:
        CUSTOMER SIGNATURE
I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
        AGREEMENT
* PLEASE KEEP SECOND COPY *
```

# SCOTT'S
# SEAFOOD

**SCOTT'S SEAFOOD**
9611 Greenback Lane
Folsom , Ca. 95630
PHONE (916) 989-6711
Date:              Oct07'13 08:06PM
Card Type:    Visa /Mc
Acct #:         XXXXXXXXXXXX5239
Card Entry:   SWIPED
Trans Type:  PURCHASE
Auth Code:    09544C
Check:          2368
Table:          32/1
Server:         7012 PM Bar

Subtotal:              33.48
Customer COPY
                             6
Tip _____

Total _____ 39 48

**Customer
Copy**

---

**SCOTT'S SEAFOOD**
9611 Greenback Lane
Folsom , Ca. 95830
PHONE (916) 989-6711
Date:              Oct08'13 08:05PM
Card Type:    Visa /Mc
Acct #:         XXXXXXXXXXXX5239
Card Entry:   SWIPED
Trans Type:  PURCHASE
Auth Code:    06458C
Check:          2508
Table:          41/3
Server:         5 Jacob S

Subtotal:              39.42
Customer COPY
                             8
Tip _____

Total _____ 47 42

**Customer
Copy**

charge
$40

---

**SCOTT'S SEAFOOD**
9611 Greenback Lane
Folsom , Ca. 95630
PHONE (916) 989-6711
Date:              Oct09'13 07:47PM
Card Type:    Visa /Mc
Acct #:         XXXXXXXXXXXX5239
Card Entry:   SWIPED
Trans Type:  PURCHASE
Auth Code:    07721C
Check:          2824
Table:          32/2
Server:         7012 PM Bar

Subtotal:              36.72
Customer COPY
                             7
Tip _____

Total _____ 43 72

charge
$40 00

**Customer
Copy**

# SCOTT'S
## SEAFOOD

SCOTT'S SEAFOOD
9611 Greenback Lane
Folsom , Ca. 95630
PHONE (916) 989-6711

Date:          Oct10'13 07:13PM
Card Type:     Visa /Mc
Acct #:        XXXXXXXXXXX5239
Card Entry:    SWIPED
Trans Type:    PURCHASE
Auth Code:     09819C
Check:         2719
Table:         47/1
Server:        67 Janelle

Subtotal:          37.80
Customer COPY

Tip ____ 6 80

Total ____ 43 80

**Customer Copy** *Charge $40*



*breakfast*

# Hilton
# Garden Inn

221 Iron Point Rd
Folsom CA. 95530
Date:        Oct11'13 07:40AM
Card Type:   Visa/M.C.
Acct #:      XXXXXXXXXXX5239
Exp Date:    XX/XX
Auth Code:   00507C
Check:       3347
Table:       7/5
Server:      309 Alison

Subtotal:        12.91

Tip:_____ 2

Total:_____ 14 91

I Agree To Pay Above Total
According To My Card Issuer
Agreement.

** Customer Copy **