

KAMALA D. HARRIS
*Attorney General*

State of California
DEPARTMENT OF JUSTICE

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

December 6, 2013

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 11/13/13, professional fees and expenses: $23,899.69; and

(2) Dr. Goldenson, invoice dated 11/11/13, professional fees and expenses: $15,692.21.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

APPROVED 12/09/2013
Judge Thelton E. Henderson

The Honorable Thelton E. Henderson
December 6, 2013
Page 2

cc:
    Madeleine LaMarre MN (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40836423.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

November 13, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre   Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| 10/3/2013 | 5.50 | CCWF Final report, conference calls with Starr Babcock and Joe Goldenson |
| 10/4/2013 | 5.50 | CIM Report, conference call with Starr Babcock |
| 10/6/2013 | 3.50 | Finalizing CCWF Draft Report |
| 10/7/2013 | 10.00 | SAC Site Visit, Meeting with the OIG |
| 10/8/2013 | 10.00 | SAC Site Visit |
| 10/9/2013 | 10.00 | SAC Site Visit |
| 10/10/2013 | 10.00 | SAC Site Visit |
| 10/11/2013 | 3.00 | SAC Site Visit, SAC Report |
| 10/15/2013 | 1.50 | CCWF Report Revisions |
| 10/17/2013 | 0.50 | Conference call with Clark Kelso et al. and court experts |
| 10/18/2013 | 8.00 | CIM Report |
| 10/26/2013 | 8.00 | CIM Report |
| 10/28/2013 | 8.00 | CIM Report, conference call with OIG, email correspondence with Jared Goldman |
| 10/29/2013 | 7.00 | SAC Report, Review of OIG audit methodology |
| 10/30/2013 | 7.50 | SAC Report, Review of OIG audit methodology |
| 10/31/2013 | 8.00 | SAC Report |
| Total Professional Hours | 106.00 | |
| Total at Hourly Rate of $200.00 | $21,200.00 | |

**Travel Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| 10/7/2013 | 5.5 | Travel from Albuqueque to San Francisco |
| 10/11/2013 | 8.0 | Travel from San Francisco to Albuquerque |
| Total Travel Hours | 13.5 | |
| Total at Hourly Rate of $100 | $1,350.00 | |

**Expenses:**

| Date | Expense | Description |
| --- | --- | --- |
| 10/6/2013 | $474.60 | Airfare from Albuquerque to San Francisco |
| | $125.32 | Hotel |

1

|            | $43.63   | Meals (Less than billed amount) |
|            | $5.00    | Tolls |
| 10/7/2013  | $114.31  | Hotel |
|            | $68.00   | Meals (Less than billed amount) |
| 10/8/2013  | $114.31  | Hotel |
|            | $50.00   | Meals (Less than billed amount) |
| 10/9/2013  | $114.31  | Hotel |
|            | $45.00   | Meals (Less than billed amount) |
| 10/10/2013 | $114.31  | Hotel |
|            | $51.00   | Meals (Less than billed amount) |
| 10/11/2013 | $4.00    | Tolls |
|            | $25.90   | Meals |
| **Total Expenses** | $1,349.69 | |

| Professional Fees | $21,200.00 |
|---|---|
| Travel Fees | $1,350.00 |
| Expenses | $1,349.69 |
| Total Due | $23,899.69 |

2

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: November 11, 2013
Billing Period: Oct-13
Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period: $15,692.21

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 10/5/13 | 5.50 @ | $275.00 = | $1,512.50 | Report writing |
| 10/7/13 | 2.00 @ | $137.50 = | $275.00 | Travel |
| 10/7/13 | 5.00 @ | $275.00 = | $1,375.00 | Site visit - SAC |
| 10/8/13 | 10.00 @ | $275.00 = | $2,750.00 | Site visit - SAC |
| 10/9/13 | 10.00 @ | $275.00 = | $2,750.00 | Site visit - SAC |
| 10/9/13 | 2.00 @ | $137.50 = | $275.00 | Travel |
| 10/11/13 | 1.00 @ | $275.00 = | $275.00 | Report writing |
| 10/17/13 | 0.50 @ | $275.00 = | $137.50 | Conference call with Receiver |
| 10/18/13 | 1.50 @ | $275.00 # | $412.50 | Conference call with Starr Babcock |
| 10/19/13 | 5.50 @ | $275.00 = | $1,512.50 | Report writing |
| 10/20/13 | 6.00 @ | $275.00 = | $1,650.00 | Report writing |
| 10/21/13 | 3.00 @ | $275.00 = | $825.00 | Conference call with OIG, report writing |
| 10/26/13 | 5.50 @ | $275.00 = | $1,512.50 | Report writing |
| Total |  |  | $15,262.50 |  |

| Professional Fees | $15,262.50 |
|---|---|
| Travel Expenses | $429.71 |
| **TOTAL DUE** | **$15,692.21** |

*[signed] Jo Goldenson*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/13 | $114.31 | $40.00 | | | | | $110.00 | | $264.31 |
| 10/8/13 | $114.31 | $51.09 | | | | | | | $165.40 |

Total $429.71

*$0.55/ mile