

**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

December 12, 2013

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 12/3/13, professional fees and expenses: $11,950.00;

(2) Dr. Puisis, invoice dated 12/2/13, professional fees and expenses: $4,950.00; and

(3) Dr. Goldenson, invoice dated 12/1/13, professional fees and expenses: $8,305.00.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

Enclosures

APPROVED:

Dated: 12/16/13

Thelton E. Henderson
United States District Judge

The Honorable Thelton E. Henderson
December 12, 2013
Page 2

cc:
    Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
    Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40840351.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

December 3, 2013

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre   Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 11/1/2013 | 6.50 | SAC Report |
| 11/11/2013 | 8.50 | SAC Report |
| 11/12/2013 | 8.00 | SAC Report |
| 11/14/2013 | 2.50 | Participation in OIG nurse interviews |
| 11/15/2013 | 8.50 | SAC Report |
| 11/18/2013 | 2.50 | CIM Final Draft Review |
| 11/19/2013 | 8.50 | CIM Final Draft Review, conference calls with Starr Babcock and Court Medical Experts |
| 11/20/2013 | 4.50 | CIM Report |
| 11/25/2013 | 8.00 | CIM Final Draft, Proposal to assist CCHCS/OIG |
| 11/26/2013 | 2.25 | Proposal to assist CCHCS/OIG |
| Total Professional Hours | 59.75 | |
| Total at Hourly Rate of $200.00 | $11,950.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| | | |
| | | |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | $0.00 | |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $11,950.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $11,950.00 | |

1

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #11
Plata v. Davis C-01-1351
December 2, 2013

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 11/12/2013 | OIG interviews | 7 | 275 | $1,925.00 |
| 11/13/2013 | OIG interviews | 3.5 | 275 | $962.50 |
| 11/17/2013 | CIM report | 3 | 275 | $825.00 |
| 11/19/2013 | Expert conference call | 2 | 275 | $550.00 |
| 11/21/2013 | OIG interviews | 1 | 275 | $275.00 |
| 11/22/2013 | CIM report | 1.5 | 275 | $412.50 |
| TOTAL | | | | $4,950.00 |

1

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: December 1, 2013

Billing Period: Nov-13

Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:   $8,305.00

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 11/12/13 | 7.00 | @ | $275.00 | = | $1,925.00 | OIG physician interviews |
| 11/13/13 | 1.50 | @ | $275.00 | = | $412.50 | OIG physician interviews |
| 11/16/13 | 8.00 | @ | $275.00 | = | $2,200.00 | Report writing |
| 11/17/13 | 6.45 | @ | $275.00 | = | $1,773.75 | Report writing |
| 11/19/13 | 2.00 | @ | $275.00 | = | $550.00 | Conference call with Starr Babcock, experts |
| 11/21/13 | 2.25 | @ | $275.00 | = | $618.75 | OIG physician interviews |
| 11/30/13 | 3.00 | @ | $275.00 | = | $825.00 | Report writing |
| Total | | | | | $8,305.00 | |

**Professional Fees**      $8,305.00

**Travel Expenses**

TOTAL DUE   $8,305.00

*(signed) Joe Goldenson*