IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER TO FILE PROPOSED ORDERS RE: DEFENDANTS' REQUEST TO EXTEND POPULATION REDUCTION DEADLINE |

　　　This Court has repeatedly extended the meet-and-confer process, and by virtue thereof the date for the State's compliance, in hopes that the parties could reach agreement on how this Court can best ensure a durable solution to the prison population problem as required by our orders of August 4, 2009, June 30, 2011, and June 20, 2013. It now appears that no such agreement will be reached, and the Court therefore intends to issue an order within the next 30 days as to whether it will grant, deny, or grant in part and deny in part the State's request for an extension of time in which to comply with those orders. Because, as a result of the recent process in which the parties have engaged, they may have modified their views as to the appropriate content of the order to be issued by this Court, IT IS HEREBY ORDERED that, on or before **January 23, 2014**, plaintiffs and defendants shall each file proposed orders

for this Court to consider as it determines how to rule on the pending request.  These proposed orders shall not be statements of the parties' ultimate wishes but, rather, shall include those terms, and only those terms, that the parties believe are best suited to achieve durable compliance with this Court's orders to maintain a prison population of no more than 137.5% design capacity. Either plaintiffs or defendants may, at their option, not later than **January 28, 2014**, file comments on or objections to the proposed order submitted by their opponents of not more than seven pages.

The current April 18, 2014 deadline for compliance with our orders is hereby extended by the time between the date of this order and the date of the order ruling on defendants' request for extension.

**IT IS SO ORDERED.**

Dated:   01/13/14

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   01/13/14

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   01/13/14

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA