

**KAMALA D. HARRIS**
*Attorney General*



*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

January 16, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 1/1/14, professional fees and expenses: $17,776.31;

(2) Dr. Puisis, invoice dated 1/2/14, professional fees and expenses: $13,497.29; and

(3) Dr. Goldenson, invoice dated 1/1/14, professional fees and expenses: $13,310.05.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

Enclosures

APPROVED:

Thelton E. Henderson
United States District Judge

Dated: 1/16/14

The Honorable Thelton E. Henderson
January 16, 2014
Page 2

cc:
    Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
    Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40866538.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre55@gmail.com

January 1, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*[signature]*

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre   Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

Professional Fees:

| Date | Hours | Activity |
|---|---|---|
| 12/2/2013 | 2.50 | Editing CIM report, review of OIG proposal |
| 12/3/2013 | 4.25 | Preparation and Conference call with court experts, Draft proposal to assist CCHCS/OIG |
| 12/4/2013 | 5.50 | Draft proposal to assist CCHCS/OIG |
| 12/5/2013 | 0.75 | Preparation for Receiving meeting on 12/9/13. |
| 12/8/2013 | 2.75 | Review of PLO cocci letter and related cocci documents, preparation for Receivers meeting. |
| 12/10/2013 | 8.00 | Receiver meetings |
| 12/11/2013 | 8.00 | Receiver meeting, conference call with Christine Berthold |
| 12/12/2013 | 6.50 | Receiver meeting, meeting with Karen Rea Statewide Nursing Director et al. |
| 12/17/2013 | 5.50 | CIM Report Final Review, SAC report, correspondence with court experts and the Court |
| 12/18/2013 | 8.00 | Sac Report |
| 12/19/2013 | 10.00 | Editing of the SAC Report, conference call with the court |
| 12/20/2013 | 1.75 | Completion of CIM report, email correspondence with experts and the Court |
| 12/21/2013 | 4.00 | Review of Combined SAC Report |
| 12/31/2013 | 7.50 | Final Edit of Combined SAC Report |
| Total Professional Hours | 75.00 | |
| Total at Hourly Rate of $200.00 | $15,000.00 | |

Travel Fees:

| Date | Hours | Activity |
|---|---|---|
| 12/9/2013 | 7.0 | Travel from Albuquerque to Elk Grove, CA |
| 12/12/2013 | 1.5 | Travel from Elk Grove to SMF-Flight Cancelled |
| 12/13/2013 | 6.5 | Travel from Sacramento to Albuquerque, NM |

| | | |
|---|---|---|
| Total Travel Hours | 15.0 | |
| Total at Hourly Rate of $100 | $1,500.00 | |

1

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| 12/9/2013 | $453.60 | Airfare from Albuquerque to Sacramento |
| | $106.40 | Hotel |
| | $9.46 | Lunch |
| | $40.00 | Dinner-Charged Less than the billed amount of $49.00 |
| | $207.77 | Rental Car |
| 12/10/2013 | $106.40 | Hotel |
| | $35.00 | Dinner |
| 12/11/2013 | $106.40 | Hotel |
| | $45.00 | Dinner-Charged less than the billed amount of $55.00 |
| 12/12/2013 | $106.40 | Hotel |
| | $35.00 | Dinner-Charged less than billed amount of 69.00 |
| 12/13/2013 | 3.88 | Breakfast |
| | $21.00 | Albuquerque Airport Parking |
| Total Expenses | $1,276.31 | |

| | | |
|---|---|---|
| Professional Fees | $15,000.00 | |
| Travel Fees | $1,500.00 | |
| Expenses | $1,276.31 | |
| Total Due | $17,776.31 | |

2



Madeleine LaMarre < mlamarre55@gmail.com>

## MADELEINE L ALBUQUERQUE 09DEC13
1 message

**Delta Air Lines** < DeltaAirLines@e.delta.com>      Mon, Nov 11, 2013 at 9:17 AM
Reply-To: Delta Air Lines <support-b6caqsybfpayqkau0hjt5qh1gb79x6@e.delta.com>
To: mlamarre@comcast.net

Comment/Complaint ? | Add to Address Book ?



delta.com   My Trips   Earn Miles

### YOUR ITINERARY AND RECEIPT

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

To access your boarding pass at the airport, print email now and scan at a Delta self-service kiosk.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: HIDZLI | Ticket #: 00623449400571

**CHECK IN ONLINE >**

### Your Flight Information

**Mon 09DEC**

| | | | | |
|---|---|---|---|---|
| LV 12:30pm | ALBUQUERQUE | AR 2:12pm | SALT LAKE CITY | DELTA 4462* ECONOMY (U) |
| LV 3:05pm | SALT LAKE CITY | AR 3:52pm | SACRAMENTO | DELTA 4713* ECONOMY (U) |

**Thu 12DEC**

| | | | | |
|---|---|---|---|---|
| LV 6:27pm | SACRAMENTO | AR 9:05pm | SALT LAKE CITY | DELTA 4570* ECONOMY (U) |
| LV 9:42pm | SALT LAKE CITY | AR 11:16pm | ALBUQUERQUE | DELTA 4615* ECONOMY (U) |

*Flight 4462 Operated by SKYWEST AIRLINES
*Flight 4713 Operated by SKYWEST AIRLINES
*Flight 4570 Operated by SKYWEST AIRLINES
*Flight 4615 Operated by SKYWEST AIRLINES

### Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **MADELEINE LOUIS LAMARRE** | DELTA 4462 | 14C |
| SkyMiles #*******151 Platinum | DELTA 4713 | 03C |
|  | DELTA 4570 | 06B |
|  | DELTA 4615 | 15B |

***Visit delta.com or use the Fly Delta app to view, select or change your seat
If you purchased an Economy Comfort seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

### Receipt Information
**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| MADELEINE LOUIS LAMARRE | AX***********2004 | 00623449400571 |

| | |
|---|---|
| **FARE:** | 381.40 USD |
| **Taxes/Carrier-imposed Fees:** | 72.20 |
| **Ticket Amount:** | **453.60 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

**Details - Taxes/Carrier-imposed Fees**
Total:      72.20
Itemized:   10.00 AY 18.00 XF 15.60 ZP 28.60 US

**Fare Details**
ABQ DL X/SLC DL SAC190.70UA14A0NA DL X/SLC DL ABQ190.70UA14A0NA
USD381.40END ZP ABQSLCSMFSLC XF ABQ4.5SLC4.5SMF4.5SLC4.5

**Ticketing Details**

| | |
|---|---|
| Transaction Date: | 12/12/2013 Thu |
| Transaction Description: | HERTZ CAR RENTAL 800-654-4173 CA |
| | R/A# 570036176 800-654-4173 |
| | Location    Date |
| | Rental:   SACRAMENTO CA |
| | Return:   SACRAMENTO CA |
| | Agreement Number: 570036176 |
| | Renter Name: LAMARRE MADELEINE |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 207.77 |
| Doing Business As: | HERTZ RAC/ADVANTAGE |
| Merchant Address: | CREDIT BILLING BILLING |
| | 14501 HERTZ QUAIL SPGS PK |
| | OKLAHOMA CITY |
| | OK |
| | 73134 |
| | UNITED STATES |
| Reference Number: | 320133470027342897 |
| Category: | Travel- Vehicle Rental |



```
Albuquerque-ABQ-Fast Park
  2801 Yale Blvd., S.E.
   USA-87106 A.buquerque

Express Ex 12/13/13 12:02
Receipt 047060

Excess Time
R3 Universities
Car Park 1
12/09/13 11:15 -
12/13/13 12:03 -
Period 4d0h48
(TAX)                      $21.00

Sub Total             $21.00
TAX                    $0.00
                     --------
Total                 $21.00

Payment Received      $21.00
AMEX
XXXXXXXXXXX2014
Merch:1306516067
Auth:524026
Type: Swiped

Includes 7% tax
and 2% airport fee
```



# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address | | |
|---|---|---|
| LAMARRE, MADELEINE | | |

Room 210/K1RZ
Arrival Date 12/9/2013  4:51:00PM
Departure Date 12/12/2013

Adult/Child 1/0
Room Rate 95.00

RATE PLAN L-G1

HH# 369445769 GOLD
AL: DL #2042493151
BONUS AL:   CAR:

CONFIRMATION NUMBER : 3107970292

12/12/2013  PAGE  1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/9/2013 | GUEST ROOM | GVILL | 671462 | $95.00 | | |
| 12/9/2013 | ROOM TAXES | GVILL | 671462 | $11.40 | | |
| 12/10/2013 | GUEST ROOM | GVILL | 672032 | $95.00 | | |
| 12/10/2013 | ROOM TAXES | GVILL | 672032 | $11.40 | | |
| 12/11/2013 | GUEST ROOM | GVILL | 672539 | $95.00 | | |
| 12/11/2013 | ROOM TAXES | GVILL | 672539 | $11.40 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $319.20 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 12/10/13 | 12/11/13 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $319.20 |
| DAILY TOTAL | $106.40 | $106.40 | $106.40 | $319.20 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

EXPRESS CHECKOUT
PLEASE DIAL
EXT 2350

| DATE OF CHARGE | FOLIO NO./CHECK NO. 132390 A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

T H  N  Y  U

```
        COMIDA BUENA
ALBUQUERQUE INTERNATIONA SUNPORT
         (505) 842-4280
       www.fresquezcompanies.com
CHECK:       9315
SERVER:      201001 Des
DATE:        DEC09'13 11:36AM
CARD TYPE:   AMEX
ACCT #:      XXXXXXXXXXX2004
EXP DATE:    XX/XX
AUTH CODE:   587869
         MADELEINE LAMARRE

SUBTOTAL:              9.46

Your bank may put a temporary
charge on your card of 20%
It is removed the next day.
TOTAL -->

-------------------------------
      I AGREE TO COMPLY WITH THE
         CARDHOLDER AGREEMENT

-------CUSTOMER SIGNATURE-------
```

```
0225
Server: OBTAMAKA O (#182)    Rec:217
12/09/13 17:55, Swiped   T: 403 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 562035
Reference: 1209010000225
TRANS TYPE: Credit Card SALE

CHECK:               40.23
TIP:                  8.77
TOTAL:               49.00

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

```
Michael Burger King Store #11936
SACRAMENTO INTERNATIONAL AIRPORT
        "WE IT YOUR WAY!"
5639 ROHINI
CHK 126  DEC13'13  5:26AM

1 CROISSAN'WICH             3.59
   SAUS EGG CHEESE

Subtotal                    3.59
Tax                         0.29
Amt Paid                    3.88
XXXXXXXXXXXX              XX/XX
AMEX         A3             3.86

THANK YOU!! PLEASE COME AGAIN!!
PLS COMMENT ON YOUR EXPERIENCE
JOHN MOORE (916) 283-2101
John.moore@hmshost.com
```

CHOPS SACRAMENTO

Date: 12/10/2013    Time: 5:04:28 PM

Status:         Approved

Card Type:      American Express
Card Number:    XXXXXXXXXXX2004
Swipe/Manual:   Swipe

Card Owner:     LAMARRE/MADELEINE

AMOUNT    27.3
TIP       7.87
TOTAL     35.00

Approval: 548942

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

CUSTOMER COPY

---

0354
Server: ELLIOTT 20 0 (#207)    Rec:238
12/11/13 18:24, Swiped   T: 303 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 506303
Reference: 1211010000354
TRANS TYPE: Credit Card SALE

CHECK:       45.25
TIP:          9.75
TOTAL:       55.00

X _____signature_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

*************************
DATE 12/12/13      TIME  5:34:19PM
MID 34506140388b            10422404240

AMEX    XXXXXXXXXXXX2004  S
AUTH 562994   105    CHECK  1294J
PRE-AUTH   1-BAR/LOUNGE    MANAGER

Transaction Key: A1A01072111497Z

SUBTOTAL  $   58.32
AMOUNT TAX      4.32

VINO VOLO #5
(916) 929-8466

TIP $    10.68
TOTAL $  69.00

CUSTOMER COPY
*************************

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #12
Plata v. Davis C-01-1351
January 2, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 12/9/2013 | Taxi to airport | | | $40.00 |
| 12/9/2013 | Airfare for SAC trip | | | $523.80 |
| 12/9/2013 | Rental car SAC trip | | | $443.76 |
| 12/9/2013 | Hotel in SAC | | | $453.96 |
| 12/9/2013 | meal | | | $23.52 |
| 12/10/2013 | meal | | | $29.08 |
| 12/11/2013 | meal | | | $20.67 |
| 12/3/2013 | Expert conference call | 2.5 | 275 | $687.50 |
| 12/8/2013 | Review of OIG audit instrument | 6 | 275 | $1,650.00 |
| 12/9/2013 | travel | 6 | 137.5 | $825.00 |
| 12/10/2013 | meeting with receiver | 8 | 275 | $2,200.00 |
| 12/11/2013 | meeting with receiver | 7.5 | 275 | $2,062.50 |
| 12/12/2013 | meeting with receiver and with staff | 6 | 275 | $1,650.00 |
| 12/13/2013 | travel | 6 | 137.5 | $825.00 |
| 12/20/2013 | report | 7.5 | 275 | $2,062.50 |
| TOTAL | | | | $13,497.29 |

1



## Hilton Garden Inn
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

Name & Address

PUISIS, MICHAEL

US

Room           202/K1RZ
Arrival Date    12/9/2013      2:46:00PM
Departure Date  12/13/2013

Adult/Child     2/0
Room Rate       95.00

RATE PLAN   L-G1

HH# 369445769 GOLD
AL:   DL #2042493151
BONUS AL:   CAR:

CONFIRMATION NUMBER : 3107970292

12/13/2013   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/9/2013 | GUEST ROOM | GVILL | 671455 | $95.00 | | |
| 12/9/2013 | ROOM TAXES | GVILL | 671455 | $11.40 | | |
| 12/10/2013 | GUEST ROOM | GVILL | 672024 | $95.00 | | |
| 12/10/2013 | ROOM TAXES | GVILL | 672024 | $11.40 | | |
| 12/11/2013 | GUEST ROOM | GVILL | 672531 | $95.00 | | |
| 12/11/2013 | ROOM TAXES | GVILL | 672531 | $11.40 | | |
| 12/12/2013 | *GREAT AMERICAN GRILL | LINTR | 672948 | $28.36 | | |
| 12/12/2013 | GUEST ROOM | GVILL | 673009 | $95.00 | | |
| 12/12/2013 | ROOM TAXES | GVILL | 673009 | $11.40 | | |
| | WILL BE SETTLED TO VS *5239 | | | | | $453.96 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

|  | 12:00:00AM | 12/10/13 | 12/11/13 | 12/12/13 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $106.40 | $425.60 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $28.36 | $28.36 |
| DAILY TOTAL | $106.40 | $106.40 | $106.40 | $134.76 | $453.96 |

XPRESS CHECKOUT
PLEASE DIAL
EXT. 2350

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| • | 132389  A |

| AUTHORIZATION | INITIAL |
|---|---|
| | |

| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

### Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*



THANK YOU

THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**Hertz**
CHARGE DETAIL

Rental Agreement No: 549894074
Date:                12/13/2013
Document:            903002075248

Renter:              MICHAEL PUISIS
Account No.:         ************5239 VIS

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

**RENTAL REFERENCE**
Rental Agreement No: 549894074
Reservation ID:      G02047667C0
Frequent Traveler:   ZE1

**RENTAL DETAILS**
| | | |
|---|---|---|
| Rate Plan: | IN: STDR | OUT: STDR |
| Rented On: | 12/09/2013 13:18 | LOC# 125011 |
| | SACRAMENTO AP, CA | |
| Returned On: | 12/13/2013 03:50 | LOC# 125011 |
| | SACRAMENTO AP, CA | |
| Car Description: | VERSA 1.6 7BYR898 | |
| Veh. No.: | 5252770 | |
| CAR CLASS Charged: A | MILEAGE | In: 6,094 |
| Rented: YB | | Out: 6,016 |
| Reserved: A | | Driven: 78 |

**MISCELLANEOUS INFORMATION**
CC AUTH: 04554C   DATE: 2013/12/09   AMT:   444.00

**RENTAL CHARGES**
| | | | |
|---|---|---|---|
| DAYS | 4 @ | 90.49 | 361.96 |
| SUBTOTAL | | | 361.96 |
| CONCESSION FEE RECOVERY | | | 40.21 |
| CA TOURISM FEE | | | 9.41 |
| TAX | | 8.00% | 32.18 |

TOTAL CHARGES                          443.76 USD

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Rental Agreement No: 549894074
Date:                12/13/2013
Document:            903002075248

Renter:              MICHAEL PUISIS
Account No.:         ************5239 VIS

Phone:      800-654-4173
Web:        www.hertz.com

CCM4A4    0099 GC

TOTAL CHARGES                          443.76 USD

# UNITED

eTicket Itinerary and Receipt

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 08DEC13 | UA1443S | Chicago-OHare | 10:03 AM | Sacramento | 12:32 PM | | |
| Fri | 13DEC13 | UA1130S | Sacramento | 5:55 AM | Chicago-OHare | 12:01 PM | 737-800 | Purchase |

PUISIS/MICHAELAMR

Confirmation Number: N2ELFD

Party of 1          Seats       Ticket Number          Frequent Flyer
PUISIS/MICHAELAMR   .../32C     0162386320216          YH133202

Fare: 466.98     Tax: 56.82     Per Person: 523.80     eTicket Total: 523.80     Issue Date: November 10, 2013
Method of Payment: Visa XXXXXXXXXXXX5239
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

---

AMERICAN TAXI

NORTHWEST SUBURBS (847) 253-4411
WEST & SOUTH SUBURBS (708) 424-7878
LAKE COUNTY (847) 566-3131
NORTH SUBURBS (847) 673-1000
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700

RECEIPT
DATE 12/9/13
AMOUNT $40
FROM
TO
NAME
CAB NUMBER

A STAR ALLIANCE MEMBER

## CHOPS SACRAMENTO

Date: 12/10/2013   Time: 8:04:28 PM

Status:         Approved

Card Type:      Visa
Card Number:    XXXXXXXXXXXX5239
Swipe/Manual:   Swipe

Card Owner:     PUISIS/MICHAEL

AMOUNT  24.28
TIP     4⁸⁰
TOTAL   29.08

Approval: 02993C

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

CUSTOMER COPY

---

Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2878

Server: NICOLE S.        DOB: 12/09/2013
04:10 PM                      12/09/2013
Table 997/1                     1/10013

SALE

VISA                             1048589
Card #XXXXXXXXXXXX523?
Magnetic card present:   JIS MICHAEL
Card Entry Method: S

Approval: 00485C

Amount:      $ 20.52
+ Gratuity:     3
= Total:      23.52

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Romano's Macaroni Grill
www.macaronigrill.com

Guest Copy

---

O300
Server: ELLIOTT 20 D (#207)   Rec:240
12/11/13 18:24, Swiped  T: 303 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
VISA           XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 03172C
Reference: 121101000300
TRANS TYPE: Credit Card SALE

CHECK:  17.17
TIP:     3.50
TOTAL:  20.67

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

Invoice: Plata

Date of Invoice: January 1, 2013
Billing Period:  Dec-13
Hourly rate: $275.00 (Travel @ $137.50/hr)

Amount to be paid this period: $13,310.05

| Date | Hours | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|
| 12/3/13 | 2.50 | @ $275.00 | = | $687.50 | Conference call, review of documents, report writing |
| 12/4/13 | 1.50 | @ $275.00 | = | $412.50 | Report writing |
| 12/8/13 | 1.50 | @ $137.50 | = | $206.25 | Travel |
| 12/9/13 | 8.00 | @ $275.00 | = | $2,200.00 | HQ Site Visit |
| 12/10/13 | 7.50 | @ $275.00 | = | $2,062.50 | HQ Site Visit |
| 12/11/13 | 4.50 | @ $275.00 | = | $1,237.50 | HQ Site Visit |
| 12/11/13 | 1.50 | @ $137.50 | = | $206.25 | Travel |
| 12/14/13 | 8.00 | @ $275.00 | = | $2,200.00 | Report writing |
| 12/15/13 | 7.50 | @ $275.00 | = | $2,062.50 | Report writing |
| 12/16/13 | 5.50 | @ $275.00 | = | $1,512.50 | Report writing |
| 12/19/13 | 0.50 | @ $275.00 | = | $137.50 | Conference call with experts |
| Total | | | | $12,925.00 | |

Professional Fees
$12,925.00

Travel Expenses
$385.05

TOTAL DUE    $13,310.05

<mark>Case 3:01-cv-01351-TEH Document 2753 Filed 01/17/14 Page 18 of 19</mark>

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/13 | $106.40 | $40.00 | | | | $4.00 | $49.50 | | $199.90 |
| 12/11/13 | $106.40 | $29.25 | | | | | | | $135.65 |
| 12/11/13 | | | | | | | $49.50 | | $49.50 |

Total  $385.05

*$0.55/ mile



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95
Phone (916) 691-1900 • Fax (916) 691-194
Reservations
www.StayHGI.com or 1 877 STAY HGI

Name & Address

GOLDENSON, JOE
1406 CYPRESS ST

BERKELEY, CA 94703-1033
US

Room             208/K1RZ
Arrival Date     12/10/2013    3:57:00PM
Departure Date   12/12/2013

Adult/Child      1/0
Room Rate        95.00

RATE PLAN        L-G1

HH# 861204588 SILVER
AL:  DL #2042493151
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3107970292

12/12/2013   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/10/2013 | GUEST ROOM | GVILL | 672030 | $95.00 | | |
| 12/10/2013 | ROOM TAXES | GVILL | 672030 | $11.40 | | |
| 12/11/2013 | GUEST ROOM | GVILL | 672537 | $95.00 | | |
| 12/11/2013 | ROOM TAXES | GVILL | 672537 | $11.40 | | |
| | WILL BE SETTLED TO MC *1735 | | | | | $212.80 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

|  | 12:00:00AM | 12/11/13 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $212.80 |
| DAILY TOTAL | $106.40 | $106.40 | $212.80 |

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
MASTER CARD     XXXXXXXXXXXX1735
00 TRANSACTION APPROVED
AUTHORIZATION #: 09171E
Reference: 1211010000355
TRANS TYPE: Credit Card SALE

CHECK:          24.25
TIP:             5.
TOTAL:          29.25

hours of checkout. To check your
3,900 hotels and resorts in 91

CHOPS SACRAMENTO

Date: 12/10/2013   Time: 8:04:28 PM

Status:         Approved

Card Type:      Master Card
Card Number:    XXXXXXXXXXXX1735
Swipe/Manual:   Swipe

Card Owner:     GOLDENSON/JOE

AMOUNT   35.81
TIP      7
TOTAL    42.81

Go      Check-Out
the     e last
P
e       an
F
+       ess days.
+       it Check-Out
+       ally checked
If t    X                           ...... to leave your key(s)
but
out
in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

THANK YOU