Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre55@gmail.com

February 10, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

| **Professional Fees:** | | |
|---|---|---|
| Date | Hours | Activity |
| 1/2/2014 | 0.50 | Email correspondence with court experts |
| 1/3/2014 | 2.75 | Final SAC draft report edit and distribution, conference call with Joe Goldenson, email correspondence with CCHCS staff, Review of OIG report on Segregatio of female inmates |
| 1/6/2014 | 0.50 | Email correspondence with CCHCS regarding movement of medical high risk inmates from cocci hyperendemic prisons, ASP and PSVP |
| 1/7/2014 | 0.75 | Conference calls with Mike Puisis and with Christine Berthold regarding January 2014 meeting |
| 1/16/2014 | 1.50 | Review of Court's comments regarding SAC report |
| 1/17/2013 | 2.50 | Review and edit of CCHCS response to SAC report, review of CCHCS proposal for court experts assistance |
| 1/22/2014 | 5.5 | Review and comment on OIG Cycle 4 Inspection tool, email correspondence with Court Experts |
| 1/24/2014 | 1.50 | Preparation and conference call with court experts regarding proposed CCHCS work plan |
| 1/28/2014 | 12.00 | Meetings with OIG, Renee Kanan and Starr Babcock |
| 1/29/2014 | 10.00 | Meetings with OIG, Clark Kelso et al. |
| 1/30/2014 | 3.00 | Meeting with OIG staff |
| 1/31/2014 | 1.50 | Development of metrics for OIG audit tool |
| Total Professional Hours | 42.00 | |
| Total at Hourly Rate of $200.00 | $8,400.00 | |

| **Travel Fees:** | | |
|---|---|---|
| Date | Hours | Activity |
| 1/27/2014 | 8.0 | Travel from Albuquerque to Rancho Cordova, CA |
| 1/30/2014 | 9.5 | Travel from Sacramento to Albuquerque (Flights delayed) |
| Total Travel Hours | 17.5 | |
| Total at Hourly Rate of $100 | $1,750.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| 1/27/2014 | $357.00 | Round trip airfare from Albuquerque to Sacramento |
| | $201.16 | Rental Car |
| | $107.97 | Hotel |
| | $7.05 | Lunch |
| | $17.00 | Dinner (See hotel receipt) |
| | | |
| 1/28/2014 | $107.97 | Hotel |
| | $13.00 | Breakfast (See hotel receipt) |
| | $40.00 | Dinner (Less than billed amount of $88.00) |
| | | |
| 1/29/2014 | $107.97 | Hotel |
| | $13.00 | Breakfast (See hotel receipt) |
| | $11.51 | Lunch |
| | $43.00 | Dinner (Less than billed amount of $63.00) |
| | | |
| 1/30/2014 | $9.00 | Breakfast |
| | $25.00 | Dinner (Less than billed amount of $42.00) |
| | $4.35 | Gasoline |
| | $19.00 | Airport Parking |
| | | |
| **Total Expenses** | **$1,083.98** | |

| | | |
|---|---|---|
| **Professional Fees** | **$8,400.00** | |
| **Travel Fees** | **$1,750.00** | |
| **Expenses** | **$1,083.98** | |
| **Total Due** | **$11,233.98** | |

## IL FORNO CLASSICO

1/29/2014   7:15:38 PM

Card Type:      American Express
Card Number:    XXXXXXXXXXX2004
Swipe/Manual:   Swipe
Card Owner:     LAMARRE/MADELEINE

Server ID:      9354
Server Name:    BRIANA
Check Number:   212655
Table Number:   10
Position Number: 1

APPROVAL AMOUNT          52.92

TIP                      10.08

TOTAL                    63

Approval: 583083

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

Customer Signature

IL FORNO CLASSICO
COPY

---

Courtyard by Marriott
Sacramento Rancho Cordova
10683 White Rock Road
Rancho Cordova, CA  95670
(916) 638-3800
B I S T R O eat drink connect

Date:        Jan30'14 07:27AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX2004
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   LOCAL AUTH
Check:       3926
Table:       1/2
Server:      3 Raisa

Subtotal:      6.95
Gratuity:      2.05
Total:         9.00

Signature

****GUEST COPY****

---

ARCO am/pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Site Number 119006674

Trans# 086965
01 30/14 11:06

Pump Gallons Price
 17  1.167 $ 3.429

Product        Amount
UNLEADED REGUL$ 4.00

Debit Fee      $ 0.35
Total Sale     $ 4.35

DEBIT
Payment from
Primary Account
XXXXXXXXXXXX3959
Auth # 828497
Ref: 974150826
Resp Code: 000
Stan: 211972342237
Trace #: 00001676

SITE ID: 2988012

```
HMSHOST
ESQUIRE
SACRAMENTO INT'L AIRPORT
CHECK:       3038
TABLE:       106/1
SERVER:      5245 LAFITA
DATE:        JAN30'14 12:03PM
CARD TYPE:   AMEX        A3
ACCT #:      XXXXXXXXXX2004
EXP DATE:    XX/XX
AUTH CODE:   589164
         MADELEINE LAMARRE

TOTAL:              35.10
I agree to pay the below amount
in accordance with the card
issuer agreement.

TIP  _____ 6.90 ___

TOTAL _____ 42 ____

X    _____
          SIGNATURE
```

```
SACRAMENTO INTL AP
RES: G0984659414 / STDR / A6

RR 591274014                              #01
MADELEINE
LAMARRE

INITIAL CHARGES
  RENT RT$  64.34 /DAY  @ 3 /DAYS   $   193.02
  SUBTOTAL 1                         $   193.02
  DISCOUNT -       R 15 %            $    28.95
  SUBTOTAL LESS DISCOUNT            T$   164.07

CHARGES ADDED DURING RENTAL
  LDW          DECLINED
  LIS          DECLINED
  PAI, PEC     DECLINED
  PERS         DECLINED

SERVICE CHARGES/TAXES
  CONCESSION FEE RECOVERY          T$    18.23
  CA TOURISM ASSESSMENT             $     4.27
  INCREASED VEH LIC RECOVERY FEE   T$      .00
  TAX 1 8.000% ON $     182.30      $    14.59
  TAX 2 2.750% ON $         .00     $      .00

TOTAL AMT DUE                      $   201.16
PAID BY    AMX    XXXXXXXXXXX2004
```

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

```
VEHICLE:01298 / 5180708  13 SENTRA 1.8    N
LICENSE:CA 7BIH186
FUEL:  FULL    8/8 OUT  8/8 IN
MILES CHECKIN:   14983
MILES @ RENTAL:  14930
MILES DRIVEN:       53
CDP: 00014   -AAA AUTO CLUB SOUTH

EXCH:       SACRAMENTO INTL AP
RENTAL:    01/27/14  18:05
RETURN:    01/30/14  11:16
RETURNED:  SACRAMENTO INTL AP
COMPLETED BY: 2283 /CASAC11

PLAN IN:    STDR    RATE CLASS: A6
PLAN OUT:   STDR
```

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com
or 1-800-278-1595

Enter access code:    01250

THANK YOU FOR CHOOSING
**HERTZ**

---

Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
USA-87106 Albuquerque

Booth         01/30/14 21:00
Cashier 20
Receipt 055953

Excess Time
R3 Universities
Car Park 1
01/27/14 12:06 -
01/30/14 21:00 -
Period 3d8h55'
(TAX)                    $19.00

Sub Total                $19.00
TAX                       $0.00
                         -------
Total                    $19.00

Payment Received
AMEX                     $19.00
XXXXXXXXXXX2004
Merch:1306516667
Auth:548339
Type: Swiped

Includes 7% tax
and 2% airport fee

```
              COMIDA BUENA
   ALBUQUERQUE INTERNATIONA SUNPORT
              (505) 842-4280
           www.fresquezcompanies.com
   CHECK:           2293
   SERVER:          503101 Erika
   DATE:            JAN27'14 12:24PM
   CARD TYPE:       AMEX
   ACCT #:          XXXXXXXXXX2004
   EXP DATE:        XX/XX
   AUTH CODE:       506532
              MADELEINE LAMARRE

   SUBTOTAL:                  7.05

   Your bank may put a temporary
   charge on your card of 20%
   It is removed the next day.
   TOTAL -->

   ----------------------------------
     I AGREE TO COMPLY WITH THE
          CARDHOLDER AGREEMENT
   ----------------------------------
            CUSTOMER SIGNATURE
```

```
         Courtyard by Marriott
       Sacramento Rancho Cordova
         10683 White Rock Road
         Rancho Cordova, CA  95670
             (916) 638-3800
       B I S T R O  eat drink connect

   3 Raisa
   ----------------------------------
   Tbl 1/1     Chk 3724      Gst 1
             Jan28'14 07:12AM
   ----------------------------------
              Eat In
   1 GR Coffee of Day         2.20
     Café Verona
   1 Healthy Start            7.50

            St total          9.70
            Sales Tax         0.75
   07:12AM Total             10.45

   Gratuity:_____2.55_____

   Total:_____13.00_____

   Room #_____266_____

   Print Name_____Lamarre_____

   Signature_____
   Thank you for joining us at
   Courtyard by Marriott!
```



**ESQUIRE GRILL**

1213 K STREET
SACRAMENTO, CA
PHONE (916) 448-8900

Date: Jan28'14 08:09PM
Card Type: Amex
Acct #: XXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 581546
Check: 1703
Table: 16/3
Server: 1015 John P

Subtotal: 73.79
Tip: 14.21
Total: 88.00

X _____
Signature
I agree to pay above total
according to my card issuer
agreement.

**STORE COPY**

3

---

**LA BOU – MATHER**
10395 ROCKINGHAM DR
SACRAMENTO CA 95827
916-369-7824
www.labou.com

1/29/2014      12:07:33 PM

Order Number: 898
***For Here***

| Check# | Table/PN | Guests | Server |
|---|---|---|---|
| 626898 | C&C/1 | 10 | 1596 |

| | | |
|---|---|---:|
| 1 | Soup and Sandwich | 7.80 |
| | Clam Chowder | 0.00 |
| | Tuna | 0.00 |
| | Croissant | 0.00 |
| | Extra | 0.00 |
| | Extra Onions | 0.00 |
| | Extra | 0.00 |
| | Pickle | 0.00 |
| | Extra | 0.00 |
| | Extra Avocado | 1.00 |
| 1 | Bottled Water | 1.80 |
| | SUB TOTAL | 10.60 |
| | Sales Tax | 0.91 |
| | TOTAL | 11.51 |
| | AMOUNT CHARGED | 11.51 |
| | Change | 0.00 |

Amex         11.51

**THANK YOU
JANET**

Order taken by JANET



**Courtyard by Marriott**  
Sacramento Rancho Cordova

10683 White Rock Road  
Rancho Cordova, CA 95670  
T 916.638.3800

M. Lamarre

Room: 266  
Room Type: QNQN  
Number of Guests: 1  
Rate: $95.00     Clerk:

| Arrive: 27Jan14 | Time: 07:04PM | Depart: 30Jan14 | Time: | Folio Number: 55978 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |
| 27Jan14 | Restaurant Room Charge | | 17.00 | |
| 27Jan14 | Room Charge | | 95.00 | |
| 27Jan14 | City Tax | | 11.40 | |
| 27Jan14 | Local Bid Fee | | 1.50 | |
| 27Jan14 | Calif/Local Tourism Fee | | 0.07 | |
| 28Jan14 | Restaurant Room Charge | | 13.00 | |
| 28Jan14 | Non Taxable Market Goods | | 2.75 | |
| 28Jan14 | Non Taxable Market Goods | | 2.25 | |
| 28Jan14 | Room Charge | | 95.00 | |
| 28Jan14 | City Tax | | 11.40 | |
| 28Jan14 | Local Bid Fee | | 1.50 | |
| 28Jan14 | Calif/Local Tourism Fee | | 0.07 | |
| 29Jan14 | Restaurant Room Charge | | 13.00 | |
| 29Jan14 | Non Taxable Market Goods | | 3.00 | |
| 29Jan14 | Room Charge | | 95.00 | |
| 29Jan14 | City Tax | | 11.40 | |
| 29Jan14 | Local Bid Fee | | 1.50 | |
| 29Jan14 | Calif/Local Tourism Fee | | 0.07 | |
| 30Jan14 | American Express | | | 374.91 |
| | Card #: AXXXXXXXXXXXXX2004/XXXX | | | |
| | Amount: 374.91  Auth: 567821  Signature on File | | | |
| | This card was electronically swiped on 27Jan14 | | | |
| | | **Balance:** | **0.00** | |

**Rewards Account # XXXXX9962.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

# Fwd: Flight reservation (ZAWL9J) | 27JAN14 | ABQ-SMF | Lamarre/Madeleine

1 message

You're all set for your trip!



My Account | View My Itinerary Online

**Upcoming Trip:** 01/27/14 - Sacramento

 AIR Itinerary

**AIR Confirmation: ZAWL9J**   Confirmation Date: 01/7/2014



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262182006063 | Jan 7, 2015 | 1729 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jan 27 | 263 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **1:05 PM**<br>Arrive in LAS VEGAS, NV (LAS) at **1:40 PM**<br>Wanna Get Away |
|  | 326 | Change planes to Southwest Airlines in LAS VEGAS, NV (LAS) at 2:40 PM<br>Arrive in **SACRAMENTO, CA** (SMF) at **4:10 PM**<br>Travel Time 4 hrs 5 mins<br>Wanna Get Away |
| Thu Jan 30 | 1964 | Depart **SACRAMENTO, CA** (SMF) on Southwest Airlines at **1:00 PM**<br>Arrive in DENVER, CO (DEN) at 4:20 PM<br>Wanna Get Away |
|  | 2998 | Change planes to Southwest Airlines in DENVER, CO (DEN) at 5:35 PM<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **6:45 PM**<br>Travel Time 4 hrs 45 mins<br>Wanna Get Away |

**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

**Book a Hotel**

**Rent Some Wheels**
Explore your destination on the perfect set of wheels.

**Rent a Car**

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Air Cost:** 357.00

ABQ WN X/LAS WN SMF133.95MZAUNNRO WN X/DEN WN ABQ133.95MZAUNNRO 267.90
END ZPABQLASSMFDEN XT10.00AY18.00XFABQ4.5LAS4.5SMF4.5DEN4.5

## Cost and Payment Summary

**AIR - ZAWL9J**

| | | |
|---|---|---|
| Base Fare | $ 267.90 | **Payment Information** |
| Excise Taxes | $ 20.10 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 16.00 | Date: Jan 7, 2014 |
| Passenger Facility Charge | $ 18.00 | Payment Amount: $332.00 |
| September 11th Security Fee | $ 10.00 | |
| EarlyBird | $ 25.00 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| **Total Air Cost** | **$ 357.00** | Date: Jan 7, 2014 |
| | | Payment Amount: $12.50 |
| | | Payment Type: Amer Express XXXXXXXXXXX2004 |
| | | Date: Jan 7, 2014 |
| | | Payment Amount: $12.50 |

Join Rapid Rewards

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

February 4, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of January 2014 that included our visit to Sacramento to meet with OIG and Receiver staff.

Sincerely,

*[signature]* D.O.

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

# Invoice #13
Plata v. Davis C-01-1351
February 4, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 1/27/2014 | Taxi to airport | | | $36.00 |
| 1/27/2014 | Airfare for SAC trip | | | $535.00 |
| 1/27/2014 | Rental car SAC trip | | | $486.72 |
| 1/27/2014 | Hotel in SAC | | | $349.56 |
| 1/28/2014 | meal | | | $31.29 |
| 1/29/2014 | meal | | | $42.64 |
| 1/30/2014 | gas | | | $18.39 |
| 1/14/2014 | OIG interviews and SAC report | 5 | 275 | $1,375.00 |
| 1/23/2014 | Review of OIG methodology | 4 | 275 | $1,100.00 |
| 1/24/2014 | Expert conf call | 1.25 | 275 | $343.75 |
| 1/27/2014 | travel | 6 | 137.5 | $825.00 |
| 1/28/2014 | Meeting with OIG and Experts | 12 | 275 | $3,300.00 |
| 1/29/2014 | Meeting with OIG and Receiver | 10 | 275 | $2,750.00 |
| 1/30/2014 | Meeting with OIG | 3 | 275 | $825.00 |
| 1/30/2014 | travel | 10 | 137.5 | $1,375.00 |
| TOTAL | | | | $13,393.35 |

1



**Courtyard by Marriott**
Sacramento Rancho Cordova

10683 White Rock Road
Rancho Cordova, CA 95670
T 916.638.3800



M. Puisis

Room: 157
Room Type: GENR
Number of Guests: 1
Rate: $95.00    Clerk:

Arrive: 27Jan14    Time: 09:19PM    Depart: 30Jan14    Time:    Folio Number: 55979

| Date | Description | | |
|---|---|---|---|
| 27Jan14 | Room Charge | 95.00 | |
| 27Jan14 | City Tax | 11.40 | |
| 27Jan14 | Local Bid Fee | 1.50 | |
| 27Jan14 | Calif/Local Tourism Fee | 0.07 | |
| 28Jan14 | Restaurant Room Charge | 10.88 | |
| 28Jan14 | Non Taxable Market Goods | 2.50 | |
| 28Jan14 | Non Taxable Market Goods | 2.50 | |
| 28Jan14 | Room Charge | 95.00 | |
| 28Jan14 | City Tax | 11.40 | |
| 28Jan14 | Local Bid Fee | 1.50 | |
| 28Jan14 | Calif/Local Tourism Fee | 0.07 | |
| 29Jan14 | Restaurant Room Charge | 7.27 | |
| 29Jan14 | Non Taxable Market Goods | 2.50 | |
| 29Jan14 | Room Charge | 95.00 | |
| 29Jan14 | City Tax | 11.40 | |
| 29Jan14 | Local Bid Fee | 1.50 | |
| 29Jan14 | Calif/Local Tourism Fee | 0.07 | |
| 30Jan14 | Visa | | 349.56 |
| | Card #: VIXXXXXXXXXXXX5239/XXXX | | |
| | Amount: 349.56 Auth: 07624C Signature on File | | |
| | This card was electronically swiped on 27Jan14 | | |
| | **Balance:** | **0.00** | |

**Rewards Account # XXXXX5265.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



IL FORNO CLASSICO
2121 Golden Centre Ln #10
Gold River, CA 95670
(916)858-0651
www.ilfornoclassico.com

1/29/2014        7:16:00 PM

Position Number: 3
Table Number: 10
Check Number: 212655
Server Name: BRIANA
Card Number: XXXXXXXXXXXX5239
Card Type: Visa

APPROVAL AMOUNT       35.64

TOTAL    _____
TIP      _____ 7.64
         42.... (handwritten)

Approval: 08112C

CUSTOMER COPY
I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

---

ESQUIRE GRILL

1213 K STREET
SACRAMENTO, CA
PHONE (916) 448-8900
Date:       Jan 28'14 08:10PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX5239
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  00567C
Check:      1702
Table:      16/2
Server:     1015 John P

Subtotal:          26.04
Customer COPY

Tip     _____ 5.28
Total   _____ 31.29 (handwritten)

Let us know how we are doing -
Please take our survey at
www.paragarys.com

---

SITE ID: 298012

VISA
XXXX XXXXXXXXXX5239
Auth #: 9C815031
Ref #: 074826
Resp Code: 000
Stan: 2116723424B

UNLEADED REGUL $18.39
Product Amount
03    Pump Gallons   Prid
      5.363    3.428 (rotated)
01/30/14 11:07
Invs# 086699

Site Number 11900674

ARCO am/pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314

Total Sale  $ 18.39

---



AMERICAN TAXI

RECEIPT

DATE  1/27/14
AMOUNT  36.00

FROM  OHARE
TO
NAME          CAB NUMBER

NORTHWEST SUBURBS      (847) 253-4411
WEST & SOUTH SUBURBS   (708) 424-7878
LAKE COUNTY            (847) 566-3131
NORTH SUBURBS          (847) 673-1000
DUPAGE CO. EAST        (630) 920-9480
DUPAGE CO. WEST        (630) 305-0700

## Hertz Receipt

SACRAMENTO INTL AP  
RES: G0780596467 /MCLD / C  

RR 591415860  #01  
MICHAEL PUISIS  

INITIAL CHARGES  
RENT RT$ 125.49 /DAY  @ 3 /DAYS  $ 376.47  
SUBTOTAL                          T$ 376.47  

CHARGES ADDED DURING RENTAL  
LDW              DECLINED  
LIS              DECLINED  
PAI, PEC         DECLINED  
PERS             DECLINED  
ADDITIONAL CHARGES*              T$  20.97  
* ADDITIONAL CHARGES  
SAT RADIO    $ 6.99 DY/48.93 WK  

SERVICE CHARGES/TAXES  
CONCESSION FEE RECOVERY          T$  44.16  
CA TOURISM ASSESSMENT             $   9.79  
INCREASED VEH LIC RECOVERY FEE   T$    .00  
TAX 1 8.000% ON $   441.60        $  35.33  
TAX 2 2.750% ON $      .00        $    .00  

**TOTAL AMT DUE       $ 486.72**  
PAID BY    VISA  XXXXXXXXXXXX5239  

FOR EXPLANATION OF THE ABOVE CHARGES,  
PLEASE ASK A REPRESENTATIVE OR GO TO  
WWW.HERTZ.COM/CHARGEEXPLAINED  

VEHICLE:01298 / 6209480 13 SIR CRUZE 4D  S  
LICENSE:CA 6XKC519  
FUEL:  FULL   8/8 OUT  8/8 IN  
MILES CHECKIN:   46019  
MILES @ RENTAL:  45864  
MILES DRIVEN:      155  
CDP: 00099  

RENTED:   SACRAMENTO INTL AP  
RENTAL:   01/27/14  20:47  
RETURN:   01/30/14  11:20  
RETURNED: SACRAMENTO INTL AP  
COMPLETED BY: 7861/CASAC11  

PLAN IN:   MCLD     RATE CLASS: C  
PLAN OUT:  MCLD  
FF: ZE1  

* * * A MESSAGE FROM HERTZ * * *  

CHECK OUT OUR GREAT RATES ON  
HERTZ.COM! ENJOY GREAT DEALS AND FAST  
RESERVATIONS TO MEET ALL YOUR NEEDS...  
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!  

**WE LOOK FORWARD TO YOUR NEXT VISIT!**  

Save up to $25 on your next rental  
by taking a brief survey:  

hertzsurvey.com  
or 1-800-278-1595  

Enter access code:  01250  

THANK YOU FOR CHOOSING  
**HERTZ**

---

## United eTicket Itinerary and Receipt

UNITED  
eTicket Itinerary and Receipt  
A STAR ALLIANCE MEMBER  

PUISIS/MICHAELAMR  
Party of 1  

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 27JAN14 | UA1616S | Chicago-OHare | 5:59 PM | Sacramento | 8:25 PM | 737-900 | Purchase |
| Thu | 30JAN14 | UA1208S | Sacramento | 1:37 PM | Denver | 4:55 PM | 737-800 | Purchase |
| Thu | 30JAN14 | UA1072S | Denver | 6:25 PM | Chicago-OHare | 9:43 PM | | |

PUISIS/MICHAELAMR   Seats  ---/36D/25D  
eTicket Total: 535.00  

Confirmation Number: CTZ1CF  
Ticket Number 0162392051391 3  
Frequent Flyer UA-*****202  

Fare: 466.98   Tax: 68.02   Per Person: 535.00  
Method of Payment: Visa XXXXXXXXXXXX5239  
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.  
This ticket shall expire one year from date of issue.  
Issue Date: January 07, 2014

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: February 1, 2014

Billing Period: Jan-14

Hourly rate: $275.00 (Travel @ $137.50/hr)

Amount to be paid this period: $9,894.58

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 1/9/14 | 1.75 @ | $275.00 = | $481.25 | Report writing |
| 1/13/14 | 1.75 @ | $275.00 = | $481.25 | Preparation for meeting with OIG |
| 1/14/14 | 3.00 @ | $275.00 = | $825.00 | OIG Interviews |
| 1/24/14 | 1.25 @ | $275.00 = | $343.75 | Conference call with experts |
| 1/28/14 | 1.50 @ | $137.50 = | $206.25 | Travel |
| 1/28/14 | 12.00 @ | $275.00 = | $3,300.00 | Meetings in Sacramento |
| 1/29/14 | 10.00 @ | $275.00 = | $2,750.00 | Meetings in Sacramento |
| 1/30/14 | 3.00 @ | $275.00 = | $825.00 | Meetings in Sacramento |
| 1/30/14 | 1.75 @ | $137.50 = | $240.63 | Travel |
| Total | | | $9,453.13 | |

Professional Fees
$9,453.13

Travel Expenses
$441.45

TOTAL DUE  $9,894.58

*[signature: Joe Goldenson]*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/14 | $107.97 | $54.56 | | | | $4.00 | $50.40 | | $216.93 |
| 1/29/14 | $107.97 | $59.52 | | | | | | | $167.49 |
| 1/30/14 | | $6.63 | | | | | $50.40 | | $57.03 |
| | | | | | | | | Total | $441.45 |

*$0.56/ mile



Courtyard by Marriott  
Sacramento Rancho Cordova

10683 White Rock Road  
Rancho Cordova, CA 95670  
T 916.638.3800



| Date | Description | Charges | Credits |
|---|---|---|---|
| 28Jan14 | Room Charge | 95.00 | |
| 28Jan14 | City Tax | 11.40 | |
| 28Jan14 | Local Bid Fee | 1.50 | |
| 28Jan14 | Calif/Local Tourism Fee | 0.07 | |
| 29Jan14 | Restaurant Room Charge | 7.95 | |
| 29Jan14 | Room Charge | 95.00 | |
| 29Jan14 | City Tax | 11.40 | |
| 29Jan14 | Local Bid Fee | 1.50 | |
| 29Jan14 | Calif/Local Tourism Fee | 0.07 | |
| 30Jan14 | Visa | | 223.89 |

Card #: VIXXXXXXXXXXXX8037/XXXX  
Amount: 223.89 Auth: 00684D Signature on File  
This card was electronically swiped on 28Jan14

**Balance:** 0.00

**Rewards Account # XXXXX9962.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

ur Rewards Preferences. Or, ask the Front Desk to email your bill for this
iott.com.



```
       1213 K STREET
       SACRAMENTO, CA
     PHONE (916) 448-8900
Date:       Jan28'14 08:08PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX8037
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  05010D
Check:      1704
Table:      16/4
Server:     1015 John P

Subtotal:        41.77
Customer COPY
```

```
              SALE RECEIPT
Store #24805       tkc 01/28/14 12:48:48
Subway Sandwiches & Salads
9171 Elk Grove Florin Rd.
Elk Grove              CA 95624
916-686-8737
  Trans# 61 Clerk 80 Dwr 1 TRDT 012814
  Receipt # 0000515667 Reg-ID REG-MAIN
 --- ITEM --- QTY      PRICE MEMO  PLU
TUNA       6r  1  T $    4.50       10117
  Toasted                          Toast
BtlBev'g       1     $   1.75       10074
                                  ------
          SUBTOTAL $     6.25
          Sales Tx $     0.36
                                  ------
TAKE-OUT **TOTAL $       6.61
CredCardAMT TEND $       6.61
                                  ------
          CHANGE DUE$    0.00

How' d We do? Get a free cookie.
Take 1 min. survey at www.tellsubway.com
  Approval No: 00787D
  Reference No: 402820495566
  Acquired: Manual
  Account No: ************8037
  Card Issuer: Visa
  Amount: $6.61

Signature:

X_____
  I agree to pay above total amount
  according to the Card Issuer Agreement.
```

```
Courtyard by Marriott
Sacramento Rancho Cordova
   10683 White Rock Road
  Rancho Cordova, CA  95670
       (916) 638-3800
 B I S T R O eat drink connect
Date:       Jan30'14 07:04AM
Card Type:  Visa/ MC
Acct #:     XXXXXXXXXXXX8037
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  LOCAL AUTH
Check:      3912
Table:      2/1
Server:     3 Raisa

Subtotal:              6.63

Gratuity:_____ / −_____

Total:_____ 7.63_____

_____/_____
Signature
```



```
    IL FORNO CLASSICO
  2121 Golden Centre Ln #10
     Gold River, CA 95670
        (916)858-0651
    www.ilfornoclassico.com

  1/29/2014       7:09:00 PM

 Check #212655  Server #9354  Guests 1
              Table/PN 10/2
 ---------------------------------------
 1    1/2 SPRING              8.00
 1    EGGPLANT PARM          18.00
 2    ITALG NOZZOLE          18.00
                            ------
 Subtotal                    44.00
 Tax                          3.52
                            ------
 TOTAL                       47.52

            THANK YOU
             BRIANA
```

```
      LA BOU - MATHER
      10395 ROCKINGHAM DR
       SACRAMENTO CA 95827
          916-369-7824
          www.labou.com

  1/29/2014     12:08:05 PM
-----------------------------------

 Order Number: 899
     ***For Here***

-----------------------------------

Check#  Table/PN  Guests Server
626899   C&C/1      6     1012
-----------------------------------
1  Pannini and Salad       8.60
     Vegetable Panini      0.00
     House                 0.00
     Herb dressing         0.00
     No                    0.00
     Swiss                 0.00
1  Vitamin Water           2.05
   SUB TOTAL              10.65
   Sales Tax               0.92
                         ------
   TOTAL                  11.57
                         ------
   AMOUNT CHARGED         11.57
                         ======

Change                     0.00


Visa              11.57
```

```
Courtyard by Marriott
Sacramento Rancho Cordova
   10683 White Rock Road
  Rancho Cordova, CA  95670
       (916) 638-3800
 B I S T R O eat drink connect
Date:       Jan28'14 07:09AM
Card Type:  Visa/ MC
Acct #:     XXXXXXXXXXXX8037
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:  LOCAL AUTH
Check:      3722
Table:      2/1
Server:     3 Raisa

Subtotal:              6.95

Gratuity:_____ / −_____

Total:_____ 7.95_____

_____/_____
Signature
```