IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

                Plaintiffs,

        v.

EDMUND G. BROWN JR., et al.,

                Defendants.

NO. C01-1351 TEH

ORDER RE: RECEIVER'S TRIANNUAL REPORTS

      Based on the Receiver's most recent triannual report and subsequent discussions, the Court has serious concerns about the level of care being delivered at the California Health Care Facility ("CHCF") in Stockton, as well as what appear to be increasing difficulties with recruiting and retaining medical staff statewide. The Receiver shall address both of these issues in his next triannual report, including the corrective action that has been taken and any additional planned corrective action or recommendations to the Court if the Receiver believes further orders are necessary.

      In addition, the Receiver shall discuss in each triannual report his views on the sustainability of the reforms he has achieved and plans to achieve. Among any other topics deemed relevant by the Receiver, each report should include updates on the development of an independent system for evaluating the quality of care, as well as a discussion on the degree, if any, to which custodial interference with the delivery of care remains a problem and, if so, what actions he and Defendants are taking to address the issue.

**IT IS SO ORDERED.**

Dated: 03/27/14

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT