*KAMALA D. HARRIS*
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

April 3, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine
LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 2/28/14, professional fees and expenses: $18,455.05;

(2) Dr. Puisis, invoice dated 3/1/14, professional fees and expenses: $22,187.96; and

(3) Dr. Goldenson, invoice dated 3/1/14, received 4/1/14, professional fees and expenses:
$9,483.22.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact
me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For     KAMALA D. HARRIS
Attorney General

APPROVED:

Enclosures

Thelton E. Henderson
United States District Judge

Dated: 4/7/14

The Honorable Thelton E. Henderson
April 3, 2014
Page 2


cc:

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40934384.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

February 28, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata
Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 2/4/2014 | 3.50 | Review of OIG cases, conference call with Starr Babcock |
| 2/5/2014 | 2.50 | Review of OIG cases. |
| 2/6/2014 | 4.25 | Documentation of audit methodology, conference call with Goldenson and Puisis, email correspondence with Stephen Tseng et. al. |
| 2/10/2014 | | |
| 2/11/2014 | 3.75 | Download and review of OIG files, email correspondence with court experts and the Court. Review of Three Judge Panel Order regarding overcrowding |
| 2/12/2014 | 6.50 | Documentation of OIG audit methodology, conference calls with Starr Babcock, court experts email correspondence |
| 2/13/2014 | 3.50 | Conference call with Court, Clark Kelso regarding OIG process, review of medical records |
| 2/14/2014 | 5.50 | Review of nursing cases for OIG team discussion |
| 2/17/2014 | 4.50 | Review of nursing cases for OIG team discussion |
| 2/18/2014 | 3.50 | Review of nursing cases for OIG team discussion, conference call with Joe Goldenson, email correspondence |
| 2/19/2014 | 6.50 | Review of nursing cases for OIG discussion |
| 2/20/2014 | 8.75 | Review of nursing and medical cases, Conference call with OIG nurses |
| 2/21/2014 | 4.50 | Review of medical OIG cases, conference call with medical experts and the Court. |
| 2/24/2014 | 3.50 | Review of OIG compliance instrument, review of Puisis comments |
| 2/25/2014 | 8.75 | Meeting with OIG staff, Meeting with CCHCS Regional CEOs |
| 2/26/2014 | 9.25 | Meeting with OIG staff regarding compliance instrument |

| | | |
|---|---|---|
| Total Professional Hours | 78.75 | |
| Total at Hourly Rate of $200.00 | $15,750.00 | |

1

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 2/24/2014 | 6.5 | Travel from Albuquerque to Elk Grove, CA |
| 2/27/2014 | 6.5 | Travel from Elk Grove to Albuquerque, NM |
| Total Travel Hours | 13.0 | |
| Total at Hourly Rate of $100 | $1,300.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| 2/24/2014 | $388.00 | Airfare  Albuquerque to Oakland |
| | $372.66 | Rental Car |
| | $106.40 | Hotel |
| | $30.00 | Dinner (Less than billed amout of $42.00) |
| | | |
| 2/25/2014 | $106.40 | Hotel |
| | $9.60 | Lunch |
| | $37.00 | Dinner (Less than billed amount of $120.00) |
| | | |
| 2/26/2014 | $106.40 | Hotel |
| | $11.34 | Lunch |
| | $30.00 | Dinner |
| | | |
| 2/27/2014 | $193.00 | Airfare change due to early completion of work |
| | $14.25 | Airport parking |
| | | |
| | | |
| Total Expenses | $1,405.05 | |

| Professional Fees | $15,750.00 | |
|---|---|---|
| Travel Fees | $1,300.00 | |
| Expenses | $1,405.05 | |
| Total Due | $18,455.05 | |

2



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

LAMARRE, MADELEINE

Room        204/Q2RZ
Arrival Date    2/24/2014
Departure Date  2/27/2014      3:52:00PM

Adult/Child   1/0
Room Rate     95.00

RATE PLAN      L-G1

HH# 369445769 GOLD
AL:  DL  #2042493151
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3115792943

2/27/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/24/2014 | GUEST ROOM | GVILL | 698521 | $95.00 | | |
| 2/24/2014 | ROOM TAXES | GVILL | 698521 | $11.40 | | |
| 2/25/2014 | GUEST ROOM | GVILL | 698896 | $95.00 | | |
| 2/25/2014 | ROOM TAXES | GVILL | 698896 | $11.40 | | |
| 2/26/2014 | GUEST ROOM | GVILL | 699330 | $95.00 | | |
| 2/26/2014 | ROOM TAXES | GVILL | 699330 | $11.40 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $319.20 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 02/24/14 12:00:00AM | 02/25/14 | 02/26/14 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $319.20 |
| DAILY TOTAL | $106.40 | $106.40 | $106.40 | $319.20 |

XPRESS CHECK
PLEASE DIAL
EXT 2350

| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 137232  A |

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
• Please review this statement.  It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
    + pay at the time of purchase.
    + charge purchases to your account, then stop by the Front Desk for an
      updated statement.
    + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT




THANK YOU

 by Google

Madeleine LaMarre < mlamarre55@gmail.com>

## Flight reservation (ZCQQZG) | 24FEB14 | ABQ-OAK | Lamarre/Madeleine
1 message

**Southwest Airlines** < SouthwestAirlines@luv.southwest.com>          Sat, Feb 8, 2014 at 6:45 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

You're all set for your trip!

*Initial Reservation*

 **SOUTHWEST**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

### Ready for takeoff!

 Thanks for choosing Southwest© for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 02/24/14 - Oakland

 AIR Itinerary

### AIR Confirmation: ZCQQZG          Confirmation Date: 02/8/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262190427941 | Feb 8, 2015 | 2043 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest. Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Feb 24 | 601 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **12:00 PM**<br>Arrive in **OAKLAND, CA** (OAK) at **1:30 PM**<br>Travel Time 2 hrs 30 mins<br>Wanna Get Away |
| Thu Feb 27 | 910 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **3:10 PM**<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **6:25 PM**<br>Travel Time 2 hrs 15 mins<br>Wanna Get Away |

### What you need to know to travel:
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 388.00

**Save up to 35%** plus earn up to 2,400 Rapid Rewards® points.
BOOK NOW ▶  **AVIS**

**EARLYBIRD CHECK-IN**℠
Let us take care of Check-in for you
ONLY $12.50 ONE-WAY
**Get It Now**

**Need a Hotel?**
Book with Southwest to take advantage of:

Best Rate Guarantee
Flexibility to Book Now & Pay Later
Plus, Earn up to
**750 Rapid Rewards Points**

**Need a Rental Car?**
Book with Southwest to take advantage of:

Same Low Rates As The Other Guys

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262190427941: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN OAK160.00RLNUPNR WN ABQ180.47WLNUPNR 340.47 END ZPABQOAK
XFABQ4.5OAK4.5 AY5.00$ABQ2.50 OAK2.50


14 Car Companies
To Choose From
Plus, Earn
**Rapid Rewards Points**


Get the best travel deals
straight to your inbox.

**Sign Up Now**



## Important Reminders:

### Checkin

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

### No Show Policy

If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

Learn About Our
Boarding Process

 EARLYBIRD CHECK-IN      Get EarlyBird
Check-In℠ Details

## Cost and Payment Summary

AIR - ZCQQZG

| | | |
|---|---:|---|
| Base Fare | $ 340.47 | **Payment Information** |
| Excise Taxes | $ 25.53 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 8.00 | Date: Feb 8, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $388.00 |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | $ 388.00 | |


**Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or email.

Subscribe Now

Get exclusive travel deals straight to your desktop or iPhone.

Download DING!

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |

 by Google

Madeleine LaMarre < mlamarre55@gmail.com>

## UPDATED flight reservation (ZCQQZG) | 27FEB14 | OAK-ABQ | Lamarre/Madeleine
1 message

**Southwest Airlines** < SouthwestAirlines@luv.southwest.com>

Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

Wed, Feb 26, 2014 at 8:44 PM

You're all set for your trip!

 *Airfare change*

 SOUTHWEST

My Account | View My Itinerary Online

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 02/24/14 - Oakland


COUNTRY
EARN TRIPLE
Southwest Airlines Rapids Rewards®
POINTS.
Learn More

AIR Itinerary

**AIR Confirmation: ZCQQZG**        Confirmation Date: 02/26/2014

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262195296311 | Feb 8, 2015 | 4320 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Feb 27 | 576 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **07:00 AM** Arrive in **ALBUQUERQUE, NM** (ABQ) at **10:10 AM** Travel Time 2 hrs 10 mins Business Select |

**Need a Hotel?**
Book with Southwest to take advantage of:



Best Rate Guarantee
Flexibility to Book Now & Pay Later
Plus, Earn up to
**750 Rapid Rewards Points**

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 398.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262195296311: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may

**Need a Rental Car?**
Book with Southwest to take advantage of:



Same Low Rates As The Other Guys
14 Car Companies To Choose From
Plus, Earn
**Rapid Rewards Points**

CLICK 'N SAVE

result in a fare increase.

## Important Reminders:

### Checkin

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In℠ Details


Get the best travel deals straight to your inbox.

Sign Up Now

FLY FREE* FAST WITH RAPID REWARDS. JOIN TODAY!

NEW MEMBERS GET 750 BONUS POINTS TODAY!

## Cost and Payment Summary

**AIR - ZCQQZG**

| | | | |
|---|---|---|---|
| Base Fare | $ | 360.01 | **Payment Information** |
| Excise Taxes | $ | 26.99 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ | 4.00 | Date: Feb 26, 2014 |
| Passenger Facility Charge | $ | 4.50 | Payment Amount: $193.00 |
| September 11th Security Fee | $ | 2.50 | |
| **Total Air Cost** | | **$ 398.00** | Payment Type: Ticket Exchange |
| | | | Date: Feb 26, 2014 |
| | | | Payment Amount: $205.00 |

**Exchange Detail**
Feb 8, 2014 From ticket # 5262190427941 to ticket # 5262195296311


**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now



Get exclusive travel deals straight to your desktop or iPhone.

Download DING!

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

## Legal Policies & Helpful Information

Privacy Policy          Customer Service Commitment          Contact Us

| Transaction Date: | 02/26/2014 Wed |
|---|---|
| Transaction Description: | SOUTHWEST AIRLINES |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 193.00 |
| Doing Business As: | SOUTHWEST AIRLINES |
| Merchant Address: | ATTN SUPVR CR CD BILLINGS |
| | MAIL STA 6AR/PO BOX 36611 |
| | DALLAS |
| | TX |
| | 75235 |
| | UNITED STATES |
| Category: | Travel- Airline |

| Transaction Date: | 02/27/2014 Thu |
|---|---|
| Transaction Description: | HERTZ CAR RENTAL 800-654-4173 CA |
| | R/A# 655719875 800-654-4173 |

| | Location | Date |
|---|---|---|
| Rental: | OAKLAND CA | |
| Return: | OAKLAND CA | |
| | Agreement Number: 655719875 | |
| | Renter Name: LAMARRE /MADELEINE | |

| Cardmember Name: | MADELEINE LAMARRE |
|---|---|
| Amount $: | 372.66 |
| Doing Business As: | HERTZ RAC/ADVANTAGE |
| Merchant Address: | CREDIT BILLING BILLING |
| | 14501 HERTZ QUAIL SPGS PK |
| | OKLAHOMA CITY |
| | OK |
| | 73134 |
| | UNITED STATES |
| Reference Number: | 320140560659360454 |
| Category: | Travel- Vehicle Rental |

```
Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
USA-87106 Albuquerque
Express Ex 02/27/14 10:19
Receipt 061135

Excess Time
R3 Universities
Car Park 1
02/24/14 10:53 -
02/27/14 10:19 -
Period 2d23h27m
(TAX)                $14.25

Sub Total            $14.25
TAX                   $0.00
                    --------
Total                $14.25

Payment Received
AMEX                 $14.25
XXXXXXXXXXX2004
Merch:1306516667
Auth:548920
Type: Swiped

Includes 7% tax
and 2% airport fee
```

| Transaction Date: | 02/24/2014 Mon |
|---|---|
| Transaction Description: | BJS RESTAURANTS 451 ELK GROVE CA |
| | 205 RESTAURANT |
| | RESTAURANT |
| | FOOD/BEVERAGE $34.99 |
| | TIP            $7.01 |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 42.00 |
| Doing Business As: | BJS RESTAURANTS 451 |
| Merchant Address: | 9237 LAGUNA SPRINGS WAY |
| | ELK GROVE |
| | CA |
| | 95758-5341 |
| | UNITED STATES |
| Reference Number: | 32014056063185073 |
| Category: | Restaurant- Restaurant |

| Transaction Date: | 02/25/2014 Tue |
|---|---|
| Transaction Description: | BIBA 0000 SACRAMENTO CA |
| | 0 916-455-2422 |
| | 916-455-2422 |
| | Description |
| | FOOD/BEVERAGE |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 120.00 |
| Doing Business As: | BIBA |
| Merchant Address: | 2801 CAPITOL AVE |
| | SACRAMENTO |
| | CA |
| | 95816-6000 |
| | UNITED STATES |
| Reference Number: | 32014057064827271 |
| Category: | Restaurant- Restaurant |

| Transaction Date: | 02/26/2014 Wed |
|---|---|
| Transaction Description: | LA BOU CAFE SACRAMENTO CA |
| | 67870046 916-369-7824 |
| | 916-369-7824 |
| | Description |
| | FOOD/BEVERAGE |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 11.34 |
| Doing Business As: | LA BOU CAFE |
| Merchant Address: | 10395 ROCKINGHAM DR |
| | SACRAMENTO |
| | CA |
| | 95827 |
| | UNITED STATES |
| Reference Number: | 32014057064522740 |
| Category: | Restaurant- Restaurant |

Bank of America | Online Banking | Accounts | Account Details | Account Activity          Page 1 of 1

**Bank of America** ⏩                                                    *Online Banking*

**Business Advantage Chk – 7224: Account Activity Transaction Details**

Post date: 02/26/2014   *for meal purchased on 2/25/14*

Amount: -9.60

Type: Debit card

Purchaser: MADELEINE LAMARRE, P.C.

Description: CHECKCARD 0225 LA BOU CAFE
SACRAMENTO CA
24431064056207676700700 CKCD 5812
4635750005543959

Merchant category: Eating Places and Restaurants

Merchant category code: 5812

Expense category: Miscellaneous Stores

Page 1 of 1

| Transaction Date: | 02/26/2014 Wed |
|---|---|
| Transaction Description: | BJS RESTAURANTS 451 ELK GROVE CA |
| | 407 RESTAURANT |
| | RESTAURANT |
| | FOOD/BEVERAGE $38.56 |
| | TIP          $7 44 |
| Cardmember Name: | MADELEINE LAMARRE |
| Amount $: | 46 00 |
| Doing Business As: | BJS RESTAURANTS 451 |
| Merchant Address: | 9237 LAGUNA SPRINGS WAY |
| | ELK GROVE |
| | CA |
| | 95758-5341 |
| | UNITED STATES |
| Reference Number: | 320140580682424995 |
| Category: | Restaurant- Restaurant |

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #14

Plata v. Davis C-01-1351
March 1, 2014

| Date | Service | Hours | Rate | Total |
|------|---------|-------|------|-------|
| 2/24/2014 | Taxi to airport | | | $37.00 |
| 2/24/2014 | Airfare for SAC trip | | | $490.00 |
| 2/24/2014 | Rental car SAC trip | | | $348.88 |
| 2/24/2014 | Hotel in SAC | | | $331.03 |
| 2/24/2014 | toll on bridge | | | $5.00 |
| 2/24/2014 | meal | | | $18.66 |
| 2/25/2014 | lunch | | | $7.80 |
| 2/26/2014 | lunch | | | $9.61 |
| 2/26/2014 | meal | | | $36.40 |
| 2/27/2014 | bridge toll | | | $6.00 |
| 2/27/2014 | gas | | | $29.33 |
| 2/27/2014 | taxi home from airport | | | $37.00 |
| 2/3/2014 | Review of OIG audit tool | 4 | 275 | $1,100.00 |
| 2/4/2014 | Review of OIG audit instrument | 6 | 275 | $1,650.00 |
| 2/10/2014 | Review of OIG audit instrument | 4 | 275 | $1,100.00 |
| 2/11/2014 | Conference call and review of OIG audit instrument | 5 | 275 | $1,375.00 |
| 2/12/2014 | Chart reviews using OIG instrument | 7 | 275 | $1,925.00 |
| 2/13/2014 | Expert conference call | 1.5 | 275 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 2/14/2014 | Chart reviews using OIG instrument | 2 | 275 | $550.00 |
| 2/17/2014 | Chart reviews using OIG instrument | 9 | 275 | $2,475.00 |
| 2/18/2014 | Chart reviews using OIG instrument | 8 | 275 | $2,200.00 |
| 2/19/2014 | Chart reviews using OIG instrument | 4 | 275 | $1,100.00 |
| 2/24/2014 | Travel | 6 | 137.5 | $825.00 |
| 2/25/2014 | Meet with OIG staff and CCHCS CEOs | 8.75 | 275 | $2,406.25 |
| 2/26/2014 | Meet with OIG staff | 9.75 | 275 | $2,681.25 |
| 2/27/2014 | Travel | 7.5 | 137.5 | $1,031.25 |
| TOTAL | | | | $22,187.96 |

**AMERICAN TAXI**

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

**RECEIPT**

DATE  2/24/14

AMOUNT  37.00

FROM

TO

NAME                                    CAB NUMBER

---

Do not expose to excessive heat or direct sunlight.

INSERT

STAPLE HERE

PRINTED IN U.S.A. BY MTSL, DALLAS, TX    REV. 5/12    CSM344    Ptn 6-13

**UNITED**

**eTicket Itinerary and Receipt**

A STAR ALLIANCE MEMBER

The
PUISIS/MICHAELAMR

**PUISIS/MICHAELAMR**

Party of 1

| Day Date | Flight | Depart | | Time | Arrive | | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|---|
| Mon 24FEB14 | 887/650 | Chicago-OHare | | 9:50 AM | San Francisco | | 12:31 PM | A-320 | Purchase |
| Thu 27FEB14 | 0912176 | San Francisco | | 3:05 PM | Chicago-OHare | | 9:52 PM | 737-900 | Purchase |

Seats
08/31D

**Confirmation Number: C8SB0B**

Ticket Number
01623564885040

Frequent Flyer
68.xxxxx202

Issue Date: February 03, 2014

Fare: 435.35    Tax: 54.65    Per Person: 490.00    eTicket Total: 490.00

Method of Payment: Visa XXXXXXXXXXXXX8239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

```
SAN FRANCISCO INTL AP
RES: G1112937707 /STDR / A

RR 655603782              #01

MICHAEL
PUISIS

INITIAL CHARGES
RENT RT$ 88.49 /DAY  @ 3 /DAYS  $   265.47
SUBTOTAL                       T$   265.47

CHARGES ADDED DURING RENTAL
LDW              DECLINED
LIS              DECLINED
PAI, PEC         DECLINED
PERS             DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      T$    29.49
TRNS&FAC FEE                  $    20.00
INCREASED VEH LIC RECOVERY FEE T$    .00
TAX 111.500% ON $   294.96 -- $    33.92
TAX 2 3.750% ON $      .00   $     .00
TOTAL AMT DUE               $  348.88

PAID BY   VISA XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01298 /5173166 13 FOCUS      N
LICENSE:CA 7BIH463
FUEL:  FULL  8/8 OUT 8/8 IN
MILES CHECKIN:  10752
MILES @ RENTAL: 10477
MILES DRIVEN:    275
CDP: 00099

EXCH:     SAN FRANCISCO INTL AP
RENTAL:   02/24/14  13:23
RETURN:   02/27/14  09:18
RETURNED: SAN FRANCISCO INTL AP
COMPLETED BY: 1278 /CASFO15

PLAN IN:    STDR     RATE CLASS: A
PLAN OUT:   STDR
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**
```

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com
or 1-800-278-1595

Enter access code:   01241

```
THANK YOU FOR CHOOSING
HERTZ
```



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address | | |
|---|---|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

| | | |
|---|---|---|
| Room | 203/Q2RZ | |
| Arrival Date | 2/24/2014 | 3:27:00PM |
| Departure Date | 2/27/2014 | |
| Adult/Child | 1/0 | |
| Room Rate | 95.00 | |

RATE PLAN        L-G1

HH# 736265396 SILVER
AL: UA  #03069734862
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3117896209

2/27/2014      PAGE    1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2/24/2014 | GUEST ROOM | GVILL | 698520 | $95.00 | | |
| 2/24/2014 | ROOM TAXES | GVILL | 698520 | $11.40 | | |
| 2/25/2014 | *GREAT AMERICAN GRILL | LINTR | 698717 | $11.83 | | |
| 2/25/2014 | GUEST ROOM | GVILL | 698895 | $95.00 | | |
| 2/25/2014 | ROOM TAXES | GVILL | 698895 | $11.40 | | |
| 2/26/2014 | GUEST ROOM | GVILL | 699329 | $95.00 | | |
| 2/26/2014 | ROOM TAXES | GVILL | 699329 | $11.40 | | |

WILL BE SETTLED TO VS *5239
EFFECTIVE BALANCE OF

$331.03
$0.00

**EXPENSE REPORT SUMMARY**

| | 02/24/14 12:00:00AM | 02/25/14 | 02/26/14 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $319.20 |
| FOOD & BEVERAGE | $0.00 | $11.83 | $0.00 | $11.83 |
| DAILY TOTAL | $106.40 | $118.23 | $106.40 | $331.03 |

*You have earned approximately 3413 Hilton HHonors points and approximately 296 Miles with United Airlines for this stay Hilton HHonors(R) stays are posted within 72 hours of checkout To check your ea*

RESS CHECK
EASE DIAL
EXT. 2350

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. 137250  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.  *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

T H A N K

Y O U

```
Carquinez Bridge
     LANE 8

    COLLECTOR: 7415
Mon Feb 24, 2014  14:13:03
         CLASS 2
  FARE ID:   5 0000
 TOLL PAID: $ 5.00
PAYMENT METHOD: Cash
 SERIAL #: 01919458
```

```
        Romano's Macaroni Grill
         www.macaronigrill.com
          9198 W. Stockton Blvd.
           Elk Grove, CA 95758
             916-478-2878

   Server: ROBERT G.        DOB: 02/24/2014
   05:52 PM                      02/24/2014
   Table 992/1                      1/10034

                  SALE

   .......VISA                     1048594
   Card #XXXXXXXXXXXX5239
   Magnetic card present: PUISIS MICHAEL
   Card Entry Method:  S

   Approval: 06496C

         Amount:        $ 15.66

     + Gratuity: _____3_____

       = Total: _____18 66_____


        I agree to pay the above
      total amount according to the
         card issuer agreement.

   X_____

        Romano's Macaroni Grill
         www.macaronigrill.com

             Guest Copy
```

LA BOU CAFE
10395 ROCKINGHAM DR
SACRAMENTO, CA 95827

Merchant ID: 000000002582968
Term ID: 03823676
Server ID: 1
345261133887

## Sale

VISA
XXXXXXXXXXXX5239
Entry Method: Swiped
Apprvd: Online     Batch#: 000488
02/26/14                    12:07:07

Inv #: 000068  Appr Code: 01242C

Amount:           $        9.61
Tip:

Total:        ----------------

              ================

Merchant Copy
NO SIGNATURE REQUIRED

---

LA BOU CAFE
10395 ROCKINGHAM DR
SACRAMENTO, CA 95827

Merchant ID: 000000002582968
Term ID: 03823678
Server ID: 1
345261133887

## Sale

VISA
XXXXXXXXXXXX5239
Entry Method: Swiped
Apprvd: Online     Batch#: 000486
02/25/14                    12:36:13

Inv #: 000054  Appr Code: 08416C

Amount:           $        7.80
Tip:

Total:        ----------------

              ================

Merchant Copy
NO SIGNATURE REQUIRED

```
Server: KRYSTAL M (#114)      Rec: 2.
02/26/14 18:55, Swiped   T: 602 Term: 1
```

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

```
CARD TYPE     ACCOUNT NUMBER
VISA          XXXXXXXXXXXX5239
00 TRANSACTION APPROVED
AUTHORIZATION #: 06715C
Reference: 0226010000340
TRANS TYPE: Credit Card SALE
```

CHECK:          30.40

TIP:            6.

TOTAL:          36.40

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

San Francisco-Oakland Bay Bridge
LANE 14

COLLECTOR: 4064
Thu Feb 27, 2014  08:07:53
CLASS 2
FARE ID:     6 0500
TOLL PAID: $ 6.00
PAYMENT METHOD: Cash
SERIAL #: 00969266

WELCOME

800000288519-001
FLYERS #219
176 GATEWAY BLVD.
SO SAN FRNCSCO  CA
94080, 650-737-9800

VISA
VI AUTH#08467C
SEQ# 0041 EXP:**/**
DATE 02/27/14  09:02
REF#0580000032000060
BATCH#56

PUMP # 03  C
PRODUCT: UNLD.
APPROVAL # 08467C
     GALLONS:      7.464
PRICE/G: $ 3.929
FUEL SALE:   $ 29.33

     THANK YOU
   HAVE A NICE DAY

AMERICAN TAXI

NORTHWEST
SUBURBS                  (847) 253-4411

WEST & SOUTH
SUBURBS                  (708) 424-7878

LAKE COUNTY              (847) 666-3131

NORTH
SUBURBS                  (847) 673-1000

DUPAGE CO. EAST          (630) 920-9480

DUPAGE CO. WEST          (630) 305-0700

RECEIPT

DATE   2/27/14

AMOUNT   37.00

FROM

TO

NAME                     CAB NUMBER

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell     847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

March 1, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of February 2014 that included our visit to
Sacramento to meet with OIG and Receiver staff.

Sincerely,

Michael Puisis, D. O.

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: March 1, 2014

Billing Period:   Feb-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:     $9,483.22

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 2/6/14 | 1.00 | @ | $275.00 | = | $275.00 | Phone call with experts |
| 2/7/14 | 6.75 | @ | $275.00 | = | $1,856.25 | Review of documents and medical records |
| 2/13/14 | 2.50 | @ | $275.00 | = | $687.50 | Conference calls w/ experts and Court, review of documents |
| 2/16/14 | 2.50 | @ | $275.00 | = | $687.50 | Review of documents and medical records |
| 2/21/14 | 0.50 | @ | $275.00 | = | $137.50 | Conference call w/ Court |
| 2/25/14 | 1.50 | @ | $137.50 | = | $206.25 | Travel |
| 2/25/14 | 8.75 | @ | $275.00 | = | $2,406.25 | Meetings with OIG, CCHSC |
| 2/26/14 | 9.75 | @ | $275.00 | = | $2,681.25 | Meeting with OIG |
| 2/26/14 | 2.00 | @ | $137.50 | = | $275.00 | Travel |
| Total | | | | | $9,212.50 | |

**Professional Fees**

$9,212.50

**Travel Expenses**

$270.72

TOTAL DUE     $9,483.22

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|-----------|-----|---------|-----------|-------|-------|-----------|
| 2/25/14 | $106.40 | $47.95 | | | | $4.00 | $50.40 | | $208.75 |
| 2/26/14 | | $11.57 | | | | | $50.40 | | $61.97 |
| | | | | | | | | Total | $270.72 |

*$0.56/ mile

# Hilton Garden Inn
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
| --- |

GOLDENSON, JOE
1406 CYPRESS ST

BERKELEY, CA 94703-1033
US

| | |
| --- | --- |
| Room | 206/Q2RZ |
| Arrival Date | 2/25/2014  4:49:00PM |
| Departure Date | 2/26/2014  6:53:00AM |
| Adult/Child | 1/0 |
| Room Rate | 95.00 |

RATE PLAN    L-G1

HH# 861204588 SILVER
AL:   DL  #2042493151
CAR:

*Folio*

HHONORS
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3117049873

2/26/2014    PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 2/25/2014 | GUEST ROOM | GVILL | 698898 | $95.00 | | |
| 2/25/2014 | ROOM TAXES | GVILL | 698898 | $11.40 | | |
| 2/26/2014 | VS *8037 | ANGELR | 699075 | | $106.40 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 02/25/14 | STAY TOTAL |
| --- | --- | --- |
| ROOM & TAX | $106.40 | $106.40 |
| DAILY TOTAL | $106.40 | $106.40 |

next stay at more than 3,900 hotels and

*Biba*

2801 Capitol Ave
Sacramento Ca. 95816
(916) 455- 2422

2 Beth

| | | |
| --- | --- | --- |
| Tbl 23/1 | Chk 1328 | Gst 4 |
| | Feb25'14 05:41PM | |

| | | |
| --- | --- | --- |
| 1 GL William Hill Ch | | 9.50 |
| WilliamChard | | |
| 2 GL CHIANTI | | 18.00 |
| 1 D- Bowl-La Zuppa | | 9.00 |
| 1 D- Beet Salad | | 9.50 |
| 1 D- Fennel Salad | | 9.00 |
| 2 GL Carano-Chard | | 28.00 |
| 1 GL Zinfandel | | 9.00 |
| 1 Sturgeon | | 30.00 |
| 2 D- Linguine | | 37.00 |
| 1 Scallop App | | 15.50 |
| 1 Brulee | | 9.00 |

| | |
| --- | --- |
| SUBTOTAL | 183.50 |
| TAX | 17.39 |
| TOTAL DUE | 200.89 |

LA BOU CAFE
10395 ROCKINGHAM DR
SACRAMENTO, CA 95827

Merchant ID: 000000002582968
Term ID: 03823678
Server ID: 1
345261133887

## Sale

VISA
XXXXXXXXXXXX8037

Entry Method: Swiped

Apprvd: Online    Batch#: 000486
02/25/14          12:37:13

Inv #: 000055   Appr Code: 014245

Amount:        $    7.95

Tip:

RETURNED FOR A CASH REFUND

| | |
| --- | --- |
| UP | |
| TAX | |
| TPS | |
| TOT | |

## LA BOU - MATHER
10395 ROCKINGHAM DR
SACRAMENTO CA 95827
916-369-7824
www.labou.com

2/26/2014     12:08:04 PM

## Order Number: 899
### ***For Here***

| Check# | Table/PN | Guests | Server |
| --- | --- | --- | --- |
| 632899 | C&C/1 | 4 | 1012 |

| | | |
| --- | --- | --- |
| 1 | Panini and Salad | 8.60 |
| | Vegetable Panini | 0.00 |
| | House | 0.00 |
| | Herb dressing | 0.00 |
| 1 | Vitamin Water | 2.05 |
| | SUB TOTAL | 10.65 |
| | Sales Tax | 0.92 |
| | TOTAL | 11.57 |
| | AMOUNT CHARGED | 11.57 |