IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER APPOINTING<br>COMPLIANCE OFFICER |

　　　The Court hereby appoints the Honorable Elwood Lui (Ret.) to serve, until otherwise ordered, as the Compliance Officer in this case, pursuant to the Court's February 10, 2014 Order.  Justice Lui's curriculum vitae is attached to this order.

　　　Justice Lui shall have the status of an officer and agent of this Court.  Accordingly, he shall be afforded the same immunities that vest with this Court.  In addition, all communications between Justice Lui and this Court shall be confidential and privileged.

　　　Justice Lui has agreed to serve without hourly compensation.  However, Defendants shall directly and in a timely manner reimburse Justice Lui for all reasonable expenses,

including compensation and related expenses of additional staff approved by the Court.  If any payment is unduly denied or delayed, the Court may establish a registry account to facilitate payment.

**IT IS SO ORDERED.**

Dated:  04/09/14

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:  04/09/14

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:  04/09/14

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA