ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., *et al.*,<br><br>    Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>Eastern District of California |
| MARCIANO PLATA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., *et al.*,<br><br>    Defendants. | No. C01-1351 TEH<br><br>Northern District of California |

Due to the Honorable Lawrence Karlton's intention to take inactive status, I hereby designate and assign the Honorable Kimberly Mueller, District Judge for the Eastern District of California, to take the place of Judge Karlton as of

September 1, 2014, on this three-judge court. The three judge court would then consist of Circuit Judge Stephen Reinhardt, Northern District of California Judge Thelton Henderson, and Eastern District of California Judge Kimberly Mueller.

Dated: April 11, 2014

                                              Alex Kozinski
                                              Chief Judge

cc:     Circuit Judge Stephen Reinhardt
          Senior District Judge Thelton E. Henderson
          Senior District Judge Lawrence K. Karlton
          District Judge Kimberly Mueller
          Chief District Judge Morrison England
          Cathy Catterson, Circuit and Court of Appeals Executive
          Marianne Matherly, Clerk, Eastern District of California