**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

April 17, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 4/1/14, professional fees and expenses: $16,288.54;

(2) Dr. Puisis, invoice dated 4/2/14, professional fees and expenses: $21,814.66; and

(3) Dr. Goldenson, invoice dated 4/1/14, professional fees and expenses: $6,498.55.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA
Deputy Attorney General

For      KAMALA D. HARRIS
         Attorney General

*[APPROVED — 04/21/2014, Judge Thelton E. Henderson, United States District Court, Northern District of California]*

The Honorable Thelton E. Henderson
April 17, 2014
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
40946744.doc