Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre@comcast.net

April 1, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**

**1143 Citadel Drive**

**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 3/6/2014 | 1.75 | Email correspondence with court experts, OIG and planning for March OIG and CCHCS trips |
| 3/7/2014 | 0.75 | Email correspondence with Jared Goldman and planning for March OIG and CCHCS trips |
| 3/10/2014 | 0.25 | Email correspondence with Jared Goldman, and Joe Goldenson |
| 3/11/2014 | 0.75 | email correspondence and conference call with the Court and court experts |
| 3/12/2014 | 4.50 | Review of OIG tracer methodology audit tool. |
| 3/13/2014 | 6.50 | Review of OIG tracer methodology audit tool. DVI case review |
| 3/14/2014 | 4.50 | Review of OIG tracer methodology audit tool. |
| 3/15/2014 | 4.00 | Review of OIG tracer methodology audit tool. |
| 3/17/2014 | 10.00 | Meetings with CCHCS staff |
| 3/18/2014 | 8.50 | Meetings with OIG audit stakeholders and OIG staff |
| 3/19/2014 | 3.25 | Review of OIG revised compliance audit tool. |
| 3/21/2014 | 3.75 | Review of OIG revised audit compliance tool. |
| 3/25/2014 | 2.75 | Conference call with CCHCS staff, Review of OIG revised audit tool. |
| 3/26/2014 | 6.75 | Review of OIG revisedcompliance audit tool. |
| 3/27/2014 | 8.00 | Conference call with CCHCS staff, Review of OIG revised audit tool. Conference call with court experts |
| 3/28/2014 | 2.25 | Email correspondence with court experts and the court regarding OIG hiring process and audit methodology |
| **Total Professional Hours** | **68.25** | |
| **Total at Hourly Rate of $200.00** | **$13,650.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 3/15/2014 | 5.5 | Travel from Rio Rancho NM to Elk Grove, CA |
| 3/19/2014 | 6.0 | Travel from Elk Grove, CA to Rio Rancho, NM |
| | | |

| | | |
|---|---|---|
| **Total Travel Hours** | **11.5** | |
| **Total at Hourly Rate of $100** | **$1,150.00** | |

| Expenses: | | |
|---|---|---|
| **Date** | **Expense** | **Description** |
| 3/16/2014 | $724.00 | Airfare from Albuquerque to Sacramento |
| | $203.88 | Rental Car |
| | $106.40 | Hotel |
| | $0.00 | Breakfast |
| | $0.00 | Lunch |
| | $34.00 | Dinner |
| | | |
| 3/17/2014 | $106.40 | Hotel |
| | $0.00 | Breakfast |
| | $0.00 | Lunch |
| | $26.00 | Dinner |
| | | |
| 3/18/2013 | $106.40 | Hotel |
| | $0.00 | Breakfast |
| | $11.30 | Lunch |
| | $40.00 | Dinner (less than billed amount of $80.00) |
| | | |
| 3/19/2014 | $6.91 | Breakfast |
| | $109.00 | Airfare change due to finishing a day early |
| | $14.25 | Airport Parking |
| | | |
| | | |
| **Total Expenses** | **$1,488.54** | |

| | | |
|---|---|---|
| **Professional Fees** | **$13,650.00** | |
| **Travel Fees** | **$1,150.00** | |
| **Expenses** | **$1,488.54** | |
| **Total Due** | **$16,288.54** | |



**Hilton Garden Inn®**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
| --- |

LAMARRE, MADELEINE
1143 CITADEL DRIVE NE

ATLANTA, GA 30324-3815
US

| | |
| --- | --- |
| Room | 314/Q2RZ |
| Arrival Date | 3/16/2014 |
| Departure Date | 3/19/2014  6:57:00PM |
| | |
| Adult/Child | 1/0 |
| Room Rate | 95.00 |

RATE PLAN        L-G1

HH# 369445769 GOLD
AL: DL #2042493151
BONUS AL:            CAR:

CONFIRMATION NUMBER : 3121772907

3/19/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 3/16/2014 | GUEST ROOM | GVILL | 705446 | $95.00 | | |
| 3/16/2014 | ROOM TAXES | GVILL | 705446 | $11.40 | | |
| 3/17/2014 | GUEST ROOM | GVILL | 705769 | $95.00 | | |
| 3/17/2014 | ROOM TAXES | GVILL | 705769 | $11.40 | | |
| 3/18/2014 | GUEST ROOM | HCECILH | 706126 | $95.00 | | |
| 3/18/2014 | ROOM TAXES | HCECILH | 706126 | $11.40 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $319.20 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 03/16/14  12:00:00AM | 03/17/14 | 03/18/14 | STAY TOTAL |
| --- | --- | --- | --- | --- |
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $319.20 |
| DAILY TOTAL | $106.40 | $106.40 | $106.40 | $319.20 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - + pay at the time of purchase.
  - + charge purchases to your account, then stop by the Front Desk for an updated statement.
  - + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| --- | --- |
| | 138284 A |

| AUTHORIZATION | | INITIAL |
| --- | --- | --- |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

**PAYMENT DUE UPON RECEIPT**

T H A N K

Y O U



**Madeleine LaMarre < mlamarre55@gmail.com>**

## Flight reservation (78AZIM) | 16MAR14 | ABQ-SMF | Lamarre/Madeleine
1 message

**Southwest Airlines** < SouthwestAirlines@luv.southwest.com>     Fri, Mar 7, 2014 at 12:19 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 03/16/14 - Sacramento

 AIR Itinerary

**AIR Confirmation: 78AZIM**     Confirmation Date: 03/7/2014



Save up to 35% plus earn up to 2,400 Rapid Rewards® points.

BOOK NOW ▶  AVIS

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262197765183 | Mar 7, 2015 | 5315 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



EARLYBIRD CHECK-IN℠

Let us take care of Check-in for you

ONLY $12.50 ONE-WAY

Get It Now

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Mar 16 | 842 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **2:55 PM**<br>*Stops: Los Angeles, CA*<br>Arrive in **SACRAMENTO, CA** (SMF) at **5:45 PM**<br>Travel Time 3 hrs 50 mins<br>Anytime |
| Thu Mar 20 | 1477 | Depart **SACRAMENTO, CA** (SMF) on Southwest Airlines at **07:00 AM**<br>Arrive in SAN DIEGO, CA (SAN) at 08:25 AM<br>Wanna Get Away |
| | 229 | Change planes to Southwest Airlines in SAN DIEGO, CA (SAN) at 08:55 AM<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **11:40 AM**<br>Travel Time 3 hrs 40 mins<br>Wanna Get Away |

**Need a Hotel?**
Book with Southwest to take advantage of:



Best Rate Guarantee

Flexibility to Book Now & Pay Later

Plus, Earn up to
**750 Rapid Rewards Points**

**Need a Rental Car?**
Book with Southwest to take advantage of:



Same Low Rates As The Other Guys

**What you need to know to travel:**
  • **Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.**

- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 724.00



14 Car Companies
To Choose From

Plus, Earn
**Rapid Rewards Points**

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262197765183: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN SMF370.23YL WN X/SAN WN ABQ268.84HLA7PNRO 639.07 END
ZPABQLAXSMFSAN XFABQ4.5SMF4.5SAN4.5 AY7.50$ABQ2.50 SMF2.50 SAN2.50

CLICK 'N SAVE

Get the best travel deals straight to your inbox.

Sign Up Now

**Important Reminders:**

**Checkin**

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

**No Show Policy**

If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.



Learn About Our
Boarding Process



Get EarlyBird
Check-In℠ Details

## Cost and Payment Summary

AIR - **78AZIM**

| | | |
|---|---|---|
| Base Fare | $ 639.07 | **Payment Information** |
| Excise Taxes | $ 47.93 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 16.00 | Date: Mar 7, 2014 |
| Passenger Facility Charge | $ 13.50 | Payment Amount: $724.00 |
| September 11th Security Fee | $ 7.50 | |
| **Total Air Cost** | **$ 724.00** | |



**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.



Get exclusive travel deals straight to your desktop or iPhone.

Subscribe Now                                    Download DING!

Useful Tools                    Know Before You Go              Special Travel Needs

 Gmail by Google

**Madeleine LaMarre < mlamarre55@gmail.com>**

## UPDATED flight reservation (78AZIM) | 19MAR14 | SMF-ABQ | Lamarre/Madeleine
1 message

**Southwest Airlines** < SouthwestAirlines@luv.southwest.com>
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE@comcast.net

Tue, Mar 18, 2014 at 9:14 PM

You're all set for your trip!

 SOUTHWEST

My Account | View My Itinerary Online

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 03/16/14 - Sacramento

 AIR Itinerary

**AIR Confirmation: 78AZIM**      Confirmation Date: 03/18/2014

 Save up to 30% Plus earn up to 2,400 Rapid Rewards® points. Let's go! Budget

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262400768848 | Mar 7, 2015 | 3702 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Mar 19 | 1477 | Depart **SACRAMENTO, CA** (SMF) on Southwest Airlines at **07:00 AM** Arrive in SAN DIEGO, CA (SAN) at 08:25 AM Anytime |
| | 229 | Change planes to Southwest Airlines in SAN DIEGO, CA (SAN) at 08:55 AM Arrive in **ALBUQUERQUE, NM** (ABQ) at **11:40 AM** Travel Time 3 hrs 40 mins Anytime |

**Need a Hotel?**
Book with Southwest to take advantage of:
Best Rate Guarantee
Flexibility to Book Now & Pay Later
Plus, Earn up to
**750 Rapid Rewards Points**

**Need a Rental Car?**
Book with Southwest to take advantage of:
Same Low Rates As The Other Guys
14 Car Companies To Choose From
Plus, Earn
**Rapid Rewards Points**

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 420.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

CLICK 'N SAVE

Fare Rule(s): 5262400768848: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must
be completed by the expiration date. Unused travel funds may only be applied toward the
purchase of future travel for the individual named on the ticket. Any changes to this itinerary may
result in a fare increase.

SMF WN X/SAN WN ABQ370.23YL 370.23 END ZPSMFSAN XT5.00AY9.00XFSMF4.5SAN4.5

Get the best travel deals
straight to your inbox.

Sign Up Now

## Important Reminders:

### Checkin

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your
scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be
eligible for denied boarding compensation.

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In℠ Details

## Cost and Payment Summary

### ✈ AIR - 78AZIM

| | | |
|---|---|---|
| Base Fare | $ 370.23 | **Payment Information** |
| Excise Taxes | $ 27.77 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 8.00 | Date: Mar 18, 2014 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $109.00 |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 420.00** | Payment Type: Ticket Exchange |
| | | Date: Mar 18, 2014 |
| | | Payment Amount: $311.00 |

**Exchange Detail**
Mar 7, 2014 From ticket # 5262197765183 to ticket
# 5262400768848

 **Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or email.

Subscribe Now



Get exclusive travel deals straight to your
desktop or iPhone.

Download DING!

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

***Duplicate Copy***

# Hertz

#01 MR    RR    108802430
RES  G141468544 5
CC

MADELEINE LAMARRE

**INITIAL CHARGES**
RENT RT  $ 54.49 /DAY  @ 3 / DAYS     $ 163.47
SUBTOTAL 1                            $ 163.47
DISCOUNT - R     10%                  $  16.35
SUBTOTAL LESS DISCOUNT               T$ 147.12

**CHARGES ADDED DURING RENTAL**
LDW                         DECLINED
SLI                         DECLINED
PAI, PEC                    DECLINED
PREM RD SVC                 DECLINED
FUEL & SERVICE  $ 9.89/GALLON/TANK CAP 18.5  F5   22.87
· ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**
11.11%                        T1   16.35
CA TOURISM ASSESSMENT  2.60%  $     3.83
CONCESSION FEE RECOVERY
TAX 1  8.000% ON TAXABLE TTL OF $ 186.34  $ 13.08
TAX 2  2.750% ON TAXABLE TTL OF $ 22.87   $   .63
**TOTAL AMOUNT DUE**                      $ 203.88
CHARGED ON AMX  XXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGESEXPLAINED

VEHICLE: 01198 / 9691270  12 PASSAT 2.5 S
LICENSE: CA 6VUW780
FUEL:        NOT FULL  7/8 IN  8/8 OUT
TRK MILES:                          42397
MILEAGE IN:                         42397
MILEAGE OUT:                        42346
MILES ALLOWED:
MILES DRIVEN:                          51
CDP: 00014 - AAA AUTO CLUB SOUTH
MILES CHARGED:
RENTED:  SACRAMENTO INTL AP
RENTAL:   03/16/14 18:18
RETURN:   03/19/14 05:36
RETURNED: SACRAMENTO INTL AP
COMPLETED BY: 5319/CASAC11
PLAN IN:  STDR
PLAN OUT: STDR    RATE CLASS:  C

---

0527
Server: TIFFANY T (#155)
03/16/14 19:26, Swiped   1: 405 Term: 4  Rec:324

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE: AMERICAN EXPRES  XXXXXXXXXXXX2004
ACCOUNT NUMBER
Name: MADELEINE LAMARRE
00 TRANSACTION  APP: VTH
AUTHORIZATION #: 509
Reference: 03160100065 27
TRANS TYPE: Credit Card SALE

CHECK:        27.81

TIP: _____

TOTAL: _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

Albuquerque-ABQ-Fast Park
2801 Yale Blvd., S.E.
Albuquerque    USA-87106
Receipt 86362 9
Exp/Res Ex 03/19/14 12:10
Excess Time
B3 Universities
Car Park 1
03/15/14 14:05 -
03/19/14 12:10
Period 2d22h5m     (TXD)
                           $14.25

                    FOR RENTAL
SUB Total           $14.25
TAX                  $0.00
Total               $14.25

Payment Received    $14.25
MILES XXXXXXXXXXX2004
Merch:120651667
Auth:568689
Type: Swiped
Includes 7% tax and 2% airport fee

0296
Server: STACEY V (#220)          Rec:162
03/17/14 17:55, Swiped  T: 505 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 540356
Reference: 0317010000296
TRANS TYPE: Credit Card SALE

CHECK:              21.60

TIP:               5.40

TOTAL:            26.00

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

******************************************
DATE 3/18/14              TIME 7:00:51PM
MID 000804468148             1041769019

        Boulevard Bistro
       8941 Elk grove blvd
         elk grove, CA
             95624
          916-685-2220
  PLEASE LEAVE SIGNED COPY WITH SERVER

Amex      XXXXXXXXXXX2004      S
AUTH 502290   TBL 5    CHECK   20333
PRE-AUTH       *DINING          MIKE

   LYK ID#: 00887655

AMOUNT                        62.00
TAX                            4.96
                     ----+-+------
  SUBTOTAL  $        66.96

    TIP  $....13.64

  TOTAL  $........80.00
                     ==========

  CUSTOMER COPY
******************************************

---

HMS HOST STARBUCKS
SACRAMENTO INTERNATIONAL AIRPORT
WELCOME TO SACRAMENTO!!

1114 YEE

CHK 280  MAR19'14  6:08AM

1 Grnd COFFEE          2.15
1 SAU/EGG/CHZ          3.25
1 SACRM BEE DAILY      1.00

Subtotal               6.40
Tax                    0.51
Amt Paid               6.91
XXXXXXXXXXXXXXX        XX/XX
AMEX                   A3          6.91

THANK YOU!! PLEASE COME AGAIN!!
PLS COMMENT ON YOUR EXPERIENCE
SANTA SING (916) 283-2102
santa.sing@hmshost.com

        HMSHost
Making The Travelers Day Better

HMSHost Store Code = 5903E02

Find Us On Facebook
www.facebook.com/HmsHost

Your order number is: 280

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

April 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of March 2014 that included our visit to
Sacramento to meet with OIG and Receiver staff and for a visit to DVI to observe the
OIG audit.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #15

Plata v. Davis C-01-1351
April 2, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 3/16/2014 | Airfare for SAC trip | | | $709.50 |
| 3/16/2014 | Rental car SAC trip | | | $281.93 |
| 3/16/2014 | Hotel in SAC | | | $442.86 |
| 3/17/2014 | meal | | | $28.22 |
| 3/18/2014 | meal | | | $40.50 |
| 3/19/2014 | meal | | | $24.12 |
| 3/20/2014 | gas | | | $5.53 |
| 3/23/2014 | airfare to SAC fro DVI trip | | | $507.00 |
| 3/23/2014 | rental car for DVI trip | | | $772.33 |
| 3/23/2014 | hotel for DVI trip | | | $297.00 |
| 3/24/2014 | meal | | | $25.99 |
| 3/25/2014 | meal | | | $30.69 |
| 3/26/2014 | bridge toll | | | $5.00 |
| 3/26/2014 | gas | | | $19.52 |
| 3/26/2014 | hotel at airport | | | $336.97 |
| 3/16/2014 | travel from chicago | 6 | 137.5 | $825.00 |
| 3/17/2014 | Meeting with CCHCS staff | 10 | 275 | $2,750.00 |
| 3/18/2014 | OIG meeting with parties followed by OIG meeting with OIG staff | 8.5 | 275 | $2,337.50 |
| 3/19/2014 | Meeting with CCHCS staff | 7.5 | 275 | $2,062.50 |
| 3/20/2014 | Travel to LA | 2 | 137.5 | $275.00 |
| 3/23/2014 | Travel from LA to DVI | 3 | 137.5 | $412.50 |

| | | | | |
|---|---|---|---|---|
| 3/24/2014 | DVI tour | 8 | 275 | $2,200.00 |
| 3/25/2014 | DVI tour | 9 | 275 | $2,475.00 |
| 3/26/2014 | DVI tour | 6.5 | 275 | $1,787.50 |
| 3/26/2014 | travel from DVI to SF airport hotel | 1 | 137.5 | $137.50 |
| 2/24/2014 | Travel to Chicago | 6 | 137.5 | $825.00 |
| 3/28/2014 | Expert call and OIG methodology summary | 6 | 275 | $1,650.00 |
| 3/31/2014 | OIG methodology summary to Receiver | 2 | 275 | $550.00 |
| **TOTAL** | | | | **$21,814.66** |

## Hertz

#01 MR  **RR  106813490**
RES  G13607287D1

**MICHAEL PUISIS**

**CC**

### INITIAL CHARGES
RENT RT  $ 57.49 / DAY   @ 4 / DAYS
SUBTOTAL

$ 229.96
T$ 229.96

### CHARGES ADDED DURING RENTAL
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PREM RD SVC  DECLINED
* ADDITIONAL CHARGES

### SERVICE CHARGES/TAXES
| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 25.55 |
| CA TOURISM ASSESSMENT | 2.60% | $ | 5.98 |
| TAX 1    8.000% ON TAXABLE TTL OF $ 255.51 | | $ | 20.44 |
| TAX 2    2.750% ON TAXABLE TTL OF $ | .00 | $ | .00 |
| **TOTAL AMOUNT DUE** | | **$** | **281.93** |

CHARGED ON VISA        XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01298 / 2808319    13 N/PRIUS HYB1 N
LICENSE: CA 6YYY300
FUEL:    FULL        8/8 OUT   8/8 IN
MILEAGE IN:    23766        TR-X MILES:
MILEAGE OUT:   23686        MILES ALLOWED:
MILES DRIVEN:     80        MILES CHARGED:
CDP:   00099

RENTED:    SACRAMENTO INTL AP
RENTAL:    03/16/14 21:00
RETURN:    03/20/14 07:21
RETURNED:  SACRAMENTO INTL AP
COMPLETED BY:   7861/CASAC11

PLAN IN:    STDR      RATE CLASS:  C
PLAN OUT:   STDR
FF:    ZE 1

---

## UNITED

eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Sun | 16/MAR14 | UA1630U | Chicago-OHare | 3:28 PM | San Francisco | 6:03 PM | | |
| Sun | 16/MAR14 | UA5402U | San Francisco | 7:43 PM | Sacramento | 8:28 PM | | |
| Thu | 20/MAR14 | UA5635W | Sacramento | 10:17 AM | Los Angeles | 11:49 AM | CRJ 700 | |

Operated by Skywest Airlines doing business as United Express

**PUISIS/MICHAELAMR**

Party of 1
PUISIS/MICHAELAMR

Seats
---/---/10B

**Confirmation Number: P8LR3Y**

Ticket Number
0162597618714

Frequent Flyer
UA-*****202

Fare: 633.48       Tax: 76.02      Per Person: 709.50
Method of Payment: Visa XXXXXXXXXXXX5239      eTicket Total: 709.50      Issue Date: March 05, 2014

This ticket shall expire one year from date of issue

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

 Hilton
Garden Inn®

9421 LAGUNA SPRINGS DRIVE
ELK GROVE, CA 95758
TELEPHONE (916) 691-1900  •  FAX (916) 691-1945
RESERVATIONS
www.hilton.com or 1 800 HILTONS

| NAME & ADDRESS | | |
|---|---|---|

PUISIS, MICHAEL
932 WESLEY AVE
EVANSTON, IL 60202-1655
US

| | | |
|---|---|---|
| ROOM | 312/Q2RZ | |
| ARRIVAL DATE | 3/16/2014 | 9:34:00PM |
| DEPARTURE DATE | 3/20/2014 | 6:35:00AM |
| ADULT/CHILD | 1/0 | |
| ROOM RATE | $95.00 | |
| RATE PLAN | L-G1 | |
| Hhonors # | 73626539 | SILVER |
| AL: | UA  #03069734862 | |

CONFIRMATION NUMBER : 3125243957

3/28/2014      PAGE      1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3/16/2014 | GUEST ROOM [XFR FR RM 312 PUISIS, MICHAEL:RCPT A] | GVILL | 705460 | $95.00 | | |
| 3/16/2014 | ROOM TAXES | GVILL | 705460 | $11.40 | | |
| 3/17/2014 | *GREAT AMERICAN GRILL | LINTR | 705559 | $8.63 | | |
| 3/17/2014 | GUEST ROOM | GVILL | 705767 | $95.00 | | |
| 3/17/2014 | ROOM TAXES | GVILL | 705767 | $11.40 | | |
| 3/18/2014 | GUEST ROOM | HCECILH | 706124 | $95.00 | | |
| 3/18/2014 | ROOM TAXES | HCECILH | 706124 | $11.40 | | |
| 3/19/2014 | *GREAT AMERICAN GRILL | LINTR | 706301 | $8.63 | | |
| 3/19/2014 | GUEST ROOM | GVILL | 706520 | $95.00 | | |
| 3/19/2014 | ROOM TAXES | GVILL | 706520 | $11.40 | | |
| 3/28/2014 | VS *5239 | APALOMA | 709647 | | $442.86 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 3/16/2014 | 3/17/2014 | 3/18/2014 | 3/19/2014 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $106.40 | $425.60 |
| FOOD & BEVERAGE | $0.00 | $8.63 | $0.00 | $8.63 | $17.26 |
| DAILY TOTAL | $106.40 | $115.03 | $106.40 | $115.03 | $442.86 |

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| | | | 139441 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**

F
O
L
I
O

**0273**
Server: STACEY V (#220)　　　Rec:160
03/17/14 17:54, Swiped　T: 505 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE　　ACCOUNT NUMBER
VISA　　　　XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
OO TRANSACTION APPROVED
AUTHORIZATION #: 02233C
Reference: 0317010000273
TRANS TYPE: Credit Card SALE

CHECK:　　　　　　23.22

TIP:　　　　　　　5

TOTAL:　　　　　28.22

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

*******************************************
DATE 3/18/14　　　　TIME 6:59:42PM
MID 000804468148

Boulevard Bistro
8941 Elk grove blvd
elk Grove, CA
95624
916-685-2220
PLEASE LEAVE SIGNED COPY WITH SERVER

**Visa**　XXXXXXXXXXXX5239　S
AUTH 08302C　TBL 5　CHECK　20327
PRE-AUTH　　*DINING　　　MIKE

LYK ID#: 00887655

AMOUNT　　　　　　　　37.50
TAX　　　　　　　　　　3.00
------------------
SUBTOTAL $　　　40.50

TIP $.... 9.50

TOTAL $........ 40.50
==========

CUSTOMER COPY
*******************************************

---

Romano's Macaroni Grill
www.macaronigrill.com
9196 V. Stockton Blvd.
Elk grove, CA 95758
916-478-2678

DOB: 03/19/2014
　　　　03/19/2014
　　　　1/10008

Server: WADE T.
4:27 V
T

SALE　　　　　1048590

VISA
Card #XX XXXXXXXXX5239
Magnetic Card present: PUISIS MICHAEL
Car Entry Meth d: S

Approve.

Amount:　　$ 20.52
+ Gratuity: _____ 4
= Total: _____ 24.52

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Romano's Macaroni Grill
www.macaronigrill.com

Guest Copy



**UNITED** ☆ A STAR ALLIANCE MEMBER ✈

## eTicket Itinerary and Receipt

| Day | Date | Flight | Depart | Time | Arrive | Time |
|-----|------|--------|--------|------|--------|------|
| Sun | 23MAR14 | UA6510U | Los Angeles | 3:32 PM | Sacramento | 5:01 PM |
| Thu | 27MAR14 | UA688T | San Francisco | 8:28 AM | Chicago-OHare | 2:37 PM |

Tier Equip Meal
A-320 Purchase

Confirmation Number: AJ3TFW
Frequent Flyer
UA-******202

Ticket Number
0162359425000
Issue Date: March 06, 2014

eTicket Total: 507.00

PUISIS/MICHAELAMR

Party of 1
PUISIS/MICHAELAMR

Seats
----/31D

Fare: 451.17   Tax: 55.83   Per Person: 507.00

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

Fare Rules: This ticket shall expire one year from date of issue.

PRINTED IN U.S.A. BY INTERL, DALLAS, TX. REV. 3/72 CR9900 PUI5616

STAPLE HERE ←
INSERT ↓

Do not expose to excessive heat or direct sunlight.

---

SAN FRANCISCO INTL AP
RES: G13611290B1 / ICPDA / A
#01

# RR 110702211
# MICHAEL
# PUISIS

| INITIAL CHARGES | | | |
|---|---|---|---|
| RENT RT$ 157.49/DAY @ 4/DAYS | $ | 629.96 | |
| SUBTOTAL | T$ | 629.96 | |

| CHARGES ADDED DURING RENTAL | |
|---|---|
| LDW | DECLINED |
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PERS | DECLINED |

| SERVICE CHARGES/TAXES | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | T$ | 69.99 | |
| CA TOURISM ASSESSMENT | $ | 16.38 | |
| INCREASED VEH LIC RECOVERY FEE | T$ | .00 | |
| TAX 1 8.000% ON $ | | 56.00 | |
| TAX 2 2.750% ON $ 699.95 | $ | .00 | |
| | .00 | $ | .00 |
| **TOTAL AMT DUE** | | **$ 772.33** | |

PAID BY    VISA   XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01298 / 6557953 14 SIR SONIC 5D  N
LICENSE:CA 7BYU806
FUEL: FULL   8/8 OUT 8/8 IN
MILES CHECKIN:     8356
MILES @ RENTAL:    8177
MILES DRIVEN:       179
CDP: 00099

RENTED:   SACRAMENTO INTL AP
RENTAL:   03/23/14  17:08
RETURN:   03/27/14  05:41
RETURNED: SAN FRANCISCO INTL AP
COMPLETED BY: 1278 /CASF015

PLAN IN:  ICPDA   RATE CLASS: A
PLAN OUT: ICPDA
FF: ZE1

* * * A MESSAGE FROM HERTZ * * *

CHECK OUT OUR GREAT RATES ON
HERTZ.COM! ENJOY GREAT DEALS AND FAST
RESERVATIONS TO MEET ALL YOUR NEEDS...
WORK OR PLEASURE! VISIT WWW.HERTZ.COM!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25 on your next rental
by taking a brief survey:

hertzsurvey.com

~ 1-800-278-1595

code:   01250

FOR CHOOSING

---

ARCO am/pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314

Site Number 11900674

Trans# 050272
03/20/14 07:14

Pump  Gallons  Price
16 -  1.419  $ 3.899

Product        Amount
UNLEADED REGUL$ 5.53

Total Sale    $ 5.53

VISA
XXXXXXXXXXXX5239
Auth #: 05909C
Ref: 9C868021
Resp Code: 000
Stan: 21687442893

SITE ID: 2988012



03-26-14

| | | | | | | |
|---|---|---|---|---|---|---|
| **Michael Puisis** | Folio No. | : | | Room No. | : | **206** |
| **932 Wesley Ave** | A/R Number | : | | Arrival | : | **03-23-14** |
| **Evanston IL 60202-1655** | Group Code | : | | Departure | : | **03-26-14** |
| **US** | Company | : | **Department Of Corrections** | Conf. No. | : | **60206810** |
| | Membership No. | : | **PC   300441051** | Rate Code | : | **IMSTI** |
| | Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-23-14 | *Accommodation | 90.00 | |
| 03-23-14 | Accomodation Tax | 9.00 | |
| 03-24-14 | *Accommodation | 90.00 | |
| 03-24-14 | Accomodation Tax | 9.00 | |
| 03-25-14 | *Accommodation | 90.00 | |
| 03-25-14 | Accomodation Tax | 9.00 | |

Thank you for staying at Holiday Inn Express Hotel & Suites-Tracy. Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | **297.00** | **0.00** |
| **Balance** | **297.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Chili's Grill & Bar
Tracy #1303
2030 W. Grant Line Rd.
Tracy, CA 95377

Server: Marysa          DOB: 03/24/2014
07:23 PM                     03/24/2014
Table 45/3                    2/20032

SALE

VISA                          2097158
Card #XXXXXXXXXXXXX5239
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 09293C

        Amount:      $ 21.99

        + Tip: _____4____

        = Total: _____25?____

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Thank You!
We Welcome Your Comments
(800) 983-4637
www.chilis.com

Guest Copy

---

OLIVE GARDEN 1582
3140 Naglee Rd
Tracy, CA 95304-7319
                          Check # :33247
Table 502
Allen K
19:16 03/25/2014                    Gst 1
Transaction #:2141067229

----------------------------------------

ID # 5430 01148 3823

****************************************
*  We value your opinion. Please        *
*  tell us about your dining            *
*  experience by completing an          *
*  online survey within 7 days of       *
*  your visit. You could win a          *
*  $1,000 Grand Prize or 1 of 100       *
*  $50 prizes. Winners are drawn        *
*  monthly!!                            *
*                                       *
*  To complete the survey and enter     *
*  the contest, go to                   *
*  www.OliveGardenSurvey.com and        *
*  enter the ID on this receipt.        *
*  NO PURCHASE NECESSARY. Void where    *
*  prohibited. See Official Rules at    *
*  www.OliveGardenSurvey.com.           *
*                                       *
*  Valoramos su opinion. Complete la    *
*  encuesta sobre su experiencia        *
*  gastronómica en                      *
*  www.OliveGardenSurvey.com.           *
****************************************
(OFFER EXPIRES Apr 1, 2014)

----------------------------------------

Card Number                  Auth Code
xxxxxxxxxxxx 5239               09454C
puisis/michael                    Visa

Check Amount          25.69

Tip Not Included
----------------------------------------
Suggested tip amounts    15% - $3.55
are provided for your    18% - $4.26
convenience.             20% - $4.74
----------------------------------------

Tip.....          5

Total...      30 84

X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Guest Copy

San Mateo-Hayward Bridge
LANE 6

COLLECTOR: 5207
Wed Mar 26, 2014  15:48:31
CLASS 2
FARE ID:    5 0000
TOLL PAID: $ 5.00
PAYMENT METHOD: Cash
SERIAL #: 01622707

WELCOME

SALES RECEIPT
57 444 214803
SHELL
1390 BAYSHORE HWY
BURLINGAME   CA 94010

DATE 03/26/14  4:21PM
INVOICE# 145056
AUTH#    03809C
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 5239

PUMP PRODUCT    S/G
01    Reg    $4.039

GALLONS    FUEL TOTAL
4.832    $ 19.52

THANK YOU
COME BACK SOON



## Hilton
## Garden Inn®
### San Francisco Airport/Burlingame

765 Airport Blvd. • Burlingame, CA 94010
Phone (650) 347-7800 • Fax (650) 347-4898
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

Room            322/K1
Arrival Date    3/26/2014    4:08:00PM
Departure Date  3/27/2014

Adult/Child     1/0
Room Rate       $269.00

RATE PLAN       LV2
HH# 736265396 SILVER
AL      UA #03069734862
BONUS AL                    CAR

Confirmation: 3123646251

3/27/2014      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 3/26/2014 | 1210447 | *ROOM SERVICE | $34.69 |
| 3/26/2014 | 1210537 | GUEST ROOM | $269.00 |
| 3/26/2014 | 1210537 | ROOM TAX | $32.28 |
| 3/26/2014 | 1210537 | CA TOURISM ASSESMENT FEE | $1.00 |
| | | WILL BE SETTLED TO VS *5239 | $336.97 |
| | | EFFECTIVE BALANCE OF | $0.00 |

ESTIMATED CURRENCY TOTAL

You have earned approximately 3491 Hilton HHonors points and approximately 303 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

T
H
A
N
K




Y
O
U



## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay.  With Zip-Out Check-Out®**
there is no need to stop at the Front Desk to check out.
• Please review this statement.  It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 299083 | |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: April 1, 2014

Billing Period:   Mar-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:    $6,498.55

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 3/11/14 | 0.50 | @ | $275.00 | = | $137.50 | Phone calls with experts, Court |
| 3/14/14 | 2.00 | @ | $275.00 | = | $550.00 | Phone calls with experts, Review of documents |
| 3/15/14 | 2.75 | @ | $275.00 | = | $756.25 | Review of documents |
| 3/17/14 | 3.00 | @ | $137.50 | = | $412.50 | Travel |
| 3/17/14 | 10.00 | @ | $275.00 | = | $2,750.00 | Meetings in Sacramento |
| 3/18/14 | 1.50 | @ | $275.00 | = | $412.50 | OIG stakeholders meeting |
| 3/26/14 | 2.00 | @ | $275.00 | = | $550.00 | DVI exit interview (via phone), review of documents |
| 3/27/14 | 1.00 | @ | $275.00 | = | $275.00 | Phone call with experts, review of documents |
| 3/29/14 | 2.00 | @ | $275.00 | = | $550.00 | Report writing |
| Total | | | | | $6,393.75 | |

**Professional Fees**

$6,393.75

**Travel Expenses**

$104.80

**TOTAL DUE**    $6,498.55

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|-----------|-----|---------|-----------|-------|-------|-----------|
| 3/17/14 | | | | | | $4.00 | $100.80 | | $104.80 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | Total | $104.80 |

*$0.56/ mile