Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 634-0117
Fax: (404) 634-2594
mlamarre55@gmail.com

May 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre      Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 4/1/2014 | 7.50 | Review and edit of comments regarding OIG methodology to Kelso |
| 4/2/2014 | 0.50 | Final review of comments regarding OIG methodology to Kelso |
| 4/8/2014 | 1.50 | Review of OIG and Plata email correspondence |
| 4/9/2014 | 3.50 | Limited participation in CCHCS conference call, downloading of OIG DVI records, email correspondence with OIG |
| 4/10/2014 | 3.75 | Conference call with court experts, correspondence with the court, and with Clark Kelso, |
| 4/11/2014 | 1.75 | Conference call with court experts and the Court |
| 4/14/2014 | 2.25 | Review of OIG and Plata email correspondence, correspondence with the court, review of OIG SQ and SVSP draft reports |
| 4/15/2014 | 3.75 | Review of health records for DVI OIG review. |
| 4/16/2014 | 6.25 | Review of OIG Cycle 4 inspection tool, conference call with court experts, development of audit report structure, email communication with OIG staff |
| 4/17/2014 | 1.75 | Conference call with Karen Rea Statewide Nurse Executive, attended PMCC meeting via webinar, email correspondence |
| 4/28/2014 | 1.00 | Planning for OIG meeting and correspondence with the Court |
| Total Professional Hours | 33.50 | |
| Total at Hourly Rate of $200.00 | $6,700.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| | | |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|

| Date | Expense | Description |
|---|---|---|
|  |  |  |
| **Total Expenses** | **$0.00** |  |

| | | |
|---|---|---|
| **Professional Fees** | **$6,700.00** |  |
| **Travel Fees** | **$0.00** |  |
| **Expenses** | **$0.00** |  |
| **Total Due** | **$6,700.00** |  |

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

May 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of April 2014 that mostly included work on the OIG audit instrument and chart reviews for DVI in collaboration with the OIG audit of that facility.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #16

Plata v. Davis C-01-1351
May 2, 2014

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/2/2014 | Summary of DVI review | 3.5 | 275 | $962.50 |
| 4/11/2014 | OIG instrument | 9 | 275 | $2,475.00 |
| 4/12/2014 | DVI chart review | 2.5 | 275 | $687.50 |
| 4/13/2014 | DVI chart review | 4 | 275 | $1,100.00 |
| 4/14/2014 | DVI chart review | 6 | 275 | $1,650.00 |
| 4/15/2014 | DVI chart review and OIG instrument | 9 | 275 | $2,475.00 |
| 4/24/2014 | Confernece call with OIG staff | 1.5 | 275 | $412.50 |
| 4/29/2014 | DVI chart review | 9 | 275 | $2,475.00 |
| 4/30/2014 | Review of CCHCS policies | 8.5 | 275 | $2,337.50 |
| TOTAL | | | | $14,575.00 |

1

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: May 1, 2014
Billing Period: Apr-14
Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | $4,537.50 |

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 4/1/14 | 1.50 | @ | $275.00 | = | $412.50 | Report writing |
| 4/10/14 | 1.50 | @ | $275.00 | = | $412.50 | Phone conference with medical experts |
| 4/11/14 | 1.00 | @ | $275.00 | = | $275.00 | Phone conference with Court |
| 4/12/14 | 3.25 | @ | $275.00 | = | $893.75 | Review of documents, medical records |
| 4/16/14 | 3.00 | @ | $275.00 | = | $825.00 | Phone conference with medical experts, review of records |
| 4/19/14 | 6.25 | @ | $275.00 | = | $1,718.75 | Review of medical records |
| Total | | | | | $4,537.50 | |

**Professional Fees**
$4,537.50

**Travel Expenses**

TOTAL DUE $4,537.50

*[signature: Joe Goldenson]*