KAMALA D. HARRIS  
Attorney General

State of California  
DEPARTMENT OF JUSTICE 

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5553  
Facsimile: (415) 703-1234  
E-Mail: Maneesh.Sharma@doj.ca.gov

June 27, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 6/2/14, professional fees and expenses: $6,450.00;

(2) Dr. Puisis, invoice dated 5/31/14, professional fees and expenses: $16,748.31; and

(3) Dr. Goldenson, invoice dated 6/1/14, professional fees and expenses: $825.00.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

MANEESH SHARMA  
Deputy Attorney General

For KAMALA D. HARRIS  
Attorney General

APPROVED 6/30/2014  
Judge Thelton E. Henderson

Enclosures

cc:

The Honorable Thelton E. Henderson
June 27, 2014
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
41005742.doc