Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 694-0655
mlamarre55@gmail.com

June 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 5/2/2014 | 0.50 | Corresponce with experts re: OIG audit methodology |
| 5/14/2014 | 8.00 | Review of DVI medical records |
| 5/15/2014 | 2.50 | Review of DVI medical records |
| 5/16/2014 | 7.00 | Review of DVI medical records |
| 5/27/2014 | 3.50 | Review and comment regarding CCHCS credentialing policies and procedures. Email correspondence with court experts. |
| 5/28/2014 | 3.50 | Email correspondence with court experts, planning for June OIG meeting, Conference call with Joe Goldenson |
| 5/29/2014 | 0.75 | Corresponce with experts re: OIG audit methodology |
| 5/30/2014 | 2.25 | Conference call with court experts, correspondence with OIG, review of DVI medical records |
| 5/31/2014 | 4.25 | DVI record reviews |
| Total Professional Hours | 32.25 | |
| Total at Hourly Rate of $200.00 | $6,450.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
|  |  | Airfare |
|  |  | Rental Car |
|  |  | Hotel |
|  |  | Breakfast |

|  |  |  |
|---|---|---|
|  |  | Lunch |
|  |  | Dinner |
|  |  |  |
|  |  | Hotel |
|  |  | Breakfast |
|  |  | Lunch |
|  |  | Dinner |
|  |  |  |
|  |  |  |
|  |  | Hotel |
|  |  | Breakfast |
|  |  | Lunch |
|  |  | Dinner |
|  |  |  |
|  |  |  |
|  |  | Hotel |
|  |  |  |
|  |  | Meals |
|  |  |  |
|  |  | Meals |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Expenses** | **$0.00** |  |

| | | |
|---|---|---|
| **Professional Fees** | **$6,450.00** |  |
| **Travel Fees** | **$0.00** |  |
| **Expenses** | **$0.00** |  |
| **Total Due** | **$6,450.00** |  |

2

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

May 31, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of May 2014 that mostly included work on the CCHCS policies and participation in the OIG audit of the CIW facility.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #17

Plata v. Davis C-01-1351
May 31, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 5/9/2014 | Airfare from Chicago to LA | | | $452.00 |
| 5/11/2014 | Rental Car | | | $408.30 |
| 5/11/2014 | Hotel CIW | | | $313.50 |
| 5/12/2014 | meal | | | $32.65 |
| 5/13/2014 | meal | | | $23.43 |
| 5/14/2014 | Hotel at airport | | | $230.24 |
| 5/14/2014 | Gas | | | $25.69 |
| 5/1/2014 | Medical Expert Conf Call and Review of CCHCS policies | 9 | 275 | $2,475.00 |
| 5/9/2014 | Travel to LA | 6 | 137.5 | $825.00 |
| 5/11/2014 | Travel LA to CIW | 1.5 | 137.5 | $206.25 |
| 5/12/2014 | CIW OIG audit | 7 | 275 | $1,925.00 |
| 5/13/2014 | CIW OIG audit | 10 | 275 | $2,750.00 |
| 5/14/2014 | CIW OIG audit | 4 | 275 | $1,100.00 |
| 5/14/2014 | Travel CIW to LA | 1.5 | 137.5 | $206.25 |
| 5/15/2014 | Travel LA to Chicago | 6 | 137.5 | $825.00 |
| 5/20/2014 | CCHCS policy review | 7.5 | 275 | $2,062.50 |
| 5/21/2014 | CCHCS policy review | 9 | 275 | $2,475.00 |
| 5/23/2014 | Conference Call with Dr. Ritter | 1.5 | 275 | $412.50 |
| **TOTAL** | | | | **$16,748.31** |

1

# UNITED

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Fri | 09MAY14 | UA8651 | Chicago-OHare | 11:24 AM | Los Angeles | 2:00 PM | A-320 | Purchase |
| Thu | 15MAY14 | UA478T | Los Angeles | 9:30 AM | Chicago-OHare | 3:05 PM | 757-200 | Purchase |

PUISIS/MICHAELAMR

Party of 1  
PUISIS/MICHAELAMR

Seats  
20C/32C

Confirmation Number: **NRQ8SB**

Ticket Number  
0162405793718D

Frequent Flyer  
UA *****202

Fare: 400.00   Tax: 52.00   Per Person: 452.00   eTicket Total: 452.00   Issue Date: April 26, 2014

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

# Hertz

**MICHAEL PUISIS**

#01 MR  RR  148645991
RES G1953325933
CC

INITIAL CHARGES
RENT RT  $ 80.49 / DAY  @ 4 / DAYS
SUBTOTAL                                          $   321.96
                                                 T$   321.96

CHARGES ADDED DURING RENTAL
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PREM RD SVC  DECLINED
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY          11.11%   T$    35.77
CA TOURISM ASSESSMENT             2.60%   $      8.37
CUST FAC CHG                              $     10.00
TAX 1   9.000% ON TAXABLE TTL OF $ 357.73 $     32.20
TAX 2   3.750% ON TAXABLE TTL OF $    .00 $       .00
TOTAL AMOUNT DUE                          $    408.30
CHARGED ON  VISA   XXXXXXXXXXXX5239

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01198 / 9515974    13 ALTIMA    N
LICENSE: CA 6ZTJ471
FUEL:    FULL       8/8 OUT   8/8 IN
MILEAGE IN:         21884
MILEAGE OUT:        21687     TR-X MILES:
MILES DRIVEN:         197     MILES ALLOWED:
CDP:    00099                 MILES CHARGED:

RENTED:    LOS ANGELES AIRPORT
RENTAL:    05/11/14 17:59
RETURN:    05/15/14 06:50
RETURNED:  LOS ANGELES AIRPORT
COMPLETED BY:  0566/CALAX15

PLAN IN:   MCLD      RATE CLASS:  B
PLAN OUT:  MCLD
FF:   ZE 1

STATEMENT OF CHARGES - NOT VALID FOR RENTAL



05-14-14

**Micheal Puisis**  
932 Wesley Ave  
Evanston Il  
60202  
Qatar

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : **Leisure** |
| Membership No. | : |
| Invoice No. | : |

| | |
|---|---|
| Room No. : | **303** |
| Arrival : | **05-11-14** |
| Departure : | **05-14-14** |
| Conf. No. : | **63909005** |
| Rate Code : | **IMSTI** |
| Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-11-14 | *Accommodation | 95.00 | |
| 05-11-14 | Bed/Occupancy Room Tax | 9.50 | |
| 05-12-14 | *Accommodation | 95.00 | |
| 05-12-14 | Bed/Occupancy Room Tax | 9.50 | |
| 05-13-14 | *Accommodation | 95.00 | |
| 05-13-14 | Bed/Occupancy Room Tax | 9.50 | |
| 05-14-14 | Visa | | 313.50 |
| | **Total** | **313.50** | **313.50** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Hotel & Suites Corona  
1550 Circle City Drive, Corona, CA 92879  
Telephone: (951) 479-4000  Fax: (951) 479-4129  
This hotel is independently owned and operated by Fine Hospitality Group

# Lone Star #6505
955 Montecito Drive
Corona, California 92879

2014-05-13 06:39:59 pm
Jimmy D.

Merchant ID: 372020706886
Card-Holder: PUISIS/MICHAEL
Card-Type: VISA Authorized
Card-Number: ************5239
Auth-Code: 01494C

Amount: $19.43

Tip: 4

Total: 23 43

Check #1 Table 101  [229744001]

X _M(signature)_
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
*** GUEST COPY ***
****************************
ENJOY A FREE APPETIZER W/
PURCHASE OF ENTREE
ON YOUR NEXT VISIT TO
LONE STAR
STEAKHOUSE!

SHARE YOUR FEEDBACK WITHIN 3 DAYS
WWW.LONESTARLISTENS.COM

SURVEY CODE:
36505-229744-1

YOU WILL RECEIVE A VALIDATION CODE
UPON SURVEY COMPLETION.
BRING IN RECEIPT WITH VALIDATION CODE
TO THIS LOCATION TO REDEEM OFFER.

VALIDATION CODE: _____

OFFER VALID FOR 30 DAYS.  NOT VALID WITH
ANY OTHER OFFERS, COUPONS OR DISCOUNTS.
 ONE PER TABLE , PER VISIT.
****************************



LUNA
MODERN MEXICAN KITCHEN

Luna Modern Mexican Kitchen
980 Montecito Dr #110
Corona, CA 92879
(951) __ 8686

07:02:33PM 05/12/14 Mon
Chk# ____ 502 Srv: Carlos Rub

** VISA **

Cardholder: P* ***/M******
Acct#xxxxxxxxxxxx5239 Exp: xx/xx
Seq#49 Appr#09034C Ref#41324756109U

Purchases:  27.15

Tip: 5 50

TOTAL: 32 65

CUSTOMER COPY

this receipt is for your records.
Enter the tip and total amounts from
the merchant copy onto this receipt.

Thank You



**EMBASSY SUITES HOTELS®**

**LOS ANGELES INTERNATIONAL AIRPORT - SOUTH**
1440 E. Imperial Avenue • El Segundo, CA 90245
(310) 640-3600 • Fax: (310) 322-0954

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE
EVANSTON IL 60202
UNITED STATES OF AMERICA

| | |
|---|---|
| Suite | 234/KNGN |
| Arrival Date | 5/14/2014 3:06:00 PM |
| Departure Date | 5/15/2014 |
| Adult/Child | 1/0 |
| Suite Rate | 189.00 |
| Rate Plan: | LV3 |
| HH # | 736265396 SILVER |
| AL: | UA #03069734862 |
| Car: | |

*Folio*

Confirmation Number: 83929426

5/15/2014    Page: 1

**HHONORS**
HILTON WORLDWIDE

**RECEIPT - CORPORATE TAX**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 5/14/2014 | 5674251 | PARKING 2014 | $26.00 |
| 5/14/2014 | 5674252 | GUEST ROOM | $189.00 |
| 5/14/2014 | 5674252 | SUITE TAX | $15.12 |
| 5/14/2014 | 5674252 | CA ASSESSMENT | $0.12 |
| | | WILL BE SETTLED TO VS 5239 | $230.24 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.

WALDORF ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY SUITES

Hilton Garden Inn

Hampton

| ACCOUNT NO. | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 1039405 A |
| CARD MEMBER NAME | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | PURCHASES & SERVICES | |
| WE APPRECIATE YOUR PATRONAGE! WE TRUST YOUR STAY WITH US MET YOUR EXPECTATIONS. IF NOT, PLEASE SEE THE MANAGER ON DUTY SO WE MAY RESOLVE YOUR CONCERNS. | TAXES | |
| | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE   X | TOTAL AMOUNT | 0.00 |

HOMEWOOD SUITES

HOME2

Hilton Grand Vacations

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.   For reservations across the nation: www.embassysuites.com or 1-800-EMBASSY

```
Circle K
765 Sepulveda Blvd
El Segundo, Ca

Sale
#VISA XXXXXX5239
Auth. # 04014C
Inv. # GCC4566
9762303
Date 05/14/14 14:22
CIRCLE K 09416
EL SEGUN CA
Pump # 10 Regular
Gallons.       5.762
Price/Gal..$   4.459
Fuel Sale..$  25.69



Thank You For
Choosing Circle K
```

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: June 1, 2014

Billing Period:   May-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $825.00 |

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 5/1/14 | 1.00 @ | $275.00 = | $275.00 | Phone conference with medical experts |
| 5/24/14 | 1.00 @ | $275.00 = | $275.00 | Review of documents |
| 5/28/14 | 1.00 @ | $275.00 = | $275.00 | Phone conference with medical expert, review of documents |
| Total | | | $825.00 | |

**Professional Fees**
$825.00

**Travel Expenses**
$0.00

TOTAL DUE     $825.00

*[signature: Joe Goldenson]*