Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive N.E.
Atlanta, Georgia  30324-3815
Phone: (404) 694-0655
mlamarre55@gmail.com

July 11, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre    Tax ID #32-0079309**

**1143 Citadel Drive**

**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 6/2/2014 | 2.50 | Preparation for OIG meeting |
| 6/3/2014 | 10.00 | Meeting with OIG |
| 6/4/2014 | 10.00 | Meeting with OIG |
| 6/5/2014 | 2.50 | Meeting at CCHCS |
| 6/6/2014 | 3.75 | Conference call with the court, email correspondence with court experts, conference call with Karen Rea, follow-up of OIG agenda items |
| 6/17/2014 | 3.25 | Review of CCHS OIG audit methodology comments, DVI report and conference call with court experts, Review of PLO San Quentin report |
| 6/20/2014 | 4.25 | Review of AG and PLO OIG audit methodology comments, DVI report, CCHCS revised chronic diseaes guidelines, email correspondence with court experts |
| 6/21/2004 | 1.50 | Review and comment on DVI report and OIG proposed audit methodology |
| 6/23/2014 | 3.50 | Preparation and conference call with court experts regarding OIG audit methodology |
| 6/24/2014 | 1.00 | Conference call with the Court. Email correspondence with court experts |
| 6/25/2014 | 4.50 | Draft response to OIG regarding OIG audit methodology, Draft comments to CCHCS re: proposed chronic disease policy and procedure, correspondence with court experts |
| 6/26/2014 | 2.75 | Draft response to OIG regarding OIG audit methodology; correspondence with court experts and the Court, Review of Court Experts draft CHCF QM report |
| 6/27/2014 | 2.25 | Conference call with CCHCS Statewide Nursing Director, Correspondence with PMCC regarding chronic disease policy. Correspondence with the Court and Court experts |
| 6/30/2014 | 5.25 | Revision of draft response regarding OIG methodology |
| **Total Professional Hours** | **57.00** | |

| Total at Hourly Rate of $200 | $11,400.00 | |
|---|---|---|

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 6/2/2014 | 7.0 | Travel from Albuquerque to Elk Grove |
| 6/5/2014 | 10.0 | Travel from Elk Grove to Albuquerque (flight delays) |
| **Total Travel Hours** | **17.0** | |
| **Total at Hourly Rate of $100** | **$1,700.00** | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| 6/2/2014 | $396.00 | Airfare from Albuquerque to Sacramento |
| | $179.76 | Rental Car |
| | $106.40 | Hotel |
| | $12.00 | Dinner |
| | | |
| 6/3/2014 | $106.40 | Hotel |
| | $10.76 | Lunch |
| | $28.00 | Dinner |
| | | |
| 6/4/2014 | $106.40 | Hotel |
| | $0.00 | Lunch |
| | $40.00 | Dinner (Less than billed amount of $83) |
| | | |
| 6/5/2014 | $31.00 | Meals |
| | $19.00 | Airport Parking |
| | | |
| **Total Expenses** | **$1,035.72** | |

| Professional Fees | $11,400.00 | |
|---|---|---|
| Travel Fees | $1,700.00 | |
| Expenses | $1,035.72 | |
| **Total Due** | **$14,135.72** | |



# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 227/K1RZ |
| Arrival Date | 6/2/2014  8:18:00PM |
| Departure Date | 6/5/2014  9:06:00AM  I |
| Adult/Child | 1/0 |
| Room Rate | 95.00 |

RATE PLAN          L-G1

HH# 369445769 GOLD
AL:  DL  #2042493151
CAR:

*Folio*

HHONORS
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3129236830

6/5/2014     PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/2/2014 | *ROOM SERVICE | LINTR | 732230 | $12.00 | | |
| 6/2/2014 | GUEST ROOM | GVILL | 732289 | $95.00 | | |
| 6/2/2014 | ROOM TAXES | GVILL | 732289 | $11.40 | | |
| 6/3/2014 | *GREAT AMERICAN GRILL | LINTR | 732491 | $2.17 | | |
| 6/3/2014 | GUEST ROOM | GVILL | 732669 | $95.00 | | |
| 6/3/2014 | ROOM TAXES | GVILL | 732669 | $11.40 | | |
| 6/4/2014 | *GREAT AMERICAN GRILL | LINTR | 732907 | $2.17 | | |
| 6/4/2014 | GUEST ROOM | GVILL | 733055 | $95.00 | | |
| 6/4/2014 | ROOM TAXES | GVILL | 733055 | $11.40 | | |
| 6/5/2014 | AX *2004 | ANGELR | 733254 | | $335.54 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 06/02/14 | 06/03/14 | 06/04/14 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $319.20 |
| FOOD & BEVERAGE | $12.00 | $2.17 | $2.17 | $16.34 |
| DAILY TOTAL | $118.40 | $108.57 | $108.57 | $335.54 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

| | |
|---|---|
| ACCOUNT NO. | |
| CARD MEMBER NAME | |
| ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | |

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION   143577  A   INITIAL | |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT



**Madeleine LaMarre <mlamarre55@gmail.com>**

# Flight reservation (MMAAR5) | 02JUN14 | ABQ-SMF | Lamarre/Madeleine
1 message

---

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>          Sat, May 17, 2014 at 12:34 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

---

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 06/02/14 - Sacramento

 AIR Itinerary

**AIR Confirmation: MMAAR5**          Confirmation Date: 05/17/2014



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262415927333 | May 17, 2015 | 1965 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 2 | 4660 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **3:50 PM**<br>Arrive in LOS ANGELES, CA (LAX) at 4:50 PM<br>Wanna Get Away |
| | 4743 | Change planes to Southwest Airlines in LOS ANGELES, CA (LAX) at 6:00 PM<br>Arrive in **SACRAMENTO, CA** (SMF) at **7:15 PM**<br>Travel Time 4 hrs 25 mins<br>Wanna Get Away |
| Thu Jun 5 | 4663 | Depart **SACRAMENTO, CA** (SMF) on Southwest Airlines at **2:30 PM**<br>Arrive in LAS VEGAS, NV (LAS) at 3:50 PM<br>Wanna Get Away |
| | 439 | Change planes to Southwest Airlines in LAS VEGAS, NV (LAS) at 4:35 PM<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **7:00 PM**<br>Travel Time 3 hrs 30 mins |



**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel



**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car



**CLICK 'N SAVE®**

Join over 17 million

Wanna Get Away

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**
- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 396.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262415927333: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN X/LAX WN SMF133.95MZAUNNRO WN X/LAS WN ABQ193.49RLAUVNRO 327.44 END ZPABQLAXSMFLAS XFABQ4.5LAX4.5SMF4.5LAS4.5 AY10.00$ABQ2.50 LAX2.50 SMF2.50 LAS2.50


Learn About Our
Boarding Process


Get EarlyBird
Check-In® Details

## Cost and Payment Summary

**AIR - MMAAR5**

| | | Payment Information |
|---|---|---|
| Base Fare | $ 327.44 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Excise Taxes | $ 24.56 | Date: May 17, 2014 |
| Segment Fee | $ 16.00 | Payment Amount: $396.00 |
| Passenger Facility Charge | $ 18.00 | |
| September 11th Security Fee | $ 10.00 | |
| **Total Air Cost** | **$ 396.00** | |


**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now →

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More →

**Useful Tools**

Check In Online

**Know Before You Go**

In the Airport

**Special Travel Needs**

Traveling with Children


email subscribers saving big on travel each week.

Sign Up


ENROLL NOW IT'S FREE!

SOUTHWEST.COM
RAPID REWARDS

| | |
|---|---|
| Transaction Date: | Jun 3 2014 |
| Transaction Description: | LA BOU CAFE SACRAMENTO CA |
| | 916-369-7824 |
| | Description |
| | FOOD/BEVERAGE |
| Cardmember Name: | Madeleine Lamarre |
| Amount $: | 10.76 |
| Doing Business As: | LA BOU BAKERY AND CAFE |
| Merchant Address: | 10395 ROCKINGHAM DR |
| | SACRAMENTO |
| | CA |
| | 95827-2514 |
| | UNITED STATES |
| Reference Number: | 32014154010192841 |
| Category: | Restaurant- Restaurant |

```
****************************************
DATE  6/04/14          TIME  7:11:45PM
MID 000804468148             1041769019

            Boulevard Bistro
            8941 Elk grove blvd
              elk Grove, CA
                  95624
              916-685-2220
  PLEASE LEAVE SIGNED COPY WITH SERVER

Amex      XXXXXXXXXXX2004       S
AUTH 56B963    TBL 14   CHECK   21811
PRE-AUTH        #DINING          MIKE

      LYK ID#: 00887655

AMOUNT                     64.00
TAX                         5.12
          ------------------
  SUBTOTAL  $      69.12

      TIP  $....13.88

    TOTAL  $......83.00
          ==============

      CUSTOMER  COPY
****************************************
```

```
Albuquerque-ABQ-Fast Park
  2801 Yale Blvd. , S.E.
  USA-87106 Albuquerque
Express Ex 06/05/14 22:17
Receipt 084029
Excess Time
R3 Universities
Car Park 1
06/02/14 15:06 -
06/05/14 22:17 -
Period 3d7h12'
(TAX)                    $19.00
Sub Total                $19.00
TAX                       $0.00
          ----------
Total                    $19.00
Payment Received
VISA                     $19.00
XXXXXXXXXXXX3959
Merch:215051400996
Auth:161086
Type: Swiped

Includes 7% tax
and 2% airport fee
```

0373
Server: MISTY T (#104)          Rec:222
06/03/14 19:11, Swiped    T: 509 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 521763
Reference: 0603010000373
TRANS TYPE: Credit Card SALE

CHECK:              22.54

TIP:                5.46

TOTAL:              28.00

X 

***Duplicate Copy***

CARDHC    WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

HMSHOST
ESQUIRE
SACRAMENTO INT'L AIRPORT
CHECK:    3645
TABLE:    134/1
SERVER:   4104 Karen
DATE:     JUN05'14  3:41PM
CARD TYPE: AMEX      A3
ACCT #:   XXXXXXXXXXX2004
EXP DATE: XX/XX
AUTH CODE: 504140
        MADELEINE LAMARRE

TOTAL:              25.92
I agree to pay the below amount
in accordance with the card
issuer agreement.

TIP _____  5.08

TOTAL _____  3600

X _____
        SIGNATURE

---

**Hertz**                    #01 MR   **RR** 161755042
                             RES G20916261A5
**MADELEINE LAMARRE**                      **CC**

INITIAL CHARGES
RENT RT  $  48.28 /DAY   @ 3  /DAYS
SUBTOTAL 1                          $   144.84
DISCOUNT - T   12%                  $   144.84
SUBTOTAL LESS DISCOUNT              $    17.38
                                 T$   127.46

CHARGES ADDED DURING RENTAL
LDW         DECLINED
LIS         DECLINED
PAI, PEC    DECLINED
PREM RD SVC  DECLINED
FUEL & SERVICE  $ 9.89 GALLON/TANK CAP 18.5  F$   22.87
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY
CA TOURISM ASSESSMENT              11.11%  T$   14.16
TAX 1   8.000% ON TAXABLE TTL OF $  2.60%   $    3.31
TAX 2   2.750% ON TAXABLE TTL OF $ 164.49   $   11.33
TOTAL AMOUNT DUE                   22.87    $     .63
CHARGED ON  AMX     XXXXXXXXXXX2004         $  179.76

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

July 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of June 2014 that mostly visits to meet with OIG staff and CCHCS staff and a visit to CHCF at Stockton.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

# Invoice #18
Plata v. Davis C-01-1351
July 2, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 6/2/2014 | Airfare for SAC  trip | | | $590.00 |
| 6/2/2014 | Rental car SAC trip | | | $272.12 |
| 6/2/2014 | Hotel in SAC | | | $425.60 |
| 6/2/2014 | meal | | | $21.22 |
| 6/3/2014 | lunch | | | $9.61 |
| 6/3/2014 | meal | | | $32.47 |
| 6/4/2014 | meal | | | $39.78 |
| 6/5/2014 | gas | | | $16.99 |
| 6/9/2014 | airfare to CHCF | | | $330.00 |
| 6/9/2014 | rental car CHCF | | | $292.09 |
| 6/9/2014 | hotel CHCF | | | $532.05 |
| 6/11/2014 | meal | | | $30.48 |
| 6/12/2014 | gas | | | $24.26 |
| 6/12/2014 | hotel oakland airport | | | $137.50 |
| 6/2/2014 | travel from chicago | 6 | 137.5 | $825.00 |
| 6/3/2014 | OIG meeting | 10 | 275 | $2,750.00 |
| 6/4/2014 | OIG meeting | 10 | 275 | $2,750.00 |
| 6/5/2014 | EMR update and meeting on policies | 4.5 | 275 | $1,237.50 |
| 6/8/2014 | Policy review | 4 | 275 | $1,100.00 |
| 6/9/2014 | Travel to CHCF | 7.5 | 137.5 | $1,031.25 |
| 6/10/2014 | Stockton visit | 9 | 275 | $2,475.00 |
| 6/11/2014 | Stockton visit | 9 | 275 | $2,475.00 |
| 6/12/2014 | Stockton visit | 4 | 275 | $1,100.00 |
| 6/12/2014 | travel to Oakland | 1.5 | 137.5 | $206.25 |
| 6/13/2014 | Travel to Chicago | 6 | 137.5 | $825.00 |

| | | | | |
|---|---|---|---|---|
| 6/17/2014 | Expert conf call and call with John Dovey | 2.25 | 275 | $618.75 |
| 6/20/2014 | Policy review | 4 | 275 | $1,100.00 |
| 6/23/2014 | Expert conf call and call with Steve Ritter | 3.1 | 275 | $852.50 |
| 6/24/2014 | Calls to J. Clarke and Kevin Martin and CHCF report | 9 | 275 | $2,475.00 |
| 6/27/2014 | CHCF report | 8 | 275 | $2,200.00 |
| 6/28/2014 | CHCF report | 3 | 275 | $825.00 |
| 6/30/2014 | CHCF report | 2 | 275 | $550.00 |
| **TOTAL** | | | | **$28,150.42** |

# UNITED

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER ✪

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Mon | 02JUN14 | UA381v | Chicago-OHare | 9:59 AM | Sacramento | 12:29 PM | A 320 | |
| Fri | 06JUN14 | UA472W | Sacramento | 6:13 AM | Chicago-OHare | 12:10 PM | A 320 | Purchase |

## Confirmation Number: GXJ5MP

### PUISIS/MICHAELAMR

| Party of 1 | | Seats | Ticket Number | Frequent Flyer |
|------------|--|-------|---------------|----------------|
| PUISIS MICHAELAIR | | ----20C | 0162408445S232 | UA *****202 |

Fare: 528.38    Tax: 61.62    Per Person: 590.00    eTicket Total: 590.00    Issue Date: May 18, 2014

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

THE HERTZ CORPORATION
Phone:       800-654-4173
Web:         www.hertz.com



CHARGE DETAIL

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120


MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

## RENTAL REFERENCE
Rental Agreement No: 161548833
Reservation ID:      G2091123747
Frequent Traveler:   ZE1

## MISCELLANEOUS INFORMATION
CC AUTH:  006013  DATE: 2014/06/02  AMT:  272.00

## RENTAL DETAILS
Rate Plan:      IN: STDR    OUT: STDR
Rented On:      06/02/2014 13:28   LOC# 125011
                SACRAMENTO AP, CA
Returned On:    06/06/2014 04:42   LOC# 125011
                SACRAMENTO AP, CA
Car Description:        SONIC 847YPJ
Veh. No.:              7503451
CAR CLASS Charged:  A       MILEAGE    In: 37,654
          Rented:   YB                Out: 37,534
          Reserved: A             Driven:     120

## RENTAL CHARGES
DAYS                      4 @   55.49      221.96
SUBTOTAL                                   221.96

CONCESSION FEE RECOVERY                     24.66
CA TOURISM FEE                               5.77
TAX                           8.00%        19.73


TOTAL CHARGES                          272.12 USD


E-RETURN RECEIPT

                    THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Rental Agreement No: 161548833
Date:                06/06/2014
Document:            994001145095

Renter:              MICHAEL PUISIS
Account No.:         ***********5239 VIS

Phone:    800-654-4173
Web:      www.hertz.com

GCMIA4        0090 GC

TOTAL CHARGES                          272.12 USD



## Hilton
# Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

LAMARRE, MADELEINE

Room   314/Q2RZ
Arrival Date   6/2/2014
Departure Date   6/6/2014    2:09:00PM

Adult/Child   2/0
Room Rate   95.00

RATE PLAN   L-G1

HH# 736265396 SILVER
AL:   DL #2042493151
BONUS AL:     CAR:

CONFIRMATION NUMBER : 3129236830

6/6/2014     PAGE    1

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/2/2014 | GUEST ROOM | GVILL | 732305 | $95.00 | | |
| 6/2/2014 | ROOM TAXES | GVILL | 732305 | $11.40 | | |
| 6/3/2014 | GUEST ROOM | GVILL | 732692 | $95.00 | | |
| 6/3/2014 | ROOM TAXES | GVILL | 732692 | $11.40 | | |
| 6/4/2014 | GUEST ROOM | GVILL | 733077 | $95.00 | | |
| 6/4/2014 | ROOM TAXES | GVILL | 733077 | $11.40 | | |
| 6/5/2014 | GUEST ROOM | GVILL | 733483 | $95.00 | | |
| 6/5/2014 | ROOM TAXES | GVILL | 733483 | $11.40 | | |
| | WILL BE SETTLED TO VS *5239 | | | | | $425.60 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 06/02/14 12:00:00AM | 06/03/14 | 06/04/14 | 06/05/14 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $106.40 | $106.40 | $106.40 | $106.40 | $425.60 |
| DAILY TOTAL | $106.40 | $106.40 | $106.40 | $106.40 | $425.60 |

PRESS CHECK
PLEASE DIAL
EXT. 2350

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 143576   A |
|---|---|



| AUTHORIZATION | INITIAL |
|---|---|

PURCHASES & SERVICES



TAXES

TIPS & MISC.

| TOTAL AMOUNT | |
|---|---|



**PAYMENT DUE UPON RECEIPT**

T H A N K   Y O U

# LA BOU - MATHER
10395 ROCKINGHAM DR
SACRAMENTO CA 95827
916-369-7824
www.labou.com

6/3/2014     12:17:29 PM

---

## Order Number: 059
### ***For Here***

---

Check#    Table/PN   Guests  Server
653059    C&C/1      6       1018

---

| 1 | Salad and Sandwich | 7.80 |
| | Spinach | 0.00 |
| | Herb dressing | 0.00 |
| | Tuna | 0.00 |
| | Sourdough | 0.00 |
| 1 | Chips | 1.05 |
| | SUB TOTAL | 8.85 |
| | Sales Tax | 0.76 |

---

TOTAL          9.61

---

AMOUNT CHARGED  9.61
================

Change          0.00

## Visa          9.61

### THANK YOU
### Victoria

Order taken by Victoria

---

Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2878

Server: NIKAYLA S.        DOB: 06/02/2014
05:17 PM                       06/02/2014
Table 997/1                     2/20012

SALE

VISA                              2097155
Card #XXXXXXXXXXXX5239
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 015690

Amount:      $ 17.82
+ Gratuity:     3.40
= Total:      21.22

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Romano's Macaroni Grill
www.macaronigrill.com

Guest Copy

```
************************************
DATE  6/04/14           TIME  7:11:44PM
MID 000804468148

        Boulevard Bistro
        8941 Elk grove blvd
          elk Grove, CA
             95624
           916-685-2220
PLEASE LEAVE SIGNED COPY WITH SERVER

Visa      XXXXXXXXXXXX5239    S
AUTH 06801C   TBL 14   CHECK    21802
PRE-AUTH        *DINING         MIKE

    LYK ID#: 00887655

AMOUNT                          31.00
TAX                              2.48
                        ------------
  SUBTOTAL  $           33.48

       TIP  $.....  6.50

     TOTAL  $..... 39.78
                        ========

      CUSTOMER COPY
************************************
```

0306
Server: MISTY T (#104)          Rec:223
06/03/14 19:11, Swiped   T: 509 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 04586C
Reference: 0603010000306
TRANS TYPE: Credit Card SALE

CHECK :                    27.49

TIP :                       5.

TOTAL :                    32.47


X

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER



Michael Puisis <mpuisis@gmail.com>

# Flight reservation (ML6RB5) | 09JUN14 | MDW-OAK | Puisis/Michael

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MPUISIS@gmail.com

Wed, Jul 2, 2014 at 6:33 PM



| | View My Itinerary Online

| Check In Online | Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below . Happy travels!

 AIR Itinerary

## AIR Confirmation: ML6RB5

Confirmation Date: 05/22/2014



Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.

Let's go!

Budget

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| PUISIS/MICHAEL | or Add # | 5262417527806 | May 22, 2015 | 0 |

Rapid Rewards points earned are only estimates. Not a member - visit sign up today! rapidrewards and

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jun 9 | 1831 | Depart **CHICAGO (MIDWAY), IL** (MDW) at **1:55 PM**<br>Arrive in **OAKLAND, CA** (OAK) at **4:25 PM**<br>Travel Time 4 hrs 30 mins |
| Fri Jun 13 | 4318 | Depart **OAKLAND, CA** (OAK) at **06:20 AM**<br>Arrive in **CHICAGO (MIDWAY), IL** (MDW) at **12:40 PM**<br>Travel Time 4 hrs 20 mins |

Air Cost: 330.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away or DING! fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.



NEED A HOTEL?

Best Rate Guarantee

Flexibility to Pay Later

Earn up to 750 Rapid Rewards Points

Book a Hotel



NEED A CAR?

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car

 Learn About Our Boarding Process →

 Get EarlyBird →

 **CLICK 'N SAVE**

Join over 17 million email subscribers saving big on travel each week.



Sign Up

 **ENROLL NOW. IT'S FREE!**

SOUTHWEST.COM RAPID REWARDS

## Cost and Payment Summary

 **AIR -**

| | | |
|---|---|---|
| Base Fare | $ | |
| Excise Taxes | $ | 21.49 |
| Segment Fee | $ | 8.00 |
| Passenger Facility Charge | $ | 9.00 |
| September 11th Security Fee | $ | 5.00 |
| | $ | |

**Payment Information**
Payment Type: Visa XXXXXXXXXXXX5239
Date: May 22, 2014
Payment Amount: $330.00

✈ **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now →

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com. Learn More →

**Useful Tools**

Check In Online
Early Bird Check-In
_____
_____
_____
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

**Know Before You Go**

_____
_____
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

**Special Travel Needs**

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

## Legal Policies & Helpful Information

_____
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air   Book Hotel   Book Car   Book Vacation Packages

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines

THE HERTZ CORPORATION
Phone:        800-654-4173
Web:          www.hertz.com



CHARGE DETAIL

Direct All Inquiries To:
    THE HERTZ CORPORATION
    PO BOX 26120
    OKLAHOMA CITY, OK 73126-0120

| Rental Agreement No: | 165736841 |
| Date: | 06/13/2014 |
| Document: | 924001196774 |

| Renter: | MICHAEL PUISIS |
| Account No.: | ************5239 VIS |

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

### RENTAL REFERENCE
| Rental Agreement No: | 165736841 |
| Reservation ID: | G21337492E3 |
| Frequent Traveler: | ZE1 |

### RENTAL DETAILS
| Rate Plan: | IN: STDR3    OUT: STDR3 |
| Rented On: | 06/09/2014 17:10   LOC# 124212 |
| | OAKLAND AP, CA |
| Returned On: | 06/12/2014 21:09   LOC# 124212 |
| | OAKLAND AP, CA |
| Car Description: | MAZDA 2 5D 7CJB227 |
| Veh. No.: | 6700561 |

| CAR CLASS Charged: | A | MILEAGE | In: 9,695 |
| Rented: | B | | Out: 9,476 |
| Reserved: | A | | Driven: 219 |

### MISCELLANEOUS INFORMATION
CC AUTH: 02690C  DATE: 2014/06/09  AMT:  318.00

### RENTAL CHARGES
| DAYS | 3 @ | 62.19 | 186.57 |
| EXTRA HRS | 4 @ | 10.37 | 41.48 |
| SUBTOTAL | | | 228.05 |
| | | | |
| CONCESSION FEE RECOVERY | | | 25.31 |
| CA TOURISM FEE | | | 5.93 |
| CUSTOMER FACILITY CHARGE | | | 10.00 |
| TAX | | 9.00% | 22.80 |

### Gold Plus Rewards Points
Earned this rental:  801

| TOTAL CHARGES | 292.09 USD |

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | 165736841 |
| Date: | 06/13/2014 |
| Document: | 924001196774 |

| Renter: | MICHAEL PUISIS |
| Account No.: | ************5239 VIS |

Phone:        800-654-4173
Web:          www.hertz.com

GCM1A4        C090 GC

| TOTAL CHARGES | 292.09 USD |



**COURTYARD**
**Marriott**

Courtyard by Marriott
Stockton

3252 West March Lane
Stockton, Ca 95219
T 209.472.9700

M. Puisis

Room: 226

Room Type: GENR

Number of Guests: 1

Rate: $149.00      Clerk:

| Arrive: 09Jun14 | Time: 06:58PM | Depart: 12Jun14 | Time: | Folio Number: 87741 |
| --- | --- | --- | --- | --- |
| **Date** | **Description** | | **Charges** | **Credits** |
| 09Jun14 | Restaurant Room Charge | | 15.13 | |
| 09Jun14 | Room Charge | | 149.00 | |
| 09Jun14 | Room Tax | | 11.92 | |
| 09Jun14 | Convention and Tourism Tax | | 5.96 | |
| 09Jun14 | State Occupancy Tax | | 0.10 | |
| 10Jun14 | Restaurant Room Charge | | 7.49 | |
| 10Jun14 | Room Charge | | 149.00 | |
| 10Jun14 | Room Tax | | 11.92 | |
| 10Jun14 | Convention and Tourism Tax | | 5.96 | |
| 10Jun14 | State Occupancy Tax | | 0.10 | |
| 11Jun14 | Restaurant Room Charge | | 8.49 | |
| 11Jun14 | Room Charge | | 149.00 | |
| 11Jun14 | Room Tax | | 11.92 | |
| 11Jun14 | Convention and Tourism Tax | | 5.96 | |
| 11Jun14 | State Occupancy Tax | | 0.10 | |
| 12Jun14 | Visa | | | 532.05 |

Card #: *VIXXXXXXXXXXXX5239/XXXX*
*Amount: 532.05 Auth: 05738C Signature on*
*File*
*This card was electronically swiped on 09Jun14*

Balance:      0.00

**Rewards Account # XXXXX5265.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

Cheuron
191 98 th AVE
STN 00308613


06/12/14     14:43:14

E/VISA
XXXXXXXXXXXXX5239

Invoice#: 1399140
Auth#:     07279C


Pump#: 12
  5.514G @ $ 4.399/G
UNLE/Self    $ 24.26

Total        $ 24.26




Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details



THANK YOU FOR
CHOOSING CHEVRON

# OLIVE GARDEN 1779
### 2671 W March Lane
### Stockton, CA 95207

Check # :54310

Table 321
Rosa M.
18:18 06/11/2014                    Gst 1
Transaction #:1480332869

------------------------------------------

ID # 1892 51822 2110

************************************
* We value your opinion. Please    *
* tell us about your dining         *
* experience by completing an       *
* online survey within 7 days of    *
* your visit. You could win a       *
* $1,000 Grand Prize or 1 of 100    *
* $50 prizes. Winners are drawn     *
* monthly!!                          *
*                                   *
* To complete the survey and enter  *
* the contest, go to                 *
* www.OliveGardenSurvey.com and     *
* enter the ID on this receipt.     *
* NO PURCHASE NECESSARY. Void where *
* prohibited. See Official Rules at *
* www.OliveGardenSurvey.com.        *
*                                   *
* Valoramos su opinion. Complete la *
* encuesta sobre su experiencia     *
* gastronomica en                    *
* www.OliveGardenSurvey.com.        *
************************************
(OFFER EXPIRES Jun 18, 2014)


-------------------------------------

Card Number                  Auth Code
xxxxxxxxxxxx 5239              04038C
                                 Visa

Check Amount          25.48


Tip Not Included
-------------------------------------
Suggested tip amounts     15% - $3.51
are provided for your     18% - $4.21
convenience.              20% - $4.68
-------------------------------------

Tip. . . . .          5

Total . . .        30 48


X
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Guest Copy



**1700 HARBOR BAY PARKWAY**
**ALAMEDA, CA 94502**
**TELEPHONE 510-521-4500**          **FAX 510-521-4510**

HILTON
HHONORS

*Official Hotel Partner*

| | |
|---|---|
| PUISIS, MICHAEL          name<br>932 WESLEY AVE       address<br><br>EVANSTON, IL 60202<br>US | room number:  311/KXTD<br>arrival date:  6/12/2014  3:03:00PM<br>departure date:  6/13/2014<br><br>adult/child:  1/0<br>room rate:  $125.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN     L-GVS
HH# 736265396 SILVER
AL    UA #03069734862
BONUS AL    CAR

Confirmation: 82535738

6/13/2014    PAGE    1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount | ♻ |
|---|---|---|---|---|
| 6/12/2014 | 424500 | GUEST ROOM | $125.00 | |
| 6/12/2014 | 424500 | ROOM TAXES | $12.50 | |
| | | WILL BE SETTLED TO VS *5239 | $137.50 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

TAX SUMMARY

| | CHARGE TOTAL | AMEDA RM OCC. TAX |
|---|---|---|
| ROOM & TAX | $125.00 | $12.50 |
| TOTAL PAID | $125.00 | $12.50 |

ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

**for reservations call 1.800.hampton or visit us online at hampton.com**          **thanks.**

| | |
|---|---|
| account no. | date of charge    folio/check no.<br><br>    129852   A |
| card member name | authorization         initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services |
| | taxes |
| | tips & misc. |
| **signature** of card member<br><br>**X** | **total** amount<br><br>    0.00 |



Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: July 1, 2014

Billing Period:   Jun-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period: | **$11,394.30**

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 6/1/14 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| 6/3/14 | 1.50 | @ | $137.50 | = | $206.25 | Travel to Sacramento |
| 6/3/14 | 10.00 | @ | $275.00 | = | $2,750.00 | Meeting with OIG |
| 6/4/14 | 9.50 | @ | $275.00 | = | $2,612.50 | Meeting with OIG |
| 6/4/14 | 2.00 | @ | $137.50 | = | $275.00 | Travel from Sacramento |
| 6/10/14 | 3.00 | @ | $137.50 | = | $412.50 | Travel to/from Stockton |
| 6/10/14 | 8.25 | @ | $275.00 | = | $2,268.75 | Site visit to Stockton facility |
| 6/16/14 | 0.75 | @ | $275.00 | = | $206.25 | Review of documents |
| 6/17/14 | 1.50 | @ | $275.00 | = | $412.50 | Conference call with Court experts |
| 6/23/14 | 2.50 | @ | $275.00 | = | $687.50 | Conference call with Court experts |
| 6/23/14 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| 6/23/14 | 2.75 | @ | $275.00 | = | $756.25 | Conference call with Court experts, review of documents |
| **Total** | | | | | **$11,137.50** | |

| Professional Fees | |
|---|---|
| | **$11,137.50** |
| Travel Expenses | |
| | **$256.80** |

**TOTAL DUE** | **$11,394.30**

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|-----------|-----|---------|-----------|-------|-------|-----------|
| 6/3/14 | $114.24 | $37.76 | | | | $4.00 | $50.40 | | $206.40 |
| 6/4/14 | | | | | | | $50.40 | | $50.40 |
| | | | | | | | | | $0.00 |

Total    $256.80

*$0.56/ mile



# Hilton Garden Inn
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
| --- |

GOLDENSON, JOE
1406 CYPRESS ST

BERKELEY, CA 94703-1033
US

Room 422/Q2RZ
Arrival Date 6/3/2014
Departure Date 6/4/2014 5:30:00PM
 6:40:00AM

Adult/Child 2/0
Room Rate 102.00

RATE PLAN  L-GV

HH# 861204588 SILVER
AL:  DL #2042493151
CAR:

*Folio*

**HHONORS**
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3129380091

6/4/2014 PAGE 1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 6/3/2014 | GUEST ROOM | GVILL | 732731 | $102.00 | | |
| 6/3/2014 | ROOM TAXES | GVILL | 732731 | $12.24 | | |
| 6/4/2014 | VS *9421 | ANGELR | 732834 | | $114.24 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 06/03/14 | STAY TOTAL |
| --- | --- | --- |
| ROOM & TAX | $114.24 | $114.24 |
| DAILY TOTAL | $114.24 | $114.24 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your*
*resorts in 91 cc*

---

LA BOU CAFE
10395 ROCKINGHAM DR
SACRAMENTO, CA 95827

Merchant ID: 000000002582968
Term ID: 03823678
Server ID: 1
345261133887

Sale

VISA
XXXXXXXXXXXX9421

Entry Method: Swiped
Apprvd: Online Batch#: 000555
06/03/14   12:20:47

Inv #: 000042 Appr Code: 01427G

Amount:  $  7.71

Tip:

X

Total:

---

0374
Server: MISTY T (#104)  Rec:224
06/03/14 19:11, Swiped T: 509 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE  ACCOUNT NUMBER
VISA  XXXXXXXXXXXX9421
Name: JOE GOLDENSON
00 TRANSACTION APPROVED
AUTHORIZATION #: 06418G
Reference: 0603010000374
TRANS TYPE: Credit Card SALE

CHECK:   25.05

TIP:  5.--

TOTAL:  30.05

X