

| KAMALA D. HARRIS | State of California |
|---|---|
| *Attorney General* | **DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

July 25, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

    Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

    (1) Ms. LaMarre, invoice dated 7/11/14, professional fees and expenses: $14,135.72;

    (2) Dr. Puisis, invoice dated 7/2/14, professional fees and expenses: $28,150.42; and

    (3) Dr. Goldenson, invoice dated 7/1/14, professional fees and expenses: $11,394.30.

    I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
         Attorney General

Enclosures

cc:

*Amended Order*
04
08/~~14~~/2014
APPROVED
Judge Thelton E. Henderson

The Honorable Thelton E. Henderson
July 25, 2014
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
41029038.doc