

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | State of California<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000<br>
SAN FRANCISCO, CA 94102-7004<br>
<br>
Public: (415) 703-5500<br>
Telephone: (415) 703-5553<br>
Facsimile: (415) 703-1234<br>
E-Mail: Maneesh.Sharma@doj.ca.gov

September 10, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: <u>*Plata, et al. v. Brown, et al.*</u>, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

    Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

    (1) Ms. LaMarre, invoice received 8/7/14, professional fees and expenses: $9,513.68;

    (2) Dr. Puisis, invoice dated 7/31/14, professional fees and expenses: $12,727.78; and

    (3) Dr. Goldenson, invoice dated 8/1/14, professional fees and expenses: $5,157.93.

    I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

    Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For    KAMALA D. HARRIS
        Attorney General

**APPROVED** 9/11/2014
Judge Thelton E. Henderson

Enclosures

cc:

The Honorable Thelton E. Henderson
September 10, 2014
Page 2

        Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
        Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
        Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
        Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
        Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
41075591.doc