Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

August 7, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

All correspondence should be sent to my new address:

3200 19th Ave SE, Rio Rancho NM 87124-1709

Thank you for your assistance in processing this invoice.


Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre    Tax ID #32-0079309**

**1143 Citadel Drive**

**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/1/2014 | 1.50 | Conference call with court experts, the Court and Clark Kelso, editing of draft CHCF QM document |
| 7/3/2014 | 2.25 | Review and editing of court expert response regarding OIG audit methodology |
| 7/4/2014 | 1.25 | Review and editing of response regarding OIG audit methodology |
| 7/5/2014 | 0.50 | Transmittal of court experts comments regarding OIG methodology to OIG |
| 7/7/2014 | 1.25 | Preparation for OIG meeting |
| 7/8/2014 | 9.00 | OIG stakeholders meeting and follow-up meeting with OIG staff |
| 7/9/2014 | 9.00 | Review of CDC epidemiological report regarding cocci in CDCR, CCHCS/OIG electronic health record data point meeting, meeting with Renee Kanan regarding QM, preparation for meeting with the Court |
| 7/10/2014 | 6.00 | Preparation and meeting with Judge Henderson |
| 7/11/2014 | 0.50 | Correspondence with the Court and with the Receiver, review of CHCF staffing report |
| 7/14/2014 | 0.75 | Correspondence with the Receiver re: cocci epidemiological study |
| 7/23/2014 | 0.50 | Conference call with Joe Goldenson MD |
| 7/24/2014 | 1.50 | Preparation and conference calls and with Clark Kelso et al., and court experts |
| **Total Professional Hours** | **34.00** | |
| **Total at Hourly Rate of $200** | **$6,800.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/7/2014 | 6.5 | Travel from Albuquerque to Elk Grove |
| 7/11/2014 | 4.5 | Travel from Oakland to Albuquerque |
| **Total Travel Hours** | **11.0** | |
| **Total at Hourly Rate of $100** | **$1,100.00** | |

| Expenses: |
|---|

| Date | Expense | Description |
|---|---|---|
| 7/7/2014 | $585.00 | Airfare from Albuquerque to Oakland |
| | $306.87 | Rental Car |
| | $114.24 | Hotel |
| | $33.00 | Dinner |
| | | |
| 7/8/2014 | $114.24 | Hotel |
| | $13.72 | Lunch |
| | $23.00 | Dinner |
| | | |
| 7/9/2014 | $114.24 | Hotel |
| | $7.33 | Lunch |
| | $40.00 | Dinner (Less than billed amount of $75.00) |
| | | |
| 7/10/2014 | $127.79 | Hotel |
| | $40.00 | Meals (Less than billed amount of $50.00) |
| | $4.00 | Bay Bridge Tolls |
| | $10.00 | Civic Center Parking Garage |
| | $48.50 | Gasoline |
| | $12.75 | Hotel Parking |
| | | |
| 7/11/2014 | $19.00 | Albuquerque Airport Parking |
| | | |
| **Total Expenses** | **$1,613.68** | |

| | | |
|---|---|---|
| **Professional Fees** | **$6,800.00** | |
| **Travel Fees** | **$1,100.00** | |
| **Expenses** | **$1,613.68** | |
| **Total Due** | **$9,513.68** | |



# Hilton Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

**Name & Address**

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 428/K1RZ |
| Arrival Date | 7/7/2014 |
| Departure Date | 7/10/2014 |

4:39:00PM

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | 102.00 |

RATE PLAN       L-GV

HH# 369445769 DIAMOND
AL:   DL  #2042493151
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3131788837

7/10/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/7/2014 | GUEST ROOM | GVILL | 744801 | $102.00 | | |
| 7/7/2014 | ROOM TAXES | GVILL | 744801 | $12.24 | | |
| 7/8/2014 | GUEST ROOM | GVILL | 745225 | $102.00 | | |
| 7/8/2014 | ROOM TAXES | GVILL | 745225 | $12.24 | | |
| 7/9/2014 | GUEST ROOM | GVILL | 745581 | $102.00 | | |
| 7/9/2014 | ROOM TAXES | GVILL | 745581 | $12.24 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $342.72 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 07/07/14 12:00:00AM | 07/08/14 | 07/09/14 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $114.24 | $114.24 | $114.24 | $342.72 |
| DAILY TOTAL | $114.24 | $114.24 | $114.24 | $342.72 |

You have earned approximately 4590 Hilton HHonors points and approximately
306 Miles with Delta Air Lines for this stay. Hilton HHonors(R) stays are posted
within 72 hours of checkout. To check your ea



## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 145880 A | |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC | | |
| TOTAL AMOUNT | | |

**PAYMENT DUE UPON RECEIPT**





T H A N K   Y O U



**Hilton**
OAKLAND AIRPORT

LAMARRE, MADELEINE

| | |
|---|---|
| Room: | 1208/K1E |
| Arrival Date: | 7/10/2014   8:48:00PM |
| Departure Date: | 7/11/2014 |
| Adult/Child: | 1/0 |
| Room Rate: | $112.00 |

RATE PLAN      L-GV
HH# 369445769 DIAMOND
AL     DL #2042493151
BONUS AL       CAR

Confirmation: 3133181414

7/11/2014     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/10/2014 | 4459681 | PARKING | $12.75 |
| 7/10/2014 | 4459682 | GUEST ROOM | $112.00 |
| 7/10/2014 | 4459682 | RM OCCUPANCY TAX, CITY TAX | $15.68 |
| 7/10/2014 | 4459682 | RM TOURISM TAX, CITY TAX | $0.11 |
| | | WILL BE SETTLED TO AX *2004 | $140.54 |
| | | EFFECTIVE BALANCE OF | $0.00 |









ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*



*Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.*





| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 1032261   A |

## Zip-Out Check-Out®

**Good Morning !** **We hope you enjoyed your stay. With Zip-Out Check-Out®** there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |
| PAYMENT DUE UPON RECEIPT | |

# Wait! Don't Go.........

We haven't had the opportunity to say **Thank You** yet! We are very much aware that you have a variety of choices for accommodations in our immediate area and we are thrilled that you chose to stay with us!

*At the Hilton Oakland Airport, Overall service is our # 1 goal. If you did not have an exceptional stay, please ask for our Manager On Duty by dialing "0" on a hotel telephone.*

We wish you a safe and pleasant journey to your next destination and hope that we will have the opportunity to welcome you back to this hotel when your travels bring you back to the East Bay area.

At Your Service,

The Team Members of the Hilton Oakland Airport!



**Madeleine LaMarre <mlamarre55@gmail.com>**

# Flight reservation (MNQLNH) | 07JUL14 | ABQ-OAK | Lamarre/Madeleine
1 message

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>

Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

Wed, Jun 25, 2014 at 4:30 PM

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/07/14 - Oakland

 **AIR Itinerary**

## AIR Confirmation: MNQLNH          Confirmation Date: 06/25/2014



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262426502905 | Jun 25, 2015 | 4549 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jul 7 | 4669 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **12:45 PM**<br>Arrive in **OAKLAND, CA** (OAK) at **2:05 PM**<br>Travel Time 2 hrs 20 mins<br>Anytime |
| Fri Jul 11 | 1499 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **07:25 AM**<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **10:40 AM**<br>Travel Time 2 hrs 15 mins<br>Wanna Get Away |

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**







Join over 17 million

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 585.00


email subscribers saving big on travel each week.

Sign Up


ENROLL NOW. IT'S FREE!

SOUTHWEST.COM
RAPID REWARDS

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262426502905: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN OAK351.63YLNEV WN ABQ172.09RLNUPNR 523.72 END ZPABQOAK
XFABQ4.5OAK4.5 AY5.00$ABQ2.50 OAK2.50


Learn About Our
Boarding Process


Get EarlyBird
Check-In® Details

## Cost and Payment Summary

**☒ AIR - MNQLNH**

| | | | |
|---|---|---|---|
| Base Fare | $ 523.72 | **Payment Information** | |
| Excise Taxes | $ 39.28 | Payment Type: Amer Express XXXXXXXXXXX2004 | |
| Segment Fee | $ 8.00 | Date: Jun 25, 2014 | |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $585.00 | |
| September 11th Security Fee | $ 5.00 | | |
| **Total Air Cost** | **$ 585.00** | | |


**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ↦

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ↦

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |



Transaction Details Prepared for
Madeleine Lamarre
Account Number
XXXX-XXXXXX-22004

| Date | Description | Card Member | Amount |
|------|-------------|-------------|--------|
| JUL 10 2014 | CHEVRON 451 HEGENBEROAKLAND CA | MADELEINE LAMARRE | $48.50 |

Doing business as:

**CHEVRON USA**

CHEVRON CARD OPERATIONS

6001 BOLLINGER CANYON RD

SAN RAMON

CA

94583

UNITED STATES

Additional Information: 2631869 5106330685

5106330685

Reference: 320141920668452394

Category: Transportation - Fuel

**Transaction Details**

| Description | Price |
|-------------|-------|
| FUEL/MISCELLANEOUS | $48.50 |
| 001 UNL REG | |

---

# Hertz

**#01 MR**   **RR 180931682**
       RES   G25234103C9

**MADELEINE LAMARRE**      **CC**

**INITIAL CHARGES**
RENT RT $ 68.18 /DAY   @ 4 /DAYS    $   272.72
SUBTOTAL 1                  $   272.72
DISCOUNT - T   12%            $    32.73
SUBTOTAL LESS DISCOUNT       T$   239.99

**CHARGES ADDED DURING RENTAL**
LDW      DECLINED
LIS       DECLINED
PAI, PEC   DECLINED
PREM RD SVC   DECLINED
* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**
CONCESSION FEE RECOVERY   11.10%   T$   26.64
CA TOURISM ASSESSMENT    2.60%    $     6.24
FACILITY FEE                      $    10.00
TAX 1   9.000% ON TAXABLE TTL OF $   266.63   $    24.00
TAX 2   3.750% ON TAXABLE TTL OF $     .00   $      .00
TOTAL AMOUNT DUE               $   305.87
CHARGED ON   AMX      XXXXXXXXXXX2004

**FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED**

VEHICLE: 01298 / 5263553    14 SIR OPTIMA 4CYN
LICENSE: CA 7FHV299
FUEL:    FULL      8/8 OUT   8/8 IN
MILEAGE IN:      5295     TR-X MILES:
MILEAGE OUT:    4998     MILES ALLOWED:
MILES DRIVEN:    297      MILES CHARGED:
CDP:    00014 - AAA AUTO CLUB SOUTH

RENTED:    OAKLAND INTL AP
RENTAL:    07/07/14 14:25
RETURN:    07/11/14 06:17
RETURNED:   OAKLAND INTL AP
COMPLETED BY:    7736/CAOAK12

PLAN IN:    TMDD      RATE CLASS:   D
PLAN OUT:   TMDD

San Francisco-Oakland Bay Bridge
LANE 4

COLLECTOR: 0022
Thu Jul 10, 2014   12:43:45
CLASS 2
FARE ID:    1C00
TOLL PAID: $ 4.C0
PAYMENT METHOD   Cash
SERIAL #: 01641575

## Receipt

034701071016012014

SFMTA
Civic Center Plaza Garage
355 McAllister St.
San Francisco, CA 94102
Tel:(415) 863-1537

FeeComputer Number: : 1
Entry Time: 7/10/2014 1:04 PM
Exit Time: 7/10/2014 4:01 PM
Duration: 2h 57m
Op: Rony
Non-resetable tr #: 1202866

Tran: 347
Ticket Number: 46602

F1 Normal          $   10.00
-----------------------------------
Total:             $   10.00
Tender:            $   20.00
Change:            $   10.00

Thank You! Drive Safely

---

Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
USA-87106 Albuquerque

Booth        07/11/14 10:58
Cashier 14
Receipt 092495

Excess Time
R3 Universities
Car Park 1
07/07/14 11:54 -
07/11/14 10:58 -
Period 3d23h5'
(TAX)                 $19.00

Sub Total             $19.00
TAX                    $0.00
-----------
T*ta³                  $19.00

Payment Received
AMEX                   $19.00
XXXXXXXXXXX2004
Merch:1306516667
Auth:508728
Type: Swiped

---

0381
Server: KIMBERELY J (#305)        Rec:227
07/08/14 19:08, Swiped  T: 815 Term: 5

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916) 753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 525000
Reference: 070801000381
TRANS TYPE: Credit Card SALE

CHECK:                  (
                      19.03
TIP:                   3.97
                 ----------------
TOTAL:                23. 00

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER .

0269
Server: AMANDA 221 M (#221)    Rec:159
07/07/14 18:20, Swiped   T: 402 Term:  1

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 505157
Reference: 0707010000269
TRANS TYPE: Credit Card SALE

CHECK :               27.81

TIP :                 5 . 19.

TOTAL :               33 . 5

X _____

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

Jack's Urban Eats
545 Monroe St.
Sacramento, CA  95825
916 481-5225

Server: Haley            DOB: 07/08/2014
12:50 PM                      07/08/2014
MAGGIE 75/1                      1/10141

                SALE

Visa                          1048723
Card #XXXXXXXXXXXXX3959
Magnetic card present: PC MADELEINE LAMARR
Card Entry Method:  S

Approval: 115615

                Amount:        $ 13.72


            Jack's Copy



1131 K Street
Sacramento, CA 95814
(916) 443-3772
Date:         Jul09'14 06:35PM
Card Type:    AMEX
Acct #:       XXXXXXXXXXX2004
Card Entry:   SWIPED
Trans Type:   PURCHASE
Auth Code:    569603
Check:        4870
Table:        25/3
Server:       201023 ADAMS

B.Ike

$ 40.00

Subtotal:        62.51

Tip____    12.49

Total:____    75

X_____

Signature
I agree to pay above total
according to my card issuer
agreement.
CUSTOMER COPY

FIVE GUYS
BURGERS AND FRIES
STORE # CA-1177
9257 LAGUNA SPRINGS DRIVE
SUITE 190
ELK GROVE, CA 95624
(P) 916-478-9616

7/9/2014   12:32:44 PM

# FIVE GUYS

Order Number:   42

| 1 | LCB | 4.69 |
| | ->|SHROOM | |
| | ->|G ONION | |
| | PICKLE | |
| | ->|KETCHUP | |
| | ->|MUSTARD | |
| 1 | Reg. Drink | 2.09 |

Sub. Total:         $6.78
Tax:                $0.55
Total:              $7.33

American Express:   $7.33
Change              $0.00
Register:2    Tran Seq No:  199142
Cashier:Philip E.
***********************************
                        ......1111

**GUEST RECEIPT**        481859

Date 7/10/14 Amount $ 50.00

Trattoria La Siciliana

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

July 31, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of July 2014.


Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

# Invoice #19

Plata v. Davis C-01-1351
July 31, 2014

| Date | Service | Hours | Rate | Total |
|------|---------|-------|------|-------|
| 7/7/2014 | Airfare for SAC trip | | | $765.00 |
| 7/7/2014 | Rental car SAC trip | | | $604.37 |
| 7/7/2014 | Hotel in SAC | | | $479.50 |
| 7/10/2011 | Hotel SF airport | | | $221.89 |
| 7/7/2014 | meal | | | $29.32 |
| 7/8/2014 | lunch | | | $13.18 |
| 7/8/2014 | meal | | | $11.99 |
| 7/10/2014 | gas | | | $30.78 |
| 7/10/2014 | bridge toll | | | $4.00 |
| 7/10/2014 | parking | | | $14.00 |
| 7/11/2014 | taxi | | | $35.00 |
| 7/1/2014 | Conf call with Receiver | 1.5 | 275 | $412.50 |
| 7/7/2014 | Travel | 8 | 137.5 | $1,100.00 |
| 7/8/2014 | OIG meeting | 9 | 275 | $2,475.00 |
| 7/9/2014 | Meeting with CCHCS staff | 9 | 275 | $2,475.00 |
| 7/10/2014 | travel | 2 | 137.5 | $275.00 |
| 7/10/2014 | Meet with Judge and QM material review | 3.5 | 275 | $962.50 |
| 7/11/2014 | Travel | 6 | 137.5 | $825.00 |
| 7/15/2014 | Call with R Kanan and Charles Young and CHCF QM review | 3 | 275 | $825.00 |
| 7/22/2014 | OIG call chart reviews | 2.75 | 275 | $756.25 |

| | | | | |
|---|---|---|---|---|
| 7/24/2014 | Expert call and call with Receiver | 1.5 | 275 | $412.50 |
| **TOTAL** | | | | **$12,727.78** |

**Hertz**

#01 MR **RR** 180801611
RES G24746052C2

MICHAEL PUISIS

INITIAL CHARGES
RENT RT $ 115.50 / DAY @ 4 / DAYS $ 462.00
SUBTOTAL $ 462.00

CHARGES ADDED DURING RENTAL
LDW         DECLINED
LIS         DECLINED
PAI, PEC    DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY        11.11%   $ 51.33
CA TOURISM ASSESSMENT          2.60%    $ 12.01
TRNS&FAC FEE                             $ 20.00
TAX 1    11.500% ON TAXABLE TTL OF $ 513.33 $ 59.03
TAX 2    3.750% ON TAXABLE TTL OF $ .00     $ .00
TOTAL AMOUNT DUE                        $ 604.37
CHARGED ON  VISA    XXXXXXXXXXXX5239

Gold Plus Rewards Points Earned This Rental:    508

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:  01599  / 1312990    13 FOCUS    N
LICENSE:  MO DJ8G5L
FUEL:     FULL       8/8 OUT   8/8 IN
MILEAGE IN:   27889    TR-X MILES:
MILEAGE OUT:  27645    MILES ALLOWED:
MILES DRIVEN:   244    MILES CHARGED:
CDP:      00099

RENTED      SAN FRANCISCO INTL AP
RENTAL      07/07/14  13 07
RETURN      07/11/14  04 32
RETURNED:   SAN FRANCISCO INTL AP
COMPLETED BY:   6015/CASFO15

PLAN IN     LDUC     RATE CLASS:   B
PLAN OUT:   LDUC
FF:         ZE 1

---

Do not expose to excessive heat or direct sunlight.

INSERT        STAPLE HERE

PRINTED IN U.S.A. BY MT&L, DALLAS, TX   REV. 3/12   CSM64   Run 10-13

**UNITED**

eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Day Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|
| Mon 07/DUL/14 00:125SU | Chicago-Ohare | 9:550 AM | San Francisco | 12:29 PM | 737-800 | Purchase | |
| Fri 11/DUL/14 00:163ET | San Francisco | 6:556 AM | Chicago-Ohare | 1:11 PM | 737-800 | Purchase | |

Party of 1
PUISIS/MICHAELAMR

PUISIS/MICHAELAMR

Seat:
358/280

Confirmation Number: CM#LK0
Ticket Number:     Frequent Flyer
01624128165876    UA-> xxxx202

Fare: 691.16    Tax: 73.84    Per Person: 765.00    eTicket Total: 765.00    It ar Date: June 25, 2014

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Basis: Additional charges may apply for changes in addition to any fare rules list c.

This ticket shall expire one year from date of issue.



# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

Room 302/K1RZ
Arrival Date 7/7/2014
Departure Date 7/10/2014   3:43:00PM
Adult/Child 1/0
Room Rate 129.00

RATE PLAN        LV8

*Folio*

HH# 736265396 SILVER
AL:  UA  #03069734862
CAR:

CONFIRMATION NUMBER : 3134802407

**HHONORS**
HILTON WORLDWIDE

7/10/2014   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/7/2014 | GUEST ROOM | GVILL | 744759 | $129.00 | | |
| 7/7/2014 | ROOM TAXES | GVILL | 744759 | $15.48 | | |
| 7/8/2014 | GUEST ROOM | GVILL | 745169 | $139.00 | | |
| 7/8/2014 | ROOM TAXES | GVILL | 745169 | $16.68 | | |
| 7/9/2014 | *GREAT AMERICAN GRILL | LINTR | 745355 | $9.67 | | |
| 7/9/2014 | GUEST ROOM | GVILL | 745531 | $139.00 | | |
| 7/9/2014 | ROOM TAXES | GVILL | 745531 | $16.68 | | |
| 7/10/2014 | *GREAT AMERICAN GRILL | LINTR | 745736 | $13.99 | | |
| 7/10/2014 | VS *5239 | ANGELR | 745746 | | $479.50 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 07/07/14 | 07/08/14 | 07/09/14 | 07/10/14 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $144.48 | $155.68 | $155.68 | $0.00 | $455.84 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $9.67 | $13.99 | $23.66 |
| DAILY TOTAL | $144.48 | $155.68 | $165.35 | $13.99 | $479.50 |

*You have earned approximately 4790 Hilton HHonors points and approximately 416 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION   146351  A | INITIAL |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE   X | | TOTAL AMOUNT | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND | | PAYMENT DUE UPON RECEIPT | |



**Hilton Garden Inn®**
San Francisco Airport North

670 Gateway Blvd. • South San Francisco, CA 94080
Phone (650) 872-1515 • Fax (650) 872-1064
Reservations
www.hiltongardeninn.com or 1 800 HILTONS

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE
EVANSTON, IL 60202
US

| | |
|---|---|
| Room | 414/D2 |
| Arrival Date | 7/10/2014 |
| Departure Date | 7/11/2014    8:47:00PM |
| Adult/Child | 1/0 |
| Room Rate | 199.00 |

RATE PLAN          LV8
HH# 736265396 SILVER
AL:    UA  #03069734862
CAR:

*Folio*

CONFIRMATION NUMBER : 3136288571

7/11/2014      PAGE    1

**HILTON HHONORS**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/10/2014 | 1734325 | GUEST ROOM | $199.00 |
| 7/10/2014 | 1734325 | CALIFORNIA TOURISM AND TRAVEL | $0.09 |
| 7/10/2014 | 1734325 | CITY TAX | $2.50 |
| 7/10/2014 | 1734325 | OCCUPANCY TAX | $19.90 |
| 7/10/2014 | 1734325 | SM COUNTY BID | $0.40 |
| 7/11/2014 | 1734502 | VS *5239 | ($221.89) |
| | | * * BALANCE * * | $0.00 |

EXPENSE REPORT SUMMARY

|  | 14  00:00:00  STAY TOTAL | |
|---|---|---|
| ROOM & TAX | $221.89 | $221.89 |
| DAILY TOTAL | $221.89 | $221.89 |

WALDORF ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY SUITES

You have earned approximately 2288 Hilton HHonors points and approximately 199 Miles with United Airlines for this stay. Hilton HHonors
stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

| ACCOUNT NO | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| VS  *5239 | | 7/10/14 | 446742 | A |
| CARD MEMBER NAME
PUISIS, MICHAEL | | AUTHORIZATION
09478C | INITIAL | |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC | | |
| CARD MEMBER'S SIGNATURE
X | | TOTAL AMOUNT    -221.89 | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST
CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

Hampton

HOMEWOOD SUITES

HOME2

Hilton
Grand Vacations

0232
Server: AMANDA 221 M (#221)    Rec:158
07/07/14 18:19, Swiped   T: 402 Term: 1

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX5239
Name: MICHAEL PUISIS
00 TRAN    :ION APPROVED
AUTHORIZATION #: 001990
Reference: 0707010000232
TRANS TYPE: Credit Card SALE

CHECK :            24.52

TIP :               4.80

TOTAL :            29.32

X _____

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

Jack's Urban Eats
545 Monroe St.
Sacramento, CA  95825
916 481-5225

Server: Haley              DOB: 07/08/2014
12:51 PM                        07/08/2014
MICHAEL 78/1                      1/10142

              SALE

Visa                             1043724
Card #XXXXXXXXXXXX5239
Magnetic card present: PUISIS MICHAEL
Card Entry Method:  S

Approval: 045110

              Amount:      $ 13.18

          Jack's Copy

**J420**
Server: KIMBERELY J (#305)     Rec:225
07/08/14 19:08, Swiped    T: 815 Term:  5

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXX5239
Name: MICHAEL PUISIS
DO TRANSACTION APPROVED
AUTHORIZATION #: 04394C
Reference: 0708010000420
TRANS TYPE: Credit Card SALE

CHECK:                    9.99

TIP:                       .93

TOTAL:                   11.93

X_____

**\*\*\*Duplicate Copy\*\*\***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

WELCOME

FLYERS #219
176 GATEWAY
VR10180002192B1
S SANFRAN CA 94080

Visa Card
REF # 96  095079 a
DATE 07/10/14  20:40
PUMP # 01
PRODUCT: UNLD
APPROVAL # 02518C
GALLONS:        7.177
PRICE/G:     $ 4.299
FUEL  SALE   $ 30.26

FUNDS AVAILABLE +
60202.00
Have A Great Day

THANK YOU
HAVE A NICE DAY

```
San Francisco-Oakland Bay Bridge
              LANE 13

        COLLECTOR: 4039
   Thu Jul 10, 2014  12:18:24
             CLASS 2
       FARE ID:     6 1000
       TOLL PAID: $ 4.00
     PAYMENT METHOD: Cash
     SERIAL #: 01441913
```

# Receipt

03430207101556.2014

SFMTA
Civic Center Plaza Garage
355 McAllister St.
San Francisco, CA 94102
Tel:(415) 863 1537

FeeComputer Number: : 2
Entry Time: 7/10/2014 12:41 PM
Exit Time:  7/10/2014 3:56 PM
Duration:  3h 15m
Op: River
Num resetat e t. #: 947655

Trans: 343
Ticket Number: 46547

F1  Normal          $   14.00
---------------------------------
Total:             $   14.00
Visa               $   14.00
Last 4 Digits:     5239

Thank You! Drive Safely

**AMERICAN TAXI**

NORTHWEST SUBURBS        (847) 253-4411
WEST & SOUTH SUBURBS     (708) 424-7878
LAKE COUNTY              (847) 566-3131
NORTH SUBURBS            (847) 673-1000
DUPAGE CO. EAST          (630) 920-9480
DUPAGE CO. WEST          (630) 305-0700

RECEIPT

DATE 7/11/14

AMOUNT $ 32

FROM

TO

NAME                    CAB NUMBER

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: August 1, 2014

Billing Period:   Jul-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $5,157.93 |
| --- | --- |

| Date | Hours | | Hourly Fee | | Total | Task Performed |
| --- | --- | --- | --- | --- | --- | --- |
| 7/1/14 | 1.75 | @ | $275.00 | = | $481.25 | Conference call with Experts, Court, Receiver |
| 7/2/14 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| 7/8/14 | 2.25 | @ | $137.50 | = | $309.38 | Travel to and from Sacramento |
| 7/8/14 | 9.50 | @ | $275.00 | = | $2,612.50 | Meetings in Sacramento |
| 7/10/14 | 2.50 | @ | $275.00 | = | $687.50 | Meetings in San Francisco |
| 7/23/14 | 1.00 | @ | $275.00 | = | $275.00 | Phone conference with expert, review of documents |
| 7/24/14 | 1.50 | @ | $275.00 | = | $412.50 | Phone conferences with Receiver, Court experts |
| Total | | | | | $5,053.13 | |

| Professional Fees | |
| --- | --- |
| | $5,053.13 |
| Travel Expenses | |
| | $104.80 |
| TOTAL DUE | $5,157.93 |

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|-----|---------|-----------|-------|-------|-----------|
| 7/8/14 | | | | | | $4.00 | $100.80 | | $104.80 |

Total   $104.80

*$0.56/ mile