**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

November 4, 2014

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 9/4/14, professional fees and expenses: $12,881.85, invoice dated 10/5/14, professional fees and expenses: $12,096.56;

(2) Dr. Puisis, invoice dated 9/3/14, professional fees and expenses: $27,791.27, invoice dated 10/1/14, professional fees and expenses: $20,882.84; and

(3) Dr. Goldenson, invoice dated 9/1/14, professional fees and expenses: $962.50.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

APPROVED:

_____
Thelton E. Henderson
United States District Judge

Dated: 11/5/14

Enclosures

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

The Honorable Thelton E. Henderson
November 4, 2014
Page 2

cc:
    Madeleine LaMarre, MN *(via U.S. Mail, w/o encls.)*
    Michael Puisis, D.O. *(via U.S. Mail, w/o encls.)*
    Joe Goldenson, M.D. *(via U.S. Mail, w/o encls.)*
    Paul Mello, Esq. *(via U.S. Mail, w/o encls.)*
    Donald Specter, Esq. *(via U.S. Mail, w/o encls.)*

MS:

CA2001CS0001
41123982.doc