Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

September 4, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

All correspondence should be sent to my new address:

3200 19th Ave SE, Rio Rancho NM 87124-1709

Thank you for your assistance in processing this invoice.

                                        Sincerely,

                                        Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 8/5/2014 | 0.75 | Preparation for CCHCS and OIG meetings |
| 8/6/2014 | 1.25 | Preparation for CCHCS and OIG meetings |
| 8/10/2014 | 4.50 | Review and analysis of CIW Report |
| 8/15/2014 | 6.50 | Review and response to OIG correspondence regarding OIG methodology, planning for OIG and CCHCS meetings, conference call with Karen Rea, |
| 8/18/2014 | 2.50 | Conference call with Court Experts regarding OIG audit methodology.  Revision of feedback regarding OIG response to expert recommendations, planning for meetings the week of 8/25/14 |
| 8/19/2014 | 6.50 | CIW record review, conference calls with Mike Puisis and the Court |
| 8/20/2014 | 7.00 | CIW record review, correspondence with the Court and Receiver |
| 8/22/2014 | 6.50 | CIW Record Review |
| 8/26/2014 | 7.00 | CIW Record Review |
| 8/27/2014 | 8.00 | Electronic Health Record Meeting, Executive Nurse Meeting, meeting with Mike Puisis, |
| 8/28/2014 | 1.50 | Email correspondence conference call with Mike Puisis and CCHCS |
| **Total Professional Hours** | **52.00** | |
| **Total at Hourly Rate of $200** | **$10,400.00** | |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| 8/25/2014 | 6.0 | Travel from Albuquerque to Elk Grove, CA |
| 8/28/2014 | 4.0 | Travel from Oakland, CA to Albuquerque |
| **Total Travel Hours** | **10.0** | |
| **Total at Hourly Rate of $100** | **$1,000.00** | |

**Expenses:**

| Date | Expense | Description |
|---|---|---|

| 8/25/2014 | $356.20 | Airfare from Albuquerque to Oakland |
|---|---|---|
| | $228.65 | Rental Car |
| | $114.24 | Hotel |
| | $34.00 | Dinner (Less than billed amount of $44.00) |
| | | |
| 8/26/2014 | $114.24 | Hotel |
| | $8.08 | Lunch |
| | $36.00 | Dinner (Less than billed amount of $54.00) |
| | | |
| 8/27/2014 | $249.77 | Hotel |
| | $7.04 | Lunch |
| | $32.00 | Dinner (Less than billed amount of $42.00) |
| | $12.75 | Parking |
| | $29.01 | gasoline |
| | | |
| 8/28/2014 | $3.87 | Meals |
| | $237.00 | Airfare from Oakland to Albuquerque |
| | $19.00 | Albuquerque Airport Parking |
| | | |
| | | |
| **Total Expenses** | **$1,481.85** | |

| Professional Fees | $10,400.00 | |
|---|---|---|
| Travel Fees | $1,000.00 | |
| Expenses | $1,481.85 | |
| Total Due | $12,881.85 | |



Madeleine LaMarre <mlamarre55@gmail.com>

## Flight reservation (F49X42) | 25AUG14 | ABQ-OAK | Lamarre/Madeleine
1 message

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>        Wed, Aug 6, 2014 at 3:05 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 08/25/14 - Oakland

 AIR Itinerary

**AIR Confirmation: F49X42**                    Confirmation Date: 08/6/2014



Save up to 30%
Plus earn up to 2,400
Rapid Rewards® points.

Let's go!

Budget

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262436744885 | Aug 6, 2015 | 1831 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Aug 25 | 456 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **2:00 PM**<br>Arrive in **OAKLAND, CA** (OAK) at **3:25 PM**<br>Travel Time 2 hrs 25 mins<br>Wanna Get Away |
| Fri Aug 29 | 1714 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **07:20 AM**<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **10:35 AM**<br>Travel Time 2 hrs 15 mins<br>Wanna Get Away |

**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**



CLICK 'N SAVE®

Join over 17 million


email subscribers saving big on travel each week.

Sign Up


ENROLL NOW. IT'S FREE!
SOUTHWEST.COM RAPID REWARDS

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 356.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262436744885: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN OAK162.79RLNUPNR WN ABQ142.33OLNVVNR 305.12 END ZPABQOAK
XFABQ4.5OAK4.5 AY11.20$ABQ5.60 OAK5.60


Learn About Our Boarding Process


Get EarlyBird Check-In® Details

## Cost and Payment Summary



☒ AIR - F49X42

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 305.12 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Excise Taxes | $ | 22.88 | Date: Aug 6, 2014 |
| Segment Fee | $ | 8.00 | Payment Amount: $356.20 |
| Passenger Facility Charge | $ | 9.00 | |
| September 11th Security Fee | $ | 11.20 | |
| **Total Air Cost** | **$** | **356.20** | |

✈ **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ➜

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.          Learn More ➜

### Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities



# Hilton
# Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 429/K1RZ |
| Arrival Date | 8/25/2014 |
| Departure Date | 8/28/2014  6:15:00PM |
| Adult/Child | 1/0 |
| Room Rate | 102.00 |

RATE PLAN          L-GV

*Folio*

HH# 369445769 DIAMOND
AL:  DL  #2042493151
CAR:

CONFIRMATION NUMBER : 3142376681

**HHONORS**
HILTON WORLDWIDE

8/27/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/25/2014 | GUEST ROOM | GVILL | 761210 | $102.00 | | |
| 8/25/2014 | ROOM TAXES | GVILL | 761210 | $12.24 | | |
| 8/26/2014 | GUEST ROOM | GVILL | 761571 | $102.00 | | |
| 8/26/2014 | ROOM TAXES | GVILL | 761571 | $12.24 | | |
| 8/27/2014 | AX *2004 | ANGELR | 761706 | | $228.48 | |
| | BALANCE | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 08/25/14 | 08/26/14 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $114.24 | $114.24 | $228.48 |
| DAILY TOTAL | $114.24 | $114.24 | $228.48 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | 148677  A | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | | |
| X | | | | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND | | PAYMENT DUE UPON RECEIPT | | |



# Hilton
OAKLAND AIRPORT

HILTON OAKLAND AIRPORT
1 Hegenberger Road | Oakland, California | 94621
T: 510 635 5000 | F: 510 383 4062
W: hilton.com

LAMARRE, MADELEINE

| | |
|---|---|
| Room: | 2228/D2 |
| Arrival Date: | 8/27/2014 8:02:00PM |
| Departure Date: | 8/28/2014 11:15:00AM R |
| Adult/Child: | 1/0 |
| Room Rate: | 219.00 |

RATE PLAN          LV0
HH# 369445769 DIAMOND
AL:    DL  #2042493151
CAR:

CONFIRMATION NUMBER : 3141824850

9/3/2014     PAGE     1

HILTON
HHONORS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/27/2014 | 4511667 | PARKING | $12.75 |
| 8/27/2014 | 4511668 | GUEST ROOM | $219.00 |
| 8/27/2014 | 4511668 | RM OCCUPANCY TAX, CITY TAX | $30.66 |
| 8/27/2014 | 4511668 | RM TOURISM TAX, CITY TAX | $0.11 |
| 8/28/2014 | 4512295 | AX *2004 | ($262.52) |

* * BALANCE * *     $0.00

WALDORF
ASTORIA
HOTELS & RESORTS

EXPENSE REPORT SUMMARY

CONRAD
HOTELS & RESORTS

| | '14 00:00:00 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $249.77 | $249.77 |
| MISCELLANEOUS | $12.75 | $12.75 |
| DAILY TOTAL | $262.52 | $262.52 |









Hilton
Garden Inn

| | | | |
|---|---|---|---|
| ACCOUNT NO.<br>AX *2004 | DATE OF CHARGE<br>8/27/14 | FOLIO NO./CHECK NO.<br>1047244 | A |
| CARD MEMBER NAME<br>LAMARRE, MADELEINE | AUTHORIZATION<br>146658 | | INITIAL |
| ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | | |
| | TAXES | | |
| | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT          -262.52 | | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT | | |

Hampton

HOMEWOOD
SUITES
BY HILTON

HOME2

Hilton
Grand Vacations



AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA



Madeleine LaMarre <mlamarre55@gmail.com>

## UPDATED flight reservation (F49X42) | 28AUG14 | OAK-ABQ | Lamarre/Madeleine
1 message

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>

Mon, Aug 25, 2014 at 8:45 PM

Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 08/25/14 - Oakland

 AIR Itinerary

**AIR Confirmation:** F49X42            Confirmation Date: 08/25/2014



**Save up to 30%**
Plus earn up to 2,400
Rapid Rewards® points.

Let's go!

Budget

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262441321441 | Aug 6, 2015 | 4353 |

**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Aug 28 | 1714 | Depart **OAKLAND, CA** (OAK) on Southwest Airlines at **07:20 AM** Arrive in **ALBUQUERQUE, NM** (ABQ) at **10:35 AM** Travel Time 2 hrs 15 mins Business Select |

**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Remember to be in the gate area on time and ready to board:**
- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 404.10

**CLICK 'N SAVE**

Join over 17 million

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262441321441: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.


email subscribers saving big on travel each week.

Sign Up


ENROLL NOW. IT'S FREE!
SOUTHWEST.COM RAPID REWARDS


Learn About Our Boarding Process ➝


EARLYBIRD CHECK-IN®
Get EarlyBird Check-In® Details ➝

## Cost and Payment Summary

 AIR - F49X42

| | | |
|---|---|---|
| Base Fare | $ | 362.80 |
| Excise Taxes | $ | 27.20 |
| Segment Fee | $ | 4.00 |
| Passenger Facility Charge | $ | 4.50 |
| September 11th Security Fee | $ | 5.60 |
| **Total Air Cost** | **$ 404.10** | |

**Payment Information**
Payment Type: Amer Express XXXXXXXXXXX2004
Date: Aug 25, 2014
Payment Amount: $237.00

Payment Type: Ticket Exchange
Date: Aug 25, 2014
Payment Amount: $167.10

**Exchange Detail**
Aug 6, 2014 From ticket # 5262436744885 to ticket # 5262441321441


**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ➝

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ➝

**Useful Tools**

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

**Know Before You Go**

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

**Special Travel Needs**

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

**Legal Policies & Helpful Information**

Privacy Policy          Customer Service Commitment          Contact Us



| Qty | Item | Price |
|-----|------|-------|
| 1 | 6" Tuna | $4.75 |
| 1 | Bottled Drink | $1.89 |

```
              SUBTOTAL      $6.64
             Sales Tx       $0.40
    TAKE-OUT **TOTAL        $7.04
     Credit  AMT TEND       $7.04
          CHANGE DUE        $0.00
Approval No: 522858
Reference No: 423918260639
Acquired: Swipe
Account No: ************2004
Card Issuer: Amex
Amount: $7.04
Host Id: 683-154-962167
```

```
              HMSHOST
          STARBUCKS COFFEE
        OAKLAND INTL AIRPORT

217252 Luz Elen
- - - - - - - - - - - - - - - - - - - - -
CHK 5171                      GST 1
        AUG28'14  6:53AM
- - - - - - - - - - - - - - - - - - - - -
    TO GO

  1 COD BOLD G            2.40
  1 FRUIT BANANA          1.15

    SUBTOTAL              3.55
    TAX                   0.32
    AMOUNT PAID       3.87
    XXXXXXXXXXX2004
    AMEX                  3.87
--217252 Closed AUG28 06:54AM---

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

      GILBERT SILVA
      510-563-3202
GILBERT.SILVA@HMSHOST.COM
```

0256
Server: STACEY V (#220)        Rec:155
08/27/14 17:42, Swiped    T: 503 Term:  7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 509277
Reference: 0827010000256
TRANS TYPE: Credit Card SALE

CHECK :              34.83

TIP :                 7.17

TOTAL :              42.00

X _____

```
76 FUEL-MGM 5191
449 HEGENBERGER RD
OAKLAND, CA
DEALER# 00506667


08/27/14
19:45:07

Pump # 06 - Self
REGULAR         7.3668
Price/Gal      $3.939
FUEL TOTAL   $  29.01
SALES TAX    $   0.00
SALE TOTAL   $  29.01

AMEX        Acc: 2004
INVOICE: 194507
AUTH: 00-522397
Batch:   7   Seq:  40

TRAN: 2165362
ZIP ENTERED

     WANT FREE GAS?
  REGISTER TO WIN AT
    WWW.GASVISIT.COM
```

# Hertz

#01 MR  RR  378824924
RES  G30110196E9
CC

## MADELEINE LAMARRE

| INITIAL CHARGES | | | | | |
|---|---|---|---|---|---|
| | | | | $ | 200.85 |
| RENT RT  $  66.95 / DAY | @ 3 | / DAYS | | $ | 200.85 |
| SUBTOTAL 1 | | | | $ | 24.10 |
| DISCOUNT - T   12% | | | | T $ | 176.75 |
| SUBTOTAL LESS DISCOUNT | | | | | |

CHARGES ADDED DURING RENTAL

| | | | | | |
|---|---|---|---|---|---|
| LDW | DECLINED | | | | |
| LIS | DECLINED | | | | |
| PAI PEC | DECLINED | | | | |
| PREM RD SVC | DECLINED | | | | |
| · ADDITIONAL CHARGES | | | | | |
| SERVICE CHARGES/TAXES | | | | | |
| | 11.10% | T $ | | 19.62 |
| CONCESSION FEE RECOVERY | 2.60% | $ | | 4.60 |
| CA TOURISM ASSESSMENT | | $ | | 10.00 |
| FACILITY FEE | 196.37 | $ | | 17.68 |
| TAX 1    9.000% ON TAXABLE TTL OF $ | | | | .00 |
| TAX 2    3.750% ON TAXABLE TTL OF $ | .00 | $ | | .00 |
| TOTAL AMOUNT DUE | | $ | | 228.65 |
| CHARGED ON  AMX | XXXXXXXXXXX2004 | | | |

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

```
VEHICLE: 02198 / 6921290    13 SIRMALIBU2.5FUN
LICENSE: CO 592ZMZ
FUEL     FULL        8/8 OUT   8/8 IN
MILEAGE IN:      27474        TR-X MILES
MILEAGE OUT:     27265        MILES ALLOWED
MILES DRIVEN:      209        MILES CHARGED
CDP:    00014  - AAA AUTO CLUB SOUTH

RENTED:    OAKLAND INTL AP
RENTAL:    08/25/14  15:53
RETURN     08/28/14  06:18
RETURNED:  OAKLAND INTL AP
COMPLETED BY     6065/CAOAK12

PLAN IN    TMDD3    RATE CLASS:  C
PLAN OUT   TMDD3
```

*Park and Ride ABQ*
*Airport*

8/25  1:00pm
8/28  10:50am

| EXPIRATION | | | | | | |
|---|---|---|---|---|---|---|
| ☐ DATE | QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
| CHECKED | | | FP#  15154 | | | |
| | | | 475-04 014 | | | |
| | | | UNV | | | |
| | DATE | | AUTHORIZATION | SUB TOTAL | | |
| | REFERENCE NO. | | | SERVER | TAX | |
| | ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG/DEPT | CLERK | TIP | | |
| | | | | | MISC. | |
| | 5946899 | | | TOTAL | 14 | C |

SALES SLIP COPY

RETAIN THIS COPY FOR YOUR RECORDS

SIGN HERE

X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

0272
Server: SARAH C (#5)          Rec:148
08/25/14 18:46, Swiped   T: 802 Term: 6

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 586415
Reference: 0625010000272
TRANS TYPE: Credit Card SALE

CHECK:              36.94

TIP:                 7.06

TOTAL:              44.~

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

FIVE GUYS
BURGERS AND FRIES
STORE # CA-1177
9257 LAGUNA SPRINGS DRIVE
SUITE 190
ELK GROVE, CA 95624
(P) 916-478-9616

8/26/2014  1:22:41 PM

# FIVE GUYS

Order Number: **57**

| | | |
|---|---|---|
| 1 | LCB | 5.19 |
| | ->\|G ONION | |
| | PICKLE Ex | |
| | ->\|SHROOM | |
| | ->\|KETCHUP | |
| | ->\|MUSTARD | |
| 1 | Reg. Drink | 2.29 |

Sub. Total:        $7.48
Tax:               $0.60
Total:             $8.08

American Express:  $8.08
Change             $0.00
Register:1    Tran Seq No:  10457
Cashier:Paul M.
*********************************

---

**MIKUNI JAPANESE**
8525 Bond Road
Elk Grove, CA 95624
(916) -714-2112
Date:       Aug26'14 06:44PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  DID002058270345
Auth Code:  526950
Check:      4674
Table:      L5/2
Server:     6058 Jennifer

Subtotal        44.17

Tip             9 83

Total           52.00

X _____
Signature

Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

October 5, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert.  Please let me know if you have any questions.

All correspondence should be sent to my new address:

3200 19th Ave SE, Rio Rancho NM 87124-1709

Thank you for your assistance in processing this invoice.


Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
1143 Citadel Drive
Atlanta, Georgia, 30324

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 9/2/2014 | 1.50 | Preparation and conference call with OIG, Plaintiff counsel, Receiver, conference call with Mike Puisis |
| 9/3/2014 | 1.25 | Preparation and conference call with OIG and stakeholders regarding OIG audit methodology |
| 9/5/2014 | 0.75 | Preparation for High Desert State Prison Audit |
| 9/11/2014 | 0.75 | Conference call with Cheryl Schutt Acting Director of Nurses |
| 9/15/2014 | 2.25 | Review of High Desert State Prison(HDSP) medical records |
| 9/16/2014 | 8.50 | Meeting with CCHCS regarding electronic health record development, Review of HDSP medical records |
| 9/17/2014 | 8.00 | Preparation and meeting with Acting DON regarding nursing components of eletronic medical record |
| 9/19/2014 | 2.00 | HDSP record review |
| 9/23/2014 | 6.25 | HDSP record review |
| 9/24/2014 | 3.25 | HDSP record review |
| 9/25/2014 | 6.50 | HDSP record review |
| 9/26/2014 | 5.50 | HDSP record review |
| 9/29/2014 | 1.50 | HDSP record review |
| Total Professional Hours | 48.00 | |
| Total at Hourly Rate of $200 | $9,600.00 | |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| 9/15/2014 | 6.0 | Travel from Albuquerque to Elk Grove, CA |
| 9/18/2014 | 6.0 | Travel from Elk Grove, CA to Albuquerque NM |
| Total Travel Hours | 12.0 | |
| Total at Hourly Rate of $100 | $1,200.00 | |

**Expenses:**

| Date | Expense | Description |
|---|---|---|

| Date | Amount | Description |
|---|---|---|
| 9/15/2014 | $565.20 | Airfare |
| | $246.43 | Rental Car |
| | $114.24 | Hotel |
| | $7.05 | Lunch |
| | $33.00 | Dinner |
| | | |
| 9/16/2014 | $114.24 | Hotel |
| | $22.50 | Lunch |
| | $32.00 | Dinner |
| | | |
| 9/17/2014 | $114.24 | Hotel |
| | $21.00 | Meals |
| | | |
| 9/18/2014 | $14.25 | Airport Parking |
| | $12.41 | Meals |
| | | |
| **Total Expenses** | **$1,296.56** | |

| | | |
|---|---|---|
| **Professional Fees** | **$9,600.00** | |
| **Travel Fees** | **$1,200.00** | |
| **Expenses** | **$1,296.56** | |
| **Total Due** | **$12,096.56** | |



Transaction Details Prepared for
**Madeleine Lamarre**
Account Number
**XXXX-XXXXXX-22004**

| Date | Description | Card Member | Amount |
|------|-------------|-------------|--------|
| SEP 4 2014 | DELTA AIR LINES ATLANTA | MADELEINE LAMARRE | $565.20 |

Doing business as:

**DELTA AIR LINES**

ATLANTA AIRPORT

ATLANTA

GA

30344

UNITED STATES

Additional Information: DELTA AIR LINES

Reference: 320142470513632995

Category: Travel - Airline

**Flight Details**

| ALBUQUERQUE | ✈ | SALT LAKE CITY |

| SALT LAKE CITY | ✈ | SACRAMENTO METROPO |

| SACRAMENTO METROPO | ✈ | SALT LAKE CITY |

| SALT LAKE CITY | ✈ | ALBUQUERQUE |

Ticket Number: 00623683021172

Date of Departure: 09/15

Passenger Name: LAMARRE/MADELEINE LOUIS

Document Type: PASSENGER TICKET



Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2878

Server: JASON          DOB: 09/16/2014
01:50 PM                    09/16/2014
Table 401/1                 3/30011

SALE

                              314573¹
Card #XXXXXXXXXXX2004
Magnetic card present: LARARRE MADELEINE
Card Entry Method: S

Approval: 523

            Amount:      $ 18.63

        + Gratuity:    ___3.87___

        = Total:       ___22.50___
                          22.50

    I agree to pay the above
  total amount according to the
      card issuer agreement.

X _____

    Romano's Macaroni Grill
    www.macaronigrill.com

      Guest Cop

---

Sale

X XXXXXXXX2004
AMEX              Entry Method: Swiped

09/16/14                    19:29:36
Inv #: 000021     Appr Code: 565117
Approved: Online    Batch#: 000059

Account:         $      26.95
Tip:                    6.05
Total:                 33.00

 Transaction Details Prepared for
**Madeleine Lamarre**
Account Number
**XXXX-XXXXXX-22004**

| Date | Description | Card Member | Amount |
|------|-------------|-------------|--------|
| SEP 15 2014 | BJS RESTAURANTS 451 ELK GROVE CA | MADELEINE LAMARRE | $33.00 |

Doing business as:

BJS RSTRNT BREWHOUSE

9237 LAGUNA SPRINGS DR

ELK GROVE

CA

95758-7976

UNITED STATES

Additional Information: 254 RESTAURANT

RESTAURANT

Reference: 320142590690624317

Category: Restaurant - Restaurant

### Transaction Details

| | |
|---|---|
| FOOD/BEVERAGE | $27.22 |
| TIP | $5.78 |

**Total** **$33.00**



# Hilton
# Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address | |
|---|---|

LAMARRE, MADELEINE

| | |
|---|---|
| Room | 236/K1RZ |
| Arrival Date | 9/15/2014 |
| Departure Date | 9/18/2014 |

4:57:00PM

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | 102.00 |

RATE PLAN        L-GV

HH# 369445769 DIAMOND
AL:  DL  #2042493151
BONUS AL:               CAR:

CONFIRMATION NUMBER : 3146965394

9/18/2014     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/15/2014 | GUEST ROOM | GVILL | 768028 | $102.00 | | |
| 9/15/2014 | ROOM TAXES | GVILL | 768028 | $12.24 | | |
| 9/16/2014 | GUEST ROOM | GVILL | 768365 | $102.00 | | |
| 9/16/2014 | ROOM TAXES | GVILL | 768365 | $12.24 | | |
| 9/17/2014 | GUEST ROOM | GVILL | 768752 | $102.00 | | |
| 9/17/2014 | ROOM TAXES | GVILL | 768752 | $12.24 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $342.72 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 09/16/14 | 09/17/14 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $114.24 | $114.24 | $114.24 | $342.72 |
| DAILY TOTAL | $114.24 | $114.24 | $114.24 | $342.72 |

*You have earned approximately 4590 Hilton HHonors points and approximately 306 Miles with Delta Air Lines for this stay Hilton HHonors(R) stays are posted within 72 hours of checkout! To check your ea*

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®**
there is no need to stop at the Front Desk to check out.
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 150580  A |

| AUTHORIZATION | | INITIAL |
|---|---|---|
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

T
H
A
N
K







Y
O
U



**Hertz** #01 MR RR 540122413
RES G31814183C6

**MADELEINE LAMARRE** CC

**INITIAL CHARGES**

| | | | |
|---|---|---|---|
| RENT RT $ 83.75 / DAY @ 3 / DAYS | | $ | 251.25 |
| SUBTOTAL 1 | | $ | 251.25 |
| DISCOUNT - R 20% | | $ | 50.25 |
| SUBTOTAL LFSS DISCOUNT | | T$ | 201.00 |

**CHARGES ADDED DURING RENTAL**
LDW DECLINED
LIS DECLINED
PAI, PEC DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 22.33 |
| CA TOURISM ASSESSMENT | 2.60% | $ | 5.23 |
| TAX 1 8.000% ON TAXABLE TTL OF $ | 223.33 | $ | 17.87 |
| TAX 2 2.750% ON TAXABLE TTL OF $ | .00 | $ | .00 |
| **TOTAL AMOUNT DUE** | | $ | 246.43 |

CHARGED ON AMX XXXXXXXXXXX2004

**FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED**

VEHICLE: 00599 / 6003164 15 VERSA 1.6 N
LICENSE: CA 7ATD537
FUEL: FULL 8/8 OUT 8/8 IN
MILEAGE IN: 1571 TR-X MILES:
MILEAGE OUT: 109 MILES ALLOWED:
MILES DRIVEN: 1462 MILES CHARGED:
CDP: 00014 - AAA AUTO CLUB SOUTH

RENTED: SACRAMENTO INTL AP
RENTAL: 09/15/14 16:18
RETURN: 09/18/14 05:13
RETURNED: SACRAMENTO INTL AP
COMPLETED BY: 5319/CASAC11

PLAN IN: MBR1 RATE CLASS: C
PLAN OUT: MBR1

Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
USA-87106 Albuquerque

Express Ex 09/18/14 11:53
Receipt 008150

Excess Time
R3 Universities
Car Park 1
09/15/14 11:59 -
09/18/14 11:53 -
Period 2d23h55,
(TAX) $14.25

Sub Total $14.25
TAX $0.00
Total $14.25

Payment Received
AMEX $14.25
XXXXXXXXXXX2004
Merch:1306516667
Auth:547470
Type: Swiped

Includes 7% tax
and 2% airport fee

Transaction Details Prepared for
**Madeleine Lamarre**
Account Number
**XXXX-XXXXXX-22004**

| Date | Description | Card Member | Amount |
|------|-------------|-------------|--------|
| SEP 16 2014 | TODO UN POCO 1180999ELK GROVE CA | MADELEINE LAMARRE | $32.00 |

Doing business as:

**TODO UN POCO PIZZA & MEXICAN BISTRO**

9080 LAGUNA MAIN ST

STE 1A

ELK GROVE

CA

95758-7448

UNITED STATES

Additional Information: 059000021 9166847774

9166847774

Reference: 320142600708135994

Category: Restaurant - Restaurant

**Transaction Details**

| | |
|---|---|
| FOOD/BEVERAGE | $26.95 |
| TIP | $5.05 |
| **Total** | **$32.00** |

0268
Server: ALEXIS V (#146)    Rec:141
09/17/14 17:35, Swiped    T: 995 Term: 9

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 548577
Reference: 091701000268
TRANS TYPE: Credit Card SALE

CHECK:                17.77

TIP:                   3.23

TOTAL :               21.00

X

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

```
            SSP America
              Jetbox
      Sacramento Intl Airport
          916-877-3531

         Order  #  41

Date:       Sep18'14 05:39AM
Card Type:  Amex
Acct #:     XXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  FIE002235368186
Auth Code:  546777
Check:      3641
Server:     503 Eleanor

Total              9.71
        Win an iPad Mini
    Go to the website to tell us
     about your visit and enter
          our prize draw
       See website for T&C
      www.eatonthemove.com/US
```
----------------------------------
        LOCATION: 6401374
----------------------------------
Or please call us 1 877 325 8777

```
            SSP America
           Peets Coffee
      Sacramento Intl Airport
          916-877-3531

  701 Hanna T
  ---------------------------------
  Chk 7008       Sep18'14 05:34A  Gst  0
  ---------------------------------

     **TO GO**
  1 16z Coffee                2.50
  XXXXXXXXXXX2004
    Amex                     -2.70

    NA Bev                    2.50
    Tax                       0.20
    Payment                   2.70

         Win an iPad Mini
    Go to the website to tell us
     about your visit and enter
          our prize draw
       See website for T&C
      www.eatonthemove.com/US
```
  ---------------------------------
        LOCATION: 6402310
  ---------------------------------
  Or please call us 1 877 325 8777

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

September 3, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of August 2014 including a visit to Sacramento to meet with CCHCS leadership, review of OIG CIW charts, and review of workflows for the CCHCS electronic medical record.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell  847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #20

Plata v. Davis C-01-1351
September 3, 2014

| Date | Service | Hours | Rate | Total |
|---|---|---|---|---|
| 8/25/2014 | Airfare for SAC trip | | | $596.20 |
| 8/25/2014 | Rental car SAC trip | | | $154.48 |
| 8/25/2014 | Taxi to airport | | | $37.00 |
| 8/25/2014 | Hotel | | | $342.72 |
| 8/26/2014 | meal | | | $35.65 |
| 8/27/2014 | meal | | | $45.79 |
| 8/28/2014 | gas | | | $4.93 |
| 8/28/2014 | taxi from airport | | | $37.00 |
| 8/1/2014 | EHR workflow review | 3 | 275 | $825.00 |
| 8/4/2014 | EHR workflow review | 7 | 275 | $1,925.00 |
| 8/5/2014 | EHR workflow review | 7.5 | 275 | $2,062.50 |
| 8/15/2014 | OIG report review and comments | 7.5 | 275 | $2,062.50 |
| 8/16/2014 | OIG CIW chart reviews | 8 | 275 | $2,200.00 |
| 8/18/2014 | OIG CIW chart reviews | 8.5 | 275 | $2,337.50 |
| 8/19/2014 | OIG CIW chart reviews | 8 | 275 | $2,200.00 |
| 8/20/2014 | OIG CIW chart reviews | 9 | 275 | $2,475.00 |
| 8/21/2014 | OIG CIW chart reviews | 8 | 275 | $2,200.00 |
| 8/22/2014 | OIG CIW chart reviews | 8 | 275 | $2,200.00 |
| 8/25/2014 | Travel to Sacramento | 6 | 137.5 | $825.00 |

1

| | | | | |
|---|---|---|---|---|
| 8/26/2014 | Meetings with CCHCS/ OIG chart reviews | 8 | 275 | $2,200.00 |
| 8/27/2014 | Meetings with CCHCS/ OIG chart reviews | 8 | 275 | $2,200.00 |
| 8/28/2014 | Travel to Chicago | 6 | 137.5 | $825.00 |
| TOTAL | | | | $27,791.27 |

**UNITED** ⬛   A STAR ALLIANCE MEMBER ✦

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Mon | 25AUG14 | UA1472U | Chicago-Ohare | 9:55 AM | Sacramento | 12:20 PM | 737-900 | Purchase |
| Thu | 28AUG14 | UA472U | Sacramento | 6:10 AM | Chicago-Ohare | 12:09 PM | A-320 | Purchase |

PUISIS/MICHAELAMR

**Confirmation Number: CTCKF2**

| Party of 1 | Seats | Ticket Number | Frequent Flyer |
|------------|-------|---------------|----------------|
| PUISIS/MICHAELAMR | 29C/21E | 01624197358732 | UA ******207 |

Fare: $28.37   Tax: $7.82   Per Person: $96.20   eTicket Total: $96.20   Issue Date: August 01, 2014

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules in fee.

This ticket shall expire one year from date of issue.

---

**Hertz**

MICHAEL PUISIS

RR 37864...

RES ...

CHARGES ADDED DURING RENTAL

@ 3 DAYS

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGESEXPLAINED

Gold Plus Rewards Points Earned This Rental    139

---

**AMERICAN TAXI**

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

**RECEIPT**

DATE  8/25/14

AMOUNT  27 60

FROM

TO

NAME                    CAB NUMBER



## Hilton
# Garden Inn
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
| --- |

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

| | |
| --- | --- |
| Room | 212/Q2RZ |
| Arrival Date | 8/25/2014  1:44:00PM |
| Departure Date | 8/28/2014 |
| Adult/Child | 1/0 |
| Room Rate | 102.00 |

RATE PLAN      L-GV

HH# 736265396 SILVER
AL   UA  #03069734862
BONUS AL             CAR

CONFIRMATION NUMBER : 3145151402

8/28/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 8/25/2014 | GUEST ROOM | GVILL | 761147 | $102.00 | | |
| 8/25/2014 | ROOM TAXES | GVILL | 761147 | $12.24 | | |
| 8/26/2014 | GUEST ROOM | GVILL | 761490 | $102.00 | | |
| 8/26/2014 | ROOM TAXES | GVILL | 761490 | $12.24 | | |
| 8/27/2014 | GUEST ROOM | GVILL | 761888 | $102.00 | | |
| 8/27/2014 | ROOM TAXES | GVILL | 761888 | $12.24 | | |
| | WILL BE SETTLED TO VS *5239 | | | | | $342.72 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

### EXPENSE REPORT SUMMARY

| | 08/25/14 12:00:00AM | 08/26/14 | 08/27/14 | STAY TOTAL |
| --- | --- | --- | --- | --- |
| ROOM & TAX | $114.24 | $114.24 | $114.24 | $342.72 |
| DAILY TOTAL | $114.24 | $114.24 | $114.24 | $342.72 |

*You have earned approximately 3519 Hilton HHonors points and approximately
306 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted
within 72 hours of checkout. To check your na*

| | |
| --- | --- |
| DATE OF CHARGE | FOLIO NO CHECK NO |
| | 149903  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

## Zip-Out Check-Out*

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out©
there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may :
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

THANK YOU

NIKUNI JAPANESE
8625 Bond Road
Elk Grove, CA 95624
(916) -714-2112
Date:      Aug26'14 06:46PM
Card Type: Visa
Acct #:    XXXXXXXXXXX5239
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key: 010002056273042
Auth Code: 53531C
Check:     5516
Table:     1571
Server:    6066 Jennifer

Subtotal:        29.65

Tip _____

Total _____

X _____
Signature
**Customer
Copy**

---

0282
Server: STACEY V (#220)        Rec:156
05/27/14 17:42  Swiped   T: 503 Term: 1

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX5239
Name: MICHAEL PHISIC
CO TRANSACTION APPROVED
AUTHORIZATION #: G4498L
Reference: 0527610.0028Z
TRANS TYPE: Credit Card Sale

CHECK :          38.29
TIP :            7.50
TOTAL :          45.79

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

**CAN TAXI**

RECEIPT

DATE 9/29/14

AMOUNT 9.00

FROM _____

TO _____

NAME _____ CAB NUMBER ____

| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

October 1, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of September 2014 including a visit to
Sacramento to meet with CCHCS leadership, assistance to CCHCS on a Stockton quality
project and review of charts for upcoming HDSP visit with the OIG.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #21

Plata v. Davis C-01-1351
October 1, 2014

| Date | Service | Hours | Rate | Total |
|------|---------|-------|------|-------|
| 9/15/2014 | Airfare for SAC trip | | | $652.20 |
| 9/15/2014 | Rental car SAC trip | | | $223.01 |
| 9/15/2014 | Hotel | | | $238.15 |
| 9/15/2014 | meal | | | $7.93 |
| 9/16/2014 | lunch | | | $12.80 |
| 9/16/2014 | meal | | | $12.74 |
| 9/17/2014 | gas | | | $4.76 |
| 9/2/2014 | Conference call with PLO and OIG | 1 | 275 | $275.00 |
| 9/3/2014 | Call with Experts /OIG | 1.25 | 275 | $343.75 |
| 9/10/2014 | Stockton QM project; chart revierws | 4.5 | 275 | $1,237.50 |
| 9/15/2014 | Travel to Sacramento | 6 | 137.5 | $825.00 |
| 9/16/2014 | CCHCS EMR meeting/ Stockton QM project | 4 | 275 | $1,100.00 |
| 9/17/2014 | travel | 6 | 137.5 | $825.00 |
| 9/17/2014 | Stockton QM project; chart revierws | 2 | 275 | $550.00 |
| 9/18/2014 | Stockton QM project; chart revierws | 6 | 275 | $1,650.00 |
| 9/19/2014 | HDSP chart reviews | 4 | 275 | $1,100.00 |
| 9/20/2014 | HDSP chart reviews | 4 | 275 | $1,100.00 |

1

| | | | | |
|---|---|---|---|---|
| 9/24/2014 | HDSP chart reviews | 7.5 | 275 | $2,062.50 |
| 9/25/2014 | HDSP chart reviews | 8.5 | 275 | $2,337.50 |
| 9/26/2014 | HDSP chart reviews | 8 | 275 | $2,200.00 |
| 9/29/2014 | HDSP chart reviews | 7 | 275 | $1,925.00 |
| 9/30/2014 | HDSP chart reviews and Stockton supply chain QM project | 8 | 275 | $2,200.00 |
| TOTAL | | | | $20,882.84 |

STAPLE
HERE ←

# UNITED

**eTicket Itinerary and Receipt**    ⟲ *STAR ALLIANCE MEMBER* ⟳

PUISIS/MICHAELMR

Party of 1
PUISIS/MICHAELMR

Confirmation Number: PP6DRL

| Leg | Date | Flight | Depart | Time | Arrive | Time | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 15SEP14 | UA1479 | Chicago-Ohare | 3:55 am | Sacramento | 12:12 PM | 737-900 | Purchase |
| 2 | 15SEP14 | UA4729 | Sacramento | 6:10 am | Chicago-Ohare | 12:28 PM | R-220 | Purchase |

Seats
3B0/12C

Ticket Number
0162426450711

Free mnt flyer
8k=s =oo202

Fare Basis: Hxxxx21 x2=.de

Method of Payment Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

---

# Hertz

MICHAEL PUISIS

#31 MR  RR  529991151
RES G32956561176

INITIAL CHARGES

| | Rate | | | Equip | Misc |
|---|---|---|---|---|---|
| RENT AT | $ 90.95 / DAY | @ 2 / DAYS | $ | 181.90 | |
| | | | | $ | 181.90 | |

SUBTOTAL

CHARGES ADDED DURING RENTAL
DECLINED         LDW
DECLINED         LIS
DECLINED         PAI PEC
PREPAID NO SVC DECLINED
ADDITIONAL CHARGES

SERVICE CHARGES/TAXES
CC TOURISM/ASSESSMENT        $  11.14 %   1.1   20.27
CONCESSION FEE RECOVERY      $  2.50 %         4.73
TAX 1    8.00% ON TAXABLE $ TIL OF $      14.91
TAX 2    2.725% ON TAXABLE TIL OF $  202.11   11.03   $
TAX 3                                         .63   $

TOTAL AMOUNT DUE
CHARGED ON VISA  XXXXXXXXXXXX5239

Gold Plus Rewards Points Earned This Rental: 200

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE 00569 1B30XX64    15 VERSA 5D 1 6,4N
LICENSE  CA 7FTY62X
FUEL      FULL       8 4/8 OUT
MILEAGE IN         9425   18 X MILES
MILEAGE OUT        9475   MILES DR VEN
MILES ALLOWED        50   MILES CHARGED
CDP     00000

RENTED   SACRAMENTO INT'L AP
RENTAL   09/15/14  7:52
RETURN   09/17/14  10:37
RETURNED SACRAMENTO INT'L AP
COMPLETED BY  519/Y0/C34/CG11

PLAN IN  XXC1D    RATECLASS  C
PLAN OUT  XXC1D   RATECLASS  C
P  ZF1



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

| Room | 214/Q2RZ |
| Arrival Date | 9/15/2014 |
| Departure Date | 9/17/2014   1:24:00PM |
| Adult/Child | 2/0 |
| Room Rate | 102.00 |

*Folio*

RATE PLAN      L-GV

HH# 736265396 SILVER
AL:  DL  #2042493151
CAR:

**HHONORS**
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3146965394

9/17/2014     PAGE     1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/15/2014 | GUEST ROOM | GVILL | 768016 | $102.00 | | |
| 9/15/2014 | ROOM TAXES | GVILL | 768016 | $12.24 | | |
| 9/16/2014 | *GREAT AMERICAN GRILL | LINTR | 768196 | $9.67 | | |
| 9/16/2014 | GUEST ROOM | GVILL | 768348 | $102.00 | | |
| 9/16/2014 | ROOM TAXES | GVILL | 768348 | $12.24 | | |
| 9/17/2014 | VS *5239 | GVILL | 768496 | | $238.15 | |
| | BALANCE | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 09/15/14 | 09/16/14 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $114.24 | $114.24 | $228.48 |
| FOOD & BEVERAGE | $0.00 | $9.67 | $9.67 |
| DAILY TOTAL | $114.24 | $123.91 | $238.15 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

| ACCOUNT NO | | DATE OF CHARGE | FOLIO NO/CHECK NO | |
|---|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION    150581   A | INITIAL | |
| ESTABLISHMENT NO & LOCATION | I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND I AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY, OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | | |
| X | | | | |
|  MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE REFUNDED OR RETURNED FOR A CASH REFUND | | PAYMENT DUE UPON RECEIPT | | |

**Duplicate Copy**

Server: JASON

VISA
DOB: 09/16/2014
SALE                          3145730

Amount:            $ 10.60

Gratuity:             2

Total:            12.00

www.Mezaroni-Grill
www.mezaroni-Grill.com

Guest's Copy

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: September 1, 2014

Billing Period:   Aug-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $962.50 |
| --- | --- |

| Date | Hours | | Hourly Fee | | Total | Task Performed |
| --- | --- | --- | --- | --- | --- | --- |
| 8/17/14 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| 8/18/14 | 1.50 | @ | $275.00 | = | $412.50 | Conference call with Experts, review of documents |
| Total | | | | | $962.50 | |

| Professional Fees | |
| --- | --- |
| | $962.50 |
| Travel Expenses | |

| TOTAL DUE | $962.50 |
| --- | --- |