1

2                    IN THE UNITED STATES DISTRICT COURTS

3                FOR THE EASTERN DISTRICT OF CALIFORNIA

4                AND THE NORTHERN DISTRICT OF CALIFORNIA

5       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

6         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

7

8    RALPH COLEMAN, et al.,

9                           Plaintiffs,

10                v.                              NO. 2:90-cv-0520 KJM DAD (PC)

11   EDMUND G. BROWN JR., et al.,                 **THREE-JUDGE COURT**

12                          Defendants.

13   ────────────────────────────────

14   MARCIANO PLATA, et al.,                      NO. C01-1351 TEH

15                           Plaintiffs,          **THREE-JUDGE COURT**

16                v.                              ORDER GRANTING IN PART
                                                 PLAINTIFFS' MOTION FOR
17   EDMUND G. BROWN JR., et al.,                 FURTHER ENFORCEMENT
                                                 ORDER
18                          Defendants.

19

20          Having carefully reviewed the parties' arguments, as well as this Court's order for

21   defendants to "immediately implement" specific population reduction measures, Feb. 10,

22   2014 Order at 3 (ECF No. 2766/5060),[1] this Court now GRANTS IN PART Plaintiffs'

23   motion for an order for further enforcement (ECF No. 2812/5220).  Plaintiffs asked that

24   defendants be ordered to: (1) implement 2-for-1 credits for minimum custody inmates who

25   are ineligible for fire camps; (2) grant 33.3% credits to all non-violent second strikers,

26   ────────────────────

27         [1]All filings in this Three-Judge Court are included in the individual docket sheets of
     both *Plata v. Brown*, No. C01-1351 TEH (N.D. Cal.), and *Coleman v. Brown*, No. 2:90-cv-
28   0520-KJM DAD (PC) (E.D. Cal.).  This Court includes the docket number of *Plata* first, then
     *Coleman*.

1   including those with a prior sex offense; and (3) implement new parole procedures for non-

2   violent second-strikers by January 1, 2015.

3       The Court now GRANTS the third part of plaintiffs' motion.  IT IS HEREBY

4   ORDERED that defendants shall, on or before **January 1, 2015**, complete creation and

5   commence operation of "a new parole determination process through which non-violent

6   second-strikers will be eligible for parole consideration by the Board of Parole Hearings once

7   they have served 50% of their sentence."  Feb. 10, 2014 Order at 3.  The record contains no

8   evidence that defendants cannot implement the required parole process by that date, eleven

9   months after they agreed to do so "promptly," Defs.' Jan. 23, 2014 Proposed Order at 2 (ECF

10  No. 2755/5023) and were ordered to so do "immediately," Feb. 10, 2014 Order at 3.

11  Defendants shall file a report describing the new parole process, including an estimate of the

12  number of inmates who will be affected, on or before **December 1, 2014**.

13      The Compliance Officer shall continue conferring with the parties regarding

14  plaintiffs' first two requests, which remain under submission. The parties shall file a

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1    stipulation and proposed order if they are able to reach agreement.  If they cannot, then they

2    shall file a joint statement narrowing their disputes as much as possible.

3

4    **IT IS SO ORDERED.**

5

6    Dated:   11/14/14                                              _____
                                                                    STEPHEN REINHARDT
7                                                                   UNITED STATES CIRCUIT JUDGE
                                                                    NINTH CIRCUIT COURT OF APPEALS
8

9

10   Dated:   11/14/14                                              _____
                                                                    THELTON E. HENDERSON
11                                                                  SENIOR UNITED STATES DISTRICT JUDGE
                                                                    NORTHERN DISTRICT OF CALIFORNIA
12

13

14
     Dated:   11/14/14                                              _____
15                                                                  KIMBERLY J. MUELLER
                                                                    UNITED STATES DISTRICT JUDGE
16                                                                  EASTERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28