Madeleine LaMarre MN, FNP-BC
3200 19th Ave SE
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

---

November 1, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE: Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**
**1143 Citadel Drive**
**Atlanta, Georgia, 30324**

**Client: Plata v. Brown**

**Professional Fees:**

| **Date** | **Hours** | **Activity** |
|---|---|---|
| 10/1/2014 | 4.50 | Infection Control Steering Committee Conference call. Review of Diabetes care management protocol |
| 10/7/2014 | 10.00 | HDSP Record Review |
| 10/8/2014 | 10.00 | HDSP Record Review |
| 10/9/2014 | 11.00 | HDSP Record Review |
| 10/10/2014 | 1.75 | HDSP Record Report |
| 10/13/2014 | 1.00 | Conference call with court experts |
| 10/14/2014 | 0.75 | Email correspondence with court experts and Clark Kelso |
| **Total Professional Hours** | **39.00** | |
| **Total at Hourly Rate of $200** | **$7,800.00** | |

**Travel Fees:**

| **Date** | **Hours** | **Activity** |
|---|---|---|
| 9/15/2014 | 9.0 | Travel from Albuquerque to Susanville, CA |
| 9/18/2014 | 5.5 | Travel from Reno to Albuquerque, NM |
| **Total Travel Hours** | **14.5** | |
| **Total at Hourly Rate of $100** | **$1,450.00** | |

**Expenses:**

| **Date** | **Expense** | **Description** |
|---|---|---|
| 10/6/2014 | $383.20 | Airfare |
| | $208.41 | Rental Car |
| | $91.30 | Hotel |
| | $13.16 | Lunch |
| | $30.00 | Dinner (Less than $45.00 charged amount) |
| | | |
| 10/7/2014 | $91.30 | Hotel |
| | $13.00 | Breakfast |
| | $31.00 | Dinner (Less than $39.00 charged amount) |
| | | |
| 10/8/2014 | $91.30 | Hotel |

| | | |
|---|---|---|
| | $13.00 | Breakfast |
| | $28.00 | Dinner (Less than $34.00 charged amount) |
| | | |
| 10/9/2014 | $107.35 | Hotel |
| | $27.25 | Gasoline |
| | $12.00 | Breakfast |
| | $30.00 | Dinner (Less than $45.00 charged amount) |
| | | |
| 10/10/2014 | $19.00 | Airport Parking |
| | $11.30 | Meals |
| | | |
| **Total Expenses** | **$1,200.57** | |

| | | |
|---|---|---|
| **Professional Fees** | **$7,800.00** | |
| **Travel Fees** | **$1,450.00** | |
| **Expenses** | **$1,200.57** | |
| **Total Due** | **$10,450.57** | |



Transaction Details Prepared for
**Madeleine Lamarre**
Account Number
**XXXX-XXXXXX-22004**



| Date | Description | Card Member | Amount |
|---|---|---|---|
| SEP **8** 2014 | **SW AIR DALLAS TX** | MADELEINE LAMARRE | $383.20 |

Doing business as:

**SOUTHWEST AIRLINES**

PO BOX 36611
DALLAS
TX
75235
UNITED STATES

Additional Information: 7900131236 (214) 792 - 4223
SOUTHWEST AIRLINES (MASTE
Reference: 320142520581486291
Category: Travel - Airline

**Flight Details**

| From | | To |
|---|---|---|
| ALBUQUERQUE | → | LOS ANGELES INTERN |
| LOS ANGELES INTERN | → | RENO |
| RENO | → | LAS VEGAS MCCARRAN |
| LAS VEGAS MCCARRAN | → | ALBUQUERQUE |

Passenger Name: LAMARRE/MADELEINE
Date of Departure: 10/06
Ticket Number: 5262444424172
Document Type: PASSENGER TICKET

**BEST WESTERN TRAILSIDE INN**
2785 MAIN STREET
SUSANVILLE, CA 96130




(530) 257-4123
bwtrailside@gmail.com

C/O 10/09/2014 06:55 AM AF

Room # 122-A

Conf # 67749
Arrival 10/06/14
Departure 10/09/14

**Registered To:**

LaMarre, Madeleine

RIO RANCHO, NM 87124

(404) 694-0655

Room Type K-KING
Guests 1 / 0

Payment Amex
Acct XXXX-XXXXXX-X2004

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---|---|---|---|---|---|---|
| 10/06/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/06/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/07/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/07/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/08/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/08/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/09/14 | AF | AX | PAYMENT AMEX | | 2004 - 528488 | $273.90- |

| Balance Due | $0.00 |
|---|---|

THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT
OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.

X________________________________________
GUEST SIGNATURE

EACH BEST WESTERN BRANDED HOTEL IS INDEPENDENTLY OWNED AND OPERATED

________________
Signature



5450 Kietzke Lane • Reno, NV 89511
Phone (775) 853-7100 • Fax (775) 853-7108
Reservations
www.homewoodsuites.com or 1-800-CALL-HOME®

Name & Address

LAMARRE, MADELEINE

Suite 413/QHWN
Arrival Date 10/9/2014 7:36:00PM
Departure Date 10/10/2014

Adult/Child 1/0
Room Rate 95.00

RATE PLAN S-GVS
HH# 369445769 DIAMOND
AL: DL #2042493151
BONUS AL: CAR:

CONFIRMATION NUMBER : 83147173

10/10/2014 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/9/2014 | 390832 | GUEST ROOM | $95.00 |
| 10/9/2014 | 390832 | RM OCCUPANY TAX | $12.35 |
| | | WILL BE SETTLED TO AX *2004 | $107.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/09/14 00:00:00 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $107.35 | $107.35 |
| DAILY TOTAL | $107.35 | $107.35 |

*You have earned approximately 1675 Hilton HHonors points and approximately 95 Miles with Delta Air Lines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels*

## *EXPRESS CHECK-OUT*

**Good Morning ! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - + pay at the time of purchase.
  - + charge purchases to your account, then stop by the Front Desk for an updated statement.
  - + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
***Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.***

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 110235 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | 0.00 |

T H A N K







**PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.**

**Hertz**

#01 MR RR 571881612
RES G33646438A0

MADELEINE LAMARRE CC

INITIAL CHARGES

| | | |
|---|---|---|
| RENT RT $ 46.59 / DAY @ 4 / DAYS | $ | 186.36 |
| SUBTOTAL 1 | $ | 186.36 |
| DISCOUNT - T 20% | $ | 37.27 |
| SUBTOTAL LESS DISCOUNT | T$ | 149.09 |

CHARGES ADDED DURING RENTAL

LDW DECLINED
LIS DECLINED
PAI, PEC DECLINED
PREM RD SVC DECLINED
* ADDITIONAL CHARGES

SERVICE CHARGES/TAXES

| | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 16.96 |
| CFC + TAX | | $ | 5.96 |
| VEHICLE LICENSE COST RECOVERY | | $ | 3.64 |
| TAX 19.725% ON TAXABLE TTL OF $ | 166.05 | $ | 32.76 |
| TOTAL AMOUNT DUE | | $ | 208.41 |

CHARGED ON AMX XXXXXXXXXXX2004

FOR EXPLANATION OF THE ABOVE CHARGES, PLEASE ASK A REPRESENTATIVE OR GO TO WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01297 / 1253574 14 CAMRY 2.5L N
LICENSE: NV 734LXJ
FUEL: FULL 8/8 OUT 8/8 IN
MILEAGE IN: 5665 TR-X MILES:
MILEAGE OUT: 5424 MILES ALLOWED:
MILES DRIVEN: 241 MILES CHARGED:
CDP: 00014 - AAA AUTO CLUB SOUTH

RENTED: RENO/TAHOE INT'L AP
RENTAL: 10/06/14 15:51
RETURN: 10/10/14 05:00
RETURNED: RENO/TAHOE INT'L AP
COMPLETED BY: 2135/NVREN11

PLAN IN: TMDD RATE CLASS: F
PLAN OUT: TMDD

---

Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
USA-87106 Albuquerque

Express Ex 10/10/14 10:50
Receipt 013225

Excess Time
R3 Universities
Car Park 1
10/06/14 10:42 -
10/10/14 10:50 -
Period 4d0h9'
(TAX) $19.00

Sub Total $19.00
TAX $0.00

Total $19.00

Payment Received
AMEX $19.00
XXXXXXXXXXX2004
Merch:1306516667
Auth:
Type: Swiped

Includes 7% tax
and 2% airport fee

---

Oh Thank Heaven
for 7-Eleven.

7-ELEVEN
6150 S. MCCARRAN
RENO NV
PHONE #7758251663
STORE #33090
TID: 00073309001 08
AMEX
***********2004
REF# 92000 99 006 8
10/09/2014 19:52:46

PUMP 4
GRADE RUL
GALLONS 7.745
PRICE/GAL $ 3.519
FUEL SALE $ 27.25

APPROVED 528819

Thanks for
your business.

**************
* BLACK MESA *
* COFFEE CO. *
* ALBUQUERQUE SUNPORT *
**************

Check 30250

CONCOURSE1
Justin
MON 10/06/14 11:04am

| | |
|---|---|
| 1 Meat Quiche | 9.25 |
| 1 Bottle Soda | 3.05 |
| Sub/Ttl | 12.30 |
| Tax | 0.86 |
| **Total** | **13.16** |

AmEx 13.16
Acct: XXXXXXXXXXX2004
Auth: 588459
Trans ID: 219

Thank you!

---

WILD RIVER GRILLE
17 S. Virginia Street
#180
775 284-7455

Server: Ruby
05:43 PM
51/2

DOB: 10/06/2014
10/06/2014
2/20027

SALE

Amex
Card #XXXXXXXXXXX2004 3145749
Magnetic card present: lamarre madeleine
Card Entry Method: S

Approval: 528365

Amount: $ 37.17

+ Tip: 7.83

= Total: 45.00

I agree to pay the above total amount according to the card issuer agreement.

X

Thank you!
==== HANDY TIP CALCULATOR ====
18% = 6.21
20% = 6.90
25% = 8.63

Customer Copy

LUMBERJACKS RESTAURANT
(530) 252-1115
2795 Main Street
Susanville, CA 96130

Server: AM Cashier DOB: 10/07/2014
08:19 AM 10/07/2014
15/1 3/30038

SALE

AMEX 1048598
Card #XXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 501174

Amount: $ 10.09
+ Tip: 2.91
= Total: 13.00

I agree to pay the above total amount according to the card issuer agreement.

X____________________

THANK YOU!
*** PLEASE PAY THE CASHIER ***

>> Customer Copy <<

Pioneer Saloon
& Lassen Ale Works
724 Main Street
Susanville, Ca. 96130
(530) 257-7666

Server: Kim DOB: 10/07/2014
07:31 PM 10/07/2014
22/1 3/30055

SALE

AMEX 3145764
Card #XXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 505124

Amount: $ 32.10
+ Tip: 6.90
= Total: 39.00

I agree to pay the above total amount according to the card issuer agreement.

X____________________

THANK YOU !

>> Customer Copy <<

LUMBERJACKS RESTAURANT
(530)252-1115
2795 Main Street
Susanville, CA 96130

Server: AM Cashier DOB: 10/08/2014
08:13 AM 10/08/2014
14/1 3/30034

SALE

AMEX 1048599
Card #XXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 549828

| | |
|---|---|
| Amount: | $ 10.62 |
| + Tip: | 2.38 |
| = Total: | 13 00 |

I agree to pay the above
total amount according to the
card issuer agreement.

X______________________

THANK YOU!
*** PLEASE PAY THE CASHIER ***

>> Customer Copy <<

Pioneer Saloon
& Lassen Ale Works
724 Main Street
Susanville, Ca. 96130
(530) 257-7666

Server: Rebecca DOB: 10/08/2014
07:20 PM 10/08/2014
43/2 3/30077

SALE

AMEX 3145772
Card #XXXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 521471

| | |
|---|---|
| Amount: | $ 28.40 |
| + Tip: | 5.60 |
| = Total: | 34.00 |

I agree to pay the above
total amount according to the
card issuer agreement.

X______________________

THANK YOU !

>Rest Copy-Please Sign<

LUMBERJACKS RESTAURANT
(530) 252-1115
2795 Main Street
Susanville, CA 96130

Server: AM Cashier DOB: 10/09/2014
07:16 AM 10/09/2014
14/1 3/30012

SALE

AMEX 1048582
Card #XXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 508017

Amount: $ 7.71
+ Tip: 4.29
= Total: 12.00

I agree to pay the above total amount according to the card issuer agreement.

X

THANK YOU!
*** PLEASE PAY THE CASHIER ***

>> Customer Copy <<

WILD RIVER GRILLE
17 S. Virginia Street
#180
775 284-7455

Server: Shapiro DOB: 10/09/2014
07:11 PM 10/09/2014
79/1 3/30018

SALE

Amex 4194311
Card #XXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 561058

Amount: $ 37.17
+ Tip: 7.83
= Total: 45.00

I agree to pay the above total amount according to the card issuer agreement.

X

Thank you!
==== HANDY TIP CALCULATOR ====
18% = 6.21
20% = 6.90
25% = 8.63

Customer Copy

SSP America
Timber Ridge
RNO Reno-Tahoe Int'l Airport
775-785-2589

342 Edgar R

---

Chk 9662 Oct10'14 05:24A Gst 0

---

****TO GO****

| | |
|---|---|
| 1 16z Coffee | 2.50 |
| 1 TR GNG Burrito | 7.99 |
| XXXXXXXXXXX2004 | |
| Amex | 11.30 |
| Food | 7.99 |
| NA Bev | 2.50 |
| Tax | 0.81 |
| Payment | 11.30 |



Win an IPad Mini
Scan the QR code or go to the website to tell us about your visit and enter our prize draw
See website for T&C
www.eatonthemove.com/US

---

LOCATION: 2601139

---

Or please call us 1 877 325 8777

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

---

November 3, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of October 2014 including a visit to High Desert State Prison for an audit concurrent with the OIG and report writing for that visit.

Sincerely,

M Puisis D.O.

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

**Invoice #22**

Plata v. Davis C-01-1351
November 3, 2014

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 10/6/2014 | Airfare to HDSP | | | $676.20 |
| 10/6/2014 | Hotel HDSP | | | $273.90 |
| 10/6/2014 | meal | | | $40.43 |
| 10/7/2014 | meal | | | $35.00 |
| 10/8/2014 | meal | | | $23.33 |
| 10/9/2014 | Hotel Reno airport | | | $107.35 |
| 10/6/2014 | travel to HDSP | 9.5 | $137.50 | $1,306.25 |
| 10/7/2014 | HDSP visit | 10.5 | $275.00 | $2,887.50 |
| 10/8/2014 | HDSP visit | 10 | $275.00 | $2,750.00 |
| 10/9/2014 | HDSP visit | 8.5 | $275.00 | $2,337.50 |
| 10/9/2014 | travel to Reno | 1 | $137.50 | $137.50 |
| 10/10/2014 | travel to Chicago | 8.5 | $137.50 | $1,168.75 |
| 10/13/2014 | Call with Dr. Ball and QM Stockton | 2.25 | $275.00 | $618.75 |
| 10/14/2014 | HDSP report | 5 | $275.00 | $1,375.00 |
| 10/15/2014 | HDSP report | 2.5 | $275.00 | $687.50 |
| 10/19/2014 | HDSP report | 3 | $275.00 | $825.00 |
| 10/23/2014 | HDSP report | 3.5 | $275.00 | $962.50 |
| | | | **TOTAL** | **$16,212.46** |

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

INSERT



eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Party of 1 | Seats | Ticket Number | Frequent Flyer |
|---|---|---|---|
| PUISIS/MICHAELAMR | 20D/5C/37D/37D | 01624222131991 | UA-*****202 |

PUISIS/MICHAELAMR

Confirmation Number: PNK1LE

Fare: 586.98 Tax: 89.22 Per Person: 676.20 eTicket Total: 676.20 Issue Date: September 15, 2014

Method of Payment: Visa XXXXXXXXXXXX5239

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

**BEST WESTERN TRAILSIDE INN**
2785 MAIN STREET
SUSANVILLE, CA 96130



THE WORLD'S LARGEST HOTEL CHAIN®

(530) 257-4123
bwtrailside@gmail.com

C/O 10/09/2014 06:38 AM AF

Room # 223-A

Registered To:

Puisis, Michael

RIO RANCHO, NM 87124

(404) 694-0655

Conf # 67750
Arrival 10/06/14
Departure 10/09/14

Room Type K-KING
Guests 1 / 0

Payment Visa/Master
Acct XXXX-XXXX-XXXX-2885

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---|---|---|---|---|---|---|
| 10/06/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/06/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/07/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/07/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/08/14 | KK | RC | ROOM CHRG REVENUE | | | $83.00 |
| 10/08/14 | KK | 9 | CITY TAX | | | $8.30 |
| 10/09/14 | AF | VS | PAYMENT VISA/MC | | 2885 - 05394C | $273.90- |

| Balance Due | $0.00 |
|---|---|

THE UNDERSIGNED GUEST AGREES TO PAY THE AMOUNT INDICATED ON THE BALANCE DUE PORTION OF THIS INVOICE. IF THE CHARGES ARE TO BE BILLED TO A THIRD PARTY, THE UNDERSIGNED AGREES TO BE PERSONALLY LIABLE FOR PAYMENT
OF THE CHARGES IN THE EVENT THAT THE INDICATED THIRD PARTY, PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF SUCH CHARGES.

X______________________________
GUEST SIGNATURE

EACH BEST WESTERN BRANDED HOTEL IS INDEPENDENTLY OWNED AND OPERATED

Pioneer Saloon
& Lassen Ale Works
724 Main Street
Susanville, Ca. 96130
(530) 257-7666

Server: Kim — DOB: 10/07/2014
07:32 PM — 10/07/2014
22/2 — 3/30076

SALE

VISA — 3145765
Card #XXXXXXXXXXXX2885
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 01816C

Amount: $ 29.00
+ Tip: 6.00
= Total: 35.00

I agree to pay the above
total amount according to the
card issuer agreement.

X

THANK YOU !

>> Customer Copy <<

---

WILD RIVER GRILLE
17 S. Virginia Street
#180
775 284-7455

Server: Ruby — DOB: 10/06/2014
05:43 PM — 10/06/2014
51/1 — 3/30017

SALE

Visa — 3145750
Card #XXXXXXXXXX2885
Magnetic card present: puisis michael
Card Entry Method: S

Approval: 06707C

Amount: $ 33.93
+ Tip: 6.50
= Total: 40.43

I agree to pay the above
total amount according to the
card issuer agreement.

X

Thank you!
==== HANDY TIP CALCULATOR ====
18% = 5.67
20% = 6.30
25% = 7.88

Customer Copy

---

Pioneer Saloon
& Lassen Ale Works
724 Main Street
Susanville, Ca. 96130
(530) 257 7666

Server: Rebecca — DOB: 10/08/2014
07:20 PM — 10/08/2014
43/1 — 3/30065

SALE

VISA — 3145771
Card #XXXXXXXXXXXX2885
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 06719C

Amount: $ 19.33
+ Tip: 4
= Total: 23.33

I agree to pay the above
total amount according to the
card issuer agreement.

X

THANK YOU !

>> Customer Copy <<



5450 Kietzke Lane • Reno, NV 89511
Phone (775) 853-7100 • Fax (775) 853-7108
Reservations
www.homewoodsuites.com or 1-800-CALL-HOME®

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Suite | 401/QHWN |
| Arrival Date | 10/9/2014 7:39:00PM |
| Departure Date | 10/10/2014 |
| Adult/Child | 1/0 |
| Room Rate | 95.00 |

RATE PLAN S-GVS
HH# 736265396 SILVER
AL: DL #2042493151
BONUS AL: CAR:

CONFIRMATION NUMBER : 83147173

10/10/2014 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/9/2014 | 390821 | GUEST ROOM | $95.00 |
| 10/9/2014 | 390821 | RM OCCUPANY TAX | $12.35 |
| | | WILL BE SETTLED TO VS *2885 | $107.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/09/14 00:00:00 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $107.35 | $107.35 |
| DAILY TOTAL | $107.35 | $107.35 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

T H A N K

Y O U





## *EXPRESS CHECK-OUT*

**Good Morning ! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - + pay at the time of purchase.
  - + charge purchases to your account, then stop by the Front Desk for an updated statement.
  - + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
***Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.***

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 110234 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | 0.00 |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: November 1, 2014
Billing Period: Oct-14
Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | **$3,575.00** |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 10/12/14 | 4.00 | @ | $275.00 | = | $1,100.00 | Review of medical records |
| 10/13/14 | 3.00 | @ | $275.00 | = | $825.00 | Conference call with experts, review of medical records |
| 10/24/14 | 1.00 | @ | $275.00 | = | $275.00 | Review of medical records |
| 10/25/14 | 5.00 | @ | $275.00 | = | $1,375.00 | Review of medical records |
| **Total** | | | | | **$3,575.00** | |

**Professional Fees**
**$3,575.00**

**Travel Expenses**
**$0.00**

**TOTAL DUE** **$3,575.00**

[signature]