Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

December 2, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 11/8/2014 | 1.25 | Conference call with Court Experts |
| 11/12/2014 | 1.75 | Review of documents and preparation for conference all with Receiver and the Court |
| 11/13/2014 | 4.75 | Prep for conference call, review of documents, email correspondence with Receiver and the Court, three conference calls with Receiver and Court Experts |
| 11/14/2014 | 2.75 | Preparation for conference call with the Court and court experts, conference call, review of infection control steering committee materials |
| Total Professional Hours | 10.50 | |
| Total at Hourly Rate of $200 | $2,100.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $2,100.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $2,100.00 | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

---

December 3, 2014

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of November 2014.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #23

Plata v. Davis C-01-1351
December 3, 2014

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 11/3/2014 | HDSP report | 2.5 | $275.00 | $687.50 |
| 11/4/2014 | HDSP report | 4.5 | $275.00 | $1,237.50 |
| 11/5/2014 | HDSP report | 8 | $275.00 | $2,200.00 |
| 11/13/2014 | Call with Receiver and separate call with Jared Goldman | 2.5 | $275.00 | $687.50 |
| 11/14/2014 | Call with Michael Chu | 1.25 | $275.00 | $343.75 |
|  |  |  | TOTAL | $5,156.25 |

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: December 1, 2014

Billing Period: Nov-14

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | **$7,150.00** |
|---|---|

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 11/7/14 | 3.00 @ | $275.00 = | $825.00 | Review of medical records |
| 11/8/14 | 5.00 @ | $275.00 = | $1,375.00 | Review of medical records, conference call with experts |
| 11/9/14 | 4.00 @ | $275.00 = | $1,100.00 | Review of medical records |
| 11/11/14 | 2.50 @ | $275.00 = | $687.50 | Review of medical records, report writing |
| 11/13/14 | 1.00 @ | $275.00 = | $275.00 | Conference call with Receiver and Court |
| 11/14/14 | 2.50 @ | $275.00 = | $687.50 | Conference call with Court, report writing |
| 11/27/14 | 3.50 @ | $275.00 = | $962.50 | Record review, report writing |
| 11/28/14 | 4.50 @ | $275.00 = | $1,237.50 | Record review, report writing |
| **Total** | | | **$7,150.00** | |

**Professional Fees**
$7,150.00

**Travel Expenses**
$0.00

**TOTAL DUE** $7,150.00