IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. 2:90-cv-0520 KJM DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER AMENDING<br>FEBRUARY 10, 2014 AND<br>APRIL 9, 2014 ORDERS |

To conform the Court's prior orders to the Compliance Officer's agreement to serve without compensation, IT IS HEREBY ORDERED that:

1. Paragraph 6(c) of the February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (ECF No. 2766/5060) is AMENDED to read: "The Compliance Officer shall serve without compensation for all work or services necessary to ensure compliance with a benchmark, should a benchmark be missed, and all work or services necessary to verify the accuracy of any data presented to him or her by the CDCR, should the Compliance Officer find good

cause to question the accuracy of such data.  Defendants shall reimburse the Compliance Officer for reasonable expenses.  The provisions of 18 U.S.C. § 3626(f) shall not apply."

    2.  The first sentence on page 1, line 27, of the April 9, 2014 Order Appointing Compliance Officer (ECF No. 2779/5129) is AMENDED to read: "Justice Lui has agreed to serve without compensation."

**IT IS SO ORDERED.**

Dated:   01/22/15

STEPHEN REINHARDT  
UNITED STATES CIRCUIT JUDGE  
NINTH CIRCUIT COURT OF APPEALS

Dated:   01/22/15

THELTON E. HENDERSON  
SENIOR UNITED STATES DISTRICT JUDGE  
NORTHERN DISTRICT OF CALIFORNIA

Dated:   01/22/15

KIMBERLY J. MUELLER  
UNITED STATES DISTRICT JUDGE  
EASTERN DISTRICT OF CALIFORNIA