Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

January 4, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**

**3200 19th Ave SE**

**Rio Rancho NM 87124**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 12/8/2014 | 6.50 | HDSP Report |
| 12/9/2014 | 5.75 | HDSP Report |
| 12/10/2014 | 8.00 | HDSP Report |
| 12/11/2014 | 9.75 | HDSP Report |
| 12/14/2015 | 0.50 | Conference call with Mike Puisis regarding HDSP Report |
| 12/15/2014 | 7.50 | HDSP Report |
| 12/16/2014 | 3.50 | HDSP Report |
| 12/17/2014 | 1.50 | Review of OIG HDSP report |
| 12/21/2014 | 2.50 | Review of OIG HDSP report |
| 12/28/2014 | 5.50 | Review of OIG HDSP report |
| **Total Professional Hours** | **51.00** | |
| **Total at Hourly Rate of $200** | **$10,200.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| **Total Travel Hours** | **0.0** | |
| **Total at Hourly Rate of $100** | **$0.00** | |

| Expenses: | | |
|---|---|---|
| **Date** | **Expense** | **Description** |
| **Total Expenses** | **$0.00** | |

| | | |
|---|---|---|
| **Professional Fees** | **$10,200.00** | |
| **Travel Fees** | **$0.00** | |
| **Expenses** | **$0.00** | |
| **Total Due** | **$10,200.00** | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell      847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

January 4, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of December 2014.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #24

Plata v. Davis C-01-1351
January 4, 2015

| Date | Service | Hours | Rate | Subtotal |
|------|---------|-------|------|----------|
| 12/13/2014 | HDSP report | 4 | $275.00 | $1,100.00 |
| 12/15/2014 | CHCF sepsis workgroup conference call and call with Dr. Chapnick and Barnett | 1.25 | $275.00 | $343.75 |
| | | | TOTAL | $1,443.75 |

1

## Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: January 1, 2015

Billing Period:   Dec-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | **$5,637.50** |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 12/2/14 | 2.75 | @ | $275.00 | = | $756.25 | Report writing |
| 12/5/14 | 2.00 | @ | $275.00 | = | $550.00 | Report writing |
| 12/6/14 | 6.75 | @ | $275.00 | = | $1,856.25 | Report writing |
| 12/7/14 | 4.00 | @ | $275.00 | = | $1,100.00 | Report writing |
| 12/13/14 | 3.00 | @ | $275.00 | = | $825.00 | Report writing |
| 12/14/14 | 1.00 | @ | $275.00 | = | $275.00 | Report writing |
| 12/28/14 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| Total | | | | | $5,637.50 | |

| Professional Fees | |
|---|---|
| | $5,637.50 |
| Travel Expenses | |
| | $0.00 |

| TOTAL DUE | $5,637.50 |
|---|---|