Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

February 3, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE: Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 1/6/2015 | 2.00 | Reviewo of OIG report and conference call with court experts |
| 1/7/2014 | 4.25 | Review of OIG email correspondence report and preparation for OIG conference call |
| 1/8/2015 | 2.25 | Preparation and participation in OIG conference call, conference call with court experts |
| 1/12/2015 | 0.50 | Review of OIG email correspondence follow-up email with court experts |
| 1/14/2015 | 1.75 | Preparation of correspondence with the Court, email correspondence with court experts, review of previous comments regarding OIG methodology |
| 1/15/2015 | 0.50 | Review of OIG revised MIU case methodology and statistician report |
| 1/20/2015 | 1.25 | Conference call with Joe Goldenson, preparation for conference call with the Court |
| 1/21/2015 | 2.25 | Preparation for conference call with court experts and conference call with the Court |
| 1/22/2015 | 2.50 | Draft proposal to the Court for court experts activities |
| 1/23/2015 | 3.75 | Finalized draft proposal for court expert activities, correspondence with court experts, conference call with court expertss, review of CMC report |
| 1/25/2015 | 3.75 | Draft response to OIG |
| 1/26/2015 | 7.50 | Draft response to OIG |
| 1/28/2015 | 3.25 | Final edits of OIG response |
| 1/29/2015 | 1.50 | Conference call with court experts, completion of OIG response |
| Total Professional Hours | 37.00 | |
| Total at Hourly Rate of $200 | $7,400.00 | |

| Total Expenses | $0.00 | |
|---|---|---|

| Professional Fees | $7,400.00 | |
|---|---|---|
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $7,400.00 | |

1

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

February 19, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of January 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell  847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

## Invoice #25

Plata v. Davis C-01-1351
February 19, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 1/5/2015 | Sepsis conference call with Stockton | 0.5 | $275.00 | $137.50 |
| 1/7/2015 | Expert's conf call and review of OIG report | 5.5 | $275.00 | $1,512.50 |
| 1/8/2015 | OIG conf call | 1.5 | $275.00 | $412.50 |
| 1/21/2015 | Call with Michael Chu | 2 | $275.00 | $550.00 |
| 1/30/2015 | Review of Policies on peer review, credentialing, and mortality | 4.5 | $275.00 | $1,237.50 |
| | | | TOTAL | $3,850.00 |

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: February 1, 2015
Billing Period: Jan-14
Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period: **$12,315.90**

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 1/5/15 | 1.00 @ | $275.00 = | $275.00 | Conference calls with CHCF & expert; review of documents |
| 1/6/15 | 2.25 @ | $275.00 = | $618.75 | Conference call with experts; review of documents |
| 1/8/15 | 2.00 @ | $275.00 = | $550.00 | Meeting with OIG |
| 1/8/15 | 3.00 @ | $137.50 = | $412.50 | Travel to/from Sacramento |
| 1/12/15 | 1.50 @ | $137.50 = | $206.25 | Travel to Stockton |
| 1/13/15 | 10.25 @ | $275.00 = | $2,818.75 | CHCF site visit |
| 1/14/15 | 9.75 @ | $275.00 = | $2,681.25 | CHCF site visit |
| 1/15/15 | 6.75 @ | $275.00 = | $1,856.25 | CHCF site visit |
| 1/15/15 | 1.50 @ | $137.50 = | $206.25 | Travel from Stockton |
| 1/20/15 | 0.75 @ | $275.00 = | $206.25 | Review of documents |
| 1/21/15 | 2.25 @ | $275.00 = | $618.75 | Conference calls with experts, Court; review of documents |
| 1/23/15 | 1.50 @ | $275.00 = | $412.50 | Conference call with Receiver; report writing |
| 1/27/15 | 2.00 @ | $275.00 = | $550.00 | Report writing |
| 1/28/15 | 1.00 @ | $275.00 = | $275.00 | Conference call with experts; report writing |
| **Total** | | | **$11,687.50** | |

**Professional Fees**
$11,687.50

**Travel Expenses**
$628.40

**TOTAL DUE** $12,315.90

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Airfare | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 1/8/15 | | | | | | $4.00 | $103.50 | | $107.50 |
| 1/12/15 | $122.08 | | | | | | $46.00 | | $168.08 |
| 1/13/15 | $122.08 | $21.34 | | | | | | | $143.42 |
| 1/14/15 | $122.08 | $31.67 | | | | | | | $153.75 |
| 1/15/15 | | $9.65 | | | | | $46.00 | | $55.65 |
| | | | | | | | | Total | $628.40 |

*$0.575/ mile



01-15-15

| | | |
|---|---|---|
| Joe Goldenson<br>1406 Cypress St<br>Berkeley CA 94703-1033<br>United States | Folio No. :<br>A/R Number :<br>Group Code :<br>Company : **Government - State**<br>Membership No. : **UA    00331667340**<br>Invoice No. : | Room No. : **331**<br>Arrival : **01-12-15**<br>Departure : **01-15-15**<br>Conf. No. : **61750288**<br>Rate Code : **IMSTI**<br>Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-12-15 | *Accommodation | 109.00 | |
| 01-12-15 | Stockton Bid Assessment Tax- | 4.36 | |
| 01-12-15 | Occupancy Tax | 8.72 | |
| 01-13-15 | *Accommodation | 109.00 | |
| 01-13-15 | Stockton Bid Assessment Tax- | 4.36 | |
| 01-13-15 | Occupancy Tax | 8.72 | |
| 01-14-15 | *Accommodation | 109.00 | |
| 01-14-15 | Stockton Bid Assessment Tax- | 4.36 | |
| 01-14-15 | Occupancy Tax | 8.72 | |
| 01-15-15 | Visa | | 366.24 |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | 366.24 | 366.24 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Southeast
5045 South State Highway 99 East Frontage
Stockton, CA 95215
Telephone: (209) 946-1234 Fax: (209) 466-6500

Owned by KFP Galt, LLC and KFP Lodi, LLC and Operated by KHK Manangement, LLC

```
DENNYS #6686
5033 S HWY 99 E FRNTG RD
STOCKTON, CA 95215

Merchant ID: 1
Term ID: KJ06166686005

            Sale

XXXXXXXXXXXX9421
VISA              Entry Method: Swiped

Amount:              $      17.34
Tip:                 $       4.00
                     ================
Total:               $      21.34

01/13/15                    19:57:32
Trace#: 018244      Appr Code: 04642G
Apprvd: Online       Batch#: 000005

        APPROVED  04642G




                Customer Copy
                  THANK YOU!
```

```
DENNYS #6686
5033 S HWY 99 E FRNTG RD
STOCKTON, CA 95215

Merchant ID: 1
Term ID: KJ06166686005

            Sale

XXXXXXXXXXXX9421
VISA              Entry Method: Swiped

Amount:              $      17.52
Tip:                 $       4.50
                     ================
Total:               $      22.02

01/14/15                    19:52:57
Trace#: 018343      Appr Code: 00724G
Apprvd: Online       Batch#: 000005

        APPROVED  00724G




                Customer Copy
                  THANK YOU!
```

```
         STARBUCKS Store #10183
             4855 S. State Hwy 99
          Stockton, CA (209) 465-4374
         --------------------------------
                    CHK 717322
                01/14/2015 06:04 AM
             2018749   Drawer: 2  Reg: 1
         --------------------------------
          T1 Pike Place              1.75
          Banana Nut Bread           2.45
          Panin Moz Rstd Tom         5.45
          Visa                       9.65
          XXXXXXXXXXXX9421

          Subtotal                  $9.65
          Total                     $9.65
          Change  Due               $0.00

         ----------- Check Closed ---------
                01/14/2015 06:04 AM
```

```
         STARBUCKS Store #10183
             4855 S. State Hwy 99
          Stockton, CA (209) 465-4374
         --------------------------------
                    CHK 725681
                01/15/2015 06:15 AM
             2018749   Drawer: 2  Reg: 1
         --------------------------------
          T1 Pike Place              1.75
          Banana Nut Bread           2.45
          Panin Moz Rstd Tom         5.45
          Visa                       9.65
          XXXXXXXXXXXX9421

          Subtotal                  $9.65
          Total                     $9.65
          Change  Due               $0.00

         ----------- Check Closed ---------
                01/15/2015 06:15 AM
```