PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | No. C-01-1351 T.E.H. |
| Plaintiffs, | STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2014 |
| v. | |
| EDMUND G. BROWN, JR, et al., | |
| Defendants. | |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their fourth quarter billing statement for the period October 1, 2014 through December 31, 2014 on February 23, 2015. Following a meet and confer, the parties agreed to payment of $261,284 in undisputed fees and costs billed by plaintiffs' counsel.  This stipulation fully settles all costs and fees for the fourth quarter billing 2014.

WHEREFORE, defendants agree to pay plaintiffs' counsel $261,284 within 30 days of the signing of this Order.  On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: March 13, 2015

/s/
Alison Hardy
Attorney for Plaintiffs

Date: March 20, 2015

/s/
Kyle A. Lewis
Supervising Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Kyle Lewis signed this document on March 20, 2015.

**IT IS SO ORDERED.**

Date:   March 23   , 2015

Honorable Thelton E. Henderson
United States District Court Judge

Stipulation and Order Re: Collection of Fourth Quarter Fees
*Plata v. Brown,* No. C-01-1351 T.E.H.                    2