



*KAMALA D. HARRIS*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

March 19, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 3/2/15, professional fees and expenses: $3,550.00;

(2) Dr. Puisis, invoice dated 3/6/15, professional fees and expenses: $12,994.54; and

(3) Dr. Goldenson, invoice dated 3/1/15, professional fees and expenses: $5,454.50.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

Enclosures

cc:

APPROVED:

[signature]

Thelton E. Henderson
United States District Judge

Dated: 3/23/15

Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001
41247257.doc

Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

March 2, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE: Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 2/4/2015 | 0.75 | Review of Infection Control and PMCC Operations Team documents |
| 2/11/2015 | 1.50 | Review of proposed CCHCS diabetes guidelines, email corrrespondence with court experts, and response to the court |
| 2/12/2015 | 1.25 | Correspondence with the court, email correspondence with court experts, revision of diabetes guidelines proposal |
| 2/13/2015 | 3.25 | Review of Receivers Report |
| 2/17/2015 | 2.00 | Preparation and Conference calls with court experts |
| 2/18/2015 | 1.25 | Final review of Receivers' draft report with suggested edits, email correspondence with court experts and Clark Kelso |
| 2/19/2015 | 2.75 | Preparation and participation in conference call with the Receiver and the Court |
| 2/26/2015 | 4.25 | Review of email correspondence from Receiver and experts, review of CCHCS Patient Safety Report and response to Clark Kelso |
| 2/27/2015 | 0.75 | Conference call with court expert |
| **Total Professional Hours** | **17.75** | |
| **Total at Hourly Rate of $200** | **$3,550.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| **Total Travel Hours** | **0.0** | |
| **Total at Hourly Rate of $100** | **$0.00** | |

| Expenses: | | |
|---|---|---|
| **Date** | **Expense** | **Description** |
| | | |
| **Total Expenses** | **$0.00** | |

| | | |
|---|---|---|
| **Professional Fees** | **$3,550.00** | |

| Travel Fees | $0.00 | |
|---|---|---|
| Expenses | $0.00 | |
| Total Due | $3,550.00 | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

March 6, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of February 2015.

Sincerely,

M Puisis D.O

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

**Invoice #26**
Plata v. Davis C-01-1351
March 6, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 2/1/2015 | airfare to Sacramento | | | $582.20 |
| 2/1/2015 | hotel Stockton visit | | | $425.84 |
| 2/1/2015 | taxi to airport | | | $37.00 |
| 2/2/2015 | meal | | | $10.50 |
| 2/3/2015 | meal | | | $18.93 |
| 2/4/2015 | meal | | | $11.75 |
| 2/4/2015 | gas for rental car | | | $17.28 |
| 2/5/2015 | rental car | | | $304.04 |
| 2/5/2015 | taxi home | | | $37.00 |
| 2/1/2015 | travel | 6 | $137.50 | $825.00 |
| 2/2/2015 | Stockton visit | 9.5 | $275.00 | $2,612.50 |
| 2/3/2015 | meetings with Dr. Ritter, Dr. Kanan, Dr. Chapnick | 7.5 | $275.00 | $2,062.50 |
| 2/4/2015 | Stockton visit | 8.5 | $275.00 | $2,337.50 |
| 2/5/2015 | travel | 6 | $137.50 | $825.00 |
| 2/24/2015 | Review of patient safety material provided by Mr. Kelso | 4.5 | $275.00 | $1,237.50 |
| 2/26/2015 | Review of CTC/HCPOP/ acuity assessment material | 6 | $275.00 | $1,650.00 |
| | | | TOTAL | $12,994.54 |



UNITED — eTicket Itinerary and Receipt — A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Sun | 01FEB15 | UA1762RN | Chicago-OHare | 3:29 PM | Sacramento | 6:14 PM | 737-700 | Dinner |
| Thu | 05FEB15 | UA1763U | Sacramento | 6:16 AM | Chicago-OHare | 12:14 PM | 737-700 | Purchase |

PUISIS/MICHAELAMR

Confirmation Number: PZZZOC

| Party of 1 | Seats | Ticket Number | Frequent Flyer |
|---|---|---|---|
| PUISIS/MICHAELAMR | 28/20C | 01624353797102 | UA *****202 |

Fare: 515.35 Tax: 66.85 Per Person: 582.20 eTicket Total: 582.20 Issue Date: January 18, 2015

Method of Payment: Visa XXXXXXXXXXXX2885

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

INSERT



Hampton Inn & Suites Sacramento/Elk Grove
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546




PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

name
address

room number: 214/SXQL
arrival date: 2/1/2015 8:09:00PM
departure date: 2/5/2015

adult/child: 1/0
room rate: $95.00

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN L-GVS
HH# 736265396 SILVER
AL UA #03069734862
BONUS AL CAR

Confirmation: 86683293

2/5/2015 PAGE 1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here. ☐

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 2/1/2015 | 485965 | GUEST ROOM | $95.00 |
| 2/1/2015 | 485965 | OCCUPANCY TAX | $11.40 |
| 2/1/2015 | 485965 | CA TOURISM | $0.06 |
| 2/2/2015 | 486105 | GUEST ROOM | $95.00 |
| 2/2/2015 | 486105 | OCCUPANCY TAX | $11.40 |
| 2/2/2015 | 486105 | CA TOURISM | $0.06 |
| 2/3/2015 | 486270 | GUEST ROOM | $95.00 |
| 2/3/2015 | 486270 | OCCUPANCY TAX | $11.40 |
| 2/3/2015 | 486270 | CA TOURISM | $0.06 |
| 2/4/2015 | 486442 | GUEST ROOM | $95.00 |
| 2/4/2015 | 486442 | OCCUPANCY TAX | $11.40 |
| 2/4/2015 | 486442 | CA TOURISM | $0.06 |
| | | WILL BE SETTLED TO VS *2885 | $425.84 |
| | | EFFECTIVE BALANCE OF | $0.00 |

ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

Thank you so much for staying with us, Mr. Puisis! We hope that you have a fantastic day! - Tiffany Wallis, Lead Night Auditor

for reservations call **1.800.hampton** or visit us online at **hampton.com** **thanks.**

| account no. | date of charge | folio/check no. 151708 A |
|---|---|---|
| card member name | authorization | initial |
| establishment no. and location (establishment agrees to transmit to card holder for payment) | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member X | **total** amount | 0.00 |

CONRAD Hilton HOME2 HILTON HHONORS

0293
Server: ANDRAAS 41 L (#419) Rec:178
02/03/15 18:40, Swiped T: 623 Term: 7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE ACCOUNT NUMBER
VISA XXXXXXXXXXXX2885
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 07221C
Reference: 0203010000293
TRANS TYPE: Credit Card SALE

CHECK: 15.93

TIP: 3

TOTAL: 18.93

X

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER



SALE RECEIPT
Store #28336 Tue 02/02/15 18:20:30
Subway Sandwiches & Salads
Elk Grove ca
916 683 SAND
Receipt # 0000143572

| --- ITEM --- | QTY | | PRICE | MEMO | PLU |
|---|---|---|---|---|---|
| | 1 | T $ | 5.00 | | 10117 |
| VEG&CHEESEsr | 1 | T $ | 5.50 | | 22173 |

SUBTOTAL $ 10.50
Sales Tx $ 0.00
TAKE-OUT **TOTAL $ 10.50
CredCardAMT TEND $ 10.50
CHANGE DUE $ 0.00

Join us on facebook
Acquired: Swipe
Card Issuer: Visa
Amount: $10.50

Take our 1-minute Survey at www.tellsubway.com and receive a free cookie. Keep your receipt and write your unique coupon code here

Pay with Softcard (TM) for your next sub! Download the app. Pay with a Tap.

AMERICAN TAXI
RECEIPT
DATE 2/11/15
AMOUNT
FROM
TO
NAME
CAB NUMBER

AMERICAN TAXI

RECEIPT

DATE

AMOUNT

FROM

TO

NAME

CAB NUMBER

NORTHWEST SUBURBS (847) 253-4411
WEST & SOUTH SUBURBS (708) 424-7878
LAKE COUNTY (847) 566-3131
NORTH SUBURBS (847) 673-1000
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700

SHELL
57443272505
9100 HARBOUR POINT D
ELK GROVE , CA
95758
02/04/2015 836188567
03:55:29 PM

XXXX XXXX XXXX 2885
VISA
INVOICE 746404
AUTH 03725C

PUMP# 12
REGULAR CR 6.647G
PRICE/GAL 2.599
FUEL TOTAL $ 17.28

CREDIT $ 17.28

Join the Fuel Rewards Network & get a $0.20/gal bonus after your first fill-up.

Terms & Conditions apply. Learn more at fuelrewards.com. Offer Ends 3/1/15.



SALE RECEIPT
Store #26336 Exp 02/04/15 [illegible]
Subway Sandwiches & Salads
2500 Longport Ct
Elk Grove ca
[illegible]
Trans# 62 Clerk 13 [illegible]
[illegible] 020415 Reg 10 REG-MAIN
Receipt # [illegible]

| ITEM | QTY | | PRICE | MENU | PLU |
|---|---|---|---|---|---|
| [illegible] | 1 | $ | 3.50 | | [illegible] |
| [illegible] | 1 | $ | 5.00 | | [illegible] |
| CHIPS | 1 | $ | 1.25 | | [illegible] |

SUBTOTAL $ [illegible]
Sales Tax $ 0.00

[illegible] TOTAL $ [illegible]
CreditCard AMT TEND $ [illegible]

CHANGE DUE $ 0.00

[illegible] us on facebook
[illegible]subway@gmail.com
Approval No: [illegible]
Reference No: [illegible]
Acquired: Swipe
Account No: ************2885
Card Issuer: Visa
Amount: $[illegible]

Take our 1-minute Survey at www.tellsubway.com and receive a free cookie. Keep your receipt and write your unique coupon code here__________

Pay with Softcard (TM) [illegible] your next [illegible] Download the app [illegible] with a Tap. [illegible]softcard.com

[illegible] Order ID: 686-[illegible]-741

THE HERTZ CORPORATION
Phone: 800-654-4173
Web: www.hertz.com




| | |
|---|---|
| **Rental Agreement No:** | 117163023 |
| **Date:** | 02/05/2015 |
| **Document:** | 995000210907 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

**Renter:** MICHAEL PUISIS
**Account No.:** ************2885 VIS

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

**RENTAL REFERENCE**

**Rental Agreement No:** 117163023
**Reservation ID:** G4660681946
**Frequent Traveler:** 2E1

**RENTAL DETAILS**

**Rate Plan:** IN: STDR OUT: STDR
**Rented On:** 02/01/2015 19:39 LOC# 125011 SACRAMENTO AP, CA
**Returned On:** 02/05/2015 04:09 LOC# 125011 SACRAMENTO AP, CA
**Car Description:** SENTRA 1.8 DDJ1185
**Veh. No.:** 4427829
**CAR CLASS Charged:** C
**Rented:** C
**Reserved:** C
**MILEAGE In:** 23,212
**Out:** 22,953
**Driven:** 259

**MISCELLANEOUS INFORMATION**

CC AUTH: 00796C DATE: 2015/02/01 AMT: 304.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 4 @ | 62.00 | 248.00 |
| SUBTOTAL | | | 248.00 |
| CONCESSION FEE RECOVERY | | | 27.55 |
| CA TOURISM FEE | | | 6.45 |
| TAX | | 8.00% | 22.04 |
| TOTAL CHARGES | | | 304.04 USD |

**Gold Plus Rewards Points**

Earned this rental: 273

**E-RETURN RECEIPT**

**THANK YOU FOR RENTING FROM HERTZ**

**ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.**

| | |
|---|---|
| **Rental Agreement No:** | 117163023 |
| **Date:** | 02/05/2015 |
| **Document:** | 995000210907 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

**Renter:** MICHAEL PUISIS
**Account No.:** ************2885 VIS

**Phone:** 800-654-4173
**Web:** www.hertz.com

**TOTAL CHARGES** 304.04 USD

OCUMAI 0050 GC

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: March 1, 2015

Billing Period: Feb-14

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | **$5,454.50** |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 2/2/15 | 9.00 | @ | $275.00 | = | $2,475.00 | CHCF site visit |
| 2/2/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel to/from CHCF |
| 2/15/15 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| 2/17/15 | 2.00 | @ | $275.00 | = | $550.00 | Conference call with experts, review of documents, report writing |
| 2/19/15 | 2.00 | @ | $275.00 | = | $550.00 | Meeting with Judge and Receiver |
| 2/19/15 | 2.00 | @ | $137.50 | = | $275.00 | Travel to/from US Courthouse |
| 2/27/15 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| Total | | | | | $5,362.50 | |

**Professional Fees**

**$5,362.50**

**Travel Expenses**

**$92.00**

TOTAL DUE **$5,454.50**

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Airfare | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/15 | | | | | | | $92.00 | | $92.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | Total | $92.00 |

*$0.575/ mile