Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

March 2, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 2/4/2015 | 0.75 | Review of Infection Control and PMCC Operations Team documents |
| 2/11/2015 | 1.50 | Review of proposed CCHCS diabetes guidelines, email corrrespondence with court experts, and response to the court |
| 2/12/2015 | 1.25 | Correspondence with the court, email correspondence with court experts, revision of diabetes guidelines proposal |
| 2/13/2015 | 3.25 | Review of Receivers Report |
| 2/17/2015 | 2.00 | Preparation and Conference calls with court experts |
| 2/18/2015 | 1.25 | Final review of Receivers' draft report with suggested edits, email correspondence with court experts and Clark Kelso |
| 2/19/2015 | 2.75 | Preparation and participation in conference call with the Receiver and the Court |
| 2/26/2015 | 4.25 | Review of email correspondence from Receiver and experts, review of CCHCS Patient Safety Report and response to Clark Kelso |
| 2/27/2015 | 0.75 | Conference call with court expert |
| Total Professional Hours | 17.75 | |
| Total at Hourly Rate of $200 | $3,550.00 | |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

**Expenses:**

| Date | Expense | Description |
|---|---|---|
|  |  |  |
| Total Expenses | $0.00 | |

| Professional Fees | $3,550.00 | |

1

| Travel Fees | $0.00 |  |
|---|---|---|
| Expenses | $0.00 |  |
| Total Due | $3,550.00 |  |

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell  847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

March 6, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of February 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

# Invoice #26

Plata v. Davis C-01-1351
March 6, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 2/1/2015 | airfare to Sacramento | | | $582.20 |
| 2/1/2015 | hotel Stockton visit | | | $425.84 |
| 2/1/2015 | taxi to airport | | | $37.00 |
| 2/2/2015 | meal | | | $10.50 |
| 2/3/2015 | meal | | | $18.93 |
| 2/4/2015 | meal | | | $11.75 |
| 2/4/2015 | gas for rental car | | | $17.28 |
| 2/5/2015 | rental car | | | $304.04 |
| 2/5/2015 | taxi home | | | $37.00 |
| 2/1/2015 | travel | 6 | $137.50 | $825.00 |
| 2/2/2015 | Stockton visit | 9.5 | $275.00 | $2,612.50 |
| 2/3/2015 | meetings with Dr. Ritter, Dr. Kanan, Dr. Chapnick | 7.5 | $275.00 | $2,062.50 |
| 2/4/2015 | Stockton visit | 8.5 | $275.00 | $2,337.50 |
| 2/5/2015 | travel | 6 | $137.50 | $825.00 |
| 2/24/2015 | Review of patient safety material provided by Mr. Kelso | 4.5 | $275.00 | $1,237.50 |
| 2/26/2015 | Review of CTC/HCPOP/ acuity assessment material | 6 | $275.00 | $1,650.00 |
| | | | TOTAL | $12,994.54 |

1

# UNITED ✈  eTicket Itinerary and Receipt  ★ STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | | Time | Arrive | | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|---|---|
| Sun | 01FEB15 | UA1762RM | Chicago-OHare | | 3:29 PM | Sacramento | | 6:04 PM | 737-700 | Dinner |
| Thu | 05FEB15 | UA1763U | Sacramento | | 6:16 AM | Chicago-OHare | | 12:14 PM | 737-700 | Purchase |

**PUISIS/MICHAELAMR**

Party of 1 · Seat: 28/20E

PUISIS/MICHAELAMR

Confirmation Number: PZ2ZOC
Ticket Number 0162435797102
Frequent Flyer UA ••••202

Fare: 515.35   Tax: 66.85   Per Person: 582.20   eTicket Total: 582.20   Issue Date: January 18, 2015

Method of Payment: Visa XXXXXXXXXXXX2805

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

STAPLE HERE →

↓ INSERT

Do not expose to excessive heat or direct sunlight.



**Hampton Inn & Suites Sacramento/Elk Grove**
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


Official Sponsor

| | | |
|---|---|---|
| PUISIS, MICHAEL<br>932 WESLEY AVE<br>EVANSTON, IL 60202<br>US | name<br>address | room number: 214/SXQL<br>arrival date: 2/1/2015 8:09:00PM<br>departure date: 2/5/2015<br>adult/child: 1/0<br>room rate: $95.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    L-GVS
HH# 736265396 SILVER
AL    UA #03069734862
BONUS AL         CAR

Confirmation: 86683293

2/5/2015    PAGE    1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 2/1/2015 | 485965 | GUEST ROOM | $95.00 |
| 2/1/2015 | 485965 | OCCUPANCY TAX | $11.40 |
| 2/1/2015 | 485965 | CA TOURISM | $0.06 |
| 2/2/2015 | 486105 | GUEST ROOM | $95.00 |
| 2/2/2015 | 486105 | OCCUPANCY TAX | $11.40 |
| 2/2/2015 | 486105 | CA TOURISM | $0.06 |
| 2/3/2015 | 486270 | GUEST ROOM | $95.00 |
| 2/3/2015 | 486270 | OCCUPANCY TAX | $11.40 |
| 2/3/2015 | 486270 | CA TOURISM | $0.06 |
| 2/4/2015 | 486442 | GUEST ROOM | $95.00 |
| 2/4/2015 | 486442 | OCCUPANCY TAX | $11.40 |
| 2/4/2015 | 486442 | CA TOURISM | $0.06 |
| | | WILL BE SETTLED TO VS *2885 | $425.84 |
| | | EFFECTIVE BALANCE OF | $0.00 |

ESTIMATED CURRENCY TOTAL

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

*Thank you so much for staying with us, Mr. Puisis! We hope that you have a fantastic day! -Tiffany Wallis, Lead Night Auditor*

for reservations call **1.800.hampton** or visit us online at **hampton.com**    thanks.

| account no. | date of charge | folio/check no.<br>151708    A |
|---|---|---|
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature of card member<br>X | total amount<br>0.00 | |

         

```
0293
Server: ANDRAAS 41 L (#419)    Rec:176
02/03/15 18:40, Swiped   T: 623 Term: 7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX2885
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 072210
Reference: 0203010000293
TRANS TYPE: Credit Card SALE

CHECK:              15.93
TIP:                 2.
TOTAL:              18.73


X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER
```

```
                SALE RECEIPT
Store #26336        02/02/15 16:20:30
Subway Sandwiches & Salads
2800 Longport CT
Elk Grove               ca
916 683 SAND
Trans# 109 Clerk 61  Zach
Grill RCT 020215 Reg-10 RIG-MAIN
                    Receipt # 0000143572
-- ITEM --- QTY     PRICE MEMO  PLU
TUNA    6" 1    T $  5.00       10117
VEG&CHEESE 6" 1 T $  5.50       22173
        SUBTOTAL $   10.50
        Sales Tx $    0.00

TAKE-OUT **TOTAL $   10.50
CredCardPMT TEND $   10.50

        CHANGE DUE $   0.00

Join us on facebook
Pretests:subway1@gmail.com
    Approval No: 05133
    Reference No: 503402516333
    Acquired: Swipe
    Account No: ************2885
    Card Issuer: Visa
    Amount: $10.50

_____

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code
here_____
Pay with Softcard (TM) for your next
sub. Download the app, Pay with a Tap.
go.Softcard.com

Your Order ID: 633-110-1310542
```

AMERICAN TAXI — RECEIPT

DATE: 3/11/15
AMOUNT: 5.25
FROM: To Airport
TO: _____
NAME: _____  CAB NUMBER: _____

| | | |
|---|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 | |
| WEST & SOUTH SUBURBS | (708) 424-7878 | |
| LAKE COUNTY | (847) 566-3131 | |
| NORTH SUBURBS | (847) 673-1000 | |
| DUPAGE CO. EAST | (630) 820-9480 | |
| DUPAGE CO. WEST | (630) 305-0700 | |

## American Taxi Receipt

**RECEIPT**

NAME: _____
FROM: _____
TO: Flora Meter
AMOUNT: $3.50
DATE: 2/5/15
CAB NUMBER: _____

NORTHWEST SUBURBS (847) 253-4411
WEST & SOUTH SUBURBS (708) 424-7878
LAKE COUNTY (847) 566-3131
NORTH SUBURBS (847) 673-1000
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700

---

## Shell Receipt

SHELL
57443272505
9100 HARBOUR POINT D
ELK GROVE       , CA
95758
02/04/2015  836188567
03:55:29 PM

XXXX XXXX XXXX 2885
VISA
INVOICE 746404
AUTH 03725C

PUMP# 12
REGULAR CR      6.647G
PRICE/GAL        2.599
FUEL TOTAL   $   17.28

CREDIT       $   17.28

Join the Fuel Rewards Network & get a
$0.03/gal bonus after your first
fill-up.

Terms & Conditions apply. Learn more at
fuelrewards.com. Offer Ends 3/1/15.

---

## Subway Receipt

SALE RECEIPT
Store #26336    Exc 02/04/15 10:03:41
Subway Sandwiches & Salads
2500 Longsport Ct
Elk Grove                    ca
6"E EB3 SAND
Cashier: E2 Clark 13   grant
Date RCT 020415 Reg-10 REG-MAIN
              Receipt # 000143606
--- ITEM --- QTY     PRICE REMO  PLU
6"E CHEESE Est 1  $  3.50        22/3
TAX         1  1  $  3.00        19/17
CHIPS       1  1  $  1.25        19020

       SUBTOTAL $    7.75
       Sales Tx $    0.00
                  ---------
       ** TOTAL $    7.75
CreditCard AMT TEND $  7.75

       CHANGE DUE $   0.00

Join us on facebook
tellests.way3@gmail.com
  Approval No: 024295
  Reference No: 036005H1337
  Acquired: Swipe
  Account No: ************2885
  Card Issuer: Visa
  Amount: $11.75

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code
here_____

Pay with Softcard (TM) on your next
visit. Download the app. Pay with a Tap.
 GoSoftcard.com

Host Order ID: 686-197-03-741

THE HERTZ CORPORATION
Phone:       800-654-4173
Web:         www.hertz.com

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120



CHARGE DETAIL

Rental Agreement No: 117163023
Date:                02/05/2015
Document:            995000210907

Renter:              MICHAEL PUISIS
Account No.:         ************2885 VIS

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

**RENTAL REFERENCE**
Rental Agreement No: 117163023
Reservation ID:      G4660681946
Frequent Traveler:   2E1

**RENTAL DETAILS**
Rate Plan:       IN: STDR      OUT: STDR
Rented On:       02/01/2015 19:39   LOC# 125011
                 SACRAMENTO AP, CA
Returned On:     02/05/2015 04:09   LOC# 125011
                 SACRAMENTO AP, CA
Car Description:           SENTRA 1.8 DDJ1185
Veh. No.:                  4427829
CAR CLASS Charged:  C       MILEAGE    In: 23,212
          Rented:   C                  Out: 22,953
          Reserved: C                  Driven:  259

**MISCELLANEOUS INFORMATION**
CC AUTH: 00796C  DATE: 2015/02/01  AMT:  304.00

**RENTAL CHARGES**
DAYS                      4 @  62.00     248.00
SUBTOTAL                                 248.00

CONCESSION FEE RECOVERY                   27.55
CA TOURISM FEE                             6.45
TAX                            8.00%      22.04

TOTAL CHARGES                            304.04 USD

**Gold Plus Rewards Points**
Earned this rental:   273

E-RETURN RECEIPT

                                    THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Rental Agreement No: 117163023
Date:                02/05/2015
Document:            995000210907

Renter:              MICHAEL PUISIS
Account No.:         ************2885 VIS

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:   800-654-4173
Web:     www.hertz.com

CCMMM     0090 GC

TOTAL CHARGES                            304.04 USD

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: March 1, 2015

Billing Period: Feb-14

Hourly rate: $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $5,454.50 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 2/2/15 | 9.00 | @ | $275.00 | = | $2,475.00 | CHCF site visit |
| 2/2/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel to/from CHCF |
| 2/15/15 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| 2/17/15 | 2.00 | @ | $275.00 | = | $550.00 | Conference call with experts, review of documents, report writing |
| 2/19/15 | 2.00 | @ | $275.00 | = | $550.00 | Meeting with Judge and Receiver |
| 2/19/15 | 2.00 | @ | $137.50 | = | $275.00 | Travel to/from US Courthouse |
| 2/27/15 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| Total | | | | | $5,362.50 | |

| Professional Fees | |
|---|---|
| | $5,362.50 |
| Travel Expenses | |
| | $92.00 |

TOTAL DUE    $5,454.50

*[signed] Joe Goldenson*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

## Travel Expense Claim

| Date | Lodging | Meals | Car Rental | Airfare | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/15 | | | | | | | $92.00 | | $92.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total $92.00

*$0.575/ mile