

KAMALA D. HARRIS  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5553  
Facsimile: (415) 703-1234  
E-Mail: Maneesh.Sharma@doj.ca.gov

April 27, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 4/3/15, professional fees and expenses: $2,200.00;

(2) Dr. Puisis, invoice dated 4/5/15, professional fees and expenses: $12,452.86; and

(3) Dr. Goldenson, invoice dated 4/1/15, professional fees and expenses: $1,856.25.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*  
MANEESH SHARMA  
Deputy Attorney General

For   KAMALA D. HARRIS  
Attorney General

Enclosures

cc:



APPROVED  
Judge Thelton E. Henderson  
4/27/2015

The Honorable Thelton E. Henderson
April 27, 2015
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001