Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: April 1, 2015

Billing Period:   Mar-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $1,856.25 |
|---|---|

| Date | Hours | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|
| 3/3/15 | 0.50 | @ $275.00 | = | $137.50 | Review of documents |
| 3/4/15 | 1.00 | @ $275.00 | = | $275.00 | Phone conference with experts |
| 3/5/15 | 1.50 | @ $275.00 | = | $412.50 | Phone conference with Court; review of documents |
| 3/6/15 | 0.75 | @ $275.00 | = | $206.25 | Phone conference with CHCF staff; review of documents |
| 3/24/15 | 1.50 | @ $275.00 | = | $412.50 | Conference call with experts; review of documents |
| 3/30/15 | 1.50 | @ $275.00 | = | $412.50 | Review of documents |
| Total | | | | $1,856.25 | |

**Professional Fees**

$1,856.25

**Travel Expenses**

**TOTAL DUE**    $1,856.25

*[signature: Joe Goldenson]*

Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

April 3, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 3/3/2015 | 0.50 | Review of proposed court order |
| 3/4/2015 | 3.25 | Preparation and Conference call with Court Experts, drafting a response to the court, participation in infection control steering committee meeting |
| 3/5/2015 | 1.00 | Preparation and conference call with the Court |
| 3/9/2015 | 1.50 | Review of Receiver's report on status of health care in CDCR |
| 3/10/2015 | 0.50 | Review of final court order |
| 3/13/2015 | 0.25 | Review and email correspondence regarding CCHCS guidelines |
| 3/17/2015 | 0.50 | Review of memorandum regarding institutional improvement plans, travel arrangements for 4/3/15 meeting |
| 3/24/2015 | 1.75 | Preparation and Conference calls with court experts |
| 3/30/2015 | 1.75 | Review of draft OIG report on Folsom State Prison |
| Total Professional Hours | 11.00 | |
| Total at Hourly Rate of $200 | $2,200.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $2,200.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $2,200.00 | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

---

April 5, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for the month of March 2015. A recent visit spanned March and April and I included it on this invoice.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #27

Plata v. Davis C-01-1351
April 5, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 3/31/2015 | airfare to Sacramento | | | $718.20 |
| 3/31/2015 | taxi to airport | | | $37.00 |
| 3/31/2015 | rental car | | | $304.54 |
| 3/31/2015 | hotel Stockton visit | | | $492.96 |
| 4/1/2015 | meal | | | $16.79 |
| 4/2/2015 | meal | | | $40.00 |
| 4/3/2015 | meal | | | $12.75 |
| 4/3/2015 | gas for rental car | | | $14.87 |
| 3/4/2015 | Stockton QM preparation | 5.5 | $275.00 | $1,512.50 |
| 3/5/2015 | Call with Court | 1 | $275.00 | $275.00 |
| 3/6/2015 | Conf call with Dr Chapnick & Adams and CHCF QM | 3.5 | $275.00 | $962.50 |
| 3/24/2015 | Conference calls | 1.33 | $275.00 | $365.75 |
| 3/26/2015 | Preparation for CHCF presentation | 6.5 | $275.00 | $1,787.50 |
| 3/31/2015 | travel | 6 | $137.50 | $825.00 |
| 4/1/2015 | HCPOP meeting, Expert meeting, review of OIG Folsom report | 7 | $275.00 | $1,925.00 |
| 4/2/2015 | Meeting with Mr Kelso, Stockton visit | 9 | $275.00 | $2,475.00 |
| 4/3/2015 | Meet with CCHCS and Dr Kanan | 2.5 | $275.00 | $687.50 |
| | | | TOTAL | $12,452.86 |

1

THE HERTZ CORPORATION
Phone:          800-654-4173
Web:            www.hertz.com

**Hertz**

CHARGE DETAIL

Rental Agreement No: 158137000
Date:                04/04/2015
Document:            945000640013

Renter:       MICHAEL PUISIS
Account No.:  ************2885 VIS

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

## RENTAL REFERENCE
Rental Agreement No: 158137000
Reservation ID:      G52035239D3
Frequent Traveler:   ZE1

## RENTAL DETAILS
| Rate Plan:        | IN: MCLF         | OUT: MCLF     |
| Rented On:        | 03/31/2015 22:27 | LOC# 125011   |
|                   | SACRAMENTO AP, CA |              |
| Returned On:      | 04/04/2015 04:17 | LOC# 125011   |
|                   | SACRAMENTO AP, CA |              |
| Car Description:  | SIR CRUZE 4D 6ZWA607 | |
| Veh. No.:         | 5557178          |               |
| CAR CLASS Charged: | C | MILEAGE | In: 48,222 |
|           Rented:  | C4 |        | Out: 48,120 |
|           Reserved: | C |        | Driven:  102 |

## MISCELLANEOUS INFORMATION
CC AUTH:  01031C   DATE: 2015/03/31   AMT:   305.00

## RENTAL CHARGES
| DAYS                    | 4 @ | 62.10 | 248.40 |
| SUBTOTAL                |     |       | 248.40 |
| CONCESSION FEE RECOVERY |     |       |  27.60 |
| CA TOURISM FEE          |     |       |   6.46 |
| TAX                     |     | 8.00% |  22.08 |

TOTAL CHARGES                           304.54 USD

## Gold Plus Rewards Points
Earned this rental:   273

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:   800-654-4173
Web:     www.hertz.com

GCM1A4      0090 GC

Rental Agreement No: 158137000
Date:                04/04/2015
Document:            945000640013

Renter:       MICHAEL PUISIS
Account No.:  ************2885 VIS

TOTAL CHARGES                           304.54 USD



**Hampton Inn & Suites Sacramento/Elk Grove**
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


Official Sponsor

| | | |
|---|---|---|
| PUISIS, MICHAEL<br>932 WESLEY AVE<br>EVANSTON, IL 60202<br>US | name<br>address | room number: 307/KXTO<br>arrival date: 3/31/2015 10:58:00PM<br>departure date: 4/4/2015<br>adult/child: 1/0<br>room rate: 109.00 |

RATE PLAN LV4
HH# 736265396 SILVER
AL: UA #03069734862
CAR:

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

CONFIRMATION NUMBER : 80205688

4/4/2015   PAGE   1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 3/31/2015 | 497549 | GUEST ROOM | $109.00 |
| 3/31/2015 | 497549 | OCCUPANCY TAX | $13.08 |
| 3/31/2015 | 497549 | CA TOURISM | $0.07 |
| 4/1/2015 | 497764 | GUEST ROOM | $109.00 |
| 4/1/2015 | 497764 | OCCUPANCY TAX | $13.08 |
| 4/1/2015 | 497764 | CA TOURISM | $0.07 |
| 4/2/2015 | 497942 | GUEST ROOM | $109.00 |
| 4/2/2015 | 497942 | OCCUPANCY TAX | $13.08 |
| 4/2/2015 | 497942 | CA TOURISM | $0.07 |
| 4/2/2015 | 497942 | ELK GROVE TOURISM | $2.18 |
| 4/3/2015 | 498230 | GUEST ROOM | $109.00 |
| 4/3/2015 | 498230 | OCCUPANCY TAX | $13.08 |
| 4/3/2015 | 498230 | CA TOURISM | $0.07 |
| 4/3/2015 | 498230 | ELK GROVE TOURISM | $2.18 |
| 4/4/2015 | 498298 | VS *2885 | ($492.96) |
| | | **BALANCE** | $0.00 |

You have earned approximately 5014 Hilton HHonors points and approximately 436 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton** or visit us online at **hampton.com**

thanks.

| account no.<br>VS *2885 | | date of charge<br>4/4/15 | folio/check no.<br>154933  A |
|---|---|---|---|
| card member name<br>PUISIS, MICHAEL | | authorization<br>00691C | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| signature   of card member<br>X | | total   amount | -492.96 |

         

## BJ's Restaurant Brewhouse Receipt

0051
Server: MARIO M (#116)    Rec: 13
04/01/15 12:21, Swiped  T: 623 Term: 7

BJ'S RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE           ACCOUNT NUMBER
VISA                XXXXXXXXXXXX2885
Name: MICHAEL PUSIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 01604C
Reference: 040101000051
TRANS TYPE: Credit Card SALE

CHECK:   13.99
TIP:      2.38
TOTAL:   16.37

X  [signature]

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

## American Taxi Receipt

**AMERICAN TAXI**

RECEIPT

DATE: 3/13/15
AMOUNT: 37.00
FROM:
TO:
NAME:
CAB NUMBER:

NORTHWEST SUBURBS (847) 253-4411
WEST & SOUTH SUBURBS (708) 424-7878
LAKE COUNTY (847) 566-3131
NORTH SUBURBS (847) 673-1000
DUPAGE CO. EAST (630) 920-9480
DUPAGE CO. WEST (630) 305-0700

---

## Flight Itinerary

PUISIS/MICHAELAMR

Party of 1

| Day | Date | Flight | Depart | Arrive | Time | Time | Equip | | Meal |
|-----|------|--------|--------|--------|------|------|-------|---|------|
| Tue | 31MAR15 | UA515V | Chicago-O'Hare | Sacramento | 7:27 PM | 9:59 PM | A.320 | | Meal |
| Sat | 04APR15 | UA4720 | Sacramento | Chicago-O'Hare | 6:27 AM | 12:30 PM | A.320 | | Purchase |

Seats          Ticket Number           Frequent Flyer
---/32D        0162442210545           UA-******202

Confirmation Number: K03D8W

Fare: 641.86    Tax: 76.34    Per Person: 718.20    eTicket Total: 718.20    Issue Date: March 13, 2015

Method of Payment: Visa XXXXXXXXXXXX2885
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

## Chevron

9110 Harbour Pt
STN 00205136

04/05/15      19:14:10

VISA
XXXXXXXX2885
Invoice#: 9605451
Auth#: 00703C

Pump 8.............
4.7086 @ $ 3.199/g
87 C Self       $11.87

Total           $11.87

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU FOR
CHOOSING CHEVRON

---

Subway #26336-0 Phone 916-682-7263
elk grove
Elk Grove, CA, 95758
Served by: Ethan 4/3/2015 4:06:15 pm
Term ID-Trans# 1/A-6397

| Qty | Size | Item | Price |
|---|---|---|---|
| 1 | 6" | Turkey Sub | 5.00 |
| 1 |  | Veggie Delite Salad | 6.50 |
| 1 |  | Chips | 1.25 |

Sub Total                                   12.75
Taxable Amount                               0.00
State Board of Equalization (8%)             0.00
Total (Take Out)                            12.75
Credit Card                                 12.75
Change                                       0.00

Approval No: 08406C
Reference No: 50932398726?
Card Issuer: Visa
Account No: ****************2885
Acquired: Swipe
Amount: $12.75

Host Order ID: 625-224-461508

CUSTOMER COPY

Thanks for visiting Subway. Please let
us know how we did today by taking our
1 minute survey at www.tellsubway.com

---

Il Fornaio Cucina Italiana
400 Capitol Mall
Sacramento, CA 95814
(916) 446-4100

Date:        Apr 02'15 05:32
Card Type:   Visa
Acct #:      XXXXXXXXXXXX28
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   DID00377416947
Auth Code:   07778C
Check:       703
Table:       31/1
Server:      25492 SAID M.

Subtotal:                    33.5
Gratuity                      6.

Total

* * * * Guest Copy * * *