Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

May 1, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**

**3200 19th Ave SE**

**Rio Rancho NM 87124**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 4/1/2015 | 8.00 | Meeting with HCPOP, CCHCS nursing leadership |
| 4/2/2015 | 9.00 | Meeting with Clark Kelso, site visit at CHCF |
| 4/3/2015 | 4.00 | Preparation and meeting with Kelso, CCHCS, Don Specter |
| 4/6/2015 | 3.50 | Preparation for meeting with CCHCS, Response to OIG Folsom report |
| 4/7/2015 | 8.00 | Response to OIG report, meetings with Dr. Kanan, and with CCHCS Regional teams |
| 4/8/2015 | 0.75 | Correspondence in follow-up to CCHCS regional meetings |
| 4/10/2015 | 5.50 | Folsom response. Conference call with Chris Podratz |
| 4/11/2015 | 0.50 | Final revision of OIG Folsom report response |
| 4/20/2015 | 0.50 | Correspondence with Chris Podratz |
| 4/23/2015 | 0.75 | Conference call with court experts |
| 4/27/2015 | 1.50 | Preparation for Region III Team Meeting |
| 4/28/2015 | 8.00 | Region III Team Meeting |
| 4/29/2015 | 11.00 | Site Visit to CSP-COR |
| 4/30/2015 | 10.00 | Site Visit to CSP-LAC |
| **Total Professional Hours** | **71.00** | |
| **Total at Hourly Rate of $200** | **$14,200.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 3/31/2015 | 7.5 | Travel from Rio Rancho NM to Elk Grove |
| 4/3/2015 | 7.0 | Travel from Elk Grove to Rio Rancho, NM |
| 4/6/2015 | 7.0 | Travel from Rio Rancho NM to Elk Grove |
| 4/7/2015 | 7.5 | Travel from Elk Grove to Rio Rancho, NM |
| 4/27/2015 | 7.5 | Travel from Rio Rancho NM to Bakersfield, CA |
| 5/1/2015 | 6.5 | Travel from Burbank to Rio Rancho, NM |
| **Total Travel Hours** | **43.0** | |
| **Total at Hourly Rate of $100** | **$4,300.00** | |

| Expenses: | | |
|---|---|---|
| **Date** | **Expense** | **Description** |
| 3/31/2015 | $607.01 | Airfare from Albuquerque to Sacramento |
| | $11.50 | 20 Miles at $0.575 from Rio Rancho to Albuquerque Airport |
| | $139.62 | Rental Car |
| | $106.46 | Hotel |
| | $36.06 | Meals |
| | | |
| 4/1/2015 | $106.46 | Hotel |
| | $58.00 | Meals |
| | | |
| 4/2/2015 | $106.46 | Hotel |
| | $34.10 | Meals |
| | | |
| 4/3/2015 | $16.01 | Meals |
| | $19.00 | Gasoline |
| | $19.00 | Albuqueque Parking |
| | $11.50 | 20 miles from Sacramento airport to Rio Rancho |
| | | |
| 4/6/2015 | $647.20 | Airfare from Albuquerque to Sacramento |
| | $11.50 | 20 miles at $0.575 from Rio Rancho to Sacramento Airport |
| | $121.98 | Hotel |
| | $65.73 | Rental Car |
| | $38.11 | Meals |
| | | |
| 4/7/2015 | $31.00 | Meals |
| | $9.50 | Albuquerque Airport Parking |
| | $11.50 | 20 miles @ 0.575 from Albuquerque Airport to Rio Rancho |
| | | |
| 4/27/2015 | $503.50 | Airfare from Albuquerque to Burbank |
| | $11.50 | 20 Miles at $0.575 from Rio Rancho to Albuquerque Airport |
| | $193.24 | Rental Car |
| | $107.56 | Hotel |
| | $23.73 | Meals |
| | | |
| 4/28/2015 | $107.56 | Hotel |
| | $16.00 | Meals |
| | | |
| 4/29/2015 | $107.56 | Hotel |
| | $0.00 | Meals |

| | | |
|---|---|---|
| 4/30/2015 | $229.98 | Hotel |
| | $35.70 | Gasoline |
| | $35.00 | Meals |
| | | |
| 5/1/2015 | $16.89 | Meals |
| | $23.75 | Parking |
| | $11.50 | 20 miles @ 0.575 from Albuquerque Airport to Rio Rancho |
| | | |
| | | |
| **Total Expenses** | **$3,631.17** | |

| | | |
|---|---|---|
| **Professional Fees** | **$14,200.00** | |
| **Travel Fees** | **$4,300.00** | |
| **Expenses** | **$3,631.17** | |
| **Total Due** | **$22,131.17** | |

3



**Madeleine LaMarre <mlamarre55@gmail.com>**

## Flight reservation (8HCG2L) | 31MAR15 | ABQ-SMF | Lamarre/Madeleine
1 message

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>          Wed, Mar 18, 2015 at 5:42 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

You're all set for your trip!

          My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

### Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 03/31/15 - Sacramento

✈ AIR Itinerary

**AIR Confirmation: 8HCG2L**          Confirmation Date: 03/18/2015


EARN UP TO 2,400 RAPID REWARDS POINTS & SAVE ON EVERY RENTAL.
BOOK NOW
Alamo

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262492998028 | Mar 17, 2016 | 3136 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Mar 31 | 814 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **12:10 PM**<br>Arrive in PHOENIX, AZ (PHX) at 12:25 PM<br>Wanna Get Away |
| | 4753 | Change planes to Southwest Airlines in PHOENIX, AZ (PHX) at 2:10 PM<br>Arrive in **SACRAMENTO, CA** (SMF) at **4:10 PM**<br>Travel Time 5 hrs 0 mins<br>Wanna Get Away |
| Fri Apr 3 | 864 | Depart **SACRAMENTO, CA** (SMF) on Southwest Airlines at **1:45 PM**<br>Arrive in LOS ANGELES, CA (LAX) at 3:00 PM<br>Wanna Get Away |
| | 1363 | Change planes to Southwest Airlines in LOS ANGELES, CA (LAX) at 4:05 PM<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **6:50 PM**<br>Travel Time 4 hrs 5 mins |


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to
**750 Rapid Rewards Points**
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK 'N SAVE**
Join over 17 million

Wanna Get Away



**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**
- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 607.01

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262492998028: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN X/PHX WN SMF214.33WLA7WNRO WN X/LAX WN ABQ308.28QLA7PNRO 522.61
END ZPABQPHXSMFLAX XT11.20AY18.00XFABQ4.5PHX4.5SMF4.5LAX4.5


Learn About Our
Boarding Process


Get EarlyBird
Check-In® Details

## Cost and Payment Summary

 AIR - 8HCG2L

| | | |
|---|---|---|
| Base Fare | $ 522.61 | **Payment Information** |
| Excise Taxes | $ 39.20 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 16.00 | Date: Mar 18, 2015 |
| Passenger Facility Charge | $ 18.00 | Payment Amount: $607.01 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 607.01** | |


**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ◄

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com

Learn More ◄

**Useful Tools**          **Know Before You Go**          **Special Travel Needs**



**THE HERTZ CORPORATION**
Phone:     800-654-4173
Fax:
Web:       www.hertz.com

**Direct All Inquiries To:**
     THE HERTZ CORPORATION
     PO BOX 26120
     OKLAHOMA CITY, OK 73126-0120

**REPRINT**

Rental Agreement No: 158057141
Invoice Date:      04/04/2015
Document:          985000636436

Renter:            MADELEINE LAMARRE
Account No.:       ***********2004
AMX
CDP No.:           14
CDP Name:          AAA AUTO CLUB
SOUTH

MADELEINE LAMARRE
AAA AUTO CLUB SOUTH
1143 CITADEL DR NE
ATLANTA, GA 30324-3815

**RENTAL REFERENCE**
Rental Agreement No: 158057141
Reservation ID:      G5221749854

**MISCELLANEOUS INFORMATION**
CC AUTH:  164757  DATE: 2015/03/31  AMT:    340.00

**RENTAL DETAILS**

| | | |
|---|---|---|
| Rate Plan: | IN: AAAD   OUT: AAAD | |
| Rented On: | 03/31/2015 16:39 | LOC# 125011 |
| | SACRAMENTO AP, CA | |
| Returned On: | 04/03/2015 12:38 | LOC# 125011 |
| | SACRAMENTO AP, CA | |
| Car Description: | N/L SENTRA 1.8N  7DHV515 | |
| Veh. No.: | 7797384 | |
| CAR CLASS Charged:  C | MILEAGE | In: 21,158 |
| Rented:  C | | Out: 20,970 |
| Reserved: C | Driven: | 188 |

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 3 @ | 42.18 | 126.54 |
| SUBTOTAL | | | 126.54 |
| DISCOUNT | | 10.00% | -12.65 |
| SUBTOTAL | | | 113.89 |
| | | | |
| CONCESSION FEE RECOVERY | | | 12.65 |
| CA TOURISM FEE | | | 2.96 |
| TAX | | 8.00% | 10.12 |

AMOUNT DUE                                139.62 USD

THANK YOU FOR RENTING FROM HERTZ



**Hampton Inn & Suites Sacramento/Elk Grove**
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


U S A
Official Sponsor

| | | |
|---|---|---|
| LAMARRE, MADELEINE<br>3200 19TH AVE SE<br><br>RIO RANCHO, NM 87124<br>US | name<br>address | room number: 402/KXTO<br>arrival date: 3/31/2015 6:24:00PM<br>departure date: 4/3/2015<br><br>adult/child: 1/0<br>room rate: $95.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN     L-GVS
HH#  369445769 DIAMOND
AL          DL #2042493151
BONUS AL                CAR

Confirmation: 84386808

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

4/3/2015     PAGE     1

**signature:**

| date | reference | description | amount | |
|---|---|---|---|---|
| 3/31/2015 | 497573 | GUEST ROOM | $95.00 | |
| 3/31/2015 | 497573 | OCCUPANCY TAX | $11.40 | |
| 3/31/2015 | 497573 | CA TOURISM | $0.06 | |
| 4/1/2015 | 497785 | GUEST ROOM | $95.00 | |
| 4/1/2015 | 497785 | OCCUPANCY TAX | $11.40 | |
| 4/1/2015 | 497785 | CA TOURISM | $0.06 | |
| 4/2/2015 | 497963 | GUEST ROOM | $95.00 | |
| 4/2/2015 | 497963 | OCCUPANCY TAX | $11.40 | |
| 4/2/2015 | 497963 | CA TOURISM | $0.06 | |
| 4/2/2015 | 497963 | ELK GROVE TOURISM | $1.90 | |
| | | WILL BE SETTLED TO AX *2004 | $321.28 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton**   or visit us online at **hampton.com**     **thanks.**

| account no. | | date of charge | folio/check no.<br>154930    A | |
|---|---|---|---|---|
| card member name | | authorization | | initial |
| establishment no. and location  establishment agrees to transmit to card holder for payment | | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| **signature** of card member<br><br>X | | **total** amount | 0.00 | |

          

Thank you so much for selecting Hampton Inn & Suites Elk Grove, CA

We Hope you enjoyed your stay and that everything was excellent.

Our entire team strives to provide you with the best customer service, but if there is anything that we could have done to make your stay better, please don't hesitate to share it with us.

## Today is Friday, April 03, 2015

Today's Weather Forecast:

Hi: 79 deg
Lo: 44 deg
Sunny and Clear

Our On The House Breakfast Menu:

Enjoy Hot Breakfast in our Lobby from 6am – 10am
With Fresh Oatmeal & Toppings, Make-Your Own Waffles,
Eggs, Yogurt, Fruit, Cereals & Many other items!

# Hampton Inn & Suites Elk Grove

We ♥ Having You Here ☺

```
*************
*  BLACK  MESA  *
*  COFFEE  CO.  *
*  ALBUQUERQUE SUNPORT  *
*************
```

## Check 30168

CONCOURSE1
Rosalind
TUE               3/31/15          11:32am
==========================================
1 Fiji Water Small               3.15
1 GC Chix Bowl                   6.25
   Breadstick
==========================================
   Sub/Ttl                       9.40
   Tax                           0.66
Total                           10.06

   AmEx                          10.06
   Acct: XXXXXXXXXXXX2004
   Auth: 560706
   Trans ID: 172

            Thank you!

---

0373
Server: TIFFANY T (#156)        Rec:191
03/31/15 17:34, Swiped  T: 403 Term: 3

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD
ELK GROVE, CA 95758
(916)753-1
MERCHANT

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXXX2004
Name. MADELFINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 566549
Reference: 0331010000373
TRANS TYPE: Credit Card

CHECK :                          21.95

TTP:                             4.05

TOTAL:                          26.00

X_____

** Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY OR SERVER
```

Biba

$3.160

$ 40.00

2801 Capitol Ave
Sacramento Ca. 95816
(916) 455- 2422
Date:       Apr01'15 07:10PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  BIB004068858754
Auth Code:  523722
Check:      2568
Table:      63/1
Server:     3 Marcus

Subtotal:              51.56
Customer COPY

Tip _____    10. 44

Total          62.00

---

0022
Server: MARIO M (#116)          Rec: 12
04/01/15 12:21, Swiped   T: 623 Term:  7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 509306
Reference: 0401010000022
TRANS TYPE: Credit Card SALE

CHECK :                    14.26

TIP :              _____3_.74_

TOTAL :            _____18_._00_

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

STARBUCKS Store #8827
2300 Longport Court
Elk Grove, CA (916) 683-3810
---------------------------------
              CHK 732565
        04/02/2015 06:06 AM
     1743302   Drawer: 1  Reg: 2
---------------------------------
Gr Dark Roast                2.10
Amex                         2.10
XXXXXXXXXXXXX2004

Subtotal                    $2.10
Total                       $2.10
Change Due                 $0.00

----------- Check Closed ---------------
      04/02/2015 06:06 AM

Il Fornaio Cucina Italiana
400 Capitol Mall
Sacramento, CA 95814
(916) 446-4100

| | |
|---|---|
| Date: | Apr02'15 05:33PM |
| Card Type: | Amex |
| Acct #: | XXXXXXXXXXX2004 |
| Card Entry: | SWIPED |
| Trans Type: | PURCHASE |
| Trans Key: | BIB004076907452 |
| Auth Code: | 500111 |
| Check: | 704 |
| Table: | 31/2 |
| Server: | 25492 SAID M. |
| Subtotal: | 38.91 |
| Gratuity | 8 09 |
| Total | 47 00 |

* * * * Guest Copy * * * *

Bill O $32.00

SSP America
Jacks Urban
Sacramento Intl Airport
916-377-353

| | |
|---|---|
| Date: | Ap 03'15 01:30PM |
| Card Type: | Amex |
| Acct #: | XXXXXXXXXX2004 |
| Card Entry: | SWIPED |
| Trans Type: | PURCHASE |
| Trans Key: | DI0003781394758 |
| Auth Code: | 503771 |
| Check: | 1851 |
| Server: | 81 Davonlae |
| Total | 13.91 |

Win an iPad Mini
Go to the website to tell us
about your visit and enter
our prize draw
See website for T&C
www.eatonthemove.com/US

LOCATION: 640 117

Or please call us 1 877 325 8777

I agree to pay total according
to my card issuer agreement.
*** Customer Copy ***

Chevron
9146 Harbour Pt
STN 00205196

04/03/15 09:01:20

E/AMEX
XXXXXXXXXXXX2004

Invoice#: 9603274
Auth#: 529563

Pump#: 8
6.013G @ $ 3.159/G
87 U/Self $ 19.00

Total $ 19.00

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU FOR
CHOOSING CHEVRON

Albuquerque-ABQ-Fast Park
2801 Yale Blvd., S.E.
Albuquerque, 87106
Receipt 049397
EXPRESS 1 04/03/15 19:23

Excess Time
R3 Universities
Car Park 1
03/31/15 11:16
04/03/15 19:23
Period 3d8h8'
(TAX)                    $19.00
Sub Total                $19.00
TAX                       $0.00
----------
Total                    $19.00

Payment Received
AMEX
XXXXXXXXXXXX2004         $19.00
Merch:13061666?
Auth:548165
Type: Swiped

Includes 7% tax
and 2% airport fee

---

STARBUCKS Store #8827
2300 Longport Court
Elk Grove, CA (916) 683-3810

CHK 723688
04/03/2015 06:55 AM
1544384  Drawer: 1  Reg: 1
----------------------------------
Gr Dark Roast              2.10
Amex                       2.10
XXXXXXXXXXXX2004
----------------------------------
Subtotal                  $2.10
Total                     $2.10

Change Due                $0.00
----------- Check Closed -----------
04/03/2015 06:55 AM

New members get a FREE DRINK
Join our loyalty program
Sign up for email rewards
visit Starbucks.com/rewards
or download our app
at participating stores
some restrictions apply
My Starbucks Rewards (R)



Madeleine LaMarre <mlamarre55@gmail.com>

# MADELEINE L ALBUQUERQUE 06APR15
1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com>                     Wed, Mar 25, 2015 at 10:31 AM
Reply-To: Delta Air Lines <support-b9ygjf5bfpayqkauzqx8kqdyjsj19j@e.delta.com>
To: mlamarre55@gmail.com



**Hello, MADELEINE LOUISE**                     SkyMiles® #*******151 >

**Your Trip Confirmation #: HVXHR7**          **MANAGE MY TRIP >**

| **Mon, 06APR** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 4462* | ALBUQUERQUE | SALT LAKE CITY |
| MAIN CABIN (H) | 12:35pm | 2:18pm |
| DELTA 4713* | SALT LAKE CITY | SACRAMENTO |
| MAIN CABIN (H) | 3:05pm | 3:55pm |
| **Tue, 07APR** | **DEPART** | **ARRIVE** |
| DELTA 4706* | SACRAMENTO | SALT LAKE CITY |
| MAIN CABIN (U) | 6:20pm | 8:58pm |
| DELTA 1679 | SALT LAKE CITY | ALBUQUERQUE |
| MAIN CABIN (U) | 10:00pm | 11:33pm |

*Flight 4462 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4713 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4706 Operated by SKYWEST DBA DELTA CONNECTION

### Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| MADELEINE LOUISE LAMARRE | DELTA 4462 | 06A |
| SkyMiles #*******151 | DELTA 4713 | 12B |
| Platinum | DELTA 4706 | 12C |
|  | DELTA 1679 | 12D |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt
of your purchase.

## Flight Receipt

Ticket #: 0062305499437

Place of Issue: Delta.com

Issue Date: 25MAR15

Expiration Date: 25MAR16

### METHOD OF PAYMENT

| | |
|---|---|
| AX***********2004 | **$647.20 USD** |

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $560.00 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.00 USD |
| United States - Transportation Tax (US) | $42.00 USD |

| | |
|---|---|
| **TICKET AMOUNT** | **$647.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ABQ DL X/SLC DL SAC346.05HA07A0OA DL X/SLC DL ABQ213.95UA07A0NA USD560.00END ZP ABQSLCSMFSLC XF ABQ4.5SLC4.5SMF4.5SLC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Mon 06 Apr 2015 | DELTA: ABQ ▸ SLC | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25USD | $35USD |



# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGi.com or 1 877 STAY HGI

| Name & Address |
|---|

LAMARRE, MADELEINE
3200 19TH AVE SE

RIO RANCHO, NM 87124
US

| | |
|---|---|
| Room | 417/K1RRI |
| Arrival Date | 4/6/2015 |
| Departure Date | 4/7/2015 |

5:09:00PM

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | 107.00 |

RATE PLAN        L-GV

HH# 369445769 DIAMOND
AL:  DL #2042493151
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3180298968

4/7/2015        PAGE        1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/6/2015 | GUEST ROOM | RFAREED | 832105 | $107.00 | | |
| 4/6/2015 | RM OCCUPANCY TAX | RFAREED | 832105 | $12.84 | | |
| 4/6/2015 | EGTMD ASSESSMENT | RFAREED | 832105 | $2.14 | | |
| | WILL BE SETTLED TO AX *2004 | | | | | $121.98 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $121.98 | $121.98 |
| DAILY TOTAL | $121.98 | $121.98 |

*You have earned approximately 1605 Hilton HHonors points and approximately 107 Miles with Delta Air Lines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your ea*

**EXPRESS CHECKOUT**
PLEASE DIAL
EXT.2350

T
H
A
N
K

Y
O
U

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 163875  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

• Please review this statement.  It is a record of your charges as of late last
  evening.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

C374
Server: KRYSTLE 12 B (#125)   Rec:186
04/06/15 18:47, Swiped   T: 509 Term:  4

B.I's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 509660
Reference: 0406010000374
TRANS TYPE: Credit Card SALE

CHECK:            37.75

TIP:               7.25

TOTAL:            45.00

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

Billed $30.00

---

MIMI'S CAFE ELK GROVE #67
9195 W. STOCKTON BLVD.
ELK GROVE, CA 95758
(916) 683-4377
Date:       Apr07'15 12:32PM
Card Type:  AMERICAN EXP
Acct #:     XXXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  AIA012458573362
Auth Code:  568648
Check:      4819
Table:      104/1
Server:     10036 SANDRA

Subtotal:        14.83

TIP_____       3.17

TOTAL_____      18.00

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

---

COMIDA BUENA
ALBUQUERQUE INTERNATIONAL SUNPORT
(505) 842-4280
www.fresquezcompanies.com
CHECK:      1856
SERVER:     502024 Natisha
DATE:       APR06'15 11:33AM
CARD TYPE:  AMEX
ACCT #:     XXXXXXXXXXXX2004
EXP DATE:   XX/XX
AUTH CODE:  583155
        MADELEINE LAMARRE

SUBTOTAL:         8.11
TOTAL -->

I AGREE TO COMPLY WITH THE
CARDHOLDER AGREEMENT



#01 MR   **RR**   **160961603**
RES   G52211249B5

**MADELEINE LAMARRE**      **CC**

**INITIAL CHARGES**

| | | | | |
|---|---|---|---|---|
| RENT RT $ 51.06 /DAY | @ 1 /DAYS | $ | 51.06 |
| RENT RT $ 8.51 /HOUR | @ 1 /HOURS | $ | 8.51 |
| SUBTOTAL 1 | | $ | 59.57 |
| DISCOUNT - T 10% | | $ | 5.96 |
| SUBTOTAL LESS DISCOUNT | | T$ | 53.61 |

**CHARGES ADDED DURING RENTAL**

| | |
|---|---|
| LDW | DECLINED |
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PREM RD SVC | DECLINED |
| * ADDITIONAL CHARGES | |

**SERVICE CHARGES/TAXES**

| | | | | |
|---|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T$ | 5.96 |
| CA TOURISM ASSESSMENT | 2.60% | $ | 1.39 |
| TAX 1   8.000% ON TAXABLE TTL OF $ | 59.57 | $ | 4.77 |
| TAX 2   2.750% ON TAXABLE TTL OF $ | .00 | $ | .00 |
| **TOTAL AMOUNT DUE** | | $ | **65.73** |

CHARGED ON AMX    XXXXXXXXXXX2004

**FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED**

| | |
|---|---|
| VEHICLE: 00599 / 1027572    15 ELANTRA   N | |
| LICENSE: CA 7GSE003 | |
| FUEL:    FULL    8/8 OUT   8/8 IN | |
| MILEAGE IN:    25948 | TR-X MILES: |
| MILEAGE OUT:    25894 | MILES ALLOWED: |
| MILES DRIVEN:     54 | MILES CHARGED: |
| CDP:    00014 - AAA AUTO CLUB SOUTH | |

| | |
|---|---|
| RENTED: | SACRAMENTO INTL AP |
| RENTAL: | 04/06/15 16:17 |
| RETURN: | 04/07/15 16:54 |
| RETURNED: | SACRAMENTO INTL AP |
| COMPLETED BY: | 2283/CASAC11 |

| | | |
|---|---|---|
| PLAN IN: | AAAD | RATE CLASS:   C |
| PLAN OUT: | AAAD | |

Albuquerque-ABQ-Fast Park
2801 Yale Blvd. , S.E.
Albuquerque, 87106

EXPRESS 1   04/08/15 00:10
Receipt 050322

| | |
|---|---|
| Excess Time | |
| R3 Universities | |
| Car Park 1 | |
| 04/06/15 11:12 | |
| 04/08/15 00:10 | |
| Period 1d12h59' | |
| (TAX) | $9.50 |
| | |
| Sub Total | $9.50 |
| TAX | $0.00 |
| | --------- |
| Total | $9.50 |
| | |
| Payment Received | |
| AMEX | $9.50 |
| XXXXXXXXXXX2004 | |
| Merch:1306516667 | |
| Auth:521808 | |
| Type: Swiped | |
| | |
| Includes 7% tax | |
| and 2% airport fee | |



****************************************

DATE 4/07/15 TIME 5:33:59PM
MID 345061403886 1042240440

VINO VOLO #3

(916) 929-8466

**AMEX** XXXXXXXXXXX2004 S
AUTH 523391 6 CHECK 159450
PRE-AUTH 1-BAR/LOUNGE MANAGER

Transaction Key: FIF00382097[illegible]

| | |
|---|---|
| AMOUNT | 18.00 |
| TAX | 1.44 |
| SUBTOTAL $ | 19.44 |
| TIP $ | 3.56 |
| TOTAL $ | 23.00 |

CUSTOMER COPY

****************************************

3.760 [illegible] 13.00

**Madeleine LaMarre <mlamarre55@gmail.com>**

---

# Flight reservation (87RRYK) | 27APR15 | ABQ-BUR | Lamarre/Madeleine
1 message

---

**Southwest Airlines** <SouthwestAirlines@luv.southwest.com>          Sun, Apr 12, 2015 at 8:25 PM
Reply-To: Southwest Airlines <no-reply@luv.southwest.com>
To: MLAMARRE55@gmail.com

You're all set for your trip!

## Southwest ❧

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 04/27/15 - Burbank

✈  **AIR Itinerary**

**AIR Confirmation: 87RRYK**          Confirmation Date: 04/12/2015



Save up to 35%
plus earn up to 2,400
Rapid Rewards® points.

BOOK NOW ►          AVIS

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| LAMARRE/MADELEINE | 590958675 | 5262499729238 | Apr 11, 2016 | 4511 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals – including A-List & A-List Preferred bonus points.

**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Apr 27 | 487 | Depart **ALBUQUERQUE, NM** (ABQ) on Southwest Airlines at **11:20 AM**<br>Arrive in OAKLAND, CA (OAK) at 12:50 PM<br>Wanna Get Away |
| | 804 | Change planes to Southwest Airlines in OAKLAND, CA (OAK) at 1:40 PM<br>Arrive in **BURBANK, CA** (BUR) at **2:40 PM**<br>Travel Time 4 hrs 20 mins<br>Wanna Get Away |
| Fri May 1 | 586 | Depart **BURBANK, CA** (BUR) on Southwest Airlines at **08:10 AM**<br>Arrive in LAS VEGAS, NV (LAS) at 09:10 AM<br>Business Select |
| | 1618 | Change planes to Southwest Airlines in LAS VEGAS, NV (LAS) at 11:05 AM<br>Arrive in **ALBUQUERQUE, NM** (ABQ) at **1:35 PM**<br>Travel Time 4 hrs 25 mins |

**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car



**CLICK 'N SAVE**

Join over 17 million

Business Select

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**
- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 503.50


email subscribers saving big on travel each week.

Sign Up

ENROLL NOW. IT'S FREE!

Southwest
Rapid Rewards

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262499729238: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

ABQ WN X/OAK WN BUR100.84NLA0HNRO WN X/LAS WN ABQ325.49KZBP 426.33 END ZPABQOAKBURLAS XFABQ4.5OAK4.5BUR4.5LAS4.5 AY11.20$ABQ5.60 BUR5.60

 Learn About Our Boarding Process

 Get EarlyBird Check-In® Details

## Cost and Payment Summary



**AIR - 87RRYK**

| | | |
|---|---|---|
| Base Fare | $ 426.33 | **Payment Information** |
| Excise Taxes | $ 31.97 | Payment Type: Amer Express XXXXXXXXXXX2004 |
| Segment Fee | $ 16.00 | Date: Apr 12, 2015 |
| Passenger Facility Charge | $ 18.00 | Payment Amount: $503.50 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 503.50** | |



**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.          Learn More

**Useful Tools**          **Know Before You Go**          **Special Travel Needs**



# HOMEWOOD SUITES
## BY HILTON®

1505 Mill Rock Way • Bakersfield, CA 93311
Phone (661) 664-0400 • Fax (661) 664-0475
Reservations
www.homewoodsuites.com or 1-800-CALL-HOME ®

**Name & Address**

LAMARRE, MADELEINE

3200 19TH AVE SE

RIO RANCHO NM 87124
UNITED STATES OF AMERICA

| | |
|---|---|
| Suite | 102/KSTN |
| Arrival Date | 4/27/2015 5:20:00 PM |
| Departure Date | 4/30/2015 |
| Adult/Child | 1/0 |
| Room Rate | 96.00 |
| Rate Plan: | GVT |
| HH # | 369445769 DIAMOND |
| AL: | DL #2042493151 |
| Car: | |

*Folio*

Confirmation Number: 87998282

4/30/2015



| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/27/2015 | 877009 | GUEST ROOM | $96.00 |
| 4/27/2015 | 877009 | OCCUPANCY TAX | $11.52 |
| 4/27/2015 | 877009 | CALIFORNIA TOURISM | $0.04 |
| 4/28/2015 | 877173 | SUITE SHOP - BEVERAGE | $1.50 |
| 4/28/2015 | 877173 | SALES TAX-MISC. | $0.11 |
| 4/28/2015 | 877200 | GUEST ROOM | $96.00 |
| 4/28/2015 | 877200 | OCCUPANCY TAX | $11.52 |
| 4/28/2015 | 877200 | CALIFORNIA TOURISM | $0.04 |
| 4/29/2015 | 877405 | GUEST ROOM | $96.00 |
| 4/29/2015 | 877405 | OCCUPANCY TAX | $11.52 |
| 4/29/2015 | 877405 | CALIFORNIA TOURISM | $0.04 |
| 4/30/2015 | 877546 | AX *2004 | ($324.29) |
| | | **BALANCE** | $0.00 |

You have earned approximately 4570 Hilton HHonors points and approximately 288 Miles with Delta Air Lines for this stay. H
HHonors(R) stays are posted within 72 hours of checkout. To check your e

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *2004 | | 4/30/2015 | 217556 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| LAMARRE, MADELEINE | | 161008 | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| | | TOTAL AMOUNT | -324.29 |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

HILTON
HHONORS

WALDORF
ASTORIA
HOTELS & RESORTS

CONRAD
HOTELS & RESORTS

Hilton
HOTELS & RESORTS

DOUBLETREE
BY HILTON

EMBASSY
SUITES

Hilton
Garden Inn

Hampton

HOMEWOOD
SUITES
BY HILTON®

HOME2
SUITES BY HILTON

Hilton
Grand Vacations

102



Hampton Inn & Suites - Burbank
7501 North Glenoaks Blvd • Burbank, CA 91504
Phone (818) 768-1106 • Fax (818) 768-1126


U S A
Official Sponsor

| LAMARRE, MADELEINE | name | room number: | 229/KXTD | |
| 3200 19TH AVE SE | address | arrival date: | 4/30/2015 | 5:27:00PM |
| | | departure date: | 5/1/2015 | |
| RIO RANCHO, NM 87124 | | | | |
| US | | adult/child: | 1/0 | |
| | | room rate: | $199.00 | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN        LV0
HH# 369445769 DIAMOND
AL        DL #2042493151
BONUS AL        CAR

Confirmation: 87212586

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

5/1/2015        PAGE        1

**signature:**

| date | reference | description | amount | ♻ |
|------|-----------|-------------|--------|---|
| 4/30/2015 | 755139 | GUEST ROOM | $199.00 | |
| 4/30/2015 | 755139 | ROOM - OCCUPANCY TAX | $27.86 | |
| 4/30/2015 | 755139 | CA - TOURISM ASSESSMENT | $0.13 | |
| 4/30/2015 | 755139 | LATMD | $2.99 | |
| | | WILL BE SETTLED TO AX *2004 | $229.98 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

*Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.*

for reservations call **1.800.hampton** or visit us online at **hampton.com**        **thanks.**

| account no. | | date of charge | folio/check no. |
| | | | 174950    A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |















Albuquerque-ABQ-Fast Park
2801 Yale Blvd. S.E.
Albuquerque, 87106

EXPRESS 1   05/01/15 13:56
Receipt 055947

R3 Universities
Excess Time
Car Park 1
04/27/15 10:07
05/01/15 13:56
Period 4d3h50
(TAX)                         $23.75

Sub Total                     $23.75
TAX                            $0.00
Total                         $23.75
------------
Total                         $23.75

Payment Received              $23.75
AMEX
XXXXXXXXXXXX2004
Merch:13065166667
Auth:548434
Type: Swiped

Includes 7% tax
and 2% airport fee
8050672

Thank you!

Trans ID: 241
Auth: 588826
Acct: XXXXXXXXXXXX2004
AmEx                          12.57
Total                        12.57
Tax                           0.82
Sub/Ttl                      11.75
==========================================
Breadstick
1 GC Chix Bowl                6.25
==========================================
1 Fiji Water Large           5.50

10:21am    4/27/15            MON
Amber
CONCOURSE1

Check 30223
- - - - - - - - - - - - - - - - - -
*********************
*   ALBUQUERQUE SUNPORT   *
*      COFFEE CO.         *
*     BLACK MESA          *
*********************

# Hertz.

**#01 MR 17265403**  RR  **RES** GS38100393 1

## MADELEINE LAMARRE

| INITIAL CHARGES | | | |
|---|---|---|---|
| RENT RT 1  38.00 / DAY X 4 / DAYS | | $ | 152.00 |
| SUBTOTAL 1 | | $ | 152.00 |
| DISCOUNT - T    10% | | $ | 15.20 |
| SUBTOTAL LESS DISCOUNT | 1T | $ | 136.80 |

| CHARGES ADDED DURING RENTAL | | | |
|---|---|---|---|
| LDW    DECLINED | | | |
| LIS    DECLINED | | | |
| PAI, PEC    DECLINED | | | |
| PREM RD SVC    DECLINED | | | |
| *ADDITIONAL CHARGES | | | |
| CUST FAC CHG | | $ | 24.00 |
| CA TOURISM ASSESSMENT | | | |
| CONCESSION FEE RECOVERY    2.60% | | $ | 3.56 |
| SERVICE CHARGES/TAXES | 11.11% 1T | $ | 15.20 |
| TAX 1    8.000% ON TAXABLE TTL OF $ 152.00 | | $ | 13.68 |
| TAX 2    3.750% ON TAXABLE TTL OF $ | .00 | $ | .00 |
| TOTAL AMOUNT DUE | | $ | 193.24 |
| CHARGED ON AMX    XXXXXXXXXXXX2004 | | | |

Gold Plus Rewards Points Earned This Rental:   **150**

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE: 01198 / 8255515   15 WL CRUZE 4D SN
LICENSE: CA 7CYU544
FUEL:    FULL    8/8 OUT  8/8 IN
MILEAGE IN:    7839    TRX MILES:
MILEAGE OUT:   7574    MILES ALLOWED:
               265    MILES DRIVEN:
MILES CHARGED:
CDP:   00014 - AAA AUTO CLUB SOUTH

RENTED:   HOLLYWOOD-BURBANK AP
RENTAL:   04/27/15 15:34
RETURN:   05/01/15 07:07
RETURNED: HOLLYWOOD-BURBANK AP
COMPLETED BY:  4444/CABUR11

PLAN IN:  AAAD    RATE CLASS:  C
PLAN OUT: AAAD

MCS BURBANK LLC
BOB HOPE AIRPORT
2627 Hollywood Way
Burbank, CA 91505
(818) 972-1331

Server: ARACELY
07:33 AM
DOB: 05/01/2015

Fast Close/1
16/160133
05/01/2015

SALE

AMEX                           1677337
Card #XXXXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method: S

Approval: 505294

Amount:        $ 6.49

+ Tip:

= Total:

X

I agree to pay the above
total amount according to the
card issuer agreement.

LET US KNOW IF YOU
ENJOYED SUPER SERVICE
MGR@MCSBURBANK.COM
HAVE A NICE FLIGHT
THANK YOU & PLEASE COME AGAIN

Customer Copy

---

SHELL U-POWER
ACTIVELY CLEANS
AS YOU DRIVE
Tel: 818 -767-3221
SALES RECEIPT
00 000 000000

DATE04/30/15  5:10PM
INVOICE# 684654
AUTH#     569744
AMEX
ACCOUNT NUMBER
XXXX XXXXXX XXXXXX X2004
LAMARRE/MADELEINE

PUMP PRODUCT     $/G
01   UNLD     $3.699
GALLONS    FUEL TOTAL
9.651      $ 35.70

Save 10¢pg instantly
at Shell when you
earn 100 points at
Ralphs.

Pick up a brochure
at your local Shell
for more details.

SHELL U-POWER
OUR MOST ADVANCED
FUEL EVER
Thanks for Coming



HMSHOST
MAX'S EATZ
OAKLAND INTL AIRPORT

292847 Nicole

---

CHK 9188
APR27'15 12:41PM

---

TO GO

| | |
|---|---|
| 1 SAND TUNA | 9.99 |
| SUBTOTAL | 9.99 |
| EE BENFT SURCHRG | 0.20 |
| TAX | 0.97 |
| AMOUNT PAID | 11.16 |
| XXXXXXXXXXX2004 | |
| AMEX | 11.16 |

--292847 Closed APR27 12:41PM--

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

GILBERT SILVA
510-563-3202
GILBERT.SILVA@HMSHOST.COM

Your order number is: 918

GARY BRIC'S RAMP
7730 NORTH HOLLYWOOD WA
BURBANK, CA 91505
8187686499

Merchant ID: 0742 Ref #: 0028
Clerk ID: 11

Billed $35.00

Sale

XXXXXXXXXXX2004
AMEX Entry Method: Swiped

| | | |
|---|---|---|
| Amount: | $ | 41.70 |
| Tip: | | 8.30 |
| Total: | | 50.00 |

04/30/15 19:33:49
Inv #: 000016 Appr Code: 505286
Transaction ID: 003155527125677
Apprvd: Online Batch#: 000110

Customer Copy

THANK YOU!

7701 White Ln.
Bakersfield,CA
(661) 831-4688

Date: Apr28'15 01:40PM
Card Type: Amex
Acct #: XXXXXXXXXXXX2004
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 561535
Check: 5469
Table: 120/5
Server: 2109 Georgina

Subtotal: 12.62

Tip: 3.38

Total: 16.00

I agree to pay above total according to my card issuer agreement.

* * * * Customer Copy * * * *

Transaction Details Prepared for
Madeleine Lamarre
Account Number:
XXXX-XXXXXX-22004

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| MAY4 2015 | *EINSTEIN BAGEL VEGAS* | *MADELEINE LAMARRE* | $9.39 |

**Transaction Details**

If you added a tip to your bill, the tip will appear when your payment is processed.
Sometimes businesses like restaurants place a temporary charge on your Card, so
please check the charge amount after transaction posts.

Doing business as:

**EINSTEIN BAGEL VEGAS**
5757 WAYNE NEWTON BLVD
LOS ANGELES
CA
90045
UNITED STATES

Category: Restaurant - Bar & Café

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell     847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

May 15, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed the revised invoice for April.  Sorry about the error on the travel for May 2nd.

Sincerely,

*M Puisis D.O.*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

# Invoice #28

Plata v. Davis C-01-1351
May 2, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 4/6/2015 | airfare to sacramento | | | $683.00 |
| 4/6/2015 | taxi to airport | | | $37.00 |
| 4/6/2015 | rental car | | | $144.67 |
| 4/6/2015 | hotel sacramento | | | $268.73 |
| 4/7/2015 | meal | | | $16.15 |
| 4/7/2015 | gas for rental car | | | $4.80 |
| 4/27/2015 | airfare to sacramento | | | $557.20 |
| 4/27/2015 | taxi to airport | | | $37.00 |
| 4/27/2015 | hotel sacramento | | | $578.50 |
| 4/27/2015 | rental car | | | $376.38 |
| 4/28/2015 | meal | | | $11.75 |
| 4/29/2015 | meal | | | $32.40 |
| 5/1/2015 | meal | | | $26.14 |
| 5/2/2015 | gas for rental car | | | $28.20 |
| 4/6/2015 | travel for meeting | 6 | $137.50 | $825.00 |
| 4/7/2015 | Meeting with Receiver/ Dianne Tosche/ Region 3 executive staff /Dr. Kanan | 6.5 | $275.00 | $1,787.50 |
| 4/8/2015 | travel | 6 | $137.50 | $825.00 |
| 4/15/2015 | Call with Eureka Day and review of Stockton QM minutes | 2.5 | $275.00 | $687.50 |
| 4/22/2015 | Conf call with Region 3 executive staff | 1 | $275.00 | $275.00 |
| 4/23/2015 | Conference call with Plata Experts | 0.75 | $275.00 | $206.25 |

| | | | | |
|---|---|---|---|---|
| 4/27/2015 | travel to sacramento | 6 | $137.50 | $825.00 |
| 4/28/2015 | MCSP visit with Regional team | 9.5 | $275.00 | $2,612.50 |
| 4/29/2015 | MCSP visit with Regional team | 9.5 | $275.00 | $2,612.50 |
| 4/30/2015 | MCSP visit with Regional team | 8.5 | $275.00 | $2,337.50 |
| 5/1/2015 | MCSP visit with Regional team | 7.5 | $275.00 | $2,062.50 |
| 5/2/2015 | travel | 6 | $137.50 | $825.00 |
| 5/2/2015 | Conference call with Plata Experts | 1.5 | $275.00 | $412.50 |
| | | | TOTAL | $19,095.67 |

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

INSERT

PRINTED IN U.S.A. BY HOEL, DALLAS, TX  REC 5/07  C0864  Rev 03-14



| Day | Date | Flight | Depart | | Time | Arrive | | Time | Equip. | Meal. |
|-----|------|--------|--------|-|------|--------|-|------|--------|-------|
| Mon | 06APR15 | UA5590 | Chicago-Ohare | | 7:25 PM | Sacramento | | 9:55 PM | 737-900 | Purchase |
| Wed | 08APR15 | UA1061 | Sacramento | | 6:30 AM | Chicago-Ohare | | 1:35 PM | 737-900 | Purchase |

### PUISIS/MICHAELAMR

Confirmation Number: C7MQYC

Party of 1                                 Seats                Ticket Number        Frequent Flyer
PUISIS/MICHAELAMR                          27D/20I              0162443097467C       U-------202

Fare: 609.10       Tax: 73.90      Per Person: 683.00      eTicket Total: 683.00       Issue Date: March 20, 2015

Method of Payment: Visa XXXXXXXXXXXX2885

Fare Rules: Additional charges may apply for changes in addition to any fare ruler listee.

This ticket shall expire one year from date of issue.

---

**AMERICAN TAXI** INC.

**R E C E I P T**

DATE ___4/6/15___

___37.00___

AMOUNT

FROM _____

TO _____

NAME _____            CAB NUMBER

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

**Hertz.**

CHARGE DETAIL

| Date: | 04/08/2015 |
| Document: | 975000666495 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

## RENTAL REFERENCE
Rental Agreement No: 161029466
Reservation ID:      G5201741744
Frequent Traveler:   ZE1

## RENTAL DETAILS
Rate Plan:       IN: MCLD      OUT: MCLD
Rented On:       04/06/2015 22:42    LOC# 125011
                 SACRAMENTO AP, CA
Returned On:     04/08/2015 04:26    LOC# 125011
                 SACRAMENTO AP, CA
Car Description:     SPARK 4D 7FTT963
Veh. No.:            6675086

| CAR CLASS Charged: | A | MILEAGE | In: 21,180 |
| Rented: | A | | Out: 21,127 |
| Reserved: | A | | Driven: 53 |

## MISCELLANEOUS INFORMATION
CC AUTH:  04006C   DATE: 2015/04/06   AMT:   145.00

## RENTAL CHARGES

| DAYS | 2 @ | 59.00 | 118.00 |
| SUBTOTAL | | | 118.00 |
| | | | |
| CONCESSION FEE RECOVERY | | | 13.11 |
| CA TOURISM FEE | | | 3.07 |
| TAX | | 8.00% | 10.49 |
| | | | |
| TOTAL CHARGES | | | 144.67 USD |

## Gold Plus Rewards Points
Earned this rental:   130

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | 161029466 |
| Date: | 04/08/2015 |
| Document: | 975000666495 |

| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

Phone:    800-654-4173
Web:      www.hertz.com

| TOTAL CHARGES | 144.67 USD |



# Hilton Garden Inn®
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Room | 107/K1RZ |
| Arrival Date | 4/6/2015 |
| Departure Date | 4/8/2015    11:15:00PM |
| Adult/Child | 1/0 |
| Room Rate | 100.00 |

RATE PLAN          LV8

HH# 736265396 SILVER
AL:  UA  #03069734862
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3183873480

4/8/2015      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/6/2015 | GUEST ROOM | RFAREED | 832016 | $100.00 | | |
| 4/6/2015 | RM OCCUPANCY TAX | RFAREED | 832016 | $12.00 | | |
| 4/6/2015 | EGTMD ASSESSMENT | RFAREED | 832016 | $2.00 | | |
| 4/7/2015 | *GREAT AMERICAN GRILL | LINTR | 832229 | $9.67 | | |
| 4/7/2015 | *GREAT AMERICAN GRILL | LINTR | 832328 | $31.06 | | |
| 4/7/2015 | GUEST ROOM | RFAREED | 832364 | $100.00 | | |
| 4/7/2015 | RM OCCUPANCY TAX | RFAREED | 832364 | $12.00 | | |
| 4/7/2015 | EGTMD ASSESSMENT | RFAREED | 832364 | $2.00 | | |
| | WILL BE SETTLED TO VS *2885 | | | | | |
| | EFFECTIVE BALANCE OF | | | | $268.73 | |
| | | | | | | $0.00 |

EXPRESS CHECKOUT PLEASE DIAL EXT 2350

### EXPENSE REPORT SUMMARY

| | 12:00:00AM | 04/07/15 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $114.00 | $114.00 | $228.00 |
| FOOD & BEVERAGE | $0.00 | $40.73 | $40.73 |
| DAILY TOTAL | $114.00 | $154.73 | $268.73 |

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 163878  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

**PAYMENT DUE UPON RECEIPT**

T H A N K

Y O U

MIMI'S CAFE ELK GROVE #67
9195 W STOCKTON BLVD.
ELK GROVE, CA 95758
(916) 683-4377

Date:           Apr07'15 12:33PM
Card Type:  VISA
Acct #:         XXXXXXXXXXXX2885
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  AIA01245857429S
Auth Code:  06346C
Check:          4841
Tbl:            104/2
Server:         10036 SANDRA

Subtotal:              13.55

TIP             2.00

TOTAL

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

---

ARCO am pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Fax: 9165640311
Site Number 11900674

Trans# 065245
04/08/15 04:19

Pump  Gallons  Price
08     1.678  $ 2.859

Product         Amount
UNLEADED REGULS 4.80

Total Sale      $ 4.80

VISA
XXXXXXXXXXXX2885
Auth: 091770
Ref: 7897044
Resp Code: 000
Term ID: 00008
Stan: 046110181141

SITE ID: 2988012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mon | 27APR15 | UA1590U | Chicago-OHare | 7:15 PM | Sacramento | 9:4? PM | 737-900 | Purchase |
| Sat | 02MAY15 | UA1274S | Sacramento | 6:30 AM | Chicago-OHare | 12:35 PM | 737-900 | Purchase |

### PUISIS/MICHAELAMR

### Confirmation Number: NEDKW2

Party of 1

PUISIS/MICHAELAMR

Seats

21C/21E

Ticket Number

01624458348645

Frequent Flyer

UA *****202

Fare: 492.10    Tax: 65.10    Per Person: 557.20    eTicket Total: 557.20    Issue Date: April 13, 2015

Method of Payment: Visa XXXXXXXXXXXX2885

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

**AMERICAN TAXI**

**R E C E I P T**

DATE 4/27/15

AMOUNT 37.00

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

FROM

TO

NAME                                          CAB NUMBER



## Hilton Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address | | |
|---|---|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

| | |
|---|---|
| Room | 328/K1RZ |
| Arrival Date | 4/27/2015 |
| Departure Date | 5/2/2015   10:18:00PM |
| Adult/Child | 1/0 |
| Room Rate | 107.00 |

RATE PLAN          L-GV

HH# 736265396 SILVER
AL:  UA #03069734862
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3178779570

5/2/2015    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/27/2015 | GUEST ROOM | RFAREED | 839436 | $107.00 | | |
| 4/27/2015 | RM OCCUPANCY TAX | RFAREED | 839436 | $12.84 | | |
| 4/27/2015 | EGTMD ASSESSMENT | RFAREED | 839436 | $2.14 | | |
| 4/28/2015 | *GREAT AMERICAN GRILL | LINTR | 839560 | $11.17 | | |
| 4/28/2015 | GUEST ROOM | RFAREED | 839789 | $107.00 | | |
| 4/28/2015 | RM OCCUPANCY TAX | RFAREED | 839789 | $12.84 | | |
| 4/28/2015 | EGTMD ASSESSMENT | RFAREED | 839789 | $2.14 | | |
| 4/29/2015 | *GREAT AMERICAN GRILL | LINTR | 839890 | $11.17 | | |
| 4/29/2015 | GUEST ROOM | RFAREED | 840188 | $107.00 | | |
| 4/29/2015 | RM OCCUPANCY TAX | RFAREED | 840188 | $12.84 | | |
| 4/29/2015 | EGTMD ASSESSMENT | RFAREED | 840188 | $2.14 | | |
| 4/30/2015 | *GREAT AMERICAN GRILL | LINTR | 840303 | $15.49 | | |
| 4/30/2015 | *ROOM SERVICE | LINTR | 840468 | $38.76 | | |
| 4/30/2015 | GUEST ROOM | ER1 | 840558 | $107.00 | | |
| 4/30/2015 | RM OCCUPANCY TAX | ER1 | 840558 | $12.84 | | |
| 4/30/2015 | EGTMD ASSESSMENT | ER1 | 840558 | $2.14 | | |
| 5/1/2015 | *GREAT AMERICAN GRILL | LINTR | 840711 | $13.99 | | |
| 5/1/2015 | SERVICE RECOVERY: REVENUE | SSCHREFE | 840188 | | $107.00 | |
| 5/1/2015 | SERVICE RECOVERY: REVENUE | SSCHREFE | 840188 | | $12.84 | |
| 5/1/2015 | SERVICE RECOVERY: REVENUE | SSCHREFE | 840188 | | $2.14 | |
| 5/1/2015 | GUEST ROOM | ER1 | 840951 | $107.00 | | |
| 5/1/2015 | RM OCCUPANCY TAX | ER1 | 840951 | $12.84 | | |

EXPRESS CHECKOUT
PLEASE DIAL
EXT.2350

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®**
**there is no need to stop at the Front Desk to check out.**

• Please review this statement.  It is a record of your charges as of late last
   evening.
• For any charges after your account was prepared, you may:
   + pay at the time of purchase.
   + charge purchases to your account, then stop by the Front Desk for an
      updated statement.
   + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO |
|---|---|
| | 165293  A |

| AUTHORIZATION | | INITIAL |
|---|---|---|
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT

T H A N K

Y O U



# Hilton
# Garden Inn®
### Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202-1655
US

Room                328/K1RZ
Arrival Date        4/27/2015
Departure Date      5/2/2015        10:18:00PM

Adult/Child         1/0
Room Rate           107.00

RATE PLAN           L-GV

HH# 736265396 SILVER
AL: UA #03069734862
BONUS AL:            CAR:

CONFIRMATION NUMBER : 3178779570

5/2/2015      PAGE    2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 5/1/2015 | EGTMD ASSESSMENT | ER1 | 840951 | $2.14 | | |
| | | | | | | |
| | WILL BE SETTLED TO VS *2885 | | | | | $578.50 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 12:00:00AM | 04/28/15 | 04/29/15 | 04/30/15 |
|---|---|---|---|---|
| ROOM & TAX | $121.98 | $121.98 | $121.98 | $121.98 |
| FOOD & BEVERAGE | $0.00 | $11.17 | $11.17 | $54.25 |
| DAILY TOTAL | $121.98 | $133.15 | $133.15 | $176.23 |

| | 12:00:00AM STAY TOTAL | |
|---|---|---|
| ROOM & TAX | $0.00 | $487.92 |
| FOOD & BEVERAGE | $13.99 | $90.58 |
| DAILY TOTAL | $13.99 | $578.50 |

**EXPRESS CHECKOUT**
PLEASE DIAL
EXT.2350

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 165293  A | |
|---|---|---|
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

**PAYMENT DUE UPON RECEIPT**

T H A N K

Y O U

**Hertz.**

CHARGE DETAIL

| | |
|---|---|
| Date: | 05/02/2015 |
| Document: | 905000861642 |
| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

## RENTAL REFERENCE

| | |
|---|---|
| Rental Agreement No: | 173028111 |
| Reservation ID: | G5391787134 |
| Frequent Traveler: | ZE1 |

## RENTAL DETAILS

| | |
|---|---|
| Rate Plan: | IN: WEFW   OUT: WEFW |
| Rented On: | 04/27/2015 21:46  LOC# 125011 |
| | SACRAMENTO AP, CA |
| Returned On: | 05/02/2015 04:09  LOC# 125011 |
| | SACRAMENTO AP, CA |
| Car Description: | FOCUS 7ALU075 |
| Veh. No.: | 5169685 |

| CAR CLASS | | MILEAGE | |
|---|---|---|---|
| Charged: B | | In: | 33,016 |
| Rented: B | | Out: | 32,702 |
| Reserved: B | | Driven: | 314 |

## MISCELLANEOUS INFORMATION

CC AUTH:  00107C  DATE: 2015/04/27  AMT:  376.00

## RENTAL CHARGES

| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 307.00 | 307.00 |
| SUBTOTAL | | | 307.00 |
| | | | |
| CONCESSION FEE RECOVERY | | | 34.11 |
| CA TOURISM FEE | | | 7.98 |
| TAX | | 8.00% | 27.29 |

| | |
|---|---|
| TOTAL CHARGES | 376.38 USD |

## Gold Plus Rewards Points

Earned this rental:  338

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:   800-654-4173
Web:     www.hertz.com

| | |
|---|---|
| Rental Agreement No: | 173028111 |
| Date: | 05/02/2015 |
| Document: | 905000861642 |
| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

| | |
|---|---|
| TOTAL CHARGES | 376.38 USD |

**SUBWAY**

| Qty | Item | Price |
|-----|------|-------|
| 1 | Chips | $1.25 |
| 1 | 6" Turkey Breast | $4.75 |
| 1 | Veggie Delite Salad | $5.75 |

```
            SUBTOTAL       $11.75
            Sales Tx       $0.00
        TAKE-OUT **TOTAL   $11.75
        Credit AMT TEND    $11.75
            CHANGE DUE      $0.00

Approval No: 052300
Reference No: 51190046526
Acquired: Swipe
Account No: ***********2885
Card Issuer: Visa
Amount: $11.75
Host Id: 625-226-2164565
```

Get a Free Cookie! Take our 1 minute survey
at www.tellsubway.com

```
Store #46305 | (916)591-2056
8234 Laguna Blvd ste 140
04/28/15  17:27:11 Trans #119
          Clerk: teri 116
```

---

```
              Romano's Macaroni Grill
              www.macaronigrill.com
              9198 W. Stockton Blvd.
                Elk Grove, CA 95758
                   916-478-2878

Server: WADE            DOB: 04/29/2015
05:48 PM                     04/29/2015
Table 993/1                     1/10036

                  SALE

VISA                        1048607
Card #XXXXXXXXXX2885
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 05393C

                 Amount:    $ 27.00
               + Gratuity:    5.40

                 = Total:    32.40

        I agree to pay the above
        total amount according to the
           card issuer agreement.

    X _____

              Romano's Macaroni Grill
              www.macaronigrill.com

                 Guest Copy
```

Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2878

DOB: 05/01/2015
05/01/2015
1/10028

Server: WADE
05:56 PM
Table 997/1

SALE

VISA                    1048605
Card #XXXXXXXXXX2885
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 08983C

Amount:        $ 22.14

+ Gratuity: _____ 4

= Total: _____ 26 14

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Romano's Macaroni Grill
www.macaronigrill.com

Guest Copy

---

ARCO am pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640514
Fax: 9165640514
Site Number 11900674

Trans# 003243
05 02 15 03:50

Pump  Gallons  Price
05    8.107 $ 3.479

Product       Amount
UNLEADED REGLS  28.20

Total Sale  $ 28.20

VISA
XXXXXXXXXXXX2885
Auth #: 07708C
Ref: 8681842
Resp Code: 000
Term ID: 00005
Stan: 051211397755

SITE ID: 2988012

### Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: May 1, 2015

Billing Period:   Apr-14

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $17,401.67 |
| --- | --- |

| Date | Hours | | Hourly Fee | | Total | Task Performed |
| --- | --- | --- | --- | --- | --- | --- |
| 4/1/15 | 1.50 | @ | $137.50 | = | $206.25 | Travel to Sacramento |
| 4/1/15 | 6.00 | @ | $275.00 | = | $1,650.00 | Meetings with CCHCS staff |
| 4/2/15 | 8.00 | @ | $275.00 | = | $2,200.00 | Meeting with Receiver, meetings with CHCF staff |
| 4/2/15 | 1.50 | @ | $137.50 | = | $206.25 | Travel from Stockton |
| 4/3/15 | 1.75 | @ | $275.00 | = | $481.25 | Meeting with CCHCS staff |
| 4/3/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel to/from Sacramento |
| 4/6/15 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| 4/7/15 | 7.00 | @ | $275.00 | = | $1,925.00 | Meetings with CCHCS staff, review of documents |
| 4/7/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel to/from Sacramento |
| 4/10/15 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents, report writing |
| 4/17/15 | 4.00 | @ | $275.00 | = | $1,100.00 | Review of documents |
| 4/20/15 | 2.00 | @ | $275.00 | = | $550.00 | Meeting with CCHCS regional staff |
| 4/23/15 | 0.75 | @ | $275.00 | = | $206.25 | Phone conference with Court Experts |
| 4/26/15 | 2.00 | @ | $137.50 | = | $275.00 | Travel to SVSP |
| 4/27/15 | 9.00 | @ | $275.00 | = | $2,475.00 | Meetings at SVSP |
| 4/27/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel from SVSP |
| 4/29/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel to CCWF |
| 4/30/15 | 9.00 | @ | $275.00 | = | $2,475.00 | Meetings at CCWF |
| 4/30/15 | 2.50 | @ | $137.50 | = | $343.75 | Travel from CCWF |
| Total | | | | | $16,293.75 | |

| Professional Fees | |
| --- | --- |
| | $16,293.75 |

| Travel Expenses | |
| --- | --- |
| | $1,107.92 |

| **TOTAL DUE** | $17,401.67 |
| --- | --- |

Joseph L. Goldenson, MD

1406 Cypress Street, Berkeley, CA 94703

(510) 524-3102

jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Airfare | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|---------|---------|-----------|-------|-------|-----------|
| 4/1/15 | $106.46 | $56.00 | | | | $4.00 | $51.75 | | $218.21 |
| 4/2/15 | | $9.65 | | | | | $74.75 | | $84.40 |
| 4/3/15 | | | | | | | $103.50 | | $103.50 |
| 4/7/15 | | $14.84 | | | | $4.00 | $51.75 | | $70.59 |
| 4/26/15 | $180.02 | | | | | | $54.60 | | $234.62 |
| 4/27/15 | | | | | | | $86.25 | | $86.25 |
| 4/29/15 | $98.10 | $34.25 | | | | | $89.00 | | $221.35 |
| 4/30/15 | | | | | | | $89.00 | | $89.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Total  $1,107.92

*$0.575/ mile



**Hampton Inn & Suites Sacramento/Elk Grove**
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


USA
Official Sponsor

| | | | |
|---|---|---|---|
| GOLDENSON, JOE<br>1406 CYPRESS ST<br><br>BERKELEY, CA 94703<br>US | name<br>address | room number:<br>arrival date:<br>departure date:<br><br>adult/child:<br>room rate: | 410/KXWO<br>4/1/2015  1:06:00PM<br>4/2/2015<br><br>1/0<br>95.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN                                L-GVS
HH# 861204588 SILVER
AL:     UA #BTP38206
CAR:

CONFIRMATION NUMBER : 87688129

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability Please indicate yes by checking here: ☐

4/2/2015        PAGE        1

**signature:**

| date | reference | description | amount |  ♲ |
|---|---|---|---|---|
| 4/1/2015 | 497792 | GUEST ROOM | $95.00 | |
| 4/1/2015 | 497792 | OCCUPANCY TAX | $11.40 | |
| 4/1/2015 | 497792 | CA TOURISM | $0.06 | |
| | | * * BALANCE * * | $106.46 | |

*You have earned approximately 1092 Hilton HHonors points and approximately 190 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel*

*Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.*

for reservations call **1.800.hampton**   or visit us online at **hampton.com**                **thanks.**

| | | | |
|---|---|---|---|
| account no. | | date of charge | folio/check no.<br>155069    A |
| card member name | | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature**   of card member<br><br>X | | **total**  amount | |

          



**Hampton Inn & Suites Salinas**
523 Work Street • Salinas, CA 93901
Phone (831) 754-4700 • Fax (831) 754-4709


USA
Official Sponsor

| | |
|---|---|
| GOLDENSON, JOE    name address | room number:    **212/NKRU** |
| 1406 CYPRESS ST | arrival date:    4/26/2015 12:12:00 PM |
| BERKELEY CA 947031033 | departure date:    4/27/2015 6:01:00 AM |
| UNITED STATES OF AMERICA | adult/child:    1/0 |
| | room rate:    161.10 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Rate Plan:    AAA
HH #:    861204588 BLUE
AL:    UA #BTP38206
Car:

Confirmation Number: 85382797

4/27/2015

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount | ✿ |
|---|---|---|---|---|
| 4/26/2015 | 87786 | GUEST ROOM | $161.10 | |
| 4/26/2015 | 87786 | CA ASSESSMENT FEE | $2.00 | |
| 4/26/2015 | 87786 | OCCUPANCY TAX | $16.92 | |
| 4/27/2015 | 87836 | VS *0343 | ($180.02) | |
| | | **BALANCE** | $0.00 | |

**EXPENSE REPORT SUMMARY**

| | 4/26/2015 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $180.02 | $180.02 |
| DAILY TOTAL | $180.02 | $180.02 |

You have earned approximately 1611 Hilton HHonors points and approximately 322 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your e

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton**   or visit us online at **hampton.com**     **thanks.**

| account no. | date of charge | folio/check no. | |
|---|---|---|---|
| VS *0343 | 4/27/2015 | 50584 A | |
| card member name | authorization | | initial |
| GOLDENSON, JOE | 04559D | | |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | | |
| | taxes | | |
| | tips & misc. | | |
| **signature** of card member | **total** amount | -180.02 | |
| X | | | |

         



Hampton Inn & Suites - Madera/Fresno North
3254 Airport Drive • Madera, CA 93638
Phone (559) 661-0910 • Fax (559) 661-0929


Official Sponsor

GOLDENSON, JOE
1406 CYPRESS ST

BERKELEY, CA 94703
US

name
address

| room number: | 308/SXQL | |
| arrival date: | 4/29/2015 | 9:07:00PM |
| departure date: | 4/30/2015 | |
| adult/child: | 1/0 | |
| room rate: | 90.00 | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN      L-GVS
HH# 861204588 SILVER
AL:    UA   #BTP38206
BONUS AL:          CAR:

CONFIRMATION NUMBER : 82348393

4/30/2015      PAGE      1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:   ☐

signature:

| date | reference | description | amount | ♣ |
|------|-----------|-------------|--------|---|
| 4/29/2015 | 313658 | GUEST ROOM | $90.00 | |
| 4/29/2015 | 313658 | STATE SALES TAX ROOM | $8.10 | |
| | | WILL BE SETTLED TO VS *0343 | $98.10 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

EXPENSE REPORT SUMMARY

| | 15 00:00:00 STAY TOTAL | | |
|------|-----------|-------------|--------|
| ROOM & TAX | $98.10 | $98.10 | |
| DAILY TOTAL | $98.10 | $98.10 | |

DICICCOS ITALIAN RESTAURANT
516 S I ST
MADERA    CA 93637
559-674-2435

Merchant ID: 249203498
Term ID: 1230
Server ID: 11

You have earned approximately 1035 Hilton HHonors points and approximately 180 Miles with United
stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more

Sale

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexi
and United States of America. Coming soon in Italy and Romania.

VISA
XXXXXXXXXXXX0343

Entry Method: Swiped

Apprvd: Online    Batch#: 000006
04/29/15              20:41:20

Inv#: 00000032 Appr Code: 032100   :hanks.

for reservations call **1.800.hampton**   or visit us online at **hampton.com**

| account no. | | date of charge | |
|-------------|-|----------------|-|
| | | | Amount:   $    28.25 |
| card member name | | authorization | Tip: |
| | | | Total: |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & servic | 34.25 |
| | | taxes | Custumer Copy |
| | | tips & misc. | THANK YOU FOR VISITING |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

          

**0052**

Server: MARIO M (#116)  Rec:
04/01/15 12:21, Swiped  T: 623 Term: 7

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE   ACCOUNT NUMBER
VISA        XXXXXXXXXXXX2109
Name: JOE GOLDENSON
OO TRANSACTION APPROVED
AUTHORIZATION #: 00345D
Reference: 0401010000052
TRANS TYPE: Credit Card SALE

**CHECK:**      13.45

**TIP:**         2 60

**TOTAL:**      16 05

----- DUPLICATE RECEIPT ----

STARBUCKS Store #8827
2300 Longport Court
Elk Grove, CA (916) 683-3810
----------------------------------------
CHK 722070
04/02/2015 06:54 AM
2054888  Drawer: 1  Reg: 1
----------------------------------------
Panin Moz Rstd Tom        5.45
Tl Pike Place             1.75
Banana Nut Bread          2.45
  Warmed
Visa                      9.65
XXXXXXXXXXXX2109

Subtotal                 $9.65
Total                    $9.65
**Change Due             $0.00**

----------- Check Close -----------

*[signature]*

2801 Capitol Ave
Sacramento Ca. 95816
(916) 455- 2422
Date:       Apr01'15 07:11PM
Card Type:  Visa
Acct #:     XXXXXXXXXXXX2109
Card Entry. SWIPED
Trans Type: PURCHASE
Trans Key:  FIF003770717142
Auth Code:  034750
Check:      2568
Table:      63/1
Server:     3 Marcus

Subtotal:       51.56

Tip:            10

Total:          61.56

X
Signature
I agree to pay abr... ....
according to my ....

MIMI'S CAFE ELK GROVE #67
9195 W. STOCKTON BLVD.
ELK GROVE, CA 95758
(916) 683-4377
Date:       Apr07'15 12:32PM
Card Type:  VISA
Acct #:     XXXXXXXXXXXX2109
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  CIC010977503449
Auth Code:  03096D
Check:      4819
Table:      104/1
Server:     10036 SANDRA

Subtotal:       14.84

TIP             3

TOTAL           17.84

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT