AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MARCIANO PLATA, et al.
    Plaintiff (s),

V.

EDMUND G. BROWN, JR., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:01-cv-01351-TEH

Notice is hereby given that, subject to approval by the court, __California Correctional Peace Officers Assoc.__ substitutes
(Party (s) Name)

__Gregg McLean Adam, Messing Adam & Jasmine LLP__, State Bar No. __203436__ as counsel of record in place
(Name of New Attorney)

place of __Gregg McLean Adam, Carroll, Burdick & McDonough LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Messing Adam & Jasmine LLP
    Address:    580 California Street, Suite 1600, San Francisco, CA 94104
    Telephone:    916-446-5297    Facsimile 916-448-5047
    E-Mail (Optional):    gregg@majlabor.com

I consent to the above substitution.
Date: 4-2-15

California Correctional Peace Officers' Association
(Signature of Party (s))

I consent to being substituted.
Date: 4-2-15

Carroll, Burdick & McDonough LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/2/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 05/27/2015

Judge Thelton E. Henderson

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]