AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.<br>Plaintiff (s),<br>V.<br>EDMUND G. BROWN, JR., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:01-cv-01351-TEH |

Notice is hereby given that, subject to approval by the court, __California Correctional Peace Officers Assoc.__ substitutes
(Party (s) Name)

__Jennifer S. Stoughton, Messing Adam & Jasmine LLP__, State Bar No. __238309__ as counsel of record in place
(Name of New Attorney)

place of __Jennifer S. Stoughton, Carroll, Burdick & McDonough LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Messing Adam & Jasmine LLP
Address: 580 California Street, Suite 1600, San Francisco, CA 94104
Telephone: 916-446-5297      Facsimile 916-448-5047
E-Mail (Optional): jennifer@majlabor.com

I consent to the above substitution.                 California Correctional Peace Officers' Association
Date:  4-2-15
                                                      (Signature of Party (s))

I consent to being substituted.                      Carroll, Burdick & McDonough LLP
Date:  4-2-15
                                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  4/2/15    5-26-15
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  05/27/2015

*[Seal: United States District Court, Northern District of California — signed by Judge Thelton E. Henderson]*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]