

**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

June 15, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 5/29/15, professional fees and expenses: $3,400.00; and

(2) Dr. Goldenson, invoice dated 6/1/15, professional fees and expenses: $4,890.50.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
       Attorney General

APPROVED 06/16/2015
Judge Thelton E. Henderson

Enclosures

cc:
Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)

The Honorable Thelton E. Henderson
June 15, 2015
Page 2


      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Madeleine LaMarre MN, FNP-BC<br>
3200 19th Ave S.E.<br>
Rio Rancho, NM 87124-1709<br>
Phone: (404) 694-0655<br>
mlamarre55@gmail.com

---

May 29, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*[signature: Mad LaMar]*

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 5/1/2015 | 1.00 | Conference Call with Dr. Mike Puisis |
| 5/2/2015 | 2.75 | Conference call with court experts, draft response to Kelso regarding delegation process |
| 5/3/2015 | 0.25 | Finalization of letter to Clark Kelso |
| 5/4/2015 | 1.25 | Conference call with Chris Podratz and Regional III Team |
| 5/5/2015 | 1.00 | Review of email correspondence and communication with the Court |
| 5/19/2015 | 0.50 | Review of email correspondence and preparation for 5/21/15 Region III conference call |
| 5/21/2015 | 2.75 | Conference call with Chris Podratz and Region III Team, Conference call with the Court |
| 5/26/2015 | 1.75 | Call from PLO, conference call with court experts |
| 5/27/2015 | 0.75 | Conference call with Mike Puisis, review of correspondence regarding delegation process |
| 5/28/2015 | 4.25 | Region III conference call, correspondence and conference calls with court experts |
| 5/29/2015 | 0.75 | Conference call with Michael Chu and Joe Goldenson |
| Total Professional Hours | 17.00 | |
| Total at Hourly Rate of $200 | $3,400.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | | |
| Total Expenses | $0.00 | |

| Professional Fees | $3,400.00 | |
|---|---|---|
| Travel Fees | $0.00 | |

1

| Expenses | $0.00 | |
|---|---|---|
| **Total Due** | **$3,400.00** | |

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: June 1, 2015

Billing Period:   May-15

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $4,890.50 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 5/1/15 | 2.50 | @ | $137.50 | = | $343.75 | Travel to/from DVI |
| 5/1/15 | 8.50 | @ | $275.00 | = | $2,337.50 | Meetings with staff at DVI |
| 5/2/15 | 2.00 | @ | $275.00 | = | $550.00 | Teleconference conference with experts, review of documents |
| 5/26/15 | 1.00 | @ | $275.00 | = | $275.00 | Teleconference with experts, review of documents |
| 5/28/15 | 2.00 | @ | $275.00 | = | $550.00 | Teleconference w/experts, review of documents and report writing |
| 5/29/15 | 1.25 | @ | $275.00 | = | $343.75 | Teleconference with Court, review of documents/records |
| 5/31/15 | 1.50 | @ | $275.00 | = | $412.50 | Review of records |
| Total | | | | | $4,812.50 | |

**Professional Fees**
$4,812.50

**Travel Expenses**
$78.00

TOTAL DUE   $4,890.50

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Airfare | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|------------|---------|---------|-----------|-------|-------|-----------|
| 5/1/15 | | | | | | | $78.00 | | $78.00 |
| | | | | | | | | Total | $78.00 |

*$0.575/ mile