

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

July 22, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

   Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

   (1) Ms. LaMarre, invoice dated 7/3/15, professional fees and expenses: $8,150.00;

   (2) Dr. Puisis, invoice dated 6/30/15, professional fees and expenses: $26,861.86; and

   (3) Dr. Goldenson, invoice dated 7/1/15, professional fees and expenses: $20,401.60.

   I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

                                        Respectfully submitted,

                                        *s/ Maneesh Sharma*
                                        MANEESH SHARMA
                                        Deputy Attorney General

                              For       KAMALA D. HARRIS
                                        Attorney General

Enclosures

cc:

**APPROVED** 07/22/2015
Judge Thelton E. Henderson

The Honorable Thelton E. Henderson
July 22, 2015
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001