Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

July 3, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 6/4/2015 | 5.50 | conference call with Joe Goldenson, Folsom record review |
| 6/5/2015 | 1.75 | Folsom Record Review |
| 6/8/2015 | 5.00 | Folsom Record Review |
| 6/9/2015 | 2.00 | Folsom Record Review |
| 6/10/2015 | 2.50 | Conference call with Kelso and court experts, review of CCHCS nursing policies, correspondence with court experts |
| 6/17/2015 | 0.50 | Conference call with Chris Podratz |
| 6/18/2015 | 3.00 | Weekly Conference call with Chris Podratz and Region III Team, Folsom record review |
| 6/19/2015 | 3.25 | Folsom Record Review |
| 6/22/2015 | 4.25 | Review of Folsom records, CCHCS medication policies and procedures |
| 6/23/2015 | 1.75 | Review and comment regading revised CCHCS medication policies and procedures |
| 6/24/2015 | 4.00 | Folsom Record Review |
| 6/25/2015 | 3.75 | Folsom Record Review |
| 6/26/2015 | 2.50 | Review of Receivers FSP report, Folsom Record Review |
| 6/29/2015 | 1.00 | Conference call with court experts |
| Total Professional Hours | 40.75 | |
| Total at Hourly Rate of $200 | $8,150.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
|  |  |  |
| Total Expenses | $0.00 | |

1

| Professional Fees | $8,150.00 |
|---|---|
| Travel Fees | $0.00 |
| Expenses | $0.00 |
| **Total Due** | **$8,150.00** |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell 847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

---

June 30, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for 3 days in May and June.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #29

Plata v. Davis C-01-1351
June 30, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 6/14/2015 | airfare to sacramento | | | $632.20 |
| 6/14/2015 | taxi to airport | | | $37.00 |
| 6/14/2015 | rental car | | | $487.95 |
| 6/14/2015 | hotel sacramento | | | $909.17 |
| 6/17/2015 | meal | | | $12.09 |
| 6/18/2015 | gas for rental car | | | $23.76 |
| 6/18/2015 | meal | | | $31.68 |
| 6/19/2015 | meal | | | $30.60 |
| 6/20/2015 | gas for rental car | | | $16.16 |
| 5/15/2015 | Conference call with Reg 1 team and MCSP work plan review | 4.5 | $275.00 | $1,237.50 |
| 5/18/2015 | MCSP work plan | 5.5 | $275.00 | $1,512.50 |
| 5/21/2015 | Experts conf call | 0.75 | $275.00 | $206.25 |
| 6/8/2015 | Review of new medication policy and complete care documentation | 3.5 | $275.00 | $962.50 |
| 6/10/2015 | Conf call with Receiver & review of OIG FSP report | 3.5 | $275.00 | $962.50 |
| 6/12/2015 | Folsom chart review | 9.5 | $275.00 | $2,612.50 |
| 6/13/2015 | Folsom chart review | 3.5 | $275.00 | $962.50 |
| 6/14/2015 | Travel to Sacramento | 6 | $137.50 | $825.00 |
| 6/15/2015 | MCSP site visit with Regional team | 9 | $275.00 | $2,475.00 |
| 6/16/2015 | MCSP visit with Regional team | 10 | $275.00 | $2,750.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/17/2015 | Stockton visit with Regional team | 10 | $275.00 | $2,750.00 |
| 6/18/2015 | Stockton visit with Regional team | 10 | $275.00 | $2,750.00 |
| 6/19/2015 | Stockton visit with Regional team | 8.5 | $275.00 | $2,337.50 |
| 6/20/2015 | Travel to Chicago` | 6 | $137.50 | $825.00 |
| 6/29/2015 | Review of Receiver's Folsom comments and OIG Folsom Report & Expert's conf call | 5.5 | $275.00 | $1,512.50 |
|  |  |  | TOTAL | $26,861.86 |

# UNITED — eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Sun | 14JUN15 | UA1969U | Chicago-OHare | 12:23 PM | Sacramento | 2:43 PM | 737-900 | Purchase |
| Sat | 20JUN15 | UA472U | Sacramento | 6:40 AM | Chicago-OHare | 12:41 PM | A-319 | Purchase |

**PUISIS/MICHAELAMR**

Party of 1 — Seats 11C/8D
PUISIS/MICHAELAMR

**Confirmation Number: E7K9HQ**

Ticket Number: 0162449802228:
Frequent Flyer: UA-****202

eTicket Total: 632.26    Issue Date: May 12, 2015

Fare: 561.80    Tax: 70.34    Per Person: 632.20
Method of Payment: Visa XXXXXXXXXXXX2885
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

---

# AMERICAN TAXI — RECEIPT

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

DATE: 6/14/15
AMOUNT: 34.00
FROM:
TO:
NAME:
CAB NUMBER:

```
THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com
```

```
                                                    Rental Agreement No: 199464694
                                                    Date:                06/20/2015
                    Hertz                           Document:            985001258324

                  CHARGE DETAIL                     Renter:              MICHAEL PUISIS
                                                    Account No.:         ************2885 VIS
```

```
Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120
```

```
MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202
```

### RENTAL REFERENCE
```
Rental Agreement No: 199464694
Reservation ID:      G5731900690
Frequent Traveler:   ZE1
```

### RENTAL DETAILS
```
Rate Plan:          IN: MCLW    OUT: MCLW
Rented On:          06/14/2015 15:15   LOC# 125011
                    SACRAMENTO AP, CA
Returned On:        06/20/2015 03:54   LOC# 125011
                    SACRAMENTO AP, CA
Car Description:         YARIS 5D  7LHJ563
Veh. No.:                8511974
CAR CLASS Charged:  B            MILEAGE   In:  1,349
          Rented:   YB                    Out:    927
          Reserved: B                  Driven:    422
```

### RENTAL CHARGES
```
WEEKS                       1 @    398.00      398.00
SUBTOTAL                                       398.00

CONCESSION FEE RECOVERY                         44.22
CA TOURISM FEE                                  10.35
TAX                                 8.00%       35.38


TOTAL CHARGES                              487.95 USD
```

### MISCELLANEOUS INFORMATION
```
CC AUTH: 07536C   DATE: 2015/06/14   AMT:   488.00
```

### Gold Plus Rewards Points
```
Earned this rental:    713
```

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

```
Rental Agreement No: 199464694
Date:                06/20/2015
Document:            985001258324

Renter:              MICHAEL PUISIS
Account No.:         ************2885 VIS
```

```
Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120
  UNITED STATES
```

```
Phone:    800-654-4173
Web:      www.hertz.com

GCM1A4    0090 GC
```

```
TOTAL CHARGES                              487.95 USD
```



# Hilton Garden Inn
## Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

**Name & Address**

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Room | 412/Q2RZ |
| Arrival Date | 6/14/2015  3:55:00PM |
| Departure Date | 6/20/2015  3:20:00AM |
| Adult/Child | 1/0 |
| Room Rate | 114.00 |

RATE PLAN    L-G2

HH# 736265396 SILVER
AL: UA #03069734862
CAR:

*Folio*

HHONORS
HILTON WORLDWIDE

CONFIRMATION NUMBER : 3189059791

6/20/2015    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/14/2015 | GUEST ROOM | DBORROE | 856129 | $114.00 | | |
| 6/14/2015 | RM OCCUPANCY TAX | DBORROE | 856129 | $13.68 | | |
| 6/14/2015 | EGTMD ASSESSMENT | DBORROE | 856129 | $2.28 | | |
| 6/15/2015 | *GREAT AMERICAN GRILL | LINTR | 856251 | $4.27 | | |
| 6/15/2015 | *ROOM SERVICE | LINTR | 856390 | $31.89 | | |
| 6/15/2015 | GUEST ROOM | ESCHUHM | 856493 | $119.00 | | |
| 6/15/2015 | RM OCCUPANCY TAX | ESCHUHM | 856493 | $14.28 | | |
| 6/15/2015 | EGTMD ASSESSMENT | ESCHUHM | 856493 | $2.38 | | |
| 6/16/2015 | GUEST ROOM | CLARISSE | 856810 | $139.00 | | |
| 6/16/2015 | RM OCCUPANCY TAX | CLARISSE | 856810 | $16.68 | | |
| 6/16/2015 | EGTMD ASSESSMENT | CLARISSE | 856810 | $2.78 | | |
| 6/17/2015 | *GREAT AMERICAN GRILL | LINTR | 856902 | $15.99 | | |
| 6/17/2015 | GUEST ROOM | ESCHUHM | 857116 | $139.00 | | |
| 6/17/2015 | RM OCCUPANCY TAX | ESCHUHM | 857116 | $16.68 | | |
| 6/17/2015 | EGTMD ASSESSMENT | ESCHUHM | 857116 | $2.78 | | |
| 6/18/2015 | *GREAT AMERICAN GRILL | LINTR | 857230 | $15.99 | | |
| 6/18/2015 | GUEST ROOM | DBORROE | 857453 | $114.00 | | |
| 6/18/2015 | RM OCCUPANCY TAX | DBORROE | 857453 | $13.68 | | |
| 6/18/2015 | EGTMD ASSESSMENT | DBORROE | 857453 | $2.28 | | |
| 6/19/2015 | *GREAT AMERICAN GRILL | LINTR | 857597 | $4.27 | | |
| 6/19/2015 | GUEST ROOM | DBORROE | 857835 | $109.00 | | |
| 6/19/2015 | RM OCCUPANCY TAX | DBORROE | 857835 | $13.08 | | |
| 6/19/2015 | EGTMD ASSESSMENT | DBORROE | 857835 | $2.18 | | |
| 6/20/2015 | VS *2885 | DBORROE | 857922 | | $909.17 | |
| | BALANCE | | | | | $0.00 |

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | 169390  A   INITIAL |
| ESTABLISHMENT NO. & LOCATION  ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE
X | | TOTAL AMOUNT | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND | | PAYMENT DUE UPON RECEIPT | |



**Hilton Garden Inn**
Sacramento/Elk Grove

9241 Laguna Springs Drive • Elk Grove, CA 95758
Phone (916) 691-1900 • Fax (916) 691-1945
Reservations
www.StayHGI.com or 1 877 STAY HGI

Name & Address

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

Room            412/Q2RZ
Arrival Date    6/14/2015   3:55:00PM
Departure Date  6/20/2015   3:20:00AM  I

Adult/Child     1/0
Room Rate       114.00

RATE PLAN       L-G2

*Folio*

HH# 736265396 SILVER
AL: UA #03069734862
CAR:

CONFIRMATION NUMBER : 3189059791

**HHONORS** HILTON WORLDWIDE

6/20/2015   PAGE   2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | | EXPENSE REPORT SUMMARY | | | |
| | 06/14/15 | 06/15/15 | 06/16/15 | 06/17/15 | | |
| ROOM & TAX | $129.96 | $135.66 | $158.46 | $158.46 | | |
| FOOD & BEVERAGE | $0.00 | $36.16 | $0.00 | $15.99 | | |
| DAILY TOTAL | $129.96 | $171.82 | $158.46 | $174.45 | | |
| | | 06/18/15 | 06/19/15 | STAY TOTAL | | |
| ROOM & TAX | | $129.96 | $124.26 | $836.76 | | |
| FOOD & BEVERAGE | | $15.99 | $4.27 | $72.41 | | |
| DAILY TOTAL | | $145.95 | $128.53 | $909.17 | | |

You have earned approximately 9273 Hilton HHonors points and approximately 806 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

ACCOUNT NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

CARD MEMBER'S SIGNATURE
X
MERCHANDISE AND OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

DATE OF CHARGE      FOLIO NO./CHECK NO.

AUTHORIZATION       169390 A      INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT

```
            Subway#46935-0 Phone 916-691-2056
                       8234 Laguna Blvd
                       Elk Grove, CA, 95758
             Served by: Simran  6/17/2015 6:02:57 pm
                       Term ID Trans# 1/C-153

    Qty Size Item                              Price

      1     6" Turkey Sub                       4.75
      1        Veggie Delite Salad              5.25
      1        Chips                            1.25

    Sub Total                                  11.25
    General Sales Tax (7.5%)                    0.84
    Total (Eat In)                             12.09
    Credit Card                                12.09
    Change                                      0.00



              Approval No: 06536C
              Reference No: 516901198182
              Card Issuer: Visa
              Account No: ************2885
              Acquired: Swipe
              Amount: $12.09


                       CUSTOMER COPY

    Host Order ID: 626-239-1415404


    Thanks for visiting Subway. Please let
    us know how we did today by taking our
    1 minute survey at www.tellsubway.com
```

Romano's Macaroni Grill
www.macaronigrill.com
9198 W. Stockton Blvd.
Elk Grove, CA 95758
916-478-2676

Server: WADE          DOB: 06/18/2015
06:04 PM              06/18/2015
Table 993/1           10025

                SALE

VISA                        1048598
Card #XXXXXXXXXXXX2885
Magnetic card present: PUISIS MICHAEL
Card Entry Method: S

Approval: 037580

        Amount:      $ 26.68
      + Gratuity:      5
        = Total:      31.68

I agree to pay the above
total amount according to the
card issuer agreement.
X _____signature_____

Romano's Macaroni Grill
www.macaronigrill.com

            Guest Copy

---

0279
Server: MARLON 607 T (#607)    Rec:188
06/19/15 17:38, Swiped   T: 854 Term: 8

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX2885
Name: MICHAEL PUISIS
00 TRANSACTION APPROVED
AUTHORIZATION #: 09351C
Reference: 0619010000279
TRANS TYPE: Credit Card SALE

CHECK :           25.60
TIP :              5.
TOTAL :           30.60

X _____signature_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

ARCO am pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Fax: 9165640314
Site Number 11900671


Trans# 083378
06 20 13 03:48

Pump    Gallons    Price
 06      5.052    $ 3.199

Product           Amount
UNLEADED REGLS    16.16

Total Sale    $ 16.16

VISA
XXXXXXXXXXXX2885
Auth #: 075150
Ref: 5C851011
Resp Code: 000
Term ID: 00006
Stan: 05861404882

SITE ID: 2988012

ARCO am pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Fax: 9165640314
Site Number 11900671


Trans# 083378
06 20 13 03:48

Pump    Gallons    Price
 06      5.052    $ 3.199

Product           Amount
UNLEADED REGLS    16.16

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: July 1, 2015

Billing Period: Jun-15

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | $20,401.60 |
|---|---|

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 6/1/15 | 3.25 | @ $275.00 = | $893.75 | Teleconference: regional ream review of records/documents |
| 6/2/15 | 2.00 | @ $275.00 = | $550.00 | Review of records/documents |
| 6/3/15 | 3.50 | @ $137.50 = | $481.25 | Travel: Sacramento |
| 6/3/15 | 9.00 | @ $275.00 = | $2,475.00 | Meetings in Sacramento |
| 6/4/15 | 4.25 | @ $275.00 = | $1,168.75 | Review of records; teleconference with court experts |
| 6/5/15 | 2.25 | @ $275.00 = | $618.75 | Review of records |
| 6/8/15 | 3.00 | @ $275.00 = | $825.00 | Review of records/documents; teleconference: regional team |
| 6/10/15 | 2.50 | @ $275.00 = | $687.50 | Review of records/documents; teleconferences: experts & Receiver |
| 6/11/15 | 4.00 | @ $275.00 = | $1,100.00 | Review of records |
| 6/12/15 | 2.50 | @ $275.00 = | $687.50 | Review of records |
| 6/15/15 | 3.00 | @ $275.00 = | $825.00 | Review of records/documents |
| 6/15/15 | 2.00 | @ $137.50 = | $275.00 | Travel: SVSP |
| 6/16/15 | 8.50 | @ $275.00 = | $2,337.50 | SVSP site visit |
| 6/16/15 | 3.00 | @ $137.50 = | $412.50 | Travel: SVSP |
| 6/22/15 | 3.50 | @ $137.50 = | $481.25 | Travel: CCWF |
| 6/23/15 | 8.25 | @ $275.00 = | $2,268.75 | CCWF site visit |
| 6/23/15 | 2.75 | @ $137.50 = | $378.13 | Travel: CCWF |
| 6/24/15 | 0.50 | @ $275.00 = | $137.50 | Review of documents |
| 6/29/15 | 1.00 | @ $275.00 = | $275.00 | Teleconference with experts |
| 6/29/15 | 3.00 | @ $137.50 = | $412.50 | Travel: DVI |
| 6/29/15 | 8.50 | @ $275.00 = | $2,337.50 | DVI Site visit |
| Total | | | $19,628.13 | |

**Professional Fees**

$19,628.13

**Travel Expenses**

$773.47

TOTAL DUE $20,401.60

*[signed] Joe Goldenson*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 6/3/15 | | | | | | $4.00 | $103.50 | | $107.50 |
| 6/16/15 | $140.13 | | | | | | $63.25 | | $203.38 |
| 6/17/15 | | | | | | | $86.25 | | $86.25 |
| 6/22/15 | | | | | | | $89.00 | | $89.00 |
| 6/23/15 | $98.10 | $30.24 | | | | | $89.00 | | $217.34 |
| 6/30/15 | | | | | | | $70.00 | | $70.00 |
| | | | | | | | | | $0.00 |

Total  $773.47

*$0.56/ mile



**HAMPTON INN & SUITES SALINAS**
523 WORK STREET
SALINAS, CA 93901
United States of America
TELEPHONE 831-754-4700 • FAX 831-754-4709
Reservations
www.hilton.com or 1 800 HILTONS

| | |
|---|---|
| GOLDENSON, JOE | Room No: 312/NKRU |
| | Arrival Date: 6/15/2015 1:31:00 PM |
| 1406 CYPRESS ST | Departure Date: 6/16/2015 |
| | Adult/Child: 1/0 |
| BERKELEY CA 94703 | Cashier ID: DEES/DESIREE |
| UNITED STATES OF AMERICA | Room Rate: 125.00 |
| | AL: UA BTP38206 |
| | HH #: 861204588 SILVER |
| | VAT #: |
| | Folio No/Che: 53174 A |

Confirmation Number: 84656498

HAMPTON INN & SUITES SALINAS 6/16/2015 6:02:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 6/15/2015 | GUEST ROOM | DEES | 96783 | $125.00 | | |
| 6/15/2015 | CA ASSESSMENT FEE | DEES | 96783 | $2.00 | | |
| 6/15/2015 | OCCUPANCY TAX | DEES | 96783 | $13.13 | | |
| | WILL BE SETTLED TO VS*0343 | | | | | $140.13 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 6/15/2015 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $140.13 | $140.13 |
| DAILY TOTAL | $140.13 | $140.13 |

You have earned approximately 1437 Hilton HHonors points and approximately 125 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your e

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

IF THE CHARGES LISTED ARE ACCURATE, THERE IS NO NEED TO STOP BY THE DESK. TO CHECK OUT WE WILL SETTLE YOUR BALANCE WITH YOUR METHOD OF PAYMENT THAT WAS ESTABLISHED AT CHECK-IN.

| | | | |
|---|---|---|---|
| GOLDENSON, JOE<br>1406 CYPRESS ST<br>BERKELEY, CA 94703<br>US | name<br>address | room number:<br>arrival date:<br>departure date:<br>adult/child:<br>room rate: | 322/KXTD<br>6/22/2015 6:07:00PM<br>6/23/2015<br>1/0<br>90.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

```
                    RATE PLAN        L-GVS
              HH#  861204588 SILVER
              AL:   UA   #BTP38206
              BONUS AL:       CAR:
```

**CONFIRMATION NUMBER : 84660114**

6/23/2015      PAGE      1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount | |
|---|---|---|---|---|
| 6/22/2015 | 321254 | GUEST ROOM | $90.00 | |
| 6/22/2015 | 321254 | STATE SALES TAX ROOM | $8.10 | |
| | | WILL BE SETTLED TO VS *0343 | $98.10 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

EXPENSE REPORT SUMMARY

```
              15 00:00:00  STAY TOTAL
ROOM & TAX
       $98.10        $98.10
  DAILY TOTAL
       $98.10        $98.10
```

```
                         The Vineyard Restaurant
                         605 South I St Madera CA
                              559 674 0923
                          vineyardrestaurant.com

                    Check #: 8174              6/22/15
You have earned approximately 1035 Hilton HHonors points and approximately 180 Miles
                    Server: Julio G           8:12 PM
stays are posted within 72 hours of checkout. To check your earnings or book your next s
                    TAB: 2-3
Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany,
and United States of America. Coming soon in Italy and Romania.
                    1 Zabaco zin                 8.00
                    1 Caprese Salad             10.00
                    1 Salmon Salad              18.00
                    ----------------------------------
                    Sub-total                   36.00
                    Sales Tax                    2.88
                    TOTAL                       38.88    s.
for reservations call 1.800.hampton or visit us online at hampton.com
```

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 114687    A |
| card member name | authorization | initial |
| establishment no. and location  establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature  of card member<br>X | total  amount<br>            0.00 | |

WALDORF ASTORIA  CONRAD  Hilton  DOUBLETREE  EMBASSY SUITES  Hilton Garden Inn  Hampton  HOMEWOOD SUITES  HOME2  Hilton Grand Vacations  HILTON HHONORS