

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

August 20, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   <u>*Plata, et al. v. Brown, et al.*</u>, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

    Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

    (1) Ms. LaMarre, invoice dated 8/1/15, professional fees and expenses: $7,881.75;

    (2) Dr. Puisis, invoice dated 8/3/15, professional fees and expenses: $12,644.35; and

    (3) Dr. Goldenson, invoice dated 8/1/15, professional fees and expenses: $10,232.49.

    I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

    Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
        Attorney General

Enclosures

cc:

**APPROVED** 08/24/2015
Judge Thelton E. Henderson

The Honorable Thelton E. Henderson
August 20, 2015
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001