Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

August 1, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre      Tax ID #32-0079309**

**3200 19th Ave SE**

**Rio Rancho NM 87124**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/2/2015 | 2.75 | Conference call with Region III Team, Preparation and conference call with the Court, Receiver and Court Expers |
| 7/13/2015 | 3.25 | CTF Record Review |
| 7/14/2015 | 3.50 | Review of OIG CTF report, delegation documents |
| 7/17/2015 | 3.00 | Review of CTF records |
| 7/22/2015 | 3.00 | Review of CTF records |
| 7/23/2015 | 1.00 | Record review |
| 7/24/2015 | 9.00 | Attend EHS demononstration meeting, meeting with Ricki Barnett MD, meeting with court experts |
| **Total Professional Hours** | **25.50** | |
| **Total at Hourly Rate of $200** | **$5,100.00** | |

| Travel Fees: | | |
|---|---|---|
| **Date** | **Hours** | **Activity** |
| 7/23/2015 | 8.0 | Travel from Rio Rancho, NM to Sacramento, CA |
| 7/25/2015 | 7.5 | Travel from Sacramento, CA to Rio Rancho, NM |
| **Total Travel Hours** | **15.5** | |
| **Total at Hourly Rate of $100** | **$1,550.00** | |

| Expenses: | | |
|---|---|---|
| **Date** | **Expense** | **Description** |
| 7/23/2015 | $801.20 | Airfare from ABQ to SMF |
| | $11.50 | Mielage Rio Rancho to ABQ airport (20 miles x 0.575 |
| | $81.42 | Rental Car |
| | $108.36 | Hotel |
| | $7.45 | Lunch |
| | $30.00 | Dinner (Less than billed amount of $45.00) |
| | | |
| 7/24/2015 | $108.36 | Hotel |
| | $18.10 | Lunch |
| | $30.00 | Dinner (Less than billed amount of $58.00) |

| | | |
|---|---|---|
| 7/25/2015 | $12.36 | Gasoline |
| | $11.50 | Airport Parking |
| | $11.50 | Mileage ABQ airport to home 20 miles x 0.575 |
| | | |
| **Total Expenses** | **$1,231.75** | |

| | | |
|---|---|---|
| **Professional Fees** | **$5,100.00** | |
| **Travel Fees** | **$1,550.00** | |
| **Expenses** | **$1,231.75** | |
| **Total Due** | **$7,881.75** | |



## Hilton Garden Inn
### Sacramento/South Natomas

2540 Venture Oaks Way • Sacramento, CA 95833
Phone (916) 568-5400 • Fax (916) 568-5072
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address |
| --- |

LAMARRE, MADELEINE
3200 19TH AVE SE

RIO RANCHO, NM 87124
US

Room 127/K1
Arrival Date 7/23/2015 6:26:00PN
Departure Date 7/25/2015

Adult/Child 1/0
Room Rate 95.00

RATE PLAN L-G1
HH# 369445769 DIAMOND
AL: DL #2042493151
BONUS AL: CAR:

CONFIRMATION NUMBER : 3188564865

7/25/2015 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 7/23/2015 | 1896381 | GUEST ROOM | $95.00 |
| 7/23/2015 | 1896381 | RM TOURISM ASSESSMENT | $1.90 |
| 7/23/2015 | 1896381 | RM ROOM TAX | $11.40 |
| 7/23/2015 | 1896381 | TAXES | $0.06 |
| 7/24/2015 | 1896825 | GUEST ROOM | $95.00 |
| 7/24/2015 | 1896825 | RM TOURISM ASSESSMENT | $1.90 |
| 7/24/2015 | 1896825 | RM ROOM TAX | $11.40 |
| 7/24/2015 | 1896825 | TAXES | $0.06 |
| 7/24/2015 | 1896973 | SODA | $1.50 |
| 7/24/2015 | 1896973 | TAXES | $0.13 |
| | | WILL BE SETTLED TO AX *2004 | $218.35 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | '15 00:00:00 | 12:00:00AM | STAY TOTAL |
| --- | --- | --- | --- |
| ROOM & TAX | $108.30 | $108.30 | $216.60 |
| MISCELLANEOUS | $0.00 | $1.50 | $1.50 |
| OTHER | $0.06 | $0.19 | $0.25 |
| DAILY TOTAL | $108.36 | $109.99 | $218.35 |

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®**
there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 491889 A |  |
| --- | --- | --- |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

THANK YOU





**Madeleine LaMarre <mlamarre55@gmail.com>**

## Your Flight Receipt - MADELEINE LOUISE LAMARRE 23JUL15
1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com>                    Sun, Jul 12, 2015 at 5:43 PM
Reply-To: Delta Air Lines <support-b96sjs3bfpayqkauzqx8kqdyjsj10d@e.delta.com>
To: mlamarre55@gmail.com



Hello, **MADELEINE LOUISE**                    SkyMiles®#********151 >

**Your Trip Confirmation #: GC9YK4**          **MANAGE MY TRIP >**

| Thu, 23JUL | DEPART | ARRIVE |
|---|---|---|
| DELTA 4462* | ALBUQUERQUE | SALT LAKE CITY |
| MAIN CABIN (S) | 12:20pm | 2:00pm |
| DELTA 4706* | SALT LAKE CITY | SACRAMENTO |
| MAIN CABIN (S) | 4:50pm | 5:36pm |
| **Sat, 25JUL** | **DEPART** | **ARRIVE** |
| DELTA 2384 | SACRAMENTO | SALT LAKE CITY |
| MAIN CABIN (K) | 6:15am | 8:50am |
| DELTA 4462* | SALT LAKE CITY | ALBUQUERQUE |
| MAIN CABIN (K) | 9:53am | 11:34am |

*Flight 4462 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4706 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4462 Operated by SKYWEST DBA DELTA CONNECTION

### Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| MADELEINE LOUISE LAMARRE | DELTA 4462 | 17A |
| SkyMiles #********151 | DELTA 4706 | 15B |
| Platinum | DELTA 2384 | 08D |
| | DELTA 4462 | 06D |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt
of your purchase.

## Flight Receipt

Ticket #: 0062315516802

Place of Issue: Delta.com

Issue Date: 12JUL15

Expiration Date: 12JUL16

### METHOD OF PAYMENT

| | |
|---|---|
| AX***********2004 | **$801.20 USD** |

### CHARGES

| | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $703.25 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.00 USD |
| United States - Transportation Tax (US) | $52.75 USD |
| **TICKET AMOUNT** | **$801.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow
changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to
appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges
and/or credits may apply.

Fare Details: ABQ DL X/SLC Q9.30 DL SAC408.37SA00A0XA DL X/SLC Q9.30 DL ABQ276.28KA07A0NA USD703.25END
ZP ABQSLCSMFSLC XF ABQ4.5SLC4.5SMF4.5SLC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or
discounted checked baggage,** this will be taken into account when you check in.

| Thu 23 Jul 2015 | DELTA: ABQ ▶ SLC | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25USD | $35USD |



**THE HERTZ CORPORATION**
Phone:   800-654-4173
Fax:
Web:     www.hertz.com

**Hertz.**

**REPRINT**

Rental Agreement No: 541854810
Invoice Date:        07/25/2015
Document:            945001544530

Renter:              MADELEINE LAMARRE
Account No.:         ***********2004
AMX
CDP No.:             14
CDP Name:            AAA AUTO CLUB
SOUTH

**Direct All Inquiries To:**
    THE HERTZ CORPORATION
    PO BOX 26120
    OKLAHOMA CITY, OK 73126-0120

        MADELEINE LAMARRE
        AAA AUTO CLUB SOUTH
        3200 19TH AVE SE
        RIO RANCHO, GA 87124

**RENTAL DETAILS**

**RENTAL REFERENCE**

Rental Agreement No: 541854810
Reservation ID:      G6341649307
Frequent Traveler:   ZE1

| Rate Plan: | IN: AAAE | OUT: AAAE | |
|---|---|---|---|
| Rented On: | 07/23/2015 18:08 | LOC# 125011 | |
| | SACRAMENTO AP, CA | | |
| Returned On: | 07/25/2015 05:12 | LOC# 125011 | |
| | SACRAMENTO AP, CA | | |
| Car Description: | SIRMALIBU2.5FUN | 7MIW207 | |
| Veh. No.: | 2962058 | | |
| CAR CLASS Charged: | F | MILEAGE | In: 708 |
| Rented: | F | | Out: 633 |
| Reserved: | F | | Driven: 75 |

**RENTAL CHARGES**

**MISCELLANEOUS INFORMATION**

CC AUTH:  187659  DATE: 2015/07/23  AMT:   281.00

| DAYS | 2 @ | 36.63 | 73.26 |
|---|---|---|---|
| SUBTOTAL | | | 73.26 |
| DISCOUNT | | 10.00% | -7.33 |
| SUBTOTAL | | | 65.93 |
| | | | |
| CONCESSION FEE RECOVERY | | | 7.32 |
| CA TOURISM FEE | | | 2.31 |
| TAX | | 8.00% | 5.86 |

AMOUNT DUE                        81.42 USD

**Gold Plus Rewards Points**
Earned this rental:    73

                    THANK YOU FOR RENTING FROM HERTZ

**Bank of America** ⤢    Online Banking

---

**Business Advantage Chk - 7224: Account Activity Transaction Details**

---

| | |
|---|---|
| **Post date:** | 07/27/2015 |
| **Amount:** | -12.36 |
| **Type:** | Debit card |
| **Purchaser:** | MADELEINE LAMARRE, P.C. |
| **Description:** | ARCO PAYPOINT 07/25 #000143438 PURCHASE 6100 AIRPORT BLVD SACRAMENTO CA CKCD 5542 4635750005543959 |
| **Merchant category:** | Automated Fuel Dispensers |
| **Merchant category code:** | 5542 |
| **Expense category:** | Automobiles and Vehicles |

```
Albuquerque-ABQ-Fast Park
  2801 Yale Blvd.  S.E.
    Albuquerque, 87106
EXPRESS 1  07/25/15 12:08
Receipt 076128

Excess Time
R3 Universities
Car Park 1
07/23/15 11:23
07/25/15 12:08
Period 2d0h46'
(TAX)                $11.50
Sub Total            $11.50
TAX                   $0.00
                   ---------
Total                $11.50
Payment Received
AMEX                 $11.50
XX-XXXXXXXX2004
Merch:1306516667
Auth:562161
Type: Swiped

Includes 7% tax
and 2% airport fee
```

```
* * * * * * * * * * * * * *
*   BLACK  MESA  *
*   COFFEE  CO.  *
*   ALBUQUERQUE SUNPORT  *
* * * * * * * * * * * * * *
-----------------------------
       Check 30249
CONCOURSE1
Justin
THU          7/23/15      11:38am
=============================
1 GC Chix Bowl            6.95
  Breadstick
=============================
  Sub/Ttl                 6.95
  Tax                     0.50
Total                     7.45

  AmEx                    7.45
  Acct: XXXXXXXXXX2004
  Auth: 566942
  Trans ID: 204

       Thank you!
```



Transaction Details Prepared for
Madeleine Lamarre
Account Number
XXXX-XXXXXX-22004

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| JUL 23 2015 | IL FORNAIO - SACRAMESACRAMENTO CA | MADELEINE LAMARRE | $45.00 |

Doing business as:

**IL FORNAIO - SACRAME**

400 CAPITOL MALL

SACRAMENTO

CA

95814-4407

UNITED STATES

Additional Information: 5043097 RESTAURANT

RESTAURANT

Reference: 320152050631855657

Category: Restaurant - Restaurant

**Transaction Details**

| | |
|---|---|
| FOOD/BEVERAGE | $37.65 |
| TIP | $7.35 |
| **Total** | **$45.00** |

---

MIMI'S CAFE ELK GROVE #67
9185 W. STOCKTON BLVD.
ELK GROVE, CA 95758
(916) 683-4377

Date:              Jul24'15 12:45PM
Card Type:   AMERICAN EXP
Acct #:         XXXXXXXXXX2004
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   FIF004748153659
Auth Code:   560678
Check:          1593
Table:           307/3
Server:         4000 CEDRIC

Subtotal:             15.10

TIP_____ 3.10

TOTAL_____ 18.10

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

---

C385
Server: TAYLOR H (#192)        Rec:241
07/24/15 17:52, Swiped   T: 509 Term:  4

BJ's RESTAURANT BREWHOUSE
9237 LAGUNA SPRINGS RD.
ELK GROVE, CA 95758
(916)753-1500
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX2004
Name: MADELEINE LAMARRE
00 TRANSACTION APPROVED
AUTHORIZATION #: 522208
Reference: 0724010000385
TRANS TYPE: Credit Card SALE

CHECK:              48.06

TIP:                  9.94

TOTAL:              58.00

X

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

August 3, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for July, 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

# Invoice #30

Plata v. Davis C-01-1351
August 3, 2015

| Date | Service | Hours | Rate | Subtotal |
|------|---------|-------|------|----------|
| 7/21/2015 | airfare to sacramento | | | $583.20 |
| 7/21/2015 | rental car | | | $237.12 |
| 7/21/2015-7/23/15 | hotel sacramento | | | $216.72 |
| 7/23/15-7/2515 | hotel sacramento | | | $334.21 |
| 7/21/2015 | meal | | | $6.25 |
| 7/22/2015 | meal | | | $12.75 |
| 7/23/2015 | meal | | | $45.96 |
| 7/24/2015 | meal | | | $39.92 |
| 7/24/2015 | meal-lunch | | | $12.79 |
| 7/25/2015 | gas for rental car | | | $17.93 |
| 7/2/2015 | Conference call with Reg 1 team and conference call with Receiver and Court Experts | 2.5 | $275.00 | $687.50 |
| 7/21/2015 | Travel to Sacramento | 6 | $137.50 | $825.00 |
| 7/22/2015 | MCSP site visit with Regional team | 9 | $275.00 | $2,475.00 |
| 7/23/2015 | Stockton visit with Regional team | 8 | $275.00 | $2,200.00 |
| 7/24/2015 | Electronic Record meeting and Expert meeting | 9 | $275.00 | $2,475.00 |
| 7/25/2015 | Travel to Chicago` | 6 | $137.50 | $825.00 |
| 7/27/2015 | CTF chart reviews | 6 | $275.00 | $1,650.00 |
| | | | TOTAL | $12,644.35 |

1

# UNITED

## eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER ✿

| Day | Date | Flight | Depart | | Time | Arrive | | Time | Equip | Meal |
|-----|------|--------|--------|--|------|--------|--|------|-------|------|
| Tue | 21JUL15 | UA700RN | Chicago-OHare | | 12:22 PM | Sacramento | | 2:48 PM | 737-900 | |
| Sat | 25JUL15 | UA8845 | Sacramento | | 6:11 AM | Chicago OHare | | 12:21 PM | A 319 | Purchase |

### PUISIS/MICHAELAMR

### Confirmation Number: CZKRE6

Party of 1
PUISIS/MICHAELAMR

| | Seats | Ticket Number | Frequent Flyer |
|--|-------|---------------|----------------|
| | 20D | 0162456382345S | UA.****202 |

Fare: 516.28    Tax: 66.92    Per Person 583.20    eTicket Total: 583.20    Issue Date: July 10, 2015

Method of Payment: Visa XXXXXXXXXXXX2885

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

This ticket shall expire one year from date of issue.

**Hertz.**

CHARGE DETAIL

| Date: | 07/25/2015 |
| Document: | 935001543722 |

| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

## RENTAL REFERENCE

Rental Agreement No: 540635443
Reservation ID:      G6270757277
Frequent Traveler:   2E1

## RENTAL DETAILS

Rate Plan:     IN: MCLF     OUT: MCLF
Rented On:     07/21/2015 15:12  LOC# 125011
               SACRAMENTO AP, CA
Returned On:   07/25/2015 04:33  LOC# 125011
               SACRAMENTO AP, CA
Car Description:     N/L COROLLA 7CYT646
Veh. No.:           9367798

| CAR CLASS Charged: | C | | MILEAGE | In: 32,418 |
| Rented: | C | | | Out: 32,196 |
| Reserved: | C | | | Driven: 222 |

## MISCELLANEOUS INFORMATION

CC AUTH: 06077C  DATE: 2015/07/21  AMT:  237.00

## RENTAL CHARGES

| DAYS | 4 @ | 48.00 | 192.00 |
| SUBTOTAL | | | 192.00 |
| | | | |
| CONCESSION FEE RECOVERY | | | 21.33 |
| CA TOURISM FEE | | | 6.72 |
| TAX | | 8.00% | 17.07 |

TOTAL CHARGES                    237.12 USD

## Gold Plus Rewards Points

Earned this rental:  211

E-RETURN RECEIPT

                         THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Phone:   800-654-4173
Web:     www.hertz.com
GCM144       0090 GC

| Rental Agreement No: | 540635443 |
| Date: | 07/25/2015 |
| Document: | 935001543722 |

| Renter: | MICHAEL PUISIS |
| Account No.: | ***********2885 VIS |

TOTAL CHARGES                    237.12 USD



Phone (916) 683-9545 • Fax (916) 683-9546


Official Sponsor

PUISIS, MICHAEL          name
932 WESLEY AVE           address

EVANSTON, IL 60202
US

| | |
|---|---|
| room number: | 412/NKRQG |
| arrival date: | 7/21/2015   5:49:00PM |
| departure date: | 7/23/2015 |
| adult/child: | 1/0 |
| room rate: | 95.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN                          L-GVS
HH# 736265396 SILVER
AL:     UA  #03069734862
CAR:

CONFIRMATION NUMBER : 82193286

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

7/23/2015      PAGE          1

signature:

| date | reference | description | amount | ♻ |
|---|---|---|---|---|
| 7/21/2015 | 521438 | GUEST ROOM | $95.00 | |
| 7/21/2015 | 521438 | OCCUPANCY TAX | $11.40 | |
| 7/21/2015 | 521438 | CA TOURISM | $0.06 | |
| 7/21/2015 | 521438 | ELK GROVE TOURISM | $1.90 | |
| 7/22/2015 | 521650 | GUEST ROOM | $95.00 | |
| 7/22/2015 | 521650 | OCCUPANCY TAX | $11.40 | |
| 7/22/2015 | 521650 | CA TOURISM | $0.06 | |
| 7/22/2015 | 521650 | ELK GROVE TOURISM | $1.90 | |
| 7/23/2015 | 521716 | VS *2885 | ($216.72) | |
| | | * * BALANCE * * | $0.00 | |

You have earned approximately 2185 Hilton HHonors points and approximately 190 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton**   or visit us online at **hampton.com**          **thanks.**

| account no.<br>VS *2885 | | date of charge<br>7/21/15 | folio/check no.<br>161478   A |
|---|---|---|---|
| card member name<br>PUISIS, MICHAEL | | authorization<br>03687C | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| signature  of card member<br><br>X | | total  amount<br>-216.72 | |

          

# Garden Inn®
### Sacramento/South Natomas

2540 Venture Oaks Way • Sacramento, CA 95833
Phone (916) 568-5400 • Fax (916) 568-5072
Reservations
www.hiltongardeninn.com or 1 877 STAY HGI

| Name & Address |
|---|

PUISIS, MICHAEL
932 WESLEY AVE

EVANSTON, IL 60202
US

| | |
|---|---|
| Room | 204/K1 |
| Arrival Date | 7/23/2015   4:14:00PM |
| Departure Date | 7/25/2015 |
| Adult/Child | 1/0 |
| Room Rate | • 169.00 |

RATE PLAN       L-2E
HH# 736265396 SILVER
AL:   UA  #03069734862
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3195809296

7/25/2015      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/23/2015 | 1896417 | GUEST ROOM | $169.00 |
| 7/23/2015 | 1896417 | RM TOURISM ASSESSMENT | $3.38 |
| 7/23/2015 | 1896417 | RM ROOM TAX | $20.28 |
| 7/23/2015 | 1896417 | TAXES | $0.11 |
| 7/24/2015 | 1896858 | GUEST ROOM | $124.00 |
| 7/24/2015 | 1896858 | RM TOURISM ASSESSMENT | $2.48 |
| 7/24/2015 | 1896858 | RM ROOM TAX | $14.88 |
| 7/24/2015 | 1896858 | TAXES | $0.08 |
| | | WILL BE SETTLED TO VS *2885 | $334.21 |
| | | EFFECTIVE BALANCE OF | $0.00 |

EXPENSE REPORT SUMMARY

| | 15 00:00:005 | 12:00:00AM | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $192.66 | $141.36 | $334.02 |
| OTHER | $0.11 | $0.08 | $0.19 |
| DAILY TOTAL | $192.77 | $141.44 | $334.21 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO / CHECK NO |  |
|---|---|---|
| | 451926    A |  |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC | | |
| TOTAL AMOUNT | | 0.00 |

THANK YOU



| Qty | Item | Price |
|-----|------|-------|
| 1 | 6" Turkey | $5.00 |
| 1 | Veggie Delite Salad | $6.50 |
| 1 | Chips | $1.25 |

| | |
|---|---|
| Sub Total | $12.75 |
| Taxable Amount | $0.00 |
| State Board of Equilization (8%) | $0.00 |
| Total (Take Out) | $12.75 |
| Credit Card | $12.75 |
| Change | $0.00 |

Host Id: 622-221-199073

Get a Free Cookie! Take our 1 minute survey
at www.tellsubway.com

```
Store #26336-0 | 916-682-7263
         elk grove
7/22/2015 6:07:03 pm Trans #19930
         Clerk: TARA
```



**HURRY IN!**

Buy ANY 6-inch sub
and ANY fountain drink,
and get ANY 6-inch sub
of equal or lesser
price FREE.

Hurry, Valid From:
07/23/15 –
07/26/15

LIMITED TIME ONLY. Additional charge for Extras. Plus tax where applicable. May not be combined with other offers, coupons or discount cards. Void if transferred, sold, exchanged, reproduced or altered. No cash value. One coupon, per customer, per visit. Coupon must be surrendered with purchase. ©2015 Doctor's Associates Inc. SUBWAY® is a registered trademark of Doctor's Associates Inc.
Valid only at participating.

Greater Sacramento/Stockton/Modesto area locations
(Market #023)

**SmartReceipt** Powered by mobivity.com

---



| Qty | Item | Price |
|-----|------|-------|
| 1 | Simple 6 Meal | $6.25 |
| 1 | 6" Turkey Sub | |
| 1 | Bottled Water | |
| 1 | Chips | |

| | |
|---|---|
| Sub Total | $6.25 |
| Taxable Amount | $0.00 |
| State Board of Equilization (8%) | $0.00 |
| Total (Take Out) | $6.25 |
| Credit Card | $6.25 |
| Change | $0.00 |

Host Id: 623-215-4055370

Get a Free Cookie! Take our 1 minute survey
at www.tellsubway.com

```
Store #26336-0 | 916-682-7263
         elk grove
7/21/2015 7:16:57 pm Trans #19818
         Clerk: caleb
```



**HURRY IN!**

Buy ANY 6-inch sub
and ANY fountain drink,
and get ANY 6-inch sub
of equal or lesser
price FREE.

Hurry, Valid From:
07/22/15 –
07/25/15

LIMITED TIME ONLY. Additional charge for Extras. Plus tax where applicable. May not be combined with other offers, coupons or discount cards. Void if transferred, sold, exchanged, reproduced or altered. No cash value. One coupon, per customer, per visit. Coupon must be surrendered with purchase. ©2015 Doctor's Associates Inc. SUBWAY® is a registered trademark of Doctor's Associates Inc.
Valid only at participating.

Greater Sacramento/Stockton/Modesto area locations
(Market #023)

**SmartReceipt** Powered by mobivity.com

```
         Il Fornaio Cucina Italiana
                400 Capitol Mall
              Sacramento, CA  95814
                (916) 446-4100
Date:            Jul23'15 07:42PM
         Card Type:  Visa
Acct #:      XXXXXXXXXXXX2885
         Card Entry: SWIPED
         Trans Type: PURCHASE
Trans Key:  FIF004742941521
         Auth Code:  09042C
           Check:       288
           Table:       34/1
     Server:    29873 JEFF V

Subtotal:                38.46

         Gratuity    7 50

            Total    45 96

    * * * * Guest Copy * * * *
```

```
 C586
  Server: TAYLOR H (#192)          Rec:242
  07/24/15 17:52. Swiped   T: 509 Term: 4

  BJ's RESTAURANT BREWHOUSE
  9737 LAGUNA SPRINGS RD.
  ELK GROVE, CA 95758
  (916)753-1500
  MERCHANT #:

  CARD TYPE        ACCOUNT NUMBER
  V SA           XXXXXXXXXXXX2885
  Name: MICHAEL POISE
  00 TRANSACTION APPROVED
  AUTHORIZATION #: 00481C
  Reference: 0724010000086
  TRANS TYPE: Credit Card SALE

  CHECK:

  TIP:                32.67
                       6 25

  TOTAL:             39.92


        x      M Prim

     ***Duplicate Copy***

  CARDHOLDER WILL PAY CARD ISSUER ABOVE
  AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
  PLEASE LEAVE SIGNED COPY FOR SERVER
```

MIMI'S CAFE ELK GROVE #67
9135 W. STOCKTON BLVD.
ELK GROVE CA 95758
(916) 683-4377
Date:         JUl24'15 12:44PM
Card Type:    VISA
Acct #:       XXXXXXXXXXXX2885
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    EEF004748148584
Auth Code:    013390
Check:        1573
Table:        307/1
Server:       4000 CEDRIC

Subtotal:           **10.79**

TIP.........................  2

TOTA.........................  2 79

----------------------------
SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

ARCO am/pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Fax: 9165640314
Site Number 11900674

Trans#   040145
07/25/15 03:45

Pump  Gallons  Price
 02    5.274 $ 3.399

Product        Amount
UNLEADED REGUL$ 17.93

Total Sale   $ 17.93

VISA
XXXXXXXXXXXX2885
Auth #: 041000
Ref: 0C886046
Resp Code: 000
Term ID: 00002
Stan: 06211596118

SITE ID: 2988012

Joe Goldenson, MD
650 5th Street, Suite 309, SF, CA 94107
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: August 1, 2015

Billing Period:   Jul-15

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:   **$10,232.49**

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|------|-------|---|-----------|---|-------|----------------|
| 7/2/15 | 2.00 | @ | $137.50 | = | $275.00 | Travel: Federal Court |
| 7/2/15 | 1.50 | @ | $275.00 | = | $412.50 | Meeting with Judge Henderson and Receiver |
| 7/14/15 | 4.00 | @ | $275.00 | = | $1,100.00 | Review of records |
| 7/15/15 | 3.50 | @ | $137.50 | = | $481.25 | Travel: Sacramento |
| 7/15/15 | 6.00 | @ | $275.00 | = | $1,650.00 | Meeting |
| 7/16/15 | 2.50 | @ | $275.00 | = | $687.50 | Review of records |
| 7/17/15 | 3.50 | @ | $275.00 | = | $962.50 | Review of records |
| 7/19/15 | 1.00 | @ | $275.00 | = | $275.00 | Review of records |
| 7/22/15 | 2.75 | @ | $275.00 | = | $756.25 | Review of records |
| 7/23/15 | 2.50 | @ | $275.00 | = | $687.50 | Review of records |
| 7/24/15 | 3.75 | @ | $137.50 | = | $515.63 | Travel: Sacramento |
| 7/24/15 | 8.00 | @ | $275.00 | = | $2,200.00 | Meetings with CCHCS staff in Sacramento |
| Total | | | | | $10,003.13 | |

**Professional Fees**

**$10,003.13**

**Travel Expenses**

**$229.36**

**TOTAL DUE**   **$10,232.49**

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|------|---------|-------|-----------|-----|---------|-----------|-------|-------|-----------|
| 7/15/15 | | | | | | $4.00 | $101.20 | | $105.20 |
| 7/24/15 | | $18.96 | | | | $4.00 | $101.20 | | $124.16 |
| | | | | | | | | Total | $229.36 |

*$0.575/ mile

MIMI'S CAFE ELK GROVE #67
9195 W. STOCKTON BLVD.
ELK GROVE, CA 95758
(916) 683-4377

Date:          Jul24'15 12:44PM
Card Type:     VISA
Acct #:        XXXXXXXXXXXX0343
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     FIF004748145796
Auth Code:     09627D
Check:         1592
Table:         307/2
Server:        4000 CEDRIC

Subtotal:            **15.96**

TIP.................     3

TOTA................  18.96

_____

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.