UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | Case No. 01-cv-01351-TEH<br><br>**ORDER GRANTING PACER FEE EXEMPTION FOR COMPLIANCE OFFICER ELWOOD LUI** |

The Honorable Elwood Lui has been appointed as the Compliance Officer in the three-judge court proceedings related to this case. Justice Lui has requested a PACER fee waiver, which the Court construes as a motion for exemption from the PACER fee. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met before a court may grant an exemption from the PACER fee.

It would be unreasonable to burden Justice Lui with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as the Compliance Officer in the *Plata*/*Coleman* three-judge court proceedings, public access to information will be promoted if he has free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and GRANTS Justice Lui's motion for exemption from PACER user fees. The exemption shall remain in place as long as Justice Lui remains appointed as the Compliance Officer.

**IT IS SO ORDERED.**

Dated: 08/26/15                         _____
                                                                                                                        THELTON E. HENDERSON
                                                                                                                         United States District Judge