PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
ALISON HARDY #135966
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
ahardy@prisonlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR, et al., <br><br> Defendants. | No. C-01-1351 T.E.H. <br><br> STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2015 |

On December 17, 2002, this Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief.  This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will run from the thirty-

Stipulation and Order Re: Collection of Second Quarter Fees
*Plata v. Brown,* No. C-01-1351 T.E.H.

first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their second quarter billing statement for the period April 1, 2015 through June 30, 2015 on August 4, 2015. Following a meet and confer, the parties agreed to payment of $312,990 in undisputed fees and costs billed by plaintiffs' counsel. This stipulation fully settles all costs and fees for the second quarter billing 2015.

WHEREFORE, defendants agree to pay plaintiffs' counsel $312,990 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: August 20, 2015

/s/
Alison Hardy
Attorney for Plaintiffs

Date: August 25, 2015

/s/
Kyle A. Lewis
Supervising Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Kyle Lewis signed this document on August 25, 2015.

**IT IS SO ORDERED.**

Date: _____08/26_____, 2015

Honorable Thelton E. Henderson
United States District Court Judge

Stipulation and Order Re: Collection of Second Quarter Fees
*Plata v. Brown,* No. C-01-1351 T.E.H.     2