

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | State of California<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

September 25, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 9/1/15, professional fees and expenses: $16,947.37;

(2) Dr. Puisis, invoice dated 8/31/15, professional fees and expenses: $19,731.25; and

(3) Dr. Goldenson, invoice dated 8/30/15, professional fees and expenses: $13,252.39.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

**APPROVED**
9/28/2015
Judge Thelton E. Henderson

Enclosures

cc:

The Honorable Thelton E. Henderson
September 25, 2015
Page 2

       Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
       Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
       Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
       Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
       Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001