Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

September 1, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:	Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| **Professional Fees:** | | |
|---|---|---|
| Date | Hours | Activity |
| 8/4/2015 | 3.50 | Review of CTF medical records |
| 8/5/2015 | 2.75 | Conference call with Janet Lewis, email corresponspondence, CTF medical records |
| 8/6/2015 | 4.50 | CTF Record Review |
| 8/7/2015 | 5.25 | CTF Record Review |
| 8/11/2015 | 2.50 | CTF Record Review |
| 8/12/2015 | 5.25 | CTF record review, conference call with court experts |
| 8/13/2015 | 7.25 | CTF Records |
| 8/14/2015 | 1.25 | Conference call with Court Experts, CTF review |
| 8/18/2015 | 11.00 | Lancaster State Prison Site Visit |
| 8/19/2015 | 12.00 | Corcoran State Prison Site Visit |
| 8/20/2015 | 8.00 | Region II and III Quality Management Training |
| 8/24/2015 | 1.00 | Review of HCV guidelines, conference call with Joe Goldenson regarding OIG NKSP report |
| 8/25/2015 | 1.00 | Review of OIG North Kern State Prison Report |
| 8/26/2015 | 1.75 | Review of HCV guidelines, conference call with court experts regarding guidelines and OIG reports |
| 8/27/2015 | 1.50 | Review of OIG North Kern report, Conference call with Court Experts and Clark Kelso |
| **Total Professional Hours** | **68.50** | |
| **Total at Hourly Rate of $200** | **$13,700.00** | |

| **Travel Fees:** | | |
|---|---|---|
| Date | Hours | Activity |
| 9/17/2015 | 8.0 | Travel from Rio Rancho NM to Bakersfield, CA |
| 9/20/2015 | 6.5 | Travel from Fresno, CA to Rio Rancho NM |
| **Total Travel Hours** | **14.5** | |
| **Total at Hourly Rate of $100** | **$1,450.00** | |

| **Expenses:** | | |
|---|---|---|
| Date | Expense | Description |
| 8/17/2015 | $752.20 | Airfare from Albuquerque to Burbank |

|  | | |
|---|---|---|
|  | $11.50 | 20 Miles at $0.575 from Rio Rancho to Albuquerque Airport |
|  | $170.02 | Rental Car |
|  | $114.44 | Hotel |
|  | $7.45 | Lunch |
|  | $25.00 | Dinner (Less than billed amount of $36.00) |
|  |  |  |
| 8/18/2015 | $114.44 | Hotel |
|  | $4.00 | Breakfast |
|  | $0.00 | Lunch |
|  | $30.00 | Dinner (Less than billed amount of $41.20 See Doubletree Hotel Receipt) |
|  |  |  |
| 8/19/2015 | $243.23 | Hotel |
|  | $0.00 | Meals |
|  |  |  |
| 8/20/2015 | $243.23 | Hotel |
|  | $4.25 | Meals |
|  | $25.00 | Gasoline |
|  |  |  |
| 8/21/2015 | $20.11 | Meals |
|  | $21.00 | Airport Parking |
|  | $11.50 | 20 miles @ 0.575 from Albuquerque Airport to Rio Rancho |
|  |  |  |
| **Total Expenses** | **$1,797.37** |  |

| | | |
|---|---|---|
| **Professional Fees** | $13,700.00 |  |
| **Travel Fees** | $1,450.00 |  |
| **Expenses** | $1,797.37 |  |
| **Total Due** | **$16,947.37** |  |



Madeleine LaMarre <mlamarre55@gmail.com>

# Your Flight Receipt - MADELEINE LOUISE LAMARRE 17AUG15
1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com>       Mon, Aug 3, 2015 at 4:59 PM
Reply-To: Delta Air Lines <support-b988y0ybfpayqkauzqx8kqdyjsj11v@e.delta.com>
To: mlamarre55@gmail.com



**Hello, MADELEINE LOUISE**                         SkyMiles® #*******151 >

**Your Trip Confirmation #: HNUOYZ**                **MANAGE MY TRIP >**

| Mon, 17AUG | DEPART | ARRIVE |
|---|---|---|
| DELTA 4462* MAIN CABIN (Q) | ALBUQUERQUE 12:20pm | SALT LAKE CITY 2:00pm |
| DELTA 4620* MAIN CABIN (Q) | SALT LAKE CITY 3:00pm | BURBANK 3:59pm |
| **Fri, 21AUG** | **DEPART** | **ARRIVE** |
| DELTA 4624* MAIN CABIN (H) | FRESNO 6:24am | SALT LAKE CITY 8:59am |
| DELTA 4462* MAIN CABIN (H) | SALT LAKE CITY 9:50am | ALBUQUERQUE 11:32am |

*Flight 4462 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4620 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4624 Operated by SKYWEST DBA DELTA CONNECTION
*Flight 4462 Operated by SKYWEST DBA DELTA CONNECTION

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| MADELEINE LOUISE LAMARRE SkyMiles #*******151 Platinum | DELTA 4462 DELTA 4620 DELTA 4624 DELTA 4462 | 19C 01C 18B 18A |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062317180718-19

Place of Issue: Delta.com

Issue Date: 03AUG15

Expiration Date: 03AUG16

**METHOD OF PAYMENT**

| | |
|---|---|
| AX***********2004 | $752.20 USD |

**CHARGES**

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $657.67 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.00 USD |
| United States - Transportation Tax (US) | $49.33 USD |
| **TICKET AMOUNT** | **$752.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ABQ DL X/SLC Q9.30 DL BUR275.35QA07A0VA /-FAT DL X/SLC DL ABQ373.02HA14A0VQ USD657.67END ZP ABQSLCFATSLC XF ABQ4.5SLC4.5FAT4.5SLC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Mon 17 Aug 2015 | DELTA: ABQ ▶ SLC | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

Page 1 of 2



| | | |
|---|---|---|
| THE HERTZ CORPORATION | | Rental Agreement No: 576235855 |
| Phone: 800-654-4173 | **Hertz** | Invoice Date: 08/21/2015 |
| Fax: | UNBILLED REPRINT | Document: 995001785293 |
| Web: www.hertz.com | | Renter: MADELEINE LAMARRE |
| | | Account No.: ***********2004 |
| | | AMX |
| Direct All Inquiries To: | | CDP No.: 14 |
| THE HERTZ CORPORATION | | CDP Name: AAA AUTO CLUB SOUTH |
| PO BOX 26120 | | |
| OKLAHOMA CITY, OK 73126-0120 | | |

MADELEINE LAMARRE
AAA AUTO CLUB SOUTH
3200 19TH AVE SE
RIO RANCHO, GA 87124

**RENTAL REFERENCE**
Rental Agreement No: 576235855
Reservation ID: G6591086537
Frequent Traveler: ZE1

**RENTAL DETAILS**
Rate Plan: IN: ICPDD  OUT: ICPDD
Rented On: 08/17/2015 16:09  LOC# 110211
BURBANK, CA
Returned On: 08/21/2015 05:00  LOC# 126012
FRESNO, CA
Car Description: N/L ALTIMA DXX7709
Veh. No.: 3063401
CAR CLASS Charged: C   MILEAGE  In: 38,358
Rented: F6               Out: 38,102
Reserved: C              Driven: 256

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 4 @ | 25.00 | 100.00 |
| SUBTOTAL | | | 100.00 |
| DISCOUNT | | 10.00% | -10.00 |
| SUBTOTAL | | | 90.00 |
| CONCESSION FEE RECOVERY | | | 13.11 |
| NEVERLOST | | | 27.96 |
| CA TOURISM FEE | | | 3.15 |
| CUSTOMER FACILITY CHARGE | | | 24.00 |
| TAX | | 9.00% | 11.80 |
| AMOUNT DUE | | | 170.02 USD |

**MISCELLANEOUS INFORMATION**
CC AUTH: 149618  DATE: 2015/08/17  AMT: 370.00

**Gold Plus Rewards Points**
Earned this rental: 130

THANK YOU FOR RENTING FROM HERTZ



DOUBLETREE BY HILTON BAKERSFIELD
3100 CAMINO DEL RIO COURT
BAKERSFIELD, CA 93308
United States of America
TELEPHONE 661-323-7111  • FAX 661-323-0331
Reservations
www.doubletree.com or 1-800-222-TREE

LAMARRE, MADELEINE

3200 19TH AVE SE

RIO RANCHO NM  87124
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 487/NK1AB |
| Arrival Date: | 8/17/2015  5:50:00 PM |
| Departure Date: | 8/19/2015 |
| Adult/Child: | 1/0 |
| Cashier ID: | MCONTRERAS/MONICA |
| Room Rate: | 102.00 |
| AL: | DL 2042493151 |
| HH # | 369445769 DIAMOND |
| VAT # | |
| Folio No/Che | 830511 A |

Confirmation Number: 84869942

DOUBLETREE BY HILTON BAKERSFIELD 8/18/2015 11:17:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 8/17/2015 | ROOM SERVICE | LINTR | 3699278 | $2.00 | | |
| 8/17/2015 | GUEST ROOM EXEMPT | BHALL | 3699506 | $102.00 | | |
| 8/17/2015 | ROOM TAX | BHALL | 3699506 | $12.24 | | |
| 8/17/2015 | ASSESSMENT TAX | BHALL | 3699506 | $0.20 | | |
| 8/18/2015 | ROOM SERVICE | LINTR | 3699602 | $4.00 | | |
| 8/18/2015 | ROOM SERVICE | LINTR | 3699606 | $10.00 | | |
| 8/18/2015 | ROOM SERVICE | LINTR | 3699616 | $6.15 | | |
| 8/18/2015 | ROOM SERVICE | LINTR | 3699782 | $41.20 | | |
| 8/18/2015 | GUEST ROOM | MCONTRERAS | 3700044 | $102.00 | | |
| 8/18/2015 | ROOM TAX | MCONTRERAS | 3700044 | $12.24 | | |
| 8/18/2015 | ASSESSMENT TAX | MCONTRERAS | 3700044 | $0.20 | | |
| | | | WILL BE SETTLED TO AX*2004 | | | $292.23 |
| | | | EFFECTIVE BALANCE OF | | | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Thank you for choosing Doubletree! Come back soon to enjoy our warm chocolate chip cookies and relaxed hospitality. For your next trip visit us at doubletree.com for our best available rates!



# HOMEWOOD SUITES BY HILTON

835 Gettysburg Avenue • Clovis, CA 93612
Phone (559) 292-4004 • Fax (559) 292-4005
Reservations
www.homewoodsuites.com or 1-800-CALL-HOME®

Name & Address

LAMARRE, MADELEINE
3200 19TH AVE SE
RIO RANCHO NM 87124
UNITED STATES OF AMERICA

| | |
|---|---|
| Suite | 205/KHWN |
| Arrival Date | 8/19/2015 8:24:00 PM |
| Departure Date | 8/21/2015 |
| Adult/Child | 1/0 |
| Room Rate | 219.00 |
| Rate Plan: | 48M |
| HH # | 369445769 DIAMOND |
| AL: | DL #2042493151 |
| Car: | |

*Folio*

Confirmation Number: 85765380

8/21/2015



| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/19/2015 | 340927 | GUEST ROOM | $219.00 |
| 8/19/2015 | 340927 | ROOM CITY TAX | $21.90 |
| 8/19/2015 | 340927 | LODGING TAX | $0.14 |
| 8/19/2015 | 340927 | TOURISM ASSESSMENT | $2.19 |
| 8/20/2015 | 341104 | GUEST ROOM | $219.00 |
| 8/20/2015 | 341104 | ROOM CITY TAX | $21.90 |
| 8/20/2015 | 341104 | LODGING TAX | $0.14 |
| 8/20/2015 | 341104 | TOURISM ASSESSMENT | $2.19 |
| 8/21/2015 | 341188 | AX *2004 | ($486.46) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 8/19/2015 | 8/20/2015 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $243.23 | $243.23 | $486.46 |
| DAILY TOTAL | $243.23 | $243.23 | $486.46 |

You have earned approximately 6820 Hilton HHonors points and approximately 438 Miles with Delta Air Lines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your e

| | |
|---|---|
| ACCOUNT NO. | |
| CARD MEMBER NAME | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT |

| | | |
|---|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| | 100941 A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | -486.46 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

```
                                                HMSHOST
                                            STARBUCKS COFFEE
                                        FRESNO INTERNATIONAL AIRPORT

                                        153167 Jennifer
                                        ----------------------------------
                                        CHK 1049                    GST 1
                                            AUG21'15  6:28AM
                                        ----------------------------------
         Doubletree By Hilton             TO GO
             Bakersfield
             661-323-7111                 1 COD DARK G            2.55
                                          1 FRUIT BANANA          1.25

Server: Pedro          DOB: 08/17/2015       SUBTOTAL             3.80
07:02 PM                    08/17/2015       TAX                  0.31
Table 14/1                     3/30050       AMOUNT PAID       4.11
                                             XXXXXXXXXXX2004
              SALE                           AMEX                 4.11
                                        --153167 Closed AUG21 06:28AM---
AMEX                           4194308
Card #XXXXXXXXXXXX2004
Magnetic card present: LAMARRE MADELEINE
Card Entry Method:  S
                                                    HMSHOST
Approval: 506697                                JOHN MUIRS TAVERN
                                            FRESNO INTERNATIONAL AIRPORT
                                        CHECK:        1948
                 Amount:      $29.03    TABLE:        112/1
                                        SERVER:       273083 Rita
                 + Tip: ____6.97____    DATE:         AUG21'15  5:43AM
                                        CARD TYPE:    AMEX
                 = Total: ___36_____   ACCT #:       XXXXXXXXXXX2004
                                        AUTH CODE:    548393
                                               MADELEINE LAMARRE
    I agree to pay the above
    total amount according to the       TOTAL:              13.30
      card issuer agreement.
                                        TIP:_____2.70_____
X_____/signature/_____
                                        TOTAL:_____16.00_____

         Come Again!                    X _____/signature/_____
                                        I AGREE TO PAY THE ABOVE AMOUNT
                                           IN ACCORDANCE WITH THE CARD
                                                ISSUER'S AGREEMENT.
```

```
               UNIVERSITY MARKET
               794 W. SHAW AVE
               CLOVIS, CA 93612


               BUTCHS UNION 76
               00005076880
               794 WEST SHAW AVE
               CLOVIS              , CA
               08/20/2015  33048426
               04:02:37 PM

               2004
               AMEX

               INVOICE 160021
               AUTH 00-547893
               REF 850260820151600

               PUMP#   9
               REGULAR        7.228G
               PRICE/GAL       3.459

               FUEL TOTAL  $  25.00

               CREDIT      $  25.00
```

```
Albuquerque-ABQ-Fast Park
2801 Yale Blvd., S.E.
   Albuquerque, 87106

EXPRESS 1   08/21/15 11:46
Receipt 082328

Excess Time
R3 Universities
Car Park 1
08/17/15 11:21
08/21/15 11:46
Period 4d0h26'
(TAX)                 $21.00

Sub Total             $21.00
TAX                    $0.00
                      -------
Total                 $21.00

Payment Received
AMEX                  $21.00
XXXXXXXXXXX2004
Merch:1306516667
Auth:523905
Type: Swiped

Includes 7% tax
and 2% airport fee
```

```
          STARBUCKS Store #6602
              1020 Shaw Avenue
          Clovis, CA (559) 325-1336

                 CHK 707185
            08/20/2015 08:36 AM
          1980430   Drawer: 2  Reg: 1

   Ethos Water 700Ml          1.95
     Bottle Dep/Crv           0.05
   Gr Pike Place              2.25
   Amex                       4.25
   XXXXXXXXXXXX2004

   Subtotal                  $4.25
   Total                     $4.25
   Change Due                $0.00

   ------- Check Closed -------
```

```
        ***************
        *  BLACK MESA  *
        *  COFFEE CO.  *
        * ALBUQUERQUE SUNPORT *
        ***************

              Check 30210
     CONCOURSE1
     Rosalind
     MON       8/17/15    11:35am
     ================================
     1 GC Chix Bowl           6.95
       Breadstick
     ================================
       Sub/Ttl                6.95
       Tax                    0.50
     Total                    7.45

       AmEx                   7.45
       Acct: XXXXXXXXXXX2004
       Auth: 503269
       Trans ID: 231

              Thank you!
```

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

August 31, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for August, 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #31

Plata v. Davis C-01-1351
August 31, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 8/4/2015 | CTF chart reviews | 7.5 | $275.00 | $2,062.50 |
| 8/5/2015 | CTF chart reviews | 8 | $275.00 | $2,200.00 |
| 8/6/2015 | CTF chart reviews | 8 | $275.00 | $2,200.00 |
| 8/7/2015 | CTF chart reviews | 7 | $275.00 | $1,925.00 |
| 8/14/2015 | Conference call with Receiver &2nd call with Experts | 1.25 | $275.00 | $343.75 |
| 8/17/2015 | NKSP chart reviews | 8.5 | $275.00 | $2,337.50 |
| 8/18/2015 | NKSP chart reviews | 7.5 | $275.00 | $2,062.50 |
| 8/19/2015 | NKSP chart reviews | 7 | $275.00 | $1,925.00 |
| 8/25/2015 | Prep for CHCF visit | 5 | $275.00 | $1,375.00 |
| 8/26/2015 | Prep for CHCF visit | 6 | $275.00 | $1,650.00 |
| 8/27/2015 | Expert Conference Call | 1 | $275.00 | $275.00 |
| 8/28/2015 | Conference call with Receiver and chart review prep for Dr. Tharatt | 5 | $275.00 | $1,375.00 |
|  |  |  | TOTAL | $19,731.25 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-557-1086
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: August 30, 2015

Billing Period: Aug-15

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | $13,252.39 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 8/1/15 | 3.00 | @ | $275.00 | = | $825.00 | Review of records |
| 8/3/15 | 0.75 | @ | $275.00 | = | $206.25 | Review of records; teleconference with Receiver |
| 8/4/15 | 3.00 | @ | $137.50 | = | $412.50 | Travel: DVI |
| 8/4/15 | 8.50 | @ | $275.00 | = | $2,337.50 | Site visit: DVI |
| 8/10/15 | 1.50 | @ | $275.00 | = | $412.50 | Review of records and documents |
| 8/11/15 | 1.00 | @ | $275.00 | = | $275.00 | Review of records |
| 8/11/15 | 2.00 | @ | $137.50 | = | $275.00 | Travel: SVSP |
| 8/12/15 | 8.50 | @ | $275.00 | = | $2,337.50 | Site visit: SVSP |
| 8/12/15 | 2.50 | @ | $137.50 | = | $343.75 | Travel: CCWF |
| 8/13/15 | 8.00 | @ | $275.00 | = | $2,200.00 | Site visit: CCWF |
| 8/13/15 | 2.50 | @ | $137.50 | = | $343.75 | Travel: Home |
| 8/14/15 | 2.50 | @ | $275.00 | = | $687.50 | Teleconferences: medical experts, Receiver; review of records |
| 8/15/15 | 0.50 | @ | $275.00 | = | $137.50 | Review of documents |
| 8/24/15 | 3.00 | @ | $275.00 | = | $825.00 | Review of documents |
| 8/27/15 | 3.00 | @ | $275.00 | = | $825.00 | Conference call: experts, review of documents |
| 8/28/15 | 0.75 | @ | $275.00 | = | $206.25 | Review of documents |
| Total | | | | | $12,650.00 | |

**Professional Fees**
$12,650.00

**Travel Expenses**
$602.39

**TOTAL DUE** $13,252.39

Joseph L. Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
(510) 557-1086
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 8/4/15 | | | | | | | $70.00 | | $70.00 |
| 8/11/15 | $107.10 | | | | | | $66.00 | | $173.10 |
| 8/12/15 | $154.29 | $40.00 | | | | | $79.00 | | $273.29 |
| 8/13/15 | | | | | | | $86.00 | | $86.00 |
| | | | | | | | | Total | $602.39 |

*$0.575/ mile



**Hampton Inn & Suites - Madera/Fresno North**
3254 Airport Drive • Madera, CA 93638
Phone (559) 661-0910 • Fax (559) 661-0929


Official Sponsor

| | |
|---|---|
| GOLDENSON, JOE<br>1406 CYPRESS ST<br><br>BERKELEY, CA 94703<br>US | name<br>address |

| | |
|---|---|
| room number: | 224/KXTO |
| arrival date: | 8/12/2015  5:56:00PM |
| departure date: | 8/13/2015 |
| adult/child: | 1/0 |
| room rate: | 141.55 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN         S-AAA
HH#  861204588 SILVER
AL:         UA   #BTP38206
BONUS AL:              CAR:

**CONFIRMATION NUMBER :** 86867141

8/13/2015        PAGE       1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount | |
|---|---|---|---|---|
| 8/12/2015 | 328685 | GUEST ROOM | $141.55 | |
| 8/12/2015 | 328685 | STATE SALES TAX ROOM | $12.74 | |
| | | WILL BE SETTLED TO VS *0343 | $154.29 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

EXPENSE REPORT SUMMARY

15 00:00:00 STAY TOTAL
ROOM & TAX    $154.29    $154.29
DAILY TOTAL    $154.29    $154.29

You have earned approximately 1627 Hilton HHonors points and approximately 282 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

for reservations call **1.800.hampton**   or visit us online at **hampton.com**                                                       **thanks.**

| account no. | | date of charge | folio/check no.<br>117170    A | |
|---|---|---|---|---|
| card member name | | authorization | | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| **signature**  of card member<br>X | | **total**  amount | 0.00 | |

        



*Laurel Inn*

Joe Goldenson  
1406 cypress st  
Berkeley, CA 94703  
United States

INVOICE

A/R Number :  
Group Code :  
Company Name :

Room No. : 156  
Arrival :08-11-15  
Departure :08-12-15

Page No. : 1 of 1  
Folio No. :77468  
Conf. No. : 686225  
Cashier No. : 11  
User ID : REMY

Current Date: 08-12-15

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-11-15 | Best Available Rate | 96.00 | |
| 08-11-15 | Room Tax | 9.60 | |
| 08-11-15 | Tourism Tax | 1.50 | |
| 08-12-15 | Visa XXXXXXXXXXXX0343 XX/XX | | 107.10 |

The Vineyard Restaurant  
605 South I St Madera CA  
559 674 0923  
vineyardrestaurant.com

Date:      8/12/15, 8:18 PM  
Card Type: VISA  
Acct #:    XXXXXXXXXXXX0343  
Customer:  JOE GOLDENSON  
Card Entry: SWIPED  
Auth Code: 05717D  
Check:     1943  
Table:     62/2  
Server:    Julio G

Amount:                    **51.84**

+TIP_____ /0-

=TOTAL_____ 61.84  
I agree to pay the above total amount pur-  
suant to the card issuer agreement.

X_____

Thank you for dining with us. Serving you since 1977

Customer Copy

| Total | | 107.10 | 107.10 |
|---|---|---|---|

**Signature:** _____

**Balance**    0.00

801 West Laurel Drive  
Salinas, CA 93906  
831-449-2474