

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

October 28, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

        Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN and Michael Puisis, D.O.:

        (1) Ms. LaMarre, invoice dated 10/7/15, professional fees and expenses: $1,250.00; and

        (2) Dr. Puisis, invoice dated 10/3/15, professional fees and expenses: $16,963.13.

        I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

                                Respectfully submitted,

                                *s/ Maneesh Sharma*
                                MANEESH SHARMA
                                Deputy Attorney General

                        For     KAMALA D. HARRIS
                                Attorney General

Enclosures

cc:

        Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
        Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)



10/29/2015

APPROVED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Thelton E. Henderson
October 28, 2015
Page 2


      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:


CA2001CS0001