Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

October 7, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE: Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 9/1/2015 | 0.50 | Email correspondence with Chris Podratz |
| 9/22/2015 | 1.25 | Email correspondence with court experts, Clark Kelso and Michael Chu.  Conference calls with Michael Chu and Michael Puisis |
| 9/23/2015 | 4.50 | Review of OIG CVSP report and supporting documentation |
| Total Professional Hours | 6.25 | |
| Total at Hourly Rate of $200 | $1,250.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
|  |  |  |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $1,250.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $1,250.00 | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

---

October 3, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for September, 2015.

Sincerely,

*[signature]*
Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #32

Plata v. Davis C-01-1351
October 3, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 9/8/2015 | airfare to Sacramento | | | $636.20 |
| 9/8/2015 | rental car | | | $133.27 |
| 9/8/2015 | hotel Sacramento | | | $325.08 |
| 9/8/2015 | meal | | | $13.23 |
| 9/9/2015 | meal | | | $12.25 |
| 9/10/2015 | meal | | | $30.60 |
| 9/8/2015 | Travel to Sacramento | 6 | $137.50 | $825.00 |
| 9/9/2015 | MCSP visit | 9 | $275.00 | $2,475.00 |
| 9/10/2015 | CHCF visit | 8 | $275.00 | $2,200.00 |
| 9/11/2015 | Travel to Chicago` | 6 | $137.50 | $825.00 |
| 9/22/2015 | CVSP chart review | 7 | $275.00 | $1,925.00 |
| 9/23/15 | CVSP chart review | 9 | $275.00 | $2,475.00 |
| 9/24/2015 | CVSP chart review | 8.5 | $275.00 | $2,337.50 |
| 9/25/2015 | CVSP chart review | 5 | $275.00 | $1,375.00 |
| 9/26/2015 | CVSP chart review | 5 | $275.00 | $1,375.00 |
| | | | TOTAL | $16,963.13 |

1



| Qty | Item | Price |
|---|---|---|
| 1 | 6" Turkey | $5.00 |
| 1 | Veggie Delite Salad | $6.00 |
| 1 | Chips | $1.25 |

```
                    Sub Total          $12.25
               Taxable Amount           $0.00
State Board of Equilization (8%)        $0.00
               Total (Take Out)        $12.25
                   Credit Card         $12.25
                        Change          $0.00
Host Id: 624-243-1380608
```

Get a Free Cookie! Take our 1 minute survey at www.tellsubway.com

```
Store #26336-0 | 916-682-7263
            elk grove
9/9/2015 6:27:06 pm Trans #25686
         Clerk: caleb
```



**SUB SAVINGS**

USE THIS RECEIPT TO GET A
— FREE —
6 INCH SUB WHEN YOU BUY ANY 6-INCH SUB
OF EQUAL OR GREATER PRICE AND ANY DRINK
VALID ONLY BEFORE 9 A.M.

HURRY, VALID FROM
09/10/15 - 09/13/15

LIMITED TIME ONLY. Not valid on Giant Subs. Additional charge for Extras. Plus tax where applicable. May not be combined with other offers, coupons or discounts. Void if transferred, sold, auctioned, reproduced or altered. No cash value. One coupon, per customer, per visit. Coupon must be surrendered with purchase. ©2015 Doctor's Associates Inc. SUBWAY® is a registered trademark of Doctor's Associates Inc. Valid only at participating Greater Sacramento/Stockton/Modesto area locations (Market #023)

**SmartReceipt** Powered by

---

Double Nickel Smoke House
at STRIKES
3545 Laguna Blvd
Elk Grove, CA 95758
(916)226-2695

9/10/2015     5:05:02 PM

Card Type:        Visa
Card Number:      XXXXXXXXXXXX4034
Swipe/Manual:     Swipe
Card Owner:       PUISIS/MICHAEL
Staff:            John..
Staff #:          84
Check Number:     38676/1
Table/Tab #:      1278
Approval:         052840

Amount  25.60

+Tip     5

=Total  30  60

I agree to comply with
the cardholder agreement.

_____
Customer Signature

**CUSTOMER COPY**



| Qty | Item | Price |
|---|---|---|
| 1 | Veggie Delite Salad | $6.00 |
| 1 | 6" Turkey | $5.00 |
| 1 | Chips | $1.25 |

```
               Sub Total           $12.25
State Board of Equilization (8%)    $0.98
               Total (Eat In)      $13.23
               Credit Card         $13.23
               Change               $0.00
Host Id: 625-246-1238083
```

Get a Free Cookie! Take our 1 minute survey at www.tellsubway.com

Store #26336-0 | 916-682-7263
elk grove
9/8/2015 7:00:33 pm Trans #25551
Clerk: GILBERT

## SUB SAVINGS

USE THIS RECEIPT TO GET A
— FREE —
6 INCH SUB WHEN YOU BUY ANY 6-INCH SUB
OF EQUAL OR GREATER PRICE AND ANY DRINK.
VALID ONLY BEFORE 9 A.M.

SUBWAY
HURRY, VALID FROM:
09/09/15 - 09/12/15

LIMITED TIME ONLY. Not valid on Giant Subs. Additional charge for Extras. Plus tax where applicable. May not be combined with other offers, coupons or discount cards. Void if transferred, sold, auctioned, reproduced or altered. No cash value. One coupon per customer per visit. Coupon must be surrendered with purchase. ©2015 Doctor's Associates Inc. SUBWAY® is a registered trademark of Doctor's Associates Inc. Valid only at participating.

Greater Sacramento/Stockton/Modesto area locations
(Market #023)

SmartReceipt Powered by mobivity.com

---

### UNITED eTicket Itinerary and Receipt
A STAR ALLIANCE MEMBER

PRINTED IN U.S.A BY MT&L, DALLAS, TX   REV. 3/12   CSM944   Run 6-15

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Tue | 08SEP15 | UA1409H | Chicago-OHare | 12:25 PM | Sacramento | 2:56 PM | 737-700 | Purchase |
| Fri | 11SEP15 | UA472T | Sacramento | 6:40 AM | Chicago-OHare | 12:45 PM | A-320 | Purchase |

PUISIS/MICHAELAMR

Party of 1                    Seats          Confirmation Number: F14050
PUISIS/MICHAELAMR             10C/200        Ticket Number         Frequent Flyer
                                             0162451804 2972       UA-nxxxx202

Fare: 565.58       Tax: 70.62       Per Person: 636.20       eTicket Total: 636.20       Issue Date: August 26, 2015
Method of Payment: Visa XXXXXXXXXXXX4034
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.



**Hampton Inn & Suites Sacramento/Elk Grove**
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


Official Sponsor

| name/address | | room number: | 226/SXQL | |
|---|---|---|---|---|
| PUISIS, MICHAEL | | arrival date: | 9/8/2015 | 5:26:00PM |
| 932 WESLEY AVE | | departure date: | 9/11/2015 | |
| EVANSTON, IL 60202 | | adult/child: | 1/0 | |
| US | | room rate: | $95.00 | |

RATE PLAN    L-GVS
HH# 736265396 SILVER
AL    UA #03069734862
BONUS AL    CAR

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation: 80381751

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

9/11/2015    PAGE    1

signature:

| date | reference | description | amount | |
|---|---|---|---|---|
| 9/8/2015 | 530795 | GUEST ROOM | $95.00 | |
| 9/8/2015 | 530795 | OCCUPANCY TAX | $11.40 | |
| 9/8/2015 | 530795 | CA TOURISM | $0.06 | |
| 9/8/2015 | 530795 | ELK GROVE TOURISM | $1.90 | |
| 9/9/2015 | 530964 | GUEST ROOM | $95.00 | |
| 9/9/2015 | 530964 | OCCUPANCY TAX | $11.40 | |
| 9/9/2015 | 530964 | CA TOURISM | $0.06 | |
| 9/9/2015 | 530964 | ELK GROVE TOURISM | $1.90 | |
| 9/10/2015 | 531155 | GUEST ROOM | $95.00 | |
| 9/10/2015 | 531155 | OCCUPANCY TAX | $11.40 | |
| 9/10/2015 | 531155 | CA TOURISM | $0.06 | |
| 9/10/2015 | 531155 | ELK GROVE TOURISM | $1.90 | |
| | | WILL BE SETTLED TO VS *4034 | $325.08 | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

You have earned approximately 3277 Hilton HHonors points and approximately 285 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

for reservations call **1.800.hampton**    or visit us online at **hampton.com**    thanks.

| account no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| | | | 163786   A | |
| card member name | | authorization | | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| signature of card member | | total amount | | |
| X | | | 0.00 | |

         

```
THE HERTZ CORPORATION                                              Rental Agreement No: 588827901
Phone:    800-654-4173              Hertz.                         Date:                09/11/2015
Web:      www.hertz.com                                            Document:            935001945750

Direct All Inquiries To:         CHARGE DETAIL       Renter:              MICHAEL PUISIS
   THE HERTZ CORPORATION                             Account No.:         ************4034 VIS
   PO BOX 26120
   OKLAHOMA CITY, OK 73126-0120
```

MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202

RENTAL REFERENCE                                         RENTAL DETAILS
Rental Agreement No:  588827901                          Rate Plan:       IN: STDR     OUT: STDR
Reservation ID:       G6742363581                        Rented On:       09/08/2015 16:52  LOC# 125011
Frequent Traveler:    ZE1                                                 SACRAMENTO AP, CA
                                                         Returned On:     09/11/2015 04:47  LOC# 125011
                                                                          SACRAMENTO AP, CA
                                                         Car Description:      ELANTRA 7ETC126
                                                         Veh. No.:             6670285
                                                         CAR CLASS Charged:    C       MILEAGE  In:     35,571
                                                                   Rented:    C                Out:    35,362
                                                                   Reserved:  C                Driven:    209

                                                         RENTAL CHARGES
                                                         DAYS                3 @    35.97         107.91
                                                         SUBTOTAL                                 107.91

MISCELLANEOUS INFORMATION                                CONCESSION FEE RECOVERY                   11.99
CC AUTH:  02541C  DATE: 2015/09/08  AMT:  133.00         CA TOURISM FEE                             3.78
                                                         TAX                      8.00%            9.59

                                                         TOTAL CHARGES                           133.27 USD

Gold Plus Rewards Points
Earned this rental:   119

E-RETURN RECEIPT

                                                                    THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.            Rental Agreement No: 588827901
                                                         Date:                09/11/2015
                                                         Document:            935001945750

Direct All Inquiries To:                                 Renter:              MICHAEL PUISIS
   THE HERTZ CORPORATION                                 Account No.:         ************4034 VIS
   PO BOX 26120
   OKLAHOMA CITY, OK 73126-0120
   UNITED STATES

Phone:    800-654-4173
Web:      www.hertz.com                                  TOTAL CHARGES                           133.27 USD

GCM1A4        0090 GC