

**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5553
Facsimile:  (415) 703-1234
E-Mail:  Maneesh.Sharma@doj.ca.gov

November 23, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 10/30/15, professional fees and expenses: $3,200.00; and

(2) Dr. Puisis, invoice dated 11/6/15, professional fees and expenses: $5,938.61; and

(3) Dr. Goldenson, invoice dated 11/1/15, professional fees and expenses: $7,837.26.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

APPROVED 11/24/2015
Judge Thelton E. Henderson

The Honorable Thelton E. Henderson
November 23, 2015
Page 2

       Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
       Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
       Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
       Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
       Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001