Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

October 30, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 10/12/2015 | 8.00 | Draft CTF report |
| 10/19/2015 | 1.50 | Draft CTF report |
| 10/20/2015 | 2.00 | Draft CTF report |
| 10/22/2015 | 1.75 | Conference call with Chris Podratz, email correspondence with experts and Michael Chu |
| 10/27/2015 | 1.25 | Conference call with Joe Goldenson, email correspondence with court experts, review of Plaintiffs CTF delegation recommendation |
| 10/28/2015 | 0.50 | Review of Solano report, conference call with Joe Goldenson |
| 10/30/2015 | 1.00 | Conference call with Clark Kelso and the court experts |
| Total Professional Hours | 16.00 | |
| Total at Hourly Rate of $200 | $3,200.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
|  |  |  |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $3,200.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $3,200.00 | |