**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

November 6, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Patrick McKinney,

Find enclosed my invoice for October, 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #33

Plata v. Davis C-01-1351
November 6, 2015

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 10/27/2015 | airfare to Sacramento | | | $499.20 |
| 10/27/2015 | hotel Sacramento through 10/30/15 | | | $509.88 |
| 10/27/2015 | rental car | | | $155.80 |
| 10/27/2015 | taxi to airport | | | $38.00 |
| 10/27/2015 | meal | | | $12.25 |
| 10/30/2015 | gas for rental car | | | $10.48 |
| 10/30/2015 | taxi home from airport | | | $38.00 |
| 10/27/2015 | Travel to Sacramento | 6 | $137.50 | $825.00 |
| 10/28/2015 | MCSP visit with Regional team | 5.5 | $275.00 | $1,512.50 |
| 10/29/2015 | CHCF visit | 7.5 | $275.00 | $2,062.50 |
| 10/30/2015 | Conference call with Receiver | 1 | $275.00 | $275.00 |
| | | | **TOTAL** | **$5,938.61** |

1

## United eTicket Itinerary and Receipt

A STAR ALLIANCE MEMBER

PUISIS/MICHAELANTHONY

| Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|
| 27OCT15 | UA2005W | Chicago-Ohare | 12:21 PM | Sacramento | 2:57 PM | A-320 | |
| 30OCT15 | UA282L | Sacramento | 1:45 PM | Chicago Ohare | 7:49 PM | A-319 | Purchase |

Party of 1
---SIS/MICHAELANTHONY
  Seats
  ---/10D

**Confirmation Number: HZ6HQF**
Ticket Number
0162467461972A
Frequent Flyer
UA ****202

Fare: 438.14  Tax: 61.06  Per Person: 499.20  eTicket Total: 499.20  Issue Date: October 15, 2015
Method of Payment: Visa XXXXXXXXXXXX4034
Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
This ticket shall expire one year from date of issue.

---

**RECEIPT**
Date: 10/30/15
Amount: 38
From:
To:
Name:
Car #:

630-305-0700  847-253-4411
www.americanbluecarservice.com
order American Blue 2 hours in advance
630-321-1515  847-251-0400

---

**AMERICAN TAXI**

| | |
|---|---|
| NORTHWEST SUBURBS | (847) 253-4411 |
| WEST & SOUTH SUBURBS | (708) 424-7878 |
| LAKE COUNTY | (847) 566-3131 |
| NORTH SUBURBS | (847) 673-1000 |
| DUPAGE CO. EAST | (630) 920-9480 |
| DUPAGE CO. WEST | (630) 305-0700 |

**RECEIPT**
DATE: 10/27/15
AMOUNT: 38.00
FROM:
TO:
NAME:
CAB NUMBER:



Hampton Inn & Suites Sacramento/Elk Grove
2305 Longport CT • Elk Grove, CA 95758
Phone (916) 683-9545 • Fax (916) 683-9546


Official Sponsor

| | | |
|---|---|---|
| name | room number: | 221/SXQL |
| PUISIS, MICHAEL | arrival date: | 10/27/2015 4:11:00 PM |
| address | departure date: | 10/30/2015 7:31:00 AM |
| 932 WESLEY AVE | adult/child: | 1/0 |
| EVANSTON IL 60202 | room rate: | 139.00 |
| UNITED STATES OF AMERICA | Rate Plan: | LV2 |
| | HH # | 736265396 SILVER |
| | AL: | UA #03069734862 |
| | Car: | |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 85068776

10/30/2015

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $0.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 10/27/2015 | 540879 | GUEST ROOM | $149.00 |
| 10/27/2015 | 540879 | OCCUPANCY TAX | $17.88 |
| 10/27/2015 | 540879 | CA TOURISM | $0.10 |
| 10/27/2015 | 540879 | ELK GROVE TOURISM | $2.98 |
| 10/28/2015 | 541079 | GUEST ROOM | $149.00 |
| 10/28/2015 | 541079 | OCCUPANCY TAX | $17.88 |
| 10/28/2015 | 541079 | CA TOURISM | $0.10 |
| 10/28/2015 | 541079 | ELK GROVE TOURISM | $2.98 |
| 10/29/2015 | 541277 | GUEST ROOM | $149.00 |
| 10/29/2015 | 541277 | OCCUPANCY TAX | $17.88 |
| 10/29/2015 | 541277 | CA TOURISM | $0.10 |
| 10/29/2015 | 541277 | ELK GROVE TOURISM | $2.98 |
| 10/30/2015 | 541354 | VS *4034 | ($509.88) |
| | | **BALANCE** | $0.00 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

thanks.

for reservations call **1.800.hampton** or visit us online at **hampton.com**

| account no. | date of charge | folio/check no. |
|---|---|---|
| VS *4034 | 10/30/2015 | 166971 A |
| card member name | authorization | initial |
| PUISIS, MICHAEL | 07923C | |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature  of card member | total amount | -509.88 |
| X | | |

          

```
THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com

Direct All Inquiries To:
   THE HERTZ CORPORATION
   PO BOX 26120
   OKLAHOMA CITY, OK 73126-0120
```



CHARGE DETAIL

```
Rental Agreement No: 114426141
Date:                10/30/2015
Document:            935002353143

Renter:              MICHAEL PUISIS
Account No.:         ************4034 VIS
```

```
MR MICHAEL PUISIS
932 WESLEY
EVANSTON, IL 60202
```

## RENTAL REFERENCE
```
Rental Agreement No: 114426141
Reservation ID:      G7242973418
Frequent Traveler:   ZE1
```

## RENTAL DETAILS
```
Rate Plan:       IN: STDR    OUT: STDR
Rented On:       10/27/2015 15:33  LOC# 125011
                 SACRAMENTO AP, CA
Returned On:     10/30/2015 08:49  LOC# 125011
                 SACRAMENTO AP, CA
Car Description:      MAZDA 3 SKYACTN   7LUG425
Veh. No.:             8493199
CAR CLASS Charged:  B         MILEAGE  In:  15,769
          Rented:   C                  Out: 15,560
          Reserved: B                  Driven:  209
```

## MISCELLANEOUS INFORMATION
```
CC AUTH: 03536C  DATE: 2015/10/27  AMT:  208.00
CC AUTH: 03536C  DATE: 2015/10/30  AMT:  156.00
```

## RENTAL CHARGES
```
DAYS                     3 @   42.05      126.15
SUBTOTAL                                  126.15

CONCESSION FEE RECOVERY                    14.02
CA TOURISM FEE                              4.42
TAX                           8.00%        11.21


TOTAL CHARGES                             155.80 USD
```

## Gold Plus Rewards Points
```
Earned this rental:   139
```

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

```
Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES


Phone:   800-654-4173
Web:     www.hertz.com

GCM1A4           0090 GC
```

```
Rental Agreement No: 114426141
Date:                10/30/2015
Document:            935002353143

Renter:              MICHAEL PUISIS
Account No.:         ************4034 VIS
```

| TOTAL CHARGES | 155.80 USD |
|---|---|

```
ARCO am pm 83059
6100 Airport Blvd
Sacramento
CA 95837
Tel: 9165640234
Fax: 9165640314
Fax: 9165640314
Site Number 11900674


Trans# 096420
10/30/15 08:38

Pump  Gallons  Price
 02    3.941  $ 2.659

Product        Amount
UNLEADED REGUS  10.48

Total Sale    $ 10.48

VISA
XXXXXXXXXXXX4034
Auth #: 057980
Ref: 8C896033
Resp Code: 000
Term ID: 00002
Stan: 07182118309

SITE ID: 2988012
```



| Qty | Item | Price |
|---|---|---|
| 1 | 6" Turkey | $5.00 |
| 1 | Veggie Delite Salad | $6.00 |
| 1 | Chips | $1.25 |

```
            Sub Total         $12.25
       Taxable Amount          $0.00
State Board of Equilization (8%) $0.00
          Total (Take Out)    $12.25
             Credit Card      $12.25
                  Change       $0.00
Host Id: 623-235-1168944
```

Get a Free Cookie! Take our 1 minute survey
at www.tellsubway.com

```
Store #26336-0 | 916-682-7263
         elk grove
10/27/2015 4:07:17 pm Trans #31232
         Clerk: caleb
```

### SUB SAVINGS

USE THIS RECEIPT TO GET A
FREE
6-INCH SUB WHEN YOU BUY ANY 6-INCH SUB
OF EQUAL OR GREATER PRICE AND ANY DRINK.
VALID ONLY BEFORE 9 A.M.

HURRY, VALID FROM:
10/28/15 - 10/31/15

LIMITED TIME ONLY. Not valid on Giant Subs. Additional charge for extras. Plus tax where applicable. May not be combined with other offers, coupons or discount cards. Void if transferred, sold, auctioned, reproduced or altered. No cash value. One coupon per customer per visit. Coupon must be surrendered with purchase. Participant's employees be, SUBWAY® is a registered trademark of Doctor's Associates Inc. Valid only at participating

Greater Sacramento/Stockton/Modesto area locations
(Market #023)

**SmartReceipt** Powered by theBizify.com