Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: November 1, 2015

Billing Period: Oct-15

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | **$7,837.26** |
|---|---|

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 10/16/15 | 1.50 | @ $275.00 = | $412.50 | Report writing |
| 10/26/15 | 9.25 | @ $275.00 = | $2,543.75 | Site Visit: DVI |
| 10/26/15 | 3.75 | @ $137.50 = | $515.63 | Travel: DVI and SVSP |
| 10/27/15 | 8.00 | @ $275.00 = | $2,200.00 | Site Visit: SVSP |
| 10/27/15 | 2.00 | @ $137.50 = | $275.00 | Travel: SVSP |
| 10/28/15 | 2.00 | @ $275.00 = | $550.00 | Review of medical records |
| 10/29/15 | 1.00 | @ $275.00 = | $275.00 | Review of medical records |
| 10/30/15 | 1.50 | @ $275.00 = | $412.50 | Teleconferences: (1) Receiver and (2) experts |
| 10/31/15 | 1.00 | @ $275.00 = | $275.00 | Review of medical records |
| Total | | | $7,459.38 | |

**Professional Fees**
$7,459.38

**Travel Expenses**
$377.88

**TOTAL DUE** $7,837.26

*[Signed: Joe Goldenson]*

Joseph L. Goldenson, MD
1406 Cypress Street, Berkeley, CA 94703
(510) 524-3102
jgoldenson@gmail.com

**Travel Expense Claim**

| Date | Lodging | Meals | Car Rental | Air | Parking | Gas/Tolls | Miles | Other | Total/day |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/15 | $140.13 | $48.00 | | | | | $103.50 | | $291.63 |
| 10/27/15 | | | | | | | $86.25 | | $86.25 |
| | | | | | | | | Total | $377.88 |

*$0.575/ mile




Hampton Inn & Suites Salinas
523 Work Street • Salinas, CA 93901
Phone (831) 754-4700 • Fax (831) 754-4709

USA
Official Sponsor

| | | |
|---|---|---|
| GOLDENSON, JOE<br>1406 CYPRESS ST<br>BERKELEY CA 94703<br>UNITED STATES OF AMERICA | name<br>address | room number: 212/NKRU<br>arrival date: 10/26/2015 6:47:00 PM<br>departure date: 10/27/2015 6:26:00 AM<br>adult/child: 1/0<br>room rate: 125.00<br>Rate Plan: GVS<br>HH #: 861204588 SILVER<br>AL: UA #BTP38206<br>Car: |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

Confirmation Number: 87190313

10/27/2015

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 10/26/2015 | 124025 | GUEST ROOM | $125.00 |
| 10/26/2015 | 124025 | CA ASSESSMENT FEE | $2.00 |
| 10/26/2015 | 124025 | OCCUPANCY TAX | $13.13 |
| 10/27/2015 | 124118 | VS *7297 | ($140.13) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/26/2015 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $140.13 | $140.13 |
| DAILY TOTAL | $140.13 | $140.13 |

You have earned approximately 1437 Hilton HHonors points and approximately 125 Miles w
HHonors(R) stays are posted within 72 hours of checkout. To check your e

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, I
Kingdom, and United States of America. Coming soon in Italy and Romania.

*Receipt For Lunch*
*Monday Oct. 26, 2015*
*Deuel Vocational Institution*
*Plata / Region II Mtg.*
*$10.00  Natalie King 4 LCFong.*

for reserva
account no.
VS *7297
card member name
GOLDENSON, JOE
establishment no. and location    establishment agrees to transmit to card holder for payment

e of charge
/2015
authorization
04194D
purchases & 
taxes
tips & misc.

signature of card member
X
total amount

TRANSACTION RECORD

GINO'S
1410 S Main St
SALINAS, CA 93908

CARD TYPE: VISA E.F.T.
Nu. ***********7297 EXPI.: ****
ENTRY: SWIPED
AUTHORIZATION: 02030D
TERMINAL: 3
REFERENCE: 358646

PURCHASE    $39.06
TIP         8
TOTAL       47.06

THANK YOU
OCTOBER 26, 2015 20:33:58
Server's name : Maggie
Validated by : DINNER CASHIER

CUSTOMER COPY