**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:    (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

December 23, 2015

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 12/1/15, professional fees and expenses: $2,900.00; and

(2) Dr. Goldenson, invoice dated 12/1/15, professional fees and expenses: $2,956.25.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For    KAMALA D. HARRIS
       Attorney General

Enclosures

cc:   Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)

APPROVED:

Thelton E. Henderson
United States District Judge

Dated: 1/4/2016

The Honorable Thelton E. Henderson
December 23, 2015
Page 2

      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

December 1, 2015

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*Mad LaMar*

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre    Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| 11/16/2015 | 2.50 | Review of CTF report |
| 11/17/2015 | 1.75 | Conference call with court experts, review of CTF report cases |
| 11/18/2015 | 1.00 | Conference call with court experts |
| 11/19/2015 | 8.00 | Edit of Draft CTF report |
| 11/20/2015 | 1.25 | Final Draft of CTF report conference calls with court experts |
| Total Professional Hours | 14.50 | |
| Total at Hourly Rate of $200 | $2,900.00 | |

**Travel Fees:**

| Date | Hours | Activity |
| --- | --- | --- |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

**Expenses:**

| Date | Expense | Description |
| --- | --- | --- |
| | | |
| Total Expenses | $0.00 | |

| | |
| --- | --- |
| Professional Fees | $2,900.00 |
| Travel Fees | $0.00 |
| Expenses | $0.00 |
| Total Due | $2,900.00 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: December 1, 2015

Billing Period:   Nov-15

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $2,956.25 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 11/1/15 | 0.75 | @ | $275.00 | = | $206.25 | Review of medical records |
| 11/17/15 | 6.75 | @ | $275.00 | = | $1,856.25 | Conference call:medical experts; review of records; report writing |
| 11/18/15 | 2.50 | @ | $275.00 | = | $687.50 | Conference call:medical experts; report writing |
| 11/20/15 | 0.75 | @ | $275.00 | = | $206.25 | Report writing |
| Total | | | | | $2,956.25 | |

Professional Fees

$2,956.25

Travel Expenses

TOTAL DUE   $2,956.25