| KAMALA D. HARRIS<br>*Attorney General* | State of California<br>**DEPARTMENT OF JUSTICE**  |
|---|---|

455 GOLDEN GATE AVENUE, SUITE 11000<br>
SAN FRANCISCO, CA  94102-7004<br><br>
Public:  (415) 703-5500<br>
Telephone:  (415) 703-5553<br>
Facsimile:  (415) 703-1234<br>
E-Mail:  Maneesh.Sharma@doj.ca.gov

January 26, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 1/1/16, professional fees and expenses: $600.00; and

(2) Dr. Puisis, invoice dated 1/1/16, professional fees and expenses: $1,443.75; and

(3) Dr. Goldenson, invoice dated 1/3/16, professional fees and expenses: $1,031.25.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

[APPROVED stamp: 01/28/2016, Judge Thelton E. Henderson, United States District Court, Northern District of California]

Enclosures

The Honorable Thelton E. Henderson
January 26, 2016
Page 2

cc:
    Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
    Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001