Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

January 1, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 12/16/2015 | 1.75 | Review of CTF email correspondence, conference call with Mike Puisis, correspondence with the court |
| 12/22/2015 | 1.25 | Preparation and conference call with the Court and Court experts |
| Total Professional Hours | 3.00 | |
| Total at Hourly Rate of $200 | $600.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | | |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $600.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| **Total Due** | **$600.00** | |

Joe Goldenson, MD  
1406 Cypress Street  
Berkeley, CA 94703  
510-524-3102  
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: January 3, 2016

Billing Period:   Dec-15

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $1,031.25 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 12/17/15 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents, conference call with experts |
| 12/22/15 | 1.75 | @ | $275.00 | = | $481.25 | Review of documents, conference call with Court |
| **Total** | | | | | $1,031.25 | |

**Professional Fees**

$1,031.25

**Travel Expenses**

$0.00

**TOTAL DUE**   $1,031.25

*[Signed: Joe Goldenson]*

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

January 1, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Maneesh Sharma,

Find enclosed my invoice for November through December 2015.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #34

Plata v. Davis C-01-1351
January 1, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 11/18/2015 | Conference call with Experts | 1 | $275.00 | $275.00 |
| 12/17/2015 | Conference call with Experts | 1.25 | $275.00 | $343.75 |
| 12/18/2015 | Conference call with Experts | 1.5 | $275.00 | $412.50 |
| 12/22/2015 | Conference call with Experts and Court | 1.5 | $275.00 | $412.50 |
|  |  |  | TOTAL | $1,443.75 |

1