

**KAMALA D. HARRIS**  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500  
Telephone:  (415) 703-5553  
Facsimile:  (415) 703-1234  
E-Mail:  Maneesh.Sharma@doj.ca.gov

February 26, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

RE:   *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

  Enclosed please find the following invoices from the court-appointed experts, Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

  (1) Ms. LaMarre, invoice dated 2/2/16, professional fees and expenses: $5,200.00; and

  (2) Dr. Puisis, invoice dated 2/2/16, professional fees and expenses: $9,281.25; and

  (3) Dr. Goldenson, invoice dated 1/31/16, professional fees and expenses: $5,568.75.

  I have reviewed the invoices and believe they appear appropriate.  Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*  
MANEESH SHARMA  
Deputy Attorney General

For   KAMALA D. HARRIS  
   Attorney General

APPROVED 02/29/2016  
Judge Thelton E. Henderson

Enclosures

The Honorable Thelton E. Henderson
February 26, 2016
Page 2

cc:
    Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
    Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
    Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
    Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
    Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001