Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

February 2, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 1/11/2016 | 0.50 | Conference call with Court Experts |
| 1/12/2016 | 0.25 | Conference call with Joe Goldenson |
| 1/13/2016 | 1.00 | Preparation for conference call with Clark Kelso regarding LaMarre Cases |
| 1/14/2016 | 3.25 | Preparation and conference call with Clark Kelso regarding LaMarre CTF cases |
| 1/15/116 | 1.75 | Conference calls with Court experts, email correspondence |
| 1/19/2016 | 6.50 | Review of email correspondence from Clark Kelso, court experts, conference calls with court experts, the court and Clark Kelso |
| 1/20/2016 | 1.50 | Review of email correspondence from the Court and Clark Kelso. Conference call with Court Experts |
| 1/22/2016 | 6.75 | Conference call with the Court, review and comment regarding Kelso CTF delegation report, editing of court experts CTF report, case summaries and patient identifiers.  Conference call and email correspondence with court experts |
| 1/25/2016 | 2.25 | Finalization of CTF report and supporting documents, conference call with Joe Goldenson, review of CTF diabetic data |
| 1/27/2016 | 1.50 | Conference calls with court experts and with Renee Kanan regarding Dashboard |
| 1/29/2016 | 0.75 | Conference call with Alison Hardy regarding Court Experts CTF report |
| Total Professional Hours | 26.00 | |
| Total at Hourly Rate of $200 | $5,200.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|

| Date | Expense | Description |
|---|---|---|
| **Total Expenses** | **$0.00** | |

| | | |
|---|---|---|
| **Professional Fees** | **$5,200.00** | |
| **Travel Fees** | **$0.00** | |
| **Expenses** | **$0.00** | |
| **Total Due** | **$5,200.00** | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

---

February 2, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for January 2016.

Sincerely,

*[signature]*
Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #35

Plata v. Davis C-01-1351
February 2, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 1/11/2016 | Experts conf call | 0.5 | $275.00 | $137.50 |
| 1/14/2016 | Review of CTF delegation | 4 | $275.00 | $1,100.00 |
| 1/15/2016 | Review of CTF delegation and Expert conference call | 8 | $275.00 | $2,200.00 |
| 1/19/2016 | Experts conf call with Recevier and review of CTF documents | 4.5 | $275.00 | $1,237.50 |
| 1/20/2016 | Court Experts call | 1 | $275.00 | $275.00 |
| 1/24/2016 | Call with Dr Goldenson | 0.75 | $275.00 | $206.25 |
| 1/25/2016 | Call with Dr Goldenson | 0.5 | $275.00 | $137.50 |
| 1/27/2016 | Experts call with Renee Kanan | 1.5 | $275.00 | $412.50 |
| 1/29/2016 | CCI chart reviews | 7 | $275.00 | $1,925.00 |
| 1/30/2016 | CCI chart reviews | 6 | $275.00 | $1,650.00 |
|  |  |  | TOTAL | $9,281.25 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: January 31, 2016

Billing Period:   Jan-16

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $5,568.75 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 1/5/16 | 1.50 | @ | $275.00 | = | $412.50 | Review of records, report writing |
| 1/6/16 | 1.50 | @ | $275.00 | = | $412.50 | Review of records, report writing |
| 1/8/16 | 1.00 | @ | $275.00 | = | $275.00 | Teleconference: Receiver (not with other experts) |
| 1/11/16 | 0.50 | @ | $275.00 | = | $137.50 | Teleconference: Medical experts |
| 1/12/16 | 0.50 | @ | $275.00 | = | $137.50 | Teleconference: M. LaMarre; Review of documents |
| 1/15/16 | 2.00 | @ | $275.00 | = | $550.00 | Teleconference: Medical experts, review of documents |
| 1/17/16 | 2.00 | @ | $275.00 | = | $550.00 | Review of documents |
| 1/18/16 | 1.00 | @ | $275.00 | = | $275.00 | Review of documents |
| 1/19/16 | 5.00 | @ | $275.00 | = | $1,375.00 | Teleconferences: Medical experts, Receiver; review of documents |
| 1/20/16 | 1.25 | @ | $275.00 | = | $343.75 | Teleconference: Medical experts, review of documents |
| 1/24/16 | 1.50 | @ | $275.00 | = | $412.50 | Teleconferences: Dr. Puisis, review of documents |
| 1/25/16 | 1.00 | @ | $275.00 | = | $275.00 | Teleconferences: Medical experts, review of documents |
| 1/27/16 | 1.50 | @ | $275.00 | = | $412.50 | Teleconferences: Medical experts, CCHCS staff |
| **Total** | | | | | $5,568.75 | |
| **Professional Fees** | | | | | | |
| | | | | | $5,568.75 | |
| **Travel Expenses** | | | | | | |
| | | | | | $0.00 | |
| | | | **TOTAL DUE** | | $5,568.75 | |