

**KAMALA D. HARRIS**  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5553  
Facsimile: (415) 703-1234  
E-Mail: Maneesh.Sharma@doj.ca.gov

March 31, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts Michael Puisis, D.O. and Joe Goldenson, M.D.:

(1) Dr. Puisis, invoice dated 3/4/16, professional fees and expenses: $9,487.50; and

(2) Dr. Goldenson, invoice dated 2/29/16, professional fees and expenses: $8,525.00.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*  
MANEESH SHARMA  
Deputy Attorney General

For   KAMALA D. HARRIS  
Attorney General

Enclosures

cc:  
Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)  
Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)

**APPROVED** 03/31/2016  
Judge Thelton E. Henderson  
United States District Court, Northern District of California

The Honorable Thelton E. Henderson
March 21, 2016
Page 2

       Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
       Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell     847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

_____

## **Invoice #36**

Plata v. Davis C-01-1351
March 4, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 2/4/2016 | CVSP chart reviews | 6 | $275.00 | $1,650.00 |
| 2/5/2016 | CVSP chart reviews | 6.5 | $275.00 | $1,787.50 |
| 2/6/2016 | KVSP chart reviews | 6 | $275.00 | $1,650.00 |
| 2/10/2016 | PBSP chart reviews | 10 | $275.00 | $2,750.00 |
| 2/21/2016 | CCI chart reviews | 6 | $275.00 | $1,650.00 |
|  |  |  | TOTAL | $9,487.50 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: February 29, 2016

Billing Period: Feb-16

Hourly rate: $275.00  (Travel @ $137.50/hr)

Amount to be paid this period: **$8,525.00**

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 2/12/16 | 1.00 | @ $275.00 = | $275.00 | Review of records |
| 2/14/16 | 1.00 | @ $275.00 = | $275.00 | Review of records |
| 2/15/16 | 1.00 | @ $275.00 = | $275.00 | Review of records |
| 2/16/16 | 2.75 | @ $275.00 = | $756.25 | Review of records |
| 2/17/16 | 1.50 | @ $275.00 = | $412.50 | Review of records |
| 2/19/16 | 4.00 | @ $275.00 = | $1,100.00 | Review of records |
| 2/20/16 | 4.00 | @ $275.00 = | $1,100.00 | Review of records |
| 2/21/16 | 1.50 | @ $275.00 = | $412.50 | Review of records |
| 2/22/16 | 1.00 | @ $275.00 = | $275.00 | Review of records |
| 2/23/16 | 4.00 | @ $275.00 = | $1,100.00 | Review of records |
| 2/24/16 | 3.00 | @ $275.00 = | $825.00 | Review of records |
| 2/26/16 | 2.50 | @ $275.00 = | $687.50 | Review of records |
| 2/27/16 | 3.00 | @ $275.00 = | $825.00 | Review of records, report writing |
| 2/28/16 | 0.75 | @ $275.00 = | $206.25 | Report writing |
| **Total** | | | $8,525.00 | |

**Professional Fees**
$8,525.00

**Travel Expenses**
$0.00

TOTAL DUE   **$8,525.00**