

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | *State of California*<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000<br>
SAN FRANCISCO, CA  94102-7004<br><br>
Public:  (415) 703-5500<br>
Telephone:  (415) 703-5553<br>
Facsimile:  (415) 703-1234<br>
E-Mail:  Maneesh.Sharma@doj.ca.gov

April 29, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 4/5/16, professional fees and expenses: $12,150.00;

(2) Dr. Puisis, invoice dated 4/8/16, professional fees and expenses: $6,462.50; and

(3) Dr. Goldenson, invoice dated 4/1/16, professional fees and expenses: $8,800.00.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For     KAMALA D. HARRIS
        Attorney General

Encl.

cc:

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 05/02/2016 — APPROVED FOR PAYMENT FROM COURT REGISTRY — Judge Thelton E. Henderson]

The Honorable Thelton E. Henderson
April 29, 2016
Page 2

       Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
       Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
       Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
       Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
       Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001