Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

April 5, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 3/2/2016 | 2.00 | Review of CVSP records |
| 3/9/2016 | 3.50 | Review of CVSP records |
| 3/10/2016 | 6.50 | Review of CVSP records |
| 3/11/2016 | 7.00 | Review of CVSP records |
| 3/12/2016 | 5.00 | Review of CVSP records, conference call with court experts |
| 3/22/2016 | 3.50 | Review of court experts CVSP cases, edit of case notes |
| 3/23/2016 | 3.25 | Conference call with Court Experts, Review of CVSP OIG report, draft CVSP report |
| 3/24/2016 | 4.75 | CVSP Draft Report |
| 3/25/2016 | 3.75 | CVSP Draft Report |
| 3/26/2016 | 5.50 | CVSP Draft Report |
| 3/29/2016 | 5.50 | CVSP Final Report, conference calls with Mike Puisis and Joe Goldenson, KVSP case review |
| 3/30/2016 | 4.75 | KVSP Case Review |
| 3/31/2016 | 5.75 | KVSP Case Review  9:30 am |
| Total Professional Hours | 60.75 | |
| Total at Hourly Rate of $200 | $12,150.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | | |
| Total Expenses | $0.00 | |

| Professional Fees | $12,150.00 | |
|---|---|---|
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |

| Total Due | $12,150.00 | |

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

April 8, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for March 2016.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell   847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #37

Plata v. Davis C-01-1351
April 8, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 3/19/2016 | CCI chart reviews | 5 | $275.00 | $1,375.00 |
| 3/22/2016 | Chart reviews KVSP and CCI | 8 | $275.00 | $2,200.00 |
| 3/23/2016 | KVSP chart reviews | 7 | $275.00 | $1,925.00 |
| 3/24/2016 | Plata Expert's call and Revision of CVSP report | 3.5 | $275.00 | $962.50 |
| | | | TOTAL | $6,462.50 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: April 1, 2016

Billing Period: Mar-16

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | $8,800.00 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 3/6/16 | 3.00 | @ | $275.00 | = | $825.00 | Review of records, report writing |
| 3/8/16 | 3.00 | @ | $275.00 | = | $825.00 | Report writing |
| 3/9/16 | 3.25 | @ | $275.00 | = | $893.75 | Report writing |
| 3/10/16 | 3.75 | @ | $275.00 | = | $1,031.25 | Report writing |
| 3/11/16 | 1.50 | @ | $275.00 | = | $412.50 | Report writing, review of records |
| 3/12/16 | 4.00 | @ | $275.00 | = | $1,100.00 | Review of records, teleconference: experts |
| 3/13/16 | 2.00 | @ | $275.00 | = | $550.00 | Review of records, report writing |
| 3/23/16 | 3.75 | @ | $275.00 | = | $1,031.25 | Teleconference: experts, report writing, review of records |
| 3/25/16 | 2.00 | @ | $275.00 | = | $550.00 | Review of records |
| 3/28/16 | 2.00 | @ | $275.00 | = | $550.00 | Review of records |
| 3/29/16 | 1.75 | @ | $275.00 | = | $481.25 | Review of records, teleconference: LaMarre |
| 3/30/16 | 2.00 | @ | $275.00 | = | $550.00 | Review of records and death reviews |
| **Total** | | | | | $8,800.00 | |
| **Professional Fees** | | | | | $8,800.00 | |
| **Travel Expenses** | | | | | $0.00 | |
| | | | TOTAL DUE | | $8,800.00 | |

*[Signature: Joe Goldenson]*