**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

May 27, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 5/1/16, professional fees and expenses: $18,350.00;

(2) Dr. Puisis, invoice dated 5/3/16, professional fees and expenses: $3,781.25; and

(3) Dr. Goldenson, invoice dated 4/23/16, professional fees and expenses: $7,700.00.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For  KAMALA D. HARRIS
     Attorney General

Enclosures

cc:

APPROVED for payment from Court registry:

_____
Thelton E. Henderson
United States District Judge

Dated: 5/31/2016

The Honorable Thelton E. Henderson
May 27, 2016
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Madeleine LaMarre MN, FNP-BC
3200 19th Ave S.E.
Rio Rancho, NM 87124-1709
Phone: (404) 694-0655
mlamarre55@gmail.com

May 1, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre   Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 4/7/2016 | 4.00 | KVSP Records |
| 4/11/2016 | 8.00 | Review of Receiver's CVSP Delegation Report, conference call with Court Experts, response to Receiver, review of KVSP records, edits to final report |
| 4/12/2016 | 6.50 | KVSP Record review |
| 4/13/2016 | 2.50 | Preparation for delegation conference calls, KVSP review |
| 4/14/2016 | 8.00 | Delegation conference calls with Clark Kelso and the parties, conderence call with court experts, KVSP review |
| 4/15/2016 | 7.00 | Conference call with court experts, KVSP and CCI record review |
| 4/17/2016 | 5.50 | KVSP Report |
| 4/22/2016 | 4.50 | KVSP Report |
| 4/23/2016 | 7.50 | KVSP Report |
| 4/25/2016 | 9.00 | KVSP Report Final Edits |
| 4/26/2016 | 8.00 | CCI Record Review |
| 4/27/2016 | 8.00 | CCI Record Review |
| 4/28/2016 | 4.75 | CCI Record Review |
| 4/29/2016 | 4.50 | CCI Review |
| 4/30/2016 | 4.00 | CCI Review |
| Total Professional Hours | 91.75 | |
| Total at Hourly Rate of $200 | $18,350.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| Total Expenses | $0.00 | |

1

| Professional Fees | $18,350.00 |
|---|---|
| Travel Fees | $0.00 |
| Expenses | $0.00 |
| Total Due | $18,350.00 |

2

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

---

May 3, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN:  Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for April 2016.

Sincerely,

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #38

Plata v. Davis C-01-1351
May 3, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 4/11/2016 | CVSP chart reviews/report | 5 | $275.00 | $1,375.00 |
| 4/14/2016 | Delegation calls and call with Experts | 2.75 | $275.00 | $756.25 |
| 4/15/2016 | Experts conf call | 1 | $275.00 | $275.00 |
| 4/23/2016 | CCI/KVSP reports | 5 | $275.00 | $1,375.00 |
|  |  |  | TOTAL | $3,781.25 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

### Invoice: Plata

Date of Invoice: April 23, 2016

Billing Period:   Apr-16

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $7,700.00 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 4/12/16 | 4.00 | @ | $275.00 | = | $1,100.00 | Record and documents review |
| 4/13/16 | 3.25 | @ | $275.00 | = | $893.75 | Record and documents review; report writing |
| 4/14/16 | 6.50 | @ | $275.00 | = | $1,787.50 | Conference calls:1.experts 2.Receiver and attorneys;report writing |
| 4/15/16 | 5.00 | @ | $275.00 | = | $1,375.00 | Conference call:experts; report writing |
| 4/17/16 | 2.75 | @ | $275.00 | = | $756.25 | Report writing |
| 4/18/16 | 2.50 | @ | $275.00 | = | $687.50 | Record and documents review |
| 4/23/16 | 4.00 | @ | $275.00 | = | $1,100.00 | Record review |
| Total | | | | | $7,700.00 | |

| Professional Fees | |
|---|---|
| | $7,700.00 |
| Travel Expenses | |
| | $0.00 |
| TOTAL DUE | $7,700.00 |