KAMALA D. HARRIS  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500  
Telephone: (415) 703-5553  
Facsimile: (415) 703-1234  
E-Mail: Maneesh.Sharma@doj.ca.gov

July 1, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 6/2/16, professional fees and expenses: $10,600.00;

(2) Dr. Puisis, invoice dated 6/4/16, professional fees and expenses: $6,393.75; and

(3) Dr. Goldenson, invoice dated 5/31/16, professional fees and expenses: $2,475.00.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*  
MANEESH SHARMA  
Deputy Attorney General

For   KAMALA D. HARRIS  
Attorney General

Enclosures

cc:

APPROVED for payment from Court registry:

Thelton E. Henderson  
United States District Judge

Dated: 7/1/2016

The Honorable Thelton E. Henderson
July 1, 2016
Page 2

   Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
   Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
   Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
   Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
   Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Madeleine LaMarre MN, FNP-BC<br>
3200 19th Ave S.E.<br>
Rio Rancho, NM 87124-1709<br>
Phone: (404) 694-0655<br>
mlamarre55@gmail.com

June 2, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:   Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*[signature]*

Madeleine LaMarre MN, FNP-BC

Madeleine LaMarre     Tax ID #32-0079309
3200 19th Ave SE
Rio Rancho NM 87124

Client: Plata v. Brown

**Professional Fees:**

| Date | Hours | Activity |
|---|---|---|
| 5/1/2016 | 3.75 | CCI Case Review |
| 5/2/2016 | 8.00 | CCI Final Report |
| 5/10/2016 | 1.25 | Preparation for and conference call regarding KVSP and CCI delegation |
| 5/16/2016 | 3.00 | PBSP review of OIG report and supporting documents |
| 5/17/2016 | 4.50 | PBSP record review |
| 5/18/2016 | 4.75 | PBSP record review |
| 5/19/2016 | 4.00 | PBSP record review |
| 5/20/2016 | 4.25 | PBSP record review |
| 5/23/2016 | 2.00 | PBSP record review |
| 5/24/2016 | 4.25 | PBSP record review, conference call with court experts |
| 5/25/2016 | 2.75 | CEN OIG Report and Mortality Reviews |
| 5/26/2016 | 2.00 | CEN Record Review |
| 5/27/2016 | 3.50 | CEN Record Review, review CCHCS Death Review summary |
| 5/31/2016 | 5.00 | CEN Review |
| Total Professional Hours | 53.00 | |
| Total at Hourly Rate of $200 | $10,600.00 | |

**Travel Fees:**

| Date | Hours | Activity |
|---|---|---|
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

**Expenses:**

| Date | Expense | Description |
|---|---|---|
| Total Expenses | $0.00 | |
| Professional Fees | $10,600.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $10,600.00 | |

1

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

---

June 4, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for May 2016.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

### Invoice #39

Plata v. Davis C-01-1351
June 4, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 5/2/2016 | Review of CCI report | 0.75 | $275.00 | $206.25 |
| 5/24/2016 | Experts conf call | 0.5 | $275.00 | $137.50 |
| 5/26/2016 | CEN chart reviews | 6 | $275.00 | $1,650.00 |
| 5/27/2016 | CEN chart reviews | 8 | $275.00 | $2,200.00 |
| 5/28/2016 | CEN chart reviews | 8 | $275.00 | $2,200.00 |
|  |  |  | TOTAL | $6,393.75 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

## Invoice: Plata

Date of Invoice: May 31, 2016

Billing Period:   May-16

Hourly rate: $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $2,475.00 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 5/17/16 | 3.00 | @ | $275.00 | = | $825.00 | Record review and report writing |
| 5/19/16 | 3.00 | @ | $275.00 | = | $825.00 | Record review and report writing |
| 5/24/16 | 0.50 | @ | $275.00 | = | $137.50 | Teleconference: medical experts |
| 5/28/16 | 2.50 | @ | $275.00 | = | $687.50 | Record review |
| Total | | | | | $2,475.00 | |
| **Professional Fees** | | | | | | |
| | | | | | $2,475.00 | |
| **Travel Expenses** | | | | | | |
| | | | | | $0.00 | |
| | | | TOTAL DUE | | $2,475.00 | |

*[signed] Joe Goldenson*