

| KAMALA D. HARRIS<br>Attorney General | State of California<br>**DEPARTMENT OF JUSTICE** |
|---|---|

455 GOLDEN GATE AVENUE, SUITE 11000<br>
SAN FRANCISCO, CA 94102-7004<br><br>
Public: (415) 703-5500<br>
Telephone: (415) 703-5553<br>
Facsimile: (415) 703-1234<br>
E-Mail: Maneesh.Sharma@doj.ca.gov

July 29, 2016

*Via E-Mail Only*

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Brown, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 TEH

Dear Judge Henderson:

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN, Michael Puisis, D.O., and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated 7/1/16, professional fees and expenses: $13,800.00;

(2) Dr. Puisis, invoice dated 7/6/16, professional fees and expenses: $11,275.00; and

(3) Dr. Goldenson, invoice dated 6/30/16, professional fees and expenses: $4,042.50.

I have reviewed the invoices and believe they appear appropriate to pay. Please contact me with any questions.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

**APPROVED FOR PAYMENT FROM COURT REGISTRY**
Judge Thelton E. Henderson

Enclosures

cc:

The Honorable Thelton E. Henderson
July 29, 2016
Page 2

      Madeleine LaMarre, MN (*via U.S. Mail*, w/o encls.)
      Michael Puisis, D.O. (*via U.S. Mail*, w/o encls.)
      Joe Goldenson, M.D. (*via U.S. Mail*, w/o encls.)
      Paul Mello, Esq. (*via U.S. Mail*, w/o encls.)
      Donald Specter, Esq. (*via U.S. Mail*, w/o encls.)

MS:

CA2001CS0001

Madeleine LaMarre MN, FNP-BC<br>
3200 19th Ave S.E.<br>
Rio Rancho, NM 87124-1709<br>
Phone: (404) 694-0655<br>
mlamarre55@gmail.com

---

July 1, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma , Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,<br><br>
<em>[signature]</em><br><br>
Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre     Tax ID #32-0079309**
**3200 19th Ave SE**
**Rio Rancho NM 87124**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 6/1/2016 | 5.50 | CEN Record Review |
| 6/2/2016 | 4.50 | CEN Record Review , Call from Don Specter |
| 6/3/2016 | 7.50 | CEN Record Review |
| 6/13/2016 | 1.75 | CEN Report |
| 6/14/2016 | 8.00 | CEN Report and PBSP reports |
| 6/15/2016 | 4.75 | PBSP Report |
| 6/17/2016 | 4.00 | CIM OIG report review, Supporting documents Record Review |
| 6/20/2016 | 4.00 | CIM Record Review, supporting documents Death Summary reviw |
| 6/21/2016 | 0.50 | Delegaton conference call |
| 6/22/2016 | 5.00 | CIM Record Review |
| 6/23/2016 | 4.50 | CIM Record Review |
| 6/24/2016 | 4.75 | CIM Record Review |
| 6/27/2016 | 1.00 | CIM Record Review |
| 6/28/2016 | 4.50 | CIM Record Review |
| 6/29/2016 | 5.00 | CIM Record Review |
| 6/30/2016 | 3.75 | CIM Record Review |
| Total Professional Hours | 69.00 | |
| Total at Hourly Rate of $200 | $13,800.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | | |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $13,800.00 | |
| Travel Fees | $0.00 | |

1

| Expenses | $0.00 | |
|---|---|---|
| Total Due | $13,800.00 | |

2

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

July 6, 2016

State of California
Department of Justice
Office of the Attorney General
ATTN: Patrick R. McKinney II, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for June 2016.

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #40

Plata v. Davis C-01-1351
July 6, 2016

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 6/2/2016 | Centinela Chart reviews | 7 | $275.00 | $1,925.00 |
| 6/4/2016 | Centinela/ PBSP report | 6 | $275.00 | $1,650.00 |
| 6/26/2016 | CIM chart reviews | 4 | $275.00 | $1,100.00 |
| 6/27/2016 | CIM chart reviews | 6 | $275.00 | $1,650.00 |
| 6/28/2016 | CIM chart reviews | 8 | $275.00 | $2,200.00 |
| 6/29/2016 | SCC chart reviews | 10 | $275.00 | $2,750.00 |
| | | | TOTAL | $11,275.00 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: June 30, 2016

Billing Period: Jun-16

Hourly rate: $275.00 (Travel @ $137.50/hr)

| Amount to be paid this period: | $4,042.50 |
|---|---|

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 6/2/16 | 1.00 @ | $275.00 = | $275.00 | Review of records |
| 6/3/16 | 0.50 @ | $275.00 = | $137.50 | Teleconference: M. LaMarre |
| 6/6/16 | 2.00 @ | $275.00 = | $550.00 | Review of records, report writing |
| 6/13/16 | 1.25 @ | $275.00 = | $343.75 | Review of records |
| 6/14/16 | 1.00 @ | $275.00 = | $275.00 | Review of records, report writing |
| 6/15/16 | 1.25 @ | $275.00 = | $343.75 | Review of records, report writing |
| 6/16/16 | 1.50 @ | $275.00 = | $412.50 | Review of records |
| 6/17/16 | 1.25 @ | $275.00 = | $343.75 | Review of records |
| 6/19/16 | 2.50 @ | $275.00 = | $687.50 | Review of records |
| 6/21/16 | 0.45 @ | $275.00 = | $123.75 | Conference call: Receiver |
| 6/23/16 | 2.00 @ | $275.00 = | $550.00 | Review of documents |
| Total | | | $4,042.50 | |

**Professional Fees**
$4,042.50

**Travel Expenses**
$0.00

**TOTAL DUE**  $4,042.50

_Joe Goldenson_ (signature)