UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br>　　Plaintiffs,<br>　v.<br>EDMUND G. BROWN JR., et al.,<br>　　Defendants. | Case No. 01-cv-01351-TEH<br><br>**ORDER DENYING REQUEST FOR ORDER TO SHOW CAUSE** |

The Court is in receipt of a request for issuance of an order to show cause regarding contempt from Dr. Robert V. Justice, who states that he is a dentist at Avenal State Prison. Aside from the fact that Dr. Justice's filing is improper because he is not a litigant in this case and has not received leave to file any documents, the Court does not find good cause to issue an order to show cause. Dr. Justice's declaration includes no details about how the Receiver has in any way acted outside his jurisdiction. To the extent that Dr. Justice alleges that persons hired by the Receiver have no control over dental care, he fails to consider the coordination efforts between the Receivership and the California Department of Corrections and Rehabilitation ("CDCR") related to medical, mental health, and dental care. In addition, pursuant to the Receiver's October 19, 2016 revocable delegation of authority to the CDCR, the CDCR and not the Receiver is now responsible for medical care at Avenal State Prison. For all of the above reasons, Dr. Justice's request for an order to show cause is DENIED.

**IT IS SO ORDERED.**

Dated:　04/12/17　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge