UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | Case No. 01-cv-01351-TEH<br><br>**ORDER DENYING REQUEST FOR CLARIFICATION** |

On April 12, 2017, the Court denied a request from Dr. Robert V. Justice for an order to show cause against the Receiver. Dr. Justice has now filed a request for clarification of the Court's order. That request is DENIED. The April 12, 2017 order needs no further clarification.

In addition, as the Court previously explained, Dr. Justice is not a litigant in this case and has not received leave to file any documents. His second filing, as with his first, is therefore improper. The Clerk shall not accept any additional filings from Dr. Justice in this case and shall return any future attempted filings to Dr. Justice with a copy of this order.

**IT IS SO ORDERED.**

Dated: 05/01/17

                                /s/ Thelton Henderson
THELTON E. HENDERSON
United States District Judge