PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
ahardy@prisonlaw.com


*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | No. C-01-1351 JST |
| *Plaintiffs*, | **STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2017** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| *Defendants* | |

On December 17, 2002, the Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will

1  run from the thirty-first day after the Order is filed, accruing at the rate provided by 28

2  U.S.C. § 1961.

3      Pursuant to this procedure, plaintiffs' counsel served their third quarter billing

4  statement for the period of July 1, 2017 through September 30, 2017 on October 25,

5  2017. Following a meet and confer, the parties agreed to payment of $288,737 in

6  undisputed fees and costs billed by plaintiffs' counsel.  This stipulation fully settles all

7  costs and fees for the third quarter 2017 billing.

8      WHEREFORE, defendants agree to pay plaintiffs' counsel $288,737 within 30

9  days of the signing of this Order.  On the 31st day following the entry of this Order,

10  interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. §

11  1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar

12  week preceding the date of the Order.)

13  AGREED TO BY THE PARTIES:

14  Date: November 2, 2017

15                                    /s/_____
                                      Alison Hardy
16                                    Attorney for Plaintiffs

17

18  Date: November 2, 2017              /s/_____
                                      Kyle A. Lewis
19                                    Supervising Deputy Attorney General
                                      Attorney for Defendants
20

21  I, Alison Hardy, attest that Kyle Lewis signed this document on November 2, 2017.

22

23  **IT IS SO ORDERED.**

24

25  Date: ___November 2___, 2017

26                                    United States District Court Judge

27

28