```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611130307
Cashier ID: sprinka
Transaction Date: 01/05/2018
Payer Name: state of california

TREASURY REGISTRY
 For: gray davis
 Case/Party: D-CAN-3-01-CV-001351-003
 Amount:         $31,800.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 08147309
 Amt Tendered:   $31,800.00

Total Due:       $31,800.00
Total Tendered:  $31,800.00
Change Amt:          $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```