```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611128723
Cashier ID: almaceh
Transaction Date: 11/03/2017
Payer Name: state of california
-----------------------------------
TREASURY REGISTRY
 For: edmund g brown
 Case/Party: D-CAN-3-01-CV-001351-003
 Amount:        $6,706.25
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 00-029179
 Amt Tendered:  $6,706.25
-----------------------------------
Total Due:     $6,706.25
Total Tendered: $6,706.25
Change Amt:    $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```