UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER MODIFYING PARAGRAPH 4(C) OF MARCH 10, 2015 TRANSITION PLAN ORDER**<br><br>Re: ECF No. 3027 |

The parties have stipulated to modifying the March 10, 2015 Order Modifying Receivership Transition Plan, ECF No. 2841, "to permit counsel for Plaintiffs, upon a finding of good cause by the Receiver, to conduct site visits of institutions that have been delegated by the Receiver to the Secretary of the Department of Corrections and Rehabilitation after more than a year has elapsed from the date of delegation." ECF No. 3027 at 2. The Court has consulted with the Receiver, who has no objection to the proposed modification. The parties propose modifying paragraph 6 of the order, but the Court finds it more appropriate to include the proposed language in paragraph 4(c). Accordingly, it is hereby ordered that paragraph 4(c) of the March 10, 2015 order is modified to read as follows:

    c.    Plaintiffs will maintain the ability to monitor care at the institution, including by conducting monitoring visits and accessing documentary evidence, for a one-year period following delegation. Monitoring by Plaintiffs shall cease after one year unless the Receiver revokes the delegation of authority or Plaintiffs bring a successful motion for revocation. However, Plaintiffs shall be able to conduct a site visit, which shall include physical access and relevant documents, after Plaintiffs' monitoring has ceased at a particular institution, upon notice to

1 the parties and the Receiver, and upon a determination by the Receiver that good
2 cause exists for each requested site visit.
3 **IT IS SO ORDERED.**
4 Dated: May 9, 2018

_____
JON S. TIGAR
United States District Judge