XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Maneesh.Sharma@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | CASE NO. 01-1351 JST <br><br> **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR ORDER REVERSING RECEIVER'S DELEGATION OF CALIFORNIA CORRECTIONAL CENTER; [PROPOSED] ORDER** |

Pursuant to Northern District Local Rule 6-2, Plaintiffs Marciano Plata, et al. and Defendants Edmund G. Brown Jr., et al., jointly stipulate by and through their respective counsel to modify the parties' briefing schedule and the date of hearing for Plaintiffs' Motion for Order Reversing Receiver's Delegation of California Correctional Center ("Plaintiffs' Motion"), ECF No. 3046, as follows:

WHEREAS, Defendants' response to Plaintiffs' Motion is currently due July 11, 2018 and Defendants require additional time to muster evidence and prepare a thorough opposition to Plaintiffs' Motion;

WHEREAS, this Court moved the hearing for Plaintiffs' Motion to August 16, 2018, and several of Defendants' counsel are out-of-town on this date on pre-planned vacations;

WHEREAS, the Parties, through their respective counsel, agree that all counsel are

available for a hearing on Plaintiffs' Motion on September 6, 2018;

WHEREAS, the Parties, through their respective counsel, further agree that Defendants may have up to and including August 1, 2018 to file their opposition brief;

WHEREAS, the Parties, through their respective counsel, further agree that Plaintiffs may have up to and including August 22, 2018 to file their reply brief, if any;

WHEREAS, good cause exists for this extension because it will not prejudice either party nor substantially alter the Court's calendar and because no prior modifications to this schedule have been requested;

NOW, THEREFORE, the Parties, by and through counsel, stipulate as follows:

Defendants shall respond to Plaintiffs' Motion on or before August 1, 2018; Plaintiffs shall reply, if so desired, to Defendants' opposition brief on or before August 22, 2018; and this matter will be heard by this Court on September 6, 2018 at 2:00 p.m. in Courtroom 9.

IT IS SO STIPULATED.

DATED: July 5, 2018                     HANSON BRIDGETT LLP


By: */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED: July 5, 2018                     XAVIER BECERRA
                                        Attorney General of California


By: */s/ Maneesh Sharma*
MANEESH SHARMA
Attorneys for Defendants

DATED: July 5, 2018                     PRISON LAW OFFICE


By: */s/ Steven Fama*
Steven Fama
Attorneys for Plaintiffs

**ORDER**

Good cause appearing therefor and pursuant to the Parties' stipulation, it is hereby ORDERED that the above deadlines are adopted by this Court. Defendants' opposition to Plaintiffs' Revocation Motion is due on or before August 1; Plaintiffs' reply brief, if any, is due on or before August 22; and this matter is set for hearing on September 6, 2018 at 2:00 p.m. in Courtroom 9, 19th Floor.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 10, 2018

HON. JON S. TIGAR
United States District Judge