

| | |
|---|---|
| **XAVIER BECERRA**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 510-3621
Facsimile: (415) 703-1234
E-Mail: Maneesh.Sharma@doj.ca.gov

November 1, 2018

*Via E-Mail Only*

The Honorable Jon S. Tigar
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

RE: <u>*Plata, et al. v. Brown, et al.*</u>, U.S.D.C., N.D. Cal., Case No. C 01-01351 JST

Dear Judge Tigar,

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN and Michael Puisis, D.O..

(1) Ms. LaMarre, invoice dated 10/05/18, professional fees and expenses: $2,900.00;

and

(2) Dr. Puisis, invoice dated 10/02/18, professional fees and expenses: $8,387.50.

.

I have reviewed the invoices and believe they appear appropriate to pay.  Please contact me with any questions.

APPROVED FOR PAYMENT FROM COURT REGISTRY.

Respectfully submitted,

*s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General

For    XAVIER BECERRA
Attorney General

APPROVED
Judge Jon S. Tigar

cc:   (*via E-mail*)
Madeleine LaMarre, MN, FNP-BC

DATED: NOVEMBER 6, 2018

The Honorable Jon S. Tigar
November 1, 2018
Page 2

        Michael Puisis, D.O.
        Donald Specter, Esq.
        Joe Goldenson, M.D.
        Paul B. Mello, Esq.

CA2001CS0001
42071942.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive NE.
Atlanta, Georgia 30324-3815
Phone: (404) 694-0655
mlamarre55@gmail.com

---

October 5, 2018

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:    Plata v. Brown

Dear Maneesh,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.

Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre     Tax ID #32-0079309**
**1143 Citadel Drive NE**
**Atlanta GA 30324-3815**

**Client: Plata v. Brown**

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 17/09/2018 | 1.00 | NKSP Record Review |
| 18/09/2018 | 2.50 | NKSP Record Review |
| 19/09/2018 | 1.50 | NKSP Record Review |
| 25/09/2018 | 0.75 | Preparation for and participation in PLO Delegation Call |
| 26/09/2018 | 0.25 | Delegtion conference call with State. |
| 28/09/2018 | 6.50 | NKSP record review, conference call with Brie Williams et al. and Mike Puisis |
| 29/09/2018 | 2.00 | NKSP record review |
| Total Professional Hours | 14.50 | |
| Total at Hourly Rate of $200 | $2,900.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
|  |  |  |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $2,900.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $2,900.00 | |

1

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell     847-921-1270
Email mpuisis@gmail.com
EIN# 36-4386352

---

October 2, 2018

State of California
Department of Justice
Office of the Attorney General
ATTN: Maneesh Sharma, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Maneesh Sharma

Find enclosed my invoice for review of activity for September 2018

Sincerely,

*[signature]*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois  60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN#  36-4386352

## Invoice #59

Plata v. Davis C-01-1351
September invoice submitted October 2, 2018

| Date | Service | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 9/24/2018 | HDSP record review | 9 | $275.00 | $2,475.00 |
| 9/25/2018 | HDSP record review | 6 | $275.00 | $1,650.00 |
| 9/26/2018 | HDSP record review | 8 | $275.00 | $2,200.00 |
| 9/27/2018 | HDSP record review | 7.5 | $275.00 | $2,062.50 |
|  |  |  | TOTAL | $8,387.50 |

1