UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 6, 2018      Judge: Jon S. Tigar

Time: 50 minutes

Case No.     **3:01-cv-01351-JST**
Case Name     **Marciano Plata, et al. v. Edmund G. Brown, et al.**

Attorneys for Plaintiffs:     Donald Specter
    Alison Hardy
    Steven Fama
    Sophie Hart

Attorneys for Defendants:     Maneesh Sharma
    Samantha Wolff
    Patrick R. McKinney

Also present:     J. Clark Kelso
    Brittany Imwalle
    Brie Williams

Deputy Clerk: William Noble      Court Reporter: Debra Pas

PROCEEDINGS

Further case management conference.

RESULT OF HEARING

1. The Court informed the parties that, since the last case management conference, it has met ex parte with Deborah Gonzalez, Scott Kernan, Leslie Dubbin, and John Levin. The Court has a future meeting planned with Barbara Crawford.

2. The Court will conduct further case management conferences on the following dates: March 5, 2019, at 2:00 p.m.; July 16, 2019, at 2:00 p.m.; and November 5, 2019, at 2:00 p.m. Joint case management statements are due seven days prior.

3. The Court intends to conduct facility visits on the following dates: February 11, 2019, and May 6, 2019. Approximately one week prior, the Court will issue an order informing the parties of the location of each visit.

Case No.        3:01-cv-01351-JST
Case Name       Marciano Plata, et al. v. Edmund G. Brown, et al.

4. The Court received a letter from Dr. Leslie Taylor, CME, California Institution for Women. A copy of the letter was distributed to the parties.

5. The Court is encouraged by the positive reaction from various stakeholders to the Receiver's plan to treat substance use disorder.

6. The status of the California Rehabilitation Center remains pending.

7. Plaintiffs and the Receiver should meet and confer regarding the planned conversion of medical policies to state regulations. Remaining disagreements, if any, can be discussed at future case management conferences.

8. Defendants are attempting to work with appropriate parties to avoid future delays in HCFIP construction.

9. The Receiver's office is considering reasonable efforts to ensure data quality and integrity, including entry of accurate data into the Electronic Health Record System. Plaintiffs should discuss their concerns with the Receiver and may re-visit this topic with the Court at the next case management conference.

10. No party has presented authority for, and the Court does not intend to issue, an order that makes confidential all of the court experts' communications with the Receiver. The April 15, 2013 order (ECF No. 2594) does not apply to such communications. The Court will not take further action on this topic unless a motion is filed.