| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>JAY C. RUSSELL - 122626<br>Supervising Deputy Attorney General<br>MANEESH SHARMA - 280084<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5500<br>Facsimile: (415) 703-3035<br>Maneesh.Sharma@doj.ca.gov<br><br>HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF - 240280<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777--3200<br>Facsimile: (415) 541-9366<br>pmello@hansonbridgett.com<br><br>Attorneys for Defendants | PRISON LAW OFFICE<br>DONALD SPECTER (83925)<br>STEVEN FAMA (99641)<br>ALISON HARDY (135966)<br>SARA NORMAN (189536)<br>SOPHIE HART (321663)<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br>dspecter@prisonlaw.com<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | CASE NO. 01-1351 JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING COURT<br>EXPERT PAYMENT PROCESS** |

On October 31, 2013, the Court ordered that forty-five days after each order approving payment to the Court experts, Defendants deposit into the Court's registry the full amount to be paid under the order. (ECF No. 2737.) The parties have met and conferred and stipulate that Defendants' time to deposit funds after each order approving payment to the Court experts shall be extended to sixty days.

SO STIPULATED:

DATED: March 7, 2019          XAVIER BECERRA
Attorney General of California

By:     /s/ Jay C. Russell
JAY RUSSELL
Attorneys for Defendants

DATED: March 7, 2019          HANSON BRIDGETT LLP

By:     /s/ Samantha D. Wolff[1]
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED: March 7, 2019          PRISON LAW OFFICE

By:     /s/ Alison Hardy
ALISON HARDY
Attorneys for Plaintiffs

Pursuant to the foregoing stipulation, IT IS SO ORDERED:

DATED: March 8, 2019          HON. JON S. TIGAR
United States District Judge
Northern District of California

---

[1] Counsel attests that e-filing authorization was obtained from all signatories on March 7, 2018.

-2-      Case No. 01-1351 JST
STIP. AND [PROPOSED] ORDER MODIFY COURT EXPERT PAYMENT PROCESS

15315966.1