UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

          Plaintiffs,

   v.

GAVIN NEWSOM, et al.,

          Defendants.

Case No. 01-cv-01351-JST

**ORDER RE: VISIT TO MULE CREEK STATE PRISON**

The Court will visit Mule Creek State Prison on December 9, 2019.

**IT IS SO ORDERED.**

Dated: December 2, 2019



JON S. TIGAR
United States District Judge