XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | CASE NO. 01-1351 JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ROOT CAUSE ANALYSIS DOCUMENTATION AND INFORMATION** |

Plaintiffs and Defendants, after meeting and conferring with the Receiver, hereby enter into the following Stipulation and jointly request the Court to approve this Stipulation:

1. The Court has previously issued orders providing Plaintiffs' attorneys with access to certain documentation and all other sources of information.

2. Plaintiffs' attorneys have requested access to documentation and all other sources of information concerning root cause analyses (RCA) conducted by Defendants or by the Receiver's staff.

3. Defendants have asserted various privileges against unrestricted disclosure of RCA documentation and other sources of RCA information. Defendants also assert that unrestricted disclosure to Plaintiffs' attorneys would have a chilling effect on open communication by participants to RCAs.

4. Plaintiffs and Defendants agree to the following terms regarding RCA documentation and all other sources of RCA information, whether written or verbal:

   a. To the extent that prior orders address the issue of Plaintiffs' access to RCA documentation or other sources of RCA information, provisions in all prior orders are hereby replaced by the order approving this Stipulation.

   b. Plaintiffs' attorneys agree to accept, in lieu of the actual individual RCA reports or any other sources of RCA information, the following documents:

      1. No later than the last day of the month subsequent to the month in which a Root Cause Analysis (RCA) is assigned in response to a Health Care Incident Report, Plaintiffs shall be provided (1) the incident date, the prison location, the name and CDCR number of the patient(s) involved, and a description of what happened as described in the health care incident report (employee names may be redacted). The tracking or log number of the RCA, and the date it was assigned, shall also be provided.

2. No later than the last day of the month subsequent to the month in which a Root Cause Analysis (RCA) is approved by the HCIRC, a summary of the findings made in an RCA report; each such summary shall include the tracking or log number of the RCA, and the date it was submitted to HCIRC and approved by the committee.

3. No later than the last day of the month subsequent to the month in which a Plan of Action (PoA) is approved in response to a completed RCA, the PoA shall be provided, including the RCA tracking or log number; if no PoA will be developed, that fact should be reported.

4. After reviewing the information provided pursuant to paragraph 4.b.1-4 above, Plaintiffs' counsel may submit to the Receiver a written request to receive any individual RCA report, and if good cause be shown, the Receiver shall grant that request.

5. Except as provided above, Plaintiffs' attorneys shall not seek information from Defendants' or Receiver's staff regarding the particulars of any RCA. Plaintiffs' counsel may use the information provided pursuant to this subdivision (b) solely as provided in the Protective Order in this action regarding confidential material, but shall not use the information provided pursuant this subdivision (b) to seek additional information from or otherwise communicate with any CCHCS staff, including staff at the institution where the incident occurred, except for the Receiver and members of the Receiver's and CCHCS's executive staff.

c. Except as provided in Paragraph 4.b above, Plaintiffs' attorneys shall not seek information from Defendants' or Receiver's staff regarding the particulars of any RCA.

DATED: February 26, 2020

XAVIER BECERRA
Attorney General of California

By:    */s/ Nasstaran Ruhparwar*
DAMON MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
Attorneys for Defendants

DATED: February 26, 2020

HANSON BRIDGETT LLP

By:    */s/ Samantha Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED: February 26, 2020

PRISON LAW OFFICE

By:    */s/ Steven Fama*
STEVEN FAMA
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: _____March 3_____, 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

- 4 -      Case No. 01-1351 JST
STIPULATION AND ORDER RE RCA DOCUMENTS AND INFORMATION

16317075.1