XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN - SBN 209508
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR - 263293
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF -  240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | CASE No. 01-1351 JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE THE MARCH**<br>**30, 2020 CASE MANAGEMENT**<br>**CONFERENCE TO APRIL 13, 2020**<br>**OR APRIL 27, 2020** |

On March 6, 2020, this Court continued the case management conference previously set for March 16, 2020 to March 30, 2020. (ECF No. 3208.) Unfortunately counsel for Defendants are not available on March 30, 2020. Ms. Ruhparwar is scheduled to attend a tour of the Correctional Training Facility together with Plaintiffs' counsel in the instant case on March 30, 2020. Mr. Mello and Ms. Wolff will be traveling out-of-state on that day. Therefore, Plaintiffs and Defendants respectfully submit this stipulation to continue the March 30, 2020 case management conference to April 13, 2020 or April 27, 2020, whichever date works best for the Court. The parties further stipulate that their joint case management conference statements shall be due no later than seven calendar days prior to date of the case management conference.

DATED: March 11, 2020

XAVIER BECERRA
Attorney General of California

By:      */s/ Nasstaran Ruhparwar*
DAMON MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
Attorneys for Defendants

DATED: March 11, 2020

HANSON BRIDGETT LLP

By:      */s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

| | |
|---|---|
| DATED:  March 11, 2020 | PRISON LAW OFFICE |

By: /s/
STEVEN FAMA
Attorneys for Plaintiffs

The case management conference previously set for March 30, 2020 is continued to April 13, 2020 . The parties' joint case management conference statement is due by April 6, 2020 .

IT IS SO ORDERED.

Date: March 12 , 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE