IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-cv-0520 KJM DB P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**ORDER REQUIRING RESPONSE TO DEFENDANTS' REQUEST TO MODIFY BRIEFING SCHEDULE AND HEARING DATE** |

Defendants have filed a request to modify the briefing schedule and hearing date on Plaintiffs' emergency motion to modify population reduction order. ECF No. 3226/6540.[1] Plaintiffs shall file a response to this request by 12:00 noon on March 28, 2020. The matter will then be deemed submitted.

**IT IS SO ORDERED.**

Dated: March 27, 2020

                                            */s/ Kim McLane Wardlaw*
                                            KIM McLANE WARDLAW
                                            UNITED STATES CIRCUIT JUDGE
                                            NINTH CIRCUIT COURT OF APPEALS

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). The Court cites to the docket number of *Plata* first, then *Coleman*.

1
2   Dated: March 27, 2020
3                                                  _____
                                                   KIMBERLY J. MUELLER
4                                                  CHIEF UNITED STATES DISTRICT JUDGE
                                                   EASTERN DISTRICT OF CALIFORNIA
5
6   Dated: March 27, 2020
                                                   _____
7                                                  JON S. TIGAR
                                                   UNITED STATES DISTRICT JUDGE
8                                                  NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28