XAVIER BECERRA
Attorney General of the State of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON C. MCCLAIN
ADRIANO HRVATIN
Supervising Deputy Attorneys General
NASSTARAN RUHPARWAR - 263293
ELISE OWENS THORN - 145931
TYLER V. HEATH - 271478
KYLE A. LEWIS - 201041
LUCAS HENNES - 278361
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:      (415) 777-3200
Facsimile:      (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**MICHAEL GOLDING DECLARATION SUPPORTING OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |

I, Michael Golding, declare:

1. I am the Chief Psychiatrist for California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Program Headquarters. I have held this position since 2017. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration to support Defendants' opposition to Plaintiffs' emergency motion to modify the population reduction order.

2. Consistent with the COVID-19 Mental Health Delivery Care Guidance Memorandum (COVID-19 Mental Health Plan), CDCR is providing patients in the Mental Health Services Delivery System (MHSDS) with mental health services and plans to continue to do so during the COVID-19 pandemic.

3. Under the COVID-19 Mental Health Plan, MHSDS patients will continue to receive mental health treatment, including Correctional Clinical Case Management System, Enhanced Outpatient Program, Mental Health Crisis Bed, Acute Psychiatric Program, and Intermediate Care Facility. Mental health treatment and services will also continue for the MHSDS patients in segregated housing units.

4. While some of the group treatment and other mental health treatment and services may be scaled back or stopped altogether as part of the COVID-19 Mental Health Plan, the Statewide Mental Health Program will continue to provide individual clinical appointments, emergency mental health treatment, and Interdisciplinary Treatment Team meetings as permitted based on staffing or other health concerns. The mental health programs at individual institutions are also taking many of the following steps to ensure that MHSDS patients are followed by their clinicians and receive urgent or emergent mental health treatment. I have received information that:

    a. Urgent and emergent consultation still are occurring at institutions;

    b. In some institutions, charts are reviewed both at home and at the institution; helping the onsite clinician make assessments of clinical issues, including suicidality;

    c. Although groups have been suspended in many institutions, at several institutions, recreation therapists have been redirected to develop in cell activity;

1

Golding Decl. Supp. Defs.' Opp'n Pls.'Mot. Mod. Pop. Red. Order
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST

    d.   At certain institutions, for example in EOP max custody and in mainline EOP units, recreation therapists are checking on patients regularly at the cell side;

    e.   At certain institutions, weekend rotation schedules are occurring; and

    f.   Psychiatrists, psychologists, and other clinicians continue to see patients utilizing individual appointments and rounding.

5.   In addition to continuing the provision of mental health services for the MHSDS patients, CDCR is continuing to apply suicide prevention measures to the entire inmate population and is employing the following actions to safeguard inmates from risk of suicide:

    a.   Suicide risk assessments continue to be done;

    b.   Patients continue to be seen by clinicians and treated for their suicidality; and

    c.   Increased observations of those at risk for suicide continues to occur.

6.   In a population, risk of death from transmitting COVID-19 disease in a pandemic is far higher in most situations than increased risk of death from psychiatric morbidity due to that pandemic, particularly since COVID-19 risk is transmissible between staff and patients due to patient movement, but suicidal risk is not transmissible between patients based on patient movement.  There are limited resources to deal with the effects of the pandemic, including shortages of masks, gloves, gowns, and faceshields, which endangers staff and patients.  Thus overall psychiatric and medical morbidity in a psychiatric population can best be ameliorated by focused efforts on decreasing risks from COVID-19, which is best accomplished by minimizing movement of patients, while focusing mental health efforts on increasing levels of care and amount of care for patients at the institution in which they already reside.  Patient movement, including patient movement of asymptomatic patients who will later develop COVID-19 is a significant risk to the overall mental health population, especially when it is possible to increase mental health care for the patients at the institutions in which they already reside.  CDCR can still address inmates' mental health needs, as it has a plethora of individuals prepared to help in a psychiatric emergency through one-on-one rounding, mental health consultations, and provision of therapy by ancillary staff.

2

Golding Decl. Supp. Defs.' Opp'n Pls.'Mot. Mod. Pop. Red. Order
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST

7. I declare under penalty of perjury that the information in this declaration is true and correct to the best of my knowledge. Executed on this 31st day of Mach 2020 in Elk Grove, California.

> */S/ MICHAEL GOLDING*
> MICHAEL GOLDING, M.D.
> (*Original signature retained by counsel*)

3
Golding Decl. Supp. Defs.' Opp'n Pls.'Mot. Mod. Pop. Red. Order
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST