# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 6, 2020                                                                 Judge: Jon S. Tigar

Time: 1 hour 6 minutes

Case No.       **4:01-cv-01351-JST**
Case Name   **Marciano Plata, et. al v. Gavin Newsom, et. al**

| | |
|---|---|
| Attorneys for Plaintiffs: | Donald Specter<br>Steven Fama<br>Alison Hardy<br>Corene Kendrick |
| Attorneys for Defendants: | Paul Mello<br>Samantha Wolff<br>Nasstaran Ruhparwar<br>Damon McClain |
| Counsel for Intervenors: | David Sanders<br>Gregg Adams |
| Receiver: | Clark Kelso |

Deputy Clerk: Mauriona Lee                                          Court Reporter: Raynee Mercado

## PROCEEDINGS

Further case management conference – held.

## RESULT OF HEARING

1. Hearing held telephonically. Defendants' counsel is to provide information, as identified on the record, to Mr. Specter by April 7, 2020 at 11:00 a.m.
2. A Further Case Management Conference is set for April 10, 2020 at 1:30 p.m. Case management statement due April 10, 2020 by 10:00 a.m.