

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 510-4400
Telephone:  (415) 510-4435
Facsimile:  (415) 703-5843
E-Mail:  Nasstaran.Ruhparwar@doj.ca.gov

April 3, 2020

*Via E-Mail Only*

The Honorable Jon S. Tigar
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     *Plata, et al. v. Newsom, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 JST

Dear Judge Tigar,

Enclosed please find the following invoice from the court-appointed expert Joe Goldenson, M.D.

- Dr. Goldenson, invoice dated April 1, 2020, professional fees and expenses: $618.75

I have reviewed the invoice and believe it is appropriate to pay.  Dr. Puisis did not submit an invoice because he does not have any billable hours for March 2020.  In addition, Ms. LaMarre informed me that she plans to include the charges for her work performed in March 2020 in her next invoice.  Please contact me with any questions.

Respectfully submitted,

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General

For     XAVIER BECERRA
Attorney General



APPROVED FOR PAYMENT
FROM COURT REGISTRY

Judge Jon S. Tigar

Dated: April 9, 2020

cc:     (*via E-mail*)
Madeleine LaMarre, MN, FNP-BC

The Honorable Jon S. Tigar
April 3, 2020
Page 2


Michael Puisis, D.O.
Donald Specter, Esq.
Joe Goldenson, M.D.
Paul B. Mello, Esq.
Tara Ruhparwar, Esq.

CA2001CS0001
21838880.doc

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: April 1, 2020

Billing Period:   Mar-20

Hourly rate:  $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $618.75 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 3/2/20 | 2.25 | @ | $275.00 | = | $618.75 | Teleconnferences: CCHCS QI staff; medical experts |
| Total | | | | | $618.75 | |
| Professional Fees | | | | | | |
| | | | | | $618.75 | |
| Travel Expenses | | | | | | |

| TOTAL DUE | $618.75 |
|---|---|