UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: ECF No. 3266 |

Plaintiffs have requested an expedited briefing schedule on their motion requesting "an order directing Defendants and Receiver to develop a plan to manage and prevent the further spread of COVID-19 in California state prisons." ECF No. 3266 at 1. The Court finds good cause to set the following schedule:

1. Defendants' opposition shall be filed by April 13, 2020, at 2:00 p.m.

2. Although Plaintiffs "waive any right to file a reply," *id.*, experience demonstrates that a reply brief might be essential to adequate consideration of the issues raised in Defendants' opposition. *See* ECF No. 3247 at 1 (three-judge court order requiring reply brief despite Plaintiffs' waiver). Plaintiffs shall file a reply brief by April 14, 2020, at 2:00 p.m.

3. The Court will hear argument on April 16, 2020, at 2:00 p.m. The hearing will proceed telephonically. The Court will provide information about dialing in to the hearing in a future order.

**IT IS SO ORDERED.**

Dated: April 9, 2020



JON S. TIGAR
United States District Judge