# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 10, 2020      Judge: Jon S. Tigar

Time: 44 minutes

Case No.      **4:01-cv-01351-JST**
Case Name      **Marciano Plata, et. al v. Gavin Newsom, et. al**

| | |
|---|---|
| Attorneys for Plaintiffs: | Donald Specter |
| | Steven Fama |
| | Alison Hardy |
| | Corene Kendrick |
| | Rana Anabtawi |
| Attorneys for Defendants: | Paul Mello |
| | Samantha Wolff |
| | Nasstaran Ruhparwar |
| | Damon McClain |
| Counsel for Intervenors: | David Sanders |
| | Gregg Adams |
| Receiver: | Clark Kelso |
| Counsel for Receiver: | Martin Dodd |
| On Behalf of Receiver: | Steve Tarrat |
| | Vincent Cullen |
| | Joseph Bick |

Deputy Clerk: Mauriona Lee      Court Reporter: Diane Skillman

## PROCEEDINGS

Further case management conference – held.

## RESULT OF HEARING

1. Hearing held telephonically. A Further Case Management Conference is scheduled for April 20, 2020 at 2:00 p.m. An updated case management statement is due April 20, 2020 by 10:00 a.m.

1