# Exhibit C

**Pictures of Social Distancing Markings at CDCR Institutions**

Richard J. Donovan Correctional Facility



Richard J. Donovan Correctional Facility



California Men's Colony- East Clinic Waiting Area



California Correctional Institution- Facility C



Chuckawalla Valley State Prison



Salinas Valley State Prison- Facility D



Salinas Valley State Prison- Facility D



California Institution for Women



Central California Women's Facility



California Substance Abuse Treatment Facility and State Prison, Corcoran



California Substance Abuse Treatment Facility and State Prison, Corcoran

