# Exhibit G

 

# MEMORANDUM

| | |
|---|---|
| **Date:** | March 23, 2020 |
| **To:** | CDCR and CCHCS Extended Executive Staff<br>Institution Wardens<br>Institution Executive Staff |
| **From:** | Connie Gipson (original signed by)<br>Director, Division of Adult Institutions<br>California Department of Corrections and Rehabilitation<br><br>Brant R. Choate, Ed.D<br>Director, Division of Rehabilitative Programs<br>California Department of Corrections and Rehabilitation<br><br>R. Steven Tharratt, MD, MPVM, FACP (original signed by)<br>Director, Health Care Operations<br>California Correctional Health Care Services |
| **Subject:** | **COVID-19 Pandemic – Integrated Substance Use Disorder Treatment (ISUDT) Program Operational Guidance** |

In response to the current coronavirus disease 2019 (COVID-19) pandemic, and out of an abundance of caution, the California Correctional Health Care Services (CCHCS) is taking necessary precautions to reduce exposure to both patients and staff. This memorandum provides guidance for ISUDT program operations with the understanding that based on COVID-19 impacts, some institutions may have fewer restrictions than others as we move through this difficult process.

**Medication-Assisted Treatment (MAT)**
Patients currently on MAT will continue to receive their MAT medication. Patients receiving methadone will continue to receive their MAT medication in accordance with Narcotic Treatment Program processes.

The likelihood that additional patients will seek MAT for opiate/heroin withdrawals due to movement restrictions and the stress associated with COVID-19 is possible, and may require medical/clinical staff to ramp up, rather than wind down, access to MAT. Our objectives to reduce morbidity related to substance use disorder (SUD), and prevent avoidable patient send-outs to emergency services and hospitals is invaluable during this current crisis.

**ISUDT National Institute on Drug Abuse (NIDA) Quick Screen**
NIDA Quick Screens for those with 15-24 months prior to release will be temporarily paused and re-evaluated in May 2020, for possible restart.



P.O. Box 588500
Elk Grove, CA 95758

# MEMORANDUM

### ISUDT NIDA Modified Assist (MA)
ISUDT staff will continue to focus on the High-Risk/High-Need/Vulnerable populations, completing NIDA MA assessments, as necessary.

For those that have screened positive for SUD, a NIDA MA will be completed unless personnel resources are redirected to provide more essential services.

### Health Care 7362 Requests
The 7362 process will remain in effect for inmates seeking ISUDT program services. These requests will be triaged consistent with triage for other health care services if the demand for health care services exceeds capacity.

### Clinical Rounds
Clinical staff will follow exemplary nursing protocols to identify possible signs/symptoms of detoxification while making rounds in hopes of identifying inmates who may be withdrawing from illegal substances.

### Cognitive Behavioral Interventions (CBI)
CBI for ISUDT is suspended until further notice.

### Transition to Community
Patients transitioning back to the community who are on MAT will be provided a 30-day supply of medication and referred to a community MAT provider. All patients will be offered Naloxone upon release.

### Institution ISUDT Steering Committee
A call will be held in the next two weeks with Chief Executive Officers and Wardens to provide further direction about the focus of this committee during COVID-19.

We appreciate each and every one of you for your work and personal sacrifice.


cc: Renee Kanan
    Barbara-Barney-Knox
    Joseph Bick
    Eureka Daye
    Ron Davis
    Ryan Souza
    Kevin Hoffman
    Lisa Heintz
    Janene DelMundo

