# Exhibit H

 

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | March 26, 2020 |
| **To:** | California Department of Corrections and Rehabilitation (CDCR) All Staff |
| | California Correctional Health Care Services (CCHCS) All Staff |
| **From:** | |
| | *Original Signed By* |
| | Connie Gipson |
| | Director, Division of Adult Institutions |
| | California Department of Corrections and Rehabilitation |
| | |
| | *Original Signed By* |
| | Barbara Barney-Knox, MBA, MA, BSN, RN |
| | Deputy Director of Nursing (A), Statewide Chief Nurse Executive (A) |
| | California Correctional Health Care Services |
| | |
| | *Original Signed By* |
| | Heather C. Bowlds Psy.D. |
| | Deputy Director |
| | Department of Corrections & Rehabilitation |
| | Juvenile Justice, Health Care Services |
| **Subject:** | NOVEL CORONAVIRUS DISEASE 2019 (COVID-19) and INFLUENZA-LIKE-ILLNESS FACILITY ENTRANCE SCREENING |

The purpose of this memorandum is to direct all staff and visitors entering California Department of Corrections and Rehabilitation (CDCR) correctional institutions shall be screened for Novel Coronavirus Disease 2019 (COVID-19) and Influenza-Like-Illness (ILI) symptoms. All staff and visitors shall have a measurement of their temperature prior to being allowed access into the correctional facility or any other assigned location. Staff shall follow all screening requirements for CDCR and our community partners.

The screening will begin on Friday, March 27, 2020, during third watch. At this time the CDC has not released any recommendations for the use of PPE for screening. Out of an abundance of caution, screeners shall be offered surgical masks, eye protection and hand sanitizer. Screening shall be performed at the points of entry agreed upon by CDCR and California Correctional Health Care Services (CCHCS). Each institution shall reduce points of entry to a minimum.

Nursing staff shall perform temperature measurements during the first two hours of every shift. Thereafter, Custody staff shall notify nursing if additional screening is required.

# MEMORANDUM

Each point of entry shall have two touch free infrared thermometers. An additional thermometer shall be available as a backup unit in case of thermometer failure.  This would make three thermometers per point of entry.  Extra batteries for each unit shall be available at all times to the screeners.  Training on the use of the touch free thermometers will be forthcoming on Lifeline.

- This screening shall include 1 and 2 below:

    1. Symptom questions:
        - Do you have a new or worsening cough?
        - Do you have a fever?
        - Do you have new or worsening difficulty breathing?

    2. Temperature measurement

Staff performing temperature screening shall use the following recommendations:
- Use of a surgical mask, eye protection and hand sanitizer.
- If there is no physical contact with an individual or body fluid contamination, the PPE does not need to be changed before the next check.
- Staff performing symptoms screening more than 6 feet away from the individual being screened do not need to wear PPE.
    - Individuals with no symptoms of COVID-19 or ILI, and a temperate measured less than 100.0 Fahrenheit shall be granted entry into in the CDCR correctional institution.
    - Individuals who respond "yes" to any COVID-19 or ILI questions and/or has a temperate measured equal or greater than 100.0 Fahrenheit shall be denied entry into in the CDCR correctional institution.
    - Individuals who respond "no" to any of the COVID-19 or ILI questions but have observed symptoms shall have further triage with a nurse.  Based on the clinical judgement of the nurse, the employee may be denied entry into the CDCR correctional facility, and a recommendation to follow up with their personal medical provider given.
    - Individuals who respond "yes" to any COVID-19 or ILI questions that may be related to underlining medical conditions, shall have further triage with the nurse. Based on the clinical judgement of the nurse, the employee may be allowed entry into the CDCR correctional facility.
    - Individuals screened by a non-health care staff member with a temperature measuring 100.0 Fahrenheit or greater shall have a secondary evaluation by a licensed health care staff member.
- Employees denied entry will follow established procedure for notifying their supervisor of their absence.

Thank you all for your cooperation and support of this intervention to keep our staff and our patients healthy. By working together, we can guard against the spread of COVID-19 in our workplace, in our communities, and in our families.