# Exhibit J

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date:   April 1, 2020

To:     CDCR Employees Statewide
        CCHCS Employees

Subject: **UPDATED MESSAGE TO EMPLOYEES REGARDING THE DEPARTMENTS RESPONSE TO COVID-19**

This is a brief message to all California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services staff, regarding our efforts to address the COVID-19 pandemic. We are so proud of the steps that have been implemented over the last several weeks as we respond to the threat posed by the COVID-19 pandemic. The work you are doing is literally saving lives, and we appreciate each and every one of you. At this stage, however, even all of the preparations taken to date are insufficient to reduce the risk of transmission to an acceptable level.

We have therefore jointly determined that, pursuant to Government Code Section 8658, an emergency has occurred endangering the lives of inmates and staff through all institutions of CDCR. In order to reduce the spread of COVID-19, and avoid the dangerous consequences of transmission, we have determined that it is necessary to accelerate the release of certain nonviolent inmates who are within 60 days of release, and some patients receiving hospice care.

Immediate implementation of this determination is an urgent priority and work is currently under way to achieve this goal. There may be further steps at population reduction which may need to be taken in the next days or weeks, and we will inform you of those decisions if and when they are made. We thank all of you again for your commitment to the citizens of California during these challenging times.


RALPH M. DIAZ                                           J. CLARK KELSO
Secretary                                               Receiver