# Exhibit L



# MEMORANDUM

| | |
|---|---|
| **Date:** | April 6, 2020 |
| **To:** | California Department of Corrections and Rehabilitation (CDCR) - All Staff<br>California Correctional Health Care Services (CCHCS) - All Staff |
| **From:** | *Original signed by:*<br>Heidi M. Bauer, MD MS MPH<br>Public Health Epi/Surveillance Lead<br>Public Health Branch<br><br>*Original signed by:*<br>Diane O'Laughlin, FNP-BC, DNP<br>Headquarters Chief Nurse Executive<br>Public Health and Infection Prevention |
| **Subject:** | **COVID-19 Personal Protective Equipment (PPE) Guidance and Information** |

The purpose of this memo is to provide information and resources related to COVID-19 and the continuously evolving status personal protective equipment (PPE) supply availability. The information below is intended to guide the use of PPE as we move forward in responding to this pandemic. In-depth guidance is provided in the [COVID-19: Interim Guidance for Healthcare and Public Health Providers](#).

**TYPES OF MASKS**

**Filtering facepiece respirator N95**: An "N95" is a type of respirator which removes at least 95 percent of particles from the air that are breathed through it. An N95 currently has two recommended uses:

- Staff person accompanying individuals with respiratory symptoms in a transportation vehicle.
- A staff person less than six feet from a <u>confirmed COVID-19 case</u> when also conducting "aerosol producing procedures" such as COVID-19 testing, CPR, etc. or providing high-contact patient care such as bathing someone confirmed to have COVID-19.

**More information about N95 and surgical masks:**
- [Understanding the difference between N95 and Surgical Masks](#)
- [Proper use and disposal of PPE](#)
- [Facial hair and PPE use](#)

**Use of Privately Owned Masks and Respirators and Reusable barrier masks (cloth/washable)**: "The Joint Commission (TJC) issued a [statement](#) on March 31, 2020, supporting the use of standard face masks and/or respirators provided from home when health care organizations cannot provide access to protective equipment that is commensurate with the risk health care workers are exposed to amid the COVID-19 pandemic. The CDCR/CCHCS will follow the TJC recommendations for privately owned PPE,

# MEMORANDUM

including N95 and surgical masks.  Please wash reusable cloth masks between each use using hot water with regular detergent and dry completely on hot setting.

**EXTENDING THE USE OF PPE (MEDICAL EQUIPMENT MASKS)**

The CDC has put out [guidance](#) on extending the use of medical equipment masks. There is not an exact determination on the number of safe reuses for these masks and those decisions must be made based on a number of variables per CDC guidelines such as impact respirator function and contamination over time.

**RESOURCES**

The [**COVID-19 Quick Guide Poster**](#) follows Center for Disease Control (CDC) guidelines for COVID-19 management.  This quick guide defines quarantine, who to isolate, COVID-19 case actions and how to perform appropriate surveillance during the COVID-19 pandemic. The COVID-19 Quick Guide Poster pairs with the Personal Protective Equipment (PPE) Guide Poster, number 2 below, to inform staff on what type of PPE they will need.

The [**COVID-19 Protective Equipment (PPE) Guide Poster**](#) adopts CDC guidelines as of March 29, 2020, which reflect the CDC's recommendations for optimizing PPE supplies (link below). The PPE guide poster reinforces 6 foot social distancing, and gives guidance for individuals who must be within 6 feet for a prolonged period of time of suspected/confirmed COVID-19 individuals.

A [**COVID-19 Quick Reference Pocket Guide**](#) is intended to keep on person as a resource for PPE, quarantine, isolation and surveillance.

The CDC's also provides [recommendations for optimizing PPE supplies](#).

These resource tools, TJC statement on privately owned face masks, and current available supplies should all be considered when determining the type of PPE staff will use for the safety of staff and the population.  Please place the posters in high traffic staff areas to remind staff of these key concepts for COVID-19 management.  Please assure your staff is aware of these resource tools.

Thank you all for your cooperation, as we continue to work together to guard against the spread of COVID-19 and to keep our staff and patients protected.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758