# Exhibit N



# MEMORANDUM

| | |
|---|---|
| **Date:** | April 12, 2020 |
| **To:** | Secretary Ralph Diaz |
| **From:** | J. Clark Kelso, Receiver |
| **Subject:** | CCHCS Guidelines for Achieving and Maintaining Social Distancing in California Prisons |

This memorandum supplements my memorandum dated April 10, 2020 and clarifies my intention regarding the steps set forth in that memorandum.

I had not intended for my April 10, 2020 memorandum to affect any inter-institution transfers that are to address either medical, mental health, or dental treatment needs that are not available at the sending institution, such as to provide a higher level of care or to reduce or prevent morbidity or mortality, or a safety or security issue that cannot be managed by the sending institution.

If you have any questions, please do not hesitate to contact me.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758