XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON G. MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR - 263293
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Email:  Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | CASE NO. 01-1351 JST<br><br>**DEFENDANTS' APPLICATION FOR A 45-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19** |

　　　Defendants request a 45-minute extension of time, nunc pro tunc, to file Defendants' supporting documents in opposition to Plaintiffs' emergency motion regarding prevention and management of COVID-19. Good cause exists to grant Defendants' request because their counsel diligently worked to meet today's 2:00 p.m. deadline under tight time constraints, and would have filed on time but for unforeseen technical difficulties related to the fact that the administrative assistant working on the filing was working from home due to California's shelter-in-place order, and was unable to upload all of the documents to the Court's Electronic Case Filing system for unknown technical reasons. Consequently, although the opposition brief was timely filed, the

-1-　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 01-1351 JST
Defs.' Appl. 45-Minute Ext. Time Nunc Pro Tunc File Defs.' Opp'n Pls.' Emergency Mot. Prevention & Management COVID-19

16465050.1

supporting declarations and other documents were filed shortly after the 2:00 p.m. deadline. Defendants' counsel sincerely apologize to the Court and Plaintiffs for this unintentional delay.

Defendants sought no previous extensions of time in connection with this opposition. And counsel would have sought the extension earlier, except that the need for an extension did not appear until after the deadline had passed.

Given counsels' diligence to meet the deadline under pressing work demands, the unexpected technical difficulties, and the minimal extension sought, Defendants request that the Court grant a 45-minute extension, nunc pro tunc, and accept the portions of their filing that were late. Furthermore, Defendants do not want Plaintiffs to be prejudiced by this delay. Accordingly, Defendants request that the Court consider granting Plaintiffs an extra hour to file their reply brief, which is currently due by 2:00 p.m. on April 14, 2020.

Defendants submit a proposed order for the Court's consideration.

DATED: April 13, 2020   HANSON BRIDGETT LLP

By: _____/s/ Samantha Wolff_____
PAUL B. MELLO
SAMANTHA D. WOLFF
KAYLEN KADOTANI
Attorneys for Defendants

DATED: April 13, 2020   XAVIER BECERRA
Attorney General of California

By: _____/s/ Damon McClain_____
DAMON MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
Attorneys for Defendants

CA2001CS0001
42152410.DOCX

-2-   Case No. 01-1351 JST
Defs.' Appl. 45-Minute Ext. Time Nunc Pro Tunc File Defs.' Opp'n Pls.' Emergency Mot. Prevention & Management COVID-19