Alison Minet Adams (107475)
12400 Ventura Blvd. #701
Studio City, CA 91604
(510) 384-3423
alisonminetadams@yahoo.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> GAVIN NEWSOM, ET AL., <br><br> Defendants | Case No.: 01-1351 JST <br><br> **DECLARATION OF CHANDELLA MACKIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19.** |

I, Chandella Mackie, declare under the penalty of perjury in the State of California, the following is true and of my own personal knowledge:

1. I am and have been the wife of Andrew Mackie, aka Andrew Mackey (V59362) for the past five years.

2. Andrew was seemingly healthy until August 2019, only occasionally complaining of a headache.

3. Andrew was housed at Salinas State Prison on August 18, 2019, where we had a family visit that day that we had both been so excited about.

4. The first 4 hours of the visit, we talked and talked and everything was fine. Then, out of nowhere, Andrew developed a fever, chills, sweats, and he

DECLARATION OF CHANDELLA MACKIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19. - 1

couldn't eat at all. We just thought it was from the shock of being in a "homelike" setting and had no clue what was happening.

5. We didn't report it, because we waited so long for this moment, and didn't want them to take away our family visit. However, for 4 days, Andrew couldn't eat, all he did was sleep, sweat, and complain of body aches.

6. There was nothing I could do and it really was painful to watch. It took a toll on our marriage, because for 5 years, all we talked about was that moment, and when it finally came, for him to become ill. I thought it was some sort of rejection.

7. I didn't understand what was happening, I felt we had nothing if we had no "chemistry" (because he was ill when we finally had a chance to consummate our marriage). I even filed for divorce.

8. In September, my son and I visited Andrew and he said "Della, I have had a fever and been sweating to where it's been soaking my sheets."

9. Later in September, Andrew went to medical and they told him they are stopping his medication to check his thyroid.

10. The weekend of 9/21/19, I visited Andrew and he is walking very slowly and dragging his feet.

11. By October 2019, Andrew goes back to Medical because he is still sweating his sheets, starts spitting up blood and has lost a lot of weight. They diagnosed him with Valley Fever, a hole in his lung and pneumonia.

DECLARATION OF CHANDELLA MACKIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19. - 2

12. In November 2019, I visited Andrew, who had lost a considerable amount of weight and could barely walk into the visiting room.  He was in so much pain that I ended the visit early.

13. At this visit, the CO told me "Mackey is "fucked up" but I work his building and do extra rounds to check on him."

14. December 2019, my two daughters, Dominique and Delashawn, flew over to see Andrew because they were so worried about him from my crying to them about his health.  They both broke down crying in the car after the visit and told me that Andrew looked like he was going to die.

15. In January 2020, we had another family visit and to our surprise Andrew was impotent. His doctors told him it was due to his health issues.

16. He had dropped points, so was sent back to Solano in Vacaville in January 2020.

17. January-March 2020, I watched Andrew become nothing more than a thin man, in a lot of pain, who couldn't eat or sleep.

18. March of 2020, the doctors at Solano State Prison sent Andrew to an outside hospital to drain the boils on his neck.  When he arrived, they informed him that the doctor for infectious disease wasn't there.  He was sent back to prison with no resolution.

19. I was horrified ever day, not knowing if Andrew was ok or not. I called and called, over 8 times and no one ever called me back.

20. Mid March 2020, the nurse at Solano and Andrew burst the boil and squeezed out the insides of it themselves. He now goes to the would office daily to get his dressing changed.

21. April 11, 2020, I spoke to Andrew and he said he hasn't showered in a week because the shower causes boil like lumps on his neck and arms.

22. Andrew asked the doctor if he can move to a higher level of care because he is afraid of contracting Covid-19.

23. His doctor told him "Mr. Mackey, with what all is going on with your health, if you contracted Covid-19, you would die."

24. The doctor ordered Andrew new bandages and medication mid-March. Andrew still has not received the medication or the bandages.

25. April 14, 2020, I spoke to a representative from Solano, who finally returned my call after I left several messages for nearly a month. She told me that Andrew has a new infectious disease appointment in May.

26. I told her if they wait to do something until May, my concern is that they will be picking my husband up in a body bag, because he was told by his doctor that he would die if he contracted Covid-19.

27. I cry daily because Andrew isn't getting the care he needs and nothing is being done to prevent him from contracting Covid-19.

28. Andrew has been sick since August 2019, and nothing has been done to treat him.

29. I question whether the prison and the State of California see him as a person, or just a number.

DECLARATION OF CHANDELLA MACKIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19. - 4

30. I pray that God keeps my beloved husband Andrew alive and a miracle happens to release him so that I can care for him at home.

Dated this 15th day of April, 2020

        /Chandella Zoil Mackie/
        Chandella Zoil Mackie

DECLARATION OF CHANDELLA MACKIE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION REGARDING PREVENTION AND MANAGEMENT OF COVID-19. - 5