UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 01-cv-01351-JST <br><br> **ORDER RE: OBJECTION TO STATUS CONFERENCE REPORT** <br><br> Re: ECF No. 3308 |

Attorney Benjamin Pavone has filed a document entitled "Valley Fever Plaintiffs' Objection to Status Conference Report on the Issue of the Receiver's Authority and Conditional Request to Intervene." ECF No. 3308.[1] The Court will not consider a request to intervene that is not the subject of a motion filed in compliance with the Civil Local Rules.

In addition, the Court's review of the docket indicates that Pavone is listed as an attorney for "Intervenor Richard Adams" as well as "Miscellaneous Party Abukar Abdulle." However, Adams's motion to intervene in the three-judge court proceeding was denied. ECF No. 3253; *see also* ECF No. 3256 (denying motion for reconsideration). Nor is Abdulle a proper party to this action. The Clerk is directed to terminate both individuals from the docket.[2]

**IT IS SO ORDERED.**

Dated: April 30, 2020



JON S. TIGAR
United States District Judge

---

[1] Pavone filed three versions of this document. ECF Nos. 3306, 3307, 3308. The Court has reviewed only the last-filed version.

[2] This does not mean that Pavone may not continue, if he so chooses, to monitor the public filings in this case or attend the public proceedings.