1  PRISON LAW OFFICE
   DONALD SPECTER (83925)
2  STEVEN FAMA (99641)
   ALISON HARDY (135966)
3  SARA NORMAN (189536)
   1917 Fifth Street
4  Berkeley, California 94710
   Telephone: (510) 280-2621
   Fax: (510) 280-2704
5  dspecter@prisonlaw.com
   *Attorneys for Plaintiffs*

6

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND

11   MARCIANO PLATA, et al.,
                                          Case No. C01-1351 JST
        *Plaintiffs,*
12
                                          **DECLARATION OF ARTHUR**
          v.                              **REINGOLD, M.D.**
13   GAVIN NEWSOM., et al.,

14       *Defendants.*

15

16      I, Arthur Reingold, hereby declare:

17      1. I am the Division Head of Epidemiology and Biostatistics at the University of

18   California, Berkeley, School of Public Health. I have worked on the prevention and

19   control of infectious diseases in both the United States, including eight years at the US

20   Centers for Disease Control and Prevention ("CDC"), and with numerous developing

21   countries around the world for over forty years. Since its inception in 1994, I have

22   directed or co-directed the CDC-funded California Emerging Infections Program. I am a

23   member of the Society for Epidemiologic Research and the American Epidemiological

24

25                                        1

26                                            REINGOLD DECLARATION
                                             CASE NO. C01-1351 JST

1    Society; an elected Fellow of the Infectious Disease Society of America and of the

2    American Association for the Advancement of Science; and an elected member of the

3    Institute of Medicine of the National Academy of Sciences. I was previously the

4    President of both the Society for Epidemiologic Research and the American

5    Epidemiological Society. I have served on the editorial boards of the journals: American

6    Journal of Epidemiology, Epidemiology, and Global Public Health.

7

8        2. I received my A.B. in biology from the University of Chicago in 1970, and my

9    M.D. from the University of Chicago in 1976. Among other things, I completed a

10   residency in internal medicine and a preventative medicine residency with the CDC.

11       3. My career in public health has been in the area of infectious diseases and

12   epidemiology. Following my positions at the CDC (1979–87), I joined the faculty of the

13   School of Public Health at Berkeley as a Professor of Epidemiology (1987–present), the

14   faculty of the Department of Epidemiology and Biostatistics at the University of

15   California, San Francisco ("UCSF") (1989–present), and as a Clinical Professor in the

16   Department of Medicine at UCSF (1991–present). From 1990–94, I was the Head of the

17   Epidemiology Program, Department of Biomedical and Environmental Health Sciences,

18   University of California, Berkeley; from 1994–2000, I was the Head of the Division of

19   Public Health Biology and Epidemiology, University of California, Berkeley; from 2000–

20   18, I was the Head of the Division of Epidemiology, School of Public Health, University

21   of California, Berkeley; from 2018 continuing through the present, I am the Head of the

22   Division of Epidemiology and Biostatistics, School of Public Health University of

23   California, Berkeley.

24

25

2

26

1    4. My research focuses on emerging and re-emerging infections in the United

2  States and in developing countries; vaccine-preventable diseases in the United States and

3  in developing countries; and disease surveillance, outbreak detection, and outbreak

4  response.

5    5. Attached and incorporated by reference to this declaration is a copy of my

6  curriculum vitae. (Attached here as Attachment A).

7

8    6. I am currently collaborating on research concerning SARS-CoV-2 and its

9  incidence, and serving on SARS-CoV-2 advisory groups for multiple organizations,

10  including UC Berkeley, the University of California system, and the City and County of

11  San Francisco, among others.

12    7. SARS-CoV-2 is a novel coronavirus that causes Coronavirus Disease 2019

13  (COVID-19). SARS-CoV-2 is a respiratory virus, with patients typically presenting with

14  acute respiratory signs and symptoms, which can escalate in some patients to respiratory

15  failure and other serious, life-threatening complications. The most common symptoms

16  are fever, cough, and shortness of breath. Other identified symptoms include muscle

17  aches, headaches, chest pain, diarrhea, coughing up blood, sputum production, runny

18  nose, nausea, vomiting, sore throat, confusion, loss of senses of taste and smell, and

19
20  anorexia. Due to the respiratory impacts of the disease, individuals may need to be put on

21  oxygen, and in severe cases, patients may need to be intubated and put on a ventilator.

22  People of every age can and have contracted COVID-19, including severe cases, but

23  geriatric patients are at the greatest risk of severe cases, long-term impairment, and death.

24  Likewise, those with immunologic deficiencies and with other pre-existing conditions,

25                                      3

26                                                      REINGOLD DECLARATION
                                                        CASE NO. C01-1351 JST

1   such as hypertension, certain heart conditions, lung diseases (e.g., asthma, COPD),

2   diabetes mellitus, obesity, and chronic kidney disease, are at high risk of a life-

3   threatening COVID-19 illness. Information available to date shows that, if infected with

4   the SARS-CoV-2 virus, racial and ethnic minority populations, especially African-

5   Americans, are at a substantially elevated risk of developing life-threatening COVID-19

6   illnesses and to die of COVID-19.

7

8       8. SARS-CoV-2 is readily spread through respiratory transmission. All people are

9   susceptible to and capable of getting COVID-19 because of the ease with which it

10  spreads. The virus is spread through droplet transmission; that is, when an infected

11  individual speaks, coughs, sneezes, and the like, they expel droplets which can transmit

12  the virus to others in their proximity. There also is growing evidence that the virus is

13  aerosolized, such that tiny droplets containing the virus remain in the air and can be

14  inhaled by others who come into contact with that air. The virus is also known to be

15  spread through the touching of contaminated surfaces, for example, when an infected

16  person touches a surface with a hand they have coughed into and then another person

17  touches that same surface before it has been disinfected and then touches their face. Each

18  infected individual is estimated to infect two to eight others. In addition, some people are

19  so-called "superspreaders," who cause widespread infections.

20

21      9. There is not yet an FDA-approved vaccine against SARS-CoV-2, which could

22  be used to immunize the population to the virus. As a result, the only ways to limit its

23  spread are self-isolation, social distancing, frequent handwashing, masks and disinfecting

24  surfaces. Self-isolation involves not physically interacting with those outside one's

25

4

26

1 household. Social or physical distancing is maintaining at least six feet of distance
2 between individuals. Both of these interventions are aimed at keeping infected
3 individuals far enough apart from other individuals so that they are less likely to pass the
4 virus along. Frequent handwashing and regular disinfecting of surfaces can curb the
5 spread via contaminated surfaces.

6
7 10. Transmission of SARS-CoV-2 can occur in any location where there is close
8 proximity (less than six feet) between individuals. And because transmission of the virus
9 can occur via environmental surfaces, there is also risk of spread of the virus at any
10 location where multiple individuals touch surfaces. Some individuals who are infected
11 with the virus do not have any symptoms but can transmit the virus and/or are infectious
12 before they develop any symptoms. This means that isolating only persons who are ill or
13 known to be infected will not stop the spread of infection. Rather, to prevent increasing
14 the scope of the outbreak of COVID-19, we must assume that anyone could be infected
15 with SARS-CoV-2 and infect another person.

16 11. Due to the lack of adequate testing, the time lag in getting results back from
17 laboratories, and the lengthy incubation time, we cannot yet definitely determine the full
18 effects of stay-at-home orders and social distancing. But social distancing has worked to
19
20 slow the spread of respiratory viruses. However, transmission of the virus will continue
21 through the population until the development and widespread use of a vaccine and/or
22 herd immunity.

23 12. It is unlikely that an FDA-approved vaccine will be available for at least 12 to
24 18 months, and indeed may take longer than that due to the number of steps in the

25

26

1  process of development, trial and error, scaling to clinical trials, assessing side effects,

2  and assessing efficacy across the population at large.

3  13. As SARS-CoV-2 is a new virus, also referred to as a novel virus, only those

4  who have been infected and who have recovered are possibly immune; there is not a pre-

5  existing population already immune to the virus. Anyone who has not yet been infected is

6  susceptible to infection. Also, due to the virus's novelty, we do not know whether any

7  immunity generated by previous infection lasts permanently, for a specified period, or

8  whether reinfection is possible. Only once serologic antibody testing is widely available

9  might we be able to determine who in the population is not susceptible to either infection

10  or transmission based on their immunity due to earlier infection.

11

12  14. At the request of the Prison Law Office I have reviewed Alison Hardy's May

13  7, 2020 letter to Mr. Kelso and Ms. Toche. In that letter Ms. Hardy requests that the

14  California Department of Corrections and Rehabilitation (CDCR) and the California

15  Correctional Health Care Services (CCHCS) identify people living in California's prisons

16  who are at high risk for injury or death from COVID-19; determine whether those at high

17  risk are particularly vulnerable to infection because they live in a dormitory or other

18  congregate living unit; and then move those individuals to housing that would better

19  protect them from SARS-CoV-2 infection.

20

21  15. I also have reviewed an email dated Friday May 15, 2020 from Samantha

22  Wolff, responding to Ms. Hardy's May 7 letter on behalf of CDCR and CCHCS. Ms.

23  Wolff's email makes three points in rejecting Ms. Hardy's proposal. First, she states that

24  CCHCS has already identified patients with at least one factor that puts them at high risk

25

6

26

1 of severe COVID-19. Second, Ms Wolff appears to refer to general policies that classify

2 patients according to their medical risk for purposes of institution placement. Third, Ms.

3 Wolff states that "mass movements" of high risk individuals would be dangerous because

4 movement of these patients would increase the risk of spreading the virus at different

5 institutions. CDCR and CCHCS apparently agree that the risk of keeping high risk

6 individuals in institutions where the SARS-CoV-2 has spread "throughout the housing

7 units" is less than transferring these people to other institutions.

8

9 16. A review of the data from the CDCR COVID-19 tracking webpage clearly

10 shows that there have been SARS-CoV-2 infections of prison staff at multiple locations,

11 and infections/deaths among prisoners at several locations. Given that staff come from

12 the community, where SARS-CoV-2 is undoubtedly present, that is not surprising and

13 supports the importance of taking measures to minimize introduction of the virus into the

14 various prisons and to detect and control spread of the virus if it does manage to get into a

15 facility.

16 17. I also understand from reviewing CDCR's COVID web page that CDCR has

17 implemented several measures to prevent and control the spread of and infection with

18 SARS-CoV-2. These include limiting the population of certain housing units, creating

19 space between beds in some dormitories, utilizing tents and gymnasiums for housing, and

20 providing staff and those confined with masks and cleaning material. While general

21 measures that keep people separated certainly are warranted under the current

22 circumstances, the data indicate that in some prisons such as the California Institution for

23 Men (CIM) and California State Prison at Lancaster (LAC) they have not been sufficient

24

25

7

26

1   to control the spread of the virus.  To date, six people have died at CIM, and I have been
2   informed that at least four of them were at high risk and living in dormitories.

3       18.  In my opinion, protecting high risk persons from contracting COVID-19 is a
4   fundamental and critical feature of any institution's plan for addressing the pandemic.
5   Just as there are special procedures for protecting people in nursing homes
6   (https://www.cdc.gov/coronavirus/2019-ncov/hcp/long-term-care.html), high risk
7   individuals in prisons should receive special protection.
8

9       19.  At this time it is clear that the risk of SARS-CoV-2 infection depends upon
10  the amount of the virus that gets into a person's system.  That in turn is related to the
11  length of time that a person is exposed to virus particles and the amount of distance
12  maintained from other people who are infected.  So, for example, crowded indoor rooms,
13  such as dormitories, with poor ventilation, are prime environments for the spread of
14  SARS-CoV-2 infection. Prolonged confinement in such spaces dramatically increases the
15  transmission of SARS-CoV-2 infection and it is particularly important that people at high
16  risk of serious injury from SARS-CoV-2 not be exposed to those environments.  This is
17  especially true where the virus has spread throughout the housing units at a prison.
18
19      20.  For these reasons, it is my opinion that prison cells rather than dormitories
20  should be used to house patients who are at medically high risk, even in prisons where
21  there is not yet an outbreak.  In addition, in a prison such as CIM, where there is an
22  outbreak of SARS-CoV-2, patients at high risk (and who have not tested positive for
23  SARS-CoV-2) should be moved to another institution that has fewer or no known
24  infections.  I understand that surveillance testing has not yet been done at all CDCR
25

8

26

1  prisons, but is supposed to take place in the near future. Such testing is critical to

2  understanding which prisons are safer from infection than others. In the meantime, to

3  avoid a substantial risk of serious harm CDCR should act on the best available

4  information and transfer high risk patients to prisons without COVID-19 outbreaks or

5  low known rates of infection. I understand from Ms. Wolff's letter that CDCR and

6  CCHCS are considering that as an option, and I urge them to pursue that approach at

7  CIM and other prisons with COVID-19 outbreaks.

8

9  21. The major reason Ms. Wolff gives for not transferring high risk patients to

10  more protected environments is the risk that SARS-CoV-2 will spread to other prisons. I

11  understand that CDCR and CCHCS have an extensive protocol for testing and isolating

12  people as they arrive from county jails or when they are transferred to a state hospital for

13  mental health treatment. For new arrivals, that protocol involves testing people upon

14  arrival, putting them in isolation for 14 days at the reception center, testing them again

15  before transfer to a general population prison, transferring them in less densely populated

16  buses, and then guaranteeing them for 14 days at the the destination institution before

17  they are released to the general population. That is an excellent process and I would

18  expect that process to effectively mitigate, if not eliminate, the risk of transmission of

19  SARS-CoV-2 to other institutions. There is no medical reason that the same process

20  cannot be used to safely transfer medically high risk patients to safer conditions—celled

21  housing—in other prisons or to safe locations outside of the prison system.

22

23  22. Ms. Wolff also seems to assume that this would require mass movement of

24  high risk patients. Although I understand that there are approximately 50,000 patients in

25

9

26

1   the prison system with a factor that makes them high risk of severe COVID-19, I do not

2   believe that all of them necessarily are at the same level of risk. For example, patients

3   who do not have immune deficiencies or those whose diabetes mellitus is well-controlled

4   are probably at less risk. This will allow prison authorities to avoid a mass transfer by

5   prioritizing patients whose conditions that put them at the greatest risk. Moreover,

6   because many prisons have both dormitories and celled housing, presumably some

7   "rehousing" will involve moving people from a dorm to celled housing at the same

8   prison, avoiding the need for a transfer to a different prison.

9

10   23. Page 4 of the CDCR tracking website shows that while the COVID-19 curve

11   for California and the United States is flattening, the curve for confirmed cases in prison

12   is rising at a much higher rate:



## CDCR PATIENTS: COVID-19 TRENDS

Click Here For Table View

Week-to-Week Change in Confirmed Case Count

| Week Of | # of New Confirmed Cases | % Change From Prior Week |
|---|---|---|
| May 10, 2020 | 180 | 2% |
| May 3, 2020 | 177 | -10% |
| April 26, 2020 | 197 | 186% |
| April 19, 2020 | 69 | 6% |
| April 12, 2020 | 65 | 71% |
| April 5, 2020 | 38 | 100% |

ACTIVE CASES IN CUSTODY CURVE

CONFIRMED CASES - COMPARISON

Per 1,000 Population

UNITED STATES

CDCR

CALIFORNIA

13   Therefore, in the near term I expect that there will be more COVID-19 outbreaks at other

14   prisons. Under these critical circumstances, I strongly recommend that additional

10

1  precautions related to the housing of medically vulnerable patients be taken immediately.

2  If adequate space is not available in the state prison system, I recommend that state

3  officials explore other safe alternatives, especially for individuals who pose a low risk to

4  public safety.

5
6  24. I am also concerned with CDCR's decision to allow the density of the prisons

7  to increase rather than to continue efforts to reduce population density and thus to allow

8  for additional social distancing. In my opinion, CDCR should be continuing efforts to

9  reduce density even further in order to avoid further COVID-19 related injury and loss of

10  life.

11  I declare under penalty of perjury that the foregoing is true and correct and that

12  this declaration was issued on May 21, 2020 at Berkeley, California.

13

14

15

16  Arthur Reingold, M.D.

17

18

19

20

21

22

23

24

25                                        11

November, 2019

CURRICULUM VITA

**Arthur Lawrence Reingold**

| | |
|---|---|
| PRESENT POSITION: | Professor of Epidemiology |
| | Head, Division of Epidemiology and Biostatistics |
| | School of Public Health |
| | University of California, Berkeley |
| | 2121 Berkeley Way, #5302 |
| | Berkeley, California 94720-7360 |
| | Phone:    (510) 642-0327 |
| | Fax:        (510) 643-5056 |
| | E-mail:    Reingold@berkeley.edu |

DATE OF BIRTH:     October 31, 1948

PLACE OF BIRTH:     Chicago, Illinois

MARITAL STATUS:     Married

| EDUCATION: | 1966 - 70 | A.B. | University of Chicago |
|---|---|---|---|
| | 1970 - 76 | M.D. | University of Chicago |

| | | |
|---|---|---|
| POSTGRADUATE TRAINING: | 1976 - 78 | Internal Medicine Resident, Mount Auburn Hospital Cambridge, Massachusetts |
| | 1980 - 82 | Preventive Medicine Resident, Centers for Disease Control (CDC) - Atlanta, Georgia |

| | | |
|---|---|---|
| POSITIONS HELD: | 1979 - 80 | Epidemic Intelligence Service Officer, State of Connecticut - Department of Health Services Hartford, Connecticut |
| | 1980 - 81 | Epidemic Intelligence Service Officer, Special Pathogens Branch - Bacterial Diseases Division Centers for Disease Control (CDC) - Atlanta, Georgia |
| | 1981 - 85 | Assistant Chief, Respiratory & Special Pathogens Epidemiology Branch, Center for Infectious Diseases Centers for Disease Control (CDC) - Atlanta, Georgia |
| | 1985 - 87 | CDC Liaison Officer, Office of the Director Centers for Disease Control - Atlanta, Georgia |

| | | |
|---|---|---|
| FACULTY APPOINTMENTS: | 1979 - 80 | Instructor, Department of Medicine (Epidemiology) University of Connecticut - Hartford, Connecticut |
| | 1985 - 87 | Visiting Lecturer, Department of Biomedical and Environmental Health Sciences (Epidemiology) University of California, Berkeley |
| | 1987 - | Professor of Epidemiology, School of Public Health, University of California, Berkeley |
| | 1989 - | Professor, Department of Epidemiology and Biostatistics - University of California, San Francisco |

**Arthur Lawrence Reingold**

| | | |
|---|---|---|
| FACULTY APPOINTMENTS: (CONTINUED) | 1990 - 94 | Head, Epidemiology Program, Department of Biomedical and Environmental Health Sciences, University of California, Berkeley |
| | 1991 - | Clinical Professor, Department of Medicine University of California, San Francisco |
| | 1994 - 2000 | Head, Division of Public Health Biology and Epidemiology University of California, Berkeley |
| | 2000 - 2018 | Head, Division of Epidemiology, School of Public Health, University of California, Berkeley |
| | 2018 - | Head, Division of Epidemiology and Biostatistics, School of Public Health University of California, Berkeley |
| | 2008 - 2014 | Associate Dean for Research, School of Public Health, University of California, Berkeley |
| | 2009 - 2014 | Edward Penhoet Distinguished Chair for Global Health and Infectious Disease |
| MEDICAL LICENSURE: | | California |
| BOARD CERTIFICATION: | 1980 | American Board of Internal Medicine |
| AWARDS: | 1970 - 74 | Medical Scientist Training Program |
| | 1985 | Commendation Medal, U.S. Public Health Service |
| | 1986 | Charles Shepard Award, Centers for Disease Control (CDC) |
| MEMBERSHIPS: | 1970 | Sigma Xi |
| | 1978 | American College of Physicians |
| | 1983 | American Society for Microbiology |
| | 1984 | Society for Epidemiologic Research |
| | 1986 | Infectious Disease Society of America (Fellow) |
| | 1988 | American Epidemiological Society |
| | 1991 | American College of Epidemiology (Fellow) |
| | 1994 | AAAS (Fellow) |
| | 2003 | Institute of Medicine (Member) |

**PROFESSIONAL ACTIVITIES**

| | | |
|---|---|---|
| CONSULTATIONS: | 1981 | Institute of Medicine:  Toxic-shock syndrome |
| | 1981 | Food and Drug Administration:  Toxic-shock syndrome |
| | 1982 | United States Agency for International Development: Control of meningococcal meningitis in West Africa |
| | 1983 | World Health Organization (WHO): Control of meningococcal meningitis in Nepal |
| | 1983 | East-West Center, University of Hawaii:  Role of indoor air pollution in acute respiratory infections in developing countries |
| | 1984 | Institute of Medicine:  Meningococcal vaccines |

**Arthur Lawrence Reingold**

| | | |
|---|---|---|
| **CONSULTATIONS:**<br>**(CONTINUED)** | 1986 | World Health Organization (WHO):<br>Control of meningococcal meningitis in South Asia |
| | 1987 - 1993 | Center for Child Survival, University of Indonesia:<br>Control of Acute Respiratory Infections |
| | 1988 | Evaluation of the Combating Communicable Childhood<br>Disease Program, Ivory Coast |
| | 1994 | Evaluation of National Epidemiology Board Program,<br>Rockefeller Foundation |
| | 1995 | Planning of a School-based Acute Rheumatic<br>Fever Prevention Project - New Zealand Heart Foundation |
| | 1995 | Vaccines Advisory Committee, Food & Drug Administration<br>Approval of accellular pertussis vaccine |
| | 1996 | External Reviewer, NIAID Group B Streptococcus Research<br>Contract with Harvard University |
| | 1996 - 2000 | U.S. Food and Drug Administration; Consultant to the Vaccines Advisory<br>Committee |
| | 1996 | World Health Organization, Consultation on Control of Meningococcal<br>Meningitis in Africa |
| | 1998 – 2002 | Advisor to the INCLEN "Indiaclen" project |
| | 2002 – 2003 | Evaluation of a School-based Acute Rheumatic Fever Prevention Project –<br>New Zealand Heart Association |
| **ADVISORY BOARDS**<br>**AND PANELS:** | 1988 - 1989 | Member, Advisory Committee on Ground Water and Reproductive<br>Outcomes, State of California Department of Health Services |
| | 1989 - 1990 | AIDS Advisory Committee, Alameda County Board of Supervisors |
| | 1989 - 1993 | Advisory Committee, Birth Defects Monitoring Program, State of California<br>Department of Health Services |
| | 1993 - 1995 | Centers for Disease Control (CDC):  Public Health Service Advisory Panel on<br>the Case Definition for Lyme Disease |
| | 1992 - 1994 | World Health Organization (WHO):  Task Force on Strengthening<br>Epidemiologic Capacity; Childhood Vaccine Initiative |
| | 1996 - 2000 | Armed Forces Epidemiological Board |
| | 1997 - 2012 | University of California, San Francisco AIDS Research Institute<br>Steering Committee |
| | 1998 - 2003 | Emerging Infections Committee of the Infectious Diseases<br>Society of America |
| | 1998 – 2000 | Panelist, Howard Hughes Medical Institute Predoctoral Fellowship |
| | 2001 - 2006 | Technical expert, Sub-Committee on the Protection of Public Health; California<br>State Strategic Committee on Terrorism |

**Arthur Lawrence Reingold**

| | | |
|---|---|---|
| **ADVISORY BOARDS PANELS** (CONTINUED) | 2003 - 2008 | Advisory Board, Chinese University of Hong Kong – Centre for Emerging AND Infectious Diseases |
| | 2004 - | Advisory Board, University of California, Berkeley Clinical Research Center |
| | 2004 - 2008 | Advisory Board, New York University School of Medicine Fellowship in Medicine and Public Health Research |
| | 2004 - 2005 | Institute of Medicine Committee on Measures to Enhance the Effectiveness of CDC Quarantine Station Plan for U.S. Ports of Entry |
| | 2005 - 2012 | Strategic Advisory Group of Experts (SAGE) for Vaccine Policy, World Health Organization (WHO) (Deputy Chairman, 2010-2012) |
| | 2005 - | Data and Safety Monitoring Committee; F.I. Proctor Foundation, University of California, San Francisco (UCSF) |
| | 2007 - 2012 | NIH Fogarty International Center External Advisory Board |
| | 2007 - 2009 | Chair, Working Group on Pneumococcal Vaccine, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2008 - 2012 | Working Group on H5N1 Influenza Vaccines, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2008 - 2011 | Chair, Leptospirosis Burden Epidemiology Reference Group, World Health Organization (WHO) |
| | 2008 - 2012 | National Biosurveillance Advisory Subcommittee of the Advisory Committee to The Director, Centers for Disease Control and Prevention (CDC) |
| | 2008 - 2009 | Institute of Medicine Committee on the Review of Priorities in the National Vaccine Plan |
| | 2009 - 2012 | Chair, Working Group on Hepatitis A Vaccine, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2011 - 2013 | Member, Institute of Medicine Committee on Vaccine Priorities |
| | 2011 - 2014 | Member, Working Group on Vaccine Hesitancy, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2012 - 2014 | Chair, Review of the Heterologous Effects of Childhood Vaccines, World Health Organization (WHO) |
| | 2012 - 2014 | Chair, External Review of the Measles Rubella Initiative (of WHO, CDC, UNICEF, American Red Cross, and United Nations Foundation) |
| | 2013 - 2018 | Advisory Committee on Immunization Practices (ACIP), U.S. Department of Health and Human Services |
| | 2016-2017 | Member, Institute of Medicine Committee on a National Strategy for the Elimination of Hepatitis B and C |
| | 2018 - | Member, Independent Review Committee, Global Alliance for Vaccines and Immunizations (GAVI) |
| | 2018 - | Member, Strategic Advisory Group, Partnership for Influenza Vaccination Introduction |

**Arthur Lawrence Reingold**

LEADERSHIP POSITIONS:

|  |  |
|---|---|
| 1997 - 2012 | Secretary-Treasurer, American Epidemiological Society |
| 2009 - 2010 | President, Society for Epidemiologic Research |
| 2015 – 2016 | President, American Epidemiological Society (AES) |

EDITORIAL BOARDS:

|  |  |
|---|---|
| 1995 - 2000 | Board of Editors, American Journal of Epidemiology |
| 2001 - 2005 | Board of Editors, Epidemiology |
| 2005 - | Editorial Advisory Board, Global Public Health |
| 2009 - 2010 | Editorial Advisory Board, American Journal of Epidemiology |

**ASSOCIATE EDITORSHIPS:**

|  |  |
|---|---|
| 2017 - | Current Epidemiology Reports |
| 2018 - | Vaccine |

**Arthur Lawrence Reingold**

PUBLICATIONS:

1. Hayes RV, Pottenger LA, Reingold AL, Getz GS, Wissler RW.  Degradation of I[125] - labeled serum low density lipoprotein in normal and estrogen-treated male rats.  Biochem Biophys Res Comm 1971;44:1471-1477.

2. Reingold AL, Kane MA, Murphy BL, Checko P, Francis DP, Maynard JE.  Transmission of hepatitis B by an oral surgeon.  J Infect Dis 1982;145:262-268.

3. Reingold AL, Dan BB, Shands KN, Broome CV.  Toxic-shock syndrome not associated with menstruation:  a review of 54 cases.  Lancet 1982;1:1-4.

4. Bartlett P, Reingold AL, Graham DR, et al.  Toxic-shock syndrome associated with surgical wound infections.  JAMA 1982;247:1448-1450.

5. Reingold AL, Hargrett NT, Shands KN, et al.  Toxic-shock syndrome surveillance in the United States, 1980-1981.  Ann Intern Med 1982;96:875-880.

6. Reingold AL, Hargrett NT, Dan BB, Shands KN, Strickland BY, Broome CV.  Nonmenstrual toxic-shock syndrome:  a review of 130 cases.  Ann Intern Med 1982;6:871-874.

7. Broome CV, Hayes PS, Ajello GW, Feeley JC, Gibson RJ, Graves LM, Hancock GA, Anderson RJ, Highsmith AK, Mackel DC, Hargrett NT, Reingold AL.  In-vitro studies of interactions between tampons and Staphylococcus aureus.  Ann Intern Med 1982;96:959-962.

8. Guinan ME, Dan BB, Guidotti RJ, Reingold AL, et al.  Vaginal colonization with Staphylococcus aureus in healthy women:  a review of four studies.  Ann Intern Med 1982;96(pt.2):944-947.

9. Schlech WF III, Shands KN, Reingold AL, et al.  Risk factors for development of toxic-shock syndrome: association with a tampon brand.  JAMA 1982;248:835-839.

10. Reingold AL, Bank JD.  Legionellosis.  In:  Easmon CSF, Jeljaszewicz J, eds.  Medical Microbiology. London:  Academic Press 1982 (I):217-239.

11. Reingold AL.  Toxic-shock syndrome.  In:  Spittell JA Jr., ed. Clinical Medicine.  Philadelphia:  Harper & Row Publishers 1982 (II):1-6.

12. Kornblatt AN, Reingold AL.  Legionellosis.  In:  Steele JH, Hillyer RV, Hopla CE, eds.  CRC Handbook Series in Zoonoses.  CRC Press 1982:313-324.

13. Wilkinson HW, Reingold AL, Brake JB, McGiboney DL, Gorman GW, Broome CV.  Reactivity of serum from patients with suspected Legionellosis against 29 antigens of legionellaceae and Legionella-like organisms by indirect immunofluorescence assay.  J Infect Dis 1983;147:23-31.

14. Meenhorst PL, Reingold AL, Gorman GW, et al.  Legionella pneumonia in guinea pigs exposed to aerosols of concentrated potable water from a hospital with nosocomial Legionnaires' disease.  J Infect Dis 1983;147:129-132.

**Arthur Lawrence Reingold**

15. Reingold AL.  Nonmenstrual toxic-shock syndrome:  the growing picture.  JAMA 1983; 249:932 (editorial).

16. Reingold AL.  Meningococcal meningitis.  Nepal Paed Soc J 1983; 2:144-148.

17. Reingold AL, Broome CV, Phillips CJ, Meda H, Tiendrebeogo H, Yada A.  Evidence of continuing protection against group A meningococcal disease one year after vaccination:  a case-control approach.  Med Trop 1983;43:225.

18. Reingold AL, Kane MA, Hightower AW.  Disinfection procedures and infection control in the outpatient oral surgery practice.  J Oral Maxillofac Surg 1984;42:568-572.

19. Broome CV, Reingold AL.  Current issues in toxic-shock syndrome.  In:  Remington JS, Swartz MN, eds.  Current clinical topics in infectious diseases.  McGraw Hill 1984;65-85.

20. Herwaldt LA, Gorman GW, McGrath T, Toma S, Brake B, Hightower AW, Jones J, Reingold AL, et al.  A new Legionella species, Legionella feeleii species nova, causes Pontiac fever in an automobile plant.  Ann Intern Med 1984;100:333-338.

21. Ajello GW, Feeley JC, Hayes PS, Reingold AL, Bolan G, et al.  Trans-isolate medium:  a new medium for primary culturing and transport of Neisseria meningitidis, Streptococcus pneumoniae, and Haemophilus influenzae.  J Clin Microbial 1984;20:55-58.

22. Hayes PS, Graves LM, Feeley JC, Hancock GA, Cohen ML, Reingold AL, et al.  Production of toxic-shock-associated protein(s) in Staphylococcus aureus strains isolated from 1956 through 1982.  J Clin Microbial 1984;20:42-46.

23. Reingold AL, Thomason BM, Brake BJ, Thacker L, Wilkinson HW, Kuritsky JN.  Legionella pneumonia in the United States:  the distribution of serogroups and species causing human illness.  J Infect Dis 1984;149:819.

24. Blaser M, Reingold AL, Alsever RN, Hightower A.  Primary meningococcal pericarditis:  A disease of adults associated with serogroup C Neisseria meningitidis.  Rev Infect Dis 1984;6:625-632.

25. Jones EE, Alford PL, Reingold AL, et al.  Predisposition to invasive pneumococcal illness following parainfluenza type 3 virus infection in chimpanzees.  JAVMA 1984;185:1351-1353.

26. Reingold AL, Thomason BM, Kuritsky J.  Results of Legionnaires' disease direct fluorescent-antibody testing at Centers for Disease Control, 1980-1982.  In:  Thornsberry C, Balows A, Feeley JC, and Jakubowski J, eds.  Legionella, ASM 1984;21-22.

27. Kuritsky JN, Reingold AL, Hightower AW, Broome CV.  Sporadic Legionellosis in the United States, 1970 to 1982.  In:  Thornsberry C, Balows A, Feeley JC, and Jakubowski J, eds. Legionella, ASM 1984;243-245.

28. Fleming DW, Reingold AL.  Legionella.  In:  Braude AI ed.  Medical Microbiology and Infectious Diseases, Second Edition W.B. Saunders 1985;352-358.

Arthur Lawrence Reingold

29. Garbe PL, Arko RJ, Reingold AL, et al.  Staphylococcus aureus isolates from patients with non-menstrual Toxic Shock Syndrome:  Evidence for Additional Toxins.  JAMA 1985;253:2538-2542.

30. Garbe PL, Davis BJ, Weisfeld J, Markowitz L, Miner P, Garrity F, Barbaree JM, Reingold AL. Nosocomial Legionnaires' Disease:  Epidemiologic Demonstration of Cooling Towers as a Source. JAMA 1985;254:521-524.

31. Fleming DW, Cochi SL, MacDonald KL, Brondum J, Haves PS, Plikaytis BD, Holmes MB, Audurier A, Broome CV, Reingold AL.  Pasteurized milk as a vehicle of infection in an outbreak of listeriosis.  NEJM 1985;312:404-407.

32. Meenhorst P, Reingold AL, Groothius DL, et al.  Water-related nosocomial pneumonia caused by Legionella pneumophila serogroups 1 and 10.  J Infect Dis 1985;152:356-364.

33. Bolan G, Reingold AL, Carson L, et al.  Infections with Mycobacterium chelonei in patients receiving dialysis and using processed hemodialyzers.  J Infect Dis 1985;152:1013-1019.

34. Reingold AL.  Toxic-shock in the United States of America:  epidemiology.  Postgrad Med J 1985;61:21-22.

35. Reingold AL, Broome CV, Hightower AW, et al.  Age-specific differences in duration of clinical protection after vaccination with meningococcal polysaccharide A vaccine. Lancet 1985;II:114-118.

36. Petitti DB, Reingold AL, Chin J.  The incidence of toxic-shock syndrome in Northern California:  1972-1983.  JAMA 1986;255:368-372.

37. Reingold AL.  Toxic-shock syndrome and the contraceptive sponge.  JAMA 1986;255:242-243 (editorial).

38. Berkley S, Reingold AL.  Toxic-shock syndrome.  In:  Kass EH and Platt R, eds.  Current Therapy in Infectious Disease.  B.C. Decker, Inc.  1986;78-81.

39. Reingold AL.  Toxic-shock syndrome.  In:  Wheat J and White A, eds.  Infectious Diseases,  University of Chicago Press, 1986.

40. Reingold AL, Broome CV.  Nosocomial central nervous system infections.  In:  Bennett JV, Brachman PS, eds.  Hospital Infections.  Little Brown & Co.  1986;521-529.

41. Markowitz L, Reingold AL.  Toxic-shock syndrome.  In:  Maxcy-Rosenau Public Health and Preventive Medicine, 12th edition Appleton-Century-Crofts 1986;456-459.

42. Reingold AL, Xiao DL, Plikaytis B, Ajello L.  Systemic mycoses in the United States, 1980-1982.  J Med Vet Mycol 1986;24:433-436.

43. Cochi SL, Markowitz L, Owens Jr RC, Stenhouse DH, Regmi DN, Shrestha RPB, Acharya IL, Manandhar M, Gurubacharya VL, Owens D, Reingold AL.  Control of epidemic group A meningococcal meningitis in Nepal.  Int J Epid 1987;16:91-97.

44. Markowitz LE, Hightower AW, Broome CV, Reingold AL.  Toxic-shock syndrome:  Evaluation of national surveillance data using a hospital discharge survey.  JAMA 1987;258:75-78.

Arthur Lawrence Reingold

45. Berkley SF, Hightower AW, Reingold AL, Broome CV.  The relationship of tampon characteristics to menstrual toxic-shock syndrome.  JAMA 1987;258:917-920.

46. Reingold AL, Kane MA, Hightower AW.  Failure of gloves and other protective devices to prevent transmission of hepatitis B virus in oral surgeons.  JAMA 1988;259:2558-2560.

47. Reingold AL.  The role of Legionellae in acute infections of the lower respiratory tract.  Rev Infect Dis 1988;10(5):1018-1028.

48. Harrison LH, Broome CV, Hightower AW, Hoppe CC, Makintubee S, Sitze SL, Taylor JA, Gaventa S, Wenger JD, Facklam RR, and the *Haemophilus Vaccine Efficacy Study Group* (includes A.L. Reingold). A day-care based study of the efficacy of Haemophilus influenzae B polysaccharide vaccine.  JAMA 1988;260(10):1413-1418.

49. Schwartz B, Broome CV, Hightower AW, Brown GR, Ciesielski CA, Gaventa S, Gellin BG, Mascola L, and the *Listeriosis Study Group* (includes A.L. Reingold).  Association of sporadic listeriosis with consumption of uncooked hot dogs and undercooked chicken.  Lancet 1988;II:779-782.

50. Carson LA, Bland LA, Cusick LB, Favero MS, Bolan G, Reingold AL, et al.  Prevalence of nontuberculous mycobacteria in water supplies of hemodialysis centers.  Appl Environ Micro 1988; 54:3122-3125.

51. Petitti DB, Reingold AL.  Update through 1985 on the incidence of toxic shock syndrome among members of a prepaid health plan.  Rev Infect Dis 1989;11:S22-27.

52. Reingold AL, Broome CV, Gaventa S, Hightower SW, and the Toxic-Shock Syndrome Study Group.  Risk factors for menstrual toxic-shock syndrome:  results of a multi-state case-control study.  Rev Infect Dis 1989;11:S35-42.

53. Gaventa S, Reingold AL, Hightower AW, et al.  Active surveillance for toxic-shock syndrome in the United States, 1986.  Rev Infect Dis 1989;11:S28-34.

54. Schwartz B, Gaventa S, Broome CV, Reingold AL, et al.  Non-menstrual toxic-shock syndrome associated with barrier contraceptives:  report of a case-control study.  Rev Infect Dis 1989;11:S43-49.

55. Reingold AL, Hearst N.  Identifying the health care needs of the community.  In:  Overall N, Williamson J, eds.  Community Oriented Primary Care in Action:  A Practice Manual for Primary Care Settings.  U.S. Department of Health and Human Services.

56. Koo D, Bouvier B, Wesley M, Courtright P, Reingold AL.  Epidemic keratoconjunctivitis in a university medical center ophthalmology clinic:  need for re-evaluation of the design and disinfection of instruments. Inf Control and Hosp Epi 1989;10:547-552.

57. Harrison LH, Broome CV, Hightower AW, and the *Haemophilus Vaccine Efficacy Study Group* (includes A.L. Reingold).  Haemophilus influenzae type b polysaccharide vaccine:  an efficacy study.  Pediatrics 1989;84:225-261.

Arthur Lawrence Reingold

58. Wenger JD, Harrison LH, Hightower A, Broome CV, *Haemophilus* influenzae Study Group (includes A.L. Reingold).  Day care characteristics associated with Haemophilus influenzae disease.  Am J Public Health 1990;80:1455-1458.

59. Morrow HW, Slaten DD, Reingold AL, et al.  Risk factors associated with a school-related outbreak of serogroup C meningococcal disease.  Pediatric Infect Dis J 1990;9:394-398.

60. Wenger JD, Hightower AW, Facklam RR, Gaventa S, Broome CV, *Bacterial Meningitis Study Group* (includes A.L. Reingold).  Bacterial meningitis in the United States, 1986:  Report on a multistate surveillance study.  J Infect Dis 1990;162:1316-1323.

61. Reingold AL.  Toxic-shock syndrome.  In:  Evans AS, Brachman PS, eds.  Bacterial Infections of Humans.  Plenum, 1991;727-743.

62. Gellin BG, Broome CV, Bibb WF, Weaver RE, Gaventa S, Mascola L, the *Listeriosis Study Group*. (includes A.L. Reingold).  The epidemiology of listeriosis in the United States - 1986.  Am J Epi 1991;133:392-401.

63. Reingold AL.  Toxic-shock syndrome.  In:  Rakel RE, ed. Conn's Current Therapy.  W. B. Saunders, 1991;1010-1012.

64. Reingold AL, Markowitz LE.  Toxic-shock syndrome.  In:  Maxcy-Rosenau Public Health and Preventive Medicine, 13th Edition.  Appleton-Century-Crofts, 1991;304-306.

65. Bauer HM, Ting Y, Greer CE, Chambers JC, Tashiro CJ, Chimera J, Reingold AL, Manos MM.  Genital human papillomavirus infection in female     university students as determined by a PCR-based method.  JAMA 1991;265:472-477.

66. Sutrisna B, Frerichs RR, Reingold AL.  Randomised, controlled trial of effectiveness of ampicillin in mild acute respiratory infections in Indonesian children.  Lancet 1991;338:471-474.

67. Reingold AL.  Toxic-shock syndrome:  an update.  Am J Ob & Gyn 1991;165:1236-1239.

68. Pettiti DB, Reingold AL.  Recent trends in the incidence of toxic-shock syndrome in Northern California.  Am J Public Health 1991;81:1209-1211.

69. Ley C, Reingold AL, et al.  Determinants of genital human papillomavirus infection in young women.  JNCI 1991;83:997-1003.

70. Pinner RW, Gellin BG, Bibb WF, Baker CN, Weaver R, Hunter SB, Waterman SH, Mocca LF, Frasch CE, Broome CV, the *Meningococcal Disease Study Group* (includes A.L. Reingold).  Meningococcal disease in the United States-1986.  J Infect Dis 1991;164:368-374.

71. Wenger JD, Pierce R, Deaver KA, Plikaytis BD, Facklam RR, Broome CV, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold).  Efficacy of Haemophilus influenzae type b polysaccharide-diphtheria toxoid conjugate vaccine in U.S. children aged 18-59 months.  Lancet 1991; 338:395-398.

Arthur Lawrence Reingold

72. Moore PS, Plikaytis BD, Bolan GA, Oxtoby MJ, Yada A, Zoubga A, Reingold AL, Broome CV. Detection of meningitis epidemics in Africa:  a population-based analysis.  International J Epi 1992;21:155-162.

73. Schuchat A, Deaver KA, Wenger JD, Plikaytis BD, Mascola L, Pinner RW, Reingold AL, Broome CV, and the Listeria Study Group.  Role of foods in sporadic listeriosis.  I. Case-control study of dietary risk factors.  JAMA 1992;267:2041-2045.

74. Pinner RW, Schuchat A, Swaminathan B, Hayes PS, Deaver KA, Weaver RE, Plikaytis BD, Reeves M, Broome CV, Wenger JD, and the *Listeria Study Group* (includes A.L. Reingold).  Role of foods in sporadic listeriosis.  II.  Microbiologic and epidemiologic investigation.  JAMA 1992; 267:2046-2050.

75. Wenger JD, Pierce R, Deaver K, Franklin R, Bosley G, Pigott N, Broome CV, and the *Listeria Study Group* (includes A.L. Reingold).  Invasive Haemophilus influenzae disease: A population-based evaluation of the role of capsular polysaccharide serotype.  J Infect Dis 1992;165(suppl 1):S34-5.

76. Steinhart R, Reingold AL, Taylor F, Anderson G, Wenger JD.  Invasive Haemophilus influenzae infections in men with HIV infection.  JAMA 1992;268:3350-3352.

77. Hayes PS, Graves LM, Swaminathan B, Ajello GW, Malcolm GB, Weaver RE, Ransom R, Deaver K, Plikaytis BD, Schuchat A, Wenger JD, Pinner RW, Broome CV, and the *Listeria Study Group* (includes A.L. Reingold).  Comparison of three selective enrichment methods for the isolation of Listeria monocytogenes naturally contaminated foods.  J of Food Protection, 1992; 55:952-959.

78. Osmond DH, Charlebois E, Sheppard HW, Page KA, Winkelstein W Jr, Moss AR, Reingold AL.  A comparison of risk factors for hepatitis C and hepatitis B virus infection in homosexual men.  J Infect Dis, 1993;167:66-71.

79. Osmond DH, Padian N, Sheppard HW, Glass S, Shiboski SC, Reingold AL.  Risk factors for hepatitis C virus seropositivity in heterosexual couples.  JAMA 1993;269:361-365.

80. Tappero JW, Koehler JE, Berger TG, Reingold AL, et al.  Bacillary angiomatosis and bacillary splenitis in immunocompetent adults.  Ann Int Med, 1993;118:363-365.

81. Tappero JW, Mohle-Boetani J, Koehler JE, Reingold AL, et al.  The epidemiology of bacillary angiomatosis and bacillary peliosis.  JAMA 1993;269:770-775.

82. Weinstock HS, Bolan G, Reingold AL, Polish LB.  Hepatitis C virus infection among patients attending a clinic for sexually transmitted diseases.  JAMA 1993;269:392-394.

83. Yajko DM, Nassos PS, Sanders CA, Gonzalez PC, Reingold AL, et al.  Comparison of four decontamination methods for recovery of Mycobacterium avium complex from stools.  J Clin Micro, 1993;31:302-306.

84. Adams WG, Deaver KA, Cochi SL, Plikaytis BD, Zell ER, Broome CV, Wenger JD, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold).  Decline of childhood Haemophilus influenzae type b (Hib) disease in the Hib vaccine era.  JAMA 1993;269:221-226.

Arthur Lawrence Reingold

85. Sutrisna B, Reingold AL, Kresno S, Harrison G, Utomo.  Care-seeking for fatal illnesses in young children in Indramayu, West Java, Indonesia.  Lancet 1993;342:787-789.

86. Sudarti K, Harrison GG, Sutrisna B, Reingold AL.  Acute respiratory infection in children under five years in Indramayu, West Java, Indonesia:  a rapid ethnographic assessment.  Medical Anthropology.  1994;15:1-10.

87. Ley C, Olshen EM, Chin L, Reingold AL.  The use of serologic tests for Lyme disease in a prepaid health plan in California.  JAMA 1994;271:460-463.

88. Ley C, Davila I, Mayer N, Murray R, Reingold AL.  Lyme disease in Northwestern coastal California.  Western J Med, 1994;160:534-539.

89. Chin DP, Reingold AL, Stone EN, Vittinghoff E, Horsburgh Jr CR, et al.  The impact of Mycobacterium avium complex bacteremia and its treatment on survival of AIDS patients-a prospective study.  J Infect Dis 1994;170:578-584.

90. Horsburgh CR, Chin DP, Yajko DM, Hopewell PC, Reingold AL, et al.  Environmental risk factors for acquisition of Mycobacterium avium complex in persons with human immunodeficiency virus infection.  J Infect Dis 1994;170:362-367.

91. Chin DP, Reingold AL, Horsburgh CR, Yajko DM, et al.  Predicting Mycobacterium avium complex bacteremia in patients with human immunodeficiency virus - a prospectively validated model.  Clin Infect Dis 1994;19:668-674.

92. Chin DP, Hopewell PC, Yajko DM, Vittinghoff E, Horsburgh CR, Hadley WK, Stone EN, Nassos PS, Ostroff SM, Jacobson MA, Matkin CC, Reingold AL.  Mycobacterium avium complex in the respiratory or gastrointestinal tract and the risk of M. avium complex bacteremia in patients with human immunodeficiency virus infection.  J Infect Dis 1994;169:289-295.

93. Jackson LA, Tenover FC, Baker C, Plikaytis BD, Reeves MW, Stocker SA, Weaver RE, Wenger JD, and the *Meningococcal Disease Study Group* (includes A.L. Reingold).  Prevalence of Neisseria meningitidis relatively resistant to penicillin in the United States, 1991.  J Infect Dis 1994; 169:438-441.

94. Schuchat A, Deaver-Robinson K, Plikayatis BD, Zangwill KM, Mohle-Boetani J, Wenger JD, and the Active Surveillance Study Group (includes A.L. Reingold).  Multistate case-control study of maternal risk factors for neonatal Group B streptococcal disease.  Pediatric Infect Dis J 1994; 13:623-629.

95. Weinstock HS, Bolan G, Moran JS, Peterman TA, Polish L, Reingold AL.  Routine hepatitis B immunization in a clinic for sexually transmitted diseases.  AJPH 1995;85:846-849.

96. Wang F, So Y, Vittinghoff E, Malani H, Reingold A, et al.  Incidence proportion of and risk factors for AIDS patients diagnosed with HIV dementia, central nervous system toxoplasmosis, and cryptococcal meningitis.  J AIDS 1995;8:75-82.

97. Espinal M, Reingold AL, Koenig E, Lavandera M, Sanchez S.  Screening for active tuberculosis in HIV testing centre.  Lancet 1995;345:890-893.

12

Arthur Lawrence Reingold

98. Yajko DM, Chin DP, Gonzalez PC, Nassos PS, Hopewell PC, Reingold AL, et al. Mycobacterium avium complex in water, food, and soil samples collected from the environment of HIV-infected individuals. J AIDS 1995;9:176-182.

99. Lurie P, Fernandes M, Hughes V, Arevalo E, Hudes E, Reingold A, et al. Socioeconomic status and risk for HIV-1, syphilis and hepatitis B infection among sex workers in São Paulo State, Brazil. AIDS 1995 9(suppl 1):S31-S37.

100. Jackson L, Hilsdon R, Farley M, Harrison L, Reingold A, et al. Risk factors for Group B streptococcal disease in adults. Ann Int Med 1995;123:415-420.

101. Tappero J, Schuchat A, Deaver K, Mascola L, Wenger JD, and the Listeriosis Study Group (includes A.L. Reingold). Reduction in the incidence of human listeriosis in the United States – Effectiveness of prevention efforts? JAMA 1995;273:1118-1122.

102. Brandt ME, Hutwagner LC, Kuykendall RJ, Pinner RW, and *the Cryptococcal Disease Active Surveillance Group* (includes A.L. Reingold). Comparison of multilocus enzyme electrophoresis and random amplified polymorphic DNA analysis for molecular subtyping of Cryptococcus neoformans. J Clin Microbiol 1995:33:1890-1895.

103. Ley C, Olshen EM, Reingold AL. Case-control study of risk factors for incident Lyme disease in California. Am J Epi 1995:142; Suppl:S39-S47.

104. Espinal MA, Reingold AL, Lavandera M. Effect of pregnancy on the risk of developing active tuberculosis. J Inf Dis 1996;173:488-491.

105. Perkins BA, Flood JM, Danila R, Holman RC, Reingold AL, et al. Unexplained deaths due to possibly infectious causes in the United States: Defining the problem and design of surveillance and laboratory approaches. Emerg Inf Dis 1996;Vol 2:47-53.

106. Hessol NA, Priddy FH, Bolan G, Baumrind N, Vittinghoff E, Reingold AL, Padian NS. Management of pelvic inflammatory disease by primary care physicians: A comparison with Centers for Disease Control and Prevention guidelines. Sex Trans Dis 1996;Mar-Apr:157-163.

107. Mohle-Boetani JC, Koehler JE, Berger TG, LeBoit PE, Kemper CA, Reingold AL, et al. Bacillary angiomatosis and bacillary peliosis in patients infected with human immunodeficiency virus: Clinical characteristics in a case-control study. Clin Inf Dis 1996;22:794-800.

108. Espinal MA, Reingold AL, Pérez G, et al. Human immunodeficiency virus infection in children with tuberculosis in Santo Domingo, Dominican Republic: Prevalence, clinical findings, and response to antituberculosis treatment. J AIDS 1996;13:155-159.

109. Brandt ME, Hutwagner LC, Klug LA, Baughman WS, Rimland D, Graviss EA, Hamill RJ, Thomas C, Pappas PG, Reingold AL, et al. Molecular subtype distribution of Cryptococcus neoformans in four areas of the United States. J Clin Microbiol, 1996;34:912-917.

110. Bradford WZ, Martin JN, Reingold AL, et al. The changing epidemiology of acquired drug-resistant tuberculosis in San Francisco, USA. Lancet 1996;348:928-931.

13

Arthur Lawrence Reingold

111. Passaro DJ, Waring L, Armstrong R, Bolding F, Bouvier B, Rosenberg J, Reingold AL, et al.  Beauty and the beast:  Postoperative Serratia marcescens wound infections traced to an out-of-hospital source.  J Inf Dis 1997;175:992-995.

112. Urwin G, Krohn JA, Deaver-Robinson K, Wenger JD, Farley MM, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold).  Invasive disease due to Haemophilus influenzae serotype f:  Clinical and epidemiologic characteristics in the H. influenzae serotype b vaccine era.  Clin Inf Dis, 1996;22:1069-76.

113. Sabino EC, Diaz RC, Brigido LF, Learn GH, Mullins JI, Reingold AL, et al.  Distribution of HIV-1 subtypes seen in an AIDS clinic in São Paulo City, Brazil.  AIDS 1996; 10:1579-1584.

114. Brandt ME, Pfaller MA, Hajjeh RA, Graviss EA, Rees J, Spitzer ED, Pinner RW, Mayer LW, and the *Cryptococcal Disease Active Surveillance Group* (includes A.L. Reingold).  Molecular subtypes and antifungal susceptibilities of serial Cryptococcus neoformans isolates in human immunodeficiency virus - associated cryptococcosis.  J Inf Dis 1996;174:812-820.

115. Whitney CG, Pllikaytis BD, Gozansky WS, Wenger JD, Schuchat A, and the *Neonatal Group B Streptococcal Disease Study Group* (includes A.L. Reingold).  Prevention practices for perinatal group B streptococcal disease:  A multi-site surveillance analysis.  Obstet & Gyn 1997;89:28-32.

116. McFarland W, MvereD, Shandera W, Reingold A.  The epidemiology and prevention of transfusion-associated Human Immunodeficiency Virus transmission in Sub-Saharan Africa.  Vox Sanguinis 1997; 72:85-92.

117. Mazurek GH, Chin DP, Hartman S, Reddy V, Horsburgh Jr, CR, Green TA, Yajko DM, Hopewell PC, Reingold AL, et al.  Genetic similarity among Mycobacterium avium isolates from blood, stool, and sputum of persons with AIDS.  J Inf Dis 1997; 176:1-8.

118. Schuchat A, Robinson K, Wenger JD, Harrison LH, Farley M, Reingold AL, et al.  Bacterial meningitis in the United States in 1995.  N Eng J Med 337:970-976, 1997.

119. DeRiemer K, Chin DP, Schecter GF, Reingold AL.  Tuberculosis among immigrants and refugees.  Arch Int Med, 1998; 158:753-760.

120. Glaser CA, Safrin S, Reingold AL, Newman TB.  The association between Cryptosporidium infection and animal exposure in HIV-infected individuals.  J AIDS 17:79-82, 1998.

121. Reingold AL.  Outbreak investigations:  A perspective.  Emerg Inf Dis 4:21-27, 1998.

122. Bradford WZ, Koehler J, El-Hajj H, Hopewell PC, Reingold AL, et al.  Dissemination of Mycobacterium tuberculosis across the San Francisco Bay area.  J Inf Dis 177:1104-1107, 1998.

123. Rees JR, Pinner RW, Hajjeh RA, Brandt ME, Reingold AL.  The epidemiological features of invasive mycotic infections in the San Francisco Bay Area 1992-1993:  Results of population-based laboratory active surveillance.  Clin Inf Dis, 27:1138-1147, 1998.

124. Ragland DR, Buffler PA, Reingold AL, Syme SL, Winkelstein WW Jr, Buffler M.  Disease and injury in California with projections to the year 2007:  Implications for medical education.  West J Med, 168:1-23, 1998.

Arthur Lawrence Reingold

125. Espinal MA, Báez J, Soriano G, Garcia V, Laszlo A, Reingold AL, Sanchez S.  Drug-resistant tuberculosis in the Dominican Republic:  Results of a nationwide survey.  Int J Tuberc Lung Dis, 2:490-498, 1998.

126. Bindman AB, Osmond D, Hecht FM, Lehman S, Vranizan K, Keane D, Reingold A, et al.  Multistate evaluation of anonymous HIV testing and access to medical care.  JAMA, 280:1416-1420, 1998.

127. Bloch KC, Zwerling L, Pletcher MJ, Hahn JA, Gerberding JL, Ostroff SM, Vugia DJ, Reingold AL.  Incidence and clinical implications of isolation of Mycobacterium kansasii:  Results of a 5-year, population-based study.  Ann Intern Med 129:698-704, 1998.

128. Hajjeh RA, Conn LA, Stephens DS, Baughman W, Hamill R, Graviss E, Pappas PG, Thomas C, Reingold AL, et al.  Cryptococcosis:  Population-based multistate active surveillance and risk factors in Human Immunodeficiency Virus-infected persons.  J Inf Dis, 179:449-454, 1999.

129. DeRiemer K, Daley CL, Reingold AL.  Preventing tuberculosis among HIV-infected persons:  A survey of physicians' knowledge and practices.  Prev Med, 28:437-444, 1999.

130. Jafari HS, Adams WG, Robinson KA, Plikaytis BD, Wenger JD, and the *Haemophilus influenzae Study Group*(includes A.L. Reingold).  Efficacy of Haemophilus influenzae type b conjugate vaccines and persistence of disease in disadvantaged populations.  AJPH, 89:364-368, 1999.

131. Fonseca LAM, Reingold AL, Casseb JR, Brigido LFM, Duarte AJS.  AIDS incidence and survival in a hospital-based cohort of asymptomatic HIV seropositive patients in São Paulo, Brazil.  J Inf Dis 28:1156-1160, 1999.

132. Reingold AL, Phares C.  Communicable Diseases (chapter).  In:  Introduction to International Health (M. Merson, ed.).

133. Kao AS, Brandt ME, Pruitt WR, Conn LA, Perkins BA, Stephens DS, Baughman WS, Reingold AL, et al.  The epidemiology of candidemia in two United States cities:  Results of a population-based active surveillance.  Clin Inf Dis 29:1164-1170, 1999.

134. Rosenstein NE, Perkins BA, Stephens D, Lefkowitz L, Cartter M, Danila R, Cieslak P, Shutt KA, Popovic T, Schuchat A, Harrison LH, Reingold AL, et al.  The changing epidemiology of meningococcal disease in the United States, 1992-1996.  J Inf Dis, 180:1894-1901, 1999.

135. Hajjeh RA, Reingold AL, Weil A, Shutt K, Schuchat A, Perkins BA.  Toxic shock syndrome in the United States:  Surveillance update, 1979-1996.  Emerg Inf Dis J 5:807-810, 1999.

136. Osmond DH, Bindman AB, Vranizan K, Lehman JS, Hecht FM, Keane D, Reingold AL.  Name-based surveillance and public health interventions for persons with HIV infection.  Ann Int Med 131:775-779, 1999.

137. Baer JT, Vugia DJ, Reingold AL, Aragon T, Angulo FJ, Bradford WZ.  HIV infection as a risk factor for shigellosis.  Emerg Inf Dis 6:820-823, 1999.

138. Reingold AL.  Infectious disease epidemiology in the twenty-first century - will it be eradicated or will it re-emerge?  Epi Reviews 22:57-63, 2000.

Arthur Lawrence Reingold

139. Kahane SM, Watt JP, Smith NJ, Wight S, Reingold AL, Newell K, et al.  Immunization levels and risk factors for low immunization coverage among private practices.  Pediatrics, 2000;105:73-.

140. Espinal MA, Pérez EN, Báez J, Henriquez L, Fernandez K, Lopez M, Olivo P, Reingold AL. Infectiousness of Mycobacterium tuberculosis in HIV-1-infected subjects with tuberculosis: A prospective study.  Lancet 355:275-280, 2000.

141. Schrag SJ, Zywicki S, Farley M, Reingold AL, et al.  Group B streptococcal disease in the era of intrapartum antibiotic prophylaxis.  New Eng J Med 342:15-20, 2000.

142. Nuorti JP, Butler JC, Gelling L, Kool JL, Reingold AL, et al.  Epidemiologic relation between HIV and invasive pneumococcal disease in San Francisco County, California.  Ann Int Med 132: 182-190, 2000.

143. Hecht FM, Chesney MA, Lehman JS, Osmond D, Vranizan K, Colman S, Keane D, Reingold A, et al. Does HIV reporting by name deter testing?  AIDS 14:1801-1808, 2000.

144. Breiman RF, Keller DW, Phelan MA, Sniadack DH, Stephens DS, Rimland D, Farley MM, Schuchat A, Reingold AL.  Evaluation of effectiveness of the 23-valent pneumococcal capsular polysaccharide vaccine for HIV-infected patients.  Arch Int Med 160:2633-2638, 2000.

145. Whitney CG, Farley MM, Hadler J, Harrison LH, Lexau C, Reingold A, Lefkowitz L, et al.  Increasing prevalence of multi-drug resistant Streptococcus pneumoniae in the United States.  N Engl J Med 343:1917-1924, 2000.

146. Alpers L, Chrouser K, Halabi S, Moeti T, Reingold A, Binkin N, Kenyon T.  Validation of the surveillance system for tuberculosis in Botswana.  Int J Tuberc Lung Dis, 2000; 4:737-743.

147. Factor SH, Whitney CG, Zywicki S, Schuchat A. for the ABC Surveillance Team (includes Reingold, A.). Effects of hospital policies on the 1996 group B streptococcal consensus guidelines.  Obstet Gynecol 2000; 95:377-382.

148. Factor SF, Whitney CG, Zywicki SS, Schuchat A, Active Bacterial Core Surveillance Team (includes Reingold, AL).  Effects of hospital policies based on 1996 group B streptococcal disease consensus guidelines.  Hospital Policies 2000; 95:377-382.

149. Robinson KA, Baughman W, Rothrock G, Barrett NL, Pass M, Lexau C, Damske B, Stefonek K, Barnes B, Patterson J, Zell ER, Schuchat A, Whitney CG for the Active Bacterial Core Surveillance (ABCs)/Emerging Infections Program Network (includes Arthur L. Reingold, MD).  Epidemiology of invasive Streptococcus pneumoniae Infections in the United States, 1995-1998:  Opportunities for prevention in the conjugate vaccine era.  JAMA 285:1729-1735, 2001.

150. Rosenstein NE, Emery KW, Werner SB, Kao A, Johnson R, Rogers D, Vugia D, Reingold A, Talbot R, et. al.  Risk factors for severe pulmonary and disseminated coccidioidomycosis:  Kern County, California, 1995-1996.  Clin Inf Dis 32:708-715, 2001.

151. Kellam S, Pascopella L, Desmond E, Reingold A, Chin DP.  Use of recommended laboratory testing methods among patients with tuberculosis in California.  J Clin Micro 39:1969-1971, 2001.

Arthur Lawrence Reingold

152. Mesquita F, Kral A, Reingold A, Bueno R, Trigueiros D, Araujo PJ, and the SMR Collaborative Study Group.  Trends of HIV infection among injecting drug users in Brazil in the 1990's - the impact of changes in patterns of drug use.  J AIDS, 2001; 28:298-302.

153. Mesquita F, Kral A, Reingold A, Haddad I, Sanches M, Turienzo G, Piconez D, Araujo P, Bueno R.  Overdoses among cocaine users in Brazil.  Addiction, 2001; 96:1809-1813.

154. Larson JI, Ridzon R, Hannan MM, Conde MB, Mello FCQ, Reingold AL, Daley CL, Kritski AL. Sputum induction vs. fiberoptic bronchoscopy in the diagnosis of tuberculosis.  Am J Respir Crit Care Med, 2001;163:1279-1280.

155. Schuchat A, Hilger T, Zell E, Farley MM, Reingold A, Harrison L, Lefkowitz L, Danila R, Stefonek K, Barrett N, Morse D, Pinner R.  Active bacterial core surveillance of the Emerging Infections Program network.  Emerg Inf Dis, 2001; 7:92-99.

156. Brandt ME, Pfaller MA, Hajjeh RA, Hamill RJ, Pappas PG, Reingold AL, Rimland D, et al.  Trends in antifungal drug susceptibility of Cryptococcus neoformans isolates in the United States:  1992 to 1994 and 1996 to 1998.  Antimicrobial Agents and Chemotherapy 2001;45:3065-3069.

157. Hajjeh RA, Relman D, Cieslak PR, Sofair AN, Passaro D, Flood J, et al. and the Critical Illness Working Group (includes Reingold, AL.).  Surveillance for unexplained deaths and critical illnesses due to possibly infectious causes, United States, 1995-1998. Emerg Inf Dis, 2002;8:145-153.

158. Huang SS, Labus BJ, Samuel MC, Wan DT, Reingold AL.  Antibiotic resistance patterns of bacterial isolates from blood in San Francisco county, 1996-1999.  Emerg Inf Dis, 2002; 8:195-201.

159. Conde MB, Loivos AC, Rezende VM, Soares SLM, Mello FCQ, Reingold AL, Daley CL, Kritski AL.  The yield of sputum induction in the diagnosis of pleural tuberculosis.  Am J Respir and Crit Care Med, 2002; 167:723-725.

160. Handley MA, Reingold AL, Shiboski S, Padian NS.  Incidence of acute urinary tract infection in young women and use of male condoms with and without nonoxynol-9 spermicides. Epidemiology, 2002;13:431-436.

161. Hyde TB, Hilger TM, Reingold A, Farley MM, O'Brien KL, Schuchat A. for the Active Bacterial Core surveillance (ABCs) of the Emerging Infections Program Network.  Trends in the incidence and antimicrobial resistance of early-onset sepsis:  Population-based surveillance in San Francisco and Atlanta.  Pediatrics, 2002;110:690-695.

162. Schrag SJ, Zell ER, Lynfield R, Roome A, Arnold KE, Craig A, Harrison L, Reingold A, Stefonek K, Smith G, Gamble M, Schuchat A for the Active Bacterial Core Surveillance team.  A population-based comparison of strategies to prevent early-onset group B streptococcal disease in neonates.  New Engl J Med 2002;347:233-239.

163. O'Brien KL, Beall B, Barrett NL, Cieslak P, Reingold A, Farley MM, Danila R, Zell ER, Facklam R, Schwartz B, Schuchat A for the Active Bacterial Core Surveillance team.  Epidemiology of invasive group A streptococcus disease in the United States, 1995-1999.  Clin Infect Dis, 2002;35:268-276.

Arthur Lawrence Reingold

164. Morita JY, Zell ER, Danila R, Farley MM, Hadler JH, Harrison LH, Lefkowitz L, Reingold A, Kupronis B, Schuchat A, Whitney CG.  Association between antimicrobial resistance among pneumococcal isolates and burden of invasive pneumococcal disease in the community.  Clin Infect Dis, 2002;35:420-427.

165. Chuang I, Van Beneden C, Beall B, Schuchat A. and the ABCs/EIP network (includes Reingold, A.). Population-based surveillance for postpartum invasive group A streptococcal Infections, 1995-2000.  Clin Infect Dis, 2002;35:665-670.

166. Passaro DJ, Smith DS, Hett EC, Reingold AL, Daily P, Van Beneden CA, Vugia DJ.  Invasive Group A Streptococcal infections in the San Francisco Bay Area, 1989-1999.  Epi&Infect, 2002; 129:471-478.

167. McCormick AW, Whitney CG, Farley MM, Lynfield R, Harrison LH, Bennett NM, Schaffner W, Reingold A, Hadler J, et al.  Geographic diversity and temporal trends of antimicrobial resistance in Streptococcus pneumoniae in the United States.  Nature Med 2003;doi:10.1038/nm839.

168. Whitney CG, Farley MM, Hadler J, Harrison LH, Bennett NM, Lynfield R, Reingold A, Cieslak PR, Pilishvili T, et al.  Decline in invasive pneumococcal disease after the introduction of protein-polysaccharide conjugate vaccine.  N Engl J Med 2003;348:1737-1746.

169. Reingold A.  If syndromic surveillance is the answer, what is the question?  Biosecurity & Bioterrorism: Biodefense Strategy, Science, and Practice.  2003;1:1-5.

170. Koehler JE, Sanchez MA, Tye S, Garrido-Rowland CS, Chen FM, Maurer T, Cooper JL, Olson JG, Reingold AL, Hadley WK, Regnery RR, Tappero JW.  Prevalence of Bartonella infection among HIV-infected patients with fever.  Clin Inf Dis 2003;37:559-566.

171. Schrag SJ, Arnorld KE, Mohle-Boetani JC, Lynfield R, Zell ER, Stefonek K, Noga H, Craig AS, Thomson Sanza L, Smith G, Schuchat A, Active Bacterial Core Surveillance Team (includes Reingold AL).  Prenatal screening for infectious diseases and opportunities for prevention.  Obstet Gynecol 2003;102:753-760.

172. King MD, Whitney CG, Parekh F, Farley MM, Active Bacterial Core Surveillance Team/Emerging Infections Program Network (includes Reingold AL).  Recurrent invasive pneumococcal disease:  A population-based assessment.  Clin Inf Dis 2003;37:1029-1036.

173. Carvalho HB, Seibel SD, Burattini MN, Massad E, Reingold A.  Hepatitis B and C and Syphilis: Vulnerability Related Infections among Institutionalized Disadvantaged Youth in São Paulo, Brazil.  J Bras Doenças Sex Transm 2003;15:41-45.

174. Louie JK, Hacker JK, Mark J, Gavali SS, Yagi S, Espinosa A, Schnurr D, Cossen CK, Isaacson ER, Glaser CA, Fischer M, Reingold AL, Vugia DJ.  SARS and common viral infections, Emerg Inf Dis, 2004;10:1143-1146.

175. Flanders SA, Stein J, Shochat G, Sellers K, Holland M, Maselli J, Drew WL, Reingold AL, Gonzales. Performance of a bedside c-reactive protein test in the diagnosis of community-acquired pneumonia in adults with acute cough.  Amer J Med 2004;116:529-535.

176. Pascopella L, Kellam S, Ridderhof J, Chin DP, Reingold A, Desmond E, Flood J, Royce S.  Laboratory reporting of tuberculosis test results and patient treatment initiation in California.  J Clin Micro, 2004;42:4209-4213.

Arthur Lawrence Reingold

177. Nicas M, Hubbard AE, Jones RM, Reingold AL.  The infectious dose of variola (smallpox) virus.  Appl Biosafety 2004;9:118-127.

178. Flannery B, Schrag S, Bennett NM, Lynfield R, Harrison LH, Reingold A, Cieslak PR, Hadler J, Farley MM, Facklam RR, Zell ER, Whiteney CG.  Impact of childhood vaccination on racial disparities in invasive Streptococcus pneumoniae infections.  JAMA, 2004;291:2197-2203.

179. Facklam R, Elliott J, Shewmaker L, Reingold A.  Identification and characterization of  sporadic isolates of Streptococcus iniae isolated from human infections.  J Clin Micro 2005; 43:933-937.

180. Heffernan RT, Barrett NL, Gallagher KM, Hadler JL, Harrison LH, Reingold AL, Khoshnood K, Holford TR, Schuchat A.  Declining incidence of invasive Streptococcus pneumoniae infections among persons living with AIDS in an era of highly-active antiretroviral therapy (HAART), 1995-2000.  J Inf Dis, 2005;191:2038-2045.

181. Bakyaita N, Dorsey G, Yeka A, Banek K, Staedke SG, Kamya MR, Talisuna A, Kironde F, Nsobya S, Kilian A, Reingold A, Rosenthal PJ, Wabwire-Mangen F.  Sulfadoxine-pyrimethamine plus chloroquine or amodiaquine for uncomplicated falciparum malaria:  A randomized, multisite trial to guide national policy in Uganda.  Am J Trop Med Hyg 2005;72:573-580.

182. Pai M, Gokhale K, Joshi R, Dogra S, Kalantri SP, Menditratta DK, Narang P, Daley CL, Granich RM, Mazurek GH, Reingold AL, Riley LW, Colford Jr, JM.  Mycobacterium tuberculosis infection in health care worker in rural India:  Comparison of whole-blood interferon ϒ assay with tuberculin skin testing.  JAMA 2005;293:2746-2755.

183. Pai M, Kalantri S, Pascopella L, Riley LW, Reingold AL.  Bacteriophage-based assays for the rapid detection of rifampicin resistance in Mycobacterium tuberculosis: a meta-analysis.  Journal of Infection 2005;51:175-187.

184. Lexau CA, Lynfield R, Danila R, Pilishvili T, Facklam R, Farley MM, Harrison LH, Schaffner W, Reingold AL, Bennett NM, Hadler J, Cieslak PR, Whiteny CG (for the Active Bacterial Core Surveillance Team).  Changing epidemiology of invasive pneumococcal disease among older adults in the era of pediatric pneumococcal conjugate vaccine.  JAMA 2005;294:2043-2051.

185. Kalantri S, Pai M, Pascopella L, Riley L, Reingold A.  Bacteriophage-based tests for the detection of Mycobacterium tuberculosis in clinical specimens:  a systematic review and meta-analysis.  BMC Inf Dis 2005;5:59; doi:10.1186/1471-2334-5-59.

186. Feikin DR, Klugman KP, Facklam RR, Zell ER, Schuchat A, Whitney CA for the Active Bacterial Core surveillance/Emerging Infections Program Network (includes Reingold AL).  Increased prevalence of pediatric pneumococcal serotypes in elderly adults.  Clin Inf Dis 2005;41:481-487.

187. Tappero JW, Bradford WZ, Agerton TB, Hopewell P, Reingold AL, Lockman S, Oyewo A, Talbot EA, et al.  Serum concentrations of antimycobacterial drugs in patients with pulmonary tuberculosis in Botswana.  Clin Inf Dis 2005;41:461-469.

188. Kyaw MH, Rose CE, Fry AM, Singleton JA, Moore Z, Zell ER, Whitney CG for the Active Bacterial Core surveillance program of the Emerging Infections Program Network (includes Reingold AL).  The influence

of chronic illnesses on the incidence of invasive pneumococcal diseases in adults.  J Inf Dis 2005;192:377-386.

189. Flannery B, Heffernan RT, Harrison LH, Ray SM, Reingold AL, Hadler J, Schaffner W, Lynfield R, Thomas AR, Jianmin Li DPE, Campsmith DDS, Whitney CG, Schuchat A.  Changes in invasive pneumococcal disease among HIV-infected adults living in the era of childhood pneumococcal immunization.  Ann Int Med 2006; 144:1-9.

190. Pai M, Joshi R, Dogra S, Mendiratta DK, Narang P, Kalantri S, Reingold AL, Colford JM Jr, Riley LW, Menzies D.  Serial testing of health care workers for tuberculosis using interferon-γ assay.  Amer J Resp Crit Care Med 2006;doi:10.1164/rccm.200604-4720C.

191. Kyaw MH, Lynfield R, Schaffner W, Craig AS, Hadler J, Reingold A, Thomas AR, Harrison LH, et al.  Effect of introduction of the pneumococcal conjugate vaccine on drug-resistant Streptococcus pneumoniae.  New Eng J Med 2006;354:1455-1463.

192. Poehling KA, Talbot TR, Griffin MR, Craig AS, Whitney CG, Zell E, Lexau CA, Thomas AR, Harrison LH, Reingold AL, Hadler JL, et al.  Invasive pneumococcal disease among infants before and after introduction of pneumococcal conjugate vaccine.  JAMA 2006;295:1668-1674.

193. Jones RM, Nicas M, Hubbard AE, Reingold AL.  The infectious dose of Coxiella burnetii (Q Fever).  Appl Biosafety 2006;11:32-41.

194. Whitney CG, Pilishvili T, Farley MM, Schaffner W, Craig AS, Lynfield R, Nyquist A-C, Gershman K, Vazquez M, Bennett NM, Reingold A, Thomas A, et al.  Effectiveness of seven-valent pneumococcal conjugate vaccine against invasive pneumococcal disease:  a matched case-control study. Lancet 2006; 368:1495-1502.

195. Hwang J, Bitarakwate E, Pai M, Reingold A, Rosenthal PJ, Dorsey G.  Chloroquine or amodiaquine combined with sulfadoxine-pyrimethamine  for uncomplicated malaria:  a systematic review.  Trop Med & Int Hlth 2006;11:789-799.

196. Joshi R, Reingold AL, Menzies D, Pai M.  Tuberculosis among health-care workers in low- and middle-income countries:  A systematic review.  PLoS Med 2006;3(12):e494. Doi:10.1371/journal.pmed. 0030494

197. Pai NP, Lawrence J, Reingold AL, Tulsky JP. Structured treatment interruptions (STI) in chronic unsuppressed HIV infection in adults. Cochrane Database Syst Rev. 2006;3:CD006148.

198. Schrag SJ, Hadler JL, Arnold KE, et al. Risk factors for invasive, early-onset *Escherichia coli* infections in the era of widespread intrapartum antibiotic use. *Pediatrics*. 2006;118(2):570-576.

199. Malamba SS, Mermin J, Reingold A, et al. Effect of cotrimoxazole prophylaxis taken by human immunodeficiency virus (HIV)-infected persons on the selection of sulfadoxine-pyrimethamine-resistant malaria parasites among HIV-uninfected household members. *Am. J. Trop. Med. Hyg.* 2006;75(3):375-380.

200. Winkelstein W Jr, Reingold AL. Alex Langmuir and CDC. *Emerging Infect. Dis.* 2006;12(10):1619; author reply 1619.

Arthur Lawrence Reingold

201. Klevens RM, Morrison MA, Fridkin SK, et al. Community-associated methicillin-resistant *Staphylococcus aureus* and healthcare risk factors. *Emerging Infect. Dis.* 2006;12(12):1991-1993.

202. Aragón TJ, Vugia DJ, Shallow S, Samuel MC, Reingold A, Angulo FJ, Bradford WZ.  Case-control study of shigellosis in San Francisco:  The role of sexual transmission and HIV infection.  Clin Inf Dis 2007;44:327-334.

203. Dogra S, Narang P, Mendiratta DK, Chaturvedi P, Reingold AL, Colford JM, Riley LW, Pai M.  Comparison of a whole blood interfon-γ assay with tuberculin skin testing for the detection of tuberculosis infection in hospitalized children in rural India.  J Inf 2007;54:267-276.

204. Nunes CLX, Andrade T, Galvão-Castro B, Bastos FI, Reingold A. Assessing risk behaviors and prevalence of sexually transmitted and blood-borne infections among female crack cocaine users in Salvador--Bahia, Brazil. Braz J Infect Dis. 2007;11(6):561-566.

205. Pai N, Peterson Tulsky J, Cohan D, Colford Jr JM, Reingold AL.  Rapid point-of-care HIV testing in pregnant women:  A systematic review and meta-analysis.  Trop Med and Int Hlth 2007;12:1-12.

206. Madhivanan P, Krupp K, Chandrasekaran V, et al. The epidemiology of *Herpes simplex* virus type-2 infection among married women in Mysore, India. *Sex Transm Dis*. 2007;34(11):935-937.

207. Chainani-Wu N, Silverman Jr S, Reingold A, Bostrom A, McCulloch C, Lozada-Nur F, Weintraub J.  A randomized, placebo-controlled, double-blind clinical trial of curcuminoids in oral lichen planus. Phytomed 2007;14:437-446.

208. Veras Maria Ameli SM, Enanoria WTA, Castilho EA, Reingold AL.  Effectiveness of the polysaccharide pneumococcal vaccine among HIV-infected persons in Brazil:  A case control study.  BMC Inf Dis 2007;7:119.

209. Krupp K, Madhivanan P, Karat C, Chandrasekaran V, Sarvode M, Klausner J, Reingold A.  Novel recruitment strategies to increase participation of women in reproductive health research in India.  Glob Pub Hlth 2007;4:395-403.

210. Lippman SA, Pulerwitz J, Chinaglia M, Hubbard A, Reingold AL, Diaz J.  Mobility and its liminal context: Exploring sexual partnering among truck drivers crossing the Southern Brazilian border.  Soc Sci & Med 2007;doi:10.1016.

211. Hicks LA, Harrison LH, Flannery B, Hadler JL, Schaffner W, Craig AS, Jackson D, Thomas A, Beall B, Lynfield R, Reingold AL, Farley MM, et al.  Incidence of pneumococcal disease due to non-pneumococcal conjugate vaccine (PCV7) serotypes in the United States during the era of widespread PCV7 vaccination, 1998-2004.  J Inf Dis 2007;196:1346-1354.

212. O'Loughlin RE, Roberson A, Cieslak PR, Lynfield R, Gershman K, Craig A, Albanese BA, Farley MM, Barrett NL, Spina NL, Beall B, Harrison LH, Reingold AL, Van Beneden C, et al.  The epidemiology of invasive group A streptococcal infection and potential vaccine implications:  United States, 2000-2004. Clin Inf Dis 2007;45:853-862.

Arthur Lawrence Reingold

213. Thigpen MC, Richards Jr CL, Lynfield R, Barrett NL, Harrison LH, Arnold KE, Reingold A, Bennett NM, et al.  Invasive group A streptococcal infection in older adults in long-term care facilities and the community, United States, 1998-2003.  Emerg Inf Dis 2007;13:1852-1859.

214. Malamba S, Hladik W, Reingold AL, Banage F, McFarland W, Rutherford G, Mimbe D, Nzaro E, Downing R, Mermin J.  The effect of HIV on morbidity and mortality in children with severe malarial anaemia.  Malaria J 2007;6:143.

215. Pant Pai N, Joshi R, Dogra S, Taksande B, Kalantri SP, Pai M, Narang P, Tulsky JP, Reingold AL.  Evaluation of diagnostic accuracy, feasibility, and client preference for rapid oral fluid-based diagnosis of HIV infection in rural India.  PLos One 2007;2(4): e367.doi.10.1371/journal.pone.0000367.

216. Chainani-Wu N, Silverman S Jr, Reingold A, Bostrom A, Lozada-Nur F, Weintraub J.  Validation of visual analogue scale, numeric rating scale, change in symptoms scale and modified oral mucositis index for measurement of symptoms and signs of oral lichen planus.  Oral Surg Med Oral Pathol Oral Radiol Endod 2008;105:51-58.

217. Koo D, Birkhead GS, Reingold AL.  Competency-based epidemiologic training in public health practice.  Pub Hlth Rep 2008 (Suppl 1);123:1-3.

218. Joshi R, Colford Jr JM, Reingold AL, Kalantri S.  Nonmalarial acute undifferentiated fever in a rural hospital in Central India:  Diagnostic uncertainty and overtreatment with anti-malarial agents.  Am J Trop Med Hyg 2008;78:393-399.

219. Moore MR, Gertz RE, Woodbury RL, Barkocy-Gallagher GA, Schaffner W, Lexau C, Gershman K, Reingold AL, Farley M, Harrison LH, et al.  Population snapshot of emergent Streptococcus pneumoniae Serotype 19A in the United States, 2005.  J Inf Dis 2008; 197:1016-1027.

220. Madhivanan P, Krupp K, Chandrasekaran V, Karat SC, Reingold AL, Klausner JD.  Acceptability of male circumcision among mothers with male children in Mysore, India.  AIDS 2008; 22:983-988.

221. Blumenshine P, Reingold A, Egerter S, Mockenhaupt R, Braveman P, Marks J.  Pandemic influenza planning in the United States from a health disparities perspective.  Emerg Inf Dis 2008; 14:5.

222. Madhivanan P, Krupp K, Chandrasekaran V, Karat C, Arun A, Cohen CR, Reingold AL, Klausner JD.  Prevalence and correlates of bacterial vaginosis among young women of reproductive age in Mysore, India.  Ind J Med Microbiol 2008; 26:132-137.

223. Pant Pai N, Joshi R, Moodie E EM, Taksande B, Kalantri SP, Pai M, Tulsky JP, Reingold AL.  Profile of adults seeking voluntary HIV testing and counseling in rural Central India: Results from a hospital-based study.  AIDS Care 2009;21:294-300.

224. Hsu HE, Shutt KA, Moore MR, Beall BW, Bennett NM, Craig AS, Farley MM, Jorgensen JH, Lexau CA, Petit S, Reingold A, Schaffner W, Thomas A, Whitney CG, Harrison LH.  Effect of pneumococcal conjugate vaccine on pneumococcal meningitis.  NEJM 2009;360:244-256.

225. Gordon A, Ortega O, Kuan G, Reingold A, Saborio S, Balmaseda A, Harris E.  Prevalence and seasonality of influenza-like illness in children, Nicaragua, 2005-2007.  Emerg Inf Dis 2009;15:408-414.

Arthur Lawrence Reingold

226. Broyles LN, Van Beneden C, Beall B, Facklam R, Shewmaker PL, Malpiedi P, Daily P, Reingold A, Farley MM.  Population-based study of invasive disease due to β-hemolytic streptococci of groups other than A and B. Clin Inf Dis 2009;48:706-712.

227. Madhivanan P, Krupp K, Hardin J, Karat C, Klausner JD, Reingold AL.  Simple and inexpensive point-of-care tests improve diagnosis of vaginal infections in resource constrained settings.  Trop Med & Int Hlth 2009;14:703-708.

228. Madhivanan P, Krupp K, Yashodha MN, Marlow L, Klausner JD, Reingold AL.  Attitudes toward HPV vaccination among parents of adolescent girls in Mysore, India.  Vaccine 2009;27:5203-5208.

229. Madhivanan P, Bartman MT, Pasutti L, et al. Prevalence of Trichomonas vaginalis infection among young reproductive age women in India: implications for treatment and prevention. Sex Health. 2009;6(4):339-344.

230. Chideya S, Winston CA, Peloquin CA, Bradford WZ, Hopewell PC, Wells CD, Reingold AL, Kenyon TA, Moeti TL, Tappero JW.  Isoniazid, Rifampin, Ethambutol, and Pyrazinamide, pharmokinetics and treatment outcomes among a predominantly HIV-infected cohort of adults with tuberculosis from Botswana.  Clin Inf Dis 2009;48:1685-1694.

231. Carvalho M da G, Pimenta FC, Gertz RE Jr, Joshi HH, Trujillo AA, Keys LE, et al. PCR-based quantitation and clonal diversity of the current prevalent invasive serogroup 6 pneumococcal serotype, 6C, in the United States in 1999 and 2006 to 2007. J. Clin. Microbiol. 2009 Mar;47(3):554–9.

232. Gordon A, Videa E, Saborio S, et al. Performance of an influenza rapid test in children in a primary healthcare setting in Nicaragua. PLoS ONE. 2009;4(11):e7907.

233. Pai NP, Estes M, Moodie EEM, Reingold AL, Tulsky JP. The impact of antiretroviral therapy in a cohort of HIV infected patients going in and out of the San Francisco county jail. PLoS ONE. 2009;4(9):e7115.

234. Ahmad Y, Gertz RE Jr, Li Z, et al. Genetic relationships deduced from emm and multilocus sequence typing of invasive Streptococcus dysgalactiae subsp. equisimilis and S. canis recovered from isolates collected in the United States. *J. Clin. Microbiol.* 2009;47(7):2046-2054.

235. Eisenberg JNS, Aiello AE, Spicknall IH, Monto AS, Reingold A. Protecting the herd from H1N1. *Science*. 2009;326(5955):934; author reply 934.

236. Pilishvili T, Lexau C, Farley MM, Hadler J, Harrison LH, Bennett NM, Reingold A, et al.  Sustained reductions in invasive pneumococcal disease in the era of conjugate vaccine.  J Inf Dis 2010;201:32-41.

237. Krupp K, Marlow LAV, Kielmann K, et al. Factors associated with intention-to-recommend human papillomavirus vaccination among physicians in Mysore, India. J Adolesc Health. 2010;46(4):379-384.

238. Lippman SA, Donini A, Díaz J, et al. Social-environmental factors and protective sexual behavior among sex workers: the Encontros intervention in Brazil. Am J Public Health. 2010;100 Suppl 1:S216-223.

239. Durrheim DN, Reingold A. Modifying the GRADE framework could benefit public health. *J Epidemiol Community Health*. 2010;64(5):387.

Arthur Lawrence Reingold

240. Pilishvili T, Zell ER, Farley MM, et al. Risk factors for invasive pneumococcal disease in children in the era of conjugate vaccine use. *Pediatrics*. 2010;126(1):e9-17.

241. Malamba S, Sandison T, Lule J, Reingold A, Walker J, Dorsey G, Mermin J.  Plasmodium falciparum dihydrofolate reductase and dihyropteroate syntase mutations and the use of trimethoprim-sulfamethoxazole prophylaxis among persons infected with human immunodeficiency virus.  Am J Trop Med Hyg 2010;82:766-771.

242. Dawood FS, Fiore A, Kamimoto L, Nowell M, Reingold A, Gershman K, Meek J, et al.  Influenza-associated pneumonia in children hospitalized with laboratory-confirmed influenza, 2003-2008.  Ped Inf Dis 2010;29:585-590.

243. Kallen AJ, Mu Y, Bulens S, Reingold A, Petit S, Gershman K, Ray SM, Harrison LH, et al.  Health care-associated invasive MRSA infections, 2005-2008.  JAMA 2010;304:641-648.

244. Cohn AC, MacNeil JR, Harrison LH, et al. Changes in *Neisseria meningitidis* disease epidemiology in the United States, 1998-2007: implications for prevention of meningococcal disease. Clin. Infect. Dis. 2010;50(2):184-191.

245. Cohen AL, Harrison LH, Farley MM, et al. Prevention of invasive pneumococcal disease among HIV-infected adults in the era of childhood pneumococcal immunization. AIDS. 2010;24(14):2253-2262.

246. Dao CN, Kamimoto L, Nowell M, et al. Adult hospitalizations for laboratory-positive influenza during the 2005-2006 through 2007-2008 seasons in the United States. J. Infect. Dis. 2010;202(6):881-888.

247. Cochran LW, Black S, Klein NP, et al. Vaccine effectiveness against laboratory-confirmed influenza in infants: A matched case control study. Hum Vaccin. 2010;6(9). Available at: http://www.ncbi.nlm.nih.gov/pubmed/20855940. Accessed September 26, 2011.

248. Burton DC, Flannery B, Bennett NM, et al. Socioeconomic and racial/ethnic disparities in the incidence of bacteremic pneumonia among US adults. Am J Public Health. 2010;100(10):1904-1911.

249. Dawood FS, Fiore A, Kamimoto L, et al. Burden of seasonal influenza hospitalization in children, United States, 2003 to 2008. J. Pediatr. 2010;157(5):808-814.

250. Thigpen MC, Whitney CG, Messonnier NE, Zell ER, Lynfield R, Hadler JL, Harrison LH, Farley MM, Reingold AL, et al.  Bacterial meningitis in the United States, 1998-2007.  New Engl J Med 2011; 364:2016-2025.

251. Pinho AA, Chinaglia M, Lippman SA, Reingold AL, Diaz RS, Sucupira MC, Page K, Diaz J.  Prevalence and factors associated with HSV-2 and hepatitis B infections among truck drivers crossing the southern Brazilian border.  Sex Trans Infect 2011; doi:10.1136/sextrans-2011-050186.

252. Veras MA de SM, Ribeiro MCA, Jamal LF, et al. The "AMA-Brazil" cooperative project: a nation-wide assessment of the clinical and epidemiological profile of AIDS-related deaths in Brazil in the antiretroviral treatment era. *Cad* Saude Publica. 2011;27 Suppl 1:S104-113.

253. Madhivanan P, Chen Y-H, Krupp K, et al. Incidence of *Herpes simplex* virus type 2 in young reproductive age women in Mysore, India. Indian J Pathol Microbiol. 2011;54(1):96-99.

24

Arthur Lawrence Reingold

254. Creanga AA, Kamimoto L, Newsome K, et al. Seasonal and 2009 pandemic influenza A (H1N1) virus infection during pregnancy: a population-based study of hospitalized cases. *Am. J. Obstet. Gynecol.* 2011;204(6 Suppl 1):S38-45.

255. Weston EJ, Pondo T, Lewis MM, et al. The burden of invasive early-onset neonatal sepsis in the United States, 2005-2008.  Ped Inf Dis. 2011. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21654548. Accessed September 26, 2011.

256. Dawood FS, Kamimoto L, D'Mello TA, et al. Children with asthma hospitalized with seasonal or pandemic influenza, 2003-2009. Pediatrics. 2011;128(1):e27-32.

257. Rosen JB, Thomas AR, Lexau CA, et al. Geographic variation in invasive pneumococcal disease following pneumococcal conjugate vaccine introduction in the United States. Clin. Infect. Dis. 2011;53(2):137-143.

258. Rathod SD, Krupp K, Klausner JD, et al. Bacterial vaginosis and risk for Trichomonas vaginalis infection: A longitudinal analysis. Sex Transm Dis. 2011;38(9):882-886.

259. Adamson PC, Krupp K, Freeman AH, Klausner JD, Reingold AL, Madhivanan P. Prevalence & correlates of primary infertility among young women in Mysore, India. Indian J. Med. Res. 2011 Oct;134:440–6.

260. Madhivanan P, Krupp K, Reingold A. Correlates of Intimate Partner Physical Violence Among Young Reproductive Age Women in Mysore, India. Asia-Pacific journal of public health / Asia-Pacific Academic Consortium for Public Health [Internet]. 2011 Dec 20 [cited 2012 Jun 18]; Available from: http://www.ncbi.nlm.nih.gov/pubmed/22186382

261. MacNeil JR, Cohn AC, Farley M, Mair R, Baumbach J, Bennett N, et al. Current epidemiology and trends in invasive Haemophilus influenzae disease--United States, 1989-2008. Clin. Infect. Dis. 2011 Dec;53(12):1230–6.

262. Doshi S, Kamimoto L, Finelli L, Perez A, Reingold A, Gershman K, et al. Description of antiviral treatment among adults hospitalized with influenza before and during the 2009 pandemic: United States, 2005-2009. J. Infect. Dis. 2011 Dec 15;204(12):1848–56.

263. MacNeil JR, Cohn AC, Zell ER, Schmink S, Miller E, Clark T, et al. Early estimate of the effectiveness of quadrivalent meningococcal conjugate vaccine. Pediatr. Infect. Dis. J. 2011 Jun;30(6):451–5.

264. Lippman SA, Chinaglia M, Donini AA, Diaz J, Reingold A, Kerrigan DL. Findings from Encontros: a multilevel STI/HIV intervention to increase condom use, reduce STI, and change the social environment among sex workers in Brazil. Sex Transm Dis. 2012 Mar;39(3):209–16.

265. Vandermeer ML, Thomas AR, Kamimoto L, Reingold A, Gershman K, Meek J, et al. Association between use of statins and mortality among patients hospitalized with laboratory-confirmed influenza virus infections: a multistate study. J. Infect. Dis. 2012 Jan 1;205(1):13–9.

266. Wise ME, Viray M, Sejvar JJ, Lewis P, Baughman AL, Connor W, et al. Guillain-Barre Syndrome during the 2009-2010 H1N1 influenza vaccination campaign: Population-based surveillance among 45 million Americans. Am. J. Epidemiol. 2012 Jun 1;175(11):1110–9.

Arthur Lawrence Reingold

267. Luckhaupt SE, Sweeney MH, Funk R, Calvert GM, Nowell M, D'Mello T, et al. Influenza-associated hospitalizations by industry, 2009-10 influenza season, United States. Emerging Infect. Dis. 2012 Apr;18(4):556–62.

268. Hampton LM, Farley MM, Schaffner W, Thomas A, Reingold A, Harrison LH, et al. Prevention of antibiotic-nonsusceptible Streptococcus pneumoniae with conjugate vaccines. J. Infect. Dis. 2012 Feb 1;205(3):401–11.

269. De Serres G, Pilishvili T, Link-Gelles R, Reingold A, Gershman K, Petit S, et al. Use of surveillance data to estimate the effectiveness of the 7-valent conjugate pneumococcal vaccine in children less than 5 years of age over a 9 year period. Vaccine. 2012 Jun 8;30(27):4067–72.

270. Reingold AL.  Review: "Smallpox-The Death of a Disease:  The Inside Story of Eradicating a Worldwide Killer" by D.A. Henderson. 2010; Am J Epidemiol 171:384-385.

271. Cohen AL, Taylor T Jr, Farley MM, Schaffner W, Lesher LJ, et al.  An assessment of the screening method to evaluate vaccine effectiveness:  The case of 7-valent pneumococcal conjugate vaccine in the United States.  PLoS One 2012;7:341785. Doi:10.1371/journal.pone.0041785.

272. Henry JA, Reingold AL.  Prehospital trauma systems reduce mortality in developing countries:  A systematic review and meta-analysis.  Trauma Acute Care Surg 2012;73:261-268.

273. Rathod SD, Klausner JD, Krupp K, Reingold AL, Madhivanan P.  Epidemiologic features of vulvovaginal candidiasis among reproductive-age women in India.  Inf Dis Obst Gyn 2012; Article ID 859071; doi:10.1155/2012/859071.

274. Duclos P, Durrheim DN, Reingold AL, Bhutta ZA, Vannice K, et al.  Developing evidence-based immunization recommendations and GRADE*.  Vaccine 2012;31:12-19.

275. Joshi R, Kalantri SP, Reingold AR, Colford JM.  Changing landscape of acute encephalitis syndrome in India:  A systematic review.  Nat Med J India 2012;25:212-220.

276. Muhammad RD, Oza-Frank R, Zell E, Link-Gelles R, Venkat Narayan KM, Schaffner W, Thomas A, Lexau C, Bennett NM, Farley MM, Harrison LH, Reingold A, et al.  Epidemiologoy of invasive pneumococcal disease among high-risk adults since the introduction of pneumococcal conjugate vaccine for children.  Clin Inf Dis 2013;56:e59-67.

277. Cox CM, D'Melio T, Perez A, Reingold A, Gershman K, et al.  Increase in rates of hospitalization due to laboratory-confirmed influenza among children and adults during the 2009-2010 influenza pandemic.  J Inf Dis 2012; 206:1350-1358.

278. Livorsi DJ, MacNeil JR, Cohn AC, Bareta J, Zansky S, Petit S, Gershman K, Harrison LH, Lynfield R, Reingold A, et al.  Invasive Haemophilus influenzae in the United States, 1999-2008:  Epidemiology and Outcomes.  J Inf Dis 2012; 65:496-504.

279. * Keller AC, Ansell CK, Reingold AL, Bourrier M, Hunter MD, Burrowes S, MacPhail TM. Improving Pandemic Response: A Sensemaking Perspective on the Spring 2009 H1N1 Pandemic. Risk, Hazards & Crisis in Public Policy: Vol. 3: Iss. 2, Article 1; 2012. DOI: 10.1515/1944-4079.1101.

26

Arthur Lawrence Reingold

280. Terrault NA, Dodge JL, Murphy EL, Tavis JE, Kiss A, Levin TR, Gish RG, Busch MP, Reingold AL, Alter MJ.  Sexual transmission of hepatitis C virus among monogamous heterosexual couples:  The HCV partners study.  Hepatology; 2013;53:881-889.

281. Muhammed RD, Oza-Frank R, Zell E, Link-Gelles R, Venkat Narayan KM, Schaffner W, Thomas A, Lexau C, Bennett NM, Farley MM, Harrison LH, Reingold A, et al.  Epidemiology of invasive pneumococcal disease among high-risk adults since the introduction of pneumococcal conjugate vaccine for children.  Clin Inf Dis 2013;56:e59-e67.

282. Fleming-Dutra KE, Taylor T, Link-Gelles R, Garg S, Jhung MA, Finelli L, Jain S, Shay D, Chaves SS, Baumbach J, Hancock EB, Beall B, Bennett N, Zansky S, Petit S, Yousey-Hindes K, Farley MM, Gershman K, Harrison LH, Ryan P, Lexau C, Lynfield R, Reingold A, et al.  Effect of the 2009 influenza A(H1N1) pandemic on invasive pneumococcal pneumonia.  J Inf Dis 2013;207:1135-1143.

283. Kamimoto L, Euler GL, Lu P-J, Reingold A, Hadler J, Gershman K, et al.  Seasonal influenza morbidity estimates obtained from telephone surveys, 2007.  Am J Pub Hlth 2013;103:755-763.

284. Salmon DA, Proschan M, Forshee R, Gargiullo P, Bleser W, Burwen DR. . .H1N1 GBS Meta-Analysis Working Group (Reingold AL-member).  Association between Guillain Barré syndrome and influenza A (H1N1) 2009 monovalent inactivated vaccines in the USA:  A meta-analysis.  Lancet 2013;381:1461-1468.

285. Ssekitoleko R, Kamya MR, Reingold AL.  Primary prophylaxis for cryptococcal meningitis and impact on mortality in HIV:  A systematic review and meta-analysis.  Future Virol 2013;8:doi: 10.2217/fvl.13.71.

286. Joshi R, Mishra PK, Joshi D, Santhosh SR, Parida MM, Desikan P, Gangane N, Kalantri SP, Reingold A, Colford JM Jr.  Clinical presentation, etiology, and survival in adult acute encephalitis syndrome in rural Central India.  Clin Neuro Neurosurg 2013;115:1753-1761.

287. Dawood FS, Chaves SS, Perez A, Reingold A, Meek J, Farley MM, et al.  Complications and associated bacterial coinfections among children hospitalized with seasonal or pandemic influenza, United States, 2003-2010.  J Inf Dis 2013; Epub DOI: 10.1093/infdis/jit473.

288. Thompson MG, Sokolow LZ, Almendares O, Openo K, Farley MM, Meek J, Ray J, Daily Kirley P, Reingold A, et al.  Effectiveness of nonadjuvated monovalent influenza A (H1N1) pdm09 vaccines for preventing reverse transcription polymerase chain reaction-confirmed pandemic influenza hospitalizations: Case-control study of children and adults at 10 U.S. influenza surveillance network sites.  Clin Inf Dis 2013;11:1587-1592.

289. Wiringa AE, Shutt KA, Marsh JW, Cohn AC, Messonnier NE, Zansky SM, Petit S, Farley MM, Gershman K, Lynfield R, Reingold A, et al.  Geotemporal analysis of Neisseria meningitidis clones in the United States:  2000-2005.  PLoS One 2013;8:e82048l doi:10.1371/journal.pone.0082048.

290. Woolf-King SE, Steinmaus CM, Reingold AL, Hahn JA. An update on alcohol use and risk of HIV infection in sub-Saharan Africa: Meta:analysis and future research directions. IJADR, 2013, 2(1), 99-110; doi: 10.7895/ijadr.v2il.45.

291. Jhung MA, D'Mello T, Perez A, Aragon D, Bennett NM, Cooper T, Farley MM, Fowler B, Grube SM, Hancock EB, Lynfield R, Morin C, Reingold A, et al.  Hospital-onset influenza hospitalizations – United States, 2010-2011.  Am J Inf Control 2014; 42:7-11.

Arthur Lawrence Reingold

292. Ayieko J, Abuogi L, Simchowitz B, Bukusi EA, Smith AH, Reingold A.  Efficacy of isoniazid prophylactic therapy in prevention of tuberculosis in children:  a meta-analysis.  BMC Inf Dis 2014; 14:91; doi:10.1186/1471-2334-14-91.

293. Dharan NJ, Sokolow LZ, Cheng PY, Gargiullo P, Gershman K, Lynfield R, Morin C, Thomas A, Meek J, Farley MM, Arnold KE, Reingold A, et al. Child, household, and caregiver characteristics associated with hospitalization for influenza among children 6-59 months of age: an emerging infections program study. Pediatr Infect Dis J. 2014 Jun;33(6):e141-50. doi: 10.1097/INF.0000000000000283.PMID: 24642518.

294. Wortham JM, Zell ER, Pondo T, Harrison LH, Schaffner W, Lynfield R, Thomas A, Reingold A, et al. Racial disparities in invasive Streptococcus pneumoniae infections, 1998-2009. Clin Infect Dis. 2014 May;58(9):1250-7. doi: 10.1093/cid/ciu108. Epub 2014 Feb 27.PMID:24585565.

295. Madhivanan P, Raphael E, Rumphs A, Krupp K, Ravi K, Srinivas V, Arun A, Reingold AL, et al. Characterisation of culturable vaginal Lactobacillus species among women with and without bacterial vaginosis from the United States and India: A cross-sectional study. J Med Microbiol. 2014 Jul;63(Pt 7):931-5. doi: 10.1099/jmm.0.073080-0. Epub 2014 May 16.PMID :24836413.

296. Chaves SS, Perez A, Farley MM, Miller L, Schaffner W, Lindegren ML, Sharangpani R, Meek J, Yousey-Hindes K, Thomas A, Boulton R, Baumbach J, Hancock EB, Bandyopadhyay AS, Lynfield R, Morin C, Zansky SM, Reingold A,et al. The burden of influenza hospitalizations in infants from 2003 to 2012, United States. Pediatr Infect Dis J. 2014 Sep;33(9):912-9. doi: 10.1097/INF.0000000000000321.PMID:24577042.

297. Blain A, MacNeil J, Wang X, Bennett N, Farley MM, Harrison LH, Lexau C, Miller L, Nichols M, Petit S, Reingold A, et al. Invasive Haemophilus Influenzae Disease in Adults ≥65 Years, United States, 2011. Open Forum Infect Dis (Summer 2014) 1 (2): first published online June 13, 2014. doi:10.1093/ofid/ofu044.

298. Greenbaum A, Chaves S S, Perez A, Aragon D, Bandyopadhyay A, Bennett N, Fowler B, Hancock E, Lynfield R, McDonald-Hamm C, Reingold A, et al. Heavy alcohol use as a risk factor for severe outcomes among adults hospitalized with laboratory-confirmed influenza, 2005-2012. Infection (2014) 42:165-170. Doi 10.1007/s15010-013-0534-8.

299. Langley G, Schaffner W, Farley MM, Lynfield R, Bennett NM, Reingold A, et al. Twenty years of Active Bacterial Core surveillance. Emerg Infect Dis. 2015 Sept. http://dx.doi.org/10.3201/eid2109.141333.

300. Vugia DJ, Meek JI, Danila RN, Jones TF, Schaffner W, Baumbach J, Lathrop S, Farley MM, Tobin-D'Angelo M, Miller L, Harrison LH, Bennett NM, Cieslak PR, Cartter ML, Reingold A. Training in Infections Disease Epidemiology through the Emerging Infections Program Sites. Emerg Infect Dis. 2015 Sept. doi:http/dx.doi.org/10.3201/eid2109.150443.

301. MacNeil JR, Bennett N, Farley MM, Harrison LH, Lynfield R, Nichols M, Petit S, Reingold A, et al. Epidemiology of Infant Meningococcal Disease in the United States, 2006-2012. Pediatrics Volume 135, number 2, February 2015. doi:10.1542/peds.2014-2035.

302. Arriola CS, Anderson EJ, Baumbach J, Bennett N, Bohm S, Hill M, Lindegree ML, Lung K, Meek J, Mermel E, Miller L, Monroe ML, Morin C, Oni O, Reingold A, et al. Does Influenza Vaccination Modify

Arthur Lawrence Reingold

Influenza Severity: Data on Older Adults Hospitalized With Infuluenza During the 2012-2013 Season in the United States. J. Infect Dis March 2015. doi: 10.10936/infdis/jiv200.

303. Moore MR, Link-Gelles R, Schaffner W, Lynfield R, Lexau C, Bennett NM, Petit S, Zanksy SM, Harrison LH, Reingold A, et al. Effect of use of 13-valent pneumococcal conjugate vaccine in children on invasive pneumococcal disease in children and adults in the USA: analysis of multisite, population-based surveillance. Lancet Infect Dis 2015; 15:301-09. http://dx.doi.org/10.1016/S1473-3099(14)71081-3.

304. Madhivanan P, Alleyn HN, Raphael E, Krupp K, Ravi K, Nebhrajani R, Arun A, Reingold A, et al. Identification of culturable vaginal Lactobacillus species among reproductive age women in Mysore, India. Med Micro (2015), 64. doi.10.1099/jmm.0.000070.

305. Brito AM, Kendall C, Kerr L, Salani Mota RM, Crosland Guimaraes MD, Dourado I, Pinho A, Schwartz Benzaken A, Brignol S, Reingold A. Factors Associated with Low Levels of HIV Testing among Men Who Have Sex with Men (MSM) in Brazil. PLOS One (2015). doi:10.1371/journal.pone.0130445.

306. Dorjee K, Dierberg K, Sadutshang TD, and Reingold A. First report of multi-drug resistant tuberculosis in a systemic lupus erythematosus patient. BMC Res Notes (2015) 8:337. doi 10.1186/s13104-015-1302-x.

307. Garg S, Jain S, Dawood F S, Jhung M, Perez A, D'Mello T, Reingold A, et al. Pneumonia among adults hospitalized with laboratory-confirmed seasonal influenze virus infection—United States, 2005-2008. BMC Infectious Diseases (2015) 15:369. Doi 10.1186/s12879-015-1004-y.

308. Shuster M, Eskola J, Duclos P, SAGE Working Group on Vaccine Hesitancy. Review of vaccine hesitancy: Rationale, remit, and methods. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.035.

309. MacDonald N, SAGE Working Group on Vaccine Hesitancy. Vaccine hesitancy: Definition, scope and determinants. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.36.

310. Larson H, Jarrett C, Schulz W, Chaudhuri M, Zhou Y, Dube E, Schuster M, MacDonald N, Wilson R, SAGE Working Group on Vaccine Hesitancy. Measuring vaccine hesitancy: The development of a survey tool. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.37.

311. Butler R, MacDonald N, SAGE Working Group on Vaccine Hesitancy. Diagnosing the determinants of vaccine hesitancy in specific subgroups: The Guide to Tailoring Immunization Programmes (TIP). Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.038.

312. Jarrett C, Wilson R, O'Leary M, Eckersberger E, Larson H, SAGE Working Group on Vaccine Hesitancy. Strategies for addressing vaccine hesitancy—A systematic review. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.040.

313. Dube E, Gagnon D, MacDonald N, SAGE Working Group on Vaccine History. Strategies intended to address vaccine hesitancy: Review of published reviews. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.0041.

314. Nowak G, Gellin B, MacDonald N, Butler R, SAGE Working Group on Vaccine Hesitancy. Addressing vaccine hesitancy: The potential value of commercial and social marketing principles and practices. Elesevier Ltd. 2015. Vaccine 33 (2015) 4204–4211 http://dx.doi.org/10.1016/j.vaccine.2015.04.039.

Arthur Lawrence Reingold

315. Goldstein S, MacDonald N, Guirguis S, SAGE Working Group on Vaccine Hesitancy. Health Communication and vaccine hesitancy. Elesvier Ltd. 2015.http://dx.doi.org/10.1016/j.vaccine.2015.04.042.

316. Eskoka J, Duclos P, Schuster M, MacDonald N, SAGE Working Group on Vaccine Hesitancy. How to deal with vaccine hesitancy? Elsevier Ltd. 2015. http://dx.doi.org/10.1016/.j.vaccine.2015.04.043.

317. Rathod SD, Li T, Klausner JD, Hubbard A, Reingold AL, and Madhivanan P, Logic regression-derived algorithms for syndromic management of vaginal infections. Medical Informatics and Decision Making. 2015. 15:106. DOI 10.1186/s12911-015-0228-5.

318. Vugia DJ, Meek JI, Danila RN, Jones TF, Schaffner W, Baumbach J, Lathrop S, Farley MM, Tobin-D'Angelo M, Miller L, Harrison LH, Bennett NM, Cieslak PR, Cartter ML, Reingold AL. Training in Infectious Disease Epidemiology through the Emerging Infections Program Sites. Emerging Infectious Diseases. Vol. 21, No. 9; September 2015.

319. Smith EM, Khan MA, Reingold AL, Watt JP. Group B streptococcus infections of soft tissue and bone in California adults, 1995-2012. Epidemiol. Infect. (2015), 143, 3343-3350. doi:10.1017/S0950268815000606.

320. Pekka N, Reingold A. Preventing pneumococcal infections in older adults. The Lancet, Vol 3 November 2015. http://dx.doi.org/10.1016/52213-2600(15)00365-3.

321. Tomczyk S, Lynfield R, Schaffner W, Reingold A, et al. Prevention of Antibiotic-Nonsusceptible Invasive Pneumococcal Disease With the 13-Valent Pneumococcal Conjugate Vaccine. Clin Infect Dis 2016;62(9):1119-25. doi: 10.1093/cid/ciw067.

322. Cardosa CS, Sabino EC, Oliveira CdL, de Oliveira LC, Ferreira AM, Cunha-Neto E, Bierrenback AL, Ferreira JE, Haikal DS, Reingold AL, et al. Longitudinal study of patients with chronic Chagas cardiomyopathy in Brazil (SaMi-Trop project): a cohort profile. BMJ Open 2016;6:e011181. doi:10.1136/bmjopen-2016-011181.

323. Moore MR, Link-Gelles R, Schaffner W, Lynfield R, Haltzman C, Harrison LH, Zansky SM, Rosen JB, Reingold A, et al. Effectiveness of 13-valent pneumococcal conjugate vaccine for prevention of invasive pneumococcal disease in children in the USA: a matched case-control study. The Lancet, Vol 4 May 2016. http://dx.doi.org/10.1016/52213-2600(16)00052-7.

324. Bramley AM, Chaves SS, Dawood FS, Doshi S, Reingold A, et al. Utility of keywords from chest radiograph reports for pneumonia surveillance among hospitalized patients with influenza: The CDC Influenza Hospitalization Surveillance Network, 2008-2009. Public Health Reports. May/Jun 2016, Vol. 131 Issue 3, p483-490.

325. Blain AE, Sema M, Wu H, MacNeail JR, Harrison LH, Farley MM, Lynfield R, Miller L, Nichols M, Petit S, Reingold A, et al. Penicillin use in Meningococcal disease management: Active Bacterial Core Surveillance Sites, 2009. Open Forum Infectious Diseases. 11 July 2016. doi: 10.1093/ofid/ofw152.

326. Link-Gelles R, Westreich D, Aiello AE, Shang N, Weber DJ, Holtzman C, Scherzinger K, Reingold A, et al. Bias with respect to socioeconomic status: A closer look at zip code matching in a pneumococcal vaccine effectiveness study. 8 August 2016. Elsevier. http://dx.doi.org/10.1016/j.ssmph.2016.08.005.

Arthur Lawrence Reingold

327. Higgins JPT, Soares-Weiser K, Lopez JA, Kakourou A, Chaplin K, Martin NK, Sterne JAC, Reingold A. Association of BCG, DTP, and measles containing vaccines with childhood mortality: systematic review. BMJ. 2016;355:i5170. doi:10.1136/bmj.i5170.

328. Andreuccetti G, Leyton V, Lemos NP, Miziara ID, Ye Y, Takitane J, Munoz DR, Reingold AL, et al. Alcohol use among fatally injured victims in São Paulo, Brazil: bridging the gap between research and health services in developing countries. 2016 Nov 6. doi: 10.1111/add.13688. [Epub ahead of print]

329. Harris CM, Wu HM, Li J, Hall HI, Lee A, Zell E, Harrison LH, Petit S, Farley MM, Lynfield R, Miller L, Nichols M, Reingold A, et al. Meningococcal disease in patients with human immunodeficiency virus infection: a review of cases reported through active surveillance in the United States, 2000-2008. Open Forum Infect Dis. 2016 Dec 20;3(4):ofw226. doi: 10.1093/ofid/ofw226.

330. Schrag SJ, Farley MM, Petit S, Reingold A, et al. Epidemiology of invasive early-onset neonatal sepsis, 2005 to 2014. Pediatrics. 2016 Dec; 138(6). pii: e20162013.

331. Metcalf BJ, Chochua S, Gertz RE, Li Z, et al. Using whole genome sequencing to identify resistance determinants and predict antimicrobial resistance phenotypes for year 2015 invasive pneumococcal disease isolates recovered in the United States. Clinical Microbiology and Infection, Volume 22, Issue 12, 2016,Pages 1002.e1-1002.e8, https://doi.org/10.1016/j.cmi.2016.08.001.

332. Wesson P, Reingold A, McFarland W. Theoretical and empirical comparisons of methods to estimate the size of hard-to-reach populations: a systematic review. AIDS Behav. 2017 Jan 11. doi: 10.1007/s10461-017-1678-9. [Epub ahead of print] Review.

333. Cohn AC, MacNeil JR, Harrison LH, Lynfield R, Reingold AL, et al. Effectiveness and duration of protection of one dose of a meningococcal conjugate vaccine. Pediatrics. Volume 139, No. 2; February 2017.

334. Belongia EA, Karron RA, Reingold A, et al. The Advisory Committee on Immunization Practices recommendations regarding the use of live influenza vaccine: A rejoinder. Vaccine (2017), http://dx.doi.org/10.1016/j.vaccine.2017.06.017.

335. Carmen SA, Garg S, Anderson EJ, Ryan PA, George A, Zansky SM, Bennett N, Reingold A, et al. Influenza vaccination modifies disease severity among community-dwelling adults hospitalized with influenza. Clin Infect Dis 2017 cix468. doi: 10.1093/cid/cix468.

336. Link-Gelles R, Westreich D, Aiello AE, Shang N, Weber DJ, Rosen JB, Motala T, Mascola L, Eason J, Scherzinger K, Holtzman C, Reingold AL, et al. Generalisability of vaccine effectiveness estimates: an analysis of cases included in a postlicensure evaluation of 13-valent pneumococcal conjugate vaccine in the USA. BMJ Open 2017; 7:e017715. doi:10.1136/bmjopen-2017-017715.

337. Metcalf BJ, Chochua S, GirtzJr. RE, et al. Short-read whole genome sequencing for determination of antimicrobial resistance mechanisms and capsular serotypes of current invasive Streptococcus agalactiae recovered in the USA, Clinical Microbiology and Infection, Volume 23, Issue 8, 18 Feb 2017,Pages 574.e7-574.e14, https://doi.org/10.1016/j.cmi.2017.02.021.

Arthur Lawrence Reingold

338. Arriola C, Garg S, Anderson E, Ryan PA, George A, Zansky SM, Bennett N, Reingold A, et al. Influenza vaccination modifies disease severity among community-dwelling adults hospitalized with influenza. Clin Infect Dis May 2017;00(00):1-9. doi:10.1093/cid/cix468.

339. Wong KK, Burdette E, Mahon B, et al. Recommendations of the Advisory Committee on Immunization Practices for use of cholera vaccine. MMWR 12 May 2017, 66(18):482-485. doi:10.15585/mmwr.mm6618a6.

340. Wesson P, Lechtenberg R, Reingold, A, et al. Evaluating the completeness of HIV surveillance using capture-recapture models, Alameda County, California. AIDS Behav 21 August 2017. doi: 10.1007/s10461-017-1883-6.

341. Orenstein WA, Hinman A, Nkowane B, Olive JM, Reingold A. Measles and Rubella Global Strategic Plan 2012-2020 midterm review. Vaccine 36 (2018); A1-A34; https://doi.org/10.1016/j.vaccine.2017.09.026

342. Orenstein WA, Cairns L., Hinman .A, Nkowane B., J-M., Olive, Reingold A.L.  Measles and Rubella Global Strategic Plan 2012-2020 midterm review report: background and summary. Vaccine 36 (2018) A35-A42: https://doi.org/10.1016/j.vaccine.2017.10.065.

343. Schille S, Vellozzi C, Reingold A, et al. Prevention of Hepatitis B Virus Infection in the United States: Recommendations of the Advisory Committee on Immunization Practices.  Recommendations and Reports:12 January 2018: 67(1);1-31.

344. Gordon A, Reingold A. The Burden of Influenza: a Complex Problem. Current Epidemiology Reports: 05 February 2018. https://doi.org/10.1007/s40471-018-0136-1.

345. Liang JL, Tiwari T, Moro P, et al. Prevention of Pertussis, Tetanus, and Diphtheria with Vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports. 27 April 2018;67(2):1-44. doi:10.15585/mmwr.rr6702a1

346. G. Andreuccetti, C.J. Cherpitel, H.B. Carvalho, V. Leyton, I.D. Miziara, D.R. Munoz, Reingold A, et al. Alcohol in combination with illicit drugs among fatal injuries in Sao Paulo, Brazil: An epidemiological study on the association between acute substance use and injury. Injury, Volume 49, Issue 12, 2018, Pages 2186-2192. https://doi.org/10.1016/j.injury.2018.09.035.

347. Soeters HM, Blain A, Pondo T, Doman B, Farley MM, Harrison LH, Lynfield R, Miller L, Petit S, Reingold A, et al. Current epidemiology and trends in invasive *Haemophilus influenzae* disease—United States, 2009–2015, Clin Infec Dis, Volume 67, Issue 6, 15 September 2018, Pages 881–889. https://doi.org/10.1093/cid/ciy187.

348. O'Brien KS, Emerson P, Hooper PJ, Reingold AL, et al. Antimicrobial resistance following mass azithromycin distribution for trachoma: a systematic review. Lancet Infect. Dis 2018. October 3, 2018. http://dx.doi.org/10.1016/S1473-3099(18)30444-4.

349. Mendes Lobão W, Duarte FG, Burns JD, et al. Low coverage of HPV vaccination in the national immunization programme in Brazil: Parental vaccine refusal or barriers in health-service based vaccine delivery PLoS One. 2018;13(11):e0206726. doi:10.1371/journal.pone.0206726.

**Arthur Lawrence Reingold**

350. Duarte FG, da Silva Moreir S, da Conceicao C Almeida M, de Souza Teles CA, Andrade CS, Reingold A, et al. Sex differences and correlates of poor glycaemic control in type 2 diabetes: a cross-sectional study in Brazil and Venezuela. BMJ Open. 2019;9:e023401. doi:10.1136/bmjopen-2018-023401.

351. Lewnard JA, Reingold AL. Emerging challenges and opportunities in infectious disease epidemiology. American Journal of Epidemiology. May 2019 Volume 188, Issue 5, Pages 873–882. https://doi.org/10.1093/aje/kwy264

352. Schaffner W, Nichol KL, Reingold AL, Preventing hepatitis in us adults through vaccination. Infectious Diseases In Clinical Practice. November 2018, Volume 26, Issue 6 p 304-312. doi: 10.1097/IPC.0000000000000685.

353. Cardoso CS, Ribeiro ALP, Oliveira CDL, Oliveira LC, Ferreira AM, Bierrenbach AL, Silva JLP, Colosimo EA, Ferreira JE, Lee TH, Busch MP, Reingold AL, et al. Beneficial effects of benznidazole in Chagas disease: NIH SaMi-Trop cohort study. PLoS neglected tropical diseases. 2018.12. https://doi.org/10.1371/journal.pntd.0006814.

354. Dorjee K, Choden T, Baxi SM, Steinmaus C, and Reingold AL. Risk of cardiovascular disease associated with exposure to abacavir among individuals with HIV: a systematic review and meta-analyses of results from 17 epidemiologic studies. International Journal of Antimicrobial Agents. 2018, 52(5), pp.541-553. https://doi.org/10.1016/j.ijantimicag.2018.07.010.

355. Ahmed SS, Pondo T, Xing W, McGee L, Farley M, Schaffner W, Thomas A, Reingold A, et al. Early impact of 13-valent pneumococcal conjugate vaccine use on invasive pneumococcal disease among adults with and without underlying medical conditions--United States. Clinical Infectious Diseases. CID 2019:1-9. doi:10.1093/cid/ciz739.