UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER REGARDING COMMUNICATIONS WITH HEALTH EXPERTS** |

As discussed at yesterday's case management conference, Plaintiffs have retained Dr. Arthur Reingold to assist them with the public health aspects of this case. Defendants indicated they also intend to hire a public health expert. The parties agreed that Dr. Reingold and any public health expert subsequently retained by Defendants could communicate with the Receiver and members of his staff either separately or together, and without the presence of counsel.

The Court seeks to ensure that the Receiver and his staff receive the best information and the highest level of expertise regarding public health and prison health care, and to ensure the most robust response to the COVID-19 pandemic. To that end, the Court invites members of its Advisory Board, including Dr. Stefano Bertozzi and Dr. Brie Williams, to participate in the above communications to the extent they are interested and available to do so. Any such participation shall not impair the confidentiality of their or any other Advisory Board member's communications with the Court or the Receiver's office in their role as Advisory Board members.

In addition, absent further order of the Court, the above communications shall not be discoverable and shall not be introduced as evidence in this case or any other proceeding. Any order modifying this provision would be prospective only and would not apply to communications

1  occurring before the date of the order.

2        Objections to any of the above shall be filed by June 1, 2020, at 5:00 p.m.  If no timely
3  objection is received, the above will become an order of the Court, effective *nunc pro tunc* to
4  May 28, 2020, without further action.

5        **IT IS SO ORDERED.**

6  Dated:  May 29, 2020



                JON S. TIGAR
              United States District Judge