

**XAVIER BECERRA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-4435
Facsimile: (415) 703-5843
E-Mail: Nasstaran.Ruhparwar@doj.ca.gov

June 8, 2020

*Via E-Mail Only*

The Honorable Jon S. Tigar
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Plata, et al. v. Newsom, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 JST

Dear Judge Tigar,

Enclosed please find the following invoices from the court-appointed experts Madeleine LaMarre, MN, and Joe Goldenson, M.D.:

(1) Ms. LaMarre, invoice dated June 1, 2020, professional fees and expenses: $350.00; and

(2) Dr. Goldenson, invoice dated June 1, 2020, professional fees and expenses: $481.25.

I have reviewed these invoices and believe they are appropriate to pay. Dr. Puisis informed me that he plans to include the charges for his work performed in May 2020 in his next invoice. Please contact me with any questions.

Respectfully submitted,

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General

For    XAVIER BECERRA
Attorney General



APPROVED FOR PAYMENT FROM COURT REGISTRY
Judge Jon S. Tigar
Dated: June 9, 2020

The Honorable Jon S. Tigar
June 8, 2020
Page 2


cc:     (*via E-mail*)
       Madeleine LaMarre, MN, FNP-BC
       Michael Puisis, D.O.
       Donald Specter, Esq.
       Joe Goldenson, M.D.
       Paul B. Mello, Esq.
       Tara Ruhparwar, Esq.

CA2001CS0001
42215865.doc

Madeleine LaMarre MN, FNP-BC
1143 Citadel Drive NE
Atlanta Georgia, 30324
Phone: (404) 694-0655
mlamarre55@gmail.com

June 1, 2020

State of California
Department of Justice
Office of the Attorney General
ATTN: Nasstaran Tara Ruhparwar
Deputy Attorney General, Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Newsom

Dear Ms. Ruhparwar,

Enclosed you will find my invoices for professional fees related to work as a Plata Medical Expert.  Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre     Tax ID #32-0079309**
**1143 Citadel Drive NE**
**Atlanta GA 30324-3815**

**Client: Plata v. Newsome**

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 19 May 2020 | 1.75 | Conference calls with Judge Tigar and court experts |
| Total Professional Hours | 1.75 | |
| Total at Hourly Rate of $200 | $350.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $350.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| **Total Due** | **$350.00** | |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-524-3102
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice: June 1, 2020

Billing Period:   May-20

Hourly rate:  $275.00  (Travel @ $137.50/hr)

Amount to be paid this period:   **$481.25**

| Date | Hours | Hourly Fee | Total | Task Performed |
|---|---|---|---|---|
| 5/19/20 | 1.75 @ | $275.00 = | $481.25 | Teleconnferences: Judge Tigar; medical experts |
| Total | | | $481.25 | |
| **Professional Fees** | | | $481.25 | |
| **Travel Expenses** | | | | |
| | | **TOTAL DUE** | **$481.25** | |

*[signed] Joe Goldenson*