PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | CASE No. 01-1351 JST<br><br>**NOTICE OF FILING PROPOSED ORDER REGARDING STAFF TESTING FOR COVID-19** |

Plaintiffs hereby attach as Exhibit A a Proposed Order as directed by the Court during the Case Management Conference on June 9, 2020.  Unfortunately, the parties were unable to reach an agreement as to the form of the Proposed Order.  Plaintiffs understand Defendants will be filing a separate document.

//

//

-1-                           Case No. 01-1351 JST

NOTICE OF FILING PROPOSED ORDER

DATED:  June 10, 2020                    PRISON LAW OFFICE


                                  By:  */s/ Sophie Hart*
                                       Sophie Hart
                                       Attorney for Plaintiffs

NOTICE OF FILING PROPOSED ORDER