# Exhibit A

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., | CASE No. 01-1351 JST |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING STAFF TESTING FOR COVID-19** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Joint Case Management Conference Statement filed by the parties on June 8, 2020 states that 194 medically high risk patients were transferred from the California Institution for Men (CIM) to San Quentin State Prison (SQ) and California State Prison, Corcoran (CSP-COR) between May 28 and May 30. *See* ECF 3345 at 9-10. The patients who were transferred had previously tested negative for COVID-19, but in many cases the tests were done two to three weeks before the transfer. *Id*. Unfortunately, some of those people tested positive shortly after their arrival at SQ and CSP-COR. *Id*. Prior to the transfer, SQ had no confirmed cases of COVID-19 in the incarcerated population. *Id*. at 10. The Receiver has since ordered the suspension of all transfers from CIM, and is reconsidering a testing strategy for all transfers. *Id*. at 9-10.

The Receiver has also identified prison staff as the main vector for spreading COVID-19 in the state prisons, and has recommended that all staff at all institutions be tested for COVID-19. *Id*. at 3. According to the parties' Statement, "Defendants agree that staff testing is critical, and are developing a staff-testing plan with assistance and guidance from the California Department of Public Health." *Id*.

Given the urgency of this issue, this Court issued the following order regarding staff testing for COVID-19 from the bench during the June 9 Case Management Conference. This written order is issued to memorialize that bench order.

IT IS HEREBY ORDERED:

1. All custodial and medical staff who had contact during the transfer process with any incarcerated person who transferred from the California Institution for Men (CIM) and into San Quentin State Prison (SQ) or California State Prison, Corcoran (CSP-COR) between May 28, 2020 and May 30, 2020 shall be tested for COVID-19 by June 11, 2020.

2. All remaining staff at SQ and CSP-COR shall be tested by June 15, 2020.

3. Defendants shall produce to Plaintiffs a plan for testing all staff at all prisons in the California Department of Corrections and Rehabilitation by June 16, 2020.

IT IS SO ORDERED.

Dated: June __, 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE