XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
State Bar No. 263293
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4435
  Fax: (415) 703-5843
  E-mail: Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, et al.,**<br><br>                  Defendants. | Case No. 01-cv-01351-JST<br><br>**DEFENDANTS' JUNE 18, 2020 SUBMISSION IN RESPONSE TO COURT'S REQUEST FOR COVID-19-RELATED EDUCATION MATERIALS** |

Per the Court's request from the June 9, 2020 case management conference, Defendants hereby submit copies of various COVID-19-related education materials that have been made available to inmates and staff working at CDCR's institutions.

On June 11, 2020, CDCR's Division of Adult Institutions (DAI) sent a request for "[c]opies of all educational material regarding COVID-19 that has been sent to or posted for staff or inmates within the last two weeks. This includes posters or memos that were issued more than two weeks ago, but that are still posted. The purpose of this request is to allow the Court to review messaging that is being provided to staff and inmates by headquarters and institution leadership" to all of CDCR's institutions. Attached as <u>Exhibit A</u> are true and correct copies of

1

Defs.' June 18, 2020 Submission in Resp. to Court's Requ. for COVID-19 Educ. Mats. (01-cv-01351-JST)

posters and flyers that were received in response to the foregoing request. Attached as Exhibit B are true and correct copies of memoranda and emails that were provided by CDCR's institutions. For safety reasons, any identifying information (such as first names or phone extensions) have been redacted. In addition, irrelevant information was redacted from one of the emails. Attached as Exhibit C are two lists of COVID-19 educational videos with links to where the videos can be found online on YouTube or Vimeo. All the videos listed in the first document titled "CCHCS Videos Playing on DRP-TV Wellness Channel (June 9, 2020)" are currently being played on a daily basis on DRP-TV and are part of a 90-minute COVID-19 block that is repeated 6 times a day, 7 days a week. The videos are playing on the Health and Wellness Channel, which is available in institutions with DRP-TV. This channel is available on personal TVs and dayroom TVs. The institutions also have two local channels and can choose to expand the content to those forums. Lastly, attached as Exhibit D is a manual filing notice per which Defendants submitted three videos DAI received from Avenal State Prison (ASP). These videos are playing on a loop on one of the local TV stations.

Defendants note that, in addition to the above materials, CDCR's institutions and DAI provided numerous additional memoranda and correspondence from DAI to CDCR's institutions, or from Wardens to staff, starting from mid-March until early June. Defendants do not believe these documents fall into the category of "educational materials." Instead, they would be more fairly characterized as directives concerning symptom screening, social distancing, personal hygiene, personal protective equipment, food distribution, sanitizing common areas, program modification, inmate movements, and treatment protocols. CCHCS also issued similar memoranda to statewide medical officers, supervisors, and executive staff. Because these documents are not "educational materials," Defendants did not include them in this filing. But Defendants would be happy to provide them to the Court if the Court would like to see them.

//

//

//

//

2

Defs.' June 18, 2020 Submission in Resp. to Court's Requ. for COVID-19 Educ. Mats. (01-cv-01351-JST)

Dated: June 18, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General


*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendants*

CA2001CS0001
42234536.docx

3

Defs.' June 18, 2020 Submission in Resp. to Court's Requ. for COVID-19 Educ. Mats. (01-cv-01351-JST)