# EXHIBIT B

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    May 4, 2020

To:      All Sergeants
         ADA Worker Supervisors

Subject:    **AMERICAN WITH DISABILITIES ACT (ADA) CONCERNS DURING THE COVID PANDEMIC**

In order to minimize the potential spread of the COVID-19, any information, directives related to the COVID-19 pandemic and the precautions that should be followed by employees shall be communicated with all ADA workers.

Second and Third Watch Sergeants shall complete training to all ADA workers on their facility. The training shall provide details of wearing facemasks and gloves (if available) at all times. Washing their hands prior and after coming in contact with the inmates they are assisting. Thoroughly clean the area contacted of any appliance (wheelchair, cane etc.) they touch while assisting ADA inmates prior to and after each contact.

The SVSP Staff server contains all the COVID-19 resources needed to complete the training. COVID-19 RESOURCES

Please provide proof of practice via memo indicating all assigned ADA workers have had the training to AW R. Mojica by close of business this Thursday, May 7, 2020.

If you need further clarification please contact my office at extension 6215.

R. MOJICA
Associate Warden/ADA Coordinator
Salinas Valley State Prison

**Tampkins, Cynthia@CDCR**

| | |
|---|---|
| **From:** | Bandholtz, R█████@CDCR |
| **Sent:** | Wednesday, May 13, 2020 11:41 AM |
| **To:** | Herrera, J█████@CDCR |
| **Cc:** | Diaz, S█████@CDCR; Garcia, P█████@CDCR; Tampkins, C█████@CDCR |
| **Subject:** | COVID-19 (English Message) |
| **Attachments:** | COVID-19 (English Message).docx; COVID-19 (Spanish Message).docx |

J█████

I need one of these printed announcements (2 sided, one side English, one side Spanish) for each dormitory (45 total) laminated. These would be put in each dorm and the dorm staff would have any DNH inmates read the announcement each day to be in compliance with the Director's memorandum.

Let me know what you need to get these laminated

Thank you,


R█████ Bandholtz
Associate Warden, Programs Division & ADA Coordinator
California Rehabilitation Center

Work: ███████
Cell: ███████

I am an optimist. It does not seem too much use being anything else. - Winston Churchill

Some days chicken, some days feathers – Frank Holguin

1

WRITTEN COVID-19 ANNOUNCEMENT FOR ALL HEARING DISABILITY NOT IMPACTING PLACEMENT (DNH) INMATES

For the safety of all, you are reminded that you need to maintain social distancing, at least six feet away from another person, and wear your mask anytime you are out of your dorm.  Please continue to clean and disinfect your immediate area and all touch points that you come in contact with.  If you feel ill, inform staff immediately. Thank you for your continued dedication and compliance as we work through this together.

Para la seguridad de todos, se les recuerda que deben  mantener el distanciamiento social, al menos a seis pies de distancia de otra persona, y use su máscara cada vez que salga de su dormitorio.

Por favor continúe limpiando y desinfectando su área inmediata, y todos los puntos de contacto con los que usted entra en contacto.

Si se siente enfermo, informe al personal de inmediato.

Gracias por su continua dedicación y cumplimiento, mientras trabajamos juntos en esto.

| From: | Quinn, L███████@CDCR |
|---|---|
| To: | CDCR Institutions SAC Staff; CDCR CCHCS SAC All Staff |
| Subject: | COVID-19 Keeping You Information |
| Date: | Friday, May 29, 2020 10:30:17 AM |

**California Department of Public Health General Guidelines:**
On May 28, 2020, the California Department of Public Health provided the following general guidelines pertaining to staff and COVID 19 which could be helpful to know as your institution either facilitates through an outbreak or in the instance your institution experiences an outbreak. Please note that the information is general in nature and that your local county public health offices may vary in direction. The below should not be used to determine ATO eligibility. Additionally, staff should abide by orders issued by a local public health office or health care provider and call 211 (local public health office) or their health care provider for COVID testing inquiries.

In general, our recommendation about whether asymptomatic staff can work while awaiting test results depends on whether they perform essential functions that cannot be done by others. Here is our general guidance framework for non-essential workers exposed to COVID-19:

- Persons who have had close contact to a patient with COVID-19, or have had a likely exposure in a setting with an outbreak, should be tested for COVID 19.
- Exposed persons who test positive should be isolated until no longer infectious according to CDC guidelines.
- Exposed persons who test negative should self-quarantine for 14 days.
- Exposed persons who do not get tested should self-quarantine for 14 days.

However, persons who test negative (or are awaiting test results) and are asymptomatic may be permitted to return to work on a case by case basis if their absence from work would result in jeopardy to critical operations. In these situations, exposed essential workers that continue to work should follow the steps that you outline below in keeping with CDC guidelines:

--have daily symptom and temperature checks prior to working
--closely monitor themselves for symptoms and stop work immediately if any symptoms develop
--wear a face mask at all times while at work
--maintain 6 feet distance from others
--work in an environment that minimizes the opportunity to be within 6 feet of others
--work in an environment where wearing a facemask at all times is feasible
Sometimes these situations are complex, and we also generally recommend consulting with the local health department and/or seeking expert consultation in determining when exposed workers should return to work.

Stay safe and healthy, enjoy the weekend!


L.A. Quinn

Public Information Officer/Administrative Assistant
California State Prison, Sacramento
916-294-███

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    June 3, 2020

To:      All Staff
         California Health Care Facility

Subject:  **EXPECTATION FOR MASK WEARING**

In our efforts to bring our operations and the community to a modified normal operation, we would like to reiterate the importance of continued diligence in observing social distancing, wearing face masks, washing hands, and general safety to protect all of us as we continue to prevent the spread of COVID-19 into our institution.

All staff working or performing day-to-day duties within the CHCF shall have a mask covering on at all times, in addition to maintaining social distancing requirements. Masks coverings should be worn correctly i.e. covering the mouth and nose. Masks are not to be pulled down to speak, as this defeats the purpose. When staff are in an enclosed area alone, you are not required to wear your mask unless someone enters that area. It is everyone's responsibility to enforce this directive. Any failure to adhere to the following shall result in progressive discipline. Managers and Supervisors are reminded to ensure their subordinates are complying with this directive.

We would like to thank everyone for their continued diligence. As our communities have begun to enter phases of normalization it is imperative that we continue with these preventive measures to prevent any future spread of COVID-19.

    

If you have any questions, contact Lt. O.K. Ratliff, AA/PIO at 467-2512.

LAURA ELDRIDGE                          DR. S. K. AREF, MD, MPH, REHS, CCHP
Warden (A)                              Chief Executive Officer
California Health Care Facility         California Health Care Facility

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

**Date:**      June 3, 2020

**To:**        L█████Bravo
               Associate Warden
               CAMU

**Subject:**   **PROOF OF PRACTICE RELATED TO COVID-19 FOR ASL INMATES, TIC # 20-136**

This memorandum is to serve as a Proof of Practice notification regarding education of COVID-19 for ASL inmates. All inmates who require ASL have been educated at North Kern State prison regarding COVID-19 updates.

Specifically, the following information was provided:

Reminded to wear mask

Reminder to wash hands

Reminder Clean/disinfect area

Reminder Social distancing 6ft

Transfer updates

Advised Covid-19 test is required for transfer

Advised county jails will transfer 25 inmates per week and those inmates will be on a 14-day

quarantine upon arrival

Advised no basketball or soccer or any other contact sport

Reviewed signs for communication X2/shift regarding COVID19 protocols and personal

notification documentation

Questions/concerns

J█████JETER
Associate Warden ADA
North Kern State Prison

| | |
|---|---|
| **From:** | Quinn, L███████@CDCR |
| **To:** | CDCR Institutions SAC Staff; CDCR CCHCS SAC All Staff |
| **Subject:** | Update: Staff Communication |
| **Date:** | Wednesday, June 3, 2020 12:36:51 PM |

<div align="center" style="color:red">

**SENT ON BEHALF OF JEFF LYNCH, WARDEN (A)**
**CALIFORNIA STATE PRISON, SACRAMENTO**

</div>

### *CSP-SAC News and Updates:*

> ***A Staff member at CSP-SAC has tested positive for the COVID-19 virus. This is the sixth confirmed employee case at CSP-SAC. There is currently only one active case. Five of the six employees have tested negative and returned to work.***

> The following, is a list of CDCR prisons with the current highest number of active incarcerated persons. ***This information is provided to reiterate to all staff the absolute importance of your continued effort in fighting the spread of the COVID-19 virus***. There have been a total of 2,395 incarcerated persons who have tested positive. There are currently 1,991 active cases.

> **For a complete list of all CDCR prisons, please refer to the Patient Testing Tracker link provided below.**

| | |
|---|---|
| Chuckawalla Valley State Prison (CVSP) | 816 |
| Avenal State Prison  (ASP) | 565 |
| California Institution for Men (CIM) | 446 |
| California Institution for Women (CIW) | 140 |
| California State Prison, Lancaster | 17 |

### *Masks/Facial Barriers:*

> As the weather heats up, we understand and share your concern that wearing masks will become increasingly difficult and uncomfortable. You are reminded that all staff and the inmate population are required to continue to wear facial barriers until further notice.

> This pandemic is far from over and as citizens continue to test positive, spread the virus, and die from the COVID-19 virus, we have a duty and an obligation to continue to make every effort possible to keep everyone safe.

> CDCR takes the health and safety of all those who live and work in our state prisons very seriously and will continue to work diligently to address the COVID-19 pandemic.

> Staff will continue to be updated as information becomes available and changes to the current directives occur.

### *CDCR/CCHCS Update:*

There are 1,991 incarcerated persons with active cases of COVID-19 statewide. To view more detailed case and testing information, see the CDCR and CCHCS Patient

Testing Tracker.

- There are currently 183 active CDCR/CCHCS employee COVID-19 cases statewide (348 cumulative; 165 returned to work). See the CDCR/CCHCS COVID-19 Employee Status webpage for a breakdown by location.
- The Board of Juvenile Hearings (BJH) held 80 discharge consideration hearings by video and telephone conference between April 1 and May 29.
  - 40 resulted in grants (50 percent)
  - 40 resulted in denials (50 percent)
- **CDCR partnered with inmate telephone network provider GTL to offer the adult incarcerated population one free phone call each week in June. Free calling days are Wednesdays in June (June 3, 10, 17, and 24). There is no limit on the number of calls; however, each institution may limit time to accommodate need.**

| Locations | Staff Confirmed Cases | Staff Returned To Work |
|---|---|---|
| Avenal State Prison (ASP) | 29 | 0 |
| California City Correctional Facility (CAC) | 4 | 2 |
| California Correctional Institution (CCI) | 9 | 9 |
| California Health Care Facility (CHCF) | 6 | 6 |
| California Institution for Men (CIM) | 67 | 45 |
| California Institution for Women (CIW) | 11 | 2 |
| California Medical Facility (CMF) | 3 | 2 |
| California Men's Colony (CMC) | 3 | 0 |
| California Rehabilitation Center (CRC) | 13 | 0 |
| California State Prison, Corcoran (COR) | 4 | 0 |
| California State Prison, Los Angeles County, Lancaster | 46 | 38 |
| California State Prison, Sacramento  (SAC) | 5 | 5 |
| Calipatria State Prison (CAL) | 13 | 2 |
| CDCR/CCHCS Worksite Location-Los Angeles County | 4 | 3 |
| CDCR/CCHCS Worksite Location-Sacramento County | 4 | 4 |
| CDCR/CCHCS Worksite Location-San Bernardino County | 1 | 1 |
| Centinela State Prison (CEN) | 24 | 7 |
| Central California Women's Facility (CCWF) | 1 | 1 |
| Chuckawalla Valley State Prison (CVSP) | 22 | 1 |
| Correctional Training Facility (CTF) | 2 | 0 |
| Duel Vocational Institution(DVI) | 2 | 2 |

| | | |
|---|---|---|
| Folsom State Prison  (FSP) | 4 | 4 |
| High Desert State Prison (HDSP) | 3 | 0 |
| Ironwood State Prison (ISP) | 20 | 1 |
| Kern Valley State Prison (KVSP) | 5 | 1 |
| Mule Creek State Prison | 1 | 1 |
| North Kern State Prison (NKSP) | 3 | 2 |
| Northern California Youth Correctional Center | 2 | 2 |
| OH Close Youth Correctional Facility | 1 | 1 |
| Pelican Bay State Prison (PBSP) | 2 | 1 |
| Pleasant Valley State Prison (PVSP) | 1 | 0 |
| Richard A. McGee Correctional Training Center, Galt | 5 | 5 |
| Richard J. Donovan Correctional Facility (RJD) | 7 | 3 |
| San Quentin State Prison (SQ) | 6 | 6 |
| Salinas Valley State Prison (SVSP) | 2 | 1 |
| Substance Abuse Treatment Facility (SATF) | 8 | 3 |
| Valley State Prison (VSP) | 1 | 1 |
| Wasco State Prison (WSP) | 4 | 3 |
| **Statewide Totals:** | **348** | **165** |

L.A. Quinn
Public Information Officer/Administrative Assistant
California State Prison, Sacramento
916-294-███

State of California                                                                              Department of Corrections and Rehabilitation

# Memorandum

Date    :    June 4, 2020

To      :    **ALL STAFF**

Subject:     **EXPECTATION FOR MASK WEARING**

In our efforts to bring our operations and the community to a modified normal operation, we would like to reiterate the importance of continued diligence in observing social distancing, wearing face masks, washing hands, and general safety to protect all of us as we continue to prevent the spread of COVID-19 into our institution.

All staff working or performing day-to-day duties within the California Medical Facility shall have a mask covering on at all times, in addition to maintaining social distancing requirements.  Masks coverings should be worn correctly i.e. covering the mouth and nose.  Masks are not to be pulled down to speak, as this defeats the purpose.  When staff are in an enclosed area alone, you are not required to wear your mask unless someone enters that area.  It is everyone's responsibility to enforce this directive. Managers and Supervisors are reminded to ensure their subordinates are complying with this directive.

We would like to thank everyone for their continued diligence. As our communities have begun to enter phases of normalization it is imperative that we continue with these preventive measures to prevent any future spread of COVID-19.

            

If you have any questions, contact Lt. B. Olivas, AA/PIO at extension 6509.

DANIEL E. CUEVA
Warden (A)

L███ W. AUSTIN
Chief Executive Officer

**Nasstaran Tara Ruhparwar**

| | |
|---|---|
| **From:** | Tuntakit, M███@CDCR |
| **Sent:** | Thursday, June 4, 2020 9:54 AM |
| **Subject:** | COVID-19 CORONAVIRUS DISEASE 2019 - HOW DOES IT SPREAD |

LATEST INFO FROM CENTERS FOR DISEASE CONTROL AND PREVENTION



CDC actively reviews our website to make sure the content is accessible and clear for all types of audiences. As a result of one such review, edits were made to the organization of the COVID-19 transmission page, including adding a headline in an attempt to clarify other types of spread beyond person to person. This change was intended to make it easier to read, and was not a result of any new science.

After media reports appeared that suggested a change in CDC's view on transmissibility, it became clear that these edits were confusing. Therefore, we have once again edited the page to provide clarity.

The primary and most important mode of transmission for COVID-19 is through close contact from person-to-person. Based on data from lab studies on COVID-19 and what we know about similar respiratory diseases, it may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes, but this isn't thought to be the main way the virus spreads.

https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html

# How COVID-19 Spreads

COVID-19 is thought to spread mainly through close contact from person-to-person. Some people without symptoms may be able to spread the virus. We are still learning about how the virus spreads and the severity of illness it causes.

## Person-to-person spread

The virus is thought to spread mainly from person-to-person.

- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs, sneezes, or talks.
- These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
- COVID-19 may be spread by people who are not showing symptoms.

## The virus spreads easily between people

How easily a virus spreads from person-to-person can vary. Some viruses are highly contagious, like measles, while other viruses do not spread as easily. Another factor is whether the spread is sustained, which means it goes from person-to-person without stopping.

**The virus that causes COVID-19 is spreading very easily and sustainably between people.** Information from the ongoing COVID-19 pandemic suggest that this virus is spreading more efficiently than influenza, but not as efficiently as measles, which is highly contagious.

## The virus may be spread in other ways

It may be possible that a person can get COVID-19 by **touching a surface or object that has the virus on it** and then touching their own mouth, nose, or possibly their eyes. This is not thought to be the main way the virus spreads, but we are still learning more about how this virus spreads.

## Spread between animals and people

- At this time, the risk of COVID-19 spreading **from animals to people** is considered to be low. Learn about COVID-19 and pets and other animals.
- It appears that the virus that causes COVID-19 can spread **from people to animals** in some situations. CDC is aware of a small number of pets worldwide, including cats and dogs, reported to be infected with the virus that causes COVID-19, mostly after close contact with people with COVID-19. Learn what you should do if you have pets.

## Protect yourself and others

**The best way to prevent illness is to avoid being exposed to this virus.** You can take steps to slow the spread.

- Maintain good social distance (about 6 feet). This is very important in preventing the spread of COVID-19.
- Wash your hands often with soap and water. If soap and water are not available, use a hand sanitizer that contains at least 60% alcohol.
- Routinely clean and disinfect frequently touched surfaces.
- Cover your mouth and nose with a cloth face covering when around others.



M___ Tuntakit
*AA/PIO*
*Avenal State Prison*



| | |
|---|---|
| **From:** | Quinn, L███@CDCR |
| **To:** | CDCR Institutions SAC Staff; CDCR CCHCS SAC All Staff |
| **Subject:** | Update: Staff Communication |
| **Date:** | Thursday, June 4, 2020 3:15:22 PM |

<div align="center" style="color:red">

SENT ON BEHALF OF JEFF LYNCH, WARDEN (A)
CALIFORNIA STATE PRISON, SACRAMENTO

</div>

***When a person tests positive for COVID-19***

- You will have access to COVID-19 related treatment, regardless of your income or health insurance.
- You shall not return to work! Quarantine and separate yourself from others as best you can to keep from spreading the virus.
- The CSP-SAC Public Health Nurse will ask you basic questions, like places you've worked and the people you've worked or spent time with recently.
- Those people will be contacted and told they may have been exposed to COVID-19.
- Your personal information is confidential and will not be shared.

***CDCR/CCHCS Update:***

o There are 2,231 incarcerated persons with active cases of COVID-19 statewide. To view more detailed case and testing information, see the CDCR and CCHCS Patient Testing Tracker.

o There are currently 196 active CDCR/CCHCS employee COVID-19 cases statewide (365 cumulative; 169 returned to work). See the CDCR/CCHCS COVID-19 Employee Status webpage for a breakdown by location.

o Last week, CCHCS received 20,000 (COVID-19) test kits from the Governor's Office of Emergency Services and an additional 20,000 this week. This allotment of test kits will greatly contribute to CDCR and CCHCS efforts to conduct mass testing at institutions with suspected COVID-19 cases as well as to conduct surveillance testing. Consistent with guidance from state and local public health officials, CDCR is conducting surveillance testing of incarcerated individuals at all adult institutions. Surveillance testing is used to detect outbreaks in an early phase, even before the development of symptoms. Early detection and rapid outbreak response can limit the spread of infection and prevent morbidity and mortality. Additionally, with sufficient numbers of appropriately selected patients testing negative, an institution can demonstrate with confidence the absence of an outbreak.

| Locations | Staff Confirmed Cases | Staff Returned To Work |
|---|---|---|
| **Avenal State Prison (ASP)** | 30 | 0 |
| **California City Correctional Facility (CAC)** | 4 | 3 |
| **California Correctional Institution (CCI)** | 9 | 9 |
| **California Health Care Facility (CHCF)** | 6 | 6 |
| **California Institution for Men (CIM)** | 68 | 45 |

| | | |
|---|---|---|
| California Institution for Women (CIW) | 14 | 2 |
| California Medical Facility (CMF) | 3 | 2 |
| California Men's Colony (CMC) | 3 | 0 |
| California Rehabilitation Center (CRC) | 16 | 0 |
| California State Prison, Corcoran (COR) | 5 | 0 |
| California State Prison, Los Angeles County, Lancaster | 46 | 38 |
| California State Prison, Sacramento  (SAC) | 6 | 5 |
| Calipatria State Prison (CAL) | 14 | 2 |
| CDCR/CCHCS Worksite Location-Los Angeles County | 4 | 3 |
| CDCR/CCHCS Worksite Location-Sacramento County | 4 | 4 |
| CDCR/CCHCS Worksite Location-San Bernardino County | 1 | 1 |
| Centinela State Prison (CEN) | 24 | 7 |
| Central California Women's Facility (CCWF) | 1 | 1 |
| Chuckawalla Valley State Prison (CVSP) | 26 | 4 |
| Correctional Training Facility (CTF) | 2 | 0 |
| Duel Vocational Institution(DVI) | 2 | 2 |
| Folsom State Prison  (FSP) | 4 | 4 |
| High Desert State Prison (HDSP) | 3 | 0 |
| Ironwood State Prison (ISP) | 20 | 1 |
| Kern Valley State Prison (KVSP) | 5 | 1 |
| Mule Creek State Prison | 1 | 1 |
| North Kern State Prison (NKSP) | 3 | 2 |
| Northern California Youth Correctional Center | 2 | 2 |
| OH Close Youth Correctional Facility | 1 | 1 |
| Pelican Bay State Prison (PBSP) | 2 | 1 |
| Pleasant Valley State Prison (PVSP) | 1 | 0 |
| Richard A. McGee Correctional Training Center, Galt | 5 | 5 |
| Richard J. Donovan Correctional Facility (RJD) | 7 | 3 |
| San Quentin State Prison (SQ) | 6 | 6 |
| Salinas Valley State Prison (SVSP) | 2 | 1 |
| Substance Abuse Treatment Facility (SATF) | 8 | 3 |
| Valley State Prison (VSP) | 1 | 1 |
| Wasco State Prison (WSP) | 4 | 3 |
| Statewide Totals: | **365** | **169** |

L.A. Quinn

Public Information Officer/Administrative Assistant
California State Prison, Sacramento
916-294-███

**From:**      Tuntakit, M████ @CDCR
**Subject:**   COVID-19 SYMPTOMS / PRECAUTIONS / REMINDER
**Date:**      Tuesday, June 9, 2020 11:25:54 AM
**Attachments:**  image001.png

Due to the amount of positive cases here at ASP for both inmates and staff, please take extra precautions whether you are in an area with known cases or not.  It is best practice to assume everyone may be a carrier and take those precautions we have in place. As the counties begin to open up to the public including restaurants, gyms, theaters, etc., please remind yourself to continue your safeguards while you're out.

**As of this email ASP has COVID-19 Cases as follows:**

- 503 inmates current  (668 overall and 165 inmates recovered)
- 42 Staff current (63 overall and 21 recovered)

**Symptoms** can include: include cough, shortness of breath, difficulty breathing, or at least two of the following symptoms: chills, shaking with chills, muscle pain, headache, sore throat, and loss of taste or smell. Symptoms can range from mild to severe and may appear up to two weeks after exposure to the virus, according to the CDC. Some people with COVID-19 don't display any symptoms.

COVID-19 infection and to consult with their healthcare provider for questions/concerns.  The potential incubation period for COVID illness is 14 days after last exposure to a person who is considered infectious for COVID illness.  Testing is available in the community if desired, see link to Kings County Public Health:  https://www.countyofkings.com/departments/health-welfare/public-health/coronavirus-disease-2019-covid-19

**M██ Tuntakit**
*AA/PIO*
*Avenal State Prison*



| | |
|---|---|
| **From:** | Montgomery, W█████@CDCR |
| **Subject:** | COVID-19 CALIFORNIA |
| **Date:** | Wednesday, June 10, 2020 8:06:36 AM |
| **Attachments:** | image001.jpg |

Of interest...

# California

With 3,705 cases reported on May 30th, the state saw a record daily high, and cases have climbed since May 18th—with 4,653 deaths since the pandemic started. "California has seen an uptick of COVID-19 cases, with the reasons ranging from national holidays to countrywide protests, a Sacramento area health expert said," according to KCRA. "Dr. Dean Blumberg, head of pediatric infectious diseases at the UC Davis Medical Center, said the spike in cases comes from a combination of sources, including activities on Mothers Day, Memorial Day, businesses reopening and protests to reopen the state."

This is not going away anytime soon. This information is consistent w/ the spike in the Imperial Valley (IV); although, it does not consider the impact of people going back and forth through the border, which is directly impacting the IV.

Please continue to solicit cooperation from our staff w/ respect to physical distancing, hand hygiene, cleaning, wearing of masks/face barriers when physical distancing is not possible, and encouraging staff to stay home if they are ill.  I am not aware of any problematic staff that do not consistently wear their masks/face barrier when physical distancing is not possible. And, I am not asking you to provide names. However, if noncompliant staff exists, and they continue to demonstrate contempt in this regard; progressive discipline through corrective action may be warranted to modify/correct their behavior. We've had plenty of opportunity to gently remind and educate staff about the importance and value of wearing the masks/facial barrier, noting it is intended to protect them, their coworker, the population, their family and the community. With the spikes in our community and institution, we need to gain consistent compliance.

Additionally, please continue to encourage physical distancing w/ the population, and enforce the wearing of the masks/facial barrier when away from their cell.



I appreciate all of your sacrifice and hard work.  Thank you!

Take care.  Be safe.

W. L. MONTGOMERY
Warden
Calipatria State Prison
(760) 348-7000, Extension



logo (2)




CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | June 11, 2020 |
| **To:** | California Department of Corrections and Rehabilitation (CDCR) - All Staff<br>California Correctional Health Care Services (CCHCS) - All Staff |
| **From:** | Ralph M. Diaz                    J. Clark Kelso<br>Secretary                         Receiver<br>CDCR                              CCHCS |
| **Subject:** | **UPDATE TO THE MARCH 13, 2020 MEMORANDUM MESSAGE TO EMPLOYEES REGARDING COVID-19** |

We hope that you and your families are staying healthy. As COVID-19 guidance continues to evolve, we remain dedicated to the safety, health, and well-being of staff and the inmate population. While stay at home orders are beginning to lift and local businesses are reopening, please remember there are still very important safety guidelines that should be followed both at work and as individuals residing in our communities.

Reminders:

At Work
- Adhere to cleaning and disinfection protocols for example, clean your face coverings and any other equipment such as computers, phones, copiers, and state issued equipment kept on your person or assigned work vehicle.
- Physically distance at all times possible.
- Staff working or performing duties on institutional grounds shall wear cloth or other approved face barrier coverings at all times with the exception of an outdoor setting where 6 feet physical distancing can be accomplished. Please note, this is a slight modification from the April 16, 2020 CalPIA Cloth Face Mask Barrier memorandum. If alone in an office space or tower a mask is not required. If someone enters the space, masks are required. Failure to do so may result in progressive discipline.
- As a reminder, maintaining physical distancing requirements when moving about the institution for routine tasks is still recommended.
- Additionally, staff working in headquarters offices, regional offices, or institution administrative offices shall be required to wear cloth face coverings when in close proximity of others where 6 feet physical distancing cannot be achieved.
- Wear proper PPE according to guidance provided on the memorandum authored by Heidi M. Bauer, MD MS MPH and Diana O'Laughlin, FNP-BC, DNP on April 6th, 2020 COVID-19 Personal Protective Equipment (PPE) Guidance and Information.

CDCR Employees Statewide
CCHCS Employees
Page 2

- Wash your hands frequently.
- Answer the daily screening questions with any new symptoms that you may be experiencing or if you feel sick during your work shift, or have COVID symptoms, report to your supervisor and go home.

Common occurrences that should <u>not</u> happen:
- Handshakes, fist bumps, and hugging.
- Potlucks.
- Gathering in a breakroom, or small space for breaks or lunches, even for small amount of time.

At Home
- Change out of your work clothes before or when you get home. Launder frequently with normal detergent. No extra laundering or special handling is needed.
- At the beginning of the day and when you get home, disinfect items that are frequently touched by yourself or others. Such items could include cellphones and cellphone cases, utility belts, door handles, and keyboards. Regular household disinfectants are effective.
- Disinfecting surfaces and items and cleaning your hands will reduce transmission.
- Cover your mouth and nose when sneezing, cough into your sleeve, and wash your hands if you accidentally soiled them with respiratory secretions.

Each day, our gratitude goes out to each of you during this challenging time and encourage staff and their families to continue their efforts at work and home to control the spread of COVID-19. Working together, we will get through this.

 

# MEMORANDUM

| | |
|---|---|
| **Date:** | June 13, 2020 |
| **To:** | California Department of Corrections and Rehabilitation (CDCR) - All Staff<br>California Correctional health Care Services (CCHCS) - All Staff |

| | | |
|---|---|---|
| **From:** | G. MATTESON<br>Warden (A)<br>CDCR, CSP-Solano | *LMcGhee*<br>L██ MCGHEE, MA-EMHS<br>Chief Executive Officer (A)<br>CCHCS, CSP-Solano |

| | |
|---|---|
| **Subject:** | **COVID-19 TESTING OPTIONS FOR CSP-SOLANO STAFF** |

On Wednesday, June 10, 2020, all staff received a memorandum with notification of positive cases of COVID-19 at CSP-Solano. To date, there are three staff and one inmate-patient who have tested positive for the virus. As a result, we have collaborated with the Office of Employee Health, the Solano County Department of Public Health, and Kaiser Vacaville, to coordinate testing options for staff recognized as working in areas of the prison identified as possible exposure sites.

Staff identified as close contacts or low-risk exposure have been given options for testing at Kaiser Permanente in Vacaville that will take place on Saturday, June 13th; Monday, June 15th; and Tuesday, June 16th during the hours of 1:30 PM and 3:30 PM.  In addition, an onsite pop-up test site will take place on Monday, June 15, 2020, from the hours of 1:00 PM and 3:00 PM, for non-Kaiser Permanente members.  For all other staff who are interested in testing for COVID-19, please note the following options:

- Logistics Health Incorporated (LHI): This non-drive thru site is free, available to anyone (by appointment), and located in Vacaville. https://LHI.care/covidtesting
- More information about Solano County testing options: http://www.solanocounty.com/depts/ph/coronavirus_links/faq___community_testing_sites.asp
- Request a test from your medical provider.
- Kaiser Permanente members can call Kaiser and request testing through the Vacaville location, or for those that live in surrounding cities, Kaiser can provide testing options at other Kaiser locations.
- The Solano County Department of Public Health will set up an additional pop-up testing site at CSP-Solano if needed. Staff will be notified if this becomes an option.

CDCR All Staff, CSP-Solano
CCHCS All Staff, CSP-Solano
Page 2 of 2

# MEMORANDUM

- For testing options outside of Solano County, please review the following website for a COVID-19 testing site near you: https://www.arcgis.com/apps/Nearby/index.html?appid=43118dc0d5d348d8ab20a819 67a15401

We encourage staff not to come to work if you are symptomatic.  If you begin to experience symptoms during a work shift notify your supervisor immediately.

Thank you all for your continued service to CSP-Solano. Your hard work and dedication to serving is valued. We care about your safety and health. Should you have any questions regarding options for testing, please contact your manager.



# Lassen COVID-19:
# Incident Command



Press Release
**FOR IMMEDIATE RELEASE**

**DATE:** 5/28/2020
**Time:** 4:00 pm
**RELEASE #:** 1 of 1

**SUBJECT: Termination of Local Health Order and Return to Phase 2B, with Allowance for Additional Activities to Reopen**

To date, the Lassen County COVID-19 (novel coronavirus) total tests are as follows:

5– Known cases
597 - Negative
308- Pending
910– Total Tests

The Lassen County Incident Command and the Lassen County Public Health Department would like to thank the residents of Lassen County for their compliance with the temporary health order and the continuance of practicing social and physical distancing, washing hands, and avoiding non-essential travel.

In response to "contact tracing investigations," Dr. Kenneth Korver, Lassen County Public Health Officer, has terminated his order from earlier this week which originally called for a temporary return to Phase 2A for reopening. This termination returns Lassen County to Phase 2B with an additional guidance for salons and bars, as well as places of worship.  Please refer to the attached order from Dr. Korver for additional details.

California Department of Public Health released new guidance for salons, bars, and places of worship. These businesses have been deemed a higher risk because of their potential for close personal contact. The Lassen County Incident Command and the Lassen County Public Health Department have provided safety guidelines and recommendations for these businesses within the Lassen County Roadmap to Recovery and at www.lassencares.org. For those businesses wishing to open under these new guidelines, please complete the online survey at https://www.surveymonkey.com/r/lcreopening  and/or contact the COVID-19 Call Center with any questions or concerns at (530) 251-8100 Monday through Friday 8:00 a.m. to 5:00 p.m.



# LASSEN COUNTY
## Kenneth G. Korver, M.D. – Public Health Officer

☐ **HSS Administration**
336 Alexander Avenue
Susanville, CA 96130
(530) 251-8128

☐ **Grant and Loans Division**
336 Alexander Avenue
Susanville, CA 96130
(530) 251-2683

☐ **Behavioral Health**
555 Hospital Lane
Susanville, CA 96130
(530) 251-8108/8112

**Chestnut Annex**
1400-A & B Chestnut Street
Susanville, CA 96130
(530) 251-8112

☐ **Patients' Rights Advocate**
336 Alexander Avenue
Susanville, CA 96130
(530) 251-8322

☒ **Public Health**
1445 Paul Bunyan Road
Susanville, CA 96130
(530) 251-8183

☐ **Environmental Health**
1445 Paul Bunyan Road
Susanville, CA 96130
(530) 251-8183

☐ **Community Social Services**
336 Alexander Avenue
Susanville, CA 96130

**Lassen Works
Business & Career Network**
PO Box 1359
1616 Chestnut Street
Susanville, CA 96130
(530) 251-8152

**Child & Family Services**
1600 Chestnut Street
Susanville, CA 96130
(530) 251-8277

**Adult Services
& Public Guardian**
PO Box 429
1445 Paul Bunyan Rd. Suite B
Susanville, CA 96130
(530) 251-8158

☐ **HSS Fiscal**
PO Box 1180
Susanville, CA 96130
(530)251-2614

HEALTH OFFICER ORDER FOR THE CONTROL OF COVID-19

# Reopening Lassen County
# Roadmap to Recovery Accelerated Stage 2
# Businesses and Services

Date Order Issued: May 28, 2020

This Order is in effect until rescinded in writing by the Health Officer.

Please read this Order carefully. Failure to comply with this Order may result in a restriction of business services and organizational activities throughout Lassen County. In addition, violation of or failure to comply with this Order constitutes a misdemeanor, punishable by fine, imprisonment, or both (California Health and Safety Code § 120295, et seq.)

The virus that causes Coronavirus 2019 Disease ("COVID-19") spreads easily from person to person and may result in serious illness or death, and it is essential that the spread of the virus be slowed to safeguard the public and protect healthcare resources considering the influx of new patients.

On Friday, May 22, 2020, Lassen County Public Health Department reported two cases of confirmed COVID-19; this rapidly increased to a total of five cases within three days. In an effort to better understand the magnitude of the transmission of this disease in Lassen County, I made the difficult decision to restrict activities in Lassen County including the retraction of business services that we had just recently approved, including dine-in restaurant services and in-store shopping at businesses.

The increase in number of positive Covid-19 cases from 2 to 5 in a relatively short time, coupled with the somewhat alarming reports of irresponsible behavior (failure to social distance, failure to employ good personal sanitation practices, etc.) of persons who in fact tested positive caused me to make the difficult decision to, at least

temporarily, return to Stage 2 (closed retail, no dine-in restaurants, etc.) until I could determine the magnitude of spread of the disease in Lassen County.

After evaluating the data that has been collected from our contact tracing investigations, I have concluded that Lassen County has the ability and capacity to rapidly implement strategies to mitigate further transmission of the disease should a future outbreak occur. However, for us to proceed to the next stages of full opening, we will require all Lassen County residents and visitors to remain diligent in practicing social distancing, good personal hygiene, and staying home when you are sick.

Effective immediately, Lassen County will now re-enter the accelerated Stage 2 of our Roadmap to Recovery. This will allow the following sectors and organizations to resume business:

- In-Store Retail
- Dine-in Restaurants
- Offices (when telework not possible)
- Outdoor Museums
- Places of Worship (NEW)
- Hair Salons and Barbershops (NEW)

All sectors are required to review the appropriate guidance, prepare a plan, and receive approval from Lassen County Public Health prior to opening. It is not necessary for those establishments that have already received approval to resubmit their plans.

<div align="center">This order supersedes the May 25, 2020 Retracting Lassen County Roadmap to Recovery Reopening order.</div>

Kenneth G. Korver, M.D.
Lassen County Public Health Officer

For more information on Lassen County Health Officer Orders, Lassen County Roadmap to Recovery and Lassen County Attestation visit  https://lassencares.org/
California Recovery Roadmap https://input.covid19.ca.gov/
CDPH COVID-19 information https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Resources.aspx

# Memorandum

Date:  **JUN 1 2 2020**

To:    All Inmate
       Centinela State Prison

Subject: **CENTINELA STATE PRISON - COVID-19 UPDATE TO INMATE POPULATION (#2)**

In response to direction from the California Department of Corrections and Rehabilitation (CDCR), relative to precautions and "Social Distancing" recommendations, the following shall be incorporated, unless otherwise noted on a Program Status Report. **(The items in BOLD indicate updated information).**

- **COVID guidelines shall be adhered to at all-time.**
- **For the safety of all, maintain social distancing at least six feet away from another person (cell partner excluded).**
- **Anytime you are out of your cell or assigned bunk area, wear a state issued cloth face barrier/mask. Mask shall be worn covering both the mouth and the nose.**
- **Showers and telephones shall be disinfected between each use.**
- Staff are to ensure that assigned porters are thoroughly cleaning communal areas (dayrooms, showers, restrooms, offices, etc.) a minimum of three times per shift during second and third watches with the option to clean more often if needed. Staff will sign the sheet verifying that they have reviewed and ensured the additional cleaning was completed. Shower program shall run for 1 hour and 15 minutes then the showers will be deep cleaned and the shower program will resume. These time frames will be followed throughout the day on all watches when showers are being conducted.
- Medication Distribution: all medication distribution will now take place at the Facility Clinic Med Pass Window. Please ensure social distancing is maintained during this process.
- **Feeding shall be completed via the steam line feeding process. (Custody Supervisors shall control inmate movement to ensure "social distancing") MSF: No more than 24 inmates at a time to maintain the 6' separation; and only 1 inmates per table / staggering seating. Disinfect tables/areas used prior to and after meal service.**
- All Education/Vocations/Division of Rehabilitative Programs shall be conducted in cell. Teachers/Instructors are to deliver work packets to the buildings on a rotational basis and pick-up weekly. Religious programs shall be conducted by CDCR chaplains/religious leaders at the cell front.
- Self Help programs have been suspended until further notice, CDCR Administration is evaluating processes of resuming this item while maintaining the health and safety of the public

**CENTINELA STATE PRISON - COVID-19 UPDATE TO INMATE POPULATION (#2)**
Page 2 of 2

and inmates.

- General Visiting and Family Visiting has been suspended until further notice, CDCR Administration is evaluating processes of resuming this item while maintaining the health and safety of the public and inmates.

- Canteen and Inmate Quarterly packages shall continue. (Custody staff shall control inmate movement to ensure "social distancing".) **NOTE: Inmates will be allowed to receive two quarterly packages in the third quarter of 2020 (July-September).** Canteen for inmates in Isolation housing will be limited to hygiene products only and shall be by bag method. Make up canteen for these Inmates will be allowed upon release from Isolation, given available resources.

- Dayroom is suspended until further notice. Dayroom Activities will be allowed in lieu of recreational yard on Facilities B and C for those inmates noted on the heat risk medications list when Heat Pathology has been activated. On Facility A and D the Gymnasium will be allowed in lieu of recreational yard.

- Yard/In-line-refer to revised DAS dated April 30, 2020. The use of recreation equipment (basketballs, volleyballs, horseshoes, handball etc.) has been suspended until further notice. Shared recreation equipment (pull-up bars, dip bars, etc.) shall be cleaned between each use. **Hand sanitation stations have been installed in workout area for inmate use.  Yard Crew workers will conduct deep cleaning at the conclusion of the AM, PM, and NIGHT yard.**

- Inmate Laundry shall be completed via the bag process.

- **There will be a Pizza food sale scheduled for the month of July. This event will be coordinated by the Community Resource Manager.**

RAYMOND MADDEN
Warden
Centinela State Prison

**Memorandum**

Date :    **JUN 1 2 2020**

To   :   **All Staff**
            Centinela State Prison

Subject:   **CENTINELA STATE PRISON - COVID-19 UPDATE (#9)**

**First off, let me thank you for all your hard work and dedication as we struggle with this ongoing pandemic, resulting in ever changing ways we conduct business. I appreciate how the many different factions of our Centinela Family have come together to complete the mission.**

**As we continue in our efforts to stay healthy and safe, please see the following information which shall be incorporated i**n response to direction from the California Department of Corrections and Rehabilitation (CDCR), relative to precautions and "Social Distancing" recommendation. These directions shall be in place unless superseded by a Program Status Report or updated memorandum. (The items in BOLD indicate updated information).

- **COVID guidelines shall be adhered to at all-time.**

- **As directed by Secretary Diaz, if you are sick or feel you cannot answer, "No" to any of the COVID Screening questions, please stay home.**

- **During the COVID Screening process prior to entering, all staff must don their face covering. Medical or Custody personnel are required to ask all the medical screening questions and you are required to answer accordingly, so please be patient. Once the screening is completed, you will temporarily remove the covering/barrier/mask during ingress where custody staff are required to positively identify staff.**

- **For the safety of all, maintain social distancing at least six feet away from another person.**

- **Per memorandum dated Wednesday, June 11, 2020 authored by Secretary R. Diaz which states, Staff working or performing duties on institutional grounds shall wear cloth or other approved face barrier coverings at all times with the exception of an outdoor setting where 6 feet physical distancing can be accomplished. Please note, this is a slight modification from the April 16, 2020, CalPIA Cloth Face Mask Barrier memorandum. If alone in an office space or tower a mask is not required. If someone enters the space, masks are required. Failure to do so may result in progressive discipline. The mask shall be worn appropriately covering both the mouth and the nose. Again staff reminded they are to temporarily remove the covering/barrier/mask during ingress and egress where custody staff are required to positively identify staff.**

- **Custody Supervision-** Staff are to ensure that assigned porters are thoroughly cleaning communal areas (dayrooms, showers, restrooms, offices, etc.) a minimum of three times per shift during second and third watches with the option to clean more often if needed. Staff will sign the sheet verifying that they have reviewed and ensured the additional cleaning was completed. Shower program shall run for 1 hour and 15 minutes then the showers will be deep cleaned and the shower program will resume. These time frames will be followed throughout the day on all watches when showers are being conducted.  Once the shower program has begun, showers shall be ongoing. Close Custody Count shall not impact shower program.

- Medication Distribution: all medication distribution will now take place at the Facility Clinic Med Pass Window.  Please ensure social distancing is maintained during this process.

- Feeding shall be completed via the steam line feeding process. (Custody Supervisors shall control inmate movement to ensure "social distancing") MSF: No more than 24 inmates at a time to maintain the 6' separation; and only 1 inmates per table / staggering seating. Disinfect tables/areas used prior to and after meal service.

- All Education/Vocations/Division of Rehabilitative Programs shall be conducted in cell. Teachers/Instructors are to deliver work packets to the buildings on a rotational basis and pick-up weekly. Religious programs shall be conducted by CDCR chaplains/religious leaders at the cell front.

- Self Help programs have been suspended until further notice, CDCR Administration is evaluating processes of resuming this item while maintaining the health and safety of the public and inmates.

- **Inmate Day Labor shall resume work July 6, 2020.**

- General Visiting and Family Visiting has been suspended until further notice, CDCR Administration is evaluating processes of resuming this item while maintaining the health and safety of the public and inmates.

- Canteen and Inmate Quarterly packages shall continue. (Custody staff shall control inmate movement to ensure "social distancing".) **NOTE: Inmates will be allowed to receive two quarterly packages in the third quarter of 2020 (July-September).** Canteen for inmates in Isolation housing will be limited to hygiene products only and shall be by bag method. Make up canteen for these Inmates will be allowed upon release from Isolation, given available resources.

- **Dayroom is suspended until further notice. Dayroom Activities will be allowed in lieu of recreational yard on Facilities B and C for those inmates noted on the heat risk medications list when Heat Pathology has been activated. On Facility A and D the Gymnasium will be allowed in lieu of recreational yard.**

**CENTINELA STATE PRISON - COVID-19 UPDATE (#9)**
Page 3 of 4

- Yard/In-line-refer to revised DAS dated April 30, 2020. The use of recreation equipment (basketballs, volleyballs, horseshoes, handball etc.) has been suspended until further notice. Shared recreation equipment (pull-up bars, dip bars, etc.) shall be cleaned between each use. Hand sanitation stations have been installed in workout area for inmate use.  Yard Crew workers will conduct deep cleaning at the conclusion of the AM, PM, and NIGHT yard.

- Inmate Laundry shall be completed via the bag process.

- Prison Industry Authority assignments shall continue per critical workers list.

- Inmates newly arrived to the institution and any inmate returning from outside of the institution (OTC, OTM, Etc.) shall be housed according to the COVID 19 Pandemic – Road Map to Reopening Operations Memorandum, dated May 22, 2020, authored by Steven Tharratt, MD, Director, Health Care Operations, Connie Gipson, Director, Division Adult Institutions, and Joseph Bick, MDCCHP, Director Division of Healthcare Services.

- Per California Correctional Health Care Services - CTQ Inmates shall remain housed in their current assigned cell unless the CTQ Chrono redirects them to A5 for General Population inmates, D5 for SNY/NDPF inmates, or H Pod of C6 for ASU inmates. They shall shower last during shower times. These non-ILI, confined inmates DO NOT require an N-95 mask however, they will be required to wear the cloth mask provided by PIA. No additional precautions are necessary at this time.

- Inmates placed on CTQ shall be afforded access to recreation yard on a rotational basis after the fifth day of CTQ, as directed by the Facility Captain. This yard access shall be documented on the Facility Daily Activity Report and the Housing Unit Log Book.

- Inmates placed on CTQ shall be afforded access to telephones on a rotational basis after the fifth day of CTQ, as directed by the Facility Captain.

- Health Care: Medical/Mental Health/Dental by Priority Ducats, and Urgent/Emergent (requiring immediate action or attention) as per request from medical staff-Ensure social distancing.

- Per California Correctional Health Care Services - ILI General Population Inmates identified as requiring "Isolation" shall be moved to A5 and to D5 for SNY/NDPF inmates. ASU inmates shall be housed in **H** Pod of C6. These inmates shall wear a **surgical mask provided by health care** anytime they exit their assigned cell. Staff having direct contact with or within 6 feet of these inmates shall wear full protective equipment (Tyvek suit, Face Shield, latex gloves and N-95 mask).

**CENTINELA STATE PRISON - COVID-19 UPDATE (#9)**
Page 4 of 4

- Inmates with medically prescribed DME shall be allowed full access to their respective DME; these items will not be removed or confiscated unless legitimate security concerns exist. Clothing/linen exchange and issuance of cleaning supplies will not be affected by this modification. Healthcare staff have been consulted and have agreed to the proposals to the program modification affecting the access to health care. Health Care staff shall issue and collect 7362s from inmates. STAFF SHALL DOCUMENT ISSUANCE AND COLLECTION IN HU LOG BOOK.

Centinela State Prison management staff shall continue to monitor the ongoing situation and make revisions to this process as needed.

Again, thank you for all that you do!

RAYMOND MADDEN
Warden
Centinela State Prison

Importance of Seasonal Influenza Vaccination during COVID-19 Pandemic

Dear Patient,                                                                                      June 8, 2020

As you are aware, the COVID-19 illness is still circulating around the country, and can still pose a threat to your health. Because of the important measures put into place, California State Prison-Sacramento (CSP-SAC) has had "zero" inmates test positive for this virus. Measures such as the Protective Shelter in Place (PSIP) implemented to reduce the risk of illness and protect the high risk medical patient-population, social distancing, mandatory mask wearing, and modification of medical programs and movement are just a few processes implemented to mitigate the risk and keep everyone safe from this illness, and our measures are working.

In addition to the widely spread COVID-19 illness, the Influenza (Flu) season is just around the corner. The risk of the Flu virus circulating while we are still dealing with the COVID-19 spread will be a concern. This is why receiving the Flu vaccine is even more important this year, and although it may not protect you from COVID-19, it will help to reduce the severity and spread of seasonal influenza, which can lower your immunity and make you more susceptible to other illnesses. Also, higher vaccination rates, mean fewer sick patients, this will also help make the evaluation process more efficient in detecting the COVID-19 virus. In other words, if more people get their Flu shots, fewer people will be affected by the Flu illness and reduce the spread to others.

By knowing you are protected from the Flu, you are taking control of your health and hopefully give you one less concern as we enter into the traditional Flu season. The Flu vaccine will be available to everyone starting in October 2020, you will hear more about that soon.

Over the past months we have learned a lot about the COVID-19 illness. And as you review the list of symptoms below, you will see that many of the symptoms are very similar to that of the Flu:

Fever
Cough
Shortness of breath of difficulty breathing
Muscle pains
Chills
Repeated shaking with chills
Headache
Sore throat
New loss of taste or smell
*It's important to note that not everyone with Flu/COVID-19 will have a fever.

If you feel sick with any above symptoms, alert staff in the housing unit right away. If you are sick, please stay in your house until a medical staff can evaluate you. In addition to above symptoms, both COVID-19 and the Flu can present with GI symptoms (nausea, vomiting, abdominal pain), and in rare instances, strokes and heart attacks.

It is also important to note that certain individuals are at greater risk of getting sick from this virus including people age 65 and older, those who have a chronic medical condition such as diabetes, heart disease, hypertension, chronic lung disease, chronic kidney disease, chronic liver disease, HIV, and patients on medication that changes the immune system response. These individuals are placed on PSIP. The PSIP is not isolation, and these individuals are not infectious to others. This is a protective measure that has been implemented to keep our high risk patient population safe.

To help lower the risk of becoming sick from COVID-19 or the Flu we recommend that you:

1. Wash your hands frequently and for at least 20 seconds with soap and water.

2. Cover your cough or sneeze into the inside of your elbow.

3. Avoid touching your eyes, nose, and mouth with unwashed hands.

4. Wear a mask when you come out of your cell

5. Maintain physical (social) distancing of 6 feet between each other. (When in groups or around other people try to stay 6 feet away from them. You can walk and talk, just keep a bigger distance than usual between you and others. Avoid shaking hands)

6. Avoid gathering in groups of greater than 6 people.

7. Stay in your house/cell as much as possible.  Avoid physical contact

8. If you share a housing cell with another person:
   a. Clean surfaces often.
   b. Ask your cellmate to wash their hands often, especially when returning back to your shared cell.

9. Of patients who were using CPAP and nebulizers, selective patient population were instructed not to use this device unless instructed to by your provider. These procedures increases the risk of COVID-19 transmission.

10. Please do not hide your symptoms, it is important to report to medical if you have any of the symptoms listed above. Hiding your symptoms could results in a delay of medical care or treatment needed to assist you.

11. We have prioritized all emergent and urgent patient care. Routine follow ups, including onsite and offsite appointments were seen on case by case basis.

12. We are planning to reopen the services in phases with an option to go back to strict measures if needed.

13. We have implemented a pre-parole planning visit with your Primary care provider. Do not miss this visit. This is your time to learn about your health and illness thoroughly for safe transition into the community and continued follow up with the provider in the counties you are released.

14. Watch for fellow inmate's health, encourage others to wash their hands, maintain social distancing, wear face masks and report symptoms as soon as you notice.

It is of utmost importance for you to stay healthy and follow all the measures shared in this letter.

The end result of all these measures is to maintain your optimal health and well-being and YOUR participation is the key to success!!!

Your health and safety is our top priority!

Sincerely,

CSP-SAC Medical Team

CC:

Chief Executive Officer

Warden

Chief Deputy Warden

Chief Nurse Executive

Chief Support Executive

Chief P&S

Director of Nursing

Pharmacy Chief

Chief of Mental Health

Chief Psychiatrist

Chief Dentist

Chief Quality Officer

CSP-SAC Public Health RNs

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date : **MAY 1 3 2020**

To      ALL CUSTODY STAFF
        Centinela State Prison

Subject:  **COVID-19 GUIDANCE FOR DAILY PROGRAM REGARDING SOCIAL DISTANCING**

In response to direction from the California Department of Corrections and Rehabilitation (CDCR), relative to precautions and "Social Distancing" recommendations the following shall be effective immediately and for the duration of the COVID-19 altered program. The following announcement must be made throughout the day in the housing units, and facility yards utilizing the public address system;

> *For the safety of all, you are reminded that you need to maintain social distancing, at least six feet away from another person, and wear your mask anytime you are out of your cell/dorm. Please continue to clean and disinfect your immediate area and all touch points that you come in contact with. If you feel ill, inform staff immediately. Thank you for your continued dedication and compliance as we work through this together*

All announcements must be made at the beginning of second and third watches, once during the respective shift and again at the end of the shift. All announcements shall be noted in the designated logbook.   Thank you for your continued efforts, Centinela State Prison management staff shall continue to monitor the ongoing situation.

RAYMOND MADDEN
Warden
Centinela State Prison

# Information about COVID-19

*Please notify staff if you or anyone in your housing unit has flu like symptoms*

## Know how it spreads

- There is currently no vaccine to prevent coronavirus disease 2019 (COVID-19).
- The virus is thought to spread mainly from person-to-person.
- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs, sneezes or talks.
- These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
- Some recent studies have suggested that people who are not showing symptoms may spread COVID-19.

## Wash your hands

- Wash your hands often with soap and water for at least 20 seconds especially after you have been in a public place or after blowing your nose, coughing, or sneezing.
- If soap and water are not readily available, **use a hand sanitizer that contains at least 60% alcohol**. Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose, and mouth** with unwashed hands.

## Avoid close contact

- **Avoid close contact** with people who are sick
- Put **distance between yourself and other people**.
- Remember that some people without symptoms may be able to spread virus.
- Keeping distance from others is especially important for people who are at higher risk of getting very sick.

**Cover your mouth and nose with a cloth face cover when around others**

- You could spread COVID-19 to others even if you do not feel sick.
- Everyone should wear a cloth face cover when they have to go out in public or in your housing unit
  - Cloth face coverings should not be placed on anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- The cloth face cover is meant to protect other people in case you are infected.
- Continue to keep about 6 feet between yourself and others. The cloth face cover is not a substitute for social distancing.
- Wash your cloth face cover every 24 hours with soap and water

**Cover coughs and sneezes**

- **If you are in a private setting and do not have on your cloth face covering, remember to always cover your mouth and nose** with a tissue when you cough or sneeze or use the inside of your elbow.
- **Throw used tissues** in the trash.
- Immediately **wash your hands** with soap and water for at least 20 seconds. If soap and water are not readily available, clean your hands with a hand sanitizer that contains at least 60% alcohol.

**Clean and disinfect**

- **Clean AND disinfect frequently touched surfaces frequently**. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.
- **If surfaces are dirty, clean them:** Use detergent or soap and water prior to disinfection.

# Información sobre COVID-19

*\* Notifique al personal si usted o alguien en su unidad de vivienda tiene síntomas similares a los de la gripe*

## Sepa cómo se propaga

- Actualmente no existe una vacuna para prevenir la enfermedad por coronavirus 2019 (COVID-19).
- Se cree que el virus se propaga principalmente de persona a persona.
- Entre personas que están en contacto cercano entre sí (dentro de unos 6 pies).
- A través de gotas respiratorias producidas cuando una persona infectada tose, estornuda o habla.
- Estas gotitas pueden caer en la boca o la nariz de las personas cercanas o posiblemente ser inhaladas a los pulmones.
- Algunos estudios recientes han sugerido que las personas que no muestran síntomas pueden transmitir COVID-19.

## Lava tus manos

- Lava tus manos a menudo con agua y jabón durante al menos 20 segundos, especialmente después de haber estado en un lugar público o después de sonarse la nariz, toser o estornudar.
- Si no hay agua y jabón disponibles, use un desinfectante para manos que contenga al menos 60% de alcohol. Cubra todas las superficies de sus manos y frótelas hasta que se sientan secas.
- **Evitar tocar**tus ojos, nariz y boca con las manos sin lavar.

## Evitar el contacto cercano

- **Evitar el contacto cercano**con personas enfermas
- Ponga distancia entre usted y otras personas.
- Recuerde que algunas personas sin síntomas pueden transmitir el virus.
- Mantener distancia de los demás es especialmente importante parapersonas con mayor riesgo de enfermarse gravemente.

**Cubra su boca y nariz con una cubierta de tela cuando esté cerca de otros**

- Puede transmitir COVID-19 a otras personas incluso si no se siente enfermo.
- Todos deben usar una cubierta de tela cuando tengan que salir en público o en su unidad de vivienda
  - Las cubiertas de tela para la cara no se deben colocar sobre personas que tengan problemas para respirar o que estén inconscientes, incapacitados o que de otra manera no puedan quitarse la máscara sin ayuda.
- La cubierta facial de tela está diseñada para proteger a otras personas en caso de que esté infectado.
- Continúe manteniendo unos 6 pies entre usted y los demás. La cubierta facial de tela no sustituye el distanciamiento social.
- Lave la cubierta facial de tela cada 24 horas con agua y jabón.

**Cubra la tos y los estornudos**

- **Si se encuentra en un entorno privado y no tiene la cara cubierta de tela, recuerde siempre cubrirse la boca y la nariz.**con un pañuelo cuando tose o estornuda o usa la parte interior de su codo.
- **Tire los pañuelos usados**en la basura.
- Lávese inmediatamente las manos con agua y jabón durante al menos 20 segundos. Si no hay agua y jabón disponibles, lávese las manos con un desinfectante para manos que contenga al menos 60% de alcohol.

**Limpiar y desinfectar**

- **Limpiar y desinfectarsuperficies frecuentemente tocadasfrecuentemente**. Esto incluye mesas, pomos de puertas, interruptores de luz, encimeras, manijas, escritorios, teléfonos, teclados, inodoros, grifos y lavabos.
- **Si las superficies están sucias, límpielas:**Use detergente o agua y jabón antes de la desinfección.

**Inmate goes man down for ILI symptoms:**

**If Conscious and breathing**:

> Maintain 6 feet distance precaution
>
> Apply/Don PPE (Apply in this order: surgical mask, face shield or eye protection, and gloves)
>
> Give the Inmate a surgical face mask (Place on a near surface maintaining a distance of 6 feet)
>
> Isolate the sick Inmate from others.
>> If I/P is on level III, leave inside of the cell until seen by the medical Responder.
>> If I/P is on level II, place in an area where there are no other inmates.
>
> Monitor until the Medical responder arrives to the site.
>
> After the inmate has left the building, properly have the area disinfected.
>
> Remove PPE (In this order: Gloves, Face shield/eye protection, and Mask or Respirator)
>
> Wash hands for at least 20 seconds with soap and water.

**If Unresponsive in Cardiac Arrest with suspected or Confirmed COVID-19:**

> Limit Personnel at the scene
>
> Apply/Don PPE (**Apply in this order: gown, N-95 Respirator, face shield/ Eye protection, and gloves**)
>
> <span style="color:red">**DO NOT BEGIN CPR WITHOUT HAVING ON THE APPROPRIATE PPE. CPR can cause COVID-19 to aerosolize**</span>.

Activate EMS

Begin CPR if necessary
> See algorithm →→→

After the inmate has left the building, properly have the area disinfected.

Remove PPE (In this order: Gloves, Face shield/eye protection, Gown, and Mask of Respirator)

Wash hands for at least 20 seconds with soap and water.



# FACE COVERINGS

# ON PRISON GROUNDS



# IS MANDATORY

# Memorandum

Date : May 6, 2020

To : All Staff
Centinela State Prison

Subject: **USE OF CLOTH FACE COVERINGS WITHIN THE SECURE PERIMETER (REVISED)**

This memorandum is to advise all staff that in an effort to reduce the spread of COVID-19, effective immediately and until further notice custody and non-custody staff are required to wear a cloth face coverings/barrier within and outside the secured perimeter.

Staff are reminded they shall temporarily remove face coverings/barrier during Ingress and Egress at all areas where custody staff are required to positively identify staff, this includes but not limited to Staff Entrance, Vehicle Sally Port, Central Control, Complex Control and Gatehouse.

It is critical to emphasize that maintaining 6-feet social distancing remains important to slowing the spread of the virus. The Centers for Disease Control is advising the use of simple cloth face coverings to slow the spread of the virus and help people who may have the virus and do not know it from transmitting it to others. Cloth face coverings fashioned from household items or made at home from common materials at low cost can be used as an additional, voluntary public health measure. The cloth face coverings recommended are not surgical masks or N-95 respirators. Those are critical supplies that must continue to be reserved for healthcare and custody staff dealing directly with inmates or staff who are suspected of infection. **Staff is reminded that personal masks cannot contain any inherently offensive logos, graphics or text. Designer face masks that have skulls, gate keeper, "punisher" logos, sport logos etc. on them (motorcycle type) would not be appropriate and employees will not be permitted to wear while on duty.**

In addition to the above mentioned face coverings, as an enhanced effort towards social distancing, staff are being urged to report to work timely and be patient during peak times at the staff entrances. The Staff entrance Officer will only allow three (3) staff members in the area at one time while no more than six (6) should be in the gated pedestrian sally ports. Please be courteous to others by limiting the items needing to come in and out of the Institution and be ready to thoroughly display all items in bags to custody staff so the process can be expeditious.

If you have any further questions or concerns, please feel free to contact Associate Warden, Jesse Juarez at extension 5500 or email him at Jesse.Juarez@cdcr.ca.gov.

RAYMOND MADDEN
Warden
Centinela State Prison

* CDC 1617 (3/89)