# EXHIBIT C

## CCHCS Videos Playing On DRP-TV Wellness Channel (June 9, 2020)

| TITLE | TIME | ACCOMODATIONS | DATE ADDED/UPDATED | NOTES | LINK |
|---|---|---|---|---|---|
| AMEND COVID-19 Webinar (UCSF) | 17:42 | Closed captioning | 4/23/2020 | | https://vimeo.com/408217505 |
| CCHCS COVID-19 English | 10:53 | Text of video in lieu of captions | 6/5/2020 | | https://vimeo.com/399285302/3f5516409d |
| CCHCS COVID-19 Spanish | 10:53 | Text of video in lieu of captions | 6/5/2020 | Iressed changes to transfer procedures. Future update will i | https://vimeo.com/399285302/3f5516409d |
| ASL: When to Get Medical Care for COVID-19 | 1:36 | ASL/Captioning | 4/10/2020 | CDC Video | https://www.youtube.com/watch?v=EUCY1Yc816Y |
| Anti-Recidivism Coalition PSA | 6:01 | Closed captioning | 4/28/2020 | | https://vimeo.com/cchcs/covid19-arc |
| ASL: Do Your Part To Slow The Spread | 1:58 | ASL/Captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=Lmu2ItNDyPA |
| ASL: Are You at a Higher Risk For Severe Illness? | 2:51 | ASL/Captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=AE9-8HVKNpA |
| ASL: Can COVID-19 be passed to an unborn or newborn baby? | 1:45 | ASL/Captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=NHvVzCoXTEg |
| ASL: COVID-19 How Does It Spread? | 1:16 | ASL/Captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=m4gborCUztk |
| ASL: COVID-19 Social Distancing | 0:45 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=3KFHhEta68o |
| ASL: Slow the Spread Face Covering | 2:30 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=t9cnxxsEKpk |
| ASL: COVID-19 Self Checker | 1:05 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=gp4BgQqOTvM |
| ASL: Risk To Pregnant Women | 2:58 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=s1X6_qP3IPU |
| ASL: COVID-19 Handwashing | 2:06 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=I6xaDkMD2NM |
| COVID-19 Como manejar la ansieded y el estres | 2:09 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=UDD7AXCoKVc |
| COVID-19 Are you at higher risk for severe illness? | 2:22 | Closed captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=qb7shu_sdQ0 |
| COVID-19 When to seek care for COVID-19 | 1:01 | Closed captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=lWtsm3KYytM |
| COVID-19 Cuando buscar atencion medica po el COVID-19 | 1:04 | Spanish/Captioning | 4/28/2020 | CDC Video | https://www.youtube.com/watch?v=kV-L0Wo9WEg |
| Cuidar a Alguien con COVID-19 | 1:44 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=fpj7B6Z2sFQ |
| COVID-19 Distanciamiento Social | 0:39 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=52X8hPlwqEY |
| Freedom To Choose Project PSA | 1:35 | Closed captioning | 5/27/2020 | | https://vimeo.com/cchcs/freedomtochoose |
| Padres que apoyan a sus hijos | 2:25 | Spanish/Captioning | 5/27/2020 | CDC Video | https://www.youtube.com/watch?v=y5-gCiO_cQw |
| Ponga de su parte para desacelerar la propagacion | 1:10 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=IOGMvonNxqU |
| 10 Cosas Que Puede Hacer Para Manejar El COVID-19 En Casa | 1:21 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=MCRQYbc4pa8 |
| Lo Que Los Adultos Mayores Necesitan Saber | 3:07 | Spanish/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=qBJ9LViUxK4 |
| Kelso English | 3:18 | Closed captioning | 3/31/2020 | | https://vimeo.com/403044512/ba1911da0a3 |
| Kelso Spanish | 3:24 | Spanish/Captioning | 3/31/2020 | | https://vimeo.com/403044512/ba1911da0a3 |
| Ralph English | 2:51 | Closed captioning | 4/9/2020 | Update from March 25 message | https://vimeo.com/406039076/494621ead9 |
| Ralph Spanish | 2:50 | Spanish/Captioning | 4/10/2020 | Update from March 25 message | https://vimeo.com/406039076/494621ead9 |
| ASL Parents Supporting Children | 4:22 | ASL/Captioning | 5/12/2020 | CDC Video | https://www.youtube.com/watch?v=lQq-8S_k7to&t=201s |
| Prison Fellowship PSA | 0:48 | Closed captioning | 5/27/2020 | | https://vimeo.com/cchcs/covid19-pf |
| Message From Population On Proper Mask Usage | | | 6/5/2020 | CDCR Produced video | https://www.cdcr.ca.gov/insidecdcr/2020/06/08/in-this-together-insi |

ghts-best-practices-for-wearing-masks/

# COVID-19 VIDEO AWARENES

CDC videos to increase awareness on COVID-19, as well as drive home the importance of handwashing.

The content is playing twice in a four-hour cycle, six times a day (12 in total) every day. We are also in the process of creating a video specific to our population which will be distributed to the institutions via DRP this week.

- COVID-19: Should I wear a facemask? - https://www.youtube.com/watch?v=pgbp5gvGxyA&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=10&t=0s
- COVID-19 Stop the Spread of Germs - https://www.youtube.com/watch?v=7-IW0s2yJA0&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=13&t=0s
- COVID-19: What is my risk? - https://www.youtube.com/watch?v=aFXb3yiYA2E&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=14&t=0s
- COVID-19: What is novel coronavirus? - https://www.youtube.com/watch?v=3AozUnFbYJs&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=16&t=0s
- COVID-19: How to protect against novel coronavirus? - https://www.youtube.com/watch?v=ANvNCk6546M&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=15&t=0s
- COVID-19 Detenga la propagación de los microbios (Spanish) - https://www.youtube.com/watch?v=JDK2iKtZ_tg&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=19&t=0s
- How does COVID-19 spread? - https://www.youtube.com/watch?v=VPBT2oLQv3k&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=21&t=0s
- What can I do to protect myself from COVID-19? - https://www.youtube.com/watch?v=3Cx1b6H0H0E&list=PLvrp9iOILTQaJa78zFQ0QgvShQ2HEwHxP&index=22&t=0s
- Lo que necesitas saber acerca del lavado de manos - https://www.youtube.com/watch?v=d6GqqqSC4Zw&t=0s