# EXHIBIT D

| | | |
|---|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755 |
| 2 | DAMON G. MCCLAIN<br>Supervising Deputy Attorney General | SAMANTHA D. WOLFF - 240280<br>KAYLEN KADOTANI - 294114 |
| 3 | NASSTARAN RUHPARWAR<br>Deputy Attorney General | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 4 | State Bar No. 263293<br>  455 Golden Gate Avenue, Suite 11000 | Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4435 | pmello@hansonbridgett.com |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov | |
| 7 | *Attorneys for Defendants* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>                                        Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN, et al.,**<br><br>                                        Defendants. | Case No. 01-cv-01351-JST<br><br>**EXHIBIT D:  COVID-19 EDUCATIONAL VIDEOS FROM AVENAL STATE PRISON** |

**MANUAL FILING NOTIFICATION**

<u>Regarding:  Exhibit D to Defendants' June 18, 2020 Submission</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in via email shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov.

This filing was not efiled for the following reason(s):

[_] Unable to Scan Documents

[_] Physical Object (description):

1

MFN re: Exh. D to Defs.' June 18, 2020 Submission  (01-cv-01351-JST)

1     [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2     [ ] Item Under Seal

3     [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4     [_] Other (description):

6     Dated: June 18, 2020                                   Respectfully submitted,

                                                                XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendants*

13    CA2001CS0001
      42234197.docx

2

MFN re: Exh. D to Defs.' June 18, 2020 Submission (01-cv-01351-JST)