# Exhibit A

# California Department of Corrections and Rehabilitation
# COVID-19 Staff Testing Guidance

The following applies to all California Department of Corrections and Rehabilitation (CDCR) institutions, except for the California Medical Facility (CMF), Central California Women's Facility (CCWF), and California Health Care Facility (CHCF), identified by the Receiver, which provide skilled nursing level of care. These three institutions should follow the Skilled Nursing Facility (SNF) [testing guidance](#) issued by the California Department of Public Health (CDPH).

Testing does not replace or preclude other infection prevention and control interventions, including monitoring all staff and inmates for signs and symptoms of COVID-19, universal masking by staff and inmates for source control, use of recommended personal protective equipment, maintaining appropriate physical distancing, and environmental cleaning and disinfection. When testing is performed, a negative test only indicates an individual did not have detectable infection at the time of testing; individuals might have SARS-CoV-2 infection that is still in the incubation period or could have ongoing or future exposures that lead to infection.

## Institutions without COVID-19 Cases

In institutions that currently do not have any newly diagnosed COVID-19 cases among inmates or staff within the last 14 days, CDPH recommends surveillance testing. The purpose of a surveillance testing strategy is to monitor the spread of the virus in order to isolate the virus and mitigate outbreaks.

CDPH recommends the institution implement surveillance testing of 10 percent of all staff every 14 days including staff from multiple shifts and various locations within the institution. The institution must ensure that a different cohort of staff are tested every 14 days.

In addition, specific testing is recommended for the following groups:

1) All employees who have not had a prior confirmed case of COVID-19 and who are regularly assigned to work in a Correctional Treatment Center, Outpatient Housing Unit, hospice, Psychiatric Inpatient Program, or Mental Health Crisis Bed shall be tested per the SNF testing guidance issued by CDPH.
2) All regularly assigned transportation staff who have not had a prior confirmed case of COVID-19 shall be tested at least once every month, with testing occurring throughout the month.

3) All staff who are regularly assigned to guarding duty at a community hospital, or equivalent, who have not had a prior confirmed case of COVID-19 shall be tested at least once every month, with testing occurring throughout the month.

4.) All regularly assigned culinary area staff who have not had a prior confirmed case of COVID 19 shall be tested once every month with testing occurring throughout the month.

**NOTE:** State may adjust the scope and frequency of staff testing based on community spread data and prevalence of the virus in the community.

*Staff who test negative:*

All staff should be screened for fever, respiratory symptoms, or [other symptoms](#) before entering any institution each day. To the extent possible, the institution should educate staff regarding the possible exposure of staff movement between multiple yards or buildings. Additionally, staff who are ill should stay home and notify their supervisor. Personnel who develop fever, respiratory symptoms, or [other symptoms](#) should be instructed not to report to work.

*Staff who test positive:*

Staff who test positive for COVID-19 and who have had NO symptoms shall be instructed to isolate themselves at home and shall not return to work until the following condition is met:

- At least 10 days have passed since the date of the positive COVID-19 diagnostic (federally approved Emergency Use Authorized molecular assay) test.

Staff who test positive for COVID-19, initially have no symptoms, but then develop symptoms during their 10-day home isolation period may return to work once the following conditions are met:

- At least 10 days have passed since symptoms first appeared; **AND**
- At least 3 days (72 hours) have passed since recovery, defined as resolution of fever without the use of fever-reducing medications; **AND**
- Improvement in respiratory symptoms[1] (e.g., cough and shortness of breath)

---

[1] It is possible that individuals may still have residual respiratory symptoms despite meeting the criteria to discontinue isolation. These individuals should continue to wear a facemask/cloth face covering when within 6 feet of others until symptoms are completely resolved or at baseline.

Staff should be provided information about how to appropriately isolate within their home. This includes the following recommendations:

**Setup**:

- A separate bedroom. If a bedroom must be shared with someone who is sick, consider advising the following:
    - Make sure the room has good air flow by opening the window and turning on a fan to bring in and circulate fresh air if possible.
    - Maintain at least 6 feet between beds if possible.
    - Sleep head to toe.
    - Put a curtain around or place other physical divider (e.g., shower curtain, room screen divider, large cardboard poster board, quilt, or large bedspread) to separate the ill person's bed.
- A separate bathroom **or** one that can be [disinfected](#) after use.

**Equipment:**

- A facemask (or if unavailable, a cloth face covering) should be worn by the infected person if there are others in the household or when healthcare or home care workers enter the house.
- Gloves for any caregivers when touching or in contact with the person's infectious secretions.
- Appropriate [cleaning](#) supplies for disinfecting the household.
- A thermometer for tracking occurrence and resolution of fever.

**Services:**

- Clinical care and clinical advice by telephone or telehealth.
- Plan for transportation for care if needed.
- Food, medications, laundry, and garbage removal.

**When and how to seek care:**

- If new symptoms develop or their symptoms worsen.
- If the infected person is going to a medical office, emergency room, or urgent care center, the facility should be notified ahead of time that the person has COVID-19; the person should wear a facemask (or if unavailable, a cloth face covering) for the clinical visit.
- Any one of the following emergency warning signs signal a need to call 911 and get medical attention immediately:
    - Trouble breathing
    - Bluish lips or face

- Persistent pain or pressure in the chest
- New confusion or inability to arouse
- New numbness or tingling in the extremities

### Institutions with COVID-19 Cases

As soon as possible after one (or more) COVID-19 positive individual(s) (inmate or staff) is identified in an institution, serial retesting of all staff should be performed every 14 days until no new cases are identified in two sequential rounds of testing. The institution may then resume their regular surveillance testing schedule as outlined above.

For institutions which are organized by yard, initial testing can be limited to the yard where the positive inmate is housed or staff is assigned. If there are multiple yards at an institution, and the those who have tested positive are clustered in one yard, serial testing should only occur among staff in that yard. It is not necessary to test staff across multiple yards as long as staff are not moving among buildings to provide services.

If there are positive cases across multiple yards at any given institution, all staff across all yards should be tested every 14 days until no new cases are identified in two sequential rounds of testing. The institution may then resume their regular surveillance testing schedule as outlined above.

Staff who are pending a COVID test result and are asymptomatic can continue to work while wearing face coverings and utilizing appropriate PPE. All staff should be screened for fever, respiratory symptoms, or other COVID related <u>other symptoms</u> each time they enter any Institution.

*Staff who test negative:*

Staff who test negative and are asymptomatic can continue to work while wearing face coverings and utilizing appropriate PPE. All staff should be screened for fever, respiratory symptoms, or other COVID related [other symptoms](#) each time they enter any Institution. To the extent possible, the institution should limit staff movement among multiple yards to limit exposure. Additionally, staff who are sick should stay home. Personnel who develop fever, respiratory symptoms, or [other symptoms](#) should be instructed not to report to work and notify their supervisor.

<u>*Staff who test positive:*</u>

Staff who test positive for COVID-19 and who have had NO symptoms shall follow the instructions outlined above.

### Retesting of a Previously Confirmed Positive Employee
An employee who has been confirmed positive by a diagnostic COVID-19 test shall not retest through either institutional surveillance, outbreak, or specialty assignment.

### Testing of New Employees and Employees Returning from a Leave of Absence
All new employees of the institution or employees returning from a leave of absence (whether industrial or non-industrial) shall be tested for COVID-19. Testing should occur 48 hours prior to the start of or return to work date, unless documentation of prior positive diagnostic COVID-19 test is provided.

### General Definitions:
1. Staff- for the purpose of this policy, any individual whose work assignment is to a particular institutional facility, including but not limited to, CDCR and California Correctional Health Care Services staff, registry, contract, Division Adult Parole Operations, Prison Industry Authority and Board of Parole Staff who interact with inmates.
2. New Employee- an employee who has not previously been assigned to a particular institution/worksite.
3. Leave of Absence- for the purposes of this policy is any employee who has not worked a shift within a consecutive 14 calendar day period. Vacations apply.

The California Department of Human Resources (CalHR) administrative time off (ATO) guidelines will be evaluated and applied. In unique situations, CDCR of CCHCS Human Resources designees will consult with CalHR.

**This policy is subject to change as CDC guidelines, PPE availability and testing options change.**