# Exhibit B

**From:** Cullen, Vincent@CDCR
**Sent:** Friday, June 5, 2020 2:03 PM
**To:** CDCR CCHCS CEOs <CDCRCCHCSCEOs@cdcr.ca.gov>
**Cc:** Tharratt, Steven@CDCR <Steven.Tharratt@cdcr.ca.gov>; 'Bick, Joseph (CMF)@CDCR (Joseph.Bick@cdcr.ca.gov)' <Joseph.Bick@cdcr.ca.gov>; Rosenberg, Morton@CDCR <Morton.Rosenberg@cdcr.ca.gov>; Barney-Knox, Barbara@CDCR <Barbara.Barney-Knox@cdcr.ca.gov>; Podratz, Christopher@CDCR <Christopher.Podratz@cdcr.ca.gov>; Herrick, Robert@CDCR <Robert.Herrick@cdcr.ca.gov>; Brockenborough, Rainbow@CDCR <Rainbow.Brockenborough@cdcr.ca.gov>; McElroy, Donald@CDCR <Donald.McElroy@cdcr.ca.gov>; Halverson, Dennis@CDCR <Dennis.Halverson@cdcr.ca.gov>; Moss, Joseph@CDCR <Joseph.Moss@cdcr.ca.gov>; Callahan, Charles@CDCR <Charles.Callahan@cdcr.ca.gov>; Seibel, Kim@CDCR; Gipson, Connie@CDCR <Connie.Gipson@cdcr.ca.gov>
**Subject:** Testing and Movement Strategy

CEO's,
We need to make a slight change to our testing and transfer strategy regarding the timing of tests. In consultation with Dr. Tharratt, it has been determined that a patient should not transfer if the date of their NEGATIVE test is past 7 days on the date of transfer. This means 7 days from the date the test was administered. This will require many of the inmates scheduled to transfer next week to be retested.

CCHCS will work with CDCR to identify a process to inform CEO's the specific date a patient will transfer so the ideal test date can be determined based on the individual institution's testing response times and inmates will only need to be tested once.

If you have any questions or concerns, please let me know.

&lt;image004.png&gt;   **vincent s. cullen**
**DIRECTOR**
**Corrections Services**
**California Correctional Health Care Services**
**(916) 691-2887 office**
**Vincent.Cullen@cdcr.ca.gov**