# Exhibit C

 

# MEMORANDUM

| | |
|---|---|
| **Date:** | June 11, 2020 |
| **To:** | California Department of Corrections and Rehabilitation (CDCR) - All Staff<br>California Correctional Health Care Services (CCHCS) - All Staff |
| **From:** | Ralph M. Diaz<br>Secretary<br>CDCR | J. Clark Kelso<br>Receiver<br>CCHCS |
| **Subject:** | UPDATE TO THE MARCH 13, 2020 MEMORANDUM MESSAGE TO EMPLOYEES REGARDING COVID-19 |

We hope that you and your families are staying healthy. As COVID-19 guidance continues to evolve, we remain dedicated to the safety, health, and well-being of staff and the inmate population. While stay at home orders are beginning to lift and local businesses are reopening, please remember there are still very important safety guidelines that should be followed both at work and as individuals residing in our communities.

Reminders:

At Work
- Adhere to cleaning and disinfection protocols for example, clean your face coverings and any other equipment such as computers, phones, copiers, and state issued equipment kept on your person or assigned work vehicle.
- Physically distance at all times possible.
- Staff working or performing duties on institutional grounds shall wear cloth or other approved face barrier coverings at all times with the exception of an outdoor setting where 6 feet physical distancing can be accomplished. Please note, this is a slight modification from the April 16, 2020 CalPIA Cloth Face Mask Barrier memorandum. If alone in an office space or tower a mask is not required. If someone enters the space, masks are required. Failure to do so may result in progressive discipline.
- As a reminder, maintaining physical distancing requirements when moving about the institution for routine tasks is still recommended.
- Additionally, staff working in headquarters offices, regional offices, or institution administrative offices shall be required to wear cloth face coverings when in close proximity of others where 6 feet physical distancing cannot be achieved.
- Wear proper PPE according to guidance provided on the memorandum authored by Heidi M. Bauer, MD MS MPH and Diana O'Laughlin, FNP-BC, DNP on April 6th, 2020 COVID-19 Personal Protective Equipment (PPE) Guidance and Information.

CDCR Employees Statewide
CCHCS Employees
Page 2

- Wash your hands frequently.
- Answer the daily screening questions with any new symptoms that you may be experiencing or if you feel sick during your work shift, or have COVID symptoms, report to your supervisor and go home.

Common occurrences that should <u>not</u> happen:

- Handshakes, fist bumps, and hugging.
- Potlucks.
- Gathering in a breakroom, or small space for breaks or lunches, even for small amount of time.

At Home

- Change out of your work clothes before or when you get home. Launder frequently with normal detergent. No extra laundering or special handling is needed.
- At the beginning of the day and when you get home, disinfect items that are frequently touched by yourself or others. Such items could include cellphones and cellphone cases, utility belts, door handles, and keyboards. Regular household disinfectants are effective.
- Disinfecting surfaces and items and cleaning your hands will reduce transmission.
- Cover your mouth and nose when sneezing, cough into your sleeve, and wash your hands if you accidentally soiled them with respiratory secretions.

Each day, our gratitude goes out to each of you during this challenging time and encourage staff and their families to continue their efforts at work and home to control the spread of COVID-19. Working together, we will get through this.