PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | CASE NO. 01-1351 JST<br><br>**PLAINTIFFS' ERRATA TO CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　July 2, 2020<br>Time:　3 p.m.<br>Crtrm.:　6, 2nd Floor<br>Judge:　Hon. Jon S. Tigar |

　　　　In Section IV of the Joint Case Management Conference Statement filed on July 1, 2020, Plaintiffs mistakenly used incorrect data regarding numbers of patients and available cell beds.  The corrected data does not change any of the points made in that section.

　　　　Regarding the number of high risk patients in dorms, we used data produced by CCHCS on June 9, 2020 reporting the number of people in dorms who had one or more COVID-19 risk factor(s), instead of data produced by CDCR on June 24, 2020 reporting

the number of patients categorized as "high risk medical" in the dorms.  Regarding the number of empty cells, we used data produced by Defendants on June 11, 2020.  Defendants provided a more comprehensive analysis of empty beds on June 24, 2020.

    We apologize for that error, and all inconvenience and problems it has or may have caused.  Section IV of the Joint Case Management Conference Statement, with the corrected data, is attached hereto as Exhibit A.  For the Court's convenience, we have also attached a redline, as Exhibit B.

DATED:  July 2, 2020                        PRISON LAW OFFICE

By:     /s/
      Sophie Hart
      Attorney for Plaintiffs