# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 2, 2020                                                                     Judge: Jon S. Tigar

Time: 56 minutes

Case No.        **4:01-cv-01351-JST**
Case Name    **Marciano Plata, et al. v. Gavin Newsom, et al.**

| | |
|---|---|
| Attorneys for Plaintiffs: | Donald Specter<br>Steven Fama<br>Alison Hardy<br>Sophie Hart |
| Attorneys for Defendants: | Paul Mello<br>Damon McClain |
| Counsel for Intervenors: | David Sanders |
| Receiver: | Clark Kelso |
| Outside Counsel for Receiver: | Martin Dodd |

Deputy Clerk: Mauriona Lee                                               Court Reporter: Diane Skillman

## PROCEEDINGS

Further Case Management Conference – held.

## RESULT OF HEARING

1. The Court notified the parties that it received ex parte electronic communications from Assemblymembers Rob Bonta and Marc Levine regarding the COVID-19 outbreak at San Quentin. The Court responded by electronic message to both individuals and stated that the Court would not have one-on-one conversations with state legislators on that topic.
2. On June 29, 2020, the Court conducted facility visits to California State Prison, Solano, and California Medical Facility ("CMF").
3. Defendants shall provide to Plaintiffs a revised draft of the staff testing policy for COVID-19 no later than July 16, 2020.
4. Informed in part by its visit to CMF, the Court expressed that the State must release a large number of medically vulnerable and elderly inmates from its prisons to avoid

1

    unnecessary infection and mortality of its inmates and staff, and within its prison communities.
5. Further case management conference set for July 16, 2020, at 10:00 a.m. Case management statement due July 15, 2020, by 2:00 p.m.