UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER RE: ISOLATION AND QUARANTINE SPACE** |

At yesterday's case management conference, the Court discussed with the parties whether it should order Defendants to set aside sufficient space at each institution to allow the institution to follow public health guidance on isolating and quarantining patients in the event of a COVID-19 outbreak. The Court currently intends to issue such an order as soon as reasonably practicable.

If they have not already begun doing so, the parties and the Receiver shall meet and confer regarding the elements they believe an order should include. The Court strongly encourages the involvement of medical and public health experts during this process. The Court understands that the Receiver has already started the process of identifying the number and type of beds he believes are required to isolate and quarantine patients at each institution, and that he intends to share that information, along with the standards he used to identify those numbers, with the parties as soon as possible. This information should provide a strong foundation for the parties' discussion.

If agreement can be reached on an appropriate order on this topic, the parties shall submit a stipulated proposed order for the Court's review and approval by July 13, 2020.

If agreement cannot be reached, then the parties shall file simultaneous briefing, accompanied by their separate versions of a proposed order, by the same date. The parties' responses shall be supported by medical and/or public health expertise. By July 17, 2020, the

parties shall file simultaneous oppositions to each other's proposed orders, again supported by medical and/or public health expertise. Unless otherwise ordered, the Court will then take the matter under submission without a hearing.

Although the Court at this time is not requesting the parties to submit a proposed order relating to staffing in case of an outbreak, the parties and the Receiver should continue to meet and confer on that topic. Among other questions, the parties and the Receiver should discuss plans to ensure adequate staffing at each institution, and the system as a whole, under different scenarios, including a large outbreak at one institution and simultaneous medium to large outbreaks at multiple institutions.

**IT IS SO ORDERED.**

Dated: July 7, 2020



JON S. TIGAR
United States District Judge

2