# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ANTHONY WALDRIP,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>and<br><br>RALPH DIAZ, Secretary, Department of Corrections and Rehabilitation,<br><br>Respondents. | Case No. 4:20-cv-04253-KAW<br><br>**[PROPOSED] ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT JUDGE JON S. TIGAR** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that because this case is related to issues presented in *Plata v. Newsom*, Case No. 4:01-cv-01351-JST, the case is hereby transferred to United States District Court Judge Jon S. Tigar for further proceedings.

IT IS SO ORDERED.

Dated: July 10, 2020

> HONORABLE JON S. TIGAR
> United States District Court Judge

Presented By:

By:   */S/ Brian M. Pomerantz*
       BRIAN M. POMERANTZ

Attorney for Petitioner
ANTHONY WALDRIP