XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | CASE NO. 01-1351 JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE TO SUBMIT STIPULATED OR PROPOSED ORDERS MANDATING RESERVED SPACE FOR ISOLATION AND QUARANTINE FOR COVID-19 OUTBREAKS (ECF NO. 3381)** |

At the case management conference on July 6, 2020, the Court discussed with the parties whether it should order Defendants to set aside sufficient space at each institution for use in the event of a COVID-19 outbreak to isolate or quarantine patients. On July 7, 2020, the Court ordered the parties to either submit a joint stipulation or separate versions of a proposed order on the above topic by Monday, July 13, 2020. (ECF No. 3381.) If the parties submit separate versions of a proposed order, the Court's July 7 order requires them to file simultaneous oppositions to each other's proposed orders by Friday, July 17, 2020. (*Id.*) The Court also ordered the parties and the Receiver to meet and confer regarding the elements they believe an order should include. (*Id.*)

On July 8, 2020, the Receiver provided the parties with a draft methodology for determining space needs for the institutions in the event of an outbreak of COVID-19. On July 9, the Receiver provided a document demonstrating the application of the methodology to a single prison. The parties met with the Receiver on July 9, 2020, to seek clarification about these documents and to provide comments. The Receiver sent a revised version of the methodology document and a new document demonstrating the application of the methodology to each institution at about 12:30 p.m., Saturday, July 11, 2020. Plaintiff and Defendants met and conferred on Saturday at 3:00 p.m. and agreed that additional time was needed; Defendants' counsel had not yet been able to receive information from their clients and expert(s), and both parties agreed that additional information from the Receiver would be helpful before they can submit any proposed orders. Per the parties' request, the Receiver scheduled a call for Monday, July 13, 2020, at 2:00 p.m., to answer the parties' follow-up questions about the new documents that were provided on Saturday.

Plaintiffs and Defendants therefore enter into the following Stipulation and jointly request the Court to approve this Stipulation:

1. The deadline for the parties to submit a stipulated proposed order or separate versions of a proposed order on the topics identified in the Court's July 7 order (ECF No. 3381) is extended to July 15, 2020.

2. If the parties submit separate versions of a proposed order, the deadline to file simultaneous oppositions to each other's proposed orders is extended to July 20, 2020.

DATED:  July 12, 2020  XAVIER BECERRA
Attorney General of California

By:   */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
Attorneys for Defendants

DATED:  July 12, 2020  HANSON BRIDGETT LLP

By:   */s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED:  July 12, 2020  PRISON LAW OFFICE

By:   */s/ Steven Fama*
STEVEN FAMA
Attorney for Plaintiffs

/ / /

/ / /

1  The deadline for the parties to submit a stipulated proposed order or separate
2  versions of a proposed order on the topics identified in the Court's July 7 order (ECF No.
3  3381) is extended to July 15, 2020.  If the parties submit separate versions of a proposed
4  order, the deadline to file simultaneous oppositions to each other's proposed orders is
5  extended to July 20, 2020.

6  IT IS SO ORDERED.

7  Date:  _____July 13_____, 2020
8

9
10  _____
    THE HONORABLE JON S. TIGAR
11  UNITED STATES DISTRICT COURT JUDGE