PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GAVIN NEWSOM., et al., <br><br> *Defendants*. | Case No. C01-1351 JST <br><br> **DECLARATION OF ADAM LAURING, MD, PhD, IN SUPPORT OF PLAINTIFFS' PROPOSED ORDER** |

1

**DECLARATION OF ADAM LAURING, M.D, Ph.D.**

I, Adam Lauring, declare as follows:

1.      I am a physician and Associate Professor in the Division of Infectious Diseases and the Department of Microbiology and Immunology at the University of Michigan.  I am board certified in infectious diseases and have a PhD in Molecular and Cellular Biology.  In 2019, I became a Fellow of the Infectious Diseases Society of America, an honor given to individuals who have demonstrated excellence in the field. In 2020, I was elected to the Governing Council of the American Society for Virology. Attached as Exhibit A is a copy of my curriculum vitae.  Further biographical details and qualifications are available at https://medicine.umich.edu/dept/ microbiology-immunology/adam-lauring-md-phd.

2.      I specialize in molecular virology and have published extensively on virus transmission and spread.  In particular, I study how viruses evolve and spread with a focus on influenza and other respiratory viruses.  I am the Principal Investigator on a 5-year, $3.7 million NIH grant on respiratory virus transmission.  I have cared for COVID-19 patients and was instrumental in developing and implementing many aspects of the University of Michigan's epidemic response: I developed our diagnostic and testing guidelines, contributed to institutional treatment guidelines, and worked closely with hospital infection control to manage patient flow over the first two weeks of the Michigan epidemic. I also helped to set up our Regional Infection Containment Unit, a dedicated COVID-19 intensive care unit.

3.      I am familiar with the scientific literature on the transmission, treatment, and prevention of COVID-19, and I am in frequent contact with experts in the field around the country and the world.

4.      I am also familiar with a growing body of scientific literature detailing the particular risks and dangers that COVID-19 presents in correctional settings.  I have reviewed the "Urgent Memo" on the COVID-19 outbreak at San Quentin State Prison

2

from AMEND and the Berkeley School of Public Health, dated June 13, 2020, and attached as Exhibit B.  I also note a recent article in the Journal of the American Medical Association finds that "COVID-19 case rates have been substantially higher and escalating much more rapidly in prisons than in the US population," including the finding that people in prison are three times more likely to die and 5.5 times more likely to become infected by the virus.  See https://jamanetwork.com/journals/ jama/fullarticle /2768249.

5.     Medical isolation and quarantine of known and suspected cases of the virus are absolutely essential tools to prevent massive outbreaks, particularly in confined and congregate care settings such as prisons, where people are indoors nearly all the time and do not have the freedom of movement to practice physical distancing in the way that most of us can accomplish.  People with confirmed cases or who have symptoms of the virus must be separated from those in quarantine as suspected cases, and both groups must be separated from people who are asymptomatic and not suspected of infection.  Without adequate space to accomplish this separation, minor outbreaks can quickly flare up to a disastrous level, such as we have witnessed at San Quentin.

6.     I have carefully reviewed the document entitled "COVID-19 Space Needs for Prevention, Isolation and Quarantine," dated July 11, 2020, and provided to me in its most recent form on July 14 from Plaintiffs' counsel (attached as Exhibit C).  Generally speaking, I find this document sets forth a sound strategy on medical isolation and quarantine, and one that comports with the scientific data and literature on prevention of transmission of COVID-19 as well as the experience of COVID-19 in correctional settings.  I agree wholeheartedly with the "fundamental underlying tenet of this proposal" that "each institution must have adequate space to allow for the housing, feeding, and programing of all inmates under its care," and that adequate space must include vacant beds to allow for speedy activation of living spaces for medical isolation and quarantine, separated from non-infected patients and from each other.

3

7.      The Receiver's strategy as set forth in this document is to set aside 20% of the beds on each prison facility (or, if larger, the number of beds in the largest living unit) so that they will be readily available for quarantine and medical isolation purposes. There is no current consensus among the scientific community about how to determine exactly how much space is enough in a correctional institution for this purpose; we are simply too early in our experience of COVID-19 to make such precise determinations and predictions.  However, the lack of consensus should not prevent action from being taken based on the best estimates from recent experience.  I note that the recommendation in the AMEND memo was to reduce San Quentin's population by 50%; my understanding is that this was not done, and there has subsequently been a massive outbreak and significant morbidity and mortality at the institution.

8.      My opinion as to how to make these determinations in the correctional environment comports with the Receiver's actions: carefully review the outbreaks already experienced to determine what space, if available in the early stages, would have provided a significant reduction in the risk of spread of the disease throughout the prison.

9.      The Receiver's approach is sensible and his resulting strategy sound.  A set-aside of 20% of beds will give prison officials significant room to work and provides an essential tool in stemming major outbreaks, based on all the data currently available.  I see no other reasonable alternative at this point.  Further, I cannot stress strongly enough the critical nature of speedy action.  Without adequate space at their disposal to medically isolate and quarantine patients, prison officials will lack an essential, proven tool to fight a major outbreak, and the result could well be deadly.  The fact that no one can precisely predict the exact quantity of space needed at this time should not prevent speedy action to ensure that this life-saving tool is used by prison officials.  The Receiver's approach is a reasonable one and I endorse it.

10.      I also endorse the other principles and strategies outlined by the Receiver. The guidance that he has provided about isolation, quarantine, prevention and

DECLARATION OF ADAM LAURING, M.D., PH.D.
CASE NO. C01-1351 JST

containment are grounded in public health principles and are practiced in various forms all across the country.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2020, in Ann Arbor, Michigan.

_____

Adam Lauring, M.D., Ph.D.

# EXHIBIT A

**Adam Scott Lauring, MD, PhD**

Associate Professor
Division of Infectious Diseases, Department of Internal Medicine
Department of Microbiology and Immunology
Department of Ecology and Evolutionary Biology

5510B MSRBI, SPC 5680
1150 W. Medical Center Dr.
Ann Arbor, MI 48109-5680
(734) 764-7731
alauring@med.umich.edu

**Education and Training:**

| | | |
|---|---|---|
| 1990-1994 | Yale University | B.S. |
| 1994-2000 | University of Washington | Ph.D., Molecular Biology |
| 1994-2002 | University of Washington | M.D. |
| 2002-2004 | University of California, San Francisco | Resident, Medicine |
| 2004-2008 | University of California, San Francisco | Fellow, Infectious Diseases |
| 2007-2009 | University of California, San Francisco | Postdoctoral, Virology |

**Certification and Licensure:**

| | |
|---|---|
| 2003 | Medical License, Medical Board of California |
| 2005 | Internal Medicine, American Board of Internal Medicine |
| 2007 | Infectious Diseases, American Board of Internal Medicine |
| 2012 | Medical License, State of Michigan |

**Appointments:**

*Academic*

| | |
|---|---|
| 2005-2006 | Chief Medical Resident, Department of Medicine, UCSF |
| 2006 | Visiting Scholar, Department of Chemistry, UC-Berkeley |
| 2008-2009 | Clinical Instructor, Division of Infectious Diseases, UCSF |
| 2009-2012 | Assistant Adjunct Professor, Division of Infectious Diseases, UCSF |
| 2012-2018 | Assistant Professor, University of Michigan |
| 2018- | Associate Professor with Tenure, University of Michigan |

*Clinical*

| | |
|---|---|
| 2004-2006 | Staff Physician, Marin County General Hospital, CA |
| 2006-2008 | Staff Physician, Mount Zion Hospital at UCSF |
| 2008-2012 | Staff Physician, Alta Bates Summit Medical Center, Berkeley, CA |

**Research Interests:**

1.   Molecular Virology
2.   Microbial Pathogenesis
3.   Population Genetics and Evolution
4.   Human Genetics of Infectious Diseases

**Grant Support:**

<u>*Current Grants*</u>

*Contract 75D30120C07963 Development of a Multi-level Integrated Strategy for Regional Evaluation of Influenza Viruses and Vaccines*
CDCP-DHHS-US- Co-I with Effort (Principal Investigator: Martin, Emily)
05/2020-04/2022

*The Evolution of Pathogen Virulence and Transmissibility*
Burroughs Wellcome Fund- Lauring, Adam, PI
07/2017-06/2022

*5 R01 AI118886: Fidelity, robustness, and diversity in RNA virus evolution and pathogenesis*
NIH-DHHS-US- Lauring, Adam, PI
01/2016-01/2021

*1 R21AI141832: Mutation rates and transmission dynamics of influenza B viruses*
NIH-DHHS-US- Lauring, Adam, PI
02/2019-01/2021

*U01 IP 000974: US Hospital Vaccine Effectiveness (VE) Network*
CDCP-DHHS-US- Co-I with Effort (Principal Investigator: Monto, Arnold and Martin, Emily)
08/2015-07/2020

*U01 IP001034: US Influenza Vaccine Effectiveness (VE) Network*
CDCP-DHHS-US- Co-I with Effort (Principal Investigator: Monto, Arnold and Martin, Emily)
08/2016-07/2021

*NIH CEIRS Program Option: Evaluating the effect of repeated influenza vaccination*
NIH-DHHS-US- Co-I with Effort (Principal Investigator: Monto, Arnold and Martin, Emily)
08/2018-08/2020

*5 T32 AI007528: Molecular Mechanisms of Microbial Pathogenesis Training Program*
NIH-DHHS-US- Co-I without Effort (Principal Investigator: Carruthers, Vernon Bruce)
08/2014-07/2019, renewal pending

*Sequencing of SARS-CoV-2 to Define Transmission and Spread*
UM COVID-19 Response Innovation Grant - Lauring, Adam PI without effort
04/2020-07/2022

*Pending Grants*
*1 R01 AI148371: Evolution and Transmission of Influenza Virus in Natural Human Infection*
NIH-DHHS-US- Lauring, Adam, MPI (with Emily Martin)
07/2020-06/2025          Impact 14, Percentile 1

*Past Grants*

*Poliovirus sequencing from the Matlab study*
The Bill and Melinda Gates Foundation- Lauring, Adam Co-PI (with Famulare and Taniuchi)
08/2018-02/2020 (NCE)

*Influenza Vaccine Response and Transmission Risk*
MCubed Award – Lauring, Adam Co-PI without effort (with Zelner and Petrie)
01/2018-12/2019

*Multiscale Investigation of Influenza Transmission and Vaccine Failure*
MICHR Accelerating Synergy Award – Lauring, Adam Co-PI
07/2018-06/2019

*2 R56 AI097150-05: Household Studies of Influenza and Other Respiratory Viruses*
NIH-DHHS-US- Co-I with Effort (Principal Investigator: Monto, Arnold S;Gordon, Aubree)
08/2016-07/2017

*Influenza Transmission in a Vaccinated Cohort*
University of Michigan Discovery Grant - Lauring, Adam PI
05/2015-04/2017

*5U01 P000474: Core Plus A-B Option Influenza Vaccine Effectiveness*
CDC Co-I with Effort (Principal Investigator: Monto, Arnold)
07/2014-06/2016

*Viral determinants of influenza vaccine failure*
Infectious Diseases Society of America- Lauring, Adam, PI
11/2013-10/2015

*Viral mutant networks and effective influenza control*
Doris Duke Charitable Foundation- Lauring, Adam, PI
07/2013-06/2016

*Genomewide Dissection of Host Factors in HAV Associated Liver Failure*
UCSF Liver Center- Lauring, Adam PI
04/2011-03/2012

*7 K08 AI081754: Population Dynamics and Evolutionary Capacity of Viral Quasispecies* NIH-DHHS-US- Lauring, Adam, PI
03/2009-08/2013

*Evolvability in Enteroviruses – Implications for Therapy and Vaccines*
American Heart Association- Lauring, Adam PI
07/2008-02/2009

## Honors and Awards

| | |
|---|---|
| 1993-1994 | Mellon Undergraduate Research Fellowship |
| 1994 | Distinctive Honors in Biology and in History of Science |
| 1994 | Magna Cum Laude, Yale University |
| 1994 | Phi Beta Kappa, Yale University |
| 1997-1999 | Poncin Graduate Fellowship |
| 2000-2002 | Achievement Rewards for College Scientists (ARCS) Fellowship |
| 2000-2002 | Paul Allen Foundation Fellowship |
| 2002 | Medical Doctor, with Honors, University of Washington |
| 2006 | Alpha Omega Alpha, University of California, San Francisco |
| 2006-2008 | UCSF Molecular Medicine Fellow |
| 2012 | University of Michigan Biological Sciences Scholars Program |
| 2013 | Doris Duke Charitable Found. Clinician Scientist Development Award |
| 2013 | Pfizer Young Investigator Award in Vaccine Development |
| 2017 | Burroughs Wellcome Fund Investigator in the Pathogenesis of Inf. Disease |
| 2019 | Fellow of the Infectious Diseases Society of America |
| 2020 | Department of Internal Medicine Chair's Impact Award |

## Membership in Professional Societies:

| | |
|---|---|
| 2005-2007 | Infectious Diseases Society of America, Member-in-Training |
| 2010-2011 | American Society for Human Genetics, Member |
| 2011- | American Society for Virology, Member |
| 2011- | Infectious Disease Society of America, Member |
| 2011-2013 | International Encephalitis Consortium, Member |
| 2012- | American Society for Microbiology, Member |

## Editorial and Peer Review Service:

| | |
|---|---|
| 2011- | Ad hoc reviewer<br>Journal of Virology; PLoS One; PLoS Pathogens; PLoS Genetics; Molecular Biology and Evolution; eLife; PLoS Biology; Nature Communications; Virus Evolution; Scientific Reports; PNAS; Virology; mSphere; mBio; Philosophical Transactions Royal Society B; Evolutionary Applications; Nature Ecology and Evolution; Trends in Microbiology; Vaccine; Viruses; Science; Genetics; Journal of Medical Virology; Cell Host and Microbe; Nature Microbiology; JAMA |
| 2014-2020 | Associate Editor, PLoS Pathogens |
| 2020- | Section Editor, PLoS Pathogens |

**Teaching:**

*Graduate Students*

| | |
|---|---|
| 2013-2016 | Matthew Pauly, PIBS Microbiology and Immunology |
| | Current, Staff Scientist, CDC Division of Viral Hepatitis |
| 2014-2018 | John T. McCrone, PIBS Microbiology and Immunology |
| | Current, Postdoctoral Fellow, University of Edinburgh |
| 2016-2020 | Daniel Lyons, MSTP and Ecology and Evolutionary Biology |
| 2018- | Andrew Valesano, MSTP and Cell and Molecular Biology |
| 2019- | Yuan Li, PIBS Microbiology and Immunology |

*Advanced Fellow/Faculty Mentees*

| | |
|---|---|
| 2014-2016 | Robert Woods, MD, PhD |
| | Current, Assistant Professor, University of Michigan |
| | Mentor on K08 AI119182 |
| 2018- | Joshua Petrie, PhD |
| | Current, Research Assistant Professor, University of Michigan |
| | Mentor on K01 AI141579 |
| 2019- | Daniel Schneider, MD, PhD |
| | Current, Assistant Professor, University of Michigan |
| | Member of K08 Mentoring Committee |

*Postdoctoral Fellows*

| | |
|---|---|
| 2014-2016 | Daniel Jorge, PhD |
| 2014-2016 | Kari Debbink, PhD |
| | Current, Assistant Professor, Bowie State University |
| 2016-2018 | Kayla Peck, PhD |
| 2020- | Emily Bendall, PhD |

*Other Trainees*

| | |
|---|---|
| 2010-2012 | Dustin Long, UCSF Medical Student |
| 2012-2014 | Eric Hwu, UM Undergraduate |
| 2012-2014 | Shawn Whitefield, MPH Student |
| 2013-2014 | Mariessa Stademann, Visiting Graduate Student, University of Lubeck |
| 2014-2016 | Anna Berezovsky, UM Undergraduate |
| 2015-2016 | Emily Mantlo, UM Undergraduate |
| 2018-2019 | Candelaria de la Rosa, UM Undergraduate |
| 2018- | Emma James, UM Undergraduate |
| 2019- | Kalee Rumfelt, MPH Student |

*Preliminary Exam Committees*
Alex Smith, PIBS Bioinformatics 2013
Ellyn Schinke, PIBS Microbiology 2014
Dishari Mukherjee, PIBS Microbiology 2014
Nicholas Lesniak, PIBS Microbiology 2016
Danelle Weakland, PIBS Microbiology 2016

Zena Lapp, PIBS Bioinformatics 2018
Amanda Photenhauer, PIBS Microbiology 2018

*Dissertation Committees*
Daniel Zinder, PIBS Bioinformatics, Defended 2015 (Mercedes Pascual)
Brittany Agius Bailey, Pharmaceutical Sciences, Defended 2015 (Steven Schwenderman)
Jay Lubow, PIBS Microbiology, Defended 2020 (Kathy Collins)
Sukhmani Bedi, PIBS Microbiology and Immunology, Defended March 2019 (Akira Ono)
Yinyin Ye, Environmental Engineering, Defended 2018 (Krista Wiggington)
Michelle Fearon, Ecology and Evolutionary Biology (Elizabeth Tibbetts)
Jillian Myers, Ecology and Evolutionary Biology (Tim James)
Hannah Segaloff, Epidemiology, Defended March 2019 (Emily Martin)
Qingxia Zhang, Ecole Polytechnique Federale de Lausanne, Defended 2017 (Tamar Kohn)
John Kubale, Epidemiology (Aubree Gordon)
Katherine Miller, Epidemiology (Emily Martin)
Judy Chen, PIBS Immunology (Daniel Goldstein)

*Classroom Teaching Activities*
| | |
|---|---|
| 1994 | Small Group Leader, AIDS Education in King County Public Schools |
| 1998 | Teaching Assistant, Introduction to Biology, University of Washington |
| 1998-1999 | Science Outreach, Vashon Island Public Schools |
| 2004-2006 | Lecturer, MS3 Didactic Sessions |
| 2005-2006 | Curriculum Development, Internal Medicine Residency |
| 2006 | Lecturer, Internal Medicine Housestaff Conference |
| 2006 | Presenter, Advances in Internal Medicine CME Course |
| 2006 | Small Group Leader, CODA Clinical Skills Course |
| 2008-2010 | Lecturer, Infectious Disease Fellows' Curriculum |
| 2008-2010 | Small Group Leader, Advances in Medical Sciences Course |
| 2010 | Small Group Leader, MS2 Micro and Infectious Disease Curriculum |
| 2013- | Lecturer, Infectious Disease Sequence (INF 500), 2-3 contact hours |
| 2014- | Lecturer, Viral Pathogenesis (Micro 615), 6 contact hours |
| 2014 | Course Director, Experimental Genetic Systems (HG 632) |
| 2014 | Guest Lecture, LSA Freshman Seminar (UC152) |
| 2015 | Course Director, Viral Pathogenesis (Micro 615) |
| 2015- | Course Director, Science in the Clinics (Micro 813) |
| 2017 | Guest Lecture, LSA Freshman Seminar (UC154) |
| 2017 | Guest Lecture, Experimental Genetic Systems (HG 632) |
| 2018 | Lecturer, Foundations of Immunology for MS1, 1 contact hour |
| 2018-2019 | Small Group Leader, Research Responsibility and Ethics (PIBS 503) |

*Clinical Teaching Activities*
| | |
|---|---|
| 2005-2006 | Small Group Leader, MS3 Bimonthly Physical Diagnosis Rounds |
| 2005-2006 | Small Group Leader, Residency Morning Report |
| 2005-2006 | Attending Physician, Internal Medicine Service, UCSF |
| 2008-2011 | Attending Physician, Infectious Diseases Consult Service, UCSF |
| 2012- | Attending Physician, Infectious Diseases Consult Service, UM |

*Community Outreach*

| | |
|---|---|
| 04/2014 | Lecturer, University of Michigan "Mini Med School" |
| 10/2014 | Panelist, UM International Institute Forum "Beyond Ebola" |
| 10/2015 | Guest, "This Week in Virology, Episode 360" podcast |
| 08/2019 | Guest, "Curioscity, A Science Show, Episode 33" podcast |
| 07/2020 | Guest Speaker, miRCore Summer Science Camp for High School Students |
| 07/2020 | Guest Speaker, Aspirnaut Summer Science Internship Program |

## Committee, Organizational, and Grant Review Service:

| | |
|---|---|
| 2012 | Chair, Host Genetics Subgroup, International Encephalitis Consortium |
| 2013-2014 | Graduate Studies, Department of Microbiology and Immunology |
| 2014- | Faculty Search Committee, Division of Infectious Diseases |
| 2014- | Assoc. Director, Molecular Mechanisms of Microbial Pathogenesis (T32) |
| 2014 | MICHR Pilot Grant Study Section, Round 17 |
| 2014-2015 | Appointments, Promotions, Awards, Dept. Microbiology and Immunology |
| 2015-2016 | Graduate Studies, Department of Microbiology and Immunology |
| 2016 | Abstract Review, ASM Microbe |
| 2016-2017 | Grant Review, MICHR Postdoctoral Translational Scholars Program |
| 2016 | Ad hoc reviewer, National Science Foundation Career Awards |
| 2016 | Ad hoc reviewer, NIAID Special Emphasis Panel on Zika Virus |
| 2016 | Ad hoc reviewer, NIGMS K99/R00 Review Panel |
| 2017 | Grant Review, ETH Zurich Postdoctoral Fellowship Program |
| 2017- | American Society for Virology Communications Committee |
| 2018 | Grant Review, Doris Duke Charitable Foundation CSDA |
| 2018- | University of Michigan Institutional Biosafety Committee |
| 2018 | Grant Review, Sir Henry Wellcome Postdoctoral Fellowship Program |
| 2019 | Grant Review, Netherlands Organisation for Scientific Research |
| 2019 | Grant Review, Singapore Ministry of Health |
| 2019- | UM Biological Sciences Scholars Program Search Committee |
| 2019 | Midwest Virology Symposium Scientific Program Committee |
| 2019- | IDSA Research Committee |
| 2020 | Ad hoc reviewer, NIH Genetic Variation and Evolution (GVE), Member Conflict SEP, NIH Special Panel for Rapid Investigation of SARS-CoV-2 and COVID-19 |
| 2020- | Member of Council, American Society for Virology |
| 2020- | UM Office of Research, COVID19 Research Prioritization Committee |
| 2020- | UM COVID19 Clinical Trials Feasibility Committee |
| 2020- | Division of Infectious Diseases COVID19 Task Force |
| 2020- | Michigan Medicine Ad Hoc Working Group on PPE Decontamination |

## Industry Relationships and Non-academic Activities

| | |
|---|---|
| 2018 | Consultant for Sanofi |
| 2018- | Member of Steering Committee for Roche, CENTERSTONE: a global |

<table>
<tr><td></td><td>phase IIIb, randomised, double-blind, placebo-controlled clinical efficacy study of baloxavir marboxil for the reduction of direct transmission of influenza from otherwise healthy patients to household contacts</td></tr>
<tr><td>2020-</td><td>Expert witness in litigation regarding control of COVID19 in correctional facilities. Review of documents, preparation of declarations/affidavits, and testimony in Federal Court.</td></tr>
</table>

           *Cameron et al. v Bouchard et al.* (Oakland County)
           *Wayne County Jail Inmates et al. v William Lucas et al.* (Wayne County)
           *Abrams et al. v Chapman et al.* (Michigan Department of Corrections)
           *Plata et al. v Newson et al.* (California Department of Corrections)

## Seminars and Extramural Invited Presentations:

### *Intramural Seminars*

| | |
|---|---|
| 06/2012 | UCSF Liver Center Symposium |
| 11/2012 | School of Public Health MAC-EPID Symposium |
| 12/2012 | Monthly EEB "Theory Group" Lunch Seminar |
| 12/2012 | Evolution, Health, and Adaptation Program Seminar Series |
| 11/2013 | Blood and Marrow Transplant Program Research Update Meeting |
| 11/2013 | Department of Ecology and Evolutionary Biology Seminar Series |
| 09/2014 | Division of Infectious Diseases Grand Rounds |
| 10/2014 | Department of Internal Medicine Grand Rounds |
| 10/2014 | Speaker, Biological Sciences Scholars Program Retreat |
| 10/2015 | Department of Computational Medicine and Bioinformatics |
| 10/2016 | University of Michigan M&I, Michigan State MMG Joint Retreat |
| 10/2016 | Department of Ecology and Evolutionary Biology Tuesday Seminar |
| 12/2016 | Division of Infectious Diseases Grand Rounds |
| 10/2017 | Department of Microbiology and Immunology |
| 01/2019 | RNA Innovation Seminar Series |
| 09/2019 | Division of Infectious Diseases Grand Rounds |
| 05/2020 | Department of Internal Medicine Grand Rounds |
| 06/2020 | Biosciences Initiative Symposium on SARS-CoV-2 and COVID19 |

### *Extramural Invited Presentations*

| | |
|---|---|
| 12/2000 | Columbia University, Department of Pathology |
| 02/2011 | UC-Berkeley, Center for Theoretical and Evolutionary Genomics |
| 03/2011 | Blood Systems Research Institute Symposium, San Francisco, CA |
| 04/2011 | Columbia University, Division of Infectious Diseases |
| 09/2011 | University of Michigan, Division of Infectious Diseases |
| 09/2011 | San Francisco State University, Cell and Molecular Seminar Series |
| 11/2011 | Stanford University, Division of Infectious Diseases |
| 11/2011 | Yale University, Division of Infectious Diseases |
| 01/2014 | University of Utah, Microbial Pathogenesis Seminar Series |
| 02/2014 | NanoBio Corporation, Michigan |
| 05/2015 | University of Toledo, Department of Microbiology and Immunology |
| 05/2015 | Vanderbilt University, Division of Infectious Diseases |

| | |
|---|---|
| 07/2015 | Ecology and Evolution Symposium, American Society for Virology |
| 03/2016 | Penn State University, Center for Infectious Disease Dynamics |
| 03/2016 | Wayne State University, Department of Immunology and Microbiology |
| 02/2017 | Laufer Center for Physical and Quantitative Biology, SUNY Stonybrook |
| 03/2017 | Ninth Workshop on Virus Evolution, State College, PA |
| 08/2017 | NIAID Workshop on Enteroviruses, Rockville, MD |
| 09/2017 | University of Pennsylvania, Department of Microbiology |
| 09/2017 | University of Chicago, Committee on Microbiology |
| 10/2017 | IDweek 2017 Invited Presentation, San Diego, CA |
| 11/2017 | University of Illinois, School of Molecular and Cellular Biology |
| 01/2018 | Mt. Sinai, Global Health and Emerging Pathogens Institute |
| 03/2018 | University of Chicago Comm. on Genetics, Genomics, and Systems Bio. |
| 04/2018 | Emory Department of Pediatrics Research Grand Rounds |
| 04/2018 | Emory Population Biology, Ecology, and Evolution Seminar Series |
| 05/2018 | NIAID Laboratory of Viral Diseases Seminar Series |
| 07/2018 | State of the Art Lecture, American Society for Virology Annual Meeting |
| 08/2018 | Fred Hutchinson Cancer Research Center CIDID Seminar |
| 09/2018 | Duke University, Department of Microbiology and Molecular Genetics |
| 10/2018 | Michigan State University, Department of Micro and Molecular Genetics |
| 11/2018 | University of Virginia, Division of Infectious Diseases |
| 01/2019 | University of Texas Medical Branch, Department of Biochemistry |
| 03/2019 | Center for Communicable Disease Dynamics, Harvard SPH |
| 03/2019 | Center for Virus Research, University of California, Irvine |
| 05/2019 | University of Rochester, Department of Medicine |
| 07/2019 | Israel Ministry of Health, Center for Disease Control |
| 10/2019 | Institute for Molecular Virology, University of Wisconsin |
| 10/2019 | Global Infectious Diseases Seminar, University of Wisconsin |
| 03/2020 | University of Iowa, Department of Internal Medicine |

**Bibliography:**

*Google Scholar Summary*

| | | |
|---|---|---|
| Citations | 2879 | 1963 since 2015 |
| h-index | 25 | 20 since 2015 |
| i10-index | 34 | 26 since 2015 |

*Peer Reviewed*

1. Novick P, Garrett MD, Brennwald P, **Lauring AS**, Finger FP, Collins R, and TerBush DR (1995) Control of exocytosis in yeast, *Cold Spring Harbor Symposia on Quantitative Biology,* Vol. 60.
2. Rohn JL, **Lauring AS**, Linenberger ML, and Overbaugh J (1996) Transduction of *Notch2* by feline leukemia virus in infected cats with thymic lymphoma, *Journal of Virology,* 70(11):8071-8080.
3. Rohn JL, Gwynn SR, **Lauring AS**, Linenberger ML, and Overbaugh J (1996) Viral genetic variation, AIDS, and the multistep nature of carcinogenesis: the feline leukemia virus model, *Leukemia*, 10(S1):1067-1069. Review.

4.  Collins RN, Brennwald P, Garrett M, **Lauring AS**, and Novick P (1997) Interactions of nucleotide release factor Dss4p with Sec4p in the post-Golgi secretory pathway of yeast, *Journal of Biological Chemistry,* 272(29):18281-18289.

5.  Anderson MM, **Lauring AS**, Burns CC, and Overbaugh J (2000) Identification of a cellular cofactor required for infection by feline leukemia virus, *Science*, 287(5459):1828-1830.

6.  Gwynn SR, Hankenson FC, **Lauring AS,** Rohn JL, and Overbaugh J (2000) Feline leukemia virus sequences that affect T-cell tropism and syncytia formation are not part of known receptor binding domains, *Journal of Virology*, 74 (13):5754-5761.

7.  **Lauring AS** and Overbaugh J (2000) Evidence that an IRES within the Notch2 coding region can direct expression of a nuclear form of the protein, *Molecular Cell*, 6(4):939-945.

8.  **Lauring AS,** Anderson MM, and Overbaugh J (2001) Specificity in receptor usage by FeLV-T: implications for the in vivo tropism of immunodeficiency-inducing variants, *Journal of Virology*, 75(19):8888-8898.

9.  Anderson MM, **Lauring AS**, Robertson S, Dirks C, and Overbaugh J (2001) Feline Pit2 functions as a receptor for subgroup B feline leukemia viruses, *Journal of Virology,* 75(22): 10563-72.

10. **Lauring AS,** Cheng HH, Eiden MV, and Overbaugh J (2002) Genetic and biochemical analyses of Pit1 determinants for FeLV-T suggest a novel mechanism for entry, *Journal of Virology*, 76(16):8069-77.

11. Graber C, **Lauring AS,** Chin-Hong PV (2007) Clinical problem solving: A stitch in time, *The New England Journal of Medicine,* 357(10):65-70.  Case Report.

12. Webster DR†, Hekele A†, **Lauring AS**, Fischer K, Li H, Andino R, and DeRisi J (2009) An enhanced single base extension technique for the analysis of complex viral populations, *PLoS ONE*, 4(10):e7453.

13. **Lauring AS**†, Jones JO†, and Andino R (2010) Rationalizing the development of live attenuated virus vaccines, *Nature Biotechnology,* 28(6):573-579. Review.

14. **Lauring AS** and Andino R (2010) Quasispecies theory and the behavior of RNA viruses*, PLoS Pathogens,* 6(7):e1001005. Review.

15. **Lauring AS** and Andino R (2011) Exploring the fitness landscape of an RNA virus by using a universal barcode microarray*, Journal of Virology,* 85(8):3780-3791.

16. **Lauring AS**, Acevedo A, Cooper SB, and Andino R (2012) Codon usage determines the mutational robustness, evolutionary capacity and virulence of an RNA virus, *Cell Host and Microbe,* 12(5):623-632.

17. **Lauring AS**\*, Lee TH, Martin JN, Hunt PW, Deeks SG, and Busch M (2012) Lack of evidence for mtDNA as a biomarker of innate immune activation in HIV infection, *PLoS ONE*, 7(11):e50486.

18. **Lauring AS**\*, Frydman J, and Andino R (2013) The role of mutational robustness in RNA virus evolution, *Nature Reviews Microbiology*, 11(5):327-336. Review.

19. Venkatesan A, Tunkel A, Bloch K, **Lauring AS**, Sejvar J, Bitnun A, Stahl JP, Mailles A, Drebot M, Rupprecht C, Yoder J, Cope JR, Wilson M, Whitley R, Sullivan J, Granerod J, Jones C, Eastwood K, Ward K, Durrheim D, Solbrig MV, Guo-Duong L, and Glaser CA on behalf of the International Encephalitis Consortium (2013) Guidelines and priorities in Encephalitis: Consensus of the International Encephalitis Consortium, *Clinical Infectious Diseases*, 57(8):1114-1128.

20. Wang H, Perry JW, **Lauring AS**, Neddermann P, De Francesco R, and Tai AW (2014)

Oxysterol-binding protein is a phosphatidylinositol 4-kinase effector required for HCV replication membrane integrity and cholesterol trafficking, *Gastroenterology,* 146(5):1373-1385.

21. Long D, Fix O, Deng, X, Seielstad M, and **Lauring AS\*** (2014) Whole genome sequencing identifies candidate risk alleles for severe outcomes of hepatitis A virus infection, *Journal of Medical Virology,* 86(10):1661-1668.

22. Bull JJ and **Lauring AS\*** (2014) Theory and empiricism in virulence evolution, *PLoS Pathogens,* 10(10):e1004387.

23. Pauly MD and **Lauring AS\*** (2015) Effective lethal mutagenesis of influenza virus with three nucleoside analogs, *Journal of Virology,* 89(7):3584. Selected for Spotlight feature by the editors.

24. Jorge DMdM, Mills R, and **Lauring AS\*** (2015) CodonShuffle: A tool for generating and analyzing synonymously mutated sequences, *Virus Evolution,* 1(1): vev012.

25. Long D, Deng X, Singh P, Loeb M, **Lauring AS\*†**, Seielstad M† (2016) The contribution of rare genetic variation to susceptibility to West Nile virus neuroinvasive disease, *Genes and Immunity,* 17:298-304.

26. McCrone JT and **Lauring AS\*** (2016) Measurements of intrahost diversity are extremely sensitive to systematic errors in variant calling, *Journal of Virology,* 90(15):6884-6695. Selected for Spotlight feature by the editors.

27. Presloid JB, Mohammad TF, **Lauring AS\*†**, Novella IS† (2016) Antigenic diversification is correlated with increased thermostability in a mammalian virus, *Virology,* 496:203-214. Selected for Journal Highlights feature by the editors.

28. Petrie JG, Ohmit SE, Cheng CK, Martin ET, Malosh RE, **Lauring AS**, Lamerato L, Reyes KC, Flannery B, Ferdinands JM, Monto AS (2016) Influenza vaccine effectiveness against antigenically drifted influenza higher than expected in hospitalized adults: 2014-2015, *Clinical Infectious Diseases,* 63(8):1017-1025

29. Ganesan S, Pham D, Jing Y, Farazuddin M, Hudy MH, Unger B, Comstock AT, Proud D, **Lauring AS**, Sajjan US (2016) TLR2 activation limits rhinovirus-stimulated CXCL-10 by attenuating IRAK-1-dependent IL-33 receptor signaling in human bronchial epithelial cells, *J Immunol,* 197(6):2409-2420.

30. Visher E†, Whitefield SE†, McCrone JT, Fitzsimmons W, **Lauring AS\*** (2016) The mutational robustness of influenza A virus, *PLoS Pathogens,* 12(8):e1005856.

31. Debbink K†, McCrone JT†, Petrie JG, Truscon R, Johnson E, Mantlo EK, Monto AS, **Lauring AS\*** (2017) Vaccination has minimal impact on the intrahost diversity of influenza virus, *PLoS Pathogens,* 13(1):e1006194.

32. Pauly MD, Procario MC, and **Lauring AS\*** (2017) A novel twelve class fluctuation test reveals higher than expected mutation rates for influenza A viruses, *eLife,* 6:e26437. Commentary at https://elifesciences.org/articles/29586

33. Pauly MD, Lyons DM, Fitzsimmons W, and **Lauring AS\*** (2017) Epistatic interactions within the influenza A virus polymerase complex mediate mutagen resistance and replication fidelity, *mSphere* 2(4):e00323-17

34. Lyons DM and **Lauring AS\*** (2017) Evidence for the selective basis of transition-transversion substitution bias in two RNA viruses, *Molecular Biology and Evolution,* 34(12):3205-3215.

35. Malosh RE, Martin ET, Callear AP, Petrie JG, **Lauring AS**, Lamerato L, Fry AM, Ferdinands J, Flannery B and Monto AS (2017) Respiratory syncytial virus hospitalization

in middle-aged and older adults, *Journal of Clinical Virology,* 96:37-43.

36. McCrone JT and **Lauring AS\*** (2018) Genetic bottlenecks in intraspecies virus transmission, *Current Opinion in Virology,* 28:20-25

37. McCrone JT, Woods RJ, Malosh RE, Martin ET, Monto AS, and **Lauring AS\*** (2018) Stochastic forces constrain the within and between host evolution of influenza virus. *eLife,* 7:e35962.

38. Peck KM and **Lauring AS\*** (2018) Complexities of virus mutation rates. *Journal of Virology* 92(14):e01031-17.

39. Segaloff HE, Petrie JG, Malosh RE, Cheng CK, McSpadden EJ, Ferdinands JM, Lamerato L, **Lauring AS**, Monto AS, Martin ET. (2018) Severe morbidity among hospitalized adults with acute influenza and other respiratory infections; 2014-15 and 2015-16. *Epidemiology and Infection* Jun 8:1-9. doi:10.1017/S0950268818001486.

40. Fitzsimmons W, Woods RJ, McCrone JT, Woodman A, Arnold JJ, Yennawar M, Evans R, Cameron CE, **Lauring AS\*** (2018) A speed fidelity trade-off determines the mutation rate and virulence of an RNA virus. *PLoS Biology* 16(6): e2006459.

41. Lyons DM and **Lauring AS\*** (2018) Mutation and epistasis in influenza virus evolution. *Viruses* 10(8):407.

42. Ferdinands JM, Gagliani M, Martin ET, Middleton D, Monto AS, Murthy K, Silveira FP, Talnot HK, Zimmerman R, Alyanak E, Strickland C, Spencer S, Fry AM, **HAIVEN Study Investigators** (2019) *Journal of Infectious Diseases* 220(8):1265-1275.

43. Petrie JG, Martin ET, Truscon R, Johnson E, Cheng CK, McSpadden EJ, Malosh RE, **Lauring AS**, Lamerato LE, Eichelberger MC, Ferdinands JM, Monto AS. Evaluation of correlates of protection against influenza infection during A(H3N2) and A(H1N1)pdm09 seasons: Applications to the hospitalized patient population (2019). *Vaccine* 37(10):1284-1292.

44. Levine MZ, Martin ET, Petrie JG, **Lauring AS**, Holiday C, Jefferson S, Fitzsimmons WJ, Johnson E, Ferdinands JM, Monto AS (2019). Antibodies against egg- and cell-grown influenza A(H3N2) viruses in adults hospitalized during the 2017-2018 season. *Journal of Infectious Diseases*. 219(12):1904-1912.

45. Monto AS, Malosh RE, Evans R, **Lauring AS**, Gordon A, Thompson MG, Fry AM, Flannery B, Ohmit SE, Petrie JG, HIVE Study Research Staff, Martin ET (2019). Data resource profile: Household influenza vaccine evaluation (HIVE) study. *International Journal of Epidemiology*. Aug 1;48(4):1040-1040g. doi: 10.1093/ije/dyz086.

46. Segaloff HE, Cheng B, Miller A, Petrie JG, Malosh RE, Cheng CK, **Lauring AS**, Lamerato L, Ferdinands JM, Monto AS, Martin ET (2019). Influenza vaccine effectiveness in the inpatient setting using alternate control groups; Evaluation of potential bias in the test negative design. *American Journal of Epidemiology*. Nov 1. pii: kwz248. doi: 10.1093/aje/kwz248. [Epub ahead of print].

47. Valesano AL, Fitzsimmons WJ, McCrone JT, Petrie JG, Monto AS, Martin ET, **Lauring AS\*** (2020), Influenza B viruses exhibit lower within-host diversity than influenza A viruses in human hosts. *Journal of Virology.* Dec 4. pii: JVI.01710-19. doi: 10.1128/JVI.01710-19. [Epub ahead of print]

48. **Lauring AS\*** (2020), Within-host diversity, a window into viral evolution. *In Press, Annual Reviews of Virology.*

49. Petrie JG, **Lauring AS**, Martin ET, Kaye KS (2020), Hospital associated respiratory virus infection in children and adults: It doesn't just occur during cold and flu season. *In Press,*

*Open Forum Infectious Diseases.*

50. Schneider DJ, Smith KA, Latuszek CE, Wilke CA, Lyons DM, Penke LR, Speth JM, Marthi M, Swanson JA, Moore BB, **Lauring AS**, Peters-Golden M (2020), Alveolar macrophage-derived extracellular vesicles inhibit endosomal fusion of influenza virus in a strain- and pH-dependent manner. *EMBO Journal.* e105057. [Epub ahead of print]

51. Somers EC, Eschenauer GA, Troost JP, Golob JL, Gandhi TN, Zhou N, Petty LA, Baang JH, Dillman NO, Frame D, Gregg KS, Kaul DR, Nagel J, Patel TS, Zhou S, **Lauring AS**, Hanauer DA, Martin ET, Sharma P, Fung CM, Pogue JM (2020),  Tocilizumab for treatment of mechanically ventilated patients with Covid-19. *In Press, Clinical Infectious Diseases.* [Epub ahead of print] https://doi.org/10.1093/cid/ciaa954

52. Le Sage V, Jones JE, Kormuth KA, Fitzsimmons WJ, Ntuibi E, Padovani GH, Arevalo CP, French AJ, Avery AJ, Manivanh R, McGrady EE, Bhagwat AR, **Lauring AS**, Hensley SE, and Lakdawala SS, Pre-existing immunity provides a barrier to airborne transmission of influenza viruses. *Submitted.*

53. Rockey N, Arts P, Li L, Harrison K, Langenfeld K, Fitzsimmons WJ, **Lauring AS**, Love N, Kaye K, Raskin L, Roberts W, Hegarty B, Wiggington K, Humidity and deposition solution play a critical role in virus inactivation by heat treatment on N95 respirators. *Submitted.*

54. Brouwer AF, Myers JL, Martin ET, Konopka KE, **Lauring AS**, Eisenber MC, Lephart PR, Nguyen T, Jaworski A, Schmidt CJ, SARS-CoV-2 surveillance in decedents in a large urban medical examiner's office. *Submitted.*

† Denotes equal contribution
* Corresponding author

*Non Peer Reviewed*

1. Lampiris H and **Lauring AS** (2005) Treating HIV: Drug therapy for the antiretroviral experienced patient.  *Infectious Diseases, Special Edition.*

2. **Lauring AS** (2005-2006) Cecil's Textbook of Medicine - Online Case of the Week www.cecilmedicine.com. Primary author of 22 different clinical-pathological case discussions on a variety of medical topics. Titles available on request.

3. **Lauring AS** (2016) Lessons from reverse translation, *PLoS Pathogens,* 12(6):e1005516

4. Petrie JG and **Lauring AS** (2019) Influenza A (H7N9) virus evolution: Which genetic mutations are antigenically important?, *Journal of Infectious Diseases,* 219(1):3-5.

5. Spector-Bagdady K, Higgins PDR, Lok AS on behalf of the Michigan Medicine COVID-19 Clinical Trials Committees, COVID-19 Clinical Trial Oversight at a Major Academic Medical Center, *In Press, Clinical Infectious Diseases.*

*Selected Abstracts*

1. **Lauring AS** and Overbaugh, J (1998) Characterization of IRES-mediated *Notch2* expression in a recombinant feline leukemia virus genome. *Poster presentation, Cold Spring Harbor Meeting on Translational Control.*

2. **Lauring AS**, Rohn JL, and Overbaugh J (1999) An IRES within the coding region of a rearranged *Notch2* can direct expression of the intracellular domain. *Poster presentation, Keystone Symposium on Specificity in Signal Transduction.*

3. **Lauring AS**, Rohn JL, and Overbaugh J (1999) Notch2 is expressed from a recombinant

FeLV genome through a novel translational mechanism. *Poster presentation, West Coast Retrovirus Meeting.*

4.  **Lauring AS**, Anderson MM, and Overbaugh J (1999) A novel two component receptor is required for entry by the T-cell tropic FeLV clone 61C. *Oral presentation, West Coast Retrovirus Meeting.*

5.  **Lauring AS**, Anderson MM, Burns CC, Eiden MV and Overbaugh J (2000) A novel two component receptor is required for entry by T-cell tropic feline leukemia virus (2000) *Oral presentation, Keystone Symposium on Cell Biology of Virus Entry, Replication, and Pathogenesis.*

6.  **Lauring AS**, Anderson MM, Burns CC, Eiden MV and Overbaugh J (2000) A novel two component receptor is required for entry by T-cell tropic FeLV-FAIDS. *Oral presentation, Cannes Symposium on Feline Retrovirus Research.*

7.  **Lauring AS** and Andino R (2008) A microarray based assay for studying viral evolution. *Accepted for Oral presentation, Noble Foundation Workshop on Viral Evolution.*

8.  **Lauring AS**, Acevedo A, and Andino R (2010) Genomic analysis of mutant spectrum, fitness, and phenotype in RNA virus populations. *Oral Presentation, Cold Spring Harbor & Wellcome Trust Meeting on Infectious Disease Genomics and Global Health.*

9.  **Lauring AS**, Acevedo A, Bigelow HR, and Andino R (2011) Synonymous mutation reveals a link between robustness and virulence in RNA viruses. *Poster Presentation, Gordon Research Conference, Viruses and Cells*. <u>Selected for Outstanding Poster Travel Award.</u>

10. **Lauring AS**, Acevedo A, Bigelow HR, and Andino R (2011) RNA virus populations: structure, robustness, and pathogenesis. *Oral Presentation, American Society for Virology.*

11. **Lauring AS** (2013) Codon usage determines the mutational robustness, evolutionary capacity, and virulence of an RNA Virus, *Oral Presentation, 7th Workshop on Virus Evolution.*

12. Esensten JS, Cheng MH, Anderson MS, **Lauring AS**, Chehab FF, Gundling K and Seielstad M (2014) A case of Good syndrome with a full genome analysis of the patient and family, *Poster Presentation, Academy of Clinical Laboratory Physicians and Scientists.*

13. Pauly M and **Lauring AS** (2014) Lethal mutagenesis of influenza A virus, *Oral Presentation, American Society for Virology.*

14. **Lauring AS** (2015) Lethal mutagenesis of influenza and the barriers to resistance, *Oral Presentation, 8th Workshop on Virus Evolution.*

15. Jorge DMdM and **Lauring AS** (2015) A computational approach to define the importance of synonymous mutation to RNA virus evolution, *Poster Presentation, 8th Workshop on Virus Evolution.*

16. Presloid JB, Mohammad TF, **Lauring AS**, Novella IS (2015) A poor correlation between robustness and thermostability in vesicular stomatitis virus, *Oral Presentation, American Society for Virology.*

17. Debbink K, McCrone JT, Ohmit S, Monto AS, and **Lauring AS** (2015) The impact of vaccination on intrahost influenza population dynamics, *Oral Presentation, American Society for Virology.*

18. Pauly M and Lauring AS (2015) The mutation rate and mutational spectrum of influenza A virus, *Oral Presentation, American Society for Virology.*

19. McCrone JT and **Lauring AS** (2015) Comprehensive validation of a deep sequencing

pipeline for assessing intrahost viral diversity, *Poster Presentation, American Society for Virology.*

20. Petrie JG, Ohmit SE, Martin ET, Malosh RE, Cheng CK, **Lauring AS**, Lamerato L, Reyes KC, Lipkovich H, Flannery B, Ferdinands JM, Monto AS (2015) Influenza vaccine effectiveness against antigenically drifted influenza higher than expected in hospitalized adults: 2014-2015, *Oral Presentation, IDWeek 2015.*

21. **Lauring, AS**, McCrone JT, Debbink K, Truscon R, Johnson E, Malosh RE, Petrie JG, Ohmit SE, Monto AS (2016). Intrahost diversity and household transmission of influenza A viruses over five seasons, *Poster Presentation, Wellcome Trust Meeting on Virus Genomics and Evolution.*

22. McCrone JT, Debbink K, Truscon R, Johnson E, Malosh RE, Ohmit SE, Monto AS, **Lauring AS** (2016) The effects of vaccination and transmission on intrahost influenza diversity, *Oral Presentation, American Society for Virology.*

23. **Lauring, AS**, Fitzsimmons WF, Woods RJ, McCrone JT, Jorge DMdM, Berezovsky A (2016) A speed-fidelity trade-off explains the mutation rate and virulence of an RNA virus, *Oral Presentation, 2nd ASM Conference on Experimental Evolution.*

24. Pauly MD and **Lauring AS** (2016) Biases in the mutation rate spectrum of influenza virus, *Poster Presentation, 2nd ASM Conference on Experimental Evolution.*

25. Monto AS, Malosh RE, Lamerato LE, **Lauring AS**, Petrie JG, Callear A, Martin ET (2016) RSV and influenza in hospitalized adults. *Poster Presentation, RSV16 Symposium.*

26. **Lauring, AS**, McCrone JT, Debbink K, Truscon R, Johnson E, Malosh RE, Petrie JG, Ohmit SE, Monto AS (2016). Next generation sequencing of influenza viruses from a household cohort identifies transmission pairs and a bottleneck size of close to one, *Oral Presentation, IDweek 2016.*

27. Lyons D and **Lauring AS** (2017) The Mutational Fitness Effects of Transitions vs. Transversions Varies Across Viral Taxa, *Oral Presentation, 9th Workshop on Virus Evolution.*

28. **Lauring AS**, Fitzsimmons WF, Woods RJ, McCrone JT (2017) A speed-fidelity trade-off explains the mutation rate and virulence of an RNA virus, *Oral Presentation, Gordon Research Conference, Viruses and Cells.*

29. McCrone JT, Woods RJ, Malosh R, Martin ET, Monto AS, **Lauring AS** (2017) Within and between host population dynamics of influenza, *Poster Presentation, Gordon Research Conference, Viruses and Cells.*

30. **Lauring AS**, McCrone JT, Malosh R, Truscon R, Johnson E, Martin ET, Monto AS (2017) Next generation sequencing of influenza viruses in a household cohort reveals an effective transmission bottleneck of close to one, *Oral Presentation, ISIRV Transmission of Respiratory Viruses.*

31. Peck KM and **Lauring AS** (2017) Fidelity and fitness in RNA viruses, *Poster Presentation, Gordon Research Conference, Microbial Populations.*

32. Peck KM and **Lauring AS** (2018) Fidelity and fitness in RNA viruses, *Oral Presentation, ASU Meeting on Mutation Rate Evolution.*

33. Lyons DM and **Lauring AS** (2018) Mutational fitness effects and epistasis in RNA viruses, SMBE Workshop on Molecular Evolution, *Oral Presentation.*

34. McCrone JT, Woods RJ, and **Lauring AS** (2018) Stochastic processes constrain the within and between host evolution of influenza virus. *Poster Presentation, Wellcome Trust Meeting on Virus Genomics and Evolution.*

35. Valesano AL, Fitzsimmons WJ, Petrie JG, Monto AS, Martin ET, **Lauring AS** (2019) Within and between host evolution of influenza B virus in a household cohort. *Oral Presentation, American Society for Virology.*

36. **Lauring AS**, Valesano AL, Fitzsimmons WJ, McCrone JT, Woods RJ, Martin ET, Petrie JG, Malosh R, Monto AS (2019) The evolutionary dynamics of influenza A and influenza B viruses in naturally infected human hosts. *Oral Presentation, OPTIONS X for the Control of Influenza*

37. Kuhlbusch K, Nebesky JM, Bernasconi C, Cao B, Cowling B, Haeusler JM, Hirotsu N, Korom S, **Lauring AS**, Perjesi A, Sato C, Widner A, Wildum S, Monto A (2019) CENTERSTONE: a global phase IIIb, randomised, double-blind, placebo-controlled clinical efficacy study of baloxavir marboxil for the reduction of direct transmission of influenza from otherwise healthy patients to household contacts. *Poster Presentation, OPTIONS X for the Control of Influenza*

38. Petrie JF, **Lauring AS**, Kaye KS (2019) Clinical outcomes of hospital-associated respiratory virus infections. *Poster Presentation, IDweek 2019.*

39. Schneider DJ, Smith KA, Latuszek CE, Wilke CA, Lyons DM, Penke LR, Speth JM, **Lauring AS**, Moore BB, Peters-Golden M (2020) Alveolar macrophage-derived extracellular vesicles protect alveolar epithelial cells from influenza infection. *American Society for Virology.*

40. Peck KM, Li Y, Fitzsimmons WJ, **Lauring AS** (2020) Deep mutational scanning reveals functional constraints on the poliovirus RdRp. *Poster Presentation, American Society for Virology (cancelled due to COVID19).*

# EXHIBIT B

 

---

**Urgent Memo**

**COVID-19 Outbreak: San Quentin Prison**

---

*June 13, 2020*

**San Quentin California State Prison is experiencing a rapidly evolving COVID-19 outbreak with profoundly inadequate resources to keep it from developing into a full-blown local epidemic and health care crisis in the prison and surrounding communities. The combination of San Quentin's antiquated facilities and severe overcrowding places the prison at high risk of significant COVID19-related morbidity and mortality unless the population is quickly reduced by 50% or more, in addition to adoption of the prevention measures outlined below. The urgent resources San Quentin requires range from human capital to environmental risk reduction and rapid testing. Failure to meet these urgent needs will have dire implications for the health of incarcerated people at San Quentin, correctional staff and the healthcare capacity of Bay Area hospitals.**

Background

San Quentin arrives at this tenuous moment with several significant assets including a strong Chief Medical Executive (Dr. Alison Pachynski) and a Chief Physician and Surgeon (Dr. Shanon Garrigan) who have spent the past 3.5 months doing everything in their power to prepare for an unavoidable COVID-19 outbreak. However, these two physicians, even with the enormous assistance they have received from many other healthcare staff including a strong public health nurse, a notably excellent partnership with custody leadership (Acting Warden Ronald Broomfield and the recently arrived Chief Executive Clarence Cryer), and additional staffing from the Regional level, is simply not enough to meet the needs of San Quentin given its size and complexity. <u>As a result, there are multiple vulnerabilities that we witnessed at San Quentin which must be urgently addressed to protect the health and safety of thousands of staff, residents and surrounding community members</u>.

Although this memo outlines the urgent needs of San Quentin Prison, it is our belief that most – if not all – of these recommendations are important for all California Prisons that are certain to experience an outbreak if they have not already.

**Urgent needs and immediate actions required:**

1. **Develop a COVID-Outbreak Emergency Response Team:** At present, the over-reliance on local existing medical and correctional leadership to develop an outbreak response plan means that these leaders are tasked with making multiple acute decisions on a daily basis without enough people on the ground to operationalize a centralized game plan or long term strategy. This

responsibility - overwhelming on its own - is then magnified with the additional responsibility of providing implementation oversight of the ad-hoc plan. Instead, local leadership should have the support needed to step back and see the whole picture with a team of staff who can implement and recommend adjustments to the overarching central COVID-19 control strategy as needed on the local level. There simply do not appear to be sufficient on the ground staff who are not working from home. This daily management of the acute phase of the outbreak has the secondary effect of making the lead physicians also less available to coordinate the care and treatment of patients who become acutely ill in the facility and also increases the vulnerability of San Quentin to small errors with potentially dire consequences. Minimum positions required for such a team are included below. Dr. Pachynski and Dr. Garrigan appear to be personally responsible for all of the tasks described below with insufficient tools to support their success. While there may be some central guidance and support offered, additional human capital is urgently needed to achieve the CCHCS's pandemic response goals.

**Minimum Recommended Leadership Team Positions:**

- **Environment of Care Leader.** This position would be responsible for evaluating and optimizing the physical plant of the prison for ventilation, sanitation, path of patient flow (for example developing policies and procedures for how infected patients are transferred through the institution) and planning for how to reconfigure and reimagine needed space for quarantine, general population or medical isolation units depending on how the number of affected patients increases or decreases over time. This position would also work with plant operations to ensure that all air vents are cleaned and well functioning and would organize the creation of a field hospital(s) or quarantine tents as needed.

- **Healthcare – Custody Coordination Leader.** This position would focus on partnering with Custody (and working closely with the Staff Healthcare Liaison Leader, described below) to review current housing on a daily basis, and to determine the appropriate way to cohort and house residents including developing quarantine areas (in partnership with the Environment of Care Leader). This position would also be responsible for ensuring that appropriate testing is done prior to any transfer of residents to other state facilities or to the community.

- **COVID-19 Testing Leader.** This position would be responsible for coordinating with the testing center (at this moment QUEST Diagnostics) including reaching out through public and private sources and coordinating with the state and local departments of public health to improve testing turnaround time, running the list with medical staff (and the Epidemiologist, described below) on a daily basis to determine who has – and who needs – testing, and coordinating contact tracing in response to testing results and reporting of symptoms throughout the facility.

- **Staff Healthcare Liaison Leader.** This position would work with correctional leadership to cohort staff, develop plans that eradicate staff working at more than one housing facility throughout the day, train and enforce PPE rules, support contact tracing and administrative leave needs among exposed and infected staff, and investigate alternatives to potential



sources of staff-to-staff infections such as shared vanpools. This position would also track daily staff movements in order to assist with contact tracing when needed.

- **Epidemiologist Analyst Leader.** This position would be responsible for maintenance of a line listing of all active cases and for all data analysis and reporting. This position would also be responsible for a "patient tracking process" of the facility including daily review of the COVID Monitoring Registry to provide a close scrutiny of who has tested positive or is in quarantine – where they are currently housed (and were recently housed), and the same for those who have tested negative. In addition, this position would assist the Environment of Care leader and the Healthcare – Custody Coordination Leader to manage patient movement to quickly clear people when they have tested negative and return them to the General Population in order to free up much-needed quarantine cells. This position would also manage testing data (e.g., some inmates in the reception area have been tested 3-4 times and test results are coming in at different times).

2. **Address Unsafe Overcrowding.** Although there are currently 3547 total inmates, approximately ~1400 have at least one COVID risk factor (as do many, unknown, staff members). This means they are at heightened risk of requiring ICU treatment and/or mortality if infected. We detail the units of most immediate concern below. Given the unique architecture and age of San Quentin (built in the late 1800s and early 1900s), there is exceedingly poor ventilation, extraordinary close quarters esacerbated by overcrowding, and inadequate sanitation, **we recommend that the prison population at San Quentin be reduced to 50% of current capacity (even further reduction would be more beneficial) via decarceration**; this will allow every cell in North and West blocks to be single-room occupancy and would allow leadership at San Quentin to prioritize which units to depopulate further including the high-risk reception center and gymnasium environments. It is important to note that we spoke to a number of incarcerated people who were over the age of 60 and had a matter of weeks left on their sentences. It is inconceivable that they are still housed in this dangerous environment. **It is a frightening public health reality that in a matter of days there may be no cells to isolate a potentially infectious COVID-19 patient;** the only way to manage the situation is to significantly reduce the prison population (and it is too risky to move inmates to other facilities).

**Housing units of most concern at San Quentin at present time:**

- <u>**North Block and West Block**</u> are each open-grill, 5-tier buildings with a capacity of 800 persons each. Ventilation is poor - windows have been welded shut and the fan system does not appear to have been turned on for years; heat on the far side of the building can be stifling. Over 50% of the residents housed in these units have at least 1 COVID risk factor, and an alarming ~300 inmates have 4 or more COVID risk factors. An outbreak in North and West blocks could easily flood – and overwhelm – San Quentin as well as Bay Area hospitals. (For example, see San Francisco hospital capacity: **https://data.sfgov.org/stories/s/Hospital-Capacity/qtdt-yqr2/**)



- **Reception center** which currently houses ~500 persons. In the reception Center's "Badger Unit" where people from CIM were transferred, the fear and outrage are palpable – people are yelling throughout the housing unit due to discontent about the COVID-19 situation including intake of inmates from CIM and loss of privileges (thereby increasing the risk of COVID-19 spread throughout the tiers via respiratory droplets). It is hard to imagine that violent incidents will not erupt at some point soon further threatening the safety and health of residents and staff alike.

- **The Gymnasium**, which has been converted to a dorm. There is little to no ventilation in the housing unit creating high-risk for a catastrophic super spreader event. At a minimum, the gymnasium beds should be spread out more to ensure additional distance between residents and the second set of doors in the gymnasium dorm must be opened to ensure air turnover which may necessitate a second officer station for security reasons. This unit should be prioritized for closure if sufficient population reduction can be achieved.

- **HVAC - in all units above and in other housing areas** there is an immediate need to clean and turn on all fan and HVAC systems immediately (North Block, Gymnasium, Dorms) in order to maximize air exchange and ventilation as soon as possible – ideally in the next few days. Of note, the exhaust pumps and filters appear dirty on visual inspection, and require clearing and cleaning. Since maximizing ventilation and air exchange decreases COVID-19 transmission, doors and windows should be opened as much as possible (some have been welded shut - and must be remediated). If opening doors makes it difficult for officers to do their jobs then we would recommend that officer stations be rearranged or new ones set up so as to improve air exchange. Note that the important aspect is *air exchange*, not only the movement of air within the room.  Fans that blow air around may help cool people, but they don't decrease rebreathing aerosols unless they filter the air or increase air exchange (diluting the aerosol).

3. **Immediately Improve Testing.** It is inconceivable that in the Bay Area the medical leadership at San Quentin is having to manage an outbreak in their massive antediluvian facilities with PCR tests on a 5-6 day turn-around time. We would argue that there is no higher testing priority for around 100 miles and resources need to be shifted immediately to respond or there will be a massive, uncontrollable outbreak (if it is not too late already). In addition (and this certainly goes without saying), transfers between all facilities must halt until medical staff are able to certify that all testing and quarantine procedures can be followed. Our recommendations are as follows:

- **Liaise with testing laboratory to streamline testing,** including exploring observed self-collection of samples and alternate anatomic sites of testing (e.g. saliva, nares swabs)

- **Improve testing turnaround time at QUEST or go through other laboratories that will be able to improve turnaround time (5-6 days or more is completely unacceptable).** As an example, CMC was able to respond rapidly to their outbreak with a turnaround testing time of 24 hours at some points in the outbreak. Large-scale testing with rapid receipt of results is essential to allow the medical team to minimize community spread. If tests are sent to

4



laboratories other than QUEST, support San Quentin in adding these results to the EMR as the current process of scanning and manual entry is overly laborious.

- **The California Department of Public Health** should be compelled to prioritize specimens from San Quentin given the potential for super-spreading in that environment.

- **Testing of symptomatic patients must be done with individual testing.  Testing of asymptomatic patients to identify people who are shedding virus can be done with pools of samples.  Without additional information, pools of 10 should be used.**  This approach can be used for frequent retesting of people at especially high risk of spreading the virus (staff and inmates in large housing units — i.e. almost all of San Quentin).

- **San Quentin requires on-site testing -** including cartridges and well-trained staff to conduct these (currently they have inadequate staffing to conduct mass swabbing).  Sample transport just adds time.  San Quentin will need high volume testing for many months, perhaps years.  They should have testing capacity on-site and available round-the-clock.

- **Of note, because testing time is so slow, little to no contact tracing can happen.  Furthermore, patients cannot be appropriately housed based on test results when these results return 6 days later as a patient may have been exposed in the interim.** As a result, *entire units are put on lockdown status for the span of a quarantine*. In the long term, as this pandemic will last at least another year and likely longer, this will threaten long term goodwill between residents and staff and have profound mental health consequences for the population and staff alike.

4. **Develop Additional Medical Isolation and Quarantine Housing.** Those in *Quarantine* (for those with a credible exposure to COVID-19 and are asymptomatic) are housed in Carson. Of note, all who arrived from CIM were housed in the Reception Center's Badger Unit 4th and 5th Tiers. This was beyond usual practice due to volume. Those in *Medical Isolation* (for those who have tested positive for COVID-19 and suspects with symptoms who are awaiting testing) have been housed in the Adjustment Center as this is the only unit at San Quentin that has single cells with solid doors. There are ~102 cells in the Adjustment Center of this type and already ~80 cells are full. At the advice of the local health department, 3 of the CIM buses were placed in this isolation unit once a person from the bus turned positive due to the high-level serious exposure. Therefore, some of these individuals might end up with negative tests and can then be moved out of Medical Isolation.

However, a massive outbreak at San Quentin will significantly overwhelm the availability of these 102 Medical Isolation cells, and there will quickly be nowhere for infectious cases to be moved. For this reason, we believe that there is a **urgent need for immediate creation of a field hospital to relieve the imminent overflow problem in the Medical Isolation unit**. In addition, people with COVID-19 are known to experience rapid physical decompensation; this is therefore



not an ideal time for a patient to be behind a solid door in the most secure areas of the prison out of the sight of medical or nursing staff in the case of an emergency.

**Some suggestions for additional Quarantine and Medical Isolation space below**:

- **Convert nearby chapels (there are 3) into field hospitals.** This field hospital can house all people with confirmed COVID-19 ("Medical Isolation Unit") as there are not substantial risks to housing infected patients together and these patients would then have access to supervising nurses who could regularly check their respiratory status and comfort levels.  The chapels are large, well-ventilated rooms conveniently located near the current Medical Isolation Unit and with road access for ambulances and other transport. We recognize the housing plans will become increasingly complex as people of multiple security levels require housing in Quarantine or Medial Isolation housing. This again reinforces the need for a dedicated team leader (the **Healthcare – Custody Coordination Leader)** who oversees the work of partnering with corrections to identify medically appropriate housing solutions.

- **Once a field hospital is created, San Quentin will need another site for Quarantine.** One option is to keep Adjustment Center housing for Quarantine. Due to the incredible fear involved with being moved to the Adjustment Center cells not to mention possible short- and long-term mental health effects, we would strongly recommend that custody immediately develop additional, positive incentives to improve mental health for the 14-day quarantine period for those housed in the Adjustment Center for Quarantine, such as access to personal tablets with movies, increased access to canteen items, personal effects and a certain number of free phone calls, perhaps on state-owned cell phones. While these interventions may seem beyond the normal routine of prisons in California, they are simple, low-cost measures that would go a long way toward building good will and ensuring that inmates who become symptomatic are willing to come forward to medical treatment with their symptoms. Furthermore, they may dampen the growing security risk associated with the aforementioned discontent among inmates. It is also possible that if enough high-security level individuals need medical isolation then they would need to use this unit for them and would require alternate housing options for Quarantine (perhaps the Carson housing unit which is currently being used for quarantine, although ideally the Carson housing unit would be only used for quarantine, further necessitating population reduction to control this epidemic at San Quentin). An mentioned above, in a matter of days/weeks, there may be no reasonable isolation locations for infectious COVID patients.

5. **Improve General Prevention efforts throughout the facility.** In particular, we witnessed suboptimal mask use by staff, and three "medical pass nurses" sitting in a work room without masks. Moreover, custody work stations are not set up to physically distance, no additional workstations appear to have been built yet. As a result, even with the best of efforts, officers wind up clustered near each other around a central podium. An infection control nurse and environmental assessment would go a long way towards identifying opportunities to partially alleviate these problems.



https://amend.us/covid

6. **Staffing Cohorting is a necessity.** At present work shift plans are inadequate from a public health perspective. For example, we learned about staff who were working in the Medical Isolation Unit (Adjustment Center) during the shift and were scheduled to work the next shift in the dorms. This is an enormous risk for the spread of COVID-19 between housing units.

---

Sandra McCoy, *Associate Professor of Epidemiology & Biostatistics, The University of California, Berkeley School of Public Health*

Stefano M. Bertozzi, MD, PhD, *Professor of Health Policy & Management and Dean Emeritus, The University of California, Berkeley School of Public Health*

David Sears, MD, *Assistant Professor of Internal Medicine, Infectious Diseases,The University of California, San Francsico*

*Ada Kwan, PhD Candidate, Division of Health Policy & Management, The University of California, Berkeley School of Public Health*

*Catherine Duarte, PhD Candidate, Division of  Epidemiology & Biostatistics, The University of California, Berkeley School of Public Health*

Brie Williams, MD, MS, *Professor of Medicine, The University of California, San Francsico and Director of Amend at UCSF*

**Amend at UCSF** is a health-focused correctional culture change program led by experts in medicine, infectious diseases, public health, and correctional health and policy that is providing correctional leaders, policymakers, and advocates the evidence-based tools they need to protect the health and dignity of those who live and work in jails and prisons during the COVID-19 pandemic.

**The University of California, Berkeley School of Public Health** is working on the leading edge of research, educating the public, and mobilizing to serve California's most vulnerable populations during the COVID-19 pandemic.

*For more information:*

https://amend.us/covid

# EXHIBIT C

# COVID-19 SPACE NEEDS FOR PREVENTION, ISOLATION AND QUARANTINE
## July 11, 2020

Below is a summary of principles and strategies that guide how the department should manage physical space and prison populations in order to both prevent the introduction of COVID-19 into the prison and to contain the spread of COVID-19 infection once introduced. A fundamental underlying tenet of this proposal is that each institution must have adequate space to allow for the housing, feeding, and programing of all inmates under its care.

The methodology for determining the number of empty beds, including the 20% adjustment noted at the end of this document, was based upon our experience during the pandemic with outbreaks of different sizes. We have experienced four large outbreaks (total positives greater than 500), six medium-sized outbreaks (total positives greater than 100 and less than 500), and fourteen small outbreaks (total positives between 1 and 99). The goal of this analysis and its associated methodology is to ensure to the extent reasonably feasible that each institution has enough beds to handle the beginning phases of an outbreak in order to significantly reduce the risk of it blossoming into a medium-sized or large outbreak.

A number of caveats apply to use of this document:

1) This product was intended to guide the decision of how many beds are needed to house the residents of an institution, and not to determine where they will go or whether they need to be released.
2) Use of the word "shall" does not result in this document being directive.  It is not directive and does not constitute policy or procedure.
3) Realities on the ground might require exceptions to the points noted in these documents.

Although the summary focuses on the inmate populations that need to be separated into different types of isolation and quarantine spaces, the overall public health approach must include all of the following:

1) Routine periodic COVID-19 testing of staff;
2) Management of work assignments to minimize overlap of staff contact between different inmate populations;
3) Consistent and appropriate utilization of personal protective equipment; and
4) Intensified cleaning and disinfection practices of housing and work spaces.

Early data suggests that inadequate ventilation may contribute to the transmission of COVID-19 within congregate living environments. Strong consideration should be given to performance monitoring of and routine preventive maintenance of all components of housing unit ventilation systems (e.g., fans, filters, ducts, supply diffusers, and exhaust grilles) and any air-cleaning devices in use. Performance monitoring should include directional airflow assessment and measurement of supply and exhaust airflows to compare with recommended air change rates.

### Isolation and Quarantine basic concepts

There are two major categories of patient populations to consider once a case has been identified: *isolation and quarantine*, and within each of these categories, there are two subcategories.

For the populations requiring isolation space, there are two different populations that shall not be cohorted together:

1) Persons who have confirmed COVID-19 infection; and
2) Those who are symptomatic but do not have confirmed infection.

For populations requiring quarantine space, there are two groups that shall not be cohorted together and who require different levels of clinical monitoring to identify persons who become symptomatic:

1) Persons with known exposure to COVID-19 who are asymptomatic; and
2) Those who are asymptomatic but have a higher risk of infection due to their movement history or having been in crowded conditions without public health precautions.

In planning for effective isolation and quarantine space, each institution must also take into account unique patient factors that may impact upon where a patient can be housed.  Examples include Clark, Coleman, and Armstrong factors as well as restricted housing needs.

**Prevention In the absence of cases**

Cohorts, or household units, should be as small as possible (1-8 persons) to minimize spread once the virus is introduced. Inmates and staff should be cohorted in housing areas with minimal contact between household units.

Wherever possible, rooms must be arranged to have as few inmates as possible and to allow as much physical distancing as possible. If cells have bars rather than walls, or are porous rather than solid closed doors, ideally one would leave an empty cell on each side of an occupied cell to maintain distancing.

Transfers of inmates shall be limited to those which are necessary for clinical care, medical isolation or quarantine, reduction of overcrowding, and serious custody concerns. If transfer must take place, pre and post transfer quarantine and COVID-19 testing is required. Inmates shall wear face coverings during transfer, and staff shall wear appropriate PPE and utilize disinfected transportation vehicles.

**Containment once a case is identified**

Patients who are placed in either isolation or quarantine shall move outside of the isolation or quarantine space as little as possible. Medical care should be provided and meals should be served within the space, isolated persons should be assigned a dedicated bathroom, quarantined persons should be assigned a separate dedicated bathroom, and group activities should be postponed.

1. *Isolation: Persons who are CONFIRMED to have COVID-19:*
   - Isolation is necessary.
   - For individual cases, the preference is for isolation in a negative pressure room.
   - The second choice is isolation in a private room with a solid, closed door.
   - Multiple confirmed COVID-19 positive cases can be housed together.
   - Confirmed positive patients shall not be housed in the same unit with those who are not known to have COVID-19.
   - If there are no other options and these patients must be housed in the same building with non-infected patients, they must be physically separated from patients who do not have COVID-19. Physical separation requires solid walls and solid doors.
   - Patients confirmed to have COVID-19 shall not be housed in dorms with those who are not confirmed to have COVID-19.
   - Daily healthcare monitoring shall be conducted for patients diagnosed with COVID-19.

2. *Isolation: Persons who are SYMPTOMATIC but not confirmed to have COVID-19  (tests are pending or refused):*
   - Isolation is necessary.
   - For individual cases, the preference is for isolation in a negative pressure room.
   - The second choice is isolation in a private room with a solid, closed door.
   - If patients cannot be isolated alone, they can be isolated with other patients who have the same symptoms; however, 6 feet of distancing is necessary between each patient.
   - Daily healthcare monitoring shall be conducted for patients with symptoms of pneumonia.

3. *Quarantine: Persons who have been EXPOSED to COVID-19, but are asymptomatic:*
   - Quarantine is necessary.
   - These patients are at risk of being infected and/or becoming infected as a result of their exposure. Thus, they shall be separated from both the confirmed cases and from the symptomatic but not yet confirmed cases to avoid re-exposure.
   - Quarantine cohorts shall be as small as possible (1-8 persons) to minimize spread.
   - Cohorts with different exposure dates shall be separated. Cohorts with different types of exposures shall also be separated, including those coming in from jails or transferring between institutions.
   - Serial testing and healthcare surveillance is used to identify those infected so that they can be moved to isolation.

4. *Quarantine: Asymptomatic persons who are being prepared to move from one institution to another, and those arriving from another institution:*
   - Quarantine is necessary.
   - Each facility shall maintain sufficient quarantine space to accommodate its historical average volume of transfers in and out.
   - Quarantine cohorts shall be as small as possible (1-8 persons) to minimize spread.
   - Cohorts with different movement dates shall be separated. Cohorts with different types of movement shall also be separated, including those coming in from jails or transferring between institutions.
   - Serial testing and healthcare surveillance is used to identify those infected so that they can be moved to isolation.
   - Except in emergency situations, patients shall not be routinely moved from one institution to another without testing COVID-19 negative.
   - Patients arriving to an institution shall not be released from quarantine until they have sequentially tested negative for COVID-19.

**Containment in the setting of a large scale outbreak**

To plan for the possibility of a large-scale outbreak of COVID-19, each facility in each prison shall identify space that will allow for rapid isolation and quarantine of impacted patients. Each facility shall identify its largest congregate living space.  Each facility shall maintain empty beds equivalent to the capacity of its largest congregate living space or 20% of the current population of the facility, whichever is larger.

**Quarantine space**

Each facility shall identify sufficient space to allow for the quarantine of all inmates who are arriving or departing from that institution.

**<u>Definitions</u>**

"Facility" is that portion of a prison designated as a separate functional unit, usually denoted by a letter (e.g., Facility A, Facility B).

The "largest congregate living space" of a facility is the housing unit that has the capacity to house the largest number of people.

The "capacity" of the largest congregate living space shall be determined based on the "Covid Blueprint Capacity": the number of people CDCR/CCHCS have determined may be housed in that living space consistent with physical distancing and other COVID-19 prevention measures currently in place.