1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DAMON G. MCCLAIN - 209508
   Supervising Deputy Attorney General
4  NASSTARAN RUHPARWAR - 263293
   Deputy Attorney General
5  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
6  Telephone: (415) 703-5500
   Facsimile: (415) 703-3035
7  Email:  Nasstaran.Ruhparwar@doj.ca.gov
   Attorneys for Defendants
8

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF -  240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777--3200
Facsimile:     (415) 541-9366
pmello@hansonbridgett.com

9

## UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

## OAKLAND DIVISION

12

13

14  MARCIANO PLATA, et al.,

15          Plaintiffs,

16      v.

17  GAVIN NEWSOM, et al.,

18          Defendants.

CASE NO. 01-1351 JST

**DECLARATION OF RALPH DIAZ IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER RE: QUARANTINE AND ISOLATION SPACE**

Judge:   Hon. Jon S. Tigar

19

20      I, Ralph Diaz, declare:

21      1.      I am the Secretary of the California Department of Corrections and Rehabilitation

22  (CDCR).  I was appointed by Governor Gavin Newsom as CDCR's Secretary on March 27, 2019.

23  Before my appointment as Secretary, I served in several positions at CDCR's headquarters,

24  including Undersecretary of Operations, Deputy Director of Facility Operations, and Associate

25  Director of High Security Institutions.  And before I worked at CDCR's headquarters, I served as

26  a prison Warden, Correctional Counselor Supervisor, and Correctional Counselor, after starting

27  my career as a Correctional Officer in 1991.  I submit this declaration to support Defendants'

28  response to the Court's order regarding quarantine and isolation spaces.

2.      On Friday, July 10, 2020, CDCR announced additional actions to reduce the prison population and maximize space systemwide to address COVID-19.  Even before CDCR announced the new measures, which are described below, CDCR's previous decompression efforts in response to the pandemic had already reduced its prison population by about 10,000 inmates since mid-March, 2020.  CDCR now plans to build on its previous efforts.  CDCR estimates that the new measures will result in the prison population reducing by at least another 8,000 between now and September.

3.      CDCR modified the criteria for its plan to release inmates who are scheduled for release within 180 days (180 Day Plan).  Under the modified criteria, more inmates will be released and the releases will happen quicker.  With these modifications, approximately 4,800 inmates will be released under the 180 Day Plan by the end of July 2020.  And inmates will thereafter continue to be released under the 180 Day Plan on a rolling basis until the plan is no longer necessary.

4.      CDCR is also implementing a new plan to release certain inmates who are within one year of their release dates (One Year Plan).  The One Year Plan focusses on eight specific prisons that were selected based on several factors, including, but not limited to, the size of the population of high-risk inmates and the physical plant layout: San Quentin, Central California Women's Facility, California Health Care Facility, California Institution for Men, California Institution for Women, California Medical Facility, Folsom State Prison, and Richard J. Donovan Correctional Facility.  Under the One Year Plan, about 700 inmates age thirty or over will become immediately eligible for release and should be released before the end of July 2020, and about 300 additional inmates who are under age 30 will be considered for release on a case-by-case basis. The One Year Plan will also continue on a rolling basis until it is no longer necessary, and it may be expanded to other locations.

5.      CDCR has also implemented a new plan to award twelve weeks of positive programming credits to all inmates except inmates who are serving a life sentence without the possibility of parole, inmates who are condemned to death, and inmates who received a serious rules violation between March 1 and July 5, 2020 (Credit Plan).  CDCR estimates that about

1  108,000 inmates will be awarded the credits and that the Credit Plan will result in approximately

2  2,100 additional releases between July and the end of August 2020.  And the impact of the Credit

3  Plan will continue indefinitely because it will advance the release dates or parole-consideration

4  dates for every inmate who is awarded the credits.

5        6.    CDCR has also established criteria for releasing medically high-risk inmates who

6  will be evaluated for release on a case-by-case basis (High Risk Medical Plan).  Because of the

7  nature of the High Risk Medical Plan, CDCR is currently unable to estimate the number of

8  releases that will result from its implementation.

9        7.    Additionally, CDCR is reviewing potential release protocols for incarcerated

10  persons who are in hospice or pregnant because they are considered at high risk for COVID-19

11  complications.  And CDCR will be expediting the release of incarcerated persons who have been

12  found suitable for parole by the Board of Parole Hearings and Governor, but who have not yet

13  been released from prison.

14        8.    I understand that the Court is concerned about the institutions' preparedness for

15  significant outbreaks.  CDCR shares those concerns, which is why on July 2, 2020, CDCR ordered

16  the activation of Incident Command Posts at each institution.  A true copy of this directive is

17  attached to this declaration as Exhibit A.  The purpose of that order was to enhance each

18  institution's ability to mitigate, prepare, respond, and recover from COVID-19 outbreaks in

19  accordance with the Department All-Hazards Emergency Operations Plan.  All CDCR institutions

20  have now activated an Incident Command Post in response to the pandemic and have submitted

21  strategic plans for dealing with outbreaks.

22        9.    The objectives of the Incident Command Posts include, among many other things,

23  the following:

24          • Identifying logistical needs and resource deployments;

25          • Identifying potential challenges in responding to outbreaks;

26          • Conducting advance planning;

27          • Managing COVID-19 testing; and

28          • Identifying new or potential COVID-19 cases.

10.     One of the objectives of the Incident Command Posts will be to assess and identify the need for quarantine and isolation space in the institutions.  And CDCR has already taken some steps to ensure additional space is readily available if it is needed, such as securing a contract with vendor that can erect fully functional tents to provide additional housing or treatment spaces within 72 hours.  CDCR has also obtained advanced State Fire Marshal approval to convert gymnasiums in a number of institutions into housing spaces, and has already outfitted some gymnasiums with beds and lockers so that they can be used for housing at a moment's notice.

11.     I understand that there is more work to be done, and I look forward to working with CDCR's public health expert, the California Department of Public Health, and the Receiver to assess space needs within the institutions and to develop ways to better prepare the institutions for COVID-19 outbreaks.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.  Executed on July 15, 2020, in Sacramento, California.

RALPH DIAZ

# EXHIBIT A

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   July 2, 2020

To:      CDCR Institutions Wardens
         CDCR CCHCS CEOs
         DJJ Superintendents

Subject:   **IMMEDIATE ACTIVATION OF INSTITUTIONAL INCIDENT COMMAND POSTS**

The purpose of this directive is to enhance the facility's ability to mitigate, prepare, respond, and recover from COVID-19 declared disaster involving California Department of Corrections and Rehabilitation (CDCR) sites in accordance with the Department All-Hazards Emergency Operations Plan.  All CDCR institutions shall activate an Incident Command Post (ICP) in response to the COVID-19 pandemic.  All ICPs shall utilize the Incident Command System (ICS) and the appropriate ICS Forms for documentation purposes.

**Incident Command Post Management Objectives**

Wardens and California Correctional Health Care Services (CCHCS) Chief Executive Officers (CEO) shall reference their respective institution's Emergency Operations Plan (EOP) and establish a Unified Command (UC) structure.  The ICP's functions for preparing and responding to emergencies include, but are not limited to the following:
- Conducting advanced planning
- Managing COVID-19 testing
- Identifying new or potential COVID-19 cases
- Identifying logistical needs and resource deployments
- Managing external affairs
- Daily tracking and reporting of incidents
- Daily Unified Command Objectives Meeting (including weekends if applicable)
- Identify trends and anticipate challenges relative to potential outbreak concerns

ICP staff shall adhere to existing policies and guidelines for protective masking and social distancing.

**Incident Command Post Minimum Staffing**

ICP positions shall include, at minimum, the following staffing:
- Co-Incident Commanders from Division of Adult Institutions (DAI) and CCHCS
- Co-Planning Chief
- Co-Operations Chief
- Co-Logistics Chief

CDCR Institutions Wardens
CDCR CCHCS CEOs
Division of Juvenile Justice Superintendents
Page 2

- Finance Chief
- Public Information Officer
- CDCR COVID-19 DOC Liaison

ICs may establish additional positions based on operational need.

**Incident Command Post Strategic Objectives**

The ICP roles and responsibilities shall include, but not be limited to the following:
- Provide a current assessment and situational awareness report of all areas within the institution as related to COVID-19 mitigation efforts
- Develop contingency plans and countermeasures to address identified needs
- Identify and address logistical and resource needs
- Prepare and submit an internal daily situation report from the ICP to the CDCR COVID-19 DOC, no later than 1000 hours (See attachment A)
- Prepare an external situation report to be shared with local stakeholders to include Emergency Medical Services teams (EMS), county public health agencies, local hospitals, local law enforcement partners (i.e., Police, Probation, Sheriff), and local government representatives (See attachment B)
- Create and maintain a daily Incident Action Plan (IAP) to include management and strategic objectives comprised of ICS forms (i.e. ICS 202, ICS 203, ICS 205A, ICS 207, ICS 208, ICS 209, ICS 213, and ICS 214)
- Track COVID-19 related expenditures
- Enhanced communications with public health, local hospitals, and healthcare providers will be essential in the event of significant changes in circumstances
- Extend an invitation to local Public Health officials to participate in their ICP operation in the event an outbreak occurs
- Establish a dedicated CDCR COVID-19 DOC liaison and include their contact information with every prepared report submitted to the CDCR COVID-19 DOC (Name, telephone number, email)
- ICs shall participate in the DOC's daily conference call that will provide a daily operational briefing to the ICPs. This call will occur Monday through Friday at 1400 hours
- Ensure all staff assigned to the ICP complete ICS Form 214 daily
- All resource request shall be submitted with a completed ICS Form 213, through the CDCR COVID-19 DOC electronic email at DOCCOVID19@cdcr.ca.gov.

Please email the CDCR COVID-19 DOC at DOCCOVID19@cdcr.ca.gov with any questions or concerns.

CDCR COVID-19 Department Operations Center