IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, et al.,**<br><br>Defendants. | Case No. 01-cv-01351-JST<br><br>**[PROPOSED] ORDER RE: QUARANTINE AND ISOLATION SPACE** |

On June 7, 2020, the Court ordered the parties to meet and confer with the Receiver regarding the need for reserved quarantine and isolation space in the prisons if there is an outbreak of COVID-19, and to submit a joint proposed order on that subject, or competing proposed orders on that subject, for the Court's consideration. On Wednesday, July 15, 2020, the parties submitted competing proposed orders and briefing.

The Court adopts Defendants' proposed order, which allows the parties an additional two weeks to meet and confer with the Receiver to reach an agreement on a methodology for determining reserved space needs in the prisons. It is clear that this important issue is complex, and that the parties should not be unduly rushed to complete the meet-and-confer process. The additional time will enable to parties and the Receiver to consider important factors that might

impact the need for reserved space at each prison, such as the unique layout of each prison, the specific population in each prison (e.g., the medical acuity or average age of the population at each institution), the number of patients in each prison who have already contracted and recovered from COVID-19, the availability of alternative spaces for housing patients (e.g., gyms, tents, and other buildings that could be readily converted into housing), the possibility of housing recovered COVID-19 patients with COVID-19 positive patients, the possibility of moving recovered patients into denser housing arrangements to create more space for isolation and quarantine patients in other locations, and the impact that the development of a safe transfer protocol would have on the ability to transfer patients to locations with more space.

      Additional time will also allow the parties and the Receiver to obtain input from multiple public health experts, and it will allow the parties to consider the impact of the newly announced releases on the population levels in the prisons and the need for reserved spaces.

      Accordingly, the Court orders that the parties shall continue to meet and confer with the Receiver regarding the subject of the need for reserved isolation and quarantine spaces in CDCR's prisons. If the parties are unable to reach an agreement concerning reserved space needs, then the Court may request that the parties submit additional briefing and evidence on the subject and consider whether an order regarding reserved space needs in the prisons can or should be made.

      IT IS SO ORDERED

Dated: _____    _____
                                 The Honorable Jon S. Tigar