1 | XAVIER BECERRA
Attorney General of California
2 | MONICA N. ANDERSON
Senior Assistant Attorney General
3 | DAMON G. MCCLAIN - 209508
Supervising Deputy Attorney General
4 | NASSTARAN RUHPARWAR - 263293
Deputy Attorney General
5 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
6 | Telephone: (415) 703-5500
Facsimile: (415) 703-3035
7 | Email:  Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF -  240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

MARCIANO PLATA, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

CASE NO. 01-1351 JST

**DECLARATION OF ANNE SPAULDING IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED ORDER RE: QUARANTINE AND ISOLATION SPACE**

Judge:   Hon. Jon S. Tigar

I, Anne Spaulding, declare:

1.      I am currently an Associate Professor of Epidemiology with tenure at Rollins School of Public Health, Emory University.  I am also an Associate Professor of Medicine at Emory School of Medicine, and an Adjunct Associate Professor at Morehouse School of Medicine.  A copy of my curriculum vitae is attached as Exhibit A.

2.      I obtained my M.D. degree from the Medical College of Virginia and my Master of Public Health degree from Johns Hopkins School of Public Health.

3.      Through my career, I have gained significant experience in the field of correctional healthcare and public health.  For example, I have served as a Staff Physician and as an Infectious

-1-

Decl. Spaulding Supp. Defs.' Response Pls.' Proposed Order Re Quarantine and Isolation Space

Case No. 01-1351 JST

16465050.1

Disease Consultant for Fulton County Jail in Georgia; a Physician Consultant and an Infectious Disease Consultant for Georgia Correctional Health Care and the Medical College of Georgia; an Associate Statewide Medical Director for Georgia Correctional Health Care and the Medical College of Georgia; and a Medical Program Director for the Rhode Island Department of Corrections.  I have also lectured on subjects related to correctional healthcare and public health at Johns Hopkins, Medical College of Georgia, Georgia Institute of Technology, and Brown University.  I have also given talks and presentations at a number of national and international conferences and meetings on subjects related to correctional healthcare and public health.  In fact, on July 14, 2020, I presented a webinar on COVID-19 via a contractor for the U.S. Department of State to leadership in the state and federal prisons of Mexico.  The presentation included an extensive discussion about best practices for mitigating COVID-19 in correctional facilities.

4.  I am familiar with the developing scientific literature regarding COVID-19, including the transmission and prevention of the virus.

5.  Counsel for the California Department of Corrections and Rehabilitation (CDCR) have retained me to consult with CDCR regarding its response to the COVID-19 pandemic and to assist with litigation in this proceeding if necessary.  I look forward to helping CDCR and look forward to meeting with other public health experts who are involved in this case and CDCR's response to the current pandemic.

6.  I have carefully reviewed the information that is available from CDCR's patient tracker, which is found on CDCR's website.

7.  I understand that the Receiver recently devised a methodology for estimating the amount of isolation and quarantine space that might be needed at each of California's thirty-five correctional facilities.  I have reviewed that methodology, which states:

> To plan for the possibility of a large-scale outbreak of COVID-19, each facility in each prison shall identify space that will allow for rapid isolation and quarantine of impacted patients. Each facility shall identify its largest congregate living space. Each facility shall maintain empty beds equivalent to the capacity of its largest congregate living space or 20% of the current population of the facility, whichever is larger.

8.  I am not aware of any other prison system using a formula like the one devised by

-2-

Decl. Spaulding Supp. Defs.' Response Pls.' Proposed Order Re Quarantine and Isolation Space

Case No. 01-1351 JST

1   the Receiver for this purpose.  And I agree with Plaintiffs' expert Dr. Adam Lauring in his

2   assessment that there is no current consensus among the scientific community about how to

3   determine exactly how much space is enough in a correctional institution for this purpose.

4         9.     I understand that the Receiver based the methodology he devised for determining

5   needed isolation and quarantine space on his experience during the pandemic with outbreaks of

6   different sizes in the prisons, including four large outbreaks that have occurred—California

7   Institution for Men, Chuckawalla Valley State Prison, and Avenal State Prison, and San Quentin.

8   I have been informed that all four of those outbreaks occurred before CDCR started conducting

9   extensive staff testing and at least one of those outbreaks—California Institution for Men—started

10  before extensive testing of staff or incarcerated persons had commenced, and even before certain

11  basic measures, such as mandatory mask wearing, had been implemented in the prisons.  I have

12  also been informed that one of those large outbreaks—San Quentin—appears to have been caused

13  by an unfortunate decision to transfer residents from a prison with a very large active outbreak to a

14  prison that previously had no known cases of COVID-19—a mistake that is unlikely to be

15  repeated.  Thus, these outbreaks, while informative, are likely not the best predictors of how future

16  outbreaks will unfold now that CDCR has implemented preventative measures (such as mask

17  wearing), taken steps to identify outbreaks sooner through extensive COVID-19 testing of

18  incarcerated persons and staff, placed restrictions on the transfer of residents between institutions,

19  and learned from experience how to respond to and contain outbreaks.

20        10.    I agree that it is important to have space available for quarantine and isolation

21  purposes in the event of an outbreak of COVID-19 in CDCR's prisons, but I disagree that the best

22  way for determining the amount of space needed is to consider the size of outbreaks that occurred

23  under circumstances that no longer exist.  Additionally, I would like to discuss with CDCR and

24  the Receiver other available options to ensure that space is available, such as rapid establishment

25  of more beds via emergency structures.

26        11.    It is significant that CDCR is now conducting regular staff and population testing

27  because those measure will help CDCR to identify outbreaks while they remain small.  If

28  outbreaks are identified while they are still relatively small, fewer residents need to be isolated and

Decl. Spaulding Supp. Defs.' Response Pls.' Proposed Order Re Quarantine and Isolation Space

Case No. 01-1351 JST

1   quarantined.  Thus, the extensive testing that is now underway should reduce the amount of

2   reserved space needed for quarantine and isolation purposes.

3        12.      I also understand that the goal of the Receiver's methodology "is to ensure to the

4   extent reasonably feasible that each institution has enough beds to handle the beginning phases of

5   an outbreak in order to significantly reduce the risk of it blossoming into a medium-sized or large

6   outbreak."  This stated rationale does not seem to make sense because if outbreaks are caught in

7   their beginning phases, it should not be necessary to have isolation and quarantine space for

8   twenty percent of each prison's population, which is what the Receiver's methodology requires.

9        13.      I also understand that some prisons have large numbers of residents who have

10  already contracted and recovered from COVID-19.  People who have already contracted and

11  recovered from COVID-19 are very unlikely to contract it again in the following three months and

12  possibly longer.  This is a significant fact because prisons that have large numbers of residents

13  who have already contracted and recovered from COVID-19 will likely need less space for

14  quarantine and isolation for some period following an outbreak.

15       14.      A primary concern I have with the Receiver's methodology is that it may require

16  far more space to be set aside at a particular prison than is necessary.  Reserving a large amount of

17  vacant housing space, rather than lowering the population density in each housing unit, may have

18  an unintended consequence of increasing the likelihood of transmission of infection in a facility.

19  Some of the reserved space called for under the Receiver's methodology might be better used to

20  spread out the population or to house medically high-risk patients.  Setting aside an excessive

21  amount of space for isolation and quarantine might also force CDCR to unnecessarily transfer

22  residents between prisons in order to set aside the required amount of space if the Receiver's

23  methodology were mandated.  Because inter-prison transfers can increase the risk of virus

24  transmission, transfers should be avoided if they are not necessary.

25       15.      I have been advised that CDCR is considering a plan to set aside one entire housing

26  unit at each of its prisons for isolation and quarantine purposes and that these housing units would

27  have a minimum of 100 available beds.  I would like to hear more details about this plan so that I

28  can better assess it, but it generally appears that a plan like this would comport with public health

Decl. Spaulding Supp. Defs.' Response Pls.' Proposed Order Re Quarantine and Isolation Space

Case No. 01-1351 JST

**ANNE C. SPAULDING, M.D., M.P.H., F.I.D.S.A., F.A.C.P., F.A.C.C.P.**
Office: 1518 Clifton Road, CNR 3033 Rollins School of Public Health, Atlanta, GA 30322
Home: 1275 Oak Grove Drive, Decatur, GA 30033
Phone: Day (404) 727-3369; Evening (404) 315-6110; Cell (404) 313-5298.
Fax: (404)727-8737. Email: ASpauld@emory.edu

## EDUCATION

| | |
|---|---|
| 9/2001-5/2005 | Johns Hopkins School of Public Health, Baltimore, MD (M.P.H. degree) |
| 8/1985-5/1989 | Medical College of Virginia, Richmond, VA (MD degree) |
| 9/1980-6/1984 | Brown Univ., Providence, RI (Sc.B degree, Major: Applied Mathematics/ Biology) |

## TRAINING

| | |
|---|---|
| 7/1993-6/1996 | Infectious Diseases Fellow, U Mass. Medical Center, Worcester, MA |
| 6/1992-6/1993 | Internal Medicine Residency, Chief Resident, VA Medical Center, Providence, RI |
| 6/1989-6/1992 | Internal Medicine Resident, Miriam Hospital, Providence, RI, Internal Medicine |

## CURRENT ACADEMIC, PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 10/2014-present | Associate Professor of Epidemiology with Tenure Rollins School of Public Health, Emory University |
| 1/2015-present | Associate Professor of Medicine (Joint), Emory School of Medicine |
| 2018-present | Adjunct Associate Professor, Morehouse School of Medicine |

## PREVIOUS ACADEMIC, PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 1/2017-8/2018 | Staff Physician/ID Consultant (one day per week) Fulton County Jail |
| 1/2013-4/2016 | Staff Physician (one day per week) Haven of Hope, Ryan White HIV Clinic for Georgia Public Health District 4 (Overseen by AIDS Healthcare Foundation since May 2015) |
| 10/2005-9/2014 | Assistant Professor of Epidemiology (Tenure Track: 9/2008-9/2014) Rollins School of Public Health, Emory University Assistant Professor (Joint) of Medicine, Emory School of Medicine |
| 10/2005-7/2012 | HIV and HCV Physician Consultant, Georgia Correctional Health Care/Medical College of Georgia *Responsibilities:* Evaluated women in Georgia prisons |
| 10/2003-10/2005 | Associate Statewide Medical Director, Georgia Correctional Health Care/Medical College of Georgia. *Administrative Responsibilities & Accomplishments* • Assisted statewide medical director in supervision and auditing of approximately 50 physicians caring for 45,000 prisoners at 70 prison sites across the state of Georgia • Developed quality assurance programs such as performance evaluation, peer review, credentialing, and utilization review • Managed annual budget of $113 million/year  *Clinical Responsibilities* • HIV and HCV specialty care to women in Georgia prisons |

| | |
|---|---|
| 11/2001-9/2003 | Centers for Disease Control and Prevention<br>11/2002-09/2003:   Researcher, appointed via Oak Ridge Institute for Science and Education to CDC/National Center for Infectious Disease, Division of Viral Hepatitis. Supervisor: Drs. Hal Margolis, Cindy Weinbaum<br>11/2001-10/2002: Medical Officer, CDC/National Center for HIV, STD & TB Prevention/CDC. Office of the Director/Prevention Support Office: Corrections and Substance Abuse Activities |
| 10/2000-10/2001 | Director/Consultant, RI Department of Health, RI State Sexually Transmitted Disease Clinic Medical, Providence, RI |
| 06/1996-10/2001 | Medical Program Director, Rhode Island Department of Corrections<br>39 Howard Avenue, Cranston, RI 02920<br><br>*Responsibilities & Accomplishments*<br>• Health care delivery to system with average daily population of 3,500 patients; 15,000 admissions/year<br>• Managed annual budget of approximately $12 million<br>• Oversaw approximately 100 health care workers (staff and consultants) |
| 06/1996-10/2001 | Staff Physician, Rhode Island Hospital<br>593 Eddy St., Providence, RI 2903<br><br>*Responsibilities & Accomplishments*<br>• Attending Physician on Consult Service, Division of Infectious Disease<br>• Liaison between Department of Corrections and RI Hospital for inpatient and outpatient care of incarcerated individuals<br>• Attending Physician, Medical Primary Care Unit, with emphasis on Infectious diseases (HIV, Hepatitis C) and health needs of ex-offenders |

## PART-TIME CLINICAL PRACTICE

| | |
|---|---|
| 12/2019- | Infectious Disease Consultant, MercyCare HIV Services, Atlanta GA |
| 1/2017-8/2018 | Infectious Disease Consultant, Fulton County Jail |
| 1/2013-4/2016 | Infectious Disease Consultant, Haven of Hope Ryan White HIV Clinic, Georgia District 4 Health Department, Newnan, GA |
| 9/2012-12/2012 | Volunteer Physician, Ponce Infectious Disease Clinic, Atlanta GA |
| 10/2005-9/2012 | Infectious Disease Consultant, Georgia Correctional HealthCare Consultation for HIV- and HCV-infected women in the Georgia Prison System (16-32 hours/month) |

## LICENSES
Georgia # 051387
Initial date of license: 2002
Current license expiration date: 11/30/2021

## CERTIFICATION

### Specialty Boards
American Board of Internal Medicine, 1992, 2002, 2013: Diplomate, Internal Medicine.
American Board of Internal Medicine, 1996, 2006, 2016: Diplomate, Infectious Disease.

## HOSPITAL PRIVILEGES

| | |
|---|---|
| *2012- Present* | Grady Memorial Hospital, Atlanta, GA—Admitting Privileges |
| *2004-2006* | Medical College of Georgia Hospital—Courtesy Staff. |
| *1996-2001* | Rhode Island Hospital/Miriam Hospital, Providence, RI—Admitting Privileges. |
| *1996-2001* | Eleanor Slater Hospital, Cranston, RI—Admitting Privileges. |
| *1997-2001* | Women and Infants Hospital, Providence, RI—Consulting Privileges |

## HONORS AND AWARDS

| | |
|---|---|
| *2019* | Rollins School of Public Health Supervisor Award: Nominated by mentee who traveled to National Penitentiary of Haiti. |
| *2016* | Team Lead of "Program of the Year", for HIV Jail Testing Program, by Fulton County Department of Health and Welness TestAtlanta. |
| *2015* | Finalist, Healthcare Hero, Community Outreach. Atlanta Business Chronicle |
| *2009* | Recipient, 2009 Partners in Public Health Improvement Award, given by CDC as member of External Group in recognition of collaboration in developing HIV Implementation Guidance for Correctional Settings |
| *2008* | Armand Start Award for Excellence in Correctional Medicine Society of Correctional Correctional Physicians |
| *1995* | Selected "Research Fellow of the Year" Maxwell Finland Award of the Massachusetts ID Society |
| *1989* | Recipient, Medical Assistance Program-Reader's Digest Foundation Scholarship for Oversees Travel |
| *1989* | Awarded second place, MCV medical school wide research competition |
| *1986* | Summer research fellowship: American Academy of Allergy and Immunology to fund work at the National Institute of Allergy and Infectious Disease |

## PROFESSIONAL SOCIETIES

Infectious Disease Society of America
American College of Physicians
Society of Correctional Physicians/American College of Correctional Physicians
American Correctional Health Association
American Medical Association
American Public Health Association

## PROFESSIONAL SERVICE

### Community Service

2018  Appointed to HIV Advisory Committee, Fulton County Board of Commissioners
1997  Appointed to Leadership Rhode Island; a 10 month training program for a diverse group of community and business leaders to serve as catalysts of positive change for Rhode Island

### Academic Committees

University-wide, Emory University
2013-2015, Research Administration, Faculty Advisory Board, Rollins School of Public Health
Rollins School of Public Health, Emory University
2016-Present, Epidemiology Department Curriculum Committee
2011-Present, Rollins Career Services Advisory Committee
2011-2016, Rollins Research Committee

2011-2012, Rollins Committee on Reaccreditation

## Brown University School of Medicine
1999     Department of Pediatrics, Division of Adolescent Medicine. Search Committee for Medical Director, RI Training School for Boys and Girls.

## NIH Advisory Panels
2017          Phase I AIDS Avenir Reviewer (May 2017 council),
2016          NIDA Research Education Program/ Clinical (R25).
2010-2012     Ad hoc participant, NIDA K award review panel. (7 review panel/SEP meetings)
1/2009        NIH Review Panel, ad hoc participation in Biobehavioral Regulation, Learning and Ethnology Study Section
7/2008        NIDA Special Emphasis Panel ZDA1 JXR-D(12) Effectiveness of SBIRT in medical settings to reduce drug abuse.

## Editorial Boards or Editorships
- Editorial board: Public Health Reports 2018 - Present
- Guest editor: AIDS and Behavior, Supplement on Correctional Health, 2012-2013
- Editorial board: Correctional Health Report 2011- Present
- Editorial board: Health & Justice 2016-Present
- Editorial board: Journal of Correctional Healthcare. 2008- Present. Assisted with obtaining PubMed listing of journal in 2009.
- Have reviewed papers for JAMA, Journal of Correctional Healthcare, Journal of Women's Health, Annals of Internal Medicine, Annals of Epidemiology, Clinical Infectious Disease, Lancet, New England Journal of Medicine, PLoS One, Journal of Viral Hepatitis.
- Received letter of commendation from the editor of Annals of Internal Medicine for being in the "top 30% of all reviewers for 2008."

## Conference Chairs
Co-chair, Tenth Annual Academic and Health Policy Conference on Correctional Health Atlanta, GA, March 16-17, 2017.

Co-chair, Fifth Annual Academic and Health Policy Conference on Correctional Health Atlanta, GA, March 22-23, 2012.

Co-organizer, Society of Correctional Physicians, Semi-Annual Meetings, 1998-2017.

Course Director, American Correctional Health Services Association Annual Meeting. June 4-7, 2007. Reno, NV.

Co-Chair, Management of Hepatitis C in Prisons. January 25-26, 2003. San Antonio, TX. Sponsored by Centers for Disease Control and National Institutes of Health.

Course Director, Hepatitis C: Controversies facing the Primary Care Provider.  December 2002

Brown Medical School, Brown University AIDS Program, RI Department of Health. Four hour CME program, Providence, RI.

## International Health Experiences
2012- present   Travel to National Penitentiary, Port-au-Prince, Haiti. Trips sponsored by Health

| | |
|---|---|
| | Through Walls  (www.healththroughwalls.org): seven visits total. |
| 2010 | Volunteer with Global Health Outreach—Medical team with 9 Emory Medical Students, Port-au-Prince, Haiti |
| 1997 | Volunteer with Prison Fellowship--Medical Team visiting prisons in Quito and Guayaquil, Ecuador, S.A |
| 2/89-3/89 | Senior year elective rotations at Centre Medical Evangelique, Nyankunde, Zaire [Congo] as recipient of MAP-Reader's Digest Foundation scholarship |
| 8/84-5/85 | Administrative volunteer at Hopital Ste. Croix in Leogane, Haiti. Also accompanied public health team on village visits |

**Elected Office, National Organizations**

| | |
|---|---|
| 2001-2003 | National President, Society of Correctional Physicians |
| 1997-2005 | Board Member, Society of Correctional Physicians |

**Appointed Office, National Organizations**

| | |
|---|---|
| 2012-2013 | |
| 2016- | Executive Board Member, Academic Consortium on Criminal Justice Health |

**National Advisory Committee Service**

| | |
|---|---|
| 2013 | Liaison. CDC/STD Guidelines Committee |
| 2011 | Member, CDC/Division of Viral Hepatitis: Screening for Hepatitis C Virus Infection in Adults |
| 2010 | Member, Department of Justice, Bureau of Justice Statistics/CDC, National Center for Health Statistics, Correctional Health and Healthcare.  Invited Speaker to address topic: Identifying and Prioritizing Data Needs |
| 2003-2005 | Member, Subcommittee on Subpart C/Research on Prisoners, Secretary's Advisory Committee on Human Research Protection, Department of Health and Human Services |
| 2002-2003 | Invited Member of Francis J. Curry National Tuberculosis Center Work Group on Strategic Plan for TB Training and Education for Correctional Facilities |
| 2002 | Invited Participant/Speaker: National Human Research Protections Advisory Committee, on the risks of involving inmates in medical research. Washington, DC |
| 2001 | Invited Participant/Speaker, Conference on Recommendations for the Prevention and Control of Infections with Hepatitis Viruses in Correctional Settings. Centers for Disease Control, Atlanta, GA |
| 1998-1999 | Member, Member, National Institute of Justice/National Commission on Correctional Health Care. Expert Panel on Communicable Diseases among Soon-To-Be-Released Inmates. For preparation of commissioned report to US Congress |

**TEACHING EXPERIENCE**

**Emory University**

Courses developed and taught

2007-Present (each spring except 2011): Correctional Healthcare Epidemiology (2 credits).

Other courses taught

Fall 2015- Present: Case Studies in Infectious Diseases (2 credits)

Spring 2013- Present: Field Epidemiology (2 credits).

Spring 2011, Fall 2011-Present: Sexually Transmitted Disease Epidemiology (2 credits).

2010-2016: Epidemiology PhD Journal Club (1 credit).

**Medical College of Georgia**
>Lecture to ID Division, GA Regents University HIV in Prisons (December 2013)
>House Staff, Medical College of Georgia
>Correctional Medicine and Public Health, March 2005

**Brown School of Medicine**
>Small Group Leader, Infectious Diseases Course, 2nd year Brown medical students. Providence, RI, 1997-2001

**Other Teaching Experience**
- Modeling of HIV in Jails. T. Ayer, Healthcare Delivery. GA Tech. HS6000. Spring, 2014
- Guest Lecture, "Hepatitis C in Correctional Facilities." Course in Correctional Health, Johns Hopkins Bloomberg School of Public Health, 2013
- Guest Lecture: Lecture in "Mentored Training Program to Increase Diversity in HIV, Substance Use and Mental Health" 2006. NIH Grant (R25MH080669-01A1); program conducted by Ronald Braithwaite, PhD, Morehouse School of Medicine
- Guest Speaker: Live Talk on Correctional Health for course, "Current Concepts in Public Health." Johns Hopkins School of Public Health, 2005
- Presentation to Combined House Staff, Medical College of Georgia: Correctional Health, 2005, Augusta, GA
- Presentations to University of Rhode Island, School of Pharmacy, graduate students. Guest Lecturer: Sexually Transmitted Diseases, Urinary Tract Infections. Kingston, RI, 2000
- Presentation to Brown University undergraduate course in U.S. health care systems, Department of Community Health.  Topic: Corrections and Public Health. Providence, RI, 2000

**MPH/MSPH Thesis Committees Chaired (Emory University)**
>2019  Haley Kehus, Mingli Qi, Hilary Hunt, Sierra Thompson
>2018  Ye Ji Kim.
>2017  Ana Drobeniuc, Adrienne Tanus, Ellie Kerr [Also MS in Bioethics: Joel Zivot]
>2016  Marion Rice
>2015  Colleen Haynes, Frances Kim, Nikki Roth, Elizabeth Smith
>2014  Philip Aka, Sarah Demas, Liesl Hagan, Cece Ibeson, Takiyah Ball
>2013  Tristan Cordier, Liesl Hagan, Simona Lang, Shawnta Lloyd, Gui Liu, Da Mao, Daniel Mercer, Kimberly Miller, Emily Ridgeway
>2012  Grace Oguntebi, Aminata Mboup, Mary Mbaba, Matthew Stein
>2011  Megan Eguchi, Madhura Adiga Hallman, Cassandra Harrison, Alice Sun Lee, Rose Wanjala
>2010  Phoebe Alleman, Julia Hood
>2009  Amber Bishop, Lauren Christiansen, Victoria McCallum (nominated for Shepherd Award), Elenore Patterson, Erica Shultz, Ryan Seals
>2008  Ashiru Bisola

**PhD Dissertation Committees, Emory University**
>Chris Bond, Matthew Page, Mohammed Khan

**Guest Lectures, Emory University**
>Coursera on AIDS (Hagen, Massive Open Online Course, 2013
>Lecture to Medical Students/Residents, Social Medicine Series (George), 2011-present
>Lecture to Gastroenterology Fellows, Emory School of Medicine, 2011
>Epi 541: Hospital/Healthcare Epidemiology (McGowan), 2008-2009
>HIV Seminar for Humphrey Fellows (DelRio), 2009, 2013
>Epi 540: Case studies in Infectious Disease (McGowan), 2007-Present

**Guest Laboratory Session**

Epi 591U Lab: Application of Epi Concepts (Drews), 2008-2009

**Residents Talks**

Internal Medicine House Staff: Various Noontime Conferences
Miriam Hospital, RI Hospital, VA Medical Center, 1997-2001
Topics:   Community Acquired Pneumonia, Endocarditis
          Fever in the Neutropenic Host
          Viral Illnesses other than HIV
          Mycology Jeopardy

## LABORATORY RESEARCH EXPERIENCES

*1993-96*      Dengue: Cytotoxic T Lymphocyte assays; viral quantification by new ELISA. Laboratory
               of F. Ennis, University of Massachusetts.

*1991*         Schistosomiasis epitopes present at different life stages.  Laboratory of R.
               Olds and P. Wiest, Brown University.
*1989*         LAK cells and fibrin coating of bladder tumor cells. Laboratory of M.
               Carr, VAMC/Medical College of Virginia.

*1986*         Serum levels of eosinophilic proteins in parasitic disease. Laboratory of R. Davey, T.
               Nutman, E. Ottesen, National Institute for Allergy and Infectious Disease at the National
               Institutes of Health.

## RESEARCH

## Grant Support

*Active*

PI: A. Spaulding/J. Chhatwal/T. Ayer. "Collaborative Research: Smart Intervention Strategies for
Hepatitis C Elimination." [National Science Foundation 1722906: August 15, 2017-July 31, 2021]

PI: R. DiClemente, Co-Investigator: Spaulding. "Knowing about intervention and implementation in
Detention Sites (KiiDS)" - Translational Research on Interventions for Adolescents in the Legal System
(TRIALS) Consortium. [Funded through NIDA, July 2013-June 2018, no cost extension.]

PI: A. Spaulding. TB Reach: Improving TB treatment adherence and outcomes for current and former
prisoners in Haiti. Stop TB Partnership. [Funded 2018-2020].

*Completed*

PI: A. Spaulding.  Enhancing Linkage to Care. Elton John Foundation. [Funded 2014-2019]

PI: A. Spaulding. Hepatitis C Screening in the Georgia Prison System. [Gilead Sciences, 2016-2017,
followed by no cost extension]

PI: F.Wong, Co-Investigator: Spaulding. "A Molecular-Social Network Investigation of HIV-HCV Co-
infection in Chinese MSM" [NIAID: 1R01 AI106715 Percent Effort: 10%]

PI: A. Spaulding. "Planning for SUCCESS." [NIH/NIDA: R34. 3/15/2014 – 2/28/17]

PI: A. Spaulding. "Tuberculosis: Behind Bars and Beyond," Emory University Research Committee and
the Atlanta Clinical & Translational Science Institute. [Funding period: 6/1/2013-5/31/2014. $30,000
directs]

PI: W. Ferguson. Co-Investigator: A. Spaulding Academic and health policy conference on correctional health care. Funding period 2010-2015. [NIH/NIDA: 1R13DA030822-01; no salary support]

Lead Co-Investigator: A Spaulding. Title: Predicting the effect of seeking, testing and treating HIV in correctional facilities. Funding period 2010-12. Supplement to Center for AIDS Research Grant. [NIH funded program (P30 AI 050409); $ 74,780 direct; $41,128 indirect; $115,908 total]

PI: L. Miller. Co-Investigator: Spaulding. TILT-C: internal medicine Trainees Identifying and Linking to Treatment for hepatitis C (Role: Co-investigator). [Funding period: 10/1/2012-9/30/2013. Refunded for a second year: 10/1/2013-9/30/2014. Centers for Disease Control. $150,000 directs + indirects]

PI: A. Spaulding. Title: Assessing and Overcoming Barriers for HIV+ Releases from Urban and Rural Jails: A Pilot Study on the Use of Case Management and Texting Technology to Enhance Connections to Community Care. Funding period: 4/2012-4/2013, followed by NCE through 4/2014. Grant from Bristol Myers Squibb. [Award Number AI424-486, $100,166 direct; $25,042 indirect; $125,208 total]

PI: A. Spaulding. Cancer in a Prisoner Cohort: Comparison of Subjects with and without HIV. Awarded 2012. CFAR03 Grant. Emory Center for AIDS Research and Winship Cancer Center. Funding period 03/01/12-02/28/13, with one year no cost extension. [NIH funded program (P30 AI 050409); directs: $48,387, $26,613 indirect, $75,000 total]

PI: A. Spaulding. Title: Evaluation and Support Center for Models of Identifying HIV Infected Person in Jail Settings and Enhancing Linkages to Primary Care. Funding period 9/1/2007 – 8/31/2011. Cooperative Agreement with HRSA. [Award Number U90HA07632; $3,089,429 direct, $867,182 indirect, $3,956,611 total.]

PI: A. Spaulding. Title: 2011 Annual Conference: Controlling Glucose in Controlled Environments. Funding period 09/30/2011 – 09/29/2012. [CDC, Award number 1U13DP003317-01, $20,000 directs]

PI: A. Spaulding. Integrating Infectious Disease Detection at Entry and Linkage. Cooperative Agreement with CDC, at Fulton County (GA) Jail. Funding period 9/2010-8/2012. [Award Number: 1H62PS003187-01. $748,136 direct; $202,798 indirect; $950,934 total]

PI: S. Sacks. Co-Investigator: A. Spaulding Title: NDRI Rocky Mountain Research Center for CJDATS 2. Funding period: 04/01/2011 – 03/31/2012. Grant from National Development and Research Institutes, Inc. Funding as subcontract, 2012. [NIH/NIDA Award to NDRI, Award Number 5U01DA016200-08, $8,000 direct, $4,400 indirect, $12,400 total]

PI: A. Spaulding Public Health and Correctional Healthcare Provider Partnerships in Responding to the H1N1 Influenza Pandemic: A National Survey of Jails. Funding period: 2008-2013. Grant from CDC via Emory Preparedness and Emergency Response Research Center. [CDC funded program, Award Number 5-P01-TP000300; $20,000--directs only]

PI: A. Spaulding. Title: Mortality and Survival of a Cohort of Inmates in Georgia Prisons, 1991. Funding period: 7/1/07-6/30/09. Pfizer Scholar Grant in Public Health, Medical and Academic Partnership Program; [Total $130,000]

PI: A. Spaulding. Title: Study of Gonorrhea and Chlamydia Testing in Large Jails-Current State of the Field. Funding Period: 8/20-12/31/08.CDC PO 2008-M-27389. [Total $20,000]

PI: A. Spaulding. Title: MATCHing Needs and Resources:  Assessing the Needs of HIV+ Prisoners Coming Home. Funding period 7/01/2006-4/30/2007; CFAR03 Grant; Center for AIDS Research, Emory University [NIH funded program (P30 AI 050409); $30,000]

**JOURNAL PUBLICATIONS:  [\*Denotes Emory University trainee]**

1.  Carr M, Sajer SA. **Spaulding A**. Fibrin coating of bladder tumor cells is not protective against LAK cell cytotoxicity. Journal of Laboratory & Clinical Medicine. 1992 Feb; 119(2): 132-8.

2.  **Spaulding AC** Rothman AL. *Escherichia vulneris* as a cause of IV catheter-related bacteremia. Clinical Infectious Disease. 1996 Apr; 22(4): 728-9.

3.  Rich J, Dickenson BP, **Spaulding A**, LaFazia L, Flanigan TP. Interpretation of indeterminate HIV serology results in an incarcerated population. J AIDS and Human Retrovirology. 1998 Apr 1; 1794):367-9.

4.  **Spaulding A**. The Role of Correctional Facilities in Public Health: The Example of Sexually Transmitted Diseases. Medicine & Health/Rhode Island. 1998; 81(6)204-6.

5.  Mitty JA, Holmes L, **Spaulding A**, Flanigan T, Page J. Transitioning HIV-Infected Women after release from incarceration: Two models for bridging the gaps. J Correctional Health Care. 1998; 5(2):239-54.

6.  **Spaulding A**, Kurane 1, Ennis F, Rothman A.  Analysis of Murine CD8+T-cell clones specific for the Dengue virus NS3 protein: flavivirus cross reactivity and influence by the infectious serotype. J. Virology. 1999 Jan, 73(l): 398-403.

7.  **Spaulding A**, Green C, Davidson K, Schneiderimann K, Rich J**.** Hepatitis C in State Correctional Facilities. Preventative Medicine, 1999 Jan; 28(1): 92-100.

8.  **Spaulding AC**, Lally M, Rich JD, Dieterich DT. Hepatitis B and C in the context of HIV disease: implications for incarcerated populations. AIDS Reader. 1999 Oct; 9(7): 481-91.

9.  Rich JD, Dickinson BP,  Macalino G, Flanigan TP, Towe CW, **Spaulding A**, Vlahov D.  Prevalence and incidence of HIV among incarcerated and re-incarcerated women in Rhode Island.  JAIDS 1999 Oct 1; 22(2): 161-6.

10. Flanigan TP, Rich JD, **Spaulding A**.  HIV care among incarcerated persons: a missed opportunity [Editorial]. AIDS. 1999 Dec 3; 13 (17): 2475-6.

11. Farley JL, Mitty JA, Lally MA, Burzynski JN, Tashima K, Rich JD, Cu-Uvin S, **Spaulding A**, Normandie L, Snead M, Flanigan TP. Comprehensive medical care among HIV-positive incarcerated women: the Rhode Island experience.  Journal of Women's Health and Gender Based Medicine: 2000 Jan-Feb; 9(1): 51-6.

12. Clarke JG, Cyr MG, **Spaulding A**. Prisons: learning about women's health and substance abuse. Acad Med; 2000 May; 75(5): 544.

13. **Spaulding AC**, Allen S, Osei A, Ballard R. Hepatitis C infection: opportunity for exposure in many settings. Medicine & Health, Rhode Island 2000 Jul; 83(7):204-6.

14. **Spaulding A**, Lubelcyzk RB, Flanigan T. Can (unsafe) sex behind bars be barred? Invited editorial for Am J Pub Hlth. 2001 Aug; 91(8):1176-7.

15. Rich JD, Hou JC, Charuvastra A, Towe CW, Lally M, **Spaulding A**, Bandy U, Donnelly EF, Rompalo A. Risk factors for syphilis among incarcerated women in Rhode Island. AIDS Patient Care and STDs 2001 Nov; 15(11):581-5.

16. Charuvastra A, Stein J, Schwartzapfel B, **Spaulding A**, Horowitz E, Macalino G, Rich JD. Hepatitis B vaccination practices in state and federal prisons. Public Health Rep. 2001 May-Jun; 116(3):203-9.

17. Rich JD, Macalino G, Merchant RC, Salas C, Marcussen P, Grundy M, **Spaulding A**. HIV seroprevalence of adult males incarcerated for a sexual offense in Rhode Island, 1994-1999. JAMA. 2002 Jul 10;288(2):164-5.

18. Desai AA, Latta ET, **Spaulding A**, Rich JD, Flanigan TP. The importance of routine HIV testing in the incarcerated population: the Rhode Island Experience. AIDS Education and Prevention 2002 Oct; 14(Supplement B):45-52.

19. **Spaulding A**, Stephenson B, Macalino G, Ruby W, Clarke JG, Flanigan TP. HIV in Correctional Facilities: A Review [Invited Article]. Clinical Infectious Diseases 2002 Aug 1; 35(3):305-12.

20. Clarke J, Schwartzapfel B, Pomposelli J, Allen S, **Spaulding A**, Rich JD. Hepatitis B vaccination of incarcerated women: a pilot program. Journal of Health Care for the Poor & Underserved 2003 Aug; 14(3):318-23.

21. Allen SA, Osei A, Taylor L, Cabral A, **Spaulding A**, Rich JD. Treatment of Chronic Hepatitis C in a State Correctional Facility. Annals of Internal Medicine, 2003 Feb 4;138(3):187-90.

22. Remillino C, Brown HW, Adelson-Mitty J, Clarke J, **Spaulding A**, Boardman L, Flanigan T, Cu-Uvin C. Lower genital tract infections among HIV-seropositive and HIV-seronegative incarcerated women. J Correctional Healthcare, 2004; 10(4): 527-42.

23. Kelley M, Linthicum L, Small R, **Spaulding A**, Billah K, Weinbaum C. Hepatitis B Vaccination of Inmates in Correctional Facilities ---Texas, 2000--2002. MMWR 2004; 53(30): 681-3.

24. **Spaulding AC**, Weinbaum, CM, Lau DT-Y, Sterling R, Seeff LB, Margolis HS, Hoofnagle JH. A Framework for Management of Hepatitis C in Prisons. Ann Interrn Med, 2006; 144(10):762-9.

25. **Spaulding AC**, Arriola KJ, Ramos KL , Hammett T, Kennedy S, Norton G, Tinsley M.  Enhancing linkages to primary care in jail settings.  Journal of Correctional Health Care. 2007; 13(2) 93-128.

26. **Spaulding AC**, Arriola KJ, Hammett T, Kennedy S, Tinsley M. Rapid HIV Testing In Rapidly Released Detainees: Next Steps. Sexually Transmitted Diseases. 2009 Feb; 36(2 Suppl):S34-6.

27. **Spaulding AC**, Clarke JE, Jonco A, Flanigan TP. Small Reservoirs--Jail Screening for Gonorrhea and Chlamydia in Low Prevalence Areas. Journal of Correctional Health Care 2009; 15(1): 28-34.

28. Baillargeon J , Snyder N, Soloway R, Paar D, **Spaulding A**, Pollock BH, Arcari CM, Williams BA, Raimer BG, Murray OJ, Pulvino JS. Hepatocellular Carcinoma Prevalence and Mortality in a State Prison Population.  Public Health Reports. 2009 Jan-Feb; 124(1):120-6.

29. **Spaulding AC**, McCallum V*, Walker D, Reeves A, Drenzek C, Lewis S, Bailey E, Buehler JW, Berkelman, RL. How Public Health Can Partner with Prisons for Pandemic Influenza Preparedness-- Report from Georgia. Journal of Correctional Health Care. 2009 Apr; 15(2):118-28.

30. Elger BS, **Spaulding A**. Research on prisoners – a comparison between the IOM committee recommendations (2006) and European regulations. Bioethics. 2010 Jan; 24(1):1-13.

31. **Spaulding AC,** Seals RM*, Page MJ*, Brzozowski AK*, Rhodes W, Hammett TM. HIV/AIDS among inmates of, and releasees from, US correctional facilities, 2006: declining share of epidemic but persistent public health opportunity. PLoS One. 2009 Nov 11; 4(11):e7558.

32. **Spaulding AC,** Sumbry AR*, Matthews AK*, Ramos KL, Maggio D*, Seals RM*, Wingood GM. Pairing HIV-positive prisoners with volunteer life coaches to maintain health promoting behavior upon release: a mixed-method pilot study. AIDS Education and Prevention. 2009 Dec; 21(6):552-69.

33. **Spaulding AC,** Perez SD*, Seals RM*, Hallman M*, Kaversy R, Weiss P. The Diversity of Release Patterns for Jail Detainees: Implications for Public Health Interventions. American Journal of Public Health. 2011 Dec; 101(S1):S347-52. DOI: 10.2105/AJPH.2010.300004

34. Baillargeon J, Giordano TP, Harzke AJ, **Spaulding AC,** Wu ZH, Grady JJ, Baillargeon G, Paar DP. Predictors of reincarceration and disease progression among released HIV-infected inmates. AIDS Patient Care and STDs. 2010 June; 24(6):389-94.

35. Draine J, Ahuja D, Altice F, Avery A, Arriola KJ, Beckwith C, Ferguson A, Figueroa H, Lincoln T, Ouellet LJ, Porterfield J, Booker C, Tinsley M, **Spaulding A**. Strategies to Enhance Linkages between Care for HIV/AIDS in Jail and Community Setting. AIDS Care 2011 Mar;23(3):366-77.

36. **Spaulding AC,** Seals RM*, McCallum VA*, Perez SD*, Brzozowski AK*, Steenland NK. Prisoner Survival Inside and Outside of the Institution: Implications for Healthcare Planning. American Journal of Epidemiology, 2011 Mar 1; 173(5):479-87.

37. Springer SA, **Spaulding AC**, Meyer JP, Altice FL. Public Health Implications for Adequate Transitional Care for HIV-Infected Prisoners: Five Essential Components. Clinical Infectious Diseases 2011; 53(5):469-79. Erratum in: Clin Infect Dis. 2011 Oct;53(8):851.

38. Rich JD, Wohl DA, Beckwith CG, **Spaulding AC**, Lepp NE, Baillargeon J, Gardner A, Avery A, Altice FL, Springer S. HIV-Related Research in Correctional Populations: Now is the Time. Current HIV/AIDS Reports 2011; 8(4):288–296. DOI:10.1007/311904-011-0095-3.

39. Lim JR*, Sullivan PS, Salazar L, **Spaulding AC**, DiNenno EA. History of Arrest and Associated Factors among Men Who Have Sex with Men. Journal of Urban Health. 2011 Aug; 88(4): 677-89. DOI: 10.1007/s11524-011-9566-5.

40. Chen NE, Meyer JP, Avery AK, Draine J, Flanigan TP, Lincoln T, **Spaulding AC**, Springer SA, Altice FL. Adherence to HIV Treatment and Care among Previously Homeless Jail Detainees. AIDS and Behavior. October 2013, 17(8): 2654-2666. DOI: 10.1007/s10461-011-0080-2.

41. Lee SA*, Berendes DM*, Seib KG, Whitney EAS, Berkelman RL, Omer SB, **Spaulding AC**; Chavez RS, Meyer LP. Receipt of 2009 H1N1 Influenza Vaccine by Prisons and Jails--United States, 2009- 2010. MMWR 2012; 101(S1):S347-S352.

42. **Spaulding** AC, Thomas DL. Screening for HCV Infection in Jails. JAMA 2012; Mar 28:307(12): 1259-1260. DOI: 10.1001/jama.2012.374.

43. De Voux A*, **Spaulding** AC, Beckwith C, Avery A, Williams C, Messina LC, Ball S, Altice FL. Early Identification of HIV: Empirical Support for Jail-Based Screening.  PLoS ONE 2012; 7(5): e37603.

44. Bond TC*, **Spaulding** AC, Krisher J, McClellan W. Mortality of Dialysis Patients According to Influenza and Pneumococcal Vaccination Status. American Journal of Kidney Diseases, 2012, Jun 11.

45. Hood JE*, Mackellar D, Spaulding A, Nelson R, Mosiakgabo B, Sikwa B, Puso I, Raats J, Loeto P, Alwano MG, Monyatsi B. Client Characteristics and Gender-specific Correlates of Testing HIV positive: A Comparison of Standalone Center versus Outreach HIV Testing and Counseling in Botswana. AIDS and Behavior 2012 Oct;16(7): 1902-16.

46. **Spaulding** AC, Messina LC*, Kim BI*, Chung K*, Lincoln T, Teixeira P, Avery A, Cunningham M*, Stein MS*, Ahuja D, Flanigan T. Planning for Success Predicts Virus Suppressed: Results of a Non-Controlled, Observational Study of Factors Associated with Viral Suppression among HIV-positive Persons Following Jail Release. AIDS and Behavior 2013. 17:s203-s211

47. Stein MS*, **Spaulding** AC, Cunningham M*, Messina LC*, Kim BI* Chung K*, Draine J, Jordan AO, Harrison A, Avery AK, Flanigan TP. HIV-Positive and in Jail: Race, Risk Factors, and Prior Access to Care. AIDS and Behavior. 2013. 17:s108-s117.

48. Spaulding AC, Booker CA, Freeman SH*, Ball SW, Stein MS*, Jordan AO, Ahuja D, Flanigan TP, Solomon L, Frew PM. The EnhanceLink Study Group. Jails, HIV Testing and Linkage to Care Services: An Overview of the EnhanceLink Project. AIDS and Behavior. 2013. 17:s100-107.

49. Booker CA, Flygare CT, Solomon L, Ball SW, Pustell MR, Bazerman LB, Simon-Levine D, Teixeira PA, Cruzado-Quinones J, Kling RN **Spaulding AC**, The EnhanceLink Study Group. Linkage to HIV care for jail detainees: findings from the first 30 days after release. AIDS and Behavior. 2013. 17:s128-s136.

50. **Spaulding** AC, Pinkerton SD, Superak H*, Cunningham MJ*, Resch S, Jordan AO, Yang Z.  Cost Analysis of Enhancing Linkages to HIV Care Following Jail:  A Cost-Effective Intervention.  AIDS and Behavior. 2013. 17:s220-s226. 10.1007/s10461-012-0353-4.

51. Westergard R, **Spaulding AC**, Flanigan TP. HIV among persons incarcerated in the US: a review of evolving concepts in testing, treatment and linkage to community care. Current Opinions in HIV. 2013 February, volume 26 no.1 pages 10-6. doi: 10.1097/QCO.0b013e32835c1dd0.

52. Althoff A, Zelenev A, Meyer J, Fu J, Brown S, Vagenas P, Avery A, Cruzado J, **Spaulding** A, Altice F. Correlates of Retention in Care after Release from Jail: Results from a Multi-site Study. AIDS and Behavior. 2013. 17:s156-s170.

53. Williams CT, Kim S, Meyer J, **Spaulding** A, Teixeira P, Avery A, Moore K, Altice  F, Murphy-Swallow D, Simon D, Wickersham J, Ouellet LJ. Gender Differences in Baseline Health, Needs at Release, and Predictors of Care Engagement among HIV-Positive Clients Leaving Jail. AIDS and Behavior 2013. 17:s195-s202.

54. **Spaulding** AC, Kim AY, Harzke AJ, Sullivan JC, Linas BP, Brewer A, Dickert J, McGovern BH, Strick LB, Trestman R, Ferguson WJ. Impact of new hepatitis C therapeutics on the funding of prison health care. Topics in Antiviral Medicine. 2013 Feb-Mar;21(1):27-35.

55. **Spaulding AC,** Miller J, Trigg BG, Braverman P, Lincoln T, Reams PN, Staples-Horne M, Sumbry A*, Rice D, Satterwhite CL. Screening for Sexually Transmitted Diseases in Short-Term Correctional Institutions: Summary of Evidence Reviewed for the 2010 Centers for Disease Control and Prevention Sexually Transmitted Diseases Treatment Guidelines. Sexually Transmitted Diseases. September 2013;40(9):67-684.

56. Arriola KJ, **Spaulding AC**, Booker C, Williams C, Avery A, Porter NJ, Jordan AO, Loewenthal H, Frew. Understanding the Relationship between Social Support and Physical and Mental Well-Being among Jail Detainees Living with HIV. Journal of Health Psychology. 2013 August, 0(0):1-10. doi: 10.1177/1359105313496447.

57. Zelenev A, Marcus R, Cruzado J, **Spaulding A**, Desabrais M, Lincoln T, Altice FL. Patterns of Homelessness and Implications for HIV Health after Release from Jail. AIDS and Behavior AIDS and Behavior. 2013. 17: s181-s194.

58. **Spaulding AC**, Bowden CJ, Kim BI*, Mann MC, Miller L, Mustaafaa GR, Kyle RP*, Leon M*, Mbaba MV*, Messina LC*,  Hampton S, MacGowan  R, Reid L, Margolis A, and Belcher  L. Integrating Routine Voluntary Opt-Out HIV Screening Into Medical Intake, Fulton County Jail—Atlanta, GA, 2011-2012. MMWR, 2013 June 21. 62(24); 495-497.

59. Varan AK*, Mercer DW*, Stein MS*, **Spaulding AC**. Seroprevalence of Hepatitis C among Prison Inmates since 2001: Still Widespread but Declining. Public Health Reports 2014. 129(2), 187-195.

60. Lee A*, Berendes D*, Seib K, Whitney E, Chavez S, Berkelman R, Omer SB, **Spaulding A**. Distribution of A (H1N1)pdm09 influenza vaccine: Greater consideration of smaller jails. Journal of Correctional Health Care. June 2014. 20(3):228-239.

61. Haddad MB*, Foote MK*, Ray SM, Maggio DM*, Sales RMF, Kim MJ*, Kempker RR, **Spaulding AC**. Substantial Overlap between Incarceration and Tuberculosis in Atlanta, Georgia, 2011. Open Forum Infectious Diseases. 2014; Jun 30;1(1):ofu041.

62. Moorjani H, Koenigsmann, C, Kim MJ*, **Spaulding AC**. Prisoners Treated for Hepatitis C with Protease Inhibitor, New York, USA, 2012. Emerging Infectious Diseases. 2015 Jan;21(1), 186-188.

63. **Spaulding AC,** Kim MJ*, Corpening KT*, Carpenter T, Watlington P, Bowden CJ. Establishing an HIV Screening Program Led by Staff Nurses in a County Jail. Journal of Public Health Management and Practice. 2015 Nov-Dec;21(6):538-545.

64. **Spaulding AC,** Sharma A*, Messina LC*, Zlotorzynska M, Miller L, Binswanger IA. A comparison of liver disease mortality with HIV and overdose mortality among Georgia Prisoners and Releasees: A 2-decade cohort study of prisoners incarcerated in 1991. American Journal of Public Health. May 2015. 105(5):e51-7. doi: 10.2105/AJPH.2014.302546.

65. **Spaulding AC.** Capsule Commentary on Rich et al., Higher Standards in Correctional Healthcare Could Improve Public Health. Journal of General Internal Medicine.  2015 Apr;30(4):494.

66. Lima VD, Graf I, Beckwith CG, Springer S, Coombs D, Altice F, Kim B*, Messina L*, Stein M*, Montaner JSG, **Spaulding A**. The Impact of Implementing a Test, Treat and Retain HIV Prevention Strategy in Atlanta among Black Men Who Have Sex with Men with a History of Incarceration: A Mathematical Model. PLoS One. Apr 2015. 10(4):e0123482. doi:10.1371/journal.pone.0123482

67. Nguyen JT, Rich JD, Brockmann BW, Vohr F, **Spaulding A,** Montague BT. A Budget Impact Analysis of Newly Available Hepatitis C Therapeutics and the Financial Burden on a State Correctional System.  Journal of Urban Health. 2015 Aug;92(4):635-649.

68. **Spaulding AC**, MacGowan RJ, Copeland B, Shresta RK, Bowden CJ, Kim MJ*, Margolis A, Mustaafa G, Reid LC, Heilpern KL, Shah BB. Costs of Rapid HIV Testing in an Urban Emergency Department and a Nearby County Jail in the Southeastern United States. PLoS One.  2015 8;10(6):e0128408.

69. He T, Li K, Roberts MS, **Spaulding AC**, Ayer T, Grefenstette JJ, Chhatwal J. Prevention of Hepatitis C by Screening and Treatment in U.S. Prisons. Annals of Internal Medicine. 2016 Jan 19;164(2):84-92.

70. Vagemas P, Zelenev A, Altice FL, DiPaola A, Jordan AO, Teixeira PA, Frew PM, **Spaulding AC**, Springer S.  HIV-Infected Men Who Have Sex with Men, Before and After Release from Jail: The Impact of Age and Race, Results from a Multi-site Study. AIDS Care. 2016 Jan;28(1):22-31.

71. Anderson A, Von Esenwein S, **Spaulding AC,** Druss BG. Involvement in the Criminal Justice System among Attendees of an Urban Mental Health Center. Health and Justice. 2015 Feb 25; 3(4), 1-5. doi: 10.1186/s40352-015-0017-3

72. Authors: International Advisory Panel of HIV Care Continuum Optimization (**Anne Spaulding**, Panelist) IAPAC Guidelines for Optimizing the HIV Care Continuum for Adults and Adolescents. Journal of International Association of Providers of AIDS Care. 2015 Nov-Dec;14 Suppl 1:S3-S34.

73. Zlotorzynska M,* **Spaulding AC**, Messina LC,* Coker D,* Ward K, Easley K,  Baillargeion J,  Mink PJ, Simard EP. A retrospective cohort study of cancer incidence and mortality by HIV status in a Georgia, USA prisoner cohort during the HAART era. BMJ Open. 2016 Apr; 6(4), 1-8. doi:10.1136/bmjopen-2015-009778.

74. Miller L, Rollin F, Fluker SA, Lundberg KL, Park B, Quairoli K, Niyibizi NK*, **Spaulding AC.** High Yield Birth Cohort HCV Screening and Robust Linkage-to-Care in an Underserved, African American Population. Public Health Reports. 2016 Mar-Apr; 131(Supplement 2):84-90.

75. Schoenbachler BT, Smith BD, Sena A, Hilton A, Bachman S, Lunda M, **Spaulding AC**.  Hepatitis C Virus (HCV) Testing and Linkage to Care in North Carolina and South Carolina Jails, 2012-2014. Public Health Reports. 2016 Mar-Apr; 131(Supplement 2):98-104.

76. **Spaulding AC**, Miller LS. Apportioning blame in the North American hepatitis C virus epidemic. In Press: The Lancet Infectious Diseases. 2016. doi:10.1016/S1473-3099(16)30002-0.

77. Ferguson WJ, Cloud D, **Spaulding AC**, Shelton D, Trestman RL, Altice FL, Champion-Lippmann C, Thomas D, Taxman FS. A Call to Action: A Blueprint for Academic Health Sciences in the Era of Mass Incarceration. Journal of Health Care for the Poor and Underserved. 2016 May; 27(2): 5-17. doi:10.1353/hpu.2016.0051.

78. Sage K, Ouellet LJ, Mazza J, **Spaulding AC**. Rasch Analysis and Differential Item Functioning of a Social Support Measure in Jail Inmates With HIV Infection. Evaluation and the Health Professions. Eval Health Prof. 2016 May 4. pii: 0163278716644954. PMID: 27150117.

79. **Spaulding AC**. The Missing Link: HIV, Corrections and Public Health. Invited editorial to AJPH. 107 (5): 641-642. doi: 10.2105/AJPH.2017.303754.

80. Chandler R, Gordon MS, Kruszka B, Strand LN, Altice FL, Beckwith CG, Biggs ML, Cunningham W, Chris Delaney JA, Flynn PM, Golin CE, Knight K, Kral AH, Kuo I, Lorvick J, Nance RM, Ouellet LJ, Rich JD, Sacks S, Seal D, **Spaulding A**, Springer SA, Taxman F, Wohl D, Young JD, Young R, Crane HM. Cohort profile: seek, test, treat and retain United States criminal justice cohort. Substance abuse treatment, prevention, and policy 2017;12:24. doi: 10.1186/s13011-017-0107-4.

81. Christopoulos KA, Cunningham WE, Beckwith CG, Kuo I, Golin CE, Knight K, Flynn PM, **Spaulding AC**, Coffin LS, Kruszka B. Lessons Learned From the Implementation of Seek, Test, Treat, Retain Interventions Using Mobile Phones and Text Messaging to Improve Engagement in HIV Care for Vulnerable Populations in the United States. AIDS and Behavior 2017:1-12. doi: 10.1007/s10461-017-1804-8.

82. **Spaulding AC**, Anderson EJ*, Khan MA*, Taborda-Vidarte CA*, Phillips JA. HIV and HCV in U.S. Prisons and Jails: The correctional facility as a bellwether over time for the community's infections. Invited article for AIDS Reviews. 2017: Oct-Dec;19(3):134-147. PMID: 28926560.

83. **Spaulding AC**, Eldridge G, Chico C, Morisseau N*, Drobeniuc A*, Fils-Aime R*, Day C, Hopkins R, Jin X, Dolan K. Smoking in Correctional Settings Worldwide: Prevalence, Bans, and Interventions." Epidemiology Review. 2018 Jun 1 ;40(1):82-95. doi: 10.1093/epirev/mxy005.

84. **Spaulding AC**, Drobeniuc A*, Frew PM, Lemon TL*, Anderson EJ*, Cerwonka C*, Bowden CJ, Freshley JR, delRio C. Jail, an unappreciated medical home: assessing the feasibility of a strengths-based case management intervention to improve the care retention of HIV-infected persons once released from jail. PLoSOne. 2018 Mar 30;13(3):e0191643. doi: 10.1371/journal.pone.0191643.

85. **Spaulding AC,** Chhatwal J, Adee M,* Lawrence R, von Oehsen W. Five Questions Concerning Managing Hepatitis C in the Justice System: Finding Practical Solutions for HCV Elimination. Infectious Disease Clinics of North America. 2018 Jun;32(2):323-345. doi: 10.1016/j.idc.2018.02.014.

86. Bedell P, **Spaulding AC**, So M, Sarrett J, The Names Have Been Changed to Protect the… Humanity: Person-First Language in Correctional Health Epidemiology. American Journal of Epidemiology. 2018 Apr 25. doi: 10.1093/aje/kwy073

87. Becan JE, Bartkowski JP, Knight DK, Wiley TRA, DiClemente R, Ducharme L, Aarons GA, Welsh WN, Bowser D, K, Hiller M, **Spaulding AC**, Flynn PM, Swartzendruber A, Dickson MF, Fisher JH. A Model for Rigorously Applying the Exploration, Preparation, Implementation, Sustainment (EPIS) Framework in the Design and Measurement of a Large Scale Collaborative Multi-Site Study. Health Justice. 2018 Apr 13;6(1):9. doi: 10.1186/s40352-018-0068-3

88. **Spaulding AC,** Chhatwal J, Adee M*, Lawrence R, von Oehsen W. Funding Hepatitis C Treatment in Correctional Facilities by Using a Nominal Pricing Mechanism. Journal of Correctional Healthcare. 2018 Oct 15. doi: 10.1177/1078345818805770

89. Ayer T, Zhang C, Bonifonte A, **Spaulding AC**, Chhatwal J. Prioritizing Hepatitis C Treatment in U.S. Prisons. Operations Research. 2016 November 14. doi: 10.2139/ssrn.2869158

90. **Spaulding AC**, Holstad MM. Lessons from HIV deaths post-release. Lancet HIV. 2018 Sep 6. doi: 10.1016/S2352-3018(18)30218-2

91. **Spaulding AC**, Lemon TL,* So M. Measuring Correctional Experience to Inform Development of HIV, STI and Substance Use Interventions for Incarcerated Black Men Who Have Sex with Men. American Journal of Public Health. 2018 Nov;108(S4):S237-S239. doi: 10.2105/AJPH.2018.304810

92. Bedell PS, So M, Morse DS, Kinner SA, Ferguson WJ, **Spaulding AC.** Corrections for Academic Medicine: The Importance of Using Person-First Language for Individuals Who Have Experienced Incarceration. Acad Med, 2019. 94(2), 172-175. doi:10.1097/acm.0000000000002501

93. Chhatwal J, Chen Q, Bethea ED, Hur C, **Spaulding AC**, Kanwal F. The impact of direct-acting antivirals on the hepatitis C care cascade: identifying progress and gaps towards hepatitis C elimination in the United States. Alimentary pharmacology & therapeutics. 2019 Jul 1. 50(1):66-74 doi.org/10.1111/apt.15291.

94. Cunningham W, Nance R, Golin C, Flynn P, Knight K, Beckwith C, Kuo I, **Spaulding AC**, Delaney J, Crane H, Springer S. Self-reported ART Adherence and Viral Load in Criminal Justice-Involved Populations: Results of the NIDA Seek, Test, Treat and Retain Study. Accepted, BMC Infectious Diseases.

95. Gardner SK, Elkington KS, Knight DK, Huang S, DiClemente RJ, **Spaulding AC**, Oser CB, Robertson AA, Baird-Thomas C.  Juvenile justice staff endorsement of HIV/STI prevention, testing, and treatment linkage. Health Justice 7(1):15 (2019) doi:10.1186/s40352-019-0096-7. PMID: 31485779

96. **Spaulding AC,** Chen J,* Mackey CA,* Adee MG,* Bowden CJ, Selvage WD, Thornton KA. Assessment and Comparison of Hepatitis C Viremia in the Prison Systems of New Mexico and Georgia. JAMA Network Open. 2019 Sep 4;2(9):e1910900. doi: 10.1001/jamanetworkopen.2019.10900.

97. Dalgic OO, Samur S, **Spaulding AC**, Llerena S, Cobo C, Ayer T, Roberts MS, Crespo J, Chhatwal J. Improved Health Outcomes from Hepatitis C Treatment Scale-Up in Spain's Prisons: A Cost-Effectiveness Study. Sci Rep. 2019 Nov 14;9(1):16849. doi: 10.1038/s41598-019-52564-0 PMID: 31727921

## Manuscripts Submitted/In Review

1. Fils-Aime R*, Lehnert JD*, Chamberlain A, Bowden CJ, Berkelman RL, **Spaulding AC**. Local Jails and Public Health Emergency Preparedness: A reproducible demonstration project to strengthen the ability of the public health infrastructure to deliver vaccines. Submitted to Public Health Report; under revision for submission elsewhere.

2. Chen J*, Mackey C*. Adee M*, Brown A, Bowden CJ, Miller L, **Spaulding AC**. The case for examining hepatitis C viremia in prison surveillance studies and treatment cost assessments: a lesson from the Deep South. Submitted to JAMA Network Open. Rejected in initial format. Will resubmit elsewhere.

## Invited Book Review

1. Trost SL**, Spaulding A.** The CDC Field Epidemiology Manual. American Journal of Epidemiology (in press.)

## Letters to Journals

1. **Spaulding A,** Silverblatt FJ. Using grids to document laboratory results. Annals of Internal Medicine. 1993 Oct 15; 119(8) - 863.

2. Feller A, Dickenson B. Mitty J, **Spaulding A**, Flanigan T. Scaling prison walls, Lancet 1998 June 27; 351)9120):1968.

3. Allen SA, **Spaulding A**, Rich JD. Treatment of Chronic Hepatitis C in a State Correctional Facility. Annals of Internal Medicine, 2004; 140(2):151.

4. Allen SA, **Spaulding AC**, Taylor LE, Rich JD. Confined treatment continued. Gastroenterology. 2004; Mar; 126(3):928.

5. **Spaulding AC**, Allen SA, Stone A.  Mortality after release from prison. [Research Letter] New England Journal of Medicine 2007 Apr26; 356 (17):1785.

6. **Spaulding A**, McCallum V*. Prior Reports of Medical Problems among Inmates. American Journal of Public Health. 2009; 99(11):1925.

7. Rosenberg E*, Delaney K*, Branson B, **Spaulding A**, Sullivan P, Sanchez T.  Regarding, "Derivation and Validation of the Denver Human Immunodeficiency Virus (HIV) Risk Score for Targeted HIV Screening." American Journal of Epidemiology 2012: 176(6): 567-568.

8. Poorman E*, **Spaulding A**. Response to--Cuellar AE, Cheema J. As Roughly 700,000 Prisoners Are Released Annually, About Half Will Gain Health Coverage and Care under Federal Laws. Health Affairs 2012: 31(5):931-938.

9. Lemon T*, **Spaulding A**, Rich JD. Response to--State of Research Funding from the National Institutes of Health for Criminal Justice Health Research. Annals of Internal Medicine 2015: 162: 345-352.

10. Drobeniuc A*, **Spaulding A.** Censoring of HIV Viremia Data of Reincarcerated Individuals: A Response to Wohl et al. JAIDS Journal of Acquired Immune Deficiency Syndromes 2017: 76(1): e22-e23.

11. **Spaulding AC**, Kehus HE*, Sabol WJ. In Search of Denominators. JAMA Surgery (accepted).

12. **Spaulding A**, Graham C, Akiyama M, Chhatwal J, Nijhawan A, Ninburg M, Rich J, Strick L, Taylor L, Trooskin S, Westergaard R, Sabol W. HCV Prevalence Estimates Among Incarcerated Persons. Hepatology: Hepatology. 2019 Apr 2. doi: 10.1002/hep.30636.

**Book Chapters**
1. **Spaulding A**. Fever of undetermined origin. In: Ferri's Clinical Advisor. 2000 Edition, St. Louis: Mosby, 2000.

2. Cortez K, **Spaulding A**. Cysticercosis. In: Ferri's Clinical Advisor. 2000 Edition, St. Louis: Mosby, 2000.

3. **Spaulding AC**., Durbin WA. Hepatitis. In:  Manual of Clinical Problems in Pediatrics, 4th edition. Boston: Little Brown and Company, 1995.

4. Lloyd SL*, Messina, LC*, **Spaulding AC.** HIV Screening and Assessment in the Correctional System. In: Encyclopedia of Criminology and Criminal Justice. Springer. 2014.

5. Lloyd SL*, Messina, LC*, **Spaulding AC**. HIV Prevention in the Correctional System. In: Encyclopedia of AIDS. Springer. 2017.

6.  Luffy S*, Lemon T*, **Spaulding AC.** Introduction to the Epidemiology, Detection, and Management of Infectious Diseases in Corrections: What the Corrections Manager Needs to Know about HIV, STDs, Tuberculosis, Hepatitis C, and Related Conditions. In Cohen, F ed., Correctional Health Care: Practice, Administration, and Law. In Press.

**Guidance Document/White Paper**

Centers for Disease Control and Prevention. HIV Testing Implementation Guidance for Correctional Settings. January 2009: 1-38. Available at: http://www.cdc.gov/hiv/topics/testing/resources/guidelines/correctional-settings.

**Presented Abstracts (Selected List)**

1.  Flanigan TP, Rich JD, Dickinson B, Vigilante K, **Spaulding A**. Incarceration as a Unique Opportunity for HIV Diagnosis, Initiation of Comprehensive Care, and Linkage to the Community. Poster 9183. 4th Conf. on Retroviruses and Opportunistic Infections. 1997.

2.  Rich JD, Dickinson BP, **Spaulding A**, Lafazia L, Flanigan TP. Identification of Acute HIV Infection in the Incarcerated Setting. Poster 9580, 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL. 1998.

3.  Schiffman JD, Ribaudo SE, **Spaulding AC**, Iadevaia RA, Rich J, Flanigan TP. An HIV Prevention and Treatment Video Project for Incarcerated Women by Incarcerated Women. 12th World AIDS Conference, Geneva, Switzerland. 1998.

4.  **Spaulding A**, Bansal T, Papagolos R. The Economics of Hepatitis C for Correctional Facilities.  Oral presentation for the National Commission on Correctional Health Care. 22nd Annual Conference. Long Beach, CA. 1998.

5.  **Spaulding AC**, Rich J, Mitty J, Flanigan T. Strategies for Managing Hepatitis C Virus in Prisons. 36th Annual Meeting, Infectious Diseases Society of America, Denver, CO. 1998.

6.  **M**iles JR, Murrill CS, **Spaulding A**, Addressing the Burden of Infectious Disease Among Incarcerated Illicit Drug Users Through Model Prevention and Drug Treatment Programs. 126th Annual Meeting - American Public Health Association. Washington, D.C. 1998.

7.  Rich J, Macalino GE, Salas C, Towe CW, Carpenetti NB, Dickenson BP, Foisie CK, McKenzie M, **Spaulding A**, Vlahov D. Community incidence and Prevalence of HIV and Hepatitis in Incarcerated Women in Rhode Island. Poster #478, 6th Conference on Retroviruses and Opportunistic Infections, Chicago, IL. 1999.

8.  Lubelczyk RB, **Spaulding A**, Salas C, Rich J, Gershon R. Issues in Post-Exposure Prophylaxis Against Blood Borne Viruses in the Correctional Setting. Oral Presentation at the National Commission on Correctional Health Care 24th Annual Meeting. St. Louis, MO. 2000.

9.  Jongco A, **Spaulding A**, Clarke JG, Jackson E, Kurpewski J, Flanigan TP. Testing Jail Entrants for Sexually Transmitted Diseases.  Oral Presentation at the National Commission on Correctional Health Care 24th Annual Meeting. St. Louis, MO. 2000.

10. **Spaulding AC**, Jongco A, Clarke JG, Jackson E, Kurpewski J, Flanigan TP. High Jail Prevalence of gonorrhea (GC)/chlamydia (CT) in Low Prevalence Area. Poster Presentation at 38th Annual Meeting, Infectious Disease Society of America, New Orleans, LA. 2000.

11. Kaplan M, **Spaulding A**. "Working with Corrections." Oral Presentation at the 10th Annual Community Planning Leadership Summit for HIV Prevention, Chicago, IL. 2002.

12. Allen SA, Stone A, **Spaulding A**. Death Rate and Causes of Mortality in Rhode Island Inmates. Oral Presentation at the 26th National Commission on Correctional Health Care National Conference, Nashville, TN. 2002.

13. Stone TH, **Spaulding A**. Minimizing Risks to Prisoners as Human Subjects. Oral Presentation at 29th National Commission on Correctional Health Care National Conference, Denver, CO. 2005.

14. **Spaulding AC,** Abdulrahman S. When HCV Treatment Brings Out an Underlying Condition: Nailing the Diagnosis. Poster presentation at National Conference on Correctional Health Care. Atlanta, GA. October 2006.

15. **Spaulding AC**, Nazaire Y. An Unusual Rash in a Rash of HCV Infections: PCT in the Setting of HH and HCV. Poster presentation at National Conference on Correctional Health Care. Atlanta GA. October 2006.

16. **Spaulding AC.** Identifying LTBI and TB Disease in a Jail Population. Opening presentation on panel regarding putting CDC TB management guidelines into practice. National Conference on Correctional Health Care. Atlanta, GA. October 2006.

17. Kennedy S, **Spaulding AC**, Ramos K. Key Issues in HIV Testing in Jails: Rapid Testing, Linkage to Care and Evaluation. Oral presentation. Academic and Health Policy Conference on Correctional Health, University of Massachusetts. March 2007.

18. Lasry A, Sansom SL, Shrestha RK, Jafa-Bhushan,K, Taussig J, **Spaulding A**. Cost-effectiveness of HIV screening in prisons. Medical Decision Making, 2008. 28(1): E26-7. Poster Presentation at the 29th Annual Meeting of the Society for Medical Decision Making, Pittsburg, PA. October 2007.

19. **Spaulding AC**, Ramos K, Kennedy S, Hammett T, Norton G, Tinsley M. Evaluating best practices for identifying and linking HIV+ jail inmates to care. Oral presentation at National Conference on Correctional Health Care, Nashville, TN. October 2007.

20. Ashiru BO, Paul SM, **Spaulding AC**. HIV testing for minors without parental consent: Has new legislation in New Jersey increased the number of adolescents being tested for HIV? Poster presentation at 135th Meeting of the American Public Health Association, Washington, DC. November 2007.

21. Sumbry AR, **Spaulding AC**. Management of HIV infected pregnant women in the GA Department of Corrections (GDC). Poster presented at 2nd Annual Academic and Policy Conference on Correctional Health. Quincy, MA. March 2008.

22. **Spaulding AC**, Kent C, Kennedy S, Hammett T. Does privatization of jail health care impede the screening of detainees for STD? Oral presentation at 2008 National STD Prevention Conference, Chicago, Illinois. March 2008.

23. **Spaulding AC**, Sumbry AR, Matthews AK, Ramos KL, Wingood G. Pairing HIV+ prisoners with mentors to maintain health-promoting behavior upon release. Oral presentation at 2nd Annual Academic and Policy Conference on Correctional Health. Quincy, MA. March 27-28, 2008.

24. **Spaulding A**, Seals R, Page M, Matthews A, Rhodes W, Hammett T.  HIV/AIDS Borne by US Correctional Releasees: Share of Burden Declines, Numbers Don't. Poster #1033. 16th Conference on Retroviruses and Opportunistic Infections. Montreal. February 2009.

25. **Spaulding A**, et al. Key Issues in HIV Testing In Jails. Presentation C15-3; CCT4. Presented at 2009 National HIV Prevention Conference. Atlanta, GA. August 23-26, 2009.

26. **Spaulding A**, Seals R, McCallum V. Long Term Mortality in a Cohort of Persons Imprisoned in Georgia, 1991. Presented at 137th Annual Meeting and Expo of the American Public Health Association. Philadelphia, PA. November 7-11, 2009.

27. **Spaulding A** and the Enhancing Linkages Study Group. HIV testing in jails—what is the yield? Poster presented at the 2008 National Summit on HIV Diagnosis, Prevention, and Access to Care, sponsored by the Forum for Collaborative HIV Research. Arlington, VA. November 19-21, 2009.

28. Lee AS, Berendes DM, **Spaulding AC,**  Seib KG, Chung KW,  Chavez RS, Whitney EAS, Meyer PL, Omer SB. Emergency preparedness practices in correctional facilities during the 2009 H1N1 influenza outbreak, National Conference on Correctional Healthcare, Las Vegas, NV. Oct 2010.

29. Berendes DM, Lee AS, **Spaulding AC,** Seib KG, Chavez RS, Whitney EAS, Meyer PL, Omer SB. H1N1 Influenza in Correctional Facilities: Public Health's Role and Room for Improvement in Prisons and Jails Nationwide (An Early Perspective), Public Health Preparedness Summit, Atlanta, GA. Feb 2011.

30. Salo A, **Spaulding A,** Beckwith C, Avery A, Shaikh I, Ball S, Williams C, AlticeF. Jail Screening: Opportunity to Identify HIV[+] Persons Early and Link Them with Care. Paper #1053. 18th Conference on Retroviruses and Opportunistic Infections. Boston, MA. February 2011.

31. Hood J, **Spaulding A**, Nelson R, Sikwa B, Mosiakgabo B, Sokwe M, Raats J, Monyatsi B. Frequency of HIV Test-seeking among Clients of a Maturing VCT Network in Botswana. Paper #1073. 18th Conference on Retroviruses and Opportunistic Infections. Boston, MA. February 2011.

32. Superak H, **Spaulding AC**, Yang Z, Resch S, Beckwith C, Jordan A. Michelman A, Shaikh I, Pinkerton S. 4th Annual Academic and Health Policy Conference on Correctional Health Care. Boston, MA, March 2011.

33. Lee A. S., Donohue M. T., Berendes D. M., Seib K. G., Whitney E. A. S., Chavez R. S., Omer S. B., Berkelman R. L., **Spaulding A. C**. The perils of overlooking jails in public health planning: emergency *response to H1N1. Georgia Public Health Association Conference, Atlanta, GA.  April 12-13, 2011.*

34. Superak H, **Spaulding A**, Yang Z, Cunningham M, Pinkerton S. Cost and Cost-Effectiveness Considerations for Jail Linkage Services. Abstract 1902. CDC HIV Prevention Conference. Atlanta GA, August 2011.

35. **Spaulding A**, Bowden C, Miller L, Mbaba M, Church J. (Invited Presentation). An IIDDEALL Program for Jails: Integrating Infectious Disease Detection at Entry and Linkage to Care. CDC HIV Prevention Conference. Atlanta GA, August 2011.

36. **Spaulding A**, Cook J, Bowden C, et al. There's a Need and a Way; Where's the Will? Rapid HIV Testing for Jail Entrants. Abstract 1943. CDC HIV Prevention Conference. Atlanta GA, August 2011.

37. Malak M. Hepatitis B and C in Correctional Facilities. National Conference on Correctional Healthcare. October 2011.

38. Messina L, Ahuja D, Avery A, Stein M, Chung K-W, Lincoln T, **Spaulding A,** and EnhanceLink Study Group. Suppression of HIV Achievable with Prompt Medical Follow-up: A Longitudinal Observation Study of Outcomes 6 Months following Release from Jail. Poster Presentation. Conference on Retroviruses and Opportunistic Infections. Seattle WA, March 2012.

39. Varan A. Mercer D. Stein MS. **Spaulding A**. Surveillance of Hepatitis C Seropositivity in State Prison Systems: Prisoners with Declining Prevalence, Accounting for Declining Share of US Epidemic in 2006. 5th Annual Academic and Health Policy Conference on Correctional Healthcare, Atlanta GA, March 2012.

40. **Spaulding A**, Kim A. Treatment in Prison of Hepatitis C with Direct Acting Agents. 5th Annual Academic and Health Policy Conference on Correctional Healthcare, Atlanta GA, March 2012.

41. **Spaulding AC**, Stein MS, Messina LC, Kim BI. Reaching HIV+ Black MSM: Jail Interventions are Key. Treatment as Prevention Conference, Vancouver BC, May 2012.

42. Symposium on Enhance Link: 19th International AIDS Conference, Washington DC July 2012.

43. Lima V and the Seek Test Treat and Retain Corrections (STTaR Corr) Modeling Group. Modeling the impact of implementing a Seek, Test, Treat, and Retain (STTR) strategy to halt the HIV epidemic within the Criminal Justice System (CJS) in different regions in the US. Poster presentation, 19th International AIDS Conference, Washington DC July 2012.

44. Mboup A, Sarr M, **Spaulding AC**, Diouf O, Traore I, Dia MC, Ndiaye AG, S. Mboup S. Prospective study of the incidence of HIV among registered female sex workers in Dakar, Senegal. (1992-2010) Poster presentation, 19th International AIDS Conference, Washington DC July 2012.

45. **Spaulding A**, Reid L., Bowden C, Copeland B, MacGowan R, Margolis A, Shresta R, Mustaafaa G, Heilpern K, Shah B. (2013). A Tale of One City, Two Venues: Comparing Costs of Routine Rapid HIV Testing in a High-volume Jail and a High-volume Emergency Department, Atlanta, Georgia. Abstract 1061. Paper presented at the 20th Conference on Retroviruses and Opportunistic Infections, March 3-6, Atlanta GA.

46. **Spaulding A,** Bowden C, Mustaafaa G (presenter). Improving the Reach of HIV Testing in Jails. US Conference on AIDS, New Orleans LA, September 8-10, 2013.

47. **Spaulding A**, Bowden C. Jail Detainees Accessing HIV Testing: Linking New Positives to Care in Jail and in the Community. FOCUS Partners Meeting, San Francisco CA. October 29, 2013.

48. **Spaulding A**, Carpenter T. Project IMPACT: Expanding HIV Testing and Linkage at Fulton County Jail. National Conference on Correctional Healthcare. Nashville TN, October 28, 2013.

49. **Spaulding A**, Haddad M*, Foote M.* Ray S. Intersection of the epidemics of incarceration and community Tuberculosis (TB) in Atlanta, Georgia: An update. 7th Annual Academic and Health Policy Conference on Correctional Health, Houston, Texas, March 20-21, 2014.

50. Hagan L*, **Spaulding A**. Could all-oral regimens for Hepatitis C Be priced Within reach for prison healthcare? 7th Annual Academic and Health Policy Conference on Correctional Health, Houston, Texas, March 20-21, 2014.

51. **Spaulding A**, Mustaafa G, Kim M*, John K*, Bowden C. Universal offering of opt-out, rapid HIV testing in Atlanta's jails — finding a city's undiagnosed. 7th Annual Academic and Health Policy Conference on Correctional Health, Houston, Texas, March 20-21, 2014.

52. Miller L, Fuker, SA, Lundberg K, Rollin F, Park B, Quairoli K, **Spaulding AC**. Successful Screening for and High Prevalence of Hepatitis C Among African American Baby Boomers in an Urban Primary Care Center. Society of General Medicine Conference. San Diego, CA April 22-25, 2014.

53. Miller L, Fuker SA, Turner B, **Spaulding AC**.  Updates in Hepatitis C. Society of General Medicine Conference. San Diego, CA April 22-25, 2014.

54. Chhatwal J, He T, Roberts M, Grefenstette J, Li K, Ayer T, Spaulding A. Predicting the Benefit from Opt-out Hepatitis C Screening in United States Prisons through Mathematical Modeling.  8th Annual Academic and Health Policy Conference on Correctional Health, Boston MA, March 19-20, 2015.

55. **Spaulding A**, Staples-Horne M. JJ-TRIALS: Implementation Research in the Juvenile Justice System. 8th Annual Academic and Health Policy Conference on Correctional Health, Boston MA, March 19-20, 2015.

56. May J, Norvelus H, Duverger K, Smith L*, Varan A*, **Spaulding A.** Infectious disease screening: Using data to guide interventions in resource constrained settings. 8th Annual Academic and Health Policy Conference on Correctional Health, Boston MA, March 19-20, 2015.

57. **Spaulding A.** Exploring the Enhancement of Ethical Research Involving Persons under the Supervision of the Criminal Justice System. 9th Annual Academic & Health Policy Conference on Correctional Health: Advancing the Field of Academic Criminal Justice Health, March 16, 2017. Baltimore MD.

58. Anderson EJ*, **Spaulding AC**, Phillips J, Bowden C, Freshley. Implementing a nurse-led rapid opt-out HIV testing program in a county jail. 10th Annual Academic and Health Policy Conference on Correctional Health, March 16-17, 2017. Atlanta GA

59. Drobeniuc A*, **Spaulding A.** SUCCESS: Illustrating Trends of Improved Retention in HIV Care after Jail Release. 10th Annual Academic and Health Policy Conference on Correctional Health, March 16-17, 2017. Atlanta GA

60. Fils-Aime R*, **Spaulding A**, Chamberlain A, Bowden C, Lehnert JD*. Improving Jail and Health Department Preparedness Efforts by Demonstrating the Feasibility of Maternal Tdap Vaccine Education and Distribution. 10th Annual Academic and Health Policy Conference on Correctional Health, March 16-17, 2017. Atlanta GA

61. **Spaulding AC**. Exploring the Enhancement of Ethical Research Involving Persons under the Supervision of the Criminal Justice System. 10th Annual Academic and Health Policy Conference on Correctional Health, March 16-17, 2017. Atlanta GA

62. Elkington K, **Spaulding A**. Establishing feasibility of the JJ-health partnership approach to increasing HIV- testing of youth on probation. 10th Annual Academic and Health Policy Conference on Correctional Health, March 16-17, 2017. Atlanta GA

63. Lemon TL*, So M, **Spaulding A**. Lifetime Prevalence of Incarceration among U.S. Men by Race and Educational Level: Implications for Health?  Society for Epidemiology Research 50, June 2017, Seattle WA.

64. Taborda Vidarte C, Anderson E, Khan M, Phillips J, **Spaulding A**. Where is the US Hepatitis C Epidemic *Now*? Putting the "Pen" on the Map as Elimination Efforts Hunt for Remaining Cases. Infectious Disease Week 2017, October 4-8, 2017. San Diego CA

65. Sales J, **Spaulding A**, Elkington K, Wiley T, Becan J, Belenko S, DiClemente R, Knoght D, Oser C, Robertson A, Staples-Horne M. Leveraging partnerships between health agencies and the juvenile justice system to increase HIV testing of youth on probation: An uphill road to address rising HIV diagnoses in youth. American Public Health Association Annual Meeting and Expo, November 4-8, 2017. Atlanta GA

66. J. Chhatwal, K. Li, T. He, M.S. Roberts, T. Ayer, S.S. Samur, J.J. Grefenstette, **A.C. Spaulding.** Hepatitis C Treatment as Prevention: Focusing on United States Prisons. EASL The Liver Congress. April 13-17, 2016. Barcelona Spain.

67. T. Ayer, C. Zhang, A. Bonifonte, **A.C. Spaulding,** J. Chhatwal. Prioritizing Hepatitis C Treatment in United States Prisons. 9th Academic & Health Policy Conference on Correctional Health. March 17-18 2016. Baltimore MD.

68. J. Chhatwal, K. Li, T. He. M.S. Roberts, T. Ayer, S. Samur, J. Grefenstette, **A.C. Spaulding.** Hepatitis C Treatment in United States Prisons Prevents Transmission and is Cost-Saving for the Society. AASLD The Liver Meeting. November 11-15, 2016. Boston MA.

69. **A. Spaulding**, K. Elkington. Establishing feasibility of the JJ-health partnership approach to increasing HIV- testing of youth on probation. 10th Academic & Health Policy Conference on Correctional Health. March 16-17, 2017. Atlanta GA.

70. *Vidarte CAT, *Anderson EJ, *Khan MA, Phillips JA, **Spaulding AC**. Where is the Us Hepatitis C Epidemic* now*? Putting the "pen" on the Map as Elimination Efforts Hunt for Remaining Cases. Infectious Disease Society of America Annual Conference, October 4-8, 2017, San Diego,CA Abstract available:Open forum infectious diseases; 2017: Oxford University Press US. p. S195-S.

71. J. Chhatwal, Q. Chen, T. Ayer, X. Wang, M.S. Roberts, F. Kanwal, **A.C. Spaulding**. Updated Prevalence of Hepatitis C in the United States: Results from a Simulation Model Including the non-NHANES population. AASLD The Liver Meeting. October 20-24, 2017. Washington DC.

72. **A. Spaulding,** Richard Dembo, Ralph DiClemente, Carl Leukefeld, Julie Krupa, Eve Rose. Juvenile Justice Agency Involvement in Substance Abuse Treatment: Lessons Learned from JJ-TRIALS. 11th Academic and Health Policy Conference on Correctional Healthcare, March 22-23, 2018. Houston TX.

73. **A. Spaulding,** M. Adee, J. Chhatwal, R .Lawrence, W. von Oehsen. **.** Eliminating HCV transmission may require structural change in how prisons purchase medications. 11th Academic and Health Policy Conference on Correctional Healthcare. March 22-23, 2018. Houston TX.

74. P. Bedell, M. So, **A. Spaulding,** D. Morse, S. Kinner, W. Ferguson. Person-First Language for a New Era of Correctional Health Research: Words Matter When Promoting Health for All. 11th Academic and Health Policy Conference on Correctional Healthcare. March 22-23, 2018. Houston TX.

75. **A. Spaulding**, S. Thanthong-Knight, M. Adee, M.A. Ladd, T. Zhan, N. Nasir-Deen, J. Chhatwal. HepCorrections: An Upcoming Web-based Visualization of Hepatitis C in the Criminal Justice Population. 2018 National Conference on Correctional Healthcare. October 20-24, 2018. Las Vegas, NV.

76. **Spaulding A**, Chhatwal J., Adee M, Simon MJ, von Oehsen W.  Eliminating syphilis may require structural change in how jails purchase penicillin. 12th Academic and Health Policy Conference on Correctional Healthcare, March 21-22, 2019. Las Vegas, NV.

77. **Spaulding AC,** Adee MG*, Bowden CJ, Qi M*, MacGowan R, Margolis A, Hutchinson AB. Routine Rapid HIV Screening of Jail Entrants in Fulton Co. (GA, US) is Cost Saving. International Association of Providers of AIDS Care. June 2019. Miami FL

### Invited Talks at National and International Professional Meetings (selected list)

*November 1998*
> Panel participant (Lou Tripolli MD, moderator). Hepatitis C and Corrections.  Panel discussion at the National Commission on Correctional Health Care. 22nd Annual Conference. Long Beach, CA

*January 1999*
> PA AIDS Education and Training Center. Philadelphia, PA
> Presentation with Douglas Dieterich MD. HIV and Hepatitis C

*June 1999*
> National Meeting: Association of Physician Assistants. Atlanta, GA
> Topic: Infectious Diseases in Corrections

*June 1999*
> National Commission on Correctional Health Care
> Special Session on Mental Health and Hepatitis C. Chicago, IL
> Luncheon Speaker. Mental Health Issues with HCV Treatment

*October 1999*
> Current Strategies for the Management of HIV in Corrections
> Conference sponsored by Brown University and Yale University
> AIDS Programs. Workshop topic: Hepatitis C and HIV

*January 2000*
> American Correctional Association/ American Correctional Health
> Service Association National Winter Conference. Phoenix, AZ.
> Topic: HIV and HCV Co-infection in Corrections

*March 2000*
> National Institute of Drug Abuse/ National Development and Research
> Institutes. Bethesda, MD. Conference on Drug Abuse Treatment in the Correctional
> System. Integrating Infectious Disease Services Drug Treatment in Corrections

*May 2002*
> Federal Bureau of Prisons Infection Control Conference, Atlanta, GA.
> Topic: "Smallpox in Correctional Facilities"

*August 2002*
> "'Correctionalizing' the NIH Hepatitis C  Consensus Conference Statement",
> Correctional Medical Institute Annual Conference, Baltimore, MD

*September 2002*

Invited Presentation at the Serious and Violent Offenders Re-Entry
Conference, Department of Justice, Washington, DC. Topic: "Public Health is Public
Safety"

*September 2003*
Keynote Speaker: Montana Public Health Association
Kalispell, MT. Topic: "Correctional Hepatitis Management and Public Health"

*February 2005*
American Association of State and Territorial Health Officers
Washington, DC. Topic "Infectious Disease Prevention in Prison Populations"

*October 2005*
Luncheon Speaker: Society of Correctional Physicians Annual Meeting
Denver, CO. Topic: Is HBV Management in Prisons and Jails Necessary?

*November 2005*
New York State Department of Health. Addressing Hepatitis C in Prisons and Jails.
November 1: Buffalo, NY. November 15: NYC, New York Academy of Medicine.

*February 2006*
HIV in Incarcerated Women Georgia Chapter, American Correctional Health
Services Association. Cordele, GA
*February 2007*
HRSA's Initiative on Enhancing Linkages to HIV Primary Care in Jail Settings. National
Sheriff Association winter conference. Washington, DC

*June 2007*
Challenges Conducting Research to Benefit Those Moving Through Correctional
Facilities.  Crossroads II conference. Institute for Community Research. Hartford, CT

*September 2007*
Unique challenges of pandemic influenza for prisons. Oral presentation at Planning for
Pandemic Influenza in Prison Settings conference, sponsored by RSPH, GA Division of
Public Health, Medical College of GA, and GA Department of Corrections. Macon, GA

*January 2009*
Invited speaker for the 2009 Women's Health Summit, Fulton County
Human Services. Atlanta, GA

*July 2009*
Joint CDC-HRSA HIV Planning Committee Talk, Atlanta, GA

*September 2010*
Hepatitis C in Correctional Populations. Hepatitis Foundation Int'l
Conference, Morehouse School of Medicine, Atlanta, GA

*May 2011*
HIV in Correctional Settings. Treatment as Prevention. NIH/UBC
Sponsored Workshop. Vancouver, BC, Canada

*June 2011*

Epidemiology of HIV in the United States' Criminal Justice
System.12[th] Annual Symposium on HIV. Albany Medical College, Albany, NY


*July 2011*

Hepatitis C in Correctional Populations. Hepatitis Foundation Int'l Conference, Chicago,
IL


*April 2013*

EnhanceLink: A Legacy of Lessons Learned. NIH/UBC Sponsored Workshop
Vancouver, BC, Canada

*May 2014*

HCV testing and treatment in U.S. correctional facilities. Invited Talk at symposium,
"Treating and Defeating Hepatitis C in Rhode Island". Brown University. Providence RI

*June 2014*

Innovations in Teaching Correctional Health. Invited presentation at "A Public Health
Approach to Incarceration" Conference at Columbia University

*July 2014*

Developing a feasible strategy for prisons to test and cure hepatitis C. Invited Lecture,
National Commission on Correctional Healthcare Medical Director Boot Camp.  Denver
CO

*October 2015*

How to write a peer-reviewed journal article. Invited Lecture, National Conference on
Correctional Healthcare, Dallas Texas

*September 2016*

Spaulding A. Routine, Rapid HIV Testing in Jails. Keynote Talk at California Office of
AIDS Yearly Meeting.  San Diego CA.

*September 2016*

Spaulding A. Viral Hepatitis and HIV in the Prison System. HIV and Hepatitis
Conference. Jackson Hole WY.

*October 2016*

Spaulding A. Showing Jail Counts: Impacting the HIV Epidemic in Your Community
and Communicating to Public Health Partners that Your Program Matters. National
Conference on Correctional Healthcare.

*December 2016*

Spaulding A. Linkages to the Continuum of Care among Women in the Criminal Justice System.
Women and HIV. Inter-CFAR Joint Symposium on HIV Research in Women.
Birmingham, Alabama.

*April 2017*

Spaulding A. HCV Elimination for Jails and Prisons. A Problem of Execution. CDC
Conference on HCV Elimination, Atlanta GA.

*November 2017*

Spaulding A. Managing HIV: Clinical and Ethical Perspectives. National Conference on Correctional Health Care, Chicago, IL.

*November 2017*

Spaulding A. Planning for Inevitable Infectious Disease Outbreaks. National Conference on Correctional Health Care, Chicago, IL.

*March 2018*

Spaulding A. von Oehsen W. Counting the Costs: Do we have a comprehensive strategy to fund hepatitis C treatment? National Hepatitis in Corrections Network Conference, Houston TX.

*March 2018*

Spaulding A. HCV Testing and Treatment in the Corrections Context. HHS Hepatitis C Medicaid Affinity Group Webinar.

*October 2018*

Spaulding AC. HIV 2018: Envisioning Improved Transitions to Community Treatment. Lunchtime Plenary Talk, National Conference on Correctional Healthcare (Conference of ~1,000). Las Vegas NV.

*November 2018*

Spaulding, A. HCV in the Criminal Justice System. American Association for the Study of Liver Diseases (AASLD) SIG Program: Navigating the Road to Elimination of HCV in the U.S., San Francisco, CA.

*March 2019*

Spaulding A. Hepatitis C in Corrections: Challenging the Status Quo. Plenary Address for the Academic and Health Policy Conference on Correctional Healthcare, Las Vegas NV.

*April 2019*

Spaulding AC. Breaking down Barriers to Effective HIV Treatment in Corrections as a Component of Ending the HIV Epidemic: A Plan for America. Lunchtime Plenary Talk, Spring Clinical Conference, National Commission on Correctional Healthcare. Nashville TN.

## Invitations to Speak on Hepatitis C to State Correctional Systems:

| | |
|---|---|
| *1999* | Connecticut Department of Corrections |
| *1999* | Massachusetts Department of Health/ Massachusetts DOC in attendance |
| *1999* | Virginia Department of Corrections |
| *1999* | Ohio Department of Corrections and Rehabilitative Services (National Institute of Justice Technical Assistance Grant) |
| *2000* | New Hampshire Department of Corrections |
| *2002* | Georgia Department of Corrections |

## Grand Rounds, Academic Presentations, Etc.

*1997*

Grand Rounds, Department of Emergency Medicine, Brown University. "Every Hernia an Incarcerated Hernia: Corrections and Emergency Medicine." Providence, RI

*December 1997*
    Grand Rounds, Department of Medicine, Brown University: "Current concepts in Correctional Medicine—update on STDs."  Providence, RI


*December 2005*
    Morehouse School of Medicine. Public Health Leadership Seminars. "Health Care Delivery to Prisoners in the Georgia Department of Corrections System." Atlanta, GA

*December 2005*
    ID Rounds: "Should We Manage Hepatitis C in Prisons?"  Emory University School of Medicine. Atlanta, GA

*January 2009*
    Whole School Talk--RSPH. HIV among Correctional Populations. Atlanta, GA

*April 2009*
    "Hepatitis C Management in the Georgia Community," Emory Division of Infectious Disease Research Rounds

*September 2010*
    "HIV in Jail Populations." Infectious Disease Rounds, University of North Carolina, Chapel Hill

*January 2012*
    "Jails as a Reservoir of HIV: Implications for control of community viral load." Emory Division of Infectious Disease Research Rounds

*April 2015*
    *"*Screening for Tuberculosis in Haitian Prisons: Transitioning to Use Data to Guide Interventions in Resource-constrained Settings--Health through Walls." Emory Division of Infectious Disease Research Rounds.

*February 2019*
    "Public Health Should Go to Jail."  Sponsored by Health Law Society and Criminal Law Society, Public Health Student Association. UNLV, Las Vegas Nevada.

*August 2019*
    Hepatitis C: Corrections for Corrections. Talk to Division of Viral Hepatitis, Centers for Disease Control, Atlanta GA.

1  guidance by reserving space at each institution so that incarcerated persons could be readily

2  isolated in the early phases of an outbreak to prevent the outbreak from spreading.  I understand

3  that this plan would result in less reserved space than the Receiver's plan, which seems to require

4  an excessive amount of reserved space at each prison based on an assumption that future outbreaks

5  will look similar to the four very large outbreaks that have occurred so far.

6          16.     I also believe that CDCR's plan will allow CDCR greater flexibility in how it

7  utilizes available space at each of the prisons.  I believe it is in the State's best interest to

8  implement a quarantine and isolation plan that provides them with the utmost flexibility.  The

9  science surrounding COVID-19 is changing on a daily basis.  We are constantly learning more

10  about this novel coronavirus, and as we learn more, CDCR officials need the flexibility to react to

11  the new science in real time.  For instance, whereas the Centers for Disease Control and

12  Prevention ("CDC") previously recommended that persons with laboratory-diagnosed COVID-19

13  be housed ideally in individual rooms, that guidance was changed on July 14, 2020, and the CDC

14  now recommends using one large space to cohort COVID-19-positive individuals for medical

15  isolation so as to conserve PPE and reduce the chance of cross-contamination within the facility.

16

17          I declare under penalty of perjury that I have read this document, and its contents are true

18  and correct to the best of my knowledge.  Executed on July 19, 2020, in Decatur, Georgia.

19

20                                        _Anne Spaulding, MD_____

21                                        ANNE SPAULDING

22

23

24

25                          Type text here

26

27

28

Decl. Spaulding Supp. Defs.' Response Pls.' Proposed Order Re Quarantine and Isolation Space

Case No. 01-1351 JST