XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | CASE NO. 01-1351 JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION RE: CDCR'S COVID-19 STAFF TESTING PLAN** |

STIP. & [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLTFS' MOT. RE: CDCR'S COVID-19 STAFF TESTING PLAN

1    At the Case Management Conference on July 16, 2020, the Court instructed that, if

2  Plaintiffs file a motion regarding CDCR's staff testing plan, the parties should file a

3  stipulation regarding the briefing schedule and hearing date for that motion.

4    IT IS HEREBY stipulated between Plaintiffs and Defendants, though their

5  respective counsels of record, as follows:

6    1.  Defendants' Opposition to Plaintiffs' Motion for an Order Modifying CDCR's

7  COVID-19 Staff Testing Plan, if any, shall be filed no later than **July 31, 2020**.

8    2.  Plaintiffs' reply to Defendants' Opposition, if any, shall be filed no later than

9  **August 3, 2020**.

10    3.  The parties agree that the motion can be decided without oral argument.

11

12  DATED:  July 24, 2020                    PRISON LAW OFFICE

13

14                                    By:    _/s/_____

15                                           DONALD SPECTER
                                             SOPHIE HART
16                                           Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLTFS' MOT. RE: CDCR'S COVID-19
STAFF TESTING PLAN

1  DATED:  July 24, 2020                   XAVIER BECERRA
                                           Attorney General of California
2

3

4                                          By:        /s/
5                                             DAMON MCCLAIN
                                              Supervising Deputy Attorney General
6                                             NASSTARAN RUHPARWAR
                                              Deputy Attorney General
7                                             Attorneys for Defendants
8

9  DATED:  July 24, 2020                   HANSON BRIDGETT LLP
10

11

12                                         By:        /s/
                                              PAUL B. MELLO
13                                            SAMANTHA D. WOLFF
                                              Attorneys for Defendants
14

15

16

17

18      IT IS SO ORDERED.

19      Dated: July __, 2020               _____
                                           THE HONORABLE JON S. TIGAR
20                                         U.S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28
                                      -3-                    Case No. 01-1351 JST
STIP. & [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLTFS' MOT. RE: CDCR'S COVID-19
STAFF TESTING PLAN