XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | CASE NO. 01-1351 JST <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION RE: CDCR'S COVID-19 STAFF TESTING PLAN** |

1    At the Case Management Conference on July 16, 2020, the Court instructed that, if
2 Plaintiffs file a motion regarding CDCR's staff testing plan, the parties should file a
3 stipulation regarding the briefing schedule and hearing date for that motion.
4    IT IS HEREBY stipulated between Plaintiffs and Defendants, though their
5 respective counsels of record, as follows:
6    1. Defendants' Opposition to Plaintiffs' Motion for an Order Modifying CDCR's
7 COVID-19 Staff Testing Plan, if any, shall be filed no later than **July 31, 2020**.
8    2. Plaintiffs' reply to Defendants' Opposition, if any, shall be filed no later than
9 **August 3, 2020**.
10    3. The parties agree that the motion can be decided without oral argument.

DATED:  July 24, 2020                    PRISON LAW OFFICE

                                         By:     */s/*
                                             DONALD SPECTER
                                             SOPHIE HART
                                             Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: July 24, 2020 | XAVIER BECERRA |
| 2 | | Attorney General of California |

By: /s/
DAMON MCCLAIN
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR
Deputy Attorney General
Attorneys for Defendants

DATED: July 24, 2020                HANSON BRIDGETT LLP

By: /s/
PAUL B. MELLO
SAMANTHA D. WOLFF
Attorneys for Defendants

IT IS SO ORDERED.

Dated: July 24, 2020

_____
THE HONORABLE JON S. TIGAR
U.S. DISTRICT COURT JUDGE