# Exhibit A

## Paul B. Mello

| | |
|---|---|
| **From:** | Paul B. Mello |
| **Sent:** | Monday, July 27, 2020 9:03 AM |
| **To:** | Kelso, Clark@CDCR; Clark Kelso; Kirkland, Richard@CDCR; Cullen, Vincent@CDCR; Barrow, Roscoe@CDCR; Martin Dodd; 'dspecter@prisonlaw.com'; Steven Fama; Alison Hardy (ahardy@prisonlaw.com); Sophie Hart |
| **Cc:** | Neill, Jennifer@CDCR; Gipson, Connie@CDCR; Stafford, Carrie@CDCR; Samantha Wolff; Damon McClain; Nasstaran Tara Ruhparwar (Nasstaran.Ruhparwar@doj.ca.gov); Iram Hasan; Monica Anderson; Adriano Hrvatin; Ambra S. Jackson |
| **Subject:** | RE: Plata -- Disclosure pursuant to July 22, 2020 order |
| **Attachments:** | Copy of DAI Institutional Quarantine Isolation space.xlsx as of 7-27-20.pdf |

All,

Please see the attached document.  The only change from the document sent on Saturday relates to ASP.  The attached document shows ASP as dorm versus cell housing.

Thank you.

Paul

**From:** Paul B. Mello
**Sent:** Saturday, July 25, 2020 2:23 PM
**To:** Kelso, Clark@CDCR <Clark.Kelso@cdcr.ca.gov>; Clark Kelso <ckelso@PACIFIC.EDU>; Kirkland, Richard@CDCR <Richard.Kirkland@cdcr.ca.gov>; Cullen, Vincent@CDCR <Vincent.Cullen@cdcr.ca.gov>; Barrow, Roscoe@CDCR (Roscoe.Barrow@cdcr.ca.gov) <Roscoe.Barrow@cdcr.ca.gov>; Martin Dodd <MDodd@fddcm.com>; 'dspecter@prisonlaw.com' <dspecter@prisonlaw.com>; Steven Fama <sfama@prisonlaw.com>; Alison Hardy (ahardy@prisonlaw.com) <ahardy@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>
**Cc:** Neill, Jennifer@CDCR <Jennifer.Neill@cdcr.ca.gov>; Gipson, Connie@CDCR <Connie.Gipson@cdcr.ca.gov>; Stafford, Carrie@CDCR <Carrie.Stafford@cdcr.ca.gov>; Samantha Wolff <SWolff@hansonbridgett.com>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>; Nasstaran Tara Ruhparwar (Nasstaran.Ruhparwar@doj.ca.gov) <Nasstaran.Ruhparwar@doj.ca.gov>; Iram Hasan <Iram.Hasan@doj.ca.gov>; Monica Anderson <Monica.Anderson@doj.ca.gov>; Adriano Hrvatin (Adriano.Hrvatin@doj.ca.gov) <Adriano.Hrvatin@doj.ca.gov>; Ambra S. Jackson <AJackson@hansonbridgett.com>
**Subject:** Plata -- Disclosure pursuant to July 22, 2020 order

All,

Pursuant to the Court's July 22, 2020 Order to Set Aside Isolation and Quarantine Space (Dock. No. 3401), CDCR provides this disclosure.  As you can see, this disclosure provides the required information relating to 31 of CDCR's 35 adult institutions.  CDCR will timely provide required disclosures for the 4 remaining institutions in accordance with the Court's order.

Thank you and have a nice Saturday.

Paul Mello

**Paul B. Mello**
**Partner**
Hanson Bridgett LLP
(925) 746-8480 Direct
(925) 746-8492 Fax
pmello@hansonbridgett.com

 HansonBridgett

1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

San Francisco | Sacramento | North Bay | East Bay | Los Angeles 

---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

| Institution | Location and type of reserved space | Number of Bed(s) |
|---|---|---|
| ASP | Facility A Housing Unit 120 - Dorm | 191 |
| CAC | Facility A, Building 2, A and B Pod - Cells | 168 |
| CAL | Facility A Building 5  - Cells | 198 |
| CCC | Facility C, Building 3  - Cells | 200 |
| CCI | Facility E Clark Hall Dorm (124 beds); Facility D Building 9 (24 beds)Cells | 148 |
| CCWF | Facility A, Building 503 -  Cells | 200 |
| CEN | Facility A Building 5  - Cells | 192 |
| CIM | Facility B Building 1 - -Cells | 102 |
| CIW | Housing Unit A RCU  - Cells | 220 |
| CMC | Facility C, Building 5  - Cells | 300 |
| CMF | W-1 (41 beds); W-3 (42 beds); S-3 (18 beds) - All Cells | 101 |
| COR | Facility 3B Buiding 02 -  Cells | 200 |
| CRC | Facility D Dorm 410 (78 beds);  Dorm 311 (77 beds); | 155 |
| CTF | Central Facility Y wing | 178 |
| CVSP | Facility D Building 11 Dorm | 192 |
| DVI | Facility B, G-wing Cells | 264 |
| HDSP | Facility C, Building 1 Cells | 128 |
| ISP | Facility C, Building 1 Cells | 200 |
| KVSP | Facility D, Building 6  Cells | 128 |
| LAC | Facility C, Building 5 Cells | 200 |
| MCSP | Facility A Building 2 Cells, | 200 |
| NKSP | Facility D, Building 3 Cells | 200 |
| PBSP | Facility A Building 1 Cells | 128 |
| PVSP | Facility D Building Cells | 200 |
| RJD | Facility D, Housing Unit 20 Cells | 200 |
| SAC | Facility A, Building 2 Cells (20 beds); Facility B, Building 1 Cells (48 beds); Facility C Cells  Building 8 (128) | 196 |
| SATF | Facility E, Building 2 Cells | 200 |
| SOL | Facility B, Building 7 Cells | 200 |
| SVSP | Facility C, Building 7 Cells | 128 |
| VSP | Facility A Buiding 4 Cells (88); Facility B Building 4 Dorm | 344 |
| WSP | Facility  B Building 1 Cells | 200 |

## Paul B. Mello

| | |
|---|---|
| **From:** | Paul B. Mello |
| **Sent:** | Saturday, July 25, 2020 2:23 PM |
| **To:** | Kelso, Clark@CDCR; Clark Kelso; Kirkland, Richard@CDCR; Cullen, Vincent@CDCR; Barrow, Roscoe@CDCR (Roscoe.Barrow@cdcr.ca.gov); Martin Dodd; 'dspecter@prisonlaw.com'; Steven Fama; Alison Hardy (ahardy@prisonlaw.com); Sophie Hart |
| **Cc:** | Neill, Jennifer@CDCR; Gipson, Connie@CDCR; Stafford, Carrie@CDCR; Samantha Wolff; Damon McClain (Damon.McClain@doj.ca.gov); Nasstaran Tara Ruhparwar (Nasstaran.Ruhparwar@doj.ca.gov); Iram Hasan; Monica Anderson; Adriano Hrvatin (Adriano.Hrvatin@doj.ca.gov); Ambra S. Jackson |
| **Subject:** | Plata -- Disclosure pursuant to July 22, 2020 order |
| **Attachments:** | Copy of DAI Institutional Quarantine Isolation space.xlsx as of 7-25-20 final.pdf |

All,

Pursuant to the Court's July 22, 2020 Order to Set Aside Isolation and Quarantine Space (Dock. No. 3401), CDCR provides this disclosure.  As you can see, this disclosure provides the required information relating to 31 of CDCR's 35 adult institutions.  CDCR will timely provide required disclosures for the 4 remaining institutions in accordance with the Court's order.

Thank you and have a nice Saturday.

Paul Mello

---

**Paul B. Mello**
**Partner**
Hanson Bridgett LLP
(925) 746-8480 Direct
(925) 746-8492 Fax
pmello@hansonbridgett.com

 HansonBridgett

1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

San Francisco | Sacramento | North Bay | East Bay | Los Angeles 

---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

| Institution | Location and type of reserved space | Number of Bed(s) |
|---|---|---|
| ASP | Facility A Housing Unit 120 - Cells | 191 |
| CAC | Facility A, Building 2, A and B Pod - Cells | 168 |
| CAL | Facility A Building 5  - Cells | 198 |
| CCC | Facility C, Building 3  - Cells | 200 |
| CCI | Facility E Clark Hall Dorm (124 beds); Facility D Building 9 (24 beds)Cells | 148 |
| CCWF | Facility A, Building 503 -  Cells | 200 |
| CEN | Facility A Building 5  - Cells | 192 |
| CIM | Facility B Building 1 - -Cells | 102 |
| CIW | Housing Unit A RCU  - Cells | 220 |
| CMC | Facility C, Building 5  - Cells | 300 |
| CMF | W-1 (41 beds); W-3 (42 beds); S-3 (18 beds) - All Cells | 101 |
| COR | Facility 3B Building 02 -  Cells | 200 |
| CRC | Facility D Dorm 410 (78 beds);  Dorm 311 (77 beds); | 155 |
| CTF | Central Facility Y wing - Cells | 178 |
| CVSP | Facility D Building 11 Dorm | 192 |
| DVI | Facility B, G-wing Cells | 264 |
| HDSP | Facility C, Building 1 Cells | 128 |
| ISP | Facility C, Building 1 Cells | 200 |
| KVSP | Facility D, Building 6  Cells | 128 |
| LAC | Facility C, Building 5 Cells | 200 |
| MCSP | Facility A Building 2 Cells, | 200 |
| NKSP | Facility D, Building 3 Cells | 200 |
| PBSP | Facility A Building 1 Cells | 128 |
| PVSP | Facility D Building Cells | 200 |
| RJD | Facility D, Housing Unit 20 Cells | 200 |
| SAC | Facility A, Building 2 Cells (20 beds); Facility B, Building 1 Cells (48 beds); Facility C Cells  Building 8 (128) | 196 |
| SATF | Facility E, Building 2 Cells | 200 |
| SOL | Facility B, Building 7 Cells | 200 |
| SVSP | Facility C, Building 7 Cells | 128 |
| VSP | Facility A Building 4 Cells (88); Facility B Building 4 Dorm | 344 |
| WSP | Facility  B Building 1 Cells | 200 |