# Exhibit B

|  | Agency | | | Total Count of Employees | Tested during Baseline[3] | % of Employees Tested Baseline[2,3] |
|---|---|---|---|---|---|---|
| Facility | CCHCS Filled[1] | CDCR Filled[1] | PIA | | | |
| Avenal State Prison | 214 | 1,016 | 50 | 1,280 | 1,168 | 91% |
| California City Correctional Facility | 134 | 503 | 4 | 641 | 518 | 81% |
| Calipatria State Prison | 173 | 930 | 7 | 1,110 | 1,017 | 92% |
| California Correctional Center | 141 | 924 | 7 | 1,072 | 662 | 62% |
| California Correctional Institution | 268 | 1,221 | 15 | 1,504 | 986 | 66% |
| Central California Women's Facility | 349 | 815 | 37 | 1,201 | 1,230 | 102% |
| California State Prison, Centinela | 186 | 958 | 12 | 1,156 | 799 | 69% |
| California Health Care Facility | 2,028 | 1,253 | 9 | 3,290 | 3,480 | 106% |
| California Institution for Men | 421 | 1,167 | 45 | 1,633 | 1,603 | 98% |
| California Institution for Women | 436 | 652 | 14 | 1,102 | 1,103 | 100% |
| California Men's Colony | 465 | 1,196 | 45 | 1,706 | 1,659 | 97% |
| California Medical Facility | 874 | 1,025 | 16 | 1,915 | 2,188 | 114% |
| California State Prison, Corcoran | 445 | 1,389 | 62 | 1,896 | 1,964 | 104% |
| California Rehabilitation Center | 219 | 945 | 4 | 1,168 | 967 | 83% |
| Correctional Training Facility | 256 | 1,053 | 27 | 1,336 | 1,140 | 85% |
| Chuckawalla Valley State Prison | 149 | 683 | 10 | 842 | 551 | 65% |

| Institution | | | | | | |
|---|---|---|---|---|---|---|
| Deuel Vocational Institution | 223 | 798 | 20 | 1,041 | 993 | 95% |
| Folsom State Prison | 203 | 828 | 46 | 1,077 | 1,211 | 112% |
| High Desert State Prison | 238 | 1,015 | 10 | 1,263 | 910 | 72% |
| Ironwood State Prison | 158 | 867 | 6 | 1,031 | 609 | 59% |
| Kern Valley State Prison | 278 | 1,162 | 13 | 1,453 | 1,478 | 102% |
| California State Prison, Los Angeles County | 392 | 1,019 | 30 | 1,441 | 1,276 | 89% |
| Mule Creek State Prison | 457 | 1,164 | 40 | 1,661 | 1,446 | 87% |
| North Kern State Prison | 304 | 1,032 | 10 | 1,346 | 1,116 | 83% |
| Pelican Bay State Prison | 186 | 1,045 | 15 | 1,246 | 1,147 | 92% |
| Pleasant Valley State Prison | 211 | 1,027 | 6 | 1,244 | 1,024 | 82% |
| Richard J. Donovan Correctional Facility | 536 | 1,258 | 28 | 1,822 | 1,706 | 94% |
| California State Prison, Sacramento | 428 | 1,063 | 18 | 1,509 | 1,358 | 90% |
| San Quentin State Prison | 394 | 1,337 | 22 | 1,753 | 1,724 | 98% |
| Substance Abuse Treatment Facility | 478 | 1,431 | 19 | 1,928 | 1,537 | 80% |
| Sierra Conservation Center | 170 | 912 | 10 | 1,092 | 840 | 77% |
| California State Prison, Solano | 257 | 969 | 61 | 1,287 | 1,248 | 97% |
| Salinas Valley State Prison | 486 | 1,150 | 18 | 1,654 | 1,503 | 91% |
| Valley State Prison | 275 | 736 | 15 | 1,026 | 951 | 93% |
| Wasco State Prison | 351 | 1,098 | 15 | 1,464 | 1,280 | 87% |
| **Grand Total** | **12,783** | **35,641** | **766** | **49,190** | **44,392** | **90%** |

[1] The phrase "filled" refers to the number of positions that are in fact occupied, as opposed to the number of authorized positions, which refers to the number of positions that have been authorized per institution and which

[2] There are various factors that might skew the accuracy of the percentage of staff that has been tested. Nevertheless, CDCR has exercised its utmost due diligence to provide the most accurate percentages that were reasonably possible.  Also, this table only represent a snapshot in time on July 22.  Completed tests are not counted until the results are received, and new results are provided by the labs every day.  Lastly, the format of this table only temporary.  The format of future information about staff testing may differ from the format used in this table.

[3] The total number of individuals tested also includes contractors and non-staff, such as registry providers. Therefore, in some instances, the percentage of tested employees may exceed 100%.