# Exhibit C

Exhibit C to July 27, 2020 Case Management Conference Statement

| Facility | Agency | | | Total Count of Employees | Tested during Baseline[3] | % of Employees Tested Baseline[2,3] | First Serial Round Tested[3] | % of Employees Tested Serial[2,3] |
|---|---|---|---|---|---|---|---|---|
| | CCHCS Filled[1] | CDCR Filled[1] | PIA | | | | | |
| California Correctional Center | 141 | 924 | 7 | 1,072 | 662 | 62% | 726 | 68% |
| California Correctional Institution | 268 | 1,221 | 15 | 1,504 | 986 | 66% | 1,140 | 76% |
| California State Prison, Centinela | 186 | 958 | 12 | 1,156 | 799 | 69% | 855 | 74% |
| Chuckawalla Valley State Prison | 149 | 683 | 10 | 842 | 551 | 65% | 592 | 70% |
| High Desert State Prison | 238 | 1,015 | 10 | 1,263 | 910 | 72% | 994 | 79% |
| Ironwood State Prison | 158 | 867 | 6 | 1,031 | 609 | 59% | 606 | 59% |
| Grand Total | 1,140 | 5,668 | 60 | 6,868 | 4,517 | 66% | 4,913 | 72% |

[1] The phrase "filled" refers to the number of positions that are in fact occupied, as opposed to the number of authorized positions, which refers to the number of positions that have been authorized per institution and which may include positions that are vacant.

[2] There are various factors that might skew the accuracy of the percentage of staff that has been tested. Nevertheless, CDCR has exercised its utmost due diligence to provide the most accurate percentages that were reasonably possible. Also, this table ionly represent a snapshot in time on July 22. Completed tests are not counted until the results are received, and new results are provided by the labs every day. Lastly, the format of this table only temporary. The format of future information about staff testing may differ from the format used in this table.

[3] The total number of individuals tested also includes contractors and non-staff, such as registry providers. Therefore, in some instances, the percentage of tested employees may exceed 100%.