XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
IRAM HASAN (320802)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-58443
Email:  Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF -  240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:      (415) 777--3200
Facsimile:       (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | CASE NO. 01-1351 JST<br><br>**DEFENDANTS' ADDENDUM TO OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER MODIFYING CDCR'S COVID-19 STAFF TESTING PLAN** |

At the August 12, 2020 hearing on Plaintiffs' Motion for Order Modifying CDCR's COVID-19 Staff Testing Plan, counsel for the State indicated that CDCR's staff testing plan was in the process of being revised and that a new and updated plan would be imminently released. Defendants now submit to this Court[1] the State's most current COVID-19 Staff Testing Guidance, which is dated August 12, 2020.  (*See* Exhibit A.)

---

[1] Defendants also provided Plaintiffs' counsel with a copy of the Staff Testing Plan on August 17, 2020, prior to this filing.

1  This updated policy was developed under guidance from the California Department of
2  Public Health (CDPH).  The State is working collaboratively with California Correctional Health
3  Care Services to implement the updated timeframes outlined in the policy.  CDCR expects to have
4  plans in place to begin implementation of the more aggressive testing turnaround times set forth in
5  the policy within 30 days and full implementation of the policy in 12 weeks.  However, as noted in
6  the policy, timeframes will be dependent upon laboratory capacity and the policy will be subject to
7  further change based on Centers for Disease Control and CDPH guidance or guidelines.

8  DATED:  August 17, 2020                                    HANSON BRIDGETT LLP

                                                              By:     */s/ Samantha Wolff*
                                                                    PAUL B. MELLO
                                                                    SAMANTHA D. WOLFF
                                                                    KAYLEN KADOTANI
                                                                    Attorneys for Defendants

DATED:  August 17, 2020                                     XAVIER BECERRA
                                                            Attorney General of California


                                                              By:     */s/ Damon McClain*
                                                                    DAMON MCCLAIN
                                                                    NASSTARAN RUHPARWAR
                                                                    Supervising Deputy Attorney General
                                                                    Attorneys for Defendants