# Exhibit A

**Total Parole/PRCS Releases for 07/01/2020 through 08/19/2020**

| Institutions | COVID-19 Early Release Type | | Natural Release Type | | |
| --- | --- | --- | --- | --- | --- |
| | PRCS | Parole | PRCS | Parole | Total |
| Avenal State Prison(ASP) | 66 | 22 | 70 | 111 | 269 |
| California Correctional Center(CCC) | 311 | 129 | 197 | 196 | 833 |
| California Correctional Institution(CCI) | 88 | 41 | 110 | 95 | 334 |
| California Health Care Facility - Stockton(CHCF) | 33 | 14 | 29 | 58 | 134 |
| California Institution for Men(CIM) | 188 | 84 | 102 | 93 | 467 |
| California Institution for Women(CIW) | 90 | 51 | 26 | 53 | 220 |
| California Medical Facility(CMF) | 54 | 25 | 30 | 59 | 168 |
| California Men's Colony(CMC) | 83 | 33 | 49 | 92 | 257 |
| California Rehabilitation Center(CRC) | 130 | 49 | 112 | 152 | 443 |
| California State Prison, Corcoran(COR) | 100 | 27 | 46 | 47 | 220 |
| California State Prison, Los Angeles County(LAC) | 22 | 12 | 12 | 21 | 67 |
| California State Prison, Sacramento(SAC) | 55 | 20 | 32 | 26 | 133 |
| California State Prison, Solano(SOL) | 83 | 26 | 38 | 76 | 223 |
| California Substance Abuse Treatment Facility(SATF) | 52 | 33 | 50 | 113 | 248 |
| Calipatria State Prison(CAL) | 71 | 33 | 46 | 50 | 200 |
| Centinela State Prison(CEN) | 58 | 21 | 37 | 61 | 177 |
| Central California Women's Facility(CCWF) | 209 | 100 | 53 | 49 | 411 |
| Chuckawalla Valley State Prison(CVSP) | 40 | 9 | 28 | 58 | 135 |
| Correctional Training Facility(CTF) | 126 | 41 | 93 | 109 | 369 |
| Deuel Vocational Institution(DVI) | 94 | 28 | 50 | 43 | 215 |
| Folsom State Prison(FOL) | 204 | 67 | 87 | 83 | 441 |
| High Desert State Prison(HDSP) | 72 | 26 | 54 | 27 | 179 |
| Ironwood State Prison(ISP) | 70 | 40 | 71 | 51 | 232 |
| Kern Valley State Prison(KVSP) | 52 | 21 | 49 | 35 | 157 |
| Mule Creek State Prison(MCSP) | 35 | 22 | 30 | 46 | 133 |
| North Kern State Prison(NKSP) | 215 | 58 | 139 | 72 | 484 |
| Pelican Bay State Prison(PBSP) | 61 | 21 | 35 | 40 | 157 |
| Pleasant Valley State Prison(PVSP) | 110 | 33 | 85 | 63 | 291 |
| RJ Donovan Correctional Facility(RJD) | 51 | 32 | 53 | 60 | 196 |

| Institutions | COVID-19 Early Release Type | | Natural Release Type | | |
|---|---|---|---|---|---|
|  | PRCS | Parole | PRCS | Parole | Total |
| Salinas Valley State Prison(SVSP) | 40 | 19 | 23 | 28 | 110 |
| San Quentin State Prison(SQ) | 133 | 59 | 54 | 102 | 348 |
| Sierra Conservation Center(SCC) | 292 | 103 | 119 | 176 | 690 |
| Valley State Prison(VSP) | 62 | 17 | 40 | 69 | 188 |
| Wasco State Prison(WSP) | 314 | 81 | 193 | 96 | 684 |
| **Total** | **3,664** | **1,397** | **2,242** | **2,510** | **9,813** |