# Exhibit A



# HIGH RISK MEDICAL REVIEW

Name: ███████████████████████     CDCR#: ████████

## General Information and Risk Score

**General Information and Risk Score**

| | | | |
|---|---|---|---|
| Inmate Name: | ████ | Registration Requirements: | N/A |
| CDCR#: | | Classification Score: | 0 |
| COVID-19 Weighted Medical Risk Score: | 6 | Violent Felony Flag: | Yes |
| CA Static Risk Assessment [CSRA Score]: | 2 | Serious Felony Flag: | Yes |
| Comprehensive Risk Assessment (CRA) Potential Risk of Future Violence: | N/A | Habitual Offender Flag (PC 667.61): | No |
| Date of Last CRA: | N/A | Striker: | 2nd |
| Current Age: | 68 | Total Number of Detainers: | N/A |
| Date of Birth: | ████ 1952 | ICE Detain: | N/A |
| Ethnicity: | BLA | Other Law enforcement Detainer: | N/A |
| TABE Score: | 07.2 | | |
| Facility: | CRC-B | BPH Static-99 Score: | N/A |
| CDCR Admission Date: | 12/14/2009 | DAPO Static-99 Score: | N/A |
| Sentence Type: | DSL | | |
| Time Served: | 11 Yr, 6 Mo | | |
| % of Time Completed: | 97% | | |
| Time Left to Serve: | 0 Yr, 4 Mo | | |

## Medical and Disability

**Medical and Disability**

| | | | |
|---|---|---|---|
| SOMS Medical Risk: | High | Mental Health Level of Care: | GP |
| Nursing Care Acuity: | Basic Nursing | DDP Code: | NCF |
| | | DPP Mobility Code: | N/A |

## Custody

**Custody**

| | | | |
|---|---|---|---|
| Housing Restrictions: | Ground Floor-Limited Stairs, Ground Floor-Limited Stairs, Lower/Bottom Bunk Only, Lower/Bottom Bunk Only | Administrative Determinants: | Medical Condition |
| Bed Type: | Dorm | | |

**Security Threat Group**

No STG Information found.

## Sentencing

### Sentencing

| | | | |
|---|---|---|---|
| Tate Term: | No | County of Last Legal Residence: | Contra Costa |
| Thompson Term: | No | County/Counties of Commitment: | Alameda |

Description of Offenses: On ▓▓▓▓ 2009, ▓▓▓▓ entered an electronic store and stole merchandise. ▓▓▓▓ used a knife to remove a security alarm and concealed the merchandise before exiting. The store's loss prevention staff attempted to stop ▓▓▓▓ and ▓▓▓▓ simulated as he had a gun in his pocket and threatened to shoot the loss prevention staff. The staff let him go, and ▓▓▓▓ was arrested shortly after. Officers did not find a gun on ▓▓▓▓.

### Offenses

| Code | Description |
|---|---|
| PC212.5(c)[02] | Robbery 2nd |
| PC212.5(c)[02] | Robbery 2nd |

### Enhancements

| Code | Description |
|---|---|
| PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony |
| PC667.5(b)[01] | Prior Prison Term/Non Violent new offense is any felony |
| PC667(a)[01] | Prior Felony Convction of Serious Offense |

## Institutional Behavior & Programming

### Institutional Behavior & Programming

| | |
|---|---|
| No. of RVRs in Last 3 Years: | 1 |
| Date of Last RVR: | 10/10/2018 |
| Last RVR Status: | Guilty |

#### List of RVRs

| RVR Date | Code | Description | RVR Outcome | Status |
|---|---|---|---|---|
| 10/10/2018 | 3005(c)-[05] | Refusing to Accept Assigned Housing | Guilty | Final/Concluded |

#### Credits for Programming (since August 2017)

| Effective Date | Credit Type | Course # | Course Name | Status |
|---|---|---|---|---|
| 7/9/2020 | ECC | | | Applied |
| 4/30/2019 | MCC | V00L100 | Career Core Basics | Applied |
| 4/30/2019 | MCC | V00L101 | NCCER Core Certification | Applied |
| 6/5/2018 | MCC | PREST04 | Nat Restaurant Assn ServSafe Food Handler | Applied |
| 6/2/2018 | RAC | | | Applied |

## Assignment History (last 10 yrs)

| Assigned Date | Assigned Type | Status | As Of Date |
|---|---|---|---|
| 7/24/2020 | Transitions | Assigned | 7/24/2020 |
| 1/4/2019 | Voc Carpentry | Unassigned | 1/1/2020 |
| 8/18/2018 | College (Onsite) | Unassigned | 9/21/2018 |
| 5/9/2018 | REENTRY PREPARATION PROGRAMS | Unassigned | 9/5/2018 |
| 4/26/2018 | REENTRY PREPARATION PROGRAMS | Unassigned | 9/21/2018 |
| 3/21/2018 | REENTRY PREPARATION PROGRAMS | Unassigned | 4/2/2018 |
| 1/12/2018 | REENTRY PREPARATION PROGRAMS | Unassigned | 9/21/2018 |
| 12/19/2017 | PIA Food & Beverage Packaging | Unassigned | 9/21/2018 |
| 12/16/2017 | PIA Food & Beverage Packaging | Unassigned | 12/18/2017 |
| 12/1/2017 | PIA Office & Administration | Unassigned | 12/15/2017 |
| 11/16/2017 | Clothing Dist | Unassigned | 11/30/2017 |
| 10/27/2017 | Porter | Unassigned | 11/1/2017 |
| 10/7/2017 | Porter | Reassigned | 10/26/2017 |
| 9/26/2017 | Voluntary ABE III | Unassigned | 10/31/2017 |
| 5/6/2017 | Porter | Reassigned | 10/6/2017 |
| 4/26/2017 | FAITH GROUPS (INMATE GROUPS - NOT WORSHIP SERVICES) | Unassigned | 6/12/2017 |
| 4/26/2017 | FAITH GROUPS (INMATE GROUPS - NOT WORSHIP SERVICES) | Unassigned | 11/1/2017 |
| 4/18/2017 | FAITH GROUPS (INMATE GROUPS - NOT WORSHIP SERVICES) | Unassigned | 11/1/2017 |
| 4/18/2017 | FAITH GROUPS (INMATE GROUPS - NOT WORSHIP SERVICES) | Unassigned | 5/6/2017 |
| 4/6/2017 | Porter | Unassigned | 4/11/2017 |
| 3/30/2017 | Recreational Aid | Reassigned | 4/5/2017 |
| 3/25/2017 | Dining Room Line Server | Reassigned | 3/29/2017 |
| 3/17/2015 | Clerk | Unassigned | 3/20/2017 |
| 11/4/2014 | College (Correspondence) | Reassigned | 3/16/2015 |
| 10/2/2014 | College (Correspondence) | Unassigned | 11/3/2014 |
| 8/2/2014 | Porter | Unassigned | 3/16/2015 |
| 6/3/2014 | Adult Basic Education II | Unassigned | 7/18/2014 |
| 4/9/2014 | Clerk | Unassigned | 5/19/2014 |
| 3/4/2014 | Porter | Unassigned | 4/9/2014 |
| 2/5/2014 | PIA Career Technical Education - Facilities Maintenance | Unassigned | 2/19/2014 |
| 12/18/2012 | Janitorial Services | Unassigned | 2/4/2014 |
| 8/2/2012 | Voc Computer & Related Technology | Unassigned | 12/18/2012 |
| 8/18/2011 | Teacher's Aide | Unassigned | 3/17/2012 |

## Parole Consideration

### Parole Consideration

| | | | |
|---|---|---|---|
| Hearing in Past: | No | Last Hearing Action Result: | N/A |
| Last Board Action Type: | N/A | Last Hearing Number: | N/A |
| Last Board Action Date: | N/A | Last Hearing Denial Length: | N/A |
| Last Board Action Result: | N/A | | |
| Last Hearing Action Type: | N/A | Next Hearing Action Type: | N/A |
| Last Hearing Action Date: | N/A | Next Hearing Action NLT Date: | N/A |

## Change in Risk of Recidivism

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/13/2020 | Risk is Mitigated | [redacted] | BPH Staff | 8/13/2020 |

**Assigned Risk Cohort**

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/21/2020 | Moderate | ▮ | Exec Team | 8/21/2020 |

**Final Review**

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/24/2020 | Approve Release | RALPH DIAZ | Secretary | 8/24/2020 |



# HIGH RISK MEDICAL REVIEW

Name: ███████████████████████  CDCR#: ██████

## General Information and Risk Score

### General Information and Risk Score

| | | | |
|---|---|---|---|
| Inmate Name: | ██████ | | |
| CDCR#: | ██████ | Registration Requirements: | N/A |
| COVID-19 Weighted Medical Risk Score: | 6 | Classification Score: | 0 |
| CA Static Risk Assessment [CSRA Score]: | 1 | Violent Felony Flag: | Yes |
| Comprehensive Risk Assessment (CRA) Potential Risk of Future Violence: | N/A | Serious Felony Flag: | Yes |
| | | Habitual Offender Flag (PC 667.61): | No |
| Date of Last CRA: | N/A | Striker: | 2nd |
| Current Age: | 67 | Total Number of Detainers: | N/A |
| Date of Birth: | ███ 1952 | ICE Detain: | N/A |
| Ethnicity: | WHI | Other Law enforcement Detainer: | N/A |
| TABE Score: | 09.4 | | |
| Facility: | CHCF-B | BPH Static-99 Score: | N/A |
| CDCR Admission Date: | 3/29/2011 | DAPO Static-99 Score: | N/A |
| Sentence Type: | DSL | | |
| Time Served: | 11 Yr, 8 Mo | | |
| % of Time Completed: | 90% | | |
| Time Left to Serve: | 1 Yr, 3 Mo | | |

### Detainers

No Detainer Information found.

## Medical and Disability

### Medical and Disability

| | | | |
|---|---|---|---|
| SOMS Medical Risk: | High | Mental Health Level of Care: | ACUTE |
| Nursing Care Acuity: | Low-Intensity Nursing | DDP Code: | NCF |
| | | DPP Mobility Code: | N/A |

## Custody

### Custody

| | | | |
|---|---|---|---|
| Housing Restrictions: | | Administrative Determinants: | Medical Condition, Psychological Condition |
| Bed Type: | Cell | | |

### Security Threat Group

No STG Information found.

Page 2

## Sentencing

**Sentencing**

| | | | |
|---|---|---|---|
| Tate Term: | No | County of Last Legal Residence: | Los Angeles |
| Thompson Term: | No | County/Counties of Commitment: | Los Angeles |
| Description of Offenses: | On ▮▮▮ 2009, the inmate entered a U.S. Bank, presented the teller with a demand note that said, "Robbery. Give me $50s and $100s." The teller, in fear, complied and gave the inmate $6,225. The inmate thanked the teller and left the bank. The branch manager confronted the inmate outside of the bank; the inmate returned the money to the manager and fled the scene. Police officers arrested the inmate shortly after. | | |

**Offenses**

| Code | Description |
|---|---|
| PC212.5(c)[02] | Robbery 2nd |

**Enhancements**

| Code | Description |
|---|---|
| PC667(a)[01] | Prior Felony Convction of Serious Offense |
| PC667(a)[01] | Prior Felony Convction of Serious Offense |

## Institutional Behavior & Programming

### Institutional Behavior & Programming
- No. of RVRs in Last 3 Years: 0
- Date of Last RVR: N/A
- Last RVR Status: N/A

### List of RVRs
No RVRs found.

### Credits for Programming (since August 2017)

| Effective Date | Credit Type | Course # | Course Name | Status |
|---|---|---|---|---|
| 7/9/2020 | ECC | | | Applied |
| 6/1/2020 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 3/18/2020 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 1/15/2020 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 11/22/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 9/26/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 6/11/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 4/8/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 2/5/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 1/14/2019 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 11/14/2018 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 8/16/2018 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |
| 5/1/2018 | MCC | MH10200 | IP-MHTP Each 60 hours of treatment plan activities completed | Applied |
| 2/21/2018 | MCC | MH10200 | IP-MHTP Each 60 hours of treatment plan activities completed | Applied |
| 8/31/2017 | MCC | MH10100 | MHTP Each 60 hours of treatment plan activities completed | Applied |

### Assignment History (last 10 yrs)

| Assigned Date | Assigned Type | Status | As Of Date |
|---|---|---|---|
| 6/26/2018 | Adult Basic Education I | Unassigned | 12/24/2018 |
| 3/23/2017 | Voluntary ABE I | Unassigned | 10/14/2017 |
| 3/16/2017 | Adult Basic Education I | Unassigned | 10/14/2017 |
| 12/30/2016 | Adult Basic Education III | Reassigned | 3/15/2017 |
| 4/18/2013 | General Education Dev | Unassigned | 8/5/2013 |

## Parole Consideration

### Parole Consideration
- Hearing in Past: No
- Last Board Action Type: N/A
- Last Board Action Date: N/A
- Last Board Action Result: N/A
- Last Hearing Action Type: N/A
- Last Hearing Action Date: N/A
- Last Hearing Action Result: N/A
- Last Hearing Number: N/A
- Last Hearing Denial Length: N/A
- Next Hearing Action Type: N/A
- Next Hearing Action NLT Date: N/A

## Change in Risk of Recidivism

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/14/2020 | Risk is Unchanged | | BPH Staff | 8/14/2020 |

### Assigned Risk Cohort

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/14/2020 | Moderate | ■■■■ | Exec Team | 8/14/2020 |

### Final Review

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/21/2020 | Approve Release | RALPH DIAZ | Secretary | 8/21/2020 |



# HIGH RISK MEDICAL REVIEW

Name: ███████████████████████████████████    CDCR#: ███████

## General Information and Risk Score

### General Information and Risk Score

| | | | |
|---|---|---|---|
| Inmate Name: | ███████████ | | |
| CDCR#: | ███ | Registration Requirements: | N/A |
| COVID-19 Weighted Medical Risk Score: | 4 | Classification Score: | 27 |
| CA Static Risk Assessment [CSRA Score]: | 5 | Violent Felony Flag: | Yes |
| Comprehensive Risk Assessment (CRA) Potential Risk of Future Violence: | N/A | Serious Felony Flag: | Yes |
| | | Habitual Offender Flag (PC 667.61): | No |
| Date of Last CRA: | N/A | Striker: | N/A |
| Current Age: | 21 | Total Number of Detainers: | N/A |
| Date of Birth: | ███1999 | ICE Detain: | N/A |
| Ethnicity: | HIS | Other Law enforcement Detainer: | N/A |
| TABE Score: | 03.0 | | |
| Facility: | VSP-C | BPH Static-99 Score: | N/A |
| CDCR Admission Date: | 7/16/2019 | DAPO Static-99 Score: | N/A |
| Sentence Type: | DSL | | |
| Time Served: | 1 Yr, 7 Mo | | |
| % of Time Completed: | 42% | | |
| Time Left to Serve: | 2 Yr, 2 Mo | | |

### Detainers

No Detainer Information found.

## Medical and Disability

### Medical and Disability

| | | | |
|---|---|---|---|
| SOMS Medical Risk: | Medium | Mental Health Level of Care: | CCCMS |
| Nursing Care Acuity: | Basic Nursing | DDP Code: | NCF |
| | | DPP Mobility Code: | N/A |

## Custody

### Custody

| | | | |
|---|---|---|---|
| Housing Restrictions: | Lower/Bottom Bunk Only | Administrative Determinants: | Sensitive Needs Yard, Violent History Noted |
| Bed Type: | Dorm | | |

#### Security Threat Group

| STG Name | Affiliation Level | Affiliation Status | Validation Status | STG Source |
|---|---|---|---|---|
| II - NORTENO | Suspect | Dropout | Referred to STG Investigator | Staff |

# Sentencing

## Sentencing

| | | | |
|---|---|---|---|
| Tate Term: | No | County of Last Legal Residence: | Stanislaus |
| Thompson Term: | No | County/Counties of Commitment: | Stanislaus |

Description of Offenses: On ███████ 2018, the inmate and two co-defendants went to the victims' neighborhood while armed with a baseball bat and a machete. The inmate and co-defendants attacked a male victim with the baseball bat and the machete, while yelling gang slogans. The male victim's girlfriend attempted to intervene and was also hit. The male victim suffered a 15-centimeter deep laceration to his head and a 10-centimeter deep laceration to his left forearm.

### Offenses

| Code | Description |
|---|---|
| PC245(a)(1) [01] | Assault with a Deadly Weapon |

### Enhancements

| Code | Description |
|---|---|
| PC12022.7(a)[01] | Inflict GBI |

# Institutional Behavior & Programming

## Institutional Behavior & Programming

| | |
|---|---|
| No. of RVRs in Last 3 Years: | 2 |
| Date of Last RVR: | 2/4/2020 |
| Last RVR Status: | Guilty |

### List of RVRs

| RVR Date | Code | Description | RVR Outcome | Status |
|---|---|---|---|---|
| 2/4/2020 | 3315(a)(3)(M) | Pattern of administrative rule violations for same offense | Guilty as Charged | Final/Concluded |
| 1/31/2020 | 3041(a)-[02] | Absent from work Assignment | Guilty as Charged | Final/Concluded |

### Credits for Programming (since August 2017)

| Effective Date | Credit Type | Course # | Course Name | Status |
|---|---|---|---|---|
| 7/9/2020 | ECC | | | Applied |

### Assignment History (last 10 yrs)

| Assigned Date | Assigned Type | Status | As Of Date |
|---|---|---|---|
| 11/14/2019 | Voc Carpentry | Assigned | 11/14/2019 |
| 10/26/2019 | VISUAL AND PERFORMING ARTS | Reassigned | 11/13/2019 |
| 10/4/2019 | YOUTH DIVERSION PROGRAMS | Reassigned | 11/13/2019 |

# Parole Consideration

## Parole Consideration

| | | | |
|---|---|---|---|
| Hearing in Past: | No | Last Hearing Action Result: | N/A |
| Last Board Action Type: | N/A | Last Hearing Number: | N/A |
| Last Board Action Date: | N/A | Last Hearing Denial Length: | N/A |
| Last Board Action Result: | N/A | | |
| Last Hearing Action Type: | N/A | Next Hearing Action Type: | N/A |
| Last Hearing Action Date: | N/A | Next Hearing Action NLT Date: | N/A |

### Change in Risk of Recidivism

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/26/2020 | Risk is Aggravated | ▮ | BPH Staff | 8/26/2020 |

### Assigned Risk Cohort

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/26/2020 | Moderate | ▮ | Exec Team | 8/26/2020 |

### Final Review

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/27/2020 | Do Not Approve Release | RALPH DIAZ | Secretary | 8/27/2020 |



# HIGH RISK MEDICAL REVIEW

Name: █████████████   CDCR#: ████████

## General Information and Risk Score

### General Information and Risk Score

| | | | |
|---|---|---|---|
| Inmate Name: | ███ | Registration Requirements: | Sex Offender Registration (PC 290/290.6) |
| CDCR#: | ███ | Classification Score: | 19 |
| COVID-19 Weighted Medical Risk Score: | 5 | Violent Felony Flag: | Yes |
| CA Static Risk Assessment [CSRA Score]: | 1 | Serious Felony Flag: | Yes |
| Comprehensive Risk Assessment (CRA) Potential Risk of Future Violence: | N/A | Habitual Offender Flag (PC 667.61): | No |
| Date of Last CRA: | N/A | Striker: | N/A |
| Current Age: | 78 | Total Number of Detainers: | N/A |
| Date of Birth: | ███ 1941 | ICE Detain: | N/A |
| Ethnicity: | WHI | Other Law enforcement Detainer: | N/A |
| TABE Score: | 06.6 | | |
| Facility: | CMC-E | BPH Static-99 Score: | N/A |
| CDCR Admission Date: | 6/25/2019 | DAPO Static-99 Score: | N/A |
| Sentence Type: | DSL | | |
| Time Served: | 2 Yr, 8 Mo | | |
| % of Time Completed: | 34% | | |
| Time Left to Serve: | 5 Yr, 1 Mo | | |

### Detainers

No Detainer Information found.

## Medical and Disability

### Medical and Disability

| | | | |
|---|---|---|---|
| SOMS Medical Risk: | High | Mental Health Level of Care: | GP |
| Nursing Care Acuity: | Uncomplicated Nursing | DDP Code: | NCF |
| | | DPP Mobility Code: | DNM, DNH |

## Custody

### Custody

| | | | |
|---|---|---|---|
| Housing Restrictions: | Lower/Bottom Bunk Only | Administrative Determinants: | Medical Condition, Sensitive Needs Yard, Sex Offender, Violent History Noted |
| Bed Type: | Dorm | | |

### Security Threat Group

No STG Information found.

## Sentencing

**Sentencing**
- Tate Term: No
- Thompson Term: No
- County of Last Legal Residence: Fresno
- County/Counties of Commitment: Fresno

Description of Offenses: The inmate molested various family member victims. Victim #1 reported she was age 9-12, between August of 2010 and 2014. During that time her step-grandfather, the inmate, molested her multiple times touching her pelvic area and breasts over and under her clothes, sometimes skin to skin. On one occasion he exposed his penis to her. Victim #2 reported the inmate was her biological father and he sexually abused her on and off from age 5 to 18. It consisted of fondling but on one occasion he digitally penetrated her vagina with his finger. Victim #3 reported she was a step-daughter of the inmate. He started molesting her when she was 4 years old when he rubbed her vagina in the bathtub. The molests progressed to mutual oral copulation starting at age 6. She was also aware of victim #2 being molested during that same time period. Sometimes it occurred daily. When she was 12 he put his finger in her vagina and tried to force intercourse, she kicked him in the groin and told him to never touch her again. Victim #4 is Victim #1's mother and the inmate's stepdaughter. When she was 14, the inmate 'fingered' her while she laid on her bed. She yelled and got angry and he offered to buy her things if she would have sex with him. She refused, and he left her alone after that. When arrested he admitted to 40 years of molesting but claimed it was only these 4 victims. He entered a plea to the most recent activity involving victim #1.

**Offenses**

| Code | Description |
|---|---|
| PC288(a)[03] | L&L Child Under 14 Years |
| PC288(a)[03] | L&L Child Under 14 Years |

**Enhancements**

No Enhancements found.

## Institutional Behavior & Programming

**Institutional Behavior & Programming**
- No. of RVRs in Last 3 Years: 0
- Date of Last RVR: N/A
- Last RVR Status: N/A

**List of RVRs**

No RVRs found.

**Credits for Programming (since August 2017)**

| Effective Date | Credit Type | Course # | Course Name | Status |
|---|---|---|---|---|
| 7/9/2020 | ECC | | | Applied |

**Assignment History (last 10 yrs)**

| Assigned Date | Assigned Type | Status | As Of Date |
|---|---|---|---|
| 7/31/2020 | Voc Computer & Related Technology | Assigned | 7/31/2020 |

## Parole Consideration

**Parole Consideration**
- Hearing in Past: No
- Last Board Action Type: N/A
- Last Board Action Date: N/A
- Last Board Action Result: N/A
- Last Hearing Action Type: N/A
- Last Hearing Action Date: N/A
- Last Hearing Action Result: N/A
- Last Hearing Number: N/A
- Last Hearing Denial Length: N/A
- Next Hearing Action Type: N/A
- Next Hearing Action NLT Date: N/A

### Change in Risk of Recidivism

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/13/2020 | Risk is Unchanged | ███ | BPH Staff | 8/13/2020 |

### Assigned Risk Cohort

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/14/2020 | Moderate | ███ | Exec Team | 8/14/2020 |

### Final Review

| Action Date | Finding | User | Workgroup | Submit Date |
|---|---|---|---|---|
| 8/25/2020 | Do Not Approve Release | RALPH DIAZ | Secretary | 8/25/2020 |