1

FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)

2

601 Montgomery Street, Suite 333
San Francisco, California 94111

3

Telephone: (415) 399-3840
Facsimile: (415) 399-3838

4

mdodd@fddcm.com

5

*Attorneys for Receiver*
J. Clark Kelso

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

MARCIANO PLATA, et al.,

Case No. 01-cv-01351 JST

12

*Plaintiffs*,

13

v.

**RECEIVER'S SUBMISSION OF PROPOSED TIMELINE FOR SETTING ASIDE ISOLATION AND QUARANTINE SPACE AT REMAINING PRISONS IN RESPONSE TO COURT'S SEPTEMBER 10, 2020 ORDER**

14

GAVIN NEWSON, et al.,

15

*Defendants*.

16

17

18

On September 10, 2020, this Court entered an Order Granting In Part And Denying In

19

Part Defendants' Request For Extension Of Time Re: Isolation And Quarantine Space. ECF No.

20

3442.  The Court had originally ordered that isolation and quarantine space be ready for

21

occupancy at all prisons by September 2, 2020. ECF No. 3401.  Defendants requested an

22

extension of time to September 25, 2020 at ten prisons, and to October 31, 2020 at three prisons.

23

ECF No. 3439.  Because the parties' submissions in support of and in opposition to the request for

24

an extension of time did "not contain enough information for the Court to make an informed decision

25

setting a firm deadline for Defendants' compliance with the Court's prior order," the Court directed

26

"the Receiver to meet and confer with the parties, and to include public health experts as appropriate,

27

to identify an expedited timeline for preparing all identified isolation and quarantine space for

28

occupancy. If the parties can reach agreement, they shall file a stipulation and proposed order by

1

1  September 16, 2020. If the parties cannot reach agreement, then the Receiver shall file his proposed

2  timeline by the same date and attach the parties' objections and counter-proposals for the Court's

3  consideration." ECF No. 3442 at 2.

4  On September 10, 2020, following issuance of the Court's order, the parties, counsel and the

5  Receiver met and conferred with respect to the timeline for completing the set aside of isolation and

6  quarantine space at remaining institutions.  After some discussion, Defendants indicated they needed

7  additional time to develop a proposed timeline and agreed to submit the proposed timeline to

8  Plaintiffs and the Receiver by Tuesday, September 15, 2020. Declaration of Martin H. Dodd ("Dodd

9  Decl."), filed herewith, ¶2.  The parties then scheduled a further meet and confer session for 11:00

10  a.m. on September 15, 2020.

11  On September 15, prior to the meet and confer session, Defendants submitted their proposed

12  timeline by email from Damon McClain, counsel for Defendants.  His email stated:

13  CDCR has completed the necessary transfers for eight of the thirteen prisons it originally
   identified.  For the remaining five prisons, CDCR believes it can complete the transfers
14  within the following date ranges:

15  • ASP September 18-22;
   • CVSP September 24-28;
16  • VSP September 24-28;
   • LAC October 9-13;
17  • CMF October 9-13.

18  Of course, if CDCR can complete these transfers sooner it will do so.

19  Exhibit 1 to Dodd Decl., p. 3.

20  The parties and the Receiver then met and conferred to discuss the proposed timeline and

21  Plaintiffs requested time to consider it.  Plaintiffs thereafter responded that they lacked sufficient

22  information fully to evaluate or to agree to Defendants' proposal and therefore proposed "two

23  alternatives.  First, if tents are available for isolation and quarantine for the five remaining

24  prisons during the period before the transfers are complete, we will agree to the timelines

25  proposed below.  Second, if that is not acceptable to CDCR we request, pursuant to the Court's

26  September 10, 2020 Order, that the Receiver propose a timeline." *Id*., p. 2.  After some further

27  discussion between the parties regarding what Plaintiffs meant by the tents being "available,"

28  Defendants responded that "[t]here is not currently a need for tents at these five prisons, and if

2

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1    the need arises, CDCR can quickly have them installed.  Given the short period before the

2    transfers at the remaining five prisons will be completed, it simply does not make sense to install

3    tents now. . . .  The [previously proposed] timeline, therefore, remains Defendants' proposal.

4    Because Plaintiffs are not satisfied with that timeline, it appears no agreement will be reached.

5    That being the case, the Court's order (ECF No. 3442) appears to require the Receiver to file a

6    proposed timeline." *Id.*, pp. 1-2.[1]

7        Since the parties are at impasse, and as required by this Court's order, the Receiver

8    proposes that the Court adopt Defendants' timeline for making isolation and quarantine space

9    available at the remaining five prisons, *i.e.,*(1) ASP by September 18-22, 2020; (2) CVSP by

10   September 24-28; (3) VSP by September 24-28; (4) LAC by October 9-13; and (5) CMF by

11   October 9-13.  The Receiver emphasizes, however, that if additional space appears to be needed

12   at any of these institutions in the interim, tents can and will be installed at such institutions

13   within 72 hours as required by CDCR's existing contract for the provision of tents.

14

15   Dated:  September 16, 2020                    FUTTERMAN DUPREE DODD
                                                    CROLEY MAIER LLP
16

17                                                  By:_____/s/ Martin H. Dodd_____
                                                            Martin H. Dodd
18                                                          Attorneys for Receiver J. Clark Kelso

19

20

21

22

23

24

25

26

27

28

---

[1] Plaintiffs' counsel followed up with some additional questions about the number of patients on quarantine at three of the five prisons and whether tents should be installed at those prisons. See Exhibit 2 to Dodd Decl.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

RECEIVER'S SUBMISSION OF PROPOSED TIMELINE FOR SETTING ASIDE ISOLATION AND QUARANTINE SPACE
CASE NO. 01-CV-01351 JST