UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 01-cv-01351-JST<br><br>**SCHEDULING ORDER RE: PLAINTIFFS' INTENDED MOTION REGARDING QUARANTINE AND ISOLATION SPACE** |

In the most recent joint case management statement, Plaintiffs stated that they "are preparing to move the Court to enforce its Order to Set Aside Isolation and Quarantine Space, ECF No. 3401, pursuant to the processes set forth in that Order." ECF No. 3487 at 10.  That order requires the parties to "present a joint brief to the Court setting forth their respective positions, supported by evidence from health experts." ECF No. 3401 at 4-5.  At the case management conference, the Court set the hearing on Plaintiffs' intended motion for December 23, 2020, at 10:00 a.m. ECF No. 3488 at 2.  In addition, Plaintiffs asked that the Court consider eliminating the joint brief requirement in lieu of allowing the parties to follow a more typical briefing schedule that would allow for a motion, opposition, and reply.

The Court denies Plaintiffs' request because it concludes that a joint brief will more effectively frame the issues that require resolution.  The process of drafting the brief will require the parties to exchange their positions – including the opinions of their respective health experts – prior to any filing.  As the Court has previously explained, it "seeks to ensure that the Receiver and his staff receive the best information and the highest level of expertise regarding public health and prison health care, and to ensure the most robust response to the COVID-19 pandemic." ECF No. 3342 at 1.  Similarly, the Court seeks to base its decisions regarding quarantine and isolation

space on the best available health information.  To that end, the parties' joint brief shall include a section that describes the areas on which their respective health experts agree.  Where there is disagreement, the parties shall set forth their disputes by topic, with each side discussing its respective position before moving on to the next topic.

The Court encourages the parties to continue discussing their disputes, including with the Receiver and involving direct conversations between health experts, to attempt to resolve them informally.  If Plaintiffs continue to want the matter heard on December 23, the joint brief must be filed no later than December 9, 2020.  Alternatively, Plaintiffs may ask the Court to hear the matter on January 14, 2021, in which case the joint brief must be filed no later than December 31, 2020.  Plaintiffs need not advise the Court in advance which they date they have selected.  Alternatively, if the parties continue to make progress, and Plaintiffs wish to delay requesting the Court's intervention to a subsequent date, the matter of a hearing date can be discussed at one or more upcoming case management conferences.

**IT IS SO ORDERED.**

Dated:  November 20, 2020



_____
JON S. TIGAR
United States District Judge