IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCIANO PLATA, et al.,** | Case No. 01-cv-01351-JST |
| Plaintiffs, | **[PROPOSED] ORDER ON DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION RE: QUARANTINE AND ISOLATION** |
| v. | |
| **EDMUND G. BROWN, et al.,** | |
| Defendants. | |

    Good cause exists to grant Defendants' request that this Court adopt a briefing schedule proposed by Defendants, and requires that Plaintiffs first provide Defendants with their brief so that Defendants can prepare a response tailored to oppose it.  Defendants should have seven full days to prepare their response.  Therefore, if the Plaintiffs keep the December 23 hearing on calendar, Plaintiffs must provide their moving papers (including supporting evidence) by Tuesday, December 1.  Defendants will then provide their portion of the brief in opposition to Plaintiffs' position by December 8.  The parties will work together to identify the areas in dispute and file the joint brief by December 9.

    [Alternatively, the Court adopts the December 31 filing deadline option and orders that: (1) Plaintiffs to provide their brief and expert opinions to Defendants by December 11, 2020, (2) Defendants to provide their responsive brief and expert opinions to Plaintiffs on December 24,

1

2020, and (3) the parties work together to identify the areas in dispute and finalize the final joint statement to be filed on December 31, 2020.]

Dated: _____  _____
                                                                        The Honorable Jon S. Tigar