XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
RYAN GILLE , SBN 262105
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4435
 Fax:  (415) 703-1234
 E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' DECEMBER 2020 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1   The State submits this status report on the current in-state and out-of-state adult prison

2   populations and the measures being taken to comply with the Court's February 10, 2014 Order

3   Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4   Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5   population, and population as a percentage of design bed capacity for each state prison and for all

6   state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7   implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8   As of December 9, 2020, 91,852 inmates were housed in the State's 34 adult institutions

9   and no inmates[1] were housed in out-of-state facilities.  (Ex. A.[2])  The State's prison population is

10   approximately 108.0 % of design capacity.  (Ex. A.)

11

12   Dated:  December 15, 2020                    XAVIER BECERRA
                                                 Attorney General of California
13
                                                 By:  /s/ Ryan Gille
14                                                    RYAN GILLE
                                                      Deputy Attorney General
15                                                    Attorneys for Defendants

16   Dated:  December 15, 2020                    HANSON BRIDGETT LLP

17                                                By:  /s/ Paul B. Mello
                                                      PAUL B. MELLO
18                                                    Attorneys for Defendants

19

20

21

22

23

24

25

26

27   [1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates
     housed in other states under interstate compact agreements.
28   [2] The data in Exhibit A is taken from CDCR's December 9, 2020 weekly population report,
     available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.