UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER REGARDING MONITORING BY THE OFFICE OF THE INSPECTOR GENERAL** |

The parties attached as an exhibit to their most recent case management statement the March 24, 2021 report by the Office of the Inspector General on "Face Covering and Physical Distancing Follow-up Monitoring." ECF No. 3566-1 at 6-10. In that report, the OIG states, "Unless further monitoring is requested, our next report, which will cover the period of March 7 through April 6, 2021, will be the final report related to our face covering and physical distancing follow-up monitoring activities." *Id.* at 6.

The Court invites the OIG to continue its monitoring unless and until face coverings and physical distancing are no longer required in California's prisons, or the OIG determines that such monitoring is no longer necessary or appropriate.

**IT IS SO ORDERED.**

Dated: March 29, 2021

_____
JON S. TIGAR
United States District Judge