Gregg McLean Adam, Bar No. 203436
 gregg@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:   415.266.1800
Facsimile:   415.266.1128

David A. Sanders, Bar No. 221393
 david.sanders@ccpoa.org
Daniel M. Lindsay, Bar No. 142895
 dan.lindsay@ccpoa.org
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.340.2959
Facsimile:   916.374.1824

Attorneys for Amicus Curiae California Correctional Peace Officers' Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 4:01-cv-01351-JST<br><br>**UPDATE FROM CCPOA ON COVID-19 MITIGATION EFFORTS**<br><br>Date:   April 29, 2020<br>Time:   9 a.m.<br>Crtrm.:   6, 2nd floor<br><br>The Hon. Jon S. Tigar |

The California Correctional Peace Officers' Association ("CCPOA" or "the Union") applauds the efforts of the parties and the Court to address COVID-19 impacts in our prisons, as reflected in the greatly reduced infection rates on CDCR's website "Population COVID-19 Tracking." (See https://www.cdcr.ca.gov/covid19/population-status-tracking/.) The Union has three short updates regarding its ongoing efforts.

**1.   COVID MITIGATION ADVOCATE PROGRAM**

On April 1, 2021, the Union formally approved its participation in the CCHCS local COVID-19 mitigation efforts. We have previously reported to the Court about the Union's

collaborative efforts with the CCHCS.  Each institution will form a COVID Mitigation Team to provide peer-level updates to staff about COVID-19 education and policies.  CCPOA will shortly sign a formal letter of endorsement of the program and communicate its support to its members.  It is hoped that other unions with employees in the prisons will get on board this effort.

**2.    DIRECT ADVOCACY TO MEMBERS FROM CCPOA SUPPORTING VACCINATIONS**

The Union is continuing its collaboration with the Goldman School of Public Policy.  Attached are three versions of an email that were sent by the Union, working in collaboration with The People Lab, to CCPOA members to encourage members to get vaccinated.  The first version appeals to recipients as frontline workers, offers priority access to the vaccine, and provides links to reserve a dose or learn more about the vaccine.  (*See* Exhibit A.)  The second version invites recipients to "Join the millions of Americans who have already been vaccinated and get us over the finish line."  (*See* Exhibit B.)  It provides the same links to reserve a dose or learn more about the vaccine.  The third version confirms recipients eligibility to receive the vaccine and provides links to indicate interest in receiving the vaccine or to learn more.  (*See* Exhibit C.)

**3.    VACCINES FOR CCPOA ATTORNEYS**

The Union wants to acknowledge the help of the Receiver and his Office in securing access to vaccinations for its attorneys.  CCPOA attorneys have continued to enter prison facilities during the COVID-19 pandemic in order to fulfill their representational role to members subject to investigative interviews.  The Receiver's support in getting the Union's attorneys vaccinated is deeply appreciated.  (*See* Exhibit D [April 9 Letter from David Sanders to J. Clark Kelso].)

Dated:  April 27, 2021                         MESSING ADAM & JASMINE LLP

                                               By _____
                                                  Gregg McLean Adam
                                                  Attorneys for Amicus Curiae California
                                                  Correctional Peace Officers' Association

# Exhibit A



COVID-19 Vaccines are being rolled out across California but the supply is still limited and the waitlists are long. As a frontline worker, you are receiving priority access to the vaccine.

Don't lose your place!

**A dose has been reserved for you. Claim it by clicking HERE or HERE.**

CCPOA

Want to learn more about the COVID vaccines? Click here or here.

ATTENTION MEMBER:
You are receiving this mailer from CCPOA because you registered
with this organization for information access.
If you no longer wish to receive the CCPOA Special Update mailer, please click here for removal from this list.
You will still have access to the CCPOA Members Only Website for news and information.

For even more news and information, visit www.ccpoa.org.
If you are a member of CCPOA, please join our Members Only website
for daily updates, reports, news, member forms and much more.

# Exhibit B



The pandemic has ravaged our prisons but there's hope.

- Thousands of scientists worked non-stop to develop the vaccine.
- Hundreds of thousands of people joined trials to make sure the vaccine is proven safe and effective.

Now it's your turn. **Join the millions of Americans who have already been vaccinated and get us over the finish line.**

**A dose has been reserved for you. Claim it by clicking HERE or HERE.**

CCPOA

Want to learn more about the COVID vaccines? Click here or here.

ATTENTION MEMBER:
You are receiving this mailer from CCPOA because you registered
with this organization for information access.
If you no longer wish to receive the CCPOA Special Update mailer, please click here for removal from this list.
You will still have access to the CCPOA Members Only Website for news and information.

For even more news and information, visit www.ccpoa.org.
If you are a member of CCPOA, please join our Members Only website
for daily updates, reports, news, member forms and much more.

# Exhibit C



## Notice: You are now eligible for the COVID-19 vaccine

We are pleased to inform you that you are now eligible to receive the COVID-19 vaccine. The COVID-19 vaccines have been proven across multiple clinical trials to be safe and effective.

Please note that having COVID-19 previously does not protect you from contracting COVID-19 again and passing it on to your loved ones. Protect yourself and those around you by getting vaccinated.

If you are interested in receiving the COVID-19 vaccine, please sign up either [here](#) or [here](#).

Thank you,

CCPOA

Want to learn more about the COVID vaccines? Click [here](#) or [here](#).

**ATTENTION MEMBER:**
You are receiving this mailer from CCPOA because you registered
with this organization for information access.
If you no longer wish to receive the CCPOA Special Update mailer, please [click here](#) for removal from this list.
You will still have access to the CCPOA Members Only Website for news and information.

For even more news and information, visit [www.ccpoa.org](http://www.ccpoa.org).
If you are a member of CCPOA, please join our Members Only website
for daily updates, reports, news, member forms and much more.

# Exhibit D

# Exhibit D



**David A. Sanders,** *Chief Operations Officer and General Counsel*
755 Riverpoint Drive, West Sacramento, CA 95605-1634  (916) 372-6060

April 9, 2021

J. Clark Kelso
Receiver For California Prison System
Office of the Receiver
501 J Street, Suite 605
Sacramento, CA  95814

**Re:    Vaccinations**

Dear Receiver Kelso:

I write to express CCPOA's sincere appreciation for the steps taken by you and your team to permit our attorneys to receive vaccinations.  As you know, many of our attorneys routinely enter prison facilities to represent our members in investigative interviews and other time-sensitive matters.  Your team's willingness to make vaccines available to them not only aids our collective goal to make California's prisons safer but also provided comfort to our attorneys and their families.

CCPOA appreciates this further expression of your collaboration with our union.

Very truly yours,

David A. Sanders


cc.    Jamie Dupree, Esq.
       Gregg Adam, Esq.