PRISON LAW OFFICE
DONALD SPECTER - 83925
STEVEN FAMA - 99641
ALISON HARDY - 135966
SARA NORMAN - 189536
RANA ANABTAWI - 267073
SOPHIE HART - 321663
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | CASE NO. 01-1351 JST <br><br> **PLAINTIFFS' PROPOSED BRIEFING SCHEDULE ON THE RECEIVER'S VACCINATION RECOMMENDATION** |

At the last Case Management Conference the Court ordered the parties to meet and confer about a schedule to brief the Receiver's recommendation that the Court order that "access by workers to CDCR institutions be limited to those workers who establish proof of vaccination (or who have established a religious or medical exemption to vaccination)

… and that incarcerated persons who desire to work outside of the institution (e.g., fire camps) or to have in-person visitation must be vaccinated (or establish a religious or medical exemption)." (Report of J. Clark Kelso, Dkt. No. 3638 at 27.) The parties have met and conferred and have been unable to reach agreement on the briefing schedule.

"With rapidly rising case rates, there is no time to delay implementing a policy that will be effective … [and] [d]elaying a mandatory vaccination policy until the next wave is upon us will not produce results until it is too late and the worst of the wave is over." *Id*., at 22, 24. The State's Public Health Officer agrees, stating yesterday that vaccination is the most effective way to prevent infection and transmission, and that "California is currently experiencing the fastest increase in COVID-19 cases during the entire pandemic with 18.3 new cases per 100,000 people per day, with case rates increasing ninefold within two months." https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Order-of-the-State-Public-Health-Officer-Health-Care-Worker-Vaccine-Requirement.aspx Finding that "[h]ospitals, skilled nursing facilities (SNFs), and the other health care facility types identified in this order are particularly high-risk settings where COVID-19 outbreaks can have severe consequences for vulnerable populations including hospitalization, severe illness, and death," the State ordered all workers in these facilities must be vaccinated by September 30, 2021. *Id*.

During the meet and confer process Defendants and the CCPOA used the issuance of the CDPH policy as an excuse to ask the Court to draw out these proceedings so that a hearing on the Receiver's recommendation will not be held until September 20. The urgency of the issue demands quicker action. Therefore, Plaintiffs propose the following schedule:

8/9:   Anticipated Issuance of OSC and notice to third parties to seek limited intervention or permission to file amicus briefs.

8/18:  Deadline for parties, any interveners, and any amici to file objections to or support for the Receiver's recommendation.

8/27:  Deadline for reply to any response filed by parties, amici or intervenors.

1 | TBD: Hearing on OSC.

2

3 | DATED: August 6, 2021                PRISON LAW OFFICE

4

5 |                                 By:  */s/ Donald Specter*
6 |                                      DONALD SPECTER
                                         STEVEN FAMA
7 |                                      ALISON HARDY
                                         SARA NORMAN
8 |                                      SOPHIE HART
9 |                                      RANA ANABTAWI
                                         Attorneys for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28