1  ANNE M. GIESE, Chief Counsel (SBN 143934)
2  THERESA C. WITHERSPOON, Assistant Chief Counsel (SBN 227055)
   **SERVICE EMPLOYEES INTERNATIONAL UNION, Local 1000**
3  1808 14th Street
   Sacramento, CA 95811
4  Telephone: (916) 554-1279
   Facsimile: (916) 554-1292
5  agiese@seiu1000.org

6  Attorneys for Amicus Curiae,
   SERVICE EMPLOYEES INTERNATIONAL
7  UNION, Local 1000

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | CASE NO. 01-cv-01351-JST |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER |
| v. | Hearing Date: September 24, 2021 |
| GAVIN NEWSOM, et al., | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Jon S. Tigar |
| | Courtroom: 6 |

This matter having come before the Court by motion of proposed amicus curiae Service Employees International Union, Local 1000, seeking leave to file a brief amicus curiae in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

IT IS HEREBY ORDERED:

The Motion for Leave to File an Amicus Curiae Brief is GRANTED.

This 22nd day of September, 2021.

_____
The Honorable Jon S. Tigar