| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>IRAM HASAN<br>Deputy Attorney General<br>State Bar No. 320802<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3793<br>  Fax:  (415) 703-5480<br>  E-mail:  Iram.Hasan@doj.ca.gov | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF – 240280<br>LAUREL O'CONNOR – 305478<br>DAVID CASARRUBIAS – 321994<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br><br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>                                              Plaintiffs,<br><br>           v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                              Defendants. | 01-cv-01351-JST<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:        The Honorable Jon S. Tigar |

Defendants Gavin Newsom, Governor of the State of California, and Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation, appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 27, 2021 order. (ECF No. 3684.)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 12, 2021 | ROB BONTA<br>Attorney General of California<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General |
|  | */s/ Iram Hasan*<br>IRAM HASAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: October 12, 2021 | HANSON BRIDGETT LLP |
|  | */s/ Samantha Wolff*<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>LAUREL O'CONNOR<br>DAVID CASARRUBIAS<br>*Attorneys for Defendants* |

CA2001CS0001
42904578.docx

1

# Attachment

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**MARCIANO PLATA, et al.,**

                        Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

                        Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California

No. 01-cv-01351-JST
The Honorable Jon S. Tigar, Judge

**REPRESENTATION STATEMENT**

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
State Bar No. 320802
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3793
 Fax: (415) 703-5480
 Email:  Iram.Hasan@doj.ca.gov

*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL O'CONNOR
DAVID CASARRUBIAS
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Facsimile: (415) 541-9366
 Email: pmello@hansonbridgett.com

*Attorneys for Defendants-Appellants*

The undersigned represent Defendants-Appellants Gavin Newsom, Governor of the State of California, and Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation. Attached is a service list of other parties directly interested in this appeal, along with their lead counsel's contact information. The district court's docket also includes other counsel for the parties (including third parties), additional intervenors, "interested parties," amici curiae, and other individuals not included on the attached service list.

| | |
|---|---|
| Dated: October 12, 2021 | Respectfully submitted, |
| | |
| ROB BONTA | HANSON BRIDGETT LLP |
| Attorney General of California | |
| MONICA N. ANDERSON | */s/ Samantha Wolff* |
| Senior Assistant Attorney General | PAUL B. MELLO |
| DAMON G. MCCLAIN | SAMANTHA D. WOLFF |
| Supervising Deputy Attorney General | LAUREL O'CONNOR |
| | DAVID CASARRUBIAS |
| | |
| | *Attorneys for Defendants-Appellants* |
| */s/ Iram Hasan* | |
| IRAM HASAN | |
| Deputy Attorney General | |
| | |
| *Attorneys for Defendants-Appellants* | |

CA2001CS0001
42904288.docx

*Service List*

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>*Attorney for Plaintiffs* | Jamie Dupree<br>Futterman Dupree Dodd Croley Maier LLP<br>601 Montgomery Street, Suite 333<br>San Francisco, CA 94111<br>Phone: (415) 399-3840<br>Fax: (415) 399-3838<br>jdupree@fddcm.com<br>*Attorney for Receiver J. Clark Kelso* |
| Brad Brian<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Phone: (213) 683-9100<br>Fax: (213) 687-3702<br>brad.brian@mto.com<br>*Attorney for Receiver J. Clark Kelso* | |

2

01-cv-01351-JST

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**MARCIANO PLATA, et al.,**

                Plaintiffs-Appellees,

    **v.**

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

**STATEMENT OF RELATED CASES**

To the best of our knowledge, there are no related cases.

Dated: October 12, 2021

Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain
Supervising Deputy Attorney General

*/s/ Iram Hasan*
Iram Hasan
Deputy Attorney General

*Attorneys for Defendants-Appellants*

Respectfully submitted,

Hanson Bridgett LLP

*/s/ Samantha Wolff*
Paul B. Mello
Samantha D. Wolff
Laurel O'Connor
David Casarrubias

*Attorneys for Defendants-Appellants*

3

17928914.1