ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
IRAM HASAN, SBN 320802
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF, SBN 240280
LAUREL O'CONNOR, SBN 305478
DAVID CASARRUBIAS, SBN 321994
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| MARCIANO PLATA, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GAVIN NEWSOM, et al.,<br><br>              Defendants. | CASE NO. 01-1351 JST<br><br>**DEFENDANTS' NOTICE OF RECENT DECISION AND REQUEST FOR CLARIFICATION** |

This Court's order of September 27, 2021, directed Defendants and the Receiver to implement the Receiver's recommendation related to mandatory vaccination for specified individuals in CDCR facilities and to submit within 14 days an implementation plan, including a deadline by which all covered persons must be vaccinated.  (ECF No. 3684 at 21.)  The order expressly left all details of implementation, including a compliance deadline, to Defendants and the Receiver.  The order also did not specify whether or how the Court would adopt the implementation plan, and any deadline included therein, as an order binding on Defendants or how the Court would resolve any disagreements between Defendants and the Receiver that might arise related to the implementation plan.

As the Court is aware, on Wednesday, October 13, 2021, a Kern County Superior Court

-1-                                      Case No. 01-1351 JST
Defs.' Notice Recent Decision & Request for Clarification

17939831.2

1   judge orally granted a temporary restraining order enjoining CDCR and the California Department

2   of Public Health (CDPH) from enforcing the requirement that CDCR staff in Bargaining Unit 6

3   subject to the August 19, 2021 CDPH Order are fully vaccinated against COVID-19.  The CDPH

4   Order required all covered correctional healthcare workers to have received their second dose of a

5   two-dose regimen or first does of a one-dose regimen by October 14, 2021.  As of this filing,

6   Defendants have not received a copy of the signed order memorializing the temporary restraining

7   order, though the court's docket currently indicates as follows:

8          10/14/2021 Order

9          Granting Temporary Restraining Order / Order to Show Cause
10         Pending Preliminary Injunction: IT IS HEREBY ORDERED that
           pending the hearing and determination of the order to show cause, the
11         above-named Defendants, and each of them, and their officers,
           agents, employees, representatives and all persons acting in concert
12         or participating with them, are restrained and enjoined from engaging
           in or performing directly or indirectly, and all of the following acts:
13         Enforcing the requirement that the CDCR staff who are Bargaining
           Unit 6 members and specified in the August 19, 2021 California
14         Department of Public Health Order and delineated in the August 23,
15         2021 California Department of Corrections and Rehabilitation
           Memorandum be fully vaccinated against COVID-19 by October 14,
16         2021. *** The TRO is GRANTED and shall expire on October 22,
           2021 at 5:00 pm
17

18         Barmann, Bernard C., Jr.
           Judicial Officer
19

20         Defendants are concerned that implementation of this Court's September 27, 2021 order

21   may conflict with the state court order because this Court's order compels CDCR to implement a

22   vaccine mandate for all correctional staff (although without specifying any deadline) whereas

23   CDCR is separately enjoined until at least October 22, 2021, from implementing a vaccine

24   mandate in correctional settings for CDCR staff in Bargaining Unit 6 (which includes correctional

25   officers).  Counsel for the Receiver also appears unsure of the effect of the state court order,

26   stating during the hearing held in this Court on October 14, 2021, that he would be filing a request

27   for instructions from this Court.

28         Additionally, as noted in the implementation plan filed on October 12, 2021, Defendants

17939831.2          Defs.' Notice Recent Decision & Request for Clarification

1 and the Receiver disagreed about the appropriate timeframe for implementation. (ECF No. 2694

2 at 5, n.3.) It does not appear that any specific timeframe governs compliance with this Court's

3 September 27 order, though Defendants' (and apparently the Receiver's) uncertainty as to the

4 impact of the state court order is likely to delay implementation.

5       Defendants therefore request clarification from the Court regarding what deadline, if any,

6 for implementing the Receiver's recommendation is applicable in light of the state court order

7 partially prohibiting the State's implementation of the vaccine mandate; resolution of the

8 disagreement between Defendants and the Receiver noted in the implementation plan related to

9 timing for implementation; and direction on how Defendants should implement this Court's order

10 without violating the temporary restraining order issued by the Kern County Superior Court. In

11 light of the state court order that potentially bars Defendants from implementing the plan as to

12 some correctional officers and the uncertainty created by the order, the deadlines set forth in the

13 October 12, 2021 plan are no longer achievable and Defendants request clarification from this

14 Court as to what deadlines, if any, now apply.

15

16 DATED: October 15, 2021               HANSON BRIDGETT LLP

17

18                       By:     /s/ *Samantha D. Wolff*

19                         PAUL B. MELLO

20                         SAMANTHA D. WOLFF
                        LAUREL O'CONNOR

21                         DAVID C. CASARRUBIAS
                        *Attorneys for Defendants*

22

23

24

25

26

27

28

Case No. 01-1351 JST

17939831.2

Defs.' Notice Recent Decision & Request for Clarification