**ROB BONTA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 510-4400
Telephone:  (415) 510-4454
Facsimile:  (415) 703-5843
E-Mail:  Ryan.Gille@doj.ca.gov

October 18, 2021

*Via E-Mail Only*

The Honorable Jon S. Tigar
United States District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Plata, et al. v. Newsom, et al.*, U.S.D.C., N.D. Cal., Case No. C 01-01351 JST

Dear Judge Tigar,

Enclosed please find the following invoices from the court-appointed experts Ms. Madeline LaMarre, MN, FNP-BC, Dr. Michael Puisis, and Joe Goldenson, M.D.:

(1)  Ms. LaMarre, invoice dated September 30, 2021, professional fees and expenses: $1,700.00;

(2) Dr. Puisis, invoice dated October 6, 2021, professional fees and expenses: $1,100.00; and

(3)  Dr. Goldenson, invoice dated October 1, 2021, professional fees and expenses: $893.75.

I have reviewed these invoices and believe they are appropriate to pay.  Please contact me with any questions.

Sincerely,

RYAN T. GILLE
Deputy Attorney General

For   ROB BONTA
      Attorney General

RTG: CA2001CS0001/42907953.docx



APPROVED FOR PAYMENT FROM COURT REGISTRY
Judge Jon S. Tigar
Dated: 10/19/21

Madeleine LaMarre MN, FNP-BC<br>
1143 Citadel Drive NE<br>
Atlanta Georgia, 30324<br>
Phone: (404) 694-0655<br>
mlamarre55@gmail.com

---

September 30, 2021

State of California
Department of Justice
Office of the Attorney General
ATTN: Ryan Gille
Deputy Attorney General, Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

RE:     Plata v. Newsome

Dear Mr. Gille,

Enclosed you will find my invoices for professional fees and expenses related to work as a Plata Medical Expert. Please let me know if you have any questions.

Thank you for your assistance in processing this invoice.

Sincerely,

*[signature]*

Madeleine LaMarre MN, FNP-BC

**Madeleine LaMarre     Tax ID #32-0079309**
**1143 Citadel Drive NE**
**Atlanta GA 30324-3815**

**Client: Plata v. Newsom**

| Professional Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| 20 Sep 2021 | 1.50 | Conference call with Mike Puisis, review of CRC report |
| 21 Sep 2021 | 6.00 | Review of CRC report, drafting of comments |
| 23 Sep 2021 | 1.00 | Conference call with Mike Puisis and Joe Goldenson |
| Total Professional Hours | 8.50 | |
| Total at Hourly Rate of $200 | $1,700.00 | |

| Travel Fees: | | |
|---|---|---|
| Date | Hours | Activity |
| Total Travel Hours | 0.0 | |
| Total at Hourly Rate of $100 | $0.00 | |

| Expenses: | | |
|---|---|---|
| Date | Expense | Description |
| | | |
| Total Expenses | $0.00 | |

| | | |
|---|---|---|
| Professional Fees | $1,700.00 | |
| Travel Fees | $0.00 | |
| Expenses | $0.00 | |
| Total Due | $1,700.00 | |

1

**Michael Puisis D.O., S.C.**
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

October 6, 2021

State of California
Department of Justice
Office of the Attorney General
ATTN Ryan Gille, Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dear Mr. Gille

Find enclosed my invoice for September 2021.

Sincerely,

*M Puisis D.O*

Michael Puisis, D. O.

Michael Puisis D.O., S.C.
932 Wesley
Evanston, Illinois 60202
Home 847-425-1270
Cell    847-921-1270
Email  mpuisis@gmail.com
EIN# 36-4386352

## Invoice #74

Plata v. Davis C-01-1351
September 2021 invoice submitted October 6, 2021

| Date | BILLING | | | |
|---|---|---|---|---|
| 9/20/2021 | Expert call | 0.5 | $275.00 | $137.50 |
| 9/22/2021 | CRC evaluation | 2.5 | $275.00 | $687.50 |
| 9/23/2021 | Expert call | 1 | $275.00 | $275.00 |
| | | | TOTAL | $1,100.00 |

1

Joe Goldenson, MD
1406 Cypress Street
Berkeley, CA 94703
510-557-1086
jgoldenson@gmail.com

**Invoice: Plata**

Date of Invoice:  1-Oct-21
Billing Period:    21-Sep
Hourly rate: $275.00  (Travel @ $137.50/hr)

| Amount to be paid this period: | $893.75 |
|---|---|

| Date | Hours | | Hourly Fee | | Total | Task Performed |
|---|---|---|---|---|---|---|
| 9/19/21 | 1.25 | @ | $275.00 | = | $343.75 | Review of document |
| 9/22/21 | 1.00 | @ | $275.00 | | $275.00 | Review of document amd report writing |
| 9/23/21 | 1.00 | @ | $275.00 | | $275.00 | Review of documents, teleconference: medica |
| Total | | | | | $893.75 | |
| **Professional Fees** | | | | | | |
| | | | | | $893.75 | |
| **Travel Expenses** | | | | | | |
| | | | TOTAL DUE | | $893.75 | |

| |
|---|
| ▮▮▮▮▮ |
| |
| |
| l experts |
| |

*[signature]*