JAMIE L. DUPREE (SBN: 158105)
jdupree@fddcm.com
JAIME G. TOUCHSTONE (SBN: 233187)
jtouchstone@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
JACOB S. KREILKAMP (State Bar No. 248210)
jacob.kreilkamp@mto.com
ROBERT E. BOWEN (State Bar. No. 335932)
robert.bowen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Receiver
J. Clark Kelso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. 4:01-cv-01351-JST |
| Plaintiffs, | **NOTICE OF LODGING OF PROPOSED ORDER** |
| vs. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

1. Receiver hereby lodges with the Court the attached Proposed Order in connection with the simultaneously filed Report of the Receiver's meet and confer discussions with Defendants' counsel and representatives. The Proposed Order would order the Receiver and Defendants to implement the Court's September 27 order according to the joint implementation plan they submitted to the Court on October 12, 2021, modified slightly to account for a delay in beginning implementation, with a full compliance date of December 16, 2021. Receiver respectfully requests the Court to enter the Proposed Order.

DATED: October 20, 2021                MUNGER, TOLLES & OLSON LLP

                                       By:   /s/ Katherine M. Forster
                                             KATHERINE M. FORSTER
                                       Attorneys for Receiver J. Clark Kelso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. 4:01-cv-01351-JST <br><br> **[PROPOSED] ORDER RE: DEFENDANTS' REQUEST FOR CLARIFICATION** <br><br> Re: ECF No. 3703 |

On September 27, 2021, the Court ordered Defendants and the Receiver to:

> Implement the Receiver's recommendations that (1) access by workers to CDCR institutions be limited to those workers who establish proof of full COVID-19 vaccination or have established a religious or medical exemption to vaccination and (2) incarcerated persons who desire to work outside of the institution or to have in-person visitation must be fully vaccinated against COVID-19 or establish a religious or medical exemption.

ECF No. 3684 at 21.

The Court also ordered Defendants and the Receiver to submit an implementation plan "including a deadline by which all covered persons must be vaccinated." *Id*. On October 12, 2021, Defendants and the Receiver filed an implementation plan providing for all individuals covered by the order to be fully vaccinated by November 29, 2021.  ECF No. 3694 at 5. Defendants then submitted a request for clarification asserting "[i]t does not appear that any specific timeframe governs compliance with this Court's September 27 order . . . ." ECF No. 3703 at 3.  The Court ordered Defendants and the Receiver to meet and confer regarding the implementation date for the order.  ECF No. 3705 at 1.

48366931.2

The Court understands that, as of October 19, 2021, the Defendants have told the Receiver that they cannot implement this Court's order prior to bargaining unless the Court adopts the joint implementation plan as a Court order and sets a date for implementation. ECF No. 3707 at 4. The Court also understands that, in the absence of such an order, Defendants have declined to agree to any date for implementation. The Court also understands that the time necessary to implement the Court's order by the dates agreed to in the joint implementation plan has passed and implementation has not yet begun, requiring adjustment of the implementation dates included in the joint implementation plan.

THE COURT HEREBY ORDERS the parties to implement the joint implementation plan by the following dates:

- Latest date the first of two-dose Moderna vaccine shall be received: November 4, 2021
- Latest date the first of two-dose Pfizer vaccine shall be received: November 11, 2021
- Latest date the second of two-dose Moderna vaccine shall be received: December 2, 2021
- Latest date the second of two-dose Pfizer vaccine shall be received: December 2, 2021
- Latest date the single dose Johnson & Johnson vaccine shall be received: December 2, 2021
- Date consequences of non-compliance—progressive discipline for workers, vaccine counseling followed by loss of eligibility for incarcerated persons, and assignments ended for health care registry, contract, or volunteer workers—shall commence: December 2, 2021
- Date all individuals who comply with the foregoing requirements shall be considered fully vaccinated: December 16, 2021

**IT IS SO ORDERED.**

48366931.2

1 | DATED: October 20, 2021

_____<br>
JON S. TIGAR<br>
United States District Judge

48366931.2