UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER RE: RECEIVER'S PROPOSED ORDER REGARDING MANDATORY VACCINATION** |

The Receiver has lodged with the Court a report of his meet-and-confer efforts with Defendants regarding implementation of the Court's order requiring certain persons to be vaccinated, ECF No. 3707, along with a proposed order, ECF No. 3708. Any responses to the Receiver's filings shall be filed by October 25, 2021, at 12:00 noon. If any responses are filed, the Receiver may file a reply by October 27, 2021, at 12:00 noon.

**IT IS SO ORDERED.**

Dated: October 20, 2021



JON S. TIGAR
United States District Judge