UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **4:01-cv-01351-JST**

Date case was first filed in U.S. District Court: **04/05/2001**

Date of judgment or order you are appealing: **09/27/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, Intervenor

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number? ____

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? **21-16696**

Your mailing address:

MESSING ADAM & JASMINE LLP

238 Montgomery Street, Suite 828

City: **San Francisco**   State: **CA**   Zip Code: **94104**

Prisoner Inmate or A Number (if applicable): ____

Signature: *[signature]*   Date: **Oct 25, 2021**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                     Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
California Correctional Peace Officers' Association, Intervenor

Name(s) of counsel (if any):
Gregg McLean Adam
MESSING ADAM & JASMINE LLP

Address: 235 Montgomery St., Ste 828, San Francisco, CA 94104

Telephone number(s): 415-266-1800

Email(s): gregg@majlabor.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
MARCIANO PLATA; RAY STODERD; LESLIE RHOADES; CLIFFORD MYELLE

Name(s) of counsel (if any):
Donald H. Specter
PRISON LAW OFFICE
(Also see Civil Docket for Case # 4:01-cv-01351-JST attached hereto.)

Address: 1917 Fifth Street, Berkeley, CA 94710

Telephone number(s): 510-280-2621

Email(s): dspecter@prisonlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
GAVIN NEWSOM, Governor of the State of California; KATHLEEN ALLISON, Secretary of the California Dept. of Corrections and Rehabilitation

Name(s) of counsel (if any):
Paul B. Mello, HANSON BRIDGETT LLP
(Also see Civil Docket for Case # 4:01-cv-01351-JST attached hereto.)

Address: 425 Market Street, 26th Floor, San Francisco, CA 94104

Telephone number(s): (415) 777-3200

Email(s): pmello@hansonbridgett.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
J. CLARK KELSO, Receiver

Name(s) of counsel (if any):
Jamie Dupree, FUTTERMAN DUPREE DODD CROLEYMAIER LLP
(Also see Civil Docket for Case # 4:01-cv-01351-JST attached hereto.)

Address: 601 Montgomery Street, Suite 333, San Francisco, CA 94111

Telephone number(s): (415) 399-3840

Email(s): jdupree@fddcm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    New 12/01/2018

ADRMOP,APPEAL,E-Filing,PROTO,ProSe,REFDIS,REFSET-EDL,RELATE

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:01-cv-01351-JST

| | |
|---|---|
| Plata et al v. Newsom et al | Date Filed: 04/05/2001 |
| Assigned to: Judge Jon S. Tigar | Jury Demand: None |
| Relate Case Cases: 3:05-cv-05214-TEH | Nature of Suit: 440 Civil Rights: Other |
| 4:20-cv-00731-JST | Jurisdiction: Federal Question |
| 4:20-cv-07065-JST | |
| 4:20-cv-08289-JST | |

Case in other court:  07-16383
07-17008
Ninth Circuit, 07-17284
08-15063
08-16553
United States Court of Appeals for the Ninth Circ, 08-16682
08-16717
08-16858
08-17362
09-15864
09-17154
09-17314
09-17315
11-17208
13-15466
13-17506
Ninth Circuit Court of Appeals, 21-16696

Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**Marciano Plata**  represented by  **Donald H. Specter**
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916
510-280-2621
Fax: 510-280-2704
Email: dspecter@prisonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison Hardy**
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
510.280.2621
Email: ahardy@prisonlaw.com

*ATTORNEY TO BE NOTICED*

**Amy Xu**
Rosen Bien Galvan Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830
Email: axu@rbgg.com
*ATTORNEY TO BE NOTICED*

**Ernest James Galvan**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
(415) 433-6830
Email: egalvan@rbgg.com
*ATTORNEY TO BE NOTICED*

**Jane E. Kahn**
Rosen Bien Galvan and Grunfeld LLP
50 Fremont Street
19th Floor
San Francisco, CA 94105
415-433-6830
Fax: 415-433-7104
Email: jkahn@rbgg.com
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Bornstein**
Rosen Bien Galvan Grunfeld LLP
101 Mission St.
Sixth Floor
San Francisco, CA 94105-1738
415-433-6830
Fax: 415-433-7104
Email: JBornstein@rbgg.com
*ATTORNEY TO BE NOTICED*

**Laura Bixby**
Prison Law Office
1917 5th St.
Berkeley, CA 94710
510-280-2644
Email: lbixby@prisonlaw.com
*ATTORNEY TO BE NOTICED*

**Lisa Adrienne Ells**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105-1738
415-433-6830
Fax: 415-433-7104
Email: lells@rbgg.com
*ATTORNEY TO BE NOTICED*

**Margot Knight Mendelson**
Rosen Bien Galvan and Grunfeld
50 Fremont Street
19th Floor
San Francisco, CA 94105
415-433-6830
Fax: 415-433-7104
Email: mmendelson@prisonlaw.com
*ATTORNEY TO BE NOTICED*

**Michael William Bien**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105-1738
415-433-6830
Fax: 415-433-7104
Email: mbien@rbgg.com
*ATTORNEY TO BE NOTICED*

**Raymond Edward Loughrey**
Law Office of Raymond E. Loughrey
1 Sansome Street
Suite 3500
San Francisco, CA 94104
United Sta
415-334-4400
Fax: 415-366-3333
Email: ray@loughreylaw.com
*ATTORNEY TO BE NOTICED*

**Rita Katherine Lomio**
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621
Email: rlomio@prisonlaw.com
*ATTORNEY TO BE NOTICED*

**Sophie Jedeikin Hart**
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
Email: sophieh@prisonlaw.com
*ATTORNEY TO BE NOTICED*

**Steven Fama**
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916
510-280-2621
Fax: 510-280-2704

Email: sfama@prisonlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ray Stoderd     represented by     **Donald H. Specter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Fama**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Leslie Rhoades     represented by     **Donald H. Specter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Fama**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Clifford Myelle     represented by     **Donald H. Specter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Fama**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Bornstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew Mackey
V59362)
Alison Minet Adams
12400 Ventura Blvd 701
Studio City, CA 91604
818 358 2507
    represented by     **Alison Minet Adams**
Attorney at Law
12400 Ventura Blvd. #701
Studio City, CA 91604
818-300-8694
Fax: 818-487-7414
Email: alisonminetadams@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Gavin Newsom     represented by     **Maneesh Sharma**

California State Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-510-3621
Fax: 415-703-1234
Email: maneesh.sharma@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nasstaran Ruhparwar**
California State Attorney General's Office
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-510-4435
Fax: 415-703-5843
Email: nasstaran.ruhparwar@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Gille**
CA Department of Justice
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415-510-4454
Fax: 415-703-5843
Email: Ryan.Gille@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon Grant McClain**
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3596
Fax: (415) 703-5843
Email: damon.mcclain@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Iram Hasan**
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3793
Fax: (415) 703-5480
Email: iram.hasan@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Jay Craig Russell**
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

(415) 510-3517
Fax: (415) 703-5480
Email: jay.russell@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Kyle Anthony Lewis**
Department of Justice
Office of Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3585
Fax: (415) 703-5843
Email: Kyle.Lewis@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Megan Oliver-Thompson**
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Fax: 415-541-9366
Email: moliverthompson@hansonbridgett.com
*ATTORNEY TO BE NOTICED*

**Michael James Quinn**
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415-703-5726
Fax: 415-703-5843
Email: Michael.Quinn@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Paul Brian Mello**
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
(415) 777-3200
Fax: (415) 541-9366
Email: pmello@hansonbridgett.com
*ATTORNEY TO BE NOTICED*

**Samantha D. Wolff**
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
(415) 777-3200
Fax: (415) 541-9366
Email: swolff@hansonbridgett.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen Allison**                              represented by   **Paul Brian Mello**

| | | |
|---|---|---|
| Secretary for the California Department | | (See above for address)<br>ATTORNEY TO BE NOTICED |
| | | **Samantha D. Wolff**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**3rd party plaintiff**

| | | |
|---|---|---|
| **Anthony Waldrip** | represented by | **Brian Marc Pomerantz**<br>6351 Owensmouth Avenue<br>Suite 203<br>Woodland Hills, CA 91367<br>(323) 630-0049<br>Email: Pomerant@umich.edu<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

**Interested Party**

| | | |
|---|---|---|
| **Office of the Inspector General** | represented by | **James Casey Spurling**<br>Office of the Inspector General<br>Legal Unit<br>10111 Old Placerville Road<br>Suite 110<br>Sacramento, CA 95827<br>916-255-1102<br>Fax: 916-255-1403<br>Email: SpurlingJ@oig.ca.gov<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| | | **Shaun R Spillane**<br>California Office of Inspector General<br>10111 Old Placerville Road<br>Suite 110<br>Sacramento, CA 95827<br>916-323-4768<br>ATTORNEY TO BE NOTICED |

**Interested Party**

| | | |
|---|---|---|
| **Brian T. Hill** | represented by | **Brian T. Hill**<br>H67149<br>Men's Colony State Prison<br>P.O. Box 8101<br>San Luis Obispo, CA 93409-8101<br>PRO SE |

**Amicus**

| | | |
|---|---|---|
| **Rick Raemisch** | represented by | **Charles David Weisselberg**<br>University of California, School of Law<br>c/o 128 Western Dr.<br>Richmond, CA 94801<br>510-643-8159<br>Email: cweisselberg@law.berkeley.edu |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Craig Haney** represented by **Cara Elizabeth Trapani**
Rosen Bien Galvan Grunfeld LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105-1738
415-433-6830
Fax: 415-433-7104
Email: ctrapani@rbgg.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Paul Good** represented by **Cara Elizabeth Trapani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pablo Stewart** represented by **Cara Elizabeth Trapani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Terry Kupers** represented by **Cara Elizabeth Trapani**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Miscellaneous**

**Ralph Coleman** represented by **Marc J. Shinn-Krantz**
Rosen Bien Galvan & Grunfeld, LLP
Sixth Floor
101 Mission Street
Sixth Floor
San Francisco, CA 94105-1738
(415) 433-6830
Fax: (415) 433-7104
Email: MShinn-Krantz@rbgg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael William Bien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Xu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cara Elizabeth Trapani**

    (See above for address)
*ATTORNEY TO BE NOTICED*

**Ernest James Galvan**
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
(415) 433-6830
Fax: (415) 433-7104
Email: egalvan@rbgg.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Elwood Lui**
*Settlement Referee*

represented by **Elwood Lui**
Associate Justice, California Court of Appeal
Second Appellate District, Division One
300 South Spring Street
Los Angeles, CA 90013
Email: elwood.lui@jud.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Peter Siggins**
*Consultant & Advisor to the Settlement Referee*

represented by **Peter Siggins**
California Court of Appeals
350 McAllister Street
San Francisco, CA 94102
(415) 865-7365
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**J. Clark Kelso**
*"New" Receiver*

represented by **Brad Dennis Brian**
Munger Tolles & Olson LLP
350 S. Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
213-683-9100
Fax: 213-683-3702
Email: brad.brian@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin H. Dodd**
Futterman Dupree Dodd Croley Maier LLP
601 Montgomery St., Suite 333
San Francisco, CA 94111
(415) 399-3840
Fax: (415) 399-3838
Email: mdodd@fddcm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Samuel Kreilkamp**
Munger, Tolles and Olson LLP
350 S. Grand Avenue
50th Fl
LA, CA 90071
213-683-9100
Fax: 213-687-3702
Email: jacob.kreilkamp@mto.com
*ATTORNEY TO BE NOTICED*

**Jamie L. Dupree**
Futterman Dupree Dodd Croley Maier LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
(415) 399-3840
Fax: (415) 399-3838
Email: jdupree@fddcm.com

**Katherine M. Forster**
Munger Tolles & Olson LLP
Munger Tolles & Olson LLP
350 South Grand Avenue
50th Floor
Los Angeles
Los Angeles, CA 90071-3426
United Sta
(213) 683-9538
Fax: (213) 593-2838
Email: katherine.forster@mto.com
*ATTORNEY TO BE NOTICED*

**Robert Emmett Bowen**
Munger, Tolles and Olson
350 S. Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071
United Sta
(213) 683-9100
Email: Robert.Bowen@mto.com
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**California Correctional Peace Officers Association**     represented by     **Gregg McLean Adam , Esq.**
Messing Adam & Jasmine
235 Montgomery Street
Suite 828
San Francisco, CA 94104
415-845-6517
Email: gregg@majlabor.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David Allen Sanders**
CCPOA
755 Riverpoint Dr #200
West Sacramento, CA 95605
800-821-6443
Email: david.sanders@ccpoa.org
*ATTORNEY TO BE NOTICED*