| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>IRAM HASAN<br>Deputy Attorney General<br>State Bar No. 320802<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3793<br>  Fax:  (415) 703-5480<br>  E-mail:  Iram.Hasan@doj.ca.gov<br><br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF – 240280<br>LAUREL O'CONNOR – 305478<br>DAVID CASARRUBIAS – 321994<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94015<br>  Telephone: (415) 777-3200<br>  Facsimile: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com<br><br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>                                             Plaintiffs,<br><br>       v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                             Defendants. | 01-cv-01351-JST<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY ORDER RE MANDATORY VACCINATIONS (ECF NO. 3684) PENDING APPEAL**<br><br>Date:            December 9, 2021<br>Time:           2:00 p.m.<br>Courtroom:  6, 2nd Floor<br>Judge:          The Honorable Jon S. Tigar<br>Action Filed: April 5, 2001 |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2021 at 2:00 p.m., before the Honorable Jon S. Tigar, in the Oakland Courthouse, located at 1301 Clay Street, Oakland, California, or on another date or at another location convenient to the Court and the parties, Defendants will move under Federal Rule of Civil Procedure 62 and Northern District Civil Local Rule 7 for a stay of the Court's September 27, 2021 order mandating vaccinations for certain workers and

1

Defs.' Notice Mot. & Mot. Stay Order Re Mandatory Vaccinations Pending Appeal  (01-cv-01351-JST)

incarcerated persons in the California Department of Corrections and Rehabilitation's prisons. (ECF No. 3684.)

    Defendants' motion is based on this notice of motion, Defendants' supporting memorandum of points and authorities, declarations of Connie Gipson and Diana Toche, Defendants' Request for Judicial Notice, the pleadings, records and files in this action, and such other matters as the Court may consider.

Dated:  October 25, 2021                    HANSON BRIDGETT LLP

By:  */s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
LAUREL O'CONNOR
DAVID C. CASARRUBIAS
Attorneys for Defendants

Dated:  October 25, 2021                    ROB BONTA
Attorney General of California

By:  */s/ Damon McClain*
DAMON MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorneys General
Attorneys for Defendants

CA2001CS0001
42936458.docx

2

Defs.' Notice Mot. & Mot. Stay Order Re Mandatory Vaccinations Pending Appeal  (01-cv-01351-JST)

# CERTIFICATE OF SERVICE

Case Name:   *Plata, et al. v. Newsom, et al.*          No.   **01-cv-01351-JST**

I hereby certify that on October 25, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY ORDER RE MANDATORY VACCINATIONS (ECF NO. 3684) PENDING APPEAL**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STAY ORDER RE MANDATORY VACCINATIONS (ECF NO. 3684) PENDING APPEAL**

3. **DECLARATION OF DIANA TOCHE, DDS, IN SUPPORT OF DEFENDANTS' MOTION TO STAY ORDER RE: MANDATORY COVID-19 VACCINATIONS (ECF NO. 3684) PENDING APPEAL**

4. **DECLARATION OF CONNIE GIPSON IN SUPPORT OF DEFENDANTS' MOTION TO STAY ORDER RE: MANDATORY COVID-19 VACCINATIONS (ECF NO. 3684) PENDING APPEAL**

5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STAY ORDER RE: MANDATORY VACCINATIONS (ECF NO. 3684) PENDING APPEAL (w/ Exhibit A)**

6. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY ORDER RE MANDATORY VACCINATIONS (ECF NO. 3684) PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 25, 2021, at San Francisco, California.

|  |  |
|---|---|
| N. Codling | /s/ N. Codling |
| Declarant | Signature |

CA2001CS0001
42936500.docx