UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER MODIFYING MARCH 10, 2015 TRANSITION PLAN ORDER** |

The March 10, 2015 order sets forth a transition plan that includes a process for the Receiver to execute revocable delegations of authority to the Secretary of the California Department of Corrections and Rehabilitation. ECF No. 2841. The Receiver is in the process of developing a new model for evaluating when it is appropriate to delegate medical care at an individual institution, and he has sought input from the court experts on that process. The Receiver has also strengthened the internal expertise of California Correctional Health Care Services to assist with the delegation evaluation process. Additionally, the Office of Inspector General ("OIG") has now completed several rounds of medical inspection reviews, and the Court does not find it necessary to tie the Receiver's delegation reviews to the release of an OIG report for a particular institution. Finally, the Court clarifies that the court experts' assistance will be provided only as requested by the Receiver or directed by the Court. Concurrently with this order, the Court issues an Amended Receivership Transition Plan Order that reflects these modifications.

**IT IS SO ORDERED.**

Dated: October 29, 2021

_____
JON S. TIGAR
United States District Judge