ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
State Bar No. 320802
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3793
  Fax: (415) 703-5480
  E-mail: Iram.Hasan@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF – 240280
LAUREL O'CONNOR – 305478
DAVID CASARRUBIAS – 321994
425 Market Street, 26th Floor
San Francisco, CA 94015
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARCIANO PLATA, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 01-cv-01351-JST<br><br>**AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:    The Honorable Jon S. Tigar |

On October 12, 2021, Defendants appealed to the U.S. Court of Appeals for the Ninth Circuit from this Court's order of September 27, 2021 (ECF No. 3693). On October 27, 2021, this Court issued an order that supplemented its September 27 order, which is the subject of the Defendants' pending appeal, by setting a compliance deadline. (ECF No. 3721). Defendants hereby amend their notice of appeal to the U.S. Court of Appeals for the Ninth Circuit to include the order of October 27, 2021 (ECF No. 3721).

///

///

///

///

1

Defs.' Amended Not. Appeal  (01-cv-01351-JST)

17928931.1

| | | |
|---|---|---|
| 1 | Dated: October 30, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | DAMON G. MCCLAIN |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Iram Hasan* |
| | | IRAM HASAN |
| 6 | | Deputy Attorney General |
| | | *Attorneys for Defendants* |
| 7 | | |
| 8 | Dated: October 30, 2021 | HANSON BRIDGETT LLP |
| 9 | | |
| 10 | | */s/ Paul B. Mello* |
| | | PAUL B. MELLO |
| | | SAMANTHA D. WOLFF |
| 11 | | LAUREL O'CONNOR |
| | | DAVID CASARRUBIAS |
| 12 | | *Attorneys for Defendants* |

CA2001CS0001

2

Defs.' Amended Not. Appeal  (01-cv-01351-JST)

17928931.1