Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain
Supervising Deputy Attorney General
State Bar No. 209508
Iram Hasan
Deputy Attorney General
State Bar No. 320802
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3793
  Fax:  (415) 703-5480
  E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello - 179755
Samantha D. Wolff – 240280
Laurel O'Connor – 305478
David Casarrubias – 321994
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | CASE NO. 01-1351 JST <br><br> **Defendants' Supplemental Notice re: Motion to Stay Orders re: Mandatory Vaccinations (ECF No. 3684) Pending Appeal** <br><br> Re: ECF No. 3715 |

To the Court, parties, and their counsel of record:

On September 27, 2021, the Court ordered Defendants and the Receiver to file a joint plan implementing the Receiver's recommendation that vaccinations be mandated for all workers entering CDCR's prisons and for certain incarcerated people.  (ECF Nos. 3638, 3684.) Defendants appealed that order on October 12, 2021.  (ECF No. 3693.)

Defendants then moved to stay the September 27 order pending appeal on October 25, 2021.  (ECF No. 3715.)  On October 27, 2021, the Court issued an order mandating that full

17975514.1

Defs.' Supp. Pleading re: Mot. Stay Order re: Mandatory Vaccinations

Case No. 01-1351 JST

vaccinations of all persons subject to the September 27 order occur by January 12, 2022. (ECF No. 3721.) The next day, the Court set a briefing schedule for Defendants' stay motion. (ECF No. 3724.)

Defendants' stay motion did not mention the October 27 order because it had not yet been issued, but the grounds on which Defendants moved for a stay of the September 27 order apply equally to the October 27 order. The irreparable harms Defendants described in their stay motion are even more imminent now given that, per the recent order, all staff must be fully vaccinated by January 12, 2022. (ECF No. 3715-1 at 20.)

For the reasons outlined in Defendants' stay motion (and their anticipated reply), the Court should stay the September 27 and October 27 orders.

Dated: October 30, 2021                              HANSON BRIDGETT LLP

                                                     /s/   Paul B. Mello
                                                     PAUL B. MELLO
                                                     SAMANTHA D. WOLFF
                                                     LAUREL O'CONNOR
                                                     DAVID CASARRUBIAS
                                                     *Attorneys for Defendants*

Dated: October 30, 2021                              ROB BONTA
                                                     Attorney General of California

                                                     /s/  Damon G. McClain
                                                     DAMON G. MCCLAIN
                                                     Supervising Deputy Attorney General
                                                     IRAM HASAN
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*