Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
Matthew Taylor, Bar No. 264551
  matthew@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    415.266.1800
Facsimile:    415.266.1128

David A. Sanders, Bar No. 221393
  david.sanders@ccpoa.org
Daniel M. Lindsay, Bar No. 142895
  dan.lindsay@ccpoa.org
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:    916.340.2959
Facsimile:    916.374.1824

Attorneys for Intervenor
CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, *et al.*, | Case No. 4:01-cv-01351-JST |
| Plaintiffs, | **AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| GAVIN NEWSOM, *et al.*, | The Hon. Jon S. Tigar |
| Defendants. | |
| CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, | |
| Intervenor. | |

On October 25, 2021, Intervenor California Correctional Peace Officers' Association (CCPOA), appealed to the U.S. Court of Appeals for the Ninth Circuit from this Court's order of

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

00114650-2                                                                       Case No. 4:01-cv-01351-JST
INTERVENOR CCPOA'S AMENDED NOTICE OF APPEAL TO U.S. COURT OF APPEALS FOR 9TH CIRCUIT

September 27, 2021 (ECF No. 3714).  On October 27, 2021, this Court supplemented its September 27, 2021 order by setting a compliance deadline.  (*See* ECF No. 3721 at 2:2 – 3). CCPOA hereby amends its October 25, 2021 notice of appeal to the U.S. Court of Appeals for the Ninth Circuit to include the order of October 27, 2021 (ECF No. 3721).

Dated:  November 8, 2021    MESSING ADAM & JASMINE LLP

By _____
Gregg McLean Adam
Matthew Taylor
Attorneys for Intervenor
CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION