Gregg McLean Adam, Bar No. 203436
  gregg@majlabor.com
Matthew Taylor, Bar No. 264551
  matthew@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:   415.266.1800
Facsimile:   415.266.1128

David A. Sanders, Bar No. 221393
  david.sanders@ccpoa.org
Daniel M. Lindsay, Bar No. 142895
  dan.lindsay@ccpoa.org
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.340.2959
Facsimile:   916.374.1824

Attorneys for Intervenor
CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, *et al.*, | Case No. 4:01-cv-01351-JST |
| Plaintiffs, | **INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S SUPPLEMENTAL NOTICE RE: MOTION FOR STAY OF ORDERS RE: MANDATORY VACCINATIONS (ECF No. 3684) PENDING APPEAL** |
| v. | |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | |
| CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, | Re: ECF No. 3722 |
| Intervenor. | The Hon. Jon S. Tigar |

**TO THE COURT, PARTIES, AND THEIR COUNSEL OF RECORD:**

On October 27, 2021, the Court issued its Order Setting Deadline for Mandatory Vaccination, which requires that all persons subject to the Court's September 27 Order re:

Mandatory Vaccinations be fully vaccinated by January 12, 2022. (ECF No. 3721.). Minutes later, but without having reviewed the Court's October 27 Order, the California Correctional Peace Officers' Association (the "Union") moved to stay the Court's September 27 Order pending the Union's appeal. (ECF No. 3722.). On November 8, the Union appealed the October 27 Order. (ECF No. 3736.)

The Union hereby incorporates the arguments and evidence contained in its Motion for Stay of September 27, 2021 Order re: Mandatory Vaccinations. These same reasons justify a stay of the Court's October 27 order.

For the reasons outlined in the Union's stay motion (and its anticipated reply), the Union respectfully requests that the Court stay its September 27 and October 27 orders pursuant to Fed. R. Civ. P. 62(d) pending the Union's appeal.

Dated: November 8, 2021            MESSING ADAM & JASMINE LLP

By _____
Gregg McLean Adam
Matthew Taylor
Attorneys for Intervenor
CALIFORNIA CORRECTIONAL PEACE
OFFICERS' ASSOCIATION