**FILED**

NOV 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCIANO PLATA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GAVIN NEWSOM, Governor of the State of California; KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation, <br><br> Defendants-Appellants, <br> _____ <br><br> J. CLARK KELSO, <br><br> Receiver-Appellee. | No.   21-16696 <br><br> D.C. No. 4:01-cv-01351-JST <br> Northern District of California, Oakland <br><br> ORDER |
| MARCIANO PLATA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, <br><br> Intervenor-Appellant, <br><br> and <br><br> GAVIN NEWSOM, Governor of the State | No.   21-16816 <br><br> D.C. No. 4:01-cv-01351-JST |

LAB/MOATT

of California; KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation,

                Defendants,

------------------------------

J. CLARK KELSO,

                Receiver-Appellee.

Before: W. FLETCHER, IKUTA, and BENNETT, Circuit Judges.

Appellants' motion (Docket Entry No. 9 in appeal No. 21-16696) to stay the district court's September 27, 2021 and October 27, 2021 orders pending appeal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

The court sua sponte expedites the briefing and calendaring of these appeals. The opening briefs and excerpts of record are due December 13, 2021; the answering briefs are due January 13, 2022; and the optional reply briefs are due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* Ninth Circuit Rule 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The Clerk will place these appeals on the calendar for March 2022. *See* 9th Cir. Gen. Order 3.3(g).