UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 01-cv-01351-JST<br><br>**ORDER RE-APPOINTING ADVISORY BOARD MEMBERS** |

The following Advisory Board members currently serve terms that are set to expire on December 31, 2021: Noha Aboelata, Stefano Bertozzi, Barbara Crawford, Amy Lerman, and Brie Williams. ECF Nos. 3069, 3092. The Court re-appoints all five individuals to another three-year term, expiring on December 31, 2024.

**IT IS SO ORDERED.**

Dated: December 8, 2021



JON S. TIGAR
United States District Judge