PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Fax: (510) 280-2704
ahardy@prisonlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> *Defendants* | No. C-01-1351 JST <br><br> STIPULATION AND ORDER FOR COLLECTION OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER OF 2022 |

    On December 17, 2002, the Court established a procedure by which plaintiffs are to collect attorneys' fees and costs incurred in connection with the Stipulation for Injunctive Relief. This procedure requires plaintiffs' counsel to submit to defendants a quarterly statement of fees incurred in monitoring work, and permits defendants thirty (30) days from the receipt of plaintiffs' statement to notify plaintiffs of any disputed items. After the parties meet and confer on any of defendant's objections, counsel shall then prepare a stipulated order for payment of the fees not subject to defendants' objections. The Order also states that defendants shall have thirty (30) days from the entry of the order to pay the undisputed fees and that interest on any undisputed fees will

run from the thirty-first day after the Order is filed, accruing at the rate provided by 28 U.S.C. § 1961.

Pursuant to this procedure, plaintiffs' counsel served their second quarter billing statement for the period of January 1, 2022 through March 31, 2022 on May 19, 2022. The parties agreed to payment of $244,043 in undisputed fees and costs billed by plaintiffs' counsel. This stipulation fully settles all costs and fees for the first quarter 2022 billing.

WHEREFORE, defendants agree to pay plaintiffs' counsel $244,043 within 30 days of the signing of this Order. On the 31st day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order.)

AGREED TO BY THE PARTIES:

Date: June 15, 2022

*Alison Hardy*
Alison Hardy
Attorney for Plaintiffs

Date: June 15, 2022_____

*/s/ Iram Hasan*
Iram Hasan
Deputy Attorney General
Attorney for Defendants

I, Alison Hardy, attest that Iram Hasan signed this document on June 15, 2022.

**IT IS SO ORDERED.**

Date:  June 16 , 2022

United States District Court Judge

2

Stipulation and Order Re: Collection of First Quarter Fees
*Plata v. Newsom,* No. C-01-1351 J.S.T.