# Exhibit A

*Facility Maintenance and Regulatory Compliance Branch*
*Facility Planning, Construction and Management Division*

Reporting period:
**Q-3 (July-Sept) 2022**

## Housing Unit Filter Change Maintenance Work Orders

| Institution | Issued | Completed | Completion Rate |
|---|---|---|---|
| ASP | 125 | 125 | 100% |
| CAL | 143 | 129 | 90% |
| CCC | 67 | 67 | 100% |
| CCI | 89 | 87 | 98% |
| CCWF | 77 | 29 | 38% |
| CEN | 76 | 76 | 100% |
| CHCF | 62 | 62 | 100% |
| CIM | 108 | 108 | 100% |
| CIW | 73 | 23 | 32% |
| CMC | 64 | 64 | 100% |
| CMF | 14 | 8 | 57% |
| COR | 71 | 57 | 80% |
| CRC | 28 | 28 | 100% |
| CTF | 16 | 16 | 100% |
| CVSP | 99 | 96 | 97% |
| FSP | 39 | 38 | 97% |
| HDSP | 61 | 28 | 46% |
| ISP | 120 | 120 | 100% |
| KVSP | 47 | 47 | 100% |
| LAC | 21 | 20 | 95% |
| MCSP | 82 | 82 | 100% |
| NKSP | 67 | 56 | 84% |
| PBSP | 84 | 57 | 68% |
| PVSP | 64 | 64 | 100% |
| RJD | 73 | 73 | 100% |
| SAC | 44 | 37 | 84% |
| SATF | 80 | 80 | 100% |
| SCC | 106 | 64 | 60% |
| SOL | 134 | 84 | 63% |
| SQ | 60 | 60 | 100% |
| SVSP | 42 | 22 | 52% |
| VSP | 154 | 154 | 100% |
| WSP | 120 | 120 | 100% |

**Housing Unit Ventilation Maintenance Quarterly Report**

*Facility Maintenance and Regulatory Compliance Branch*
*Facility Planning, Construction and Management Division*

Reporting period:     **Q-3 (July-Sept) 2022**

| Institution | Priority 2 - Preventative Maintenance Work Orders | | | Priority 3 - Corrective Work Orders | | | Priority 1 - Emergency Work Orders | | |
|---|---|---|---|---|---|---|---|---|---|
| | Issued | Completed | Completion Rate | Issued | Completed | Completion Rate | Issued | Completed | Completion Rate |
| ASP | 196 | 194 | 99% | 18 | 12 | 67% | 1 | 1 | 100% |
| CAL | 538 | 186 | 35% | 0 | 0 | | 27 | 20 | 74% |
| CCC | 74 | 74 | 100% | 9 | 6 | 67% | 3 | 3 | 100% |
| CCI | 99 | 87 | 88% | 13 | 10 | 77% | 0 | 0 | |
| CCWF | 147 | 29 | 20% | 0 | 0 | | 0 | 0 | |
| CEN | 161 | 157 | 98% | 4 | 4 | 100% | 29 | 19 | 66% |
| CHCF | 349 | 349 | 100% | 0 | 0 | | 0 | 0 | |
| CIM | 494 | 224 | 45% | 0 | 0 | | 0 | 0 | |
| CIW | 76 | 24 | 32% | 0 | 0 | | 0 | 0 | |
| CMC | 133 | 93 | 70% | 0 | 0 | | 0 | 0 | |
| CMF | 21 | 9 | 43% | 1 | 1 | 100% | 0 | 0 | |
| COR | 165 | 143 | 87% | 64 | 45 | 70% | 0 | 0 | |
| CRC | 33 | 33 | 100% | 4 | 4 | 100% | 0 | 0 | |
| CTF | 16 | 16 | 100% | 0 | 0 | | 0 | 0 | |
| CVSP | 509 | 154 | 30% | 4 | 4 | 100% | 0 | 0 | |
| FSP | 86 | 68 | 79% | 14 | 14 | 100% | 0 | 0 | |
| HDSP | 700 | 31 | 4% | 49 | 41 | 84% | 1 | 0 | 0% |
| ISP | 65 | 7 | 11% | 165 | 122 | 74% | 1 | 0 | 0% |
| KVSP | 268 | 204 | 76% | 0 | 0 | | 1 | 1 | 100% |
| LAC | 173 | 30 | 17% | 49 | 38 | 78% | 14 | 2 | 14% |
| MCSP | 90 | 82 | 91% | 20 | 7 | 35% | 0 | 0 | |
| NKSP | 230 | 155 | 67% | 11 | 10 | 91% | 11 | 11 | 100% |
| PBSP | 370 | 190 | 51% | 50 | 34 | 68% | 15 | 15 | 100% |
| PVSP | 260 | 162 | 62% | 3 | 3 | 100% | 0 | 0 | |
| RJD | 311 | 73 | 23% | 0 | 0 | | 2 | 2 | 100% |
| SAC | 177 | 69 | 39% | 41 | 19 | 46% | 0 | 0 | |
| SATF | 608 | 310 | 51% | 15 | 14 | 93% | 0 | 0 | |
| SCC | 860 | 176 | 20% | 10 | 3 | 30% | 0 | 0 | |
| SOL | 700 | 303 | 43% | 0 | 0 | | 0 | 0 | |
| SQ | 63 | 63 | 100% | 4 | 4 | 100% | 0 | 0 | |
| SVSP | 150 | 95 | 63% | 19 | 19 | 100% | 0 | 0 | |
| VSP | 355 | 354 | 100% | 0 | 0 | | 0 | 0 | |
| WSP | 133 | 130 | 98% | 18 | 17 | 94% | 0 | 0 | |