# Exhibit B

 

# MEMORANDUM

Date : October 13, 2022

To : Alison Hardy, Prison Law Office

Subject : **PRISON LAW OFFICE NON-PARAGRAPH 7 CONCERN RELATING TO REPORT ON STAFF RECRUITING AND RETENTION**

California Correctional Health Care Services (CCHCS) is providing the italicized information below in response to your email inquiry dated September 6, 2022.

1. Is it possible to share the [Receiver's] report [on medical staffing recruitment and retention], and schedule a meeting to discuss it if appropriate, in the next 30 days so that we have the opportunity to include this matter in the Joint Case Management Conference Statement, which is due on November 3, 2022. If that is not possible, can you please provide us a date by which you anticipate the report being ready for release?

   *In August 2022, California Correctional Health Care Services (CCHCS) compiled a detailed report on medical staffing recruitment and retention for the Receiver. The report contains comprehensive medical staffing and compensation information, including vacancy and fill rates, annual salary analyses findings, and applicable recommendations to California Department of Human Resources (CalHR) to address CCHCS' medical staffing needs. The applicable recommendations have been provided to CalHR over the past several years and are all pending action by CalHR. Recommendations and requests to CalHR and subsequent negotiations regarding civil service salaries and compensation are confidential as the state process involves collective bargaining and legislation. Consequently, CCHCS cannot share the medical staffing recruitment and retention report. However, the Receiver continues to work with CalHR and the Administration in resolving CCHCS' identified medical staffing issues.*

   *CCHCS utilizes contracted temporary help/relief registry providers to cover medical civil service vacancies statewide for the following: Recreation Therapist, Registered Dietitian, Pharmacist-in-Charge, Optometrist, Pharmacist, Primary Care Physician, Pharmacy Technician, Physician Assistant, Nurse Practitioner, Physician Assistant and Nurse Practitioner Residents, Phlebotomist, Radiologic Technologist, Occupational Therapists, Registered Nurse, Physical Therapist, Licensed Vocational Nurse, Respiratory Care Practitioner, Certified Nursing Assistant, Speech-Language Pathologist, Psychiatric Technician, Clinical Laboratory Scientist, and Medical Assistant. Established and effective processes are in place for institutions to request registry resources, as necessary, to address civil service staff vacancies.*

   *As you are aware, the Prison Law Office regularly receives various CCHCS staffing-related reports during monthly document productions, including the Primary Care Provider (PCP) Vacancy Report, PCP Staffing and Backlog Report, and Human Resources Recruitment and Retention Report. These reports contain civil service staffing information and data regarding the utilization of health care registry providers as temporary relief behind civil service vacancies. In addition, the CCHCS Healthcare Services Dashboard provides monthly information regarding civil service vacancies and is accessible through this website: https://cchcs.ca.gov/reports/#dashboard. Furthermore, the Department of Finance's annual Schedule 7a report provides information regarding CDCR/CCHCS'*

# MEMORANDUM

Re: Report on Staff Recruiting and Retention

*civil service position authorities, salaries, and wages, and the Fiscal Year 2022-2023 report is accessible via the following website: https://dof.ca.gov/wp-content/uploads/budget/publications/2022-23/salaries-and-wages-updates/DCR.pdf.*

Thank you.

cc:     Clark Kelso, Receiver
        Directors, CCHCS
        CCHCS Office of Legal Affairs
        Office of Legal Affairs, CDCR
        Office of the Attorney General
        Hanson Bridgett, LLP
        Jackie Clark, Deputy Director, Institution Operations, CCHCS
        DeAnna Gouldy, Deputy Director, Policy and Risk Management Services, CCHCS
        Jasinda Muhammad, Deputy Director, Human Resources, CCHCS
        Robin Hart, Associate Director, Risk Management Branch, CCHCS
        Regional Deputy Medical Executive, Region I-IV, CCHCS
        Regional Health Care Executive, Region I-IV, CCHCS
        Regional Nursing Executive, Region I-IV, CCHCS