# Exhibit D

DocuSign Envelope ID: EDDF1DCC-0D56-4190-BF62-DEC1A972D133

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   **April 30, 2021**

To:     Associate Directors, Division of Adult Institutions
        Wardens
        Chief Executive Officers
        Regional Health Care Executives

Subject: **CLARIFICATION AND REITERATION OF STAFF'S RESPONSIBILITY IN THE ACTIVATION OF THE EMERGENCY MEDICAL SYSTEM BY CALLING 911**

The purpose of this memorandum is to clarify and reiterate departmental staff's responsibility in calling 9-1-1 during the activation of the Emergency Medical System (EMS) as outlined in the memorandum, titled, *Activation of Emergency Medical System (Calling 911)* dated January 22, 2007. The activation of EMS is appropriate whenever staff perceive there to be a life-threatening condition that requires immediate medical evaluation and treatment to prevent irreversible damage or impairment to any person. Additionally, this memorandum is intended to clarify, when deemed appropriate, the activation of the EMS by calling 9-1-1 is a separate and required lifesaving function, in addition to the summons and activation of localized emergency medical response services and custody code response.

Recent suicide and death reviews have identified multiple instances where significant delays in activating EMS have occurred. Some examples requiring the activation of the EMS by immediately calling 9-1-1 upon discovery may include, but not limited to; inmate attempted suicide by hanging, asphyxiation, serious self-inflicted lacerations, or jumping from a tier. Additionally, the activation of the EMS is applicable during all medical emergencies when staff observe a life threatening condition requiring medical evaluation and treatment, or when believed to be appropriate. First responders shall continue to assess the situation and request the appropriate custody and/or medical response. First responders shall utilize their institutional radio to contact central control and request 9-1-1 activation. Additionally, the staff member or central control activating EMS by calling 9-1-1, shall document the time in which the 9-1-1 call occurred. Each institution may have differing methods of activating the EMS, however the most expedient method of calling 9-1-1 shall be accomplished. Requests for local emergency medical response shall continue in accordance with local operating procedures. These steps will ensure the inmate receives immediate access to necessary medical care without delay.

The Department acknowledges during the onset of some emergency situations the delay in the activation of the EMS by calling 9-1-1 may occur. In these instances, staff shall ensure the rationale of such delay is accurately captured in all subsequent required documentation.

Nothing in this directive is intended to override the California Department of Corrections and Rehabilitation (CDCR) policy for Use of Force, pursuant to the California Code of regulations, Title 15, Section 3268 Use of Force; nor is it intended to replace the current CDCR Alarm Response policy and related training.

DocuSign Envelope ID: EDDF1DCC-0D56-4190-BF62-DEC1A972D133

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Regional Health Care Executives
Page 2


### Proof of Practice for Staff Training

Institutions shall ensure Local Operating Procedures and post orders are revised to include these updates and provide proof of practice to their respective Mission Associate Director within 30 calendar days from the date of issuance of this memorandum. Wardens or designees shall provide On-the-Job (OJT) training to all custody staff. The training will be available through the Learning Management System (LMS) Training Portal under the title *Clarification and Reiteration of EMS Activation - Online - OJT – 11062687.* The BET code 11062687 shall be utilized to document the OJT and each institution shall provide proof of practice to their respective Mission Associate Director within 30 days of the date of this memorandum.

If you have any related questions, please contact Steve Jimenez, Captain (A), Mental Health Compliance Team (MHCT) at, (916) 324-7956,  or Lourdes White, Associate Warden (A), MHCT, at (916) 835-5679, or DAI-MHCompliance@cdcr.ca.gov.


CONNIE GIPSON
Director
Division of Adult Institutions

DocuSigned by:
**Joseph Bick**
347167202A8A404..
JOSEPH BICK, M.D.
Director
Health Care Services

Attachment(s)

cc:  Charles W. Callahan
    Kimberly Seibel
    Laura Eldridge
    Adam Fouch
    Lourdes White
    Steven Jimenez