Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Damon G. McClain - 209508
Supervising Deputy Attorney General
Corinna Arbiter - 273074
Deputy Attorney General
  600 W. Broadway, Suite 1800
  San Diego, CA  92101
  Telephone:  (619) 321-5799
  Fax:  (619) 645-2061
  E-mail:  Corinna.Arbiter@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Paul B. Mello - 179755
Samantha D. Wolff – 240280
David Casarrubias-Gonzalez- 3219994
  425 Market Street, 26th Floor
  San Francisco, CA 94015
  Telephone: (415) 777-3200
  Facsimile: (415) 541-9366
  E-mail: pmello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>        Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>        Defendants. | Case No. 4:01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**Defendants' March 2025 Quarterly Status Report in Response to February 10, 2014 and March 25, 2022 Orders** |

The State submits this quarterly status report in response to this Court's February 10, 2014 order (ECF No. 2766/5060)[1] to reduce the California Department of Corrections and Rehabilitations (CDCR) adult prison population to 137.5 percent of design capacity, and its March 25, 2022 order reducing the frequency of these reports from monthly to quarterly (ECF No. 3795/7515). Exhibit A provides statewide and prison-specific population data, including the current design capacity, population, and population as a percentage of design capacity. Exhibit B provides updates on population reduction measures, including those Defendants implemented in response to the February 10, 2014 order, and the durability of those measures. Defendants first informed this Court that CDCR's adult prison population was below the 137.5 percent population cap on February 17, 2015 (ECF No. 2838/5278) and have complied with that cap for over ten years.

CDCR's institutional design capacity was 71,656 as of March 5, 2025. (Ex. B at 2.) As of March 5, 2025, 87,779 incarcerated people are housed in the State's adult institutions, occupying approximately 122.5% of institutional design capacity. (Ex. A at 1.[2]) None are housed in out-of-state facilities.[3]

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.) and *Coleman v. Newsom*, No. 2:90-cv-00520-KJM-DB (E.D. Cal.). Docket citations to this Court's orders cite to the docket number of *Plata* first, and *Coleman* second.

[2] The attached Exhibit A is available on CDCR's website at Tpop1d250305.pdf.

[3] This statistic concerns incarcerated people in out-of-state contract beds and does not include those housed in other states under interstate compact agreements.

1  Dated March 17, 2025

2

3

4

5

6

R<small>OB</small> B<small>ONTA</small>
Attorney General of California


*/s/ Corinna S. Arbiter*
D<small>AMON</small> G. M<small>C</small>C<small>LAIN</small>
Supervising Deputy Attorney General
C<small>ORINNA</small> A<small>RBITER</small>
Deputy Attorney General
*Attorneys for Defendants*

7  Dated:  March 17, 2025

8

9

10

H<small>ANSON</small> B<small>RIDGETT</small> LLP


*/s/ Samantha D. Wolff*
P<small>AUL</small> B. M<small>ELLO</small>
S<small>AMANTHA</small> D. W<small>OLFF</small>
D<small>AVID</small> C. C<small>ASARRUBIAS</small>-G<small>ONZALEZ</small>
*Attorneys for Defendants*

11

12

SF2007200670

13

# EXHIBIT A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
March 5, 2025

```
                              Weekly Report of Population
                              As of Midnight March 5, 2025
```

                                   Total CDCR Population

| Population | Felon/Other | Change Since Last Week | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---|---|---|---|---|---|
| A. Total In-Custody/CRPP Supervision | 90,830 | -36 | -2,595 | | | |
| I. In-State | 90,830 | -36 | -2,595 | | | |
| (Men, Subtotal) | 87,181 | -39 | -2,492 | | | |
| (Women, Subtotal) | 3,649 | +3 | -103 | | | |
| 1. Institution/Camps | 89,568 | -45 | -2,576 | 75,124 | 119.2 | 103,664 |
| Institutions | 87,779 | -72 | -2,554 | 71,656 | 122.5 | 100,196 |
| Camps(CIW and SCC) | 1,789 | +27 | -22 | 3,468 | 51.6 | 3,468 |
| 3. Department of State Hospitals | 194 | +7 | +54 | | | |
| 4. CRPP Supervision | 1,068 | +2 | -67 | | | |
| Alternative Custody Program | 6 | 0 | -87 | | | |
| Female Community Reentry Program | 382 | -2 | +8 | | | |
| Male Community Reentry Program | 670 | +3 | +56 | | | |
| Medical Reprieve Program | 4 | 0 | -3 | | | |
| Community Participant Mother Program | 6 | +1 | 0 | | | |
| B. Parole | 34,549 | -64 | -564 | | | |
| Community Supervision | 33,068 | -62 | -580 | | | |
| Interstate Cooperative Case | 1,481 | -2 | +16 | | | |
| C. Non-CDCR Jurisdiction | 767 | +3 | +9 | | | |
| Other State/Federal Institutions | 217 | +3 | -11 | | | |
| Out of State Parole | 529 | +1 | +18 | | | |
| Out of State Parolee at Large | 21 | -1 | +2 | | | |
| D. Other Populations | 6,800 | +55 | -462 | | | |
| Temporary Release to Court and Hospital | 1,357 | -1 | -200 | | | |
| Escaped | 181 | -2 | -15 | | | |
| Parolee at Large | 5,262 | +58 | -247 | | | |
| Total CDCR Population | 132,946 | -42 | -3,612 | | | |

This report contains the latest available reliable population figures from SOMS. They have been carefully audited, but are preliminary, and therefore subject to revision.

The design capacity numbers were revised in February 2025 going back to January 1, 2025, due to the re-activation of beds at ASP, CIM, CMF, CRC, COR, LAC, SAC, KVSP, MCSP, RJD, and SVSP and the deactivation of beds at CAL, HDSP, NKSP and WSP. Previous weekly and monthly publications were republished on February 26, 2025.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
March 5, 2025

Weekly Report of Population
As of Midnight March 5, 2025

## Weekly Institution Population Detail

| Institutions | Felon/ Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| Avenal State Prison (ASP) | 3,756 | 2,909 | 129.1 | 4,359 |
| Calipatria State Prison (CAL) | 2,538 | 1,808 | 140.4 | 2,683 |
| California Correctional Institution (CCI) | 2,417 | 1,508 | 160.3 | 2,227 |
| Central California Women's Facility (CCWF) | 2,018 | 1,986 | 101.6 | 2,946 |
| Centinela State Prison (CEN) | 2,812 | 2,308 | 121.8 | 3,433 |
| California Health Care Facility - Stockton (CHCF) | 2,077 | 2,953 | 70.3 | 2,953 |
| California Institution for Men (CIM) | 2,389 | 1,604 | 148.9 | 2,225 |
| California Institution for Women (CIW) | 1,246 | 1,281 | 97.3 | 1,743 |
| California Men's Colony (CMC) | 2,235 | 2,613 | 85.5 | 2,543 |
| California Medical Facility (CMF) | 1,887 | 2,319 | 81.4 | 2,761 |
| California State Prison, Corcoran (COR) | 2,624 | 3,114 | 84.3 | 4,537 |
| California Rehabilitation Center (CRC) | 2,747 | 1,822 | 150.8 | 2,729 |
| Correctional Training Facility (CTF) | 4,323 | 2,800 | 154.4 | 4,125 |
| Folsom State Prison (FOL) | 2,824 | 2,065 | 136.8 | 3,021 |
| High Desert State Prison (HDSP) | 2,792 | 2,081 | 134.2 | 3,058 |
| Ironwood State Prison (ISP) | 2,514 | 2,208 | 113.9 | 3,283 |
| Kern Valley State Prison (KVSP) | 3,150 | 2,448 | 128.7 | 3,574 |
| California State Prison, Los Angeles County (LAC) | 3,120 | 2,300 | 135.7 | 3,400 |
| Mule Creek State Prison (MCSP) | 3,790 | 3,284 | 115.4 | 4,105 |
| North Kern State Prison (NKSP) | 2,618 | 1,910 | 137.1 | 2,835 |
| Pelican Bay State Prison (PBSP) | 2,015 | 1,804 | 111.7 | 2,425 |
| Pleasant Valley State Prison (PVSP) | 2,794 | 2,308 | 121.1 | 3,433 |
| RJ Donovan Correctional Facility (RJD) | 3,386 | 2,992 | 113.2 | 4,038 |
| California State Prison, Sacramento (SAC) | 2,073 | 1,828 | 113.4 | 2,525 |
| California Substance Abuse Treatment Facility (SATF) | 5,237 | 3,424 | 152.9 | 5,111 |
| Sierra Conservation Center (SCC) | 4,163 | 4,972 | 83.7 | 5,804 |
| California State Prison, Solano (SOL) | 3,871 | 2,594 | 149.2 | 3,866 |
| San Quentin Rehabilitation Center (SQ) | 2,873 | 3,084 | 93.2 | 3,935 |
| Salinas Valley State Prison (SVSP) | 2,399 | 2,452 | 97.8 | 3,509 |
| Valley State Prison (VSP) | 3,046 | 1,961 | 155.3 | 2,931 |
| Wasco State Prison (WSP) | 3,834 | 2,384 | 160.8 | 3,547 |
| Institution Total | 89,568 | 75,124 | 119.2 | 103,664 |

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
March 5, 2025

## Weekly Report of Population
### As of Midnight March 5, 2025

---

### Notes

---

Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.

Interstate Cooperative Cases are parolees from other states being supervised in California.

Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.

# EXHIBIT B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION　　　　　　　　　　　　　　　　　　GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 13, 2025

Paul Mello
Hanson Bridgett
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's March 2025 quarterly Status Update for the Three-Judge Court proceeding.

Sincerely,

*Jennifer Neill*

Jennifer Neill
General Counsel
Office of Legal Affairs
California Department of Corrections and Rehabilitation

cc: Corinna Albiter, Deputy Attorney General

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION, GAVIN NEWSOM, GOVERNOR



## March 2025 Quarterly Update to the Three-Judge Court

On February 10, 2014, the Three-Judge Court ordered California Department of Corrections and Rehabilitation (CDCR) to reduce the in-state adult prison population to 137.5 percent of design capacity by February 28, 2016. (ECF Nos. 2766/5060 & 2767/5061.) Defendants first informed the Court that its population was below 137.5 percent of design capacity on February 17, 2015 (ECF No. 2838/5278). Since then, Defendants have submitted 93 reports. Defendants have complied with the population cap for over ten years. On March 25, 2022, the Court granted Defendants' unopposed motion to reduce the frequency of these reports from monthly to quarterly. (ECF No. 3795/7515.) As a result, reports are filed on the 15th of March, June, September, and December of each year, until further order of the Court.

As of March 5, 2025, CDCR's institutional design capacity was 71,656,[1] and the adult institutional population occupied 122.5 percent of design capacity. (*See* Exhibit A at 1, attached.) Below are updates regarding Defendants' population reduction efforts and evidence of durable compliance with the 137.5 percent benchmark.

**A.   Update on Proposition 57 Measures:**

Proposition 57, passed in November 2016, is the State's durable remedy that enacts many Court-ordered reforms, expands credit-earning opportunities, and creates a parole consideration process for nonviolent incarcerated persons who have served the full term of their primary offense in state prison. Information about these regulations can be found at https://www.cdcr.ca.gov/proposition57/. Details regarding measures CDCR implemented can be found in previously filed monthly status reports. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).) Updated statistics showing the impact of these regulations are included below.

1. <u>Increased credit-earning opportunities for all incarcerated persons except the condemned and those serving life without parole sentences:</u>

    4,029 incarcerated persons released between December 1, 2024 and February 28, 2025, earned an estimated average of 312.2 days of additional credit towards their advance release date.[2] This does not include incarcerated persons released from fire camps.

2. <u>Determinately-sentenced nonviolent offender parole process:</u>

    Between July 1, 2017, and February 28, 2025, CDCR has made 40,171 referrals to the

---

[1] The CDCR's design capacity changed due to facility deactivations at four state prisons, and re-activation of beds at 11 others. For a list of specific institutions with deactivations and reactivations, please see Exhibit A at 1.

[2] In December 2023, the Superior Court of California, County of Sacramento, held in *Criminal Justice Legal Foundation, et al. v. the California Department of Corrections and Rehabilitation, et al.*, Case No. 34-2022-80003807- CU-WM-GDS, that CDCR exceeded its authority by promulgating regulations allowing application of earned credits towards an incarcerated person's Minimum Eligible Parole Date. CDCR and the Board of Parole Hearings filed an appeal; briefing is not yet complete.

Board of Parole Hearings (Board) for this parole process. The Board has reviewed 36,219 of these referrals on the merits, approving 4,968 incarcerated persons for release and denying 31,251. Specifically, 3,667 referrals have been closed because the Board's jurisdictional review of the incarcerated persons' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending review, including those within the 30-day period for written input from incarcerated persons, victims, and prosecutors.

3. Indeterminately-sentenced nonviolent offender parole process:

Since January 2019, when CDCR began screening indeterminately-sentenced nonviolent offenders for eligibility, CDCR has referred 3,070 incarcerated persons to the Board for a parole consideration hearing. As of February 28, 2025, 149 of these referrals were closed because the Board's jurisdictional review of criminal histories and central files revealed those incarcerated persons were not eligible for parole consideration. To date, the Board has conducted 3,526 hearings for indeterminately-sentenced nonviolent offenders resulting in 920 grants, 2,228 denials, and 378 stipulations to unsuitability. An additional 3,200 hearings were scheduled, but postponed, waived, continued, or canceled. The remaining referrals are pending parole consideration hearings.

B. **Updates on Other Population Reduction Measures**:

1. Expanded medical parole process:

The Board conducts expanded medical parole hearings for incarcerated persons referred to the Board by the head physician at their institutions. The Board's medical parole hearing decision approving an incarcerated person for placement in a skilled nursing facility is forwarded to the California Correctional Health Care Services (CCHCS) and the Receiver's Office. Then, the incarcerated person is placed in a community facility that will accept the person and enforce any restrictions imposed by the Board. If CCHCS is unable to place the incarcerated person within 120 days of the decision, the decision expires, and the person remains in CDCR custody. Between July 1, 2014, and March 9, 2025, the Board has held 399 medical parole hearings, resulting in 276 approvals and 123 denials. An additional 114 hearings were scheduled, but postponed, continued, or canceled.

The Department's contract with a community skilled nursing facility terminated on December 31, 2024, and individuals placed at the community facility returned to CDCR institutions. Referrals for consideration of expanded medical parole have been paused.

2. Parole process for elderly incarcerated persons:

Under Penal Code section 3055, incarcerated persons aged 50 and above who serve at least 20 years of continuous incarceration qualify for elderly parole consideration.
Certain persons sentenced under strike-sentencing laws (Penal Code sections 667(b)-(i) or 1170.12) or convicted of first-degree murder of a peace officer are excluded from the statutory scheme but are eligible for elderly parole consideration as set forth in the February 10, 2014 order, which covers incarcerated persons aged 60 and above who serve at least 25 years of continuous incarceration. Previous status reports further detail these parole processes. (*See, e.g.*, ECF No. 3769/7423 (Jan. 18, 2022).)

Between February 11, 2014, and February 28, 2025, the Board has held 12,807 hearings for eligible incarcerated persons, resulting in 3,632 grants, 7,946 denials, and 1,229 stipulations to unsuitability. The Board scheduled 8,099 additional hearings that were

waived, postponed, continued, or canceled.

3. Enhanced Alternative Custody Program:
   The Enhanced Alternative Custody Program (EACP) is a voluntary alternative custody program that allows eligible incarcerated persons to serve the remainder of their sentence in a community facility administered by the Division of Rehabilitative Programs in lieu of confinement in a state prison (Cal. Code Regs. tit. 15, § 3078.1), and encompasses the following:

   a. Male Community Reentry Program (MCRP):
      The State continues to refer eligible incarcerated persons for possible placement in Male Community Reentry Programs (MCRPs). The State contracts with MCRP facilities in Butte, Kern, Los Angeles, and San Diego counties. As of March 5, 2025, 670 incarcerated persons are housed in MCRP facilities.

   b. Female Community Reentry Program (FCRP):
      As of March 5, 2025, 382 persons are participating in the FCRP, and are housed at facilities in Bakersfield, Los Angeles, Sacramento, San Diego, Santa Fe Springs, and Stockton.

   c. Community Participant Mother Program (CPMP):
      As of March 5, 2025, six incarcerated people are housed at the CPMP in contracted, in-state beds. (*See* Exhibit A.)

4. Incarcerated Persons Released Under Proposition 36[3]
   Proposition 36, passed in November 2012, revised the State's three-strikes law to permit resentencing for qualifying incarcerated persons whose third strike was not serious or violent. As of February 28, 2025, approximately 2,261[4] persons have been released under this measure.

5. Incarcerated Persons Released Under Proposition 47
   Proposition 47, passed on November 4, 2014, requires misdemeanor rather than felony sentencing for certain property and drug crimes and permits incarcerated persons previously sentenced for these reclassified crimes to petition for resentencing. As of February 28, 2025, approximately 4,763 persons have been released under this measure.

---

[3] The 2012 Proposition 36 is distinct from the recently passed 2024 Proposition 36 that increases penalties for repeat offenses, particularly for theft and drug-related crimes, and creates a new treatment-focused court process for some drug possession crimes. (*See*, 2024-DLE-19 Proposition 36: The Homelessness, Drug Addiction, and Theft Reduction Act.)

[4] This number excludes incarcerated people who were eligible for Proposition 36 resentencing but released in other ways (e.g. Proposition 47 resentencing or nonviolent parole process).

# CERTIFICATE OF SERVICE

Case Name: **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
      **Coleman, et al. v. Newsom, et al.**
      USDC, Eastern District of California, Case No. 2:90-cv-00520-KJM-DB
      **Plata, et al. v. Newsom, et al.**
      USDC, Northern District of California, Case No. 4:01-cv-01351-JST

Nos.  2:90-cv-00520-KJM-DB

4:01-cv-01351-JST

I hereby certify that on March 17, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' MARCH 2025 QUARTERLY STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 AND MARCH 25, 2022 ORDERS; EXHIBITS A AND B**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 17, 2025, at San Diego, California.

| A. Ceja | /s/ A. Ceja |
|---|---|
| Declarant | Signature |

CA2001CS0001
85013549.docx