Gregg McLean Adam, Bar No. 203436
gregg@majlabor.com
Matthew Taylor, Bar No. 264551
matthew@majlabor.com
**MESSING ADAM JASMINE & SHORE LLP**
4330 Redwood Hwy, Suite 350
San Rafael, California 94903
Telephone: 415.266.1800
Facsimile: 415.266.1128

Leanne M. Kent, Bar No. 260825
Leanne.Kent@ccpoa.org
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone: 916.372.6060
Facsimile: 916.374.1824

Attorneys for *Amicus Curiae* California Correctional Peace Officers' Association

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 4:01-cv-01351-JST<br><br>**SUBMISSION OF THE CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION REGARDING HEAT CONDITIONS IN STATE PRISONS**<br><br>Date: June 16, 2025 (CMC)<br>Time: 1:30 p.m.<br>Ctrm: 6, 2nd Fl.<br><br>The Hon. Jon S. Tigar |

The California Correctional Peace Officers Association (CCPOA) submits this statement to assist the Court in understanding the environmental and institutional conditions under which our members, correctional peace officers, perform their duties, with a particular focus on extreme heat exposure within California's correctional system.

Correctional peace officers are essential to the safe and humane operation of California's prisons. Our members serve with integrity, professionalism, and empathy across vastly different geographies—from the bitter winters of Susanville to the relentless summer heat of the Central

Valley, Blythe, and Imperial Valley. In each of these settings, officers have adapted to the unique challenges of their institutions while upholding their oath to protect public safety and facilitate the delivery of health care and rehabilitative services to incarcerated individuals.

CCPOA members have performed their custodial duties with consistency and care. Officers continue to supervise incarcerated individuals—including during medical emergencies and heat waves—while relying on training and policy, provided by Defendant, to identify and respond to signs of heat-related illness. Although there have been isolated instances of officer heat-related sickness over the decades, CCPOA is not aware of a recurring or systemic pattern across institutions. This is a testament to the vigilance and adaptability of our workforce.

CCPOA recognizes the need for gradual, pragmatic improvements—such as increased access to cooling, targeted ventilation upgrades, and enhanced training. We are committed to working collaboratively with the California Department of Corrections and Rehabilitation and the State to pursue feasible and effective heat mitigation strategies. Our union has a longstanding record of good-faith engagement over workplace safety issues, and we welcome continued dialogue consistent with our rights under California's labor relations framework.

At the same time, we urge the Court to remain mindful of the State's precarious fiscal condition. Mandated large-scale capital projects—such as systemwide air conditioning retrofits—could lead to difficult tradeoffs, including the potential for additional facility closures. Such closures carry significant consequences for correctional staff, incarcerated populations, and the rural communities that depend on prison employment and services. Members also tend to be more focused on more direct threats they face in the course of providing service and security. https://www.cdcr.ca.gov/news/2025/06/02/attempted-homicide-of-california-state-prison-los-angeles-county-officers-under-investigation/; https://www.sacbee.com/news/local/crime/article307778085.html.

Correctional peace officers stand ready, as they always have, to serve in any environment. We are proud of our members' resilience and adaptability. We also believe that improvements must be pursued thoughtfully, collaboratively, and with full recognition of the operational and financial realities facing the correctional system.

CCPOA remains committed to working constructively with all parties to protect the safety, health, and dignity of those who live and work in California's prisons—no matter the temperature.

DATED: June 9, 2025

MESSING ADAM JASMINE & SHORE LLP

By: ______________________

Gregg McLean Adam
Attorneys for Amicus Curiae California Correctional Peace Officers' Association