# Exhibit A

**STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION** **GAVIN NEWSOM, GOVERNOR**

**OFFICE OF THE SECRETARY**
**PO Box 942883**
**Sacramento, CA 94283-0001**

**<u>VIA EMAIL ONLY</u>**

April 23, 2026

Colette S. Peters, Court Receiver
Chambers of Hon. Troy L. Nunley
United States District Court
Eastern District of California
Robert T. Matsui U.S. Courthouse

Dear Receiver Peters,

The California Department of Corrections and Rehabilitation (CDCR) appreciates the cooperative relationship between your office and the Department with the shared goal of improving Mental Health (MH) care and ensuring the sustainable and constitutional delivery of MH care. The Plata Receiver has identified the high number of Enhanced Outpatient Program (EOP) patients at California State Prison, Sacramento (CSP-SAC) and at other institutions, as a barrier to institutional delegation. Violence was also an associated reason for the non-delegation of institutions noting CDCR data supports that higher custody level EOP patients are involved in high levels of violence in CDCR's system.

The purpose of this letter is to request immediate prioritization of the "EOP review" process to ensure patients are housed at the right level of care. There are several critical reasons to prioritize this effort:

- As set forth in your action plan, *we must be able to provide patients with the right level of care in an appropriate environment based on the patient's individual need.* Moving patients to the right level of care where they receive the appropriate level of treatment is the fundamental design of the Mental Health Services Delivery System. When placed at the appropriate level, patients can achieve better access to rehabilitative programming such as education, vocational training, and college, to better equip patients returning home with opportunities for successful re-entry.

- In the recent past, institutional MH leadership teams have reported that 50 percent or more of current EOP patients do not meet criteria for the EOP program. In re-reviewing the MH Program Guide, I can see why some of these leaders have made these statements. The Program Guide sets forth specific treatment criteria the incarcerated person must meet for EOP and includes acute onset or significant decompensation of a serious mental disorder and/or the inability to function in general population based upon the demonstrated inability to program, or the presence of dysfunctional or disruptive social interaction as a consequence of a serious mental

disorder; or an impairment in the activities of daily living. Early iterations of the Program Guide included the criteria of a Global Assessment Functioning (GAF) score of less than 50 although my understanding is that measurement is no longer used in the DSM V. The Program Guide clearly contemplates that EOP is designed for very serious and active psychiatric impairment affecting the incarcerated persons mental state and ability to function day-to-day in our structured setting. Although there are incarcerated persons in our EOP units that meet the criteria, it is doubtful that the majority of the EOP incarcerated persons accurately meet the criteria. When clinicians and Interdisciplinary Treatment Teams (IDTT) place incarcerated persons in the EOP units who do not meet the criteria, it makes the true EOP patients vulnerable to targeting, exploitation, and victimization, which could lead to Restricted Housing Unit (RHU) placements for safety concerns and avoidable Mental Health Crisis Bed (MHCB) and Psychiatric Inpatient Program (PIP) admissions. Without accurate clinical assessments and level of care determinations, a separate housing unit for structured activities for EOP patients is ineffective.

- The prior "EOP Review" focused on reorienting the IDTT members to the specific criteria for EOP level of care set forth in the Program Guide and in so doing resulted in a significant reduction in the EOP population. Since that time, there have been hundreds of clinical staff new to the Department who could benefit from a focused Program Guide treatment criteria review including mental health staff in the telehealth program, some of whom are new to our Department and have never worked at an institution. Should the EOP population return to five percent of CDCR's total population level, a reduction of over 3,000 patients from the EOP to placement into their least restrictive clinical and custodial environment in the Correctional Clinical Case Management System (CCCMS) or General Population (GP) Level of Care (LOC) would occur. The results could lead to reduced EOP RHU, a reduction in unnecessary inpatient admissions, and an overall safer and more therapeutic environment in the EOP units.

- Based on the February 2026 Mental Health clinician Allocated and Filled Report, a similar reduction in the EOP population would result in fill rates largely exceeding 90 percent statewide.

- CDCR is once again experiencing EOP and EOP RHU population overflow issues at several institutions, which is unnecessarily driving additional resources and the need for EOP expansions with few adequate options. Without ensuring the clinical staff are following Program Guide requirements for EOP placement, unnecessary EOP units will need to be activated to house incarcerated people when it is not clinically indicated or beneficial, nor a fiscally responsible use of taxpayer funds.

In prior discussions, the Coleman Receiver team has identified bandwidth issues as a barrier to moving forward with the EOP Review effort. CDCR offers the following plan to assist with moving this effort along with minimal impact to the Coleman Receiver or Mental Health resources:

- IDTT is the appropriate process to review patients for Level of Care determination. Per the Program Guide, IDTTs occur every 90 days for incarcerated persons in the EOP level of care and thus a review of the EOP population could be completed relatively quickly and with no additional local resource needs for the IDTT components. To be clear, this process should also include ensuring patients are moved to higher levels of care when warranted.

- Formal direction should be provided to the field to follow the same/similar process that was utilized in 2017/2018 to ensure the patients currently in the EOP are referred to the appropriate level of care and in line with Program Guide treatment criteria. To be successful, this will require consistent monitoring from regional and headquarters staff to ensure the process is being adhered to as well as documented training and expectations for IDTT participants ahead of the initiative.

- CDCR is willing to work with the institutions to ensure a smooth transition for those moving from the EOP level of care by prioritizing these patients for jobs/assignments, working closely with the patients on safe housing such as Sensitive Needs Yard or Non Designated Programming Facility, retaining the patients in their current facility whenever feasible, offering the patients single cell status for up to 90 days upon discharge from EOP, etc.

To be successful and overcome expected barriers, the following recommendations should be considered:

- Make it clear to clinical staff that they will be supported during this process. Prior history has shown that incarcerated individuals will engage in behaviors to avoid level of care changes such as claiming suicidality or engaging in suicidal gestures for secondary gain (avoiding LOC change), but this does not necessarily mean they should remain at a level of care where they do not belong.

- Training of staff should include strategies for addressing staff push back on a range of issues such as a concern that patients will come right back to the EOP, patients not wanting to leave, "I'll just get another patient", incorrect belief that patients are "safer" in EOP, and training/information on educational/vocational/college opportunities, etc.

- Following LOC changes and transfers to new institutions, patients should be closely monitored, and care team hand-offs should be the norm to assist with continuity of care.

- As noted in your action plan, clinicians expressed concerns that patients' health will deteriorate due to lack of programming in CCCMS, which is why it is important to educate staff on opportunities outside of EOP and benefits to patients upon re-entry back to the community. Also noting that statewide staffing has maintained above 90 percent for psychiatry and improved to 84 percent for clinicians, positioning institutions to provide support for patients between the levels of care.

- Communicating with staff that no staffing reductions or layoffs will occur as a result of this process.

- Expectations should be set that there will be Coleman Receiver, Headquarters and Regional follow-up for institutions failing to conduct the reviews or when questionable outcomes are observed.

- Ensure that the EOP Review becomes a continuous review. Although the 2018 review stopped collecting data in 2019, there are significant benefits to ensuring the review continues even after CDCR collects data on the entire EOP population. First, it provides leadership in Mental Health and CDCR with near real time data on the types of patients being housed in the EOP. Second, it serves as a regular reminder to IDTT clinicians on CDCR's EOP admission and retention criteria.

Immediate Benefits:

- Should the EOP Review generate the expected successes, deactivation of EOP housing units at locations that are barriers to Plata delegation could be prioritized, such as CSP-SAC, Salinas Valley State Prison, and Substance Abuse Treatment Facility.

- Secondarily and equally important, deactivations of EOP housing units could also be prioritized at those institutions who individually may have staffing challenges (fill rates below 90 percent for example), treatment space challenges, and/or low performance measures. As noted in the Kern Valley State Prison CQIT report, insufficient physical infrastructure for group treatment and shortage of RHU EOP beds were structural conditions that exceed the institutions capacity to remedy independently. Also noted in the CQIT report, the Receiver will take the lead in developing and implementing a resolution including population management.

- Theoretically, this process could include the closure of eight 180 designed EOP housing units (640 beds), eight 270 celled facilities (1,200 beds), and eight Level II dorm facilities (800 beds). Noting these are listed as examples only to show the huge impact this would have.

- Collecting data on why patients are in the EOP will aid mental health and CDCR with data-driven policy-making and help address the most significant issues impacting those patients.

This is a tremendous opportunity to rapidly improve patient care, reduce victimization by individuals preying on "true" EOP patients, avoid unnecessary costs to the State of California in times of severe budget challenges, and improve re-entry outcomes for patients in the MH program. CDCR looks forward to collaborating on this issue and to providing an update on the progress via the next Coleman case management statement. Should there be a desire to couple this effort and training to encompass other initiatives such as mandating group refusals in person and standardized groups/times, CDCR stands ready to assist in these efforts as well.

Please let me know if you would like to discuss this issue further.

Sincerely,

DocuSigned by:
Jeff Macomber
5957F5D0C55F473...
Jeff Macomber

cc: Kathleen Toomey, Deputy Coleman Receiver
William Lothrop, Deputy Coleman Receiver
Darci Delgado, Mental Health Expert, Coleman Receiver
Diana Toche, Undersecretary, Healthcare Services
Jason D. Johnson, Undersecretary, Operations

# Exhibit B

**STATE OF CALIFORNIA**
**Budget Change Proposal - Cover Sheet**
DF-46 (REV 03/25)

| Fiscal Year | Business Unit Number | Department |
|---|---|---|
| 2026-27 | 5225 | California Department of Corrections and Rehabilitation/California Correctional Health Care Services |

| Hyperion Budget Request Name | Relevant Program or Subprogram |
|---|---|
| 5225-176-BCP-2026-MR | 4650 – Medical Services – Adult |

**Budget Request Title**
Medical Classification Model Adjustment

**Budget Request Summary**
The California Department of Corrections and Rehabilitation and California Correctional Health Care Services request an increase of 60.6 positions and $8.9 million General Fund in 2026-27 and ongoing to update components of the Medical Classification Staffing Model and include as part as the annual Fall Population and May Revision processes.

| Requires Legislation (submit required legislation with the BCP) | Code Section(s) to be Added/Amended/Repealed |
|---|---|
| ☐ Trailer Bill Language<br>☐ Budget Bill Language ☒ N/A | Click or tap here to enter text. |

| Does this BCP contain information technology (IT) components? | Department CIO | Date |
|---|---|---|
| ☐ Yes ☒ No<br>*If yes, departmental Chief Information Officer must sign.* | Click or tap here to enter text. | Click or tap to enter a date. |

**For IT requests, specify the project number, the most recent project approval document (FSR, SPR, S1BA, S2AA, S3SD, S4PRA), the approval date, and the total project cost.**

**Project No.** Click or tap here to enter text.

**Approval Date:** Click or tap to enter a date.

**Project Approval Document:** Click or tap here to enter text.

**Total Project Cost:** Click or tap here to enter text.

**If proposal affects another department, does other department concur with proposal?** ☐ Yes ☐ No

*Attach comments of affected department, signed and dated by the department director or designee.*

| Prepared By | Date | Reviewed By | Date |
|---|---|---|---|
| Crystal Bender | 5/14/2026 | Duane Reeder | 5/14/2026 |
| **Department Director** | **Date** | **Agency Secretary** | **Date** |
| Lara Saich | 5/14/2026 | Diana Toche | 5/14/2026 |

**Department of Finance Use Only**

**Additional Review:** ☐ **Capital Outlay** ☐ **ITCU** ☐ **FSCU** ☐ **OSAE** ☐ **Dept. of Technology**

| Principal Program Budget Analyst | Date submitted to the Legislature |
|---|---|
| Ryan Weinberg | 5/14/2026 |

## A. Problem Statement

In the lawsuit *Plata v. Newsom*, the Federal Court found that deficiencies in the health care being provided in California's prisons constituted a violation of the Eighth Amendment of the United States Constitution's prohibition against cruel and unusual punishment. The court ordered that control of prison health care be removed from the California Department of Corrections and Rehabilitation (CDCR) and placed under the auspices of a federal receiver until such time that the level of care provided was deemed acceptable to the court and that CDCR demonstrated an ability and commitment to maintain that level of care.

From the inception of the Medical Receivership in 2006, major changes have been made to California's prison health care within CDCR's California Correctional Health Care Services (CCHCS). These have included the introduction of utilization and quality management programs, introduction of the Complete Care Model, implementation of an Electronic Health Records System (EHRS), and aligning health care provider staffing with patient needs. Changes to staffing were addressed in 2014-15 through the Medical Classification Model (MCM) and in 2016-17 through the Supervisory Staffing Model. These models examined classifications involved in the supervision/management and direct care of patients at each institution and determined the staffing needs based on patient acuity, ratios, or baseline staffing. Application of the models resulted in redistribution of health care providers and created a baseline of supervisors/managers. The last staffing model adjustments were made through a 2019-20 MCM Updates Finance Letter that augmented the staffing model to adjust for primary care services, inpatient services, and ancillary staffing. Through these augmentations to the staffing models, nursing staffing has not been adjusted for these requested service areas. Since the inception of the CCHCS nursing staffing model, new mandates, evolving patient care demands, and updated policy requirements – including Health Care Department Operations Manual (HCDOM) 3.1.8 Reception Center, HCDOM 3.1.9 Health Care Transfer, HCDOM 3.1.11 Outpatient Specialty Services, HCDOM 3.5.8 Prescription/Order Requirements and Medication Availability, and HCDOM 3.7.1-1 Emergency Medical Response System – have incrementally increased workload requirements for CCHCS Registered Nurses (RNs) and Licensed Vocational Nurses (LVNs). These cumulative changes have created systemwide staffing deficiencies not reflected in current models and no longer align with current operational realities, patient demographics, or mandated clinical requirements. This is most evident in three major functional areas: Triage and Treatment Area (TTA), male Reception Centers (RCs) institutions, and Specialty Services.

Over the last five years, TTAs have experienced significant growth in the volume of clinical encounters. TTAs manage urgent and emergent responses, higher level of care transfers and returns, offsite specialty returns, rapid Suboxone induction, and after-hour coverage for transfers, processing of patients prior to community reentry, urgent/emergent face-to-face visits, wound care, and walk-ins. Under the direction of the Medical Receiver, an independent analysis was conducted by Dr. Jeffery Keller on the CDCR Emergency Response System. Dr. Keller is a Board-Certified Emergency Physician and a Fellow of the American College of Emergency Physicians. He practiced as an emergency physician for 24 years in a Level II Trauma Center, with a subspecialty in emergency medical services. He served for 25 years as the Medical Director of the City/County Fire Department paramedics and served as the Medical Director to numerous rural volunteer ambulance services. He subsequently has 22 years of experience in correctional medicine, in both jails and prison systems, having extensive experience in providing direct clinical care to incarcerated patients and administrative experience supervising medical operations. Dr. Keller's analysis found that emergency response systems must maintain "sufficient staff in place at each level of patient care to respond appropriately to emergency activations" and recommended increasing staffing on second and third watches in proportion to the frequency of emergency events and non-emergent workload. Statewide emergency activations have risen year over year, further exacerbating the existing staffing strain in the TTA and reducing institutions' capacity to respond to simultaneous emergencies. In 2020, there were 122,908 emergency activations which increased to 221,677 in 2024.

RCs at North Kern State Prison (NKSP) and Wasco State Prison (WSP) process all male county jail intake for the state. Each institution receives 240-260 intakes weekly and transfers a similar amount to permanent mainline housing to maintain capacity for ongoing admissions. Expanding HCDOM requirements, and clinical intake and transfer processes have outpaced the current staffing model allocations, forcing both institutions to submit requests for unfunded positions and temporary staffing solutions to maintain continuity of care which is neither sustainable nor fiscally sound.

Specialty Services have faced unprecedented workload growth driven by an aging population with chronic illnesses, higher rates of comorbidities, and a higher volume of transgender patients requiring increasing individual care and evolving clinical guidance for chronic care management. Over the last five years, from 2020-21 to 2024-25, onsite specialty services increased by 69 percent and offsite specialty services increased by 83 percent statewide. Institutions must rely on overtime, temporary staffing, and unfunded positions to meet demand, leading to operational inefficiencies and backlogs. Support staff cannot be redirected or assigned to this workload because they lack the clinical scope to offset the demands, reinforcing the need for the licensed nursing augmentation.

Central California Women's Facility (CCWF) uniquely provides Skilled Nursing Facility (SNF) level of care. According to CCHCS' Utilization Management Nursing Reference Manual, a SNF is a health facility or a distinct part of a hospital which provides continuous skilled nursing care and supportive care to patients whose primary need is for availability of skilled nursing care on an extended basis. It provides 24-hour inpatient care and, at a minimum, includes physician, skilled nursing, dietary, and pharmaceutical services as well as an activity program. The current CCHCS staffing model meets the regulatory requirements of Title 22, Section 72329.2, and provides the minimum of 3.5 direct care service hours per patient day through a combination of RNs and LVNs; however, CCHCS must also adhere to Title 22, Section 72329.2(a), which requires a minimum of 2.4 Certified Nurse Assistant (CNA) hours per patient day. CCHCS has submitted an annual waiver to California Department of Public Health (CDPH) to bypass the CNA requirement using a RN/LVN staffing structure. Transitioning to a regulatory compliant staffing model that utilizes RNs and CNAs would eliminate the need for ongoing waivers while providing a more efficient and cost-effective approach to delivering SNF-level care.

Collectively, these operational pressures demonstrate that current RN and LVN staffing methodologies for these services are outdated and inadequate to meet constitutional, clinical, and operational obligations. Without updated staffing models, CCHCS faces an increasing risk of delayed access to care, growing specialty backlogs, degraded emergency response capability, rising unfunded overtime and temporary staffing costs, and potential noncompliance with ongoing Plata requirements.

**Resource History**

*(Dollars in thousands)*

| **Program Budget** | **2020-21** | **2021-22** | **2022-23** | **2023-24** | **2024-25** | **2025-26**[1] |
|---|---|---|---|---|---|---|
| TTA Authorized Expenditures | 84,354 | 82,248 | 82,248 | 75,914 | 73,810 | 71,704 |
| RC Authorized Expenditures | 2,383 | 2,383 | 2,383 | 2,383 | 2,383 | 2,383 |
| Onsite Specialty Authorized Expenditures | 8,578 | 8,340 | 8,340 | 7,863 | 7,625 | 7,387 |
| Offsite Specialty Authorized Expenditures | 8,340 | 8,102 | 8,102 | 7,863 | 7,625 | 7,387 |
| RC Med Management Authorized Expenditures | 0 | 0 | 0 | 0 | 0 | 0 |
| Skilled Nursing Facility Authorized Expenditures | 2,085 | 2,085 | 2,085 | 2,085 | 2,085 | 2,085 |
| **Total Expenditures** | **113,126** | **110,306** | **110,306** | **103,017** | **100,199** | **97,379** |
| TTA Authorized Positions | 424.8 | 414.2 | 414.2 | 382.3 | 371.7 | 361.1 |
| RC Authorized Positions[2] | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Onsite Specialty Authorized Positions | 43.2 | 42.0 | 42.0 | 39.6 | 38.4 | 37.2 |
| Offsite Specialty Authorized Positions | 42.0 | 40.8 | 40.8 | 39.6 | 38.4 | 37.2 |
| Reception Center Med Management Authorized Positions | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Skilled Nursing Facility Authorized Positions | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 | 10.5 |
| **Total Positions** | **569.7** | **555.5** | **555.5** | **518.8** | **504.6** | **490.4** |

**[1] Projected total**
**[2]Authorized RN positions**

**Workload History**

| Workload Measure | 2020-21 | 2021-22 | 2022-23 | 2023-24 | 2024-25 | 2025-26[1] |
|---|---|---|---|---|---|---|
| TTA Encounters | 105,595 | 117,683 | 161,250 | 216,143 | 222,836 | 229,529 |
| Reception Center Intakes | 15,600 | 28,517 | 27,573 | 25,037 | 24,431 | 22,675 |
| Onsite Specialty Services | 64,590 | 77,690 | 94,897 | 101,868 | 109,438 | 117,008 |
| Offsite Specialty Services | 39,653 | 52,982 | 64,659 | 71,019 | 72,568 | 74,117 |

[1] **Projected total**

## B. Justification

CDCR/CCHCS request an increase of 60.6 positions and $8.9 million General Fund in 2026-27 and ongoing to update the staffing for each area as described below. These updates will allow CCHCS to adjust staffing based on population and appointment fluctuations over time. Adequate staffing will help alleviate overtime, backlogs and help improve access to care.

1. Staffing Model Adjustment: TTA RNs Based on Volume/Type of TTA Visits

   Utilizing the updated methodology described below, institutions will continue to maintain the regulatory minimum of two RNs per watch. However, when workload exceeds 2.5 full-time equivalents, additional staffing is required to safely process patient volume without compromising emergency response readiness. Application of this methodology resulted in the identification of 19.5 additional RN positions. These allocations directly correspond to documented workload demands and are essential to maintaining timely triage, monitoring, and treatment of patients requiring urgent and emergent care.

   The existing medical classification staffing model will be updated to account for the volume and type of patient care encounters at each institution. The current standardized staffing approach does not sufficiently account for significant variation in clinical activity across institutions, watches, weekends, and holidays. As a result, facilities with disproportionately high TTA workloads are required to operate at the same staffing levels as lower-acuity institutions, creating operational risk, patient safety concerns, and inefficiencies that drive avoidable offsite utilization.

   To address this gap, CCHCS conducted a workload analysis using six months of institutional encounter data. Nursing time requirements were calculated across four core encounter categories that represent the majority of TTA workload: (1) emergency medical responses, (2) offsite appointment returns, (3) higher level of care returns, and (4) other encounters such as walk-ins, after-hour transfers, and after-hour wound care. The average time required for each encounter type is multiplied by encounter volume, aggregated across all four categories, and then stratified by watch. This methodology accurately reflects the true need for TTA nursing staff, particularly during 2nd and 3rd watches when more than 90 percent of emergency activations occur.

   This workload-based staffing approach is strongly supported by Dr. Keller based on his comprehensive review that concluded TTA RN staffing is fundamentally misaligned with the core mission of emergency response and fails to account for variability in emergency activation rates across institutions. His analysis demonstrated that facilities with higher populations and higher volumes of emergency activation require proportionately greater TTA staffing, and that standardized RN staffing models—such as staffing two RNs 24 hours a day, 7 days a week, regardless of volume—place high-acuity institutions at disproportionate risk.

   Dr. Keller further found that inadequate RN staffing contributes directly to delayed patient monitoring, increased reliance on offsite transfers for non-emergent conditions, and a higher frequency of "transfers of convenience," which are costly, inefficient, and increase patient risk. His review of consecutive send-outs revealed that 28–36 percent of offsite transfers at high-volume institutions could reasonably have been managed onsite with adequate staffing. These findings underscore that insufficient RN resources not only compromise patient safety but also

increase system-wide costs through avoidable ambulance utilization, emergency department visits, and custody transport demands.

2. Staffing Model Adjustment: RNs for Receiving and Release (R&R) at Male RC Institutions

   The existing medical classification staffing model will be updated to reflect an additional three RN posts with five-day relief for each male reception center. This update results in a request for 7.2 RN positions.

   CCHCS requests to update its staffing methodology for male RCs to reflect the substantial increase in nursing workload associated with the EHRS and the significant intake volume disparities at NKSP and WSP. Current staffing models do not account for the time of intake and release processes or for institutions processing significantly higher intake volumes. As a result, R&R nursing operations at NKSP and WSP are operating beyond sustainable capacity, placing patient safety, regulatory compliance, and staff retention at risk, thus resulting in the need to utilize unfunded staffing.

   Time-and-motion analysis demonstrates that RC intake alone requires between 30–50 minutes per patient, while RC out-processing requires an additional 12 minutes per patient. A portion of the increased intake time is directly attributable to the EHRS implementation. Tasks such as EHRS registration, medication history reconciliation, and completion of the Initial Health Screening, which includes 139 to 210 questions depending on the encounter, either did not exist or existed in a substantially reduced form under the previous paper-based model. While the EHRS improves documentation accuracy, supports continuity of care, and strengthens regulatory compliance, the expanded electronic tasks have increased intake processing times. Separate from EHRS-related impacts, the RC process includes a range of expanded procedural requirements that contribute significantly to workload. These activities include, but are not limited to, expanded communicable disease screening and documentation, the incorporation of substance use screening and documentation, and more comprehensive patient orientation and education processes. As a result of these changes, the time needed to complete intake processing has significantly increased. For example, the time required to complete an Initial Health Screening previously averaged 10–20 minutes, allowing a single nurse to screen 30–45 patients per shift. With the introduction of EHRS and additional intake requirements, the same screening averages 20–30 minutes, reducing throughput to 15–22 patients per shift per nurse, an approximate 50 percent reduction in productivity for this single task.

   Despite this demonstrable increase in per-patient workload, R&R nurse staffing levels have remained largely unchanged. A comparison of R&R workload between reception centers and non-reception center institutions shows a significant disparity at NKSP and WSP, where R&R nurses are responsible for providing care to 533 to 566 percent more patients than their counterparts. At current volumes, NKSP and WSP R&R nurses are required to perform continuous high-acuity intake processing across all watches while simultaneously managing layovers, interfacility transfers, and court returns. This environment elevates the risk of documentation errors, delayed medication initiation, missed clinical red flags, and staff fatigue—outcomes that are inconsistent with CCHCS's constitutional mandate and patient safety standards.

3. Staffing Model Adjustment: LVNs for R&R at Male RC Institutions

   The current LVN position methodology does not account for the continuous, high-volume of intake and transfer activity managed by the RCs at NKSP and WSP. The existing medical classification staffing model will be updated to reflect an additional three LVN posts with five-day relief for each male reception center. This update results in a request for 7.2 LVN positions.

   This update will ensure adherence with policy-mandated medication administration workload associated with incarcerated person movement through R&R operations.

   R&R nursing staff are required to provide prescribed medication to all departing patients prior to transport and ensure that all arriving patients have prescribed medications available at their next scheduled dosing time. These responsibilities occur across all three watches and frequently begin overnight and extend into the early morning hours. HCDOM Section 3.1.9 requires all patients transferring out of an institution to be administered scheduled prescribed medication prior to boarding transport. This process begins on third watch the day before transfer and requires centralized delivery of medications, sorting, reconciliation, and verification of patient-specific Nurse Administered or Directly Observed Therapy, Keep On Person (KOP), and rescue medications. It culminates in early-morning medication administration beginning at approximately at 0230 hours and includes verification of patient possession of KOP medications

and durable medical equipment. Concurrently, HCDOM Section 3.5.8 requires that patients arriving from outside of CDCR have their prescribed medications ordered within eight hours of arrival and administered at the next dosing time. This requirement often overlaps with outbound movement, creating simultaneous inbound and outbound medication administration demands.

The high volume of patients processed in and out of the RCs at NKSP and WSP has resulted in sustained medication administration demands that far exceed what is experienced at non-RC institutions. Applying a uniform LVN staffing methodology across all facilities fails to account for the extreme volume differential and results in chronic understaffing of R&R medication functions at these locations.

Authorizing NKSP and WSP 1.2 LVNs per shift across three shifts, for a total of 3.6 PY per institution (7.2 PY statewide), would effectively provide three additional LVN positions dedicated to RC medication administration. This targeted allocation would fully support policy-mandated processes for both departing and arriving patients, stabilize medication administration across all watches, and eliminate the need to divert outpatient medication management LVNs to cover R&R medication administration functions.

4. Staffing Model Adjustment: Offsite and Onsite LVNs

The existing medical classification staffing model for Specialty Services is a stagnant number and is not currently adjusted for fluctuations in workload/appointment volume. CCHCS requests to update its staffing methodology to account for the sustained growth and increasing complexity of specialty care services, particularly at institutions with disproportionately high volumes of specialty care visits. These utilization trends reflect not only population health needs but also the evolving nature of evidence-based clinical practice. Over time, national diagnostic and CCHCS Preventive Services Care Guide screening guidelines have expanded both the number of patients eligible for specialty services and the frequency and intensity of diagnostic testing. For example, lung cancer screening guidelines now recommend low-dose chest computed tomography for high-risk smokers, significantly increasing referrals to pulmonology and radiology. Similarly, updated hepatology and oncology standards emphasize routine liver ultrasound surveillance for patients at risk for hepatocellular carcinoma, driving increased specialty imaging, follow-up visits, and care coordination. Comparable expansions have occurred across cardiology, nephrology, endocrinology, and oncology, where earlier detection and tighter monitoring are now a standard of care.

These guideline-driven changes materially increase workload beyond the discrete count of specialty visits. Each additional specialty encounter generates additional workload including referral processing, diagnostic scheduling, pre-visit testing, post-visit follow-up, medication reconciliation, and ongoing care coordination.

Data from 2020-21 through 2024-25 have demonstrated a consistent and significant increase in specialty care utilization across all modalities. Onsite specialty services increased from 64,590 visits in 2020-21 to 109,438 visits in 2024-25. Offsite specialty services also rose steadily during this period, increasing from 39,653 visits in 2020-21 to 72,568 in 2024-25.

Updating the staffing methodology to align resources with actual specialty care demand is both clinically necessary and fiscally responsible. Allocating additional staff to institutions with high volumes of specialty visits ensures that evolving diagnostic standards can be implemented effectively, that onsite and telemedicine capacity is maximized before offsite escalation occurs, and that specialty care pathways remain timely and coordinated. This approach supports early detection, reduces avoidable offsite utilization, and aligns CCHCS operations with contemporary standards of care.

Staffing will be updated to reflect additional LVN posts when an institution meets or exceeds the average monthly number of appointments over a six-month period. Determination for additional staff will be based on:

- Offsite specialty workload analysis indicates a single staff member can process 115 appointments per month. When the average monthly appointment volume over a six-month period generates a workload demand exceeding 0.5 FTE of the institutions established staffing complement, an additional 1.0 position with five-day relief coverage will be allocated. Additional 1.0 posts with five-day relief will be provided for every additional increment of 115 monthly appointments. This update results in a request for 25.2 LVN positions.

- Onsite Specialty workload analysis indicates a single staff member can process 300 appointments per month. When the average monthly appointment volume over a six-month period generates a workload demand exceeding 0.5 FTE of the institution's established staffing complement, an additional 1.0 position with five day relief coverage will be allocated. Additional 1.0 posts with five-day relief will be provided for every additional increment of 300 monthly appointments. This update results in a request for 1.2 LVN positions.

Reducing minimal staffing levels for offsite and onsite services is not operationally feasible due to the inherent unpredictability of provider availability and external scheduling processes. Specialty providers may have fluctuating availability, and communication with outside scheduling entities is often intermittent and inconsistent, requiring sustained internal staffing to manage access, rescheduling, and follow-up effectively. If staffing were reduced below baseline levels, the facility would be required to either increase reliance on offsite specialty appointments, which are substantially more expensive than onsite services, or experience a backlog of unfulfilled referrals and delayed care. Either scenario would result in higher costs, decreased efficiency, and compromised access to timely specialty services, undermining both clinical outcomes and system performance.

5. Staffing Model Adjustment: CCWF SNF Staffing

Revising the staffing model to incorporate CNAs in place of LVNs will allow CCHCS to fully comply with the previously cited Title 22 requirements without the need to submit a waiver to CDPH. This approach supports regulatory compliance while promoting a more streamlined and economical staffing structure that aligns with the operational needs of the health care delivery system. Staffing would be determined as follows:

- Baseline CNA allocations: 1.0 CNA plus seven-day relief at 2.4 nursing hours per patient day. This update results in a request for 14.2 CNAs.
- Baseline RN allocations: 1.0 RN plus seven-day relief at 1.1 nursing hours per patient day. This update results in a request for 7.1 RNs.

CCHCS requests a total of 23.3 RNs, 23.1 LVNs, and 14.2 CNAs, totaling 60.6 positions and $8.9 million General Fund in 2026-27 and ongoing. In addition, CCHCS requests to adjust the nursing staffing through the bi-annual standard population adjustment process.

## C. Departmentwide and Statewide Considerations

This request will assist CCHCS in providing constitutionally acceptable and sustainable level of heath care to the incarcerated population.

## D. Outcomes and Accountability

The augmentations proposed within this proposal will provide appropriate necessary staffing and accounts for items previously unrecognized. Adjusting the staffing model for additional positions now and then bi-annually through the standard population adjustment processes will align with the anticipated changes in encounters and specialty service needs.

**Projected Outcomes**

| Workload Measure | 2025-2026 | 2026-27 | 2027-28 | 2028-29 | 2029-30 | 2030-31 |
|---|---|---|---|---|---|---|
| TTA Encounters | 229,529 | 236,222 | 242,915 | 249,608 | 256,301 | 262,994 |
| Reception Center | 22,675 | 21,215 | 19,754 | 18,293 | 16,833 | 15,372 |
| Onsite Specialty | 117,008 | 124,578 | 132,148 | 139,718 | 147,288 | 154,858 |
| Offsite Specialty | 74,117 | 75,666 | 77,215 | 78,764 | 80,313 | 81,862 |

### E. Implementation Plan

CCHCS is requesting to include the augments in population adjustments twice annually. The updates will be added to existing medical classification model workbooks and will be updated in the Fall Population and May Revision processes.

### F. Supplemental Information (If Applicable)

Not applicable.

# BCP Fiscal Detail Sheet

(Dollars in Thousands)

BCP Title: Medical Classification Model Adjustment

BR Name: 5225-176-BCP-2026-MR

Budget Request Summary

## Personal Services

| Personal Services | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| Positions - Permanent | 0.0 | 60.6 | 60.6 | 60.6 | 60.6 | 60.6 |
| **Total Positions** | **0.0** | **60.6** | **60.6** | **60.6** | **60.6** | **60.6** |
| Salaries and Wages Earnings - Permanent | 0 | 5,937 | 5,937 | 5,937 | 5,937 | 5,937 |
| **Total Salaries and Wages** | **$0** | **$5,937** | **$5,937** | **$5,937** | **$5,937** | **$5,937** |
| Total Staff Benefits | 0 | 2,796 | 2,796 | 2,796 | 2,796 | 2,796 |
| **Total Personal Services** | **$0** | **$8,733** | **$8,733** | **$8,733** | **$8,733** | **$8,733** |

## Operating Expenses and Equipment

| Operating Expenses and Equipment | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| 5301 - General Expense | 0 | 19 | 19 | 19 | 19 | 19 |
| 5302 - Printing | 0 | 1 | 1 | 1 | 1 | 1 |
| 5320 - Travel: In-State | 0 | 16 | 16 | 16 | 16 | 16 |
| 5322 - Training | 0 | 7 | 7 | 7 | 7 | 7 |
| 5368 - Non-Capital Asset Purchases - Equipment | 0 | 77 | 186 | 186 | 186 | 186 |
| 539X - Other | 0 | 17 | 17 | 17 | 17 | 17 |
| **Total Operating Expenses and Equipment** | **$0** | **$137** | **$246** | **$246** | **$246** | **$246** |

## Total Budget Request

| Total Budget Request | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| **Total Budget Request** | **$0** | **$8,870** | **$8,979** | **$8,979** | **$8,979** | **$8,979** |

# Fund Summary

## Fund Source

| Fund Source | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| State Operations - 0001 - General Fund | 0 | 8,870 | 8,979 | 8,979 | 8,979 | 8,979 |
| **Total State Operations Expenditures** | **$0** | **$8,870** | **$8,979** | **$8,979** | **$8,979** | **$8,979** |
| **Total All Funds** | **$0** | **$8,870** | **$8,979** | **$8,979** | **$8,979** | **$8,979** |

# Program Summary

## Program Funding

| Program Funding | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| 4650012 - Medical Administration-Adult | 0 | 29 | 186 | 186 | 186 | 186 |
| 4650014 - Medical Other-Adult | 0 | 8,841 | 8,793 | 8,793 | 8,793 | 8,793 |
| **Total All Programs** | **$0** | **$8,870** | **$8,979** | **$8,979** | **$8,979** | **$8,979** |

# Personal Services Details

## Positions

| Positions | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| 8185 - Certified Nursing Asst (Eff. 07-01-2026) | 0.0 | 14.2 | 14.2 | 14.2 | 14.2 | 14.2 |
| 8257 - Licensed Vocational Nurse (Eff. 07-01-2026) | 0.0 | 23.1 | 23.1 | 23.1 | 23.1 | 23.1 |
| 9275 - Registered Nurse - CF (Eff. 07-01-2026) | 0.0 | 23.3 | 23.3 | 23.3 | 23.3 | 23.3 |
| **Total Positions** | **0.0** | **60.6** | **60.6** | **60.6** | **60.6** | **60.6** |

## Salaries and Wages

| Salaries and Wages | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| 8185 - Certified Nursing Asst (Eff. 07-01-2026) | 0 | 825 | 825 | 825 | 825 | 825 |
| 8257 - Licensed Vocational Nurse (Eff. 07-01-2026) | 0 | 1,864 | 1,864 | 1,864 | 1,864 | 1,864 |
| 9275 - Registered Nurse - CF (Eff. 07-01-2026) | 0 | 3,248 | 3,248 | 3,248 | 3,248 | 3,248 |
| **Total Salaries and Wages** | **$0** | **$5,937** | **$5,937** | **$5,937** | **$5,937** | **$5,937** |

## Staff Benefits

| Staff Benefits | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| 5150450 - Medicare Taxation | 0 | 86 | 86 | 86 | 86 | 86 |
| 5150600 - Retirement - General | 0 | 1,356 | 1,356 | 1,356 | 1,356 | 1,356 |
| 5150800 - Workers' Compensation | 0 | 236 | 236 | 236 | 236 | 236 |
| 5150900 - Staff Benefits - Other | 0 | 1,118 | 1,118 | 1,118 | 1,118 | 1,118 |
| **Total Staff Benefits** | **$0** | **$2,796** | **$2,796** | **$2,796** | **$2,796** | **$2,796** |

## Total Personal Services

| Total Personal Services | FY26 Current Year | FY26 Budget Year | FY26 BY+1 | FY26 BY+2 | FY26 BY+3 | FY26 BY+4 |
|---|---|---|---|---|---|---|
| **Total Personal Services** | **$0** | **$8,733** | **$8,733** | **$8,733** | **$8,733** | **$8,733** |

# Exhibit C

**From:** Mackenzie Halter
**To:** Clark Kelso; Kelso, Clark@CDCR; Toche, Diana@CDCR; John D@CDCR Dovey; Hartmann, Sarah@CDCR; Yang, Mellonie@CDCR; Burkart, Brianne@CDCR; Saich, Lara@CDCR; Brittany@CDCR; Heintz, Lisa@CDCR; Gouldy, DeAnna@CDCR; Hart, Robin@CDCR; Matranga, Amanda@CDCR; Sara@CDCR; CDCR CCHCS Health Care Compliance Support Section; Paul B. Mello; Samantha Wolff; David Casarrubias; Samantha M Bacon; Rachel; Damon McClain; Corinna Arbiter; CDCR-OLA Plata CAT Mailbox; OBrien, Robert@CDCR; Galang, Andrea@CDCR
**Cc:** Alison Hardy; Don Specter; Steven Fama; Rana Anabtawi; Lily Harvey; Sara Norman; Joshua Marin
**Subject:** Plata | Non Paragraph 7 re Backlog Data and Specialty Appointment Timeliness
**Date:** Friday, April 10, 2026 3:05:48 PM

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon,

I write to request updated data regarding backlogs of specialty services, ultrasound exams for advanced liver disease patients, and PCP appointments, in the formats you've previously provided, as of a specified date on or after 5/1/26.

Can you also please provide an updated chart showing statewide monthly totals of e-consults generated, the proportion of providers who generated one or more consult, and the proportion of e-consult responses that met the needs of the requesting provider, for the months of January, February, March, and April 2026?

Lastly, can you please describe what actions CCHCS has taken (or plans to take) to improve timely access to high and medium priority specialty services for prisons that have struggled to provide such appointments in recent months, including CHCF, CMF, and SVSP?

Thank you,

**Mackenzie Halter**
Staff Attorney
Prison Law Office
(510) 280-2621
mhalter@prisonlaw.com
Pronouns: she/her

# Exhibit D

PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Executive Director:*
Margot Mendelson

*Attorneys:*
Rana Anabtawi
Patrick Booth
Tess Borden
Rosalind Dillon
Steven Fama
Daniel Greenfield
Mackenzie Halter
Alison Hardy
Sophie Hart
Lily Harvey
Ashe Huang
Jacob Hutt
Heather MacKay
Megha Ram
Donald Specter
Jerrod Thompson

February 12, 2026
*via e-mail only*

**Re: Installation of Heat Sensors in CDCR**

Dear CDCR and CCHCS:

We write regarding CDCR's plans to install heat sensors in the prisons.

For many years, CDCR has required staff to manually record and log temperatures during the heat season. This is a process that is, at best, prone to human error. As the *Plata* Court noted in September 2025: "[O]ne thing that needs to happen immediately . . . is that CDCR staff need to record institutional temperature data . . . . That has not been happening."[1] In its September 2025 *Audit of the California Department of Corrections and Rehabilitation's Management of Temperature Conditions Within California's Prisons*, the Office of the Inspector General found significant noncompliance with CDCR's policies requiring staff to take and record temperatures.[2] Specifically, the OIG documented "multiple days in which custody staff failed to perform and document temperature readings in several housing units."[3] The OIG concluded "this manual process is prone to errors and missed temperature readings."[4] The OIG also noted "Departmental staff . . . told auditors that temperature readings were sometimes taken in locations that would not show the most accurate reading, such as locations near doorways."[5] The *Coleman* Special Master made similar findings in February 2025.[6]

We understand that CDCR is now considering installing heat sensors, to automatically capture heat data. We support this effort. Installing sensors capable of automatically measuring and transmitting

---

1 Reporter's Transcript at 26:5-9, *Plata v. Newsom*, Case No. 4:01-cv-01351-JST (N.D. Cal. Sept. 15, 2025).

2 *See* Office of the Inspector General, *Audit of the California Department of Corrections and Rehabilitation's Management of Temperature Conditions Within California's Prisons* at 15 (Sept. 2025), ("OIG Report") at 15-17, https://www.oig.ca.gov/wp-content/uploads/2025/09/Audit-of-the-California-Department-of-Corrections-and-Rehabilitations-Management-of-Temperature-Conditions-Within-Californias-Prisons.pdf.

3 *Id.* at 15.

4 *Id.* at 17.

5 *Id.* at 14.

6 *The Coleman Special Master's Thirty-First Round Focused Heat Plan Monitoring Report*, Dkt. 8558 at 31-36, *Coleman v. Newsom*, Case No. 2:90-cv-00520-TLN-SCR (E.D. Cal. Feb. 28, 2025).

Board of Directors
Jason Bell • Chesa Boudin • Vanita Gaonkar • Nick Gregoratos • Jean Lu
Claire McDonnell • Seth Morris • Keramet Reiter • Vishal Shah • Adrienne Yandell

data is key to generating reliable information about heat in the prisons. We write to emphasize two critical points.

**First, the sensors must record heat index**, not just temperature. The heat index is the accepted holistic measure used by the National Weather Service to issue heat advisories and by medical professionals.[7] The heat index is calculated by combining air temperature and humidity, and it is a more accurate gauge of the body's reaction to the external environment than temperature alone.[8] Even when humidity is moderate, heat index is generally higher – and sometimes much higher – than the ambient temperature.[9]

**Second, the sensors must be installed in locations that will adequately and accurately capture the highest heat index people are exposed to inside housing units.** Understanding where and when people are at risk of heat-related medical harm requires knowing where and when people are exposed to the highest heat-index measurements. The Department's current plan – to install sensors only on the wall above the control room – is clearly inadequate: as the Department itself has acknowledged, cells can be significantly hotter than common areas of housing units. In its June 2025 *Climate and the Impact on CDCR* publication, the Department reported that when it is 88.2 °F in a dayroom, it can be *more than 20 degrees hotter* – 109.1°F – in a cell on the western wall of the housing unit.[10]

Capturing the heat incarcerated people are exposed to in their cells is especially important because CDCR often locks individuals in their cells during heat events. This has been reported by Plaintiffs'

---

7 *See* Declaration of Susi Vassallo, M.D., Dkt. 50-2 ¶ 14, *Tiede v. Collier*, Case No. 1:23-cv-01004-RP (W.D. Tex. Apr. 25, 2024); *see also* Nat'l Weather Servs., *What is the heat index?*, https://www.weather.gov/ama/heatindex (last accessed Feb. 12, 2026).

8 Vassallo Dec., *supra* n. 7, ¶ 14.

9 *See* Nat'l Oceanic & Atmospheric Admin., *Heat Index Chart*, https://www.noaa.gov/sites/default/files/2022-05/heatindex_chart_rh.pdf (last accessed Feb. 12, 2026).

10 Calif. Dep't of Corr. & Rehab., *Climate and the Impact on CDCR* (June 2025) at 2, https://www.cdcr.ca.gov/green/wp-content/uploads/sites/176/2025/06/Climate-and-the-Impact-on-CDCR.pdf.

counsel in *Coleman*[11] and *Armstrong*[12], as well as by the *Coleman* Special Master[13] and the OIG.[14] In its September 2025 audit, the OIG quoted an incarcerated person at Corcoran State Prison who reported suffering "anxiety attacks" while locked down in their cell during a heat event, "because there was not enough air flow in the cell."[15] Another person reported it was "too hot" and they "couldn't breathe" in their cell, and that "[t]he day room is cooler than the cells."[16]

**Installing sensors in dayrooms that only measure heat will dramatically and dangerously underestimate the risk of medical harm that incarcerated people are exposed to.**

Both of these issues have been raised by the *Plata* Receiver in *Armstrong/Plata/Coleman* Coordination meetings.[17] CDCR's responses were concerning. On the question of whether the sensors would measure heat index, CDCR/CCHCS reported that "[f]unding is an issue as sensors with a humidity sensor (to get a true heat index) are costly."[18] Regarding the placement of the sensors, CDCR/CCHCS reported they had installed the sensors at two test sites (Mule Creek and Calipatria), two per housing unit, "on the wall above the control room."[19] When the *Plata* Receiver asked about plans to install sensors in cells, CDCR/CCHCS reported "there were currently no plans to do so; however, they could always change that."[20] And in the January 20, 2026 *Plata* Case Management Conference Statement, Defendants reported only that sensors had been installed at Mule Creek and Calipatria, and that there were "funding concerns for further rollout" and "no firm decision has yet been made regarding statewide implementation."[21]

---

11 *See* Ltr. from T. Nolan to CDCR Office of Legal Affairs Re: *Coleman v. Newsom* Serious Heat Plan Issues Underscored by Current Heat Wave and Recent Likely Heat-Related Death at CCWF (July 26, 2024).

12 *See* Ltr. from M. Hatton to CDCR Office of Legal Affairs Re: *Coleman v. Newsom* Dangerous Heat Conditions at CMF (reporting that in M-3, the third-floor EOP RHU, class members are not allowed out of their hot cells on weekends due to staffing issues); Email from R. Lomio to CDCR Office of Legal Affairs Re: Extreme Heat at SATF (July 15, 2024) (reporting both that temperature measurements in dayrooms were "in some cases are at least ten degrees cooler than the cells in which people are confined" and that on some yards, people were "largely locked in their cells/pods . . . for a variety of reasons, including staff shortages, altercations on the yard, and because that dayroom is closed whenever someone is on suicide precautions in the unit").

13 *See, e.g.*, Thirtieth Round Monitoring Report – Part C, Dkt. 8095 at 694, *Coleman v. Newsom*, Case No. 2:90-cv-00520-TLN-SCR (E.D. Cal. Dec. 22, 2023) (noting that at CCWF, "[d]ue to custody staff shortages, when patients were recalled inside due to a Stage I heat alert, patients were not offered dayroom but were directly sent to their cells").

14 OIG Report, *supra* n. 2, at 14.

15 *Id.*

16 *Id.*

17 *See* October 9, 2025 Coordination Meeting Minutes (Nov. 13, 2025) at 2-3.

18 *See* Revised November 13, 2025 Coordination Meeting Minutes (Jan. 29, 2026) at 1.

19 *See* October 9, 2025 Coordination Meeting Minutes at 2.

20 *Id.*

21 Joint Case Management Conference Statement, Dkt. 4003 at 8, *Plata v. Newsom*, Case No. 4:01-cv-01351-JST (N.D. Cal. Jan. 20, 2026).

By way of comparison, at Dade Correctional Institution, a Florida prison that has been the focus of heat-exposure litigation, sensors capable of measuring heat index were installed and active from May 23 through October 3, 2025.[22] In the prison's dormitory-style housing units, at least one sensor was installed in the middle of each dorm, about 8-10 feet off the ground.[23] In units with celled housing, sensors were installed both in the dayroom and in the hallways (one per hallway).[24] Sensors were also installed in cells for a 72-hour period in July.[25] A professor of civil and environmental engineering at UC Berkeley reviewed the placements and opined that the sensors "were placed in locations that would adequately and accurately capture the heat index."[26]

**Please respond to the following:**

1. **Will heat sensors be installed at other prisons (in addition to Mule Creek and Calipatria)? If so, which prisons and when? If not, why not?**

2. **Will sensors record heat index (both temperature and humidity)? If not, why not?**

3. **Please provide a list of where sensors will be installed for each prison, and explain how CDCR will ensure the sensors are placed in locations that accurately measure the heat incarcerated people are exposed to, including in their cells (particularly those on housing units' western and southern walls).**

Thank you for your time and attention to this matter.

Sincerely,

Sophie Hart
Staff Attorney

Cc:
J. Clark Kelso, Receiver
*Plata* Counsel

---

[22] *See* Second Declaration of Stefano Schiavon, Ph.D., Dkt. 82-2 at ¶¶ 47-52, *Wilson v. Dixon*, Case No. 24-24253-cv-KMW (S.D. Fla. Nov. 2, 2025).
[23] *Id.* ¶ 50.
[24] *Id.*
[25] *Id.* ¶ 51; Post-Discovery Hearing Administrative Order, Dkt. 57 at 3, *Wilson v. Dixon*, Case No. 24-24253-cv-KMW (S.D. Fla. June 27, 2025).
[26] Schiavon Dec., *supra* n. 22, ¶ 50.

# Exhibit E

ROSEN BIEN
GALVAN & GRUNFELD LLP

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Thomas Nolan
Email: Tnolan@rbgg.com

May 1, 2026

**CONFIDENTIAL**

**SUBJECT TO PROTECTIVE ORDERS**

VIA ELECTRONIC MAIL ONLY

CDCR Office of Legal Affairs
J. Clark Kelso
Colette Peters

Re: Protection of *Coleman* and *Plata* Class Members from Extreme Heat

Dear CDCR-OLA and Receivers Kelso and Peters:

We write to raise ongoing concerns with CDCR's efforts to protect *Plata* and *Coleman* class members from extreme heat, and to request that CDCR and CCHCS, in consultation with the *Plata* and *Coleman* Receivers, work to develop and implement effective heat mitigation measures, including interim measures if necessary for the next heat season.

## I. Heat Poses an Unreasonable Risk of Harm

Heat poses an unreasonable risk of harm to *Plata* and *Coleman* class members. Heat kills more people in the United States than any other type of extreme weather.[1] Extreme heat poses a substantial risk of adverse health outcomes, including: hospitalization for heart disease; heat exhaustion, stroke, and syncope; worsened asthma and COPD; dehydration and kidney injury; and death.[2] All people, even those who are

[1] *See Heat Safety Tips and Resources*, National Weather Service, https://www.weather.gov/safety/heat (last accessed April 28, 2026) ("Heat is the leading weather-related killer in the United States, resulting in hundreds of fatalities each year.").

[2] *See* CLIMATE AND HEALTH OUTLOOK: EXTREME HEAT, U.S. DEP'T OF HEALTH & HUMAN SERVS., OFF. OF CLIMATE CHANGE & HEALTH EQUITY 3 (July 2024), https://ghhin.org/wp-content/uploads/july-2024-climate-health-outlook.pdf; *Tiede v. Collier,* 796 F. Supp. 3d 275, 289 (W.D. Tex. 2025) ("Dr. Vassallo credibly testified that

young and healthy, are at substantial risk of adverse health outcomes resulting directly from heat, including heat cramps, heat syncope, heat exhaustion, and heat stroke. This risk is "well documented and well established in the medical literature."[3] People over the age of 65 and those with chronic conditions (including diabetes, pulmonary disease, or cardiovascular disease) are at increased risk of harm.[4] As has already been established in *Coleman*, people taking medications that impair thermoregulation, including SSRIs (selective serotonin reuptake inhibitors), are also at increased risk of harm.[5]

As the *Plata* Court recently summarized, extreme heat "not only has the potential to impact the physical health of [people incarcerated in CDCR] resulting in the need for medical care, but it's already doing that."[6] Recent CCHCS data shows that in 2024 alone, there were 45 heat-related hospital/ER visits in CDCR.[7] Since 2016, there have been 245 such visits.[8] This is likely "an undercount" of all heat-related illness in the prisons.[9] The report only summarized hospital and ER visits; it did not include treatment provided in the prisons.[10]

Recent studies have also found a clear link between high temperatures and adverse psychological consequences, such as increased impulsivity and the exacerbation of

---

. . . risks include heat exhaustion, heat rash, dehydration, heat cramps, heat syncope, and heat stroke—the last of which carries a 'high mortality rate' and can have lasting negative health consequences.").

[3] Declaration of Susi Vassallo, M.D., at ¶ 27, *Tiede v. Collier*, No. 1:23-cv-01004-RP (W.D. Tex. Apr. 25, 2024) (No. 50-2).

[4] *See* U.S. Centers for Disease Control & Prevention, *People at Increased Risk for Heat-Related Illness* (June 25, 2024), https://www.cdc.gov/extreme-heat/risk-factors/index.html; *Tiede v. Collier,* 796 F. Supp. 3d at 287.

[5] Declaration of Susi Vassallo, M.D., *supra* n. 3, at ¶ 34. Numerous classes of prescription drugs impair thermoregulation, including anticholinergics, which are used to treat a wide variety of diseases, including depression, and SSRIs (selective serotonin reuptake inhibitors), also commonly used to treat depression. *Id.* ¶ 37. *See also Coleman* Order 2, ECF No. 232; *Coleman* Special Master's 31st Round Focused Heat Plan Monitoring Report, Ex. A at 3, ECF No. 8558-1; HC-DOM § 3.5.13(d).

[6] *Plata* Reporter's Transcript, 9/15/25 at 25:10-14; *see* Cal. Corr. Health Care Servs., *Heat Related Hospitalization Data* (Sept. 2025), attached as **Exhibit A**.

[7] *See* **Exhibit A** [CCHCS Hospitalization Data] at 1.

[8] *Id.* at 2.

[9] *Id.* at 5.

[10] *See id.*

existing mental health symptoms.[11] A recent study by Dr. Brie Williams and several colleagues showed that "extreme heat" days (defined as days with a heat index between 80 and 89° F) were "significantly associated with a 30% increase in the incidence of daily suicide-watch incidents" in a prison system without air-conditioned housing units.[12] Likewise, a recent analysis at the University of Adelaide School of Public Health found a 2.2% increase in mental health-related mortality and 0.9% increase in mental health morbidity associated with every 1.8°F rise in ambient temperature.[13]

Our monitoring has also found that high temperatures are correlated with worsening mental health symptoms. Last summer (August 2025), for example, we conducted extensive class member interviews about heat-related issues at three CDCR prisons which performed poorly in the Special Master's focused review of heat plan compliance.[14] During these interviews, class members reported their mental health deteriorated in periods of extreme heat. At SATF, for example, [redacted], who is diagnosed with hearing voices, reported that when it gets hotter the voices in his head get louder. At CCWF, [redacted] reported that the high temperatures in her cell pushed her into a suicidal crisis (she reported breaking a window and attempting to hang herself).

It is also clear that periods of extreme heat are becoming more frequent and severe in the State.[15] In its June 2025 *Climate and the Impact on CDCR* publication, the

---

[11] *See* Stephanie Pappas, *How heat affects the mind*, 55 MONITOR ON PSYCHOL., no. 4, (June 1, 2024), https://www.apa.org/monitor/2024/06/heat-affects-mental-health.

[12] *See* David H. Cloud, PhD, JD, et al., *Extreme Heat and Suicide Watch Among Incarcerated Men*, 6 JAMA NETWORK OPEN, no. 8 (Aug. 11, 2023), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2808211.

[13] *See* Jingwen Liu et al., *Is there an association between hot weather and poor mental health outcomes? A systematic review and meta-analysis*, ENV'T INT'L 153 (2021), https://doi.org/10.1016/j.envint.2021.106533.

[14] We conducted 63 interviews with heat-risk CCCMS and EOP class members at the Substance Abuse Treatment Facility (SATF), Central California Women's Facility (CCWF), and Pleasant Valley State Prison (PVSP). *See Coleman* Special Master's 31st Round Heat Plan Monitoring Report, ECF No. 8558, attached hereto as **Exhibit B**.

[15] *See* Gov. Newsom, *Protecting Californians From Extreme Heat: A State Action Plan to Build Community Resilience* at i (2022), https://resources.ca.gov/-/media/CNRA-Website/Files/Initiatives/Climate-Resilience/2022-Final-Extreme-Heat-Action-Plan.pdf ("California's best climate science projects that every corner of our state will be impacted in years and decades to come by higher average temperatures and more frequent and severe heat waves.").

Department stated that "many" prisons "are built in locations that are likely to experience more extreme impacts from climate change," including "temperature increases of 8.5°F."[16]

CDCR has also acknowledged that only 24% of its housing units have mechanical air conditioning and that the "concrete construction and the lack of insulation means that there is little barrier to the transmission of both heat and cold from the walls directly into cells."[17] CDCR reported **indoor temperatures of 90°F or higher** on at least 211 occasions in 2023-24.[18]

Finally, the National Commission on Correctional Healthcare recently released a position statement regarding extreme temperatures in correctional facilities, stating that "[e]xtreme indoor and outdoor temperatures adversely affect the health of people residing and working in carceral settings" and calling upon "[e]very carceral facility [to] implement standards to minimize extreme temperature exposure indoors and outdoors and adopt steps for prevention and mitigation."[19]

* * *

Despite the seriousness of this issue and the significant, known risk of harm to class members, CDCR has failed to take reasonable steps to protect class members. CDCR's current Heat Plan is outdated and inadequate to protect against this risk of harm. Even if it were effective, our monitoring, and an investigation by the California Office of the Inspector General,[20] has revealed that CDCR consistently ignores the requirements of the existing Heat Plan. Action is urgently needed to protect class members.

---

[16] *See* Cal. Dep't of Corr. & Rehab., *Climate and the Impact on CDCR* at 2 (June 2025), https://www.cdcr.ca.gov/green/wp-content/uploads/sites/176/2025/06/Climate-and-the-Impact-on-CDCR.pdf; *see also* Cal. Dep't of Corr. & Rehab., *Change Adaptation* at 10-11 (2020), https://www.cdcr.ca.gov/green/wp-content/uploads/sites/176/2020/05/2020-21-1-CHAPTER-ONE-CLIMATE-CHANGE-ADAPTATION.pdf.

[17] *See Climate and the Impact on CDCR*, *supra* n. 16, at 2-4.

[18] *Id.* at 2.

[19] Nat'l Comm'n on Corr. Healthcare, *Climate Control for Extreme Temperatures for Corrections* 1 (Aug. 2024), https://www.ncchc.org/wp-content/uploads/Climate-Control-for-Extreme-Temperatures-in-Corrections-2024.pdf.

[20] *See* Section III.A., *infra*.

## II. CDCR's Heat Plan is Outdated and Insufficient

The Heat Plan – which represents CDCR's current plan to protect *Coleman* and *Plata* class members from this risk of harm – is outdated and insufficient.

The Heat Plan was developed at the beginning of the *Coleman* case based on a stipulated order for preliminary injunctive relief in 1992.[21] As the *Coleman* Special Master outlines in the background section of his 31st Round Heat Plan Monitoring report:

> The May 7, 1992 Stipulated Order applied to part of the Plaintiff class who are at "heat risk," i.e. those inmates who were prescribed, or who will be prescribed, "psychotropic drugs" in this litigation. ECF No. 232 at 2. The 1992 Stipulated Order required that CDCR institutions maintain a weekly list of the inmates prescribed the heat-risk medications. Id. at 3. In addition, institutions were required to keep records concerning outside air temperatures in excess of 90 degrees, inside air temperatures in excess of 90 degrees, and medical incidents significantly related to heat exposure. Id. at 5-6. The stipulated order also established requirements for three stages of Heat Alerts (Stages I, II, and III). See id. 8-10; see also infra pp. 5-6 for discussion of the three Heat Alert stages. Whenever, in a clinician's judgement, a heat risk inmate was suffering from a medical condition that is related to heat exposure, it was required to be documented on a standard form "heat incident log." ECF No. 232 at 8. Finally, the stipulated order required staff to receive annual training regarding the heat plan and its requirements. Id. at 11.

The Heat Plan states that all incarcerated patients prescribed any of the designated Heat Alert Medications are considered heat-risk patients. The plan sets forth three stages of heat alerts: stage one occurs when outside temperatures rise to 90 degrees or more, stage two occurs when inside temperatures rise to 90 degrees or more, and stage three occurs when inside temperatures rise to 95 degrees or more. *See* 2025 Heat Plan Memorandum, attached hereto as **Exhibit C**. At each stage of the heat alert, staff are required to take certain action.

In the 30 years since the Heat Plan was ordered, medical science has evolved significantly—leading to a much better understanding of the effects of heat on the body and how to prevent heat-related harm—while climate change has made the summers in California hotter and more dangerous. As a consequence of both changes, it is now clear

[21] *Coleman* Order, ECF No. 232.

that the existing heat plan is increasingly inadequate to protect class members from the serious risk of harm.

### A. The Heat Plan is Underinclusive

As an initial matter, the Heat Plan is inadequate because it is far too narrow in who it is designed to protect. The protections called for in the Heat Plan are largely limited to "incarcerated persons currently prescribed any of the designated Heat Alert Medications."[22] But as described above, all people face a risk of adverse health outcomes in extreme heat. And in addition to those prescribed medications that impair their ability to thermoregulate, people over the age of 65 and those with certain chronic conditions (including diabetes, pulmonary disease, or cardiovascular disease) are also at significantly increased risk of harm.[23] CDCR's current Heat Plan ignores these risks.

### B. The Heat Plan is Based on Faulty Metrics and Dangerous Assumptions

As described above, the Heat Plan requires prison staff to act to mitigate the risk of harm from heat when certain threshold temperatures are reached. Those foundational thresholds are flawed in at least three critical respects.

The first set of heat plan requirements kicks in when it is 90 degrees or higher outdoors. However, waiting until it is 90 degrees outside to act will not protect class members from exposure to harm from heat. This is true for several reasons.

First, as we have previously raised,[24] **the appropriate metric to measure risk of harm from heat is *heat index***, not temperature. The heat index is the accepted holistic measure used by the National Weather Service to issue heat advisories and by medical

---

[22] **Exhibit C** [CDCR's 2025 Heat Plan] at 3.

[23] *See People at Increased Risk for Heat-Related Illness,* U.S. CENTERS FOR DISEASE CONTROL & PREVENTION (Feb. 20, 2024), https://www.cdc.gov/extreme-heat/risk-factors/index.html; *Tiede v. Collier,* 796 F. Supp. 3d at 287.

[24] *See* Ltr. from T. Nolan to CDCR Office of Legal Affairs Re: *Coleman v. Newsom* Serious Heat Plan Issues Underscored by Current Heat Wave and Recent Likely Heat-Related Death at CCWF at 5 (July 26, 2024); *see also* Ltr. from Sophie Hart to CDCR and CCHCS Re: Installation of Heat Sensors in CDCR at 2 (Feb. 12, 2026) (attached as **Exhibit D**).

professionals.[25] The heat index is calculated by combining air temperature and humidity, and it is a better gauge of the body's reaction to the external environment than temperature alone.[26] Even when humidity is moderate, heat index is generally higher—and sometimes much higher—than the ambient temperature.[27] Thus, relying on measurements of temperature alone may dramatically underestimate the heat risk to which class members are exposed. Further, relying on staff to manually determine when the temperature reaches the 90-degree threshold is an unreliable process that is "prone to errors and missed temperature readings," including because temperature readings are sometimes taken in inappropriate locations.[28]

Second, **the threshold of 90 degrees is simply too high**. "[P]opulation-level studies show[] elevated heat-related mortality" and morbidity among older adults (defined as those 65 and older) as soon as the outdoor temperature exceeds 78.8 degrees.[29] California's Department of Housing and Community Development recommends a statewide maximum safe indoor air temperature of 82°F.[30] And "a heat

---

[25] Declaration of Susi Vassallo, M.D., *supra* n. 3, at ¶ 14; *see also* Nat'l Weather Servs., *What is the heat index?*, https://www.weather.gov/ama/heatindex (last accessed Apr. 28, 2026).

[26] Declaration of Susi Vassallo, M.D., *supra* n. 3, at ¶ 14.

[27] *Heat Index Chart*, NAT'L OCEANIC & ATMOSPHERIC ADMIN., (last accessed Apr. 2, 2026), https://www.noaa.gov/sites/default/files/2022-05/heatindex_chart_rh.pdf.

[28] Office of the Inspector General, Audit of the California Department of Corrections and Rehabilitation's Management of Temperature Conditions Within California's Prisons at 17, 14 (Sept. 2025) ("OIG Report") ("Departmental staff … told auditors that temperature readings were sometimes taken in locations that would not show the most accurate reading, such as locations near doorways."); *Coleman* Special Master's 31st Round Heat Plan Monitoring Report, **Exhibit B,** at 31 (prison staff at one prison used cell phone weather app to determine temperature, and staff at another prison determined temperature based on a thermometer taped to a window in an air-conditioned, staff only space).

[29] *See* Robert D. Meade et al., *Effects of Daylong Exposure to Indoor Overheating on Thermal and Cardiovascular Strain in Older Adults: A Randomized Crossover Trial,* 132 ENVTL HEALTH PERSPECTIVES, no. 2, (2024) [https://doi.org/10.1289/EHP13159].

[30] *See Policy Recommendations: Recommended Maximum Indoor Air Temperature*, CAL. DEP'T HOUSING AND COMMUNITY DEV. 2 (2025), https://www.hcd.ca.gov/sites/default/files/docs/policy-and-research/plan-report/ab-209-policy-recommendations.pdf

index of 88° or higher poses a substantial risk of adverse health outcomes in all inmates—even those who are young and healthy."[31]

Third, the Heat Plan requires additional action be taken when *indoor* temperatures rise to 90 degrees. But **the plan fails to require that temperatures be measured in peoples' cells**. This is a serious, dangerous problem, because as the Department itself has acknowledged, cells can be significantly hotter than common areas and incarcerated people are often confined to their cells during periods of heat. In its June 2025 *Climate and the Impact on CDCR* publication, **the Department reported that when it is 88.2 °F in a dayroom, it may be 109.1 °F in a cell**.[32] Despite this acknowledgment, the 2025 Heat Plan Memorandum has no requirement that temperatures be taken in cells.[33]

We understand that CDCR is considering installing heat sensors to automatically capture heat data. We support this effort. Installing sensors capable of automatically measuring and transmitting data is key to generating reliable information about heat in the prisons. However, and as we have previously emphasized: (1) the sensors must measure and record heat index, not just temperature; and (2) the sensors must be installed in locations that will adequately and accurately capture the highest heat index people are exposed to inside housing units.[34] The Department's plan – to install sensors only on the wall above the control room – is clearly inadequate.

### C. The Risk Mitigation Measures Mandated by the Heat Plan are Insufficient

The mitigation measures required by the Heat Plan to protect class members once the heat thresholds are reached are also unsuited to preventing heat-related illness and death.

#### 1. Stage One Heat Alerts

During a stage one heat alert, when outdoor temperatures rise to 90 degrees, the Heat Plan mandates that heat-risk individuals be brought indoors. This requirement does

---

[31] *Tiede v. Collier*, 796 F. Supp. 3d at 289 ("Dr. Vassallo credibly testified that a heat index of 88° or higher poses a substantial risk of adverse health outcomes in all inmates—even those who are young and healthy.").
[32] *See Climate and the Impact on CDCR*, *supra* n. 16, at 2.
[33] **Exhibit C** [CDCR's 2025 Heat Plan] at 4.
[34] *See* **Exhibit D** [Ltr. from Sophie Hart to CDCR and CCHCS Re: Installation of Heat Sensors in CDCR].

not prevent exposure to extreme heat, *and may in fact expose class members to a greater risk of harm.*

First, and fundamentally, bringing class members indoors when it is 90 degrees outside will not reliably protect them from exposure to extreme heat, because most housing units are not air-conditioned, and many people end up locked in their cells, *even though, as described above, cells are often the hottest part of a unit.*

Again, the Department has reported that when it is 88.2 °F in a dayroom, it may be 109.1 °F in a cell.[35] Our class member interviews confirmed that the cells are often the hottest part of the unit. At SATF, for example, [redacted] reported that the cell is "way hotter" than other parts of the unit, and that three weeks prior to his interview, he lost consciousness for thirty seconds due to the high temperature in his cell. His cellmate assisted him by throwing water on him. Also at SATF, [redacted] reported that he has observed people reporting medical emergencies (going "man down") when it is too hot, just to escape their cells. And [redacted] described the bottom tier of his unit as "bad" and the top tier as "worse." He similarly said that in-cell heat is so unbearable that he has observed people in his unit reporting medical emergencies just to get taken out of the cell. At CCWF, [redacted] reported that when swamp coolers are off, the cell heats up quickly and can feel hotter than outside, even with the door open. At PVSP, [redacted] reported that the hottest part of the unit is his cell, which is especially difficult when the unit is on lockdown and he is restricted to his cell.[36]

These accounts are consistent with those recently reported by the Office of the Inspector General, in its September 2025 *Audit of the California Department of Corrections and Rehabilitation's Management of Temperature Conditions Within California's Prisons*.[37] The OIG quoted an incarcerated person at Corcoran State Prison who reported suffering "anxiety attacks" while locked down in their cell in the heat,

---

[35] *See Climate and the Impact on CDCR*, *supra* n. 16, at 2.

[36] Our interviews also confirmed that the hottest part of the unit is often based on the unique orientation of the building in relation to the sun, and can vary from building to building based on multiple factors. For example, at CCWF, [redacted] reports that her hall is the hottest part of the unit because of constant exposure to the sun's rays on the outside wall closest to her dorm, and because her unit has windows with no shades. At PVSP, [redacted] reports that the hottest areas of his unit are the cells in the "back" of the unit which face the west.

[37] OIG Report, *supra* n. 28.

"because there was not enough air flow in the cell." Another person reported it was "too hot" and they "couldn't breathe" in their cell, and that "[t]he day room is cooler than the cells."[38]

In our July 2024 letter, we reported that, during heat alerts, CDCR often holds vulnerable individuals in cells, because of staffing shortages.[39] Prison Law Office monitors also previously reported this problem at CMF[40] and SATF.[41] The *Coleman* Special Master raised the same concern in his 30th round reporting.[42] During somewhat more recent interviews, interviewed class members again raised concerns about the impact of staffing shortages on out-of-cell time during heat alerts. For example, [redacted] reported that CCWF reception center housing often allows only one hour out-of-cell time a week, and only if two officers are present. She reports that when only one officer is present, there is no release at all, leaving people stuck in hot cells.

2. **Stage Two Heat Alerts**

During a stage two heat alert, when *indoor* temperatures rise to 90 degrees, the Heat Plan requires staff to "initiate cooling and hydration measures," and increase their observations of incarcerated people for signs of heat-related illness. The "cooling and

---

[38] OIG Report, *supra* n. 28, at 14.
[39] *See* Ltr. from T. Nolan to CDCR Office of Legal Affairs Re: *Coleman v. Newsom* Serious Heat Plan Issues Underscored by Current Heat Wave and Recent Likely Heat-Related Death at CCWF, *supra* n. 24.
[40] Ltr. from M. Hatton to CDCR Office of Legal Affairs Re: *Coleman v. Newsom* Dangerous Heat Conditions at CMF (Aug. 2, 2024) (reporting that in M-3, the third-floor EOP RHU, class members are not allowed out of their hot cells on weekends due to staffing issues).
[41] Email from R. Lomio to CDCR Office of Legal Affairs Re: Extreme Heat at SATF (July 15, 2024) (reporting both that temperature measurements in dayrooms were "in some cases are at least ten degrees cooler than the cells in which people are confined" and that on some yards, people were "largely locked in their cells/pods . . . for a variety of reasons, including staff shortages, altercations on the yard, and because that dayroom is closed whenever someone is on suicide precautions in the unit").
[42] *See Coleman* 30th Round EOP Report, ECF 8095 at 684 (CCWF staffing shortages impacting ability to provide dayroom during heat alerts).

hydration measures" called for in the plan – providing cool showers,[43] cold drinking water,[44] and fans[45] – can provide a very limited amount of cooling and some increased comfort to incarcerated people living with extreme heat, but, without additional interventions, they do not adequately "guard against the health risks" of extreme heat.

### 3. Medication Lines

The Heat Plan permits heat-risk individuals to spend 30 minutes outside to perform officially sanctioned activities, such as returning to housing units and receiving medications, during heat alerts. However, on many yards, medications are distributed on the yard, at a pill call window, with no or plainly inadequate shade cover.[46]

For example, at SATF, CCCMS class members reported having to walk to the yard and wait in a medication line for an extended period before receiving their medications. Some class members expressed that waiting in long lines in the sun discourages them from retrieving their medications. [redacted] reported that he sometimes refuses to take medication because he does not want to wait in a long line in the intense heat. At CCWF, [redacted] reported that she has to wait up to an hour in the sun to retrieve her medications, and that she

---

[43] *See Tiede v. Collier,* 796 F. Supp. 3d at 312 ("Cold showers do not guard against the health risks of constant extreme heat."); Butts CL et al., *Physiologic and Perceptual Responses to Cold-Shower Cooling After Exercise-Induced Hyperthermia,* 51 J. OF ATHLETIC TRAINING, no. 3, (2016) [doi:10.4085/1062-6050-51.4.01] (while cold showers are better than no treatment for exertional heat stroke, the cooling rate is unacceptable for effective treatment).

[44] *See Tiede v. Collier,* 796 F. Supp. 3d at 313 ("Access to cold water is inconsistent and does not reduce the long-term effects of the heat on TDCJ inmates.").

[45] *See id.* ("Fans are inadequate and can be counter-productive in extreme heat."); *Heat Cramps, Exhaustion, and Stroke*, NAT'L WEATHER SERV., https://www.weather.gov/safety/heat-illness (accessed April 2, 2026, and on file with author) ("Using a fan to blow air in someone's direction may actually make them hotter if heat index temperatures are above the 90s."); Meade, Robert D et al., *A critical review of the effectiveness of electric fans as a personal cooling intervention in hot weather and heatwaves*, 8 THE LANCET PLANETARY HEALTH, no. 4, (2024) [doi:10.1016/S2542-5196(24)00030-5] ("Health agencies should continue to advise against fan use in air temperatures higher than [95°F], especially for people with compromised sweating capacity (eg, adults aged 65 years or older).").

[46] *See, e.g.*, Ltr. from S. Hart to Clark Kelso Re: VSP Post-Delegation Site Visit 2-3 (July 24, 2019) (describing issues caused by lack of covering over VSP pill line).

sometimes skips her medications to avoid that exposure. At PVSP, [redacted] reported that he stopped going outside because of the heat, including to get his medication. He reported having trouble sleeping because he had not been taking his medications.

The practice of running medication lines on the yard, where patients must wait for extended periods of time in the direct sun, with no or insufficient shade and cooling measures, is dangerous, as it puts class members at unreasonable risk of heat-related illness, and discourages people from taking necessary medications.

## III. CDCR Has Demonstrated They are Incapable of Properly Implementing A Heat Plan

For the reasons described above, CDCR's existing Heat Plan is fundamentally flawed and does not adequately protect class members from serious harm. Even if CDCR were to adopt a scientifically sound Heat Plan to mitigate the risks of harm—and it is vanishingly unlikely that such a plan could be developed given the unsafe temperatures regularly recorded in CDCR housing units—years of monitoring has made clear that staff could not reliably implement such a plan.

### A. CDCR Fails to Collect Accurate and Reliable Heat Measurements

The existing Heat Plan requires CDCR to take temperature readings in the housing units and document those temperature readings in a log from May 1 through October 31 each year. Those measurements are the core of the Plan because Plan activation and de-activation turns on certain thresholds, as described above.

Yet the OIG's recent review found significant noncompliance with these requirements; specifically, the OIG documented "multiple days in which custody staff failed to perform and document temperature readings in several housing units."[47] At Lancaster, for example, staff failed to record temperatures in one housing unit on 95 days.[48] The OIG concluded "this manual process is prone to errors and missed temperature readings."[49] The OIG also noted "Departmental staff . . . told auditors that temperature readings were sometimes taken in locations that would not show the most accurate reading, such as locations near doorways."[50]

---

47 OIG Report, *supra* n. 28, at 15.
48 *Id.*
49 *Id.*
50 *Id.* at 14.

This is consistent with the reports *Coleman* counsel heard during our interviews during the summer of 2025. Class members at each institution visited reported that they have not seen a fixed thermometer in their unit, and many also reported that they had never observed staff members taking temperatures using portable thermometers. Some class members who reported having seen thermometers in the unit also reported that they are unreliable, displayed incorrect readings, and break easily. At SATF, [redacted] reported that the thermometers are "cheap and unreliable" and often display temperature readings of 80 degrees on much hotter days. [redacted] reported that for many months this summer, the thermometers in his unit were broken, and staff ignored complaints to replace them. At PVSP, an anonymous class member in D-4 reported that there is a thermometer on the second floor behind the podium that he and others believe is broken because the temperature reading never changes.

### B. CDCR Does Not Consistently Implement Stage One Heat Alerts When Required By Policy

CDCR also often fails to implement Stage One heat alerts when the Heat Plan requires. For example, at SATF, although class members on EOP yards (F and G yards) reported that staff usually call them inside on hot days, CCCMS class members on C and D yards reported that there is no process in place to call heat-risk individuals back to the unit when temperatures rise above 90 degrees. [redacted] all reported that they had not heard a single heat alert called all summer. They also reported that there is no procedure in place on their yards to prevent or discourage heat risk individuals from going out to yard and staying out on the yard during heat waves.[51] Similarly, at CCWF, [redacted] reported that staff do not review the list of heat-risk individuals, and people are free to go outside during heat alerts. She reported that although heat alerts are announced over the loudspeaker, people prefer to stay outside because of the lack of yard time in general.

One reason for these failures may be due to lack of custody staff knowledge. For example, in the Thirtieth Round Monitoring Report, the Special Master reported that only

---

[51] We discovered that entire yards at SATF were not following basic Heat Plan measures, and shortly after our interviews we sent an email to Defendants, the *Coleman* Special Master, and the *Coleman* Receiver notifying them of this issue. *See* August 20, 2025 Email from Thomas Nolan attached hereto as **Exhibit E**.

60% of interviewed custody staff were knowledgeable about the heat plan, with some staff not even knowing when the Heat Plan went into effect.[52]

Additionally, many yards enforce "hourly unlocks." Through this system, people are only able to return indoors once an hour during the hourly unlock period. Many class members from all three institutions we visited reported that they have gotten stuck outside on hot days. [redacted] n his Heat Plan Monitoring report, the *Coleman* Special Master also expressed concern with the use of "unlock periods," specifically at CCWF. His report found that the use of unlock periods was not compliant with required policy.[53]

### C. CDCR does not consistently implement Stage Two heat alerts when required by policy

CDCR does not consistently provide the "hydration and cooling" measures called for during Stage Two heat alerts. For example, [redacted] reported that on C-Yard at SATF, staff do not consistently distribute ice water. He described how staff place a water cooler on a bench in the dayroom, but people often cannot access it because they are locked in their cells. Others at SATF [redacted] PVSP [redacted] and CCWF [redacted] reported that communal water coolers run out quickly and often do not get refilled. Further, in the February 2025 Heat Plan Monitoring Report, the *Coleman* Special Master reported that at SATF and KVSP, "ice machines were broken on various units and custody staff reported running out of ice during Stage II heat alerts."[54] During a visit to CCI-Tehachapi earlier this week, a class member reported that during heat alerts last summer, two individuals routinely took the cooler with ice water into their own cell for private use and that custody staff failed to intervene to stop them.

---

[52] *Coleman* Special Master's 30th Round Monitoring Report – Part C, ECF 8095 at ECF p. 181.
[53] *See Coleman* Special Master's 31st Round Heat Plan Monitoring Report **Exhibit B** hereto, at 15 ("This reflected noncompliance given that, according to the 2024 Heat Plan and Updates Memorandum, heat risk patients must be restricted to a maximum of 30 minutes outside to perform officially sanctioned activities, such as returning to housing units and receiving medications.").
[54] *Id.* at 38.

The OIG similarly found "custody staff are not consistent in providing these options" and that "[t]he frequency of showers and the amount of ice that can be provided to mitigate against the heat is dictated by staff availability."[55]

### D. CDCR/CCHCS Fail to Provide Comprehensive Patient Education

The Heat Plan requires that providers, when prescribing heat risk medication, inform incarcerated people about heat stress symptoms as well as any recommended precautions to avoid heat-related illness.[56] The PVSP Local Operating Procedures specify that this must be both a verbal and written notification.[57] Unfortunately, many class members *Coleman* counsel interviewed last summer did not know the symptoms of heat-related illnesses and reported that they never had a discussion with their doctor beyond being told they were on heat-risk medications.

At SATF, for example, [redacted] reported that he was not aware of the name of the medication he was on, and that the psychiatrist did not warn him about the medication being heat risk. He reported having found out about heat risks after staff recently put up informational posters about the heat plan. [redacted] said he was told he is taking heat medications but did not know which of his medications are heat medications. He reported that he has been prescribed Remeron for years, but only two weeks before the interview he learned about the heat-related risk from a staff member at the pill window. He did not know the symptoms of heat-related illness. At CCWF, [redacted] who is prescribed Haldol, Abilify, and Lithium, reported that she was not informed by staff about her medications being heat-risk, and instead found out from a posted list. She reported that she had to ask her psychiatrist for information about symptoms of heat illness. At PVSP, [redacted] reported that he was never told that he was on heat risk medications or informed about the symptoms of heat illness.

### E. CDCR Staff are Not Adequately Trained on the Plan

It is also clear that staff lack adequate knowledge of the Heat Plan. In *Coleman* counsel's July 2024 letter, we reported deficiencies in staff knowledge on heat issues,

---

55 OIG Report, *supra* n. 28, at 23.
56 **Exhibit C** [CDCR's 2025 Heat Plan] at 3.
57 *See* **Exhibit F**, 2025 Pleasant Valley State Prison Local Operating Procedure at 3.

which were raised during the Special Master's 30th round of monitoring.[58] The *Coleman* Special Master again reported on custody officers' and leadership staff's knowledge of heat plan activation in the 31st Round Heat Plan Monitoring Report. They found that custody staff at seven out of fourteen institutions (including SATF, PVSP, and CCWF), demonstrated a lack of adequate knowledge of heat plan protocols.

### F. CDCR Fails to Ensure Equal Access to Programming

Finally, the 2025 Heat Plan requires institutions to provide reasonable alternative accommodations to yard activities and other programs to provide heat-risk individuals with equal access to programs during periods of high heat. Those alternatives could take the form of additional dayroom time or evening yard instead of outdoor yard activities.

*Coleman* counsel's class member interviews revealed that SATF, PVSP, and CCWF are not providing heat-risk individuals with alternatives to outdoor yard activities. At SATF, class members reported that when they are called inside from yard during a stage one heat alert, they return to their cells and are not provided with alternative recreation. [redacted] At PVSP, class members reported that there are no modifications to programming, and that having to remain inside on hot days limits access to programming (an anonymous class member on D-5). Class members at CCWF reported that they never receive alternative programming during heat alerts, which in turn negatively affects people's mental health, making them frustrated and sometimes violent [redacted]

Through his monitoring, the *Coleman* Special Master also found that SATF and CCWF were noncompliant with required policy to provide programming accommodations.[59]

* * *

CDCR does not adequately protect people from the significant risk of heat-related illness and death. As the OIG recently concluded: "If the department does not address extreme temperature conditions in its prisons, it not only risks being out of compliance

---

[58] *See* Ltr. from T. Nolan to CDCR OLA, *supra* n. 24; *Coleman* Exit Report on KVSP Tour; *Coleman* 30th Round EOP Report, ECF 8095 at ECF pp. 684, 648, 725 (noting that at LAC "multiple interviewed officers on Facilities A, C and D yard were unaware of the heat plan's three stages.").

[59] *See* **Exhibit B** [*Coleman* Special Master's 31st Round Heat Plan Monitoring Report] at 34.

with its heat plan, but also risks exposing incarcerated people and staff to potentially life-threatening heat-related conditions."[60] Urgent action is required.

## IV. Requested Action

### A. Urgent Installation of Air Conditioning Statewide

As we asserted in our July 2024 letter, the only effective long-term solution to addressing extreme heat is the installation of air-conditioning in housing units statewide. *See Tiede v. Collier*, 796 F. Supp. 3d at 316 ("Air Conditioning is the Only Effective Protection from Extreme Heat.").

CDCR has reported that only 24% of housing units statewide currently have mechanical air conditioning.[61] Fifty-two percent of housing units have evaporative cooling (swamp coolers). The remaining 24% have only fans/air handlers.

It is clear that swamp coolers are not adequate to manage extreme heat. As the Department itself has acknowledged, swamp coolers "can provide little relief in extreme heat events"[62] and are not "sufficient to provide adequate relief from excessive heat during summer months."[63] The OIG likewise determined "evaporative cooling is ineffective when the outside temperature exceeds 100°F" and that "[e]vaporative cooling systems can only lower the temperature of an area by 10°F to 15°F."[64]

Monitors have also repeatedly documented problems with the functionality of swamp coolers. The Special Master found in his 31st Round Heat Plan Monitoring Report that swamp coolers at CCWF "frequently broke" and "had not been utilized for several weeks because they were broken and leaking."[65] The Report also discussed the July 4, 2024 apparent heat-related class member death at CCWF, and noted that defendants reported that on the day of the patient's hospitalization, "the swamp cooler in Building 514 was blowing warm air but was fixed the same day."[66] Interviewed class

---

[60] OIG Report, *supra* n. 28, at 15.
[61] *See Climate and the Impact on CDCR*, *supra* n. 16, at 3.
[62] *See Climate Change Adaptation, supra* n. 16, at 11.
[63] Cal. Dep't of Corr. & Rehab., Air Cooling Pilot Program, Fiscal Year 2025-26, at 3 (Jan. 2025).
[64] OIG Report, *supra* n. 28, at 4.
[65] *See* **Exhibit B** [*Coleman* Special Master's 31st Round Heat Plan Monitoring Report] at 54.
[66] *See id.* at 14.

members made similar reports about the ineffectiveness and unreliability of swamp coolers. At SATF, [redacted] reported that the swamp cooler in his building blows out hot air. At CCWF, [redacted] reported that only one out of four swamp coolers in her unit is functional because staff do not clean the air ducts.[67]

The Governor's 2025 Budget allocated funds toward implementing an Air-Cooling Pilot Program to test air-cooling mechanisms at three CDCR institutions: California State Prison – Los Angeles County (LAC), Kern Valley State Prison (KVSP), and Central California Women's Facility (CCWF). However, the program appears to involve only 20 housing units out of approximately 1500 statewide. And, critically, **results from the project are not expected until the 2028-29 fiscal year**.[68] Moreover, the Pilot is, by definition, preliminary and provides no guarantee of future action based on the results. This is insufficient to address this urgent threat to Plaintiffs' health. CDCR must complete this pilot project on a much quicker timeframe – e.g., within a year – and expeditiously begin installing air-cooling systems statewide.

We further urge CDCR to consider the vulnerability of the population at each prison when determining how to prioritize the installation of air-cooling systems. We understand the *Plata* Receiver has commissioned an epidemiological study on the medical impacts of exposure to extreme heat in CDCR, with preliminary results expected within the year. We appreciate and support this work, and believe it will provide helpful data regarding the vulnerability of patients in CDCR.

### B. Interim Measures

Even if CDCR expedites the pilot program and adopts an appropriately urgent timeline for statewide installation, all housing units will not have air conditioning installed before the coming heat season. We therefore also urge CDCR and/or CCHCS, in consultation with the Receivers, to immediately take the following interim measures:

---

[67] The 2019 Kitchell infrastructure reports recommended repair or replacement of many HVAC systems in prison housing units, including evaporative coolers, many of which were in "poor" or "failed" condition. *See, e.g.*, 2 Kitchell/HOK, Statewide Study for the Renovation/Replacement of the 12 Original Institutions, Part 3 – California Institution for Men Institution Summary & Facility A & B, at 107, 122, 127, 142, 149 (2019); Part 3 – California Institution for Men Facility C & D, at 21, 26, 33, 38, 130, 139 (2019); Part 10 – Folsom State Prison, at 81, 95, 111, 119, 137, 154 (2019).

[68] *See Climate and the Impact on CDCR*, *supra* n. 16, at 4.

1. **In-cell heat sensors**: CDCR should (1) purchase reliable heat sensors that measure heat index and (2) install the sensors in locations that will adequately and accurately capture the highest heat index people are exposed to inside housing units. Installing sensors that only measure temperature and only in dayrooms will dramatically and dangerously underestimate the risk of medical harm that incarcerated people are exposed to.[69]

2. **Highest risk patients**: CDCR and CCHCS should evaluate all patients and identify those most at risk of harm from exposure to extreme heat. Those patients should be offered to move to housing units that are air-conditioned. This may require CDCR to install air-conditioning, potentially temporarily, in some housing units before the peak of the current heat season.

3. **Cooling centers**: CDCR should ensure all incarcerated people have access—at least three hours a day—to air-conditioned spaces during the current heat season. CDCR could accomplish this by dedicating existing air-conditioned spaces as "cooling centers" or by installing temporary air-conditioning in spaces like gyms, classrooms, and/or chapels.[70]

---

[69] *See* **Exhibit D** [Ltr. from Sophie Hart to CDCR and CCHCS Re: Installation of Heat Sensors in CDCR].

[70] We recommend this as an essential, interim harm-reduction measure, but emphasize that cooling centers are not an adequate long-term solution, as they do not sufficiently protect class members from the risks of extreme heat. As the Court correctly concluded in *Tiede*, the use of cooling centers (or "respite rooms") is problematic because (1) it requires individuals to self-monitor and self-identify when they are exhibiting symptoms of a heat-related illness, and those symptoms can be very hard to identify; and (2) it provides only a temporary relief from heat and leaves people at risk of serious harm for many hours of the day. *See Tiede v. Collier*, 796 F. Supp. 3d at 311-12.

We note that when we interviewed EOP patients in the hot dormitories on G Yard and F Yard at SATF, our interviews on the unit took place in air-conditioned individual classroom spaces just off the dayrooms in the building. Those rooms were not being used for classes or other programming in the late afternoon, and could have been made available to EOP patients as a cool area in which to watch television. We recommend that SATF consider using these rooms as cooling areas in the future.

4. **Installation of shade & mist structures outdoors**: CDCR should install shade structures and misting systems on every yard, to ensure people can safely spend time outdoors during the heat season. CDCR should also separately install shade structures and misting systems adjacent to the pill call windows that are sufficient to provide shade/mist over the entire pill call waiting area.

5. **Other measures**: CDCR should require that all incarcerated people be provided with ample access to ice water, cool showers, and personal fans, at no cost, during the next heat season. CDCR should educate all patients on how to safely use these comfort measures, and develop and implement a plan to monitor compliance with this policy during the next heat season.

6. **Staffing prioritization**: CDCR should require the use of mandatory overtime and use other emergency staffing measures when staffing shortages interfere with the completion of Heat Plan mitigation measures (including access to water and cool showers).

7. **Staff and patient education campaigns**: CDCR and CCHCS should develop and implement staff and patient education campaigns, with an emphasis on reaching heat risk individuals, for the next heat season.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

To guarantee the safety of heat-risk class members and the entire prison population, CDCR must consider heat issues with urgency and care. We request that CDCR immediately, in consultation with the *Plata* and *Coleman* Receivers, work to develop and implement both the interim and permanent measures described above.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Tom Nolan*

Tom Nolan
Counsel for *Coleman* Plaintiffs

PRISON LAW OFFICE

/s/ *Sophie Hart*

Sophie Hart
Counsel for *Plata* Plaintiffs

TN:TN

cc: Co-Counsel
*Coleman* Receiver Team
Kathleen Toomey
William Lothrop
Alyssa Challenger
Deena Fox
Laura Cowall
Jason Williams
Sundeep Thind
Elise Thorn
OLA *Coleman* CLU
Clark Kelso
Diana Toche
John Dovey
Sarah Hartmann
Mellonie Yang
Brianne Burkart
Lara Saich
Brittany Brizendine
Joseph (Jason) Williams
Robert O'Brien
Lisa Heintz
DeAnna Gouldy
Robin Hart
Amanda Oltean
Kristine Lopez
Sara Meier
Andrea Galang
HC Compliance Support
CDCR Health Care Regulations and Policy Section
Paul Mello
Samantha Wolff
Damon McClain
Corinna Arbiter
*Plata* OLA CAT

# Exhibit F

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# Infrastructure Master Plan

## MAY 2026

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# Infrastructure Master Plan

**JEFF MACOMBER**
*Secretary*

**JENNIFER BARETTO**
*Undersecretary*
Administration

**SARAH LARSON**
*Director*
Facility Planning, Construction and Management

**MICHELLE WEAVER**
*Deputy Director*
Facility Planning, Construction and Management

**MICHAEL POTTER**
*Associate Director*
Facility Planning, Construction and Management

## Table of Contents

Executive Summary ........................................ 1

Introduction ........................................ 2

Overview of CDCR ........................................ 5

State of Existing Infrastructure ........................................ 9

Strategic Plan ........................................ 17

Five Year Capital Plan ........................................ 20

Next Steps ........................................ 21

## Executive Summary

The California Department of Corrections and Rehabilitation (CDCR) has developed an adaptive Infrastructure Master Plan (Plan) to align department infrastructure with modern correctional requirements. This report presents the Department's analysis and recommendations to achieve that alignment.

**Changes to departmental mission and prison population needs necessitate a revamped approach.** At the time of construction, most of CDCR's prisons were built for containment without significant consideration for comfort, accessibility, or rehabilitation. As the state has moved to improve the delivery of health care services, rehabilitative programming, and support the successful reentry of incarcerated individuals to the community, the department's infrastructure has been a barrier to operational effectiveness. Legislation and litigation have also resulted in significant changes to the system and pressure for changes related to health care, accessibility, conditions of confinement, and mental health.

**Infrastructure is aging, at risk of failure, and misaligned to department needs.** Much of the department's existing infrastructure has reached the end of its useful life, resulting in increased maintenance demands, operational inefficiencies, and systems failures. No facilities have recently been built or renovated to reflect the needs of evidence-based best practices in corrections; only components of some facilities align with modern corrections practices.

**CDCR has embarked on a strategic transformation of the correctional environment.** The department has undertaken a historic effort to pivot from a traditional punitive model toward a rehabilitative framework which is based in normalization, progression, and dynamic security. These principles aim to bring life in prison as close as possible to life outside and improve relationships between staff and the incarcerated to create safer, more effective prisons. CDCR has been undergoing a transformative shift in its correctional practices to normalize the correctional environment for the purposes of fostering rehabilitation, improving safety, and focusing on the health and well-being of both incarcerated people and staff.

**Significant investment in infrastructure is necessary to achieve the department's modern objectives.** The department has developed a plan to invest in significant infrastructure repair and replacement. This plan presents a pathway from legacy facilities to modern campuses which provide improved conditions of confinement and are adaptable to evolving population health and wellness needs.

## Introduction

CDCR's Facility Planning, Construction and Management Division (FPCM) developed the Infrastructure Master Plan (Plan) as a high-level, comprehensive assessment of the current institutional infrastructure, as well as to determine the appropriate long-term strategy for the Department's infrastructure and operational needs moving forward. The adaptive Plan that follows will serve as a strategic roadmap for the development and implementation of evolving correctional goals, to meet the needs of both incarcerated people and staff. The Plan is meant to be a dynamic guide to an ever-changing environment, revisited approximately every five years to assess progress and realign efforts as the Department evolves.

### Impetus

As of April 2026, the department operates 31 state prisons across 41 million square feet of buildings on over 21,000 acres of land. On average, those facilities are 50 years old; more than a third of the institutions were constructed between 1852 and 1963. Institutions that were built during the Gold Rush, prior to the establishment of many of the communities they serve, are being pressed to meet modern infrastructure and operational standards for which they were not built. Prisons built during the 1980s prison boom also suffer from inadequate design. The 1980s prison construction program was aimed at increasing capacity to address Three Strikes legislation with a focus on housing and security. Little thought was given to building adequate treatment and programming space, amplifying the struggle to adapt to modern demands. In the past several decades, significant changes in department operations and expectations have occurred, including:

- National requirements and opportunities such as the Americans with Disabilities Act (ADA), the Prison Rape Elimination Act, Medi-Cal eligibility changes, and the availability of federal Pell grants to incarcerated students;
- California's 2011 public safety realignment;
- Class action litigation related to health care services, mental health, and disability access, among others;
- Increased programming access by expanding rehabilitative programs in the last 20 years to offer more than 100,000 rehabilitative slots in an array of programs, including academic, career technical education and training, in-prison and transitional reentry, and community reentry services. Incarcerated people can earn Milestone Completion Credits and/or Educational Merit Credits through the programming offered;
- Changes to security operations through litigation and legislation, such as the use of restricted housing, gang identification, or others;
- Expansion of reentry programming for individuals both pre- and post-release;
- Significant reduction in the in-prison population;
- Changes in the prison population, including an increase in the aging population, the disabled population, or those with serious mental health conditions;
- Closure of the Division of Juvenile Justice;
- Development and evolution of indoor heating and cooling standards; and
- Closure of all contracted and several state-owned and operated prisons.

The Plan is driven by the need to address a variety of internal and external factors. Much of the department's existing infrastructure has reached the end of its useful life, resulting in increased maintenance demands, operational inefficiencies, and systems failures. Many of the institutions' primary housing, program, and support facilities have reached or exceeded their intended useful life. From a systemwide perspective, the institution's original design capacity, configuration, and building typologies reflect CDCR's former mission, which prioritized secure containment and static security. Efforts to proactively mitigate potential litigation, or respond to active litigation, associated with accessibility improvements, indoor heat conditions, fire and life safety systems, and mental health treatment have also increased. Aging facilities present heightened challenges due to inherent design limitations that are difficult and costly to correct through incremental upgrades alone.

With a reduced, shifting, and aging incarcerated demographic to consider, and a commitment to normalization for both the incarcerated and staff, there is a need to modernize facilities and improve conditions. The current asset portfolio was largely developed for higher population levels, younger demographics, and significantly fewer support and rehabilitative services, resulting in a disparity between available capacity, housing layouts, and present-day needs. In contrast, newer correctional facility designs incorporate flexible housing, accessible design, enhanced clinical and program spaces, and improved staff support environments aligned with contemporary correctional practices.

At the time of construction, most of California's prisons were designed for one person per cell or dorm bunk. During periods of overcrowding, the Department accommodated significantly larger populations by prioritizing the use of space for housing, rather than for rehabilitation, services, and recreation. As the state has moved to improve the delivery of health care services, the provision of rehabilitative programs, and the successful reentry of incarcerated individuals to the community, the appropriate operational environment is a critical component of CDCR's ability to provide meaningful and diverse rehabilitative opportunities to people in custody and to fostering a correctional system focused on the wellness and professional development of staff.

In prior decades, CDCR had programming slots for less than one in three incarcerated individuals; now, systemwide the Department has enough programming slots for every person to enroll in at least one program. When many prisons were designed, they did not account for this significant increase in programming opportunities, nor did they consider the operational challenges with providing these services.

Additionally, compared to prior decades, the current CDCR population is older and has more complex needs. These changes in the population have created unique challenges when it comes to operational capacity. More people require medication, which can result in long medication lines. Many individuals have specific needs (such as a lower bunk) that can limit the usability of certain types of cells or beds. Individuals may have difficulty reaching certain areas because of physical disabilities (such as housing units at the top of a hill) or may be limited in the areas of the state in which they can live (for example, due to Coccidiomycosis risk). These real-life factors can result in the need for a variety of space/capacity statewide to accommodate each person's unique circumstances and needs.

Compounding the challenges described above is a fundamental shift in CDCR's organizational mission and goals to incorporate normative principles, reflected in an increased focus on reentry and associated focus on programming and treatment. System changes also include addressing a post-pandemic reduced and aging population, including a shift to a behavioral-based incarceration model and increased use of dynamic security. These changes further reinforce the need for facilities that can support these efforts. The Plan provides a framework to transition institutions from aging, legacy facilities to modern campuses aligned with CDCR's contemporary mission and long-term objectives.

## Process

Collaborating with an outside consultant, CDCR initiated a visioning session with CDCR leadership and key stakeholders in February 2025. Participants identified their shared goals and ambitions for the department over a 20-year time horizon, envisioning an identity for the department beyond current operational challenges. Beginning in April 2025, comprehensive site visits were conducted at all CDCR institutions to engage onsite stakeholders from all disciplines, identify operational impediments, and solicit ideas for operational and infrastructural changes. Relevant infrastructure and utilities data was aggregated to develop a portfolio-wide assessment of current infrastructure conditions.

The site walks were aimed at understanding operational and programmatic challenges and successes for both staff and the incarcerated, visually inventorying space constraints and physical plant deficiencies, and to learn more about each institution's vision for CDCR.

The focus of these site visits was to identify infrastructure, facility condition, and maintenance concerns. After processing the data gathered from interviews and visits, the most critical findings revolved around how decaying infrastructure and building utility systems impact not only the ability for the incarcerated to effectively participate in opportunities for rehabilitation, but how such conditions impact staff, external stakeholders, and ultimately, the greater community as well.

Leaking roofs in both programming and administrative spaces is a common occurrence. At one institution, mental health staff are compressed into one area of a building because part of the roof substantially leaks over a portion of staff workstations and offices. At another, the roof collapsed into a kitchen, impacting food service operations.

CMF – Program Space



CTF – Kitchen/Dining



NKSP – Records Department



At one institution, the lack of heating/cooling systems and proper building insulation in educational spaces greatly impacts the interior ambient temperature, making it either too cold or too hot to hold classes during certain parts of the year. At another location, to improve air circulation in housing unit cells, the incarcerated population will break exterior windows for ventilation and cooling relief. Obsolete and non-functional campus-wide fire alarm systems have forced institutions to provide 24-hour fire watch at a considerable financial expense and risk of staff burnout. Not only is it a detriment to how and when programs are operated, but deteriorated work environments and conditions also prohibit staff from effectively performing their jobs and feeling safe, secure, and satisfied in their work.

To ensure that all institution systems and utilities were identified and captured in the reporting, CDCR also surveyed every institution to assess the condition of every building, utility system, and element of sitework. The department's cost estimating consultant then identified unit replacement costs for each building and utility system, using standard correctional construction cost methods. Combining the condition assessment and replacement costs, the department developed an anticipated cost for replacement of the existing system within the next 20 years. Based on that analysis, the overall replacement costs for all systems at all institutions are roughly $73 billion.

## Overview of CDCR

### Departmental Mission and Responsibilities

CDCR's vision is to enhance public safety and promote successful community reintegration through education, treatment, and active participation in rehabilitative and restorative justice programs. The Department's mission is to facilitate the successful reintegration of the individuals in the department's care back to their communities equipped with the tools to be drug-free, healthy, and employable members of society by providing education, treatment, rehabilitative, and restorative justice programs, all in a safe and humane environment.

The Department is responsible for the custody and care of adults convicted of specified felonies. CDCR provides rehabilitation programs, vocational training, education, and health care services to the individuals in its custody. As of April 2026, CDCR was responsible for roughly 89,700 incarcerated individuals. Most incarcerated individuals are housed in the state's 31 prisons, though approximately 1,250 individuals near the end of their sentences reside in community reentry facilities. The Department also supervises about 33,600 adults on state parole.

### Organization

CDCR traces its institutional lineage back over a century, evolving significantly over time in response to shifting penal philosophies, judicial mandates, and legislative reforms. The contemporary structure of the CDCR was established in July 2005 following a comprehensive reorganization initiated by Governor Arnold Schwarzenegger. Prior to this restructuring, the state's correctional system operated under the Youth and Adult Correctional Agency. The 2005 reform consolidated various fragmented boards and departments into a singular entity and deliberately appended "Rehabilitation" to its title, signaling a strategic policy shift from purely custody toward reducing

recidivism through education, vocational training, and substance use disorder treatment. This ideological pivot was partly driven by severe institutional overcrowding in the early 2000s, which precipitated extensive litigation and federal scrutiny over perceived systemic inadequacy of living conditions and programming.

Currently, CDCR's expansive institutional framework is structured into three primary functional domains, each overseen by an Undersecretary: Operations, Administration, and Health Care Services. The Operations branch forms the core of the department's custodial and rehabilitative mandate, encompassing the Division of Adult Institutions, which manages the secure housing of incarcerated people, as well as the Division of Adult Parole Operations (DAPO) and the Division of Rehabilitative Programs (DRP). The Administration branch facilitates the logistical, infrastructural, fiscal, and human resources required to maintain the vast departmental infrastructure. Concurrently, California Correctional Health Care Services (CCHCS) is tasked with providing medical, dental, and mental health care to the incarcerated population. Notably, owing to historical deficiencies that culminated in landmark federal litigation (*Plata v. Newsom* and *Coleman v. Newsom*), the delivery of medical care and mental health care, respectively, operate under the collaborative oversight of federally appointed Receivers.

As one of the largest correctional systems in the United States, CDCR employs roughly 50,000 staff and maintains an operating budget of approximately $13.6 billion, drawn predominantly from the state's General Fund, with significant allocations dedicated to security and health care. When adjusted for inflation, however, that is an approximately 11 percent decrease in spending between 2006-07 and 2026-27.

Despite recent population declines driven by broader state sentencing reforms and demographic shifts, CDCR continues to navigate complex administrative challenges, including infrastructural modernization, ongoing litigation, and achieving rehabilitative outcomes within a constrained fiscal environment.

**Population**

Between 1977 and 2006, the CDCR population increased nearly eightfold, peaking at over 173,000 people in custody in 2006. Since that time, various reforms have been enacted that have reduced CDCR population. In 2011, the Public Safety Realignment was enacted, which was a significant shift in California's correctional system by transferring responsibility for supervision of certain low-level felons from state prisons to county jails. Additionally, in 2016, California voters passed Proposition 57 which aimed at alleviating prison overcrowding by establishing parole considerations for non-violent offenders and allowing opportunities to earn credits for sentence reduction. These changes, along with the infectious control measures taken during the COVID-19 pandemic – such as the expedited release of individuals with 180 days or less remaining on their sentence, compassionate release, and pausing intake from county jails – have decreased the incarcerated population significantly.

This reduction has allowed CDCR to assess its capacity needs, while considering public safety, staff and community impacts, continuity of services and care for the incarcerated population, the ability

to recruit and retain workforce, and annual operating costs. This has led to the closure of several institutions and the deactivation of housing units and yards at multiple facilities.

The Department's population of approximately 89,700 is mostly male; more than 20 percent of the population is 55 years old or older, and more than 83 percent of the incarcerated population is in prison for crimes against persons. Since 2010, the share of incarcerated individuals aged 55 and older has grown from 7 percent to 21 percent, with a significant portion serving life terms. Aging adults in prison have more complex medical needs than those in the community and typically experience age-related decline in both mental and physical health about a decade earlier than non-incarcerated individuals. In addition to the increasing population of older individuals in CDCR, health care for this population is more costly and complex than care in the community and poses unique challenges because correctional structures complicate age-appropriate medical care practices.

The department is projecting the average daily prison population to be 87,600 in 2026-27, a decrease of about 2,000 people from its current level, as a result of various sentencing changes that have occurred in recent years. The state is required to limit its prison overcrowding to less than 137.5 of the design capacity of the system's prisons, creating a population cap of about 98,500 individuals that could be accommodated within the existing facilities.

**Facilities**

By the end of 2026, CDCR will have 30 active adult male and female institutions, comprised of 28 male institutions and 2 female institutions, located along California's northern and southern borders and throughout the Central Valley, Central Coast, Bay Area, Sacramento Valley Region, and beyond. CDCR is the largest state agency footprint-wise, occupying over 41 million square feet on over 21,000 acres of land. CDCR has two historical institutions, San Quentin Rehabilitation Center (SQRC) and Folsom State Prison, both constructed in the 1850s and has another 10 institutions that collectively are part of the 12 Original Prisons due to their construction prior to the "New Prison Construction Program" building boom of the 1980s and 1990s. The older institutions are comprised of a variety of building styles and materials and have reached the end of the useful life of not only their infrastructure, utility, and building systems, but also their superstructures in general. CDCR has deactivated 44 housing units across various institutions over the last two years and closed three institutions in the last five years. CDCR closed Deuel Vocational Institution (DVI) in September 2021, California Correctional Center (CCC) in June 2023, and Chuckawalla Valley State Prison (CVSP) in November 2024. Additionally, CDCR has announced its intent to close the California Rehabilitation Center (CRC) by Fall 2026.

There are also 30 conservation (fire) camps that work with the California Department of Forestry and Fire Protection (CAL FIRE) and the Los Angeles County Fire Department throughout the state and are supported by Sierra Conservation Center (SCC) and the California Institution for Women.

CDCR prisons are 24-hour facilities responsible for the daily care of thousands of incarcerated individuals. These institutions rely on a wide range of infrastructure, such as industrial kitchens; laundry facilities; boilers; electrical generators; storm water distribution systems; fire alarm and suppression systems; water and wastewater treatment plants; and medical, mental health and

dental treatment space. Practically speaking, these institutions are miniature cities. Infrastructure failure – such as failed roofs, fire alarm systems, electrical systems, or wastewater systems – can pose significant health and safety risks to incarcerated population and staff. Institution infrastructure can also significantly impact the state's ability to deliver services to the incarcerated population. The table below provides basic information about each CDCR prison, and additional detail on each facility can be found in Appendix 1.

**CDCR Institutions**
**as of April 2026**

| Institution Name | Year Activated | Square Footage | Design Capacity | Current Population |
|---|---|---|---|---|
| Avenal State Prison* | 1987 | 1,670,880 | 2,424 | 3,840 |
| Calipatria State Prison | 1992 | 1,157,873 | 1,808 | 2,539 |
| California Correctional Institution | 1954 | 1,558,393 | 1,508 | 2,376 |
| Central California Women's Facility | 1990 | 864,468 | 1,986 | 2,178 |
| Centinela State Prison | 1993 | 1,158,274 | 2,308 | 3,229 |
| California Health Care Facility, Stockton | 2013 | 1,513,000 | 2,953 | 2,431 |
| California Institution for Men* | 1941 | 1,398,611 | 2,200 | 2,283 |
| California Institution for Women | 1952 | 601,596 | 1,281 | 1,124 |
| California's Men's Colony | 1954 | 1,421,718 | 2,613 | 2,140 |
| California Medical Facility | 1955 | 874,378 | 2,316 | 2,133 |
| California State Prison, Corcoran | 1988 | 1,760,224 | 3,114 | 2,618 |
| Correctional Training Facility | 1946 | 1,458,166 | 2,800 | 4,352 |
| Folsom State Prison | 1880 | 1,121,481 | 2,065 | 2,797 |
| High Desert State Prison | 1995 | 1,230,785 | 2,081 | 2,855 |
| Ironwood State Prison | 1994 | 1,125,271 | 2,208 | 3,481 |
| Kern Valley State Prison | 2005 | 1,441,786 | 2,448 | 3,325 |
| California State Prison, Los Angeles County | 1993 | 1,229,337 | 2,300 | 3,346 |
| Mule Creek State Prison | 1987 | 1,640,639 | 3,284 | 3,752 |
| North Kern State Prison | 1993 | 922,063 | 1,910 | 2,711 |
| Pelican Bay State Prison | 1989 | 1,219,660 | 1,804 | 1,734 |
| Pleasant Valley State Prison | 1994 | 1,172,052 | 2,308 | 3,208 |
| R.J. Donovan Correctional Facility | 1987 | 1,611,310 | 2,992 | 3,907 |
| California State Prison, Sacramento | 1986 | 1,337,271 | 1,828 | 2,219 |
| California Substance Abuse Treatment Facility | 1997 | 1,693,044 | 3,424 | 5,269 |
| Sierra Conservation Center | 1965 | 697,986 | 4,592 | 4,136 |
| California State Prison, Solano* | 1984 | 1,271,322 | 1,904 | 2,925 |
| San Quentin Rehabilitation Center | 1852 | 1,623,250 | 3,084 | 2,380 |
| Salinas Valley State Prison | 1996 | 1,322,596 | 2,452 | 2,332 |
| Valley State Prison | 1995 | 796,490 | 1,961 | 3,017 |
| Wasco State Prison | 1991 | 982,547 | 2,384 | 3,276 |
| | TOTALS: | 37,876,471 | 72,340 | 87,913 |

*Design capacity for these institutions reflect recent yard activations/deactivations
Note: California Rehabilitation Center is not included based on pending closure.

## Application of a Scandinavian Model of Corrections

In 2023, CDCR initiated a historic effort to pivot toward a more modern rehabilitative framework. This evolution is rooted in the success of the Scandinavian Model, specifically the "Norwegian Exception."

As part of the department's work, they drew upon the lessons of Scandinavian custodial systems, particularly the Norwegian Correctional Service. Norway's transformation was born out of necessity. Until the 1990s, Norwegian correctional facilities were operated similarly to California facilities, and the country had a 70 percent recidivism rate. In the 1990s, however, Norway made significant

changes to its prison system, prioritizing rehabilitation and reentry. Recidivism in Norway is now approximately 20 percent. The Norwegian transformation was driven by three main principles:

- **Normality (The Principle of Continuity):** This principle dictates that the punishment of incarceration is the restriction of liberty itself; no other rights should be taken away unless necessary for security. In practice, this means creating environments that mimic the "outside" world. Incarcerated people continue to cook their own meals, wear their own clothes, and maintain a sense of personal responsibility, so that they do not lose the basic life skills required for a successful return to society.

- **Progression (The Seamless Reentry):** Rehabilitation is viewed as a ladder. As individuals move through their sentences, they gradually transition to lower-security environments—such as "open" prisons or halfway houses—before full release. This "step-down" approach ensures that the "cliff" between prison and the community is replaced by a bridge, reducing the shock of reentry that often leads to re-offending.

- **Dynamic Security (Safety through Relationship):** Unlike "static security" (walls, bars, and cameras), dynamic security relies on the daily, professional interactions between staff and incarcerated individuals. When officers eat with, talk to, and mentor those in their care, they can detect tension or potential conflict long before it escalates. This approach transforms the role of the correctional officer from solely a "guard" to also be considered a "resource", significantly reducing staff trauma and workplace violence.

California's adoption of these elements—often referred to as the California Model—is not a carbon copy of the Norwegian system, but a culturally adapted version. It recognizes that California's facilities are larger, more complex, and face unique issues. By incorporating Trauma-Informed Care and Peer Support in its model, CDCR is building on the Scandinavian foundation to address the specific needs of the California population.

The ultimate goal is a safer California: by treating incarcerated individuals as "neighbors-in-waiting," the state aims to ensure that when people leave prison, they return to their communities as stable, employed, and law-abiding citizens.

## State of Existing Infrastructure

### Infrastructure Funding

Funding to maintain, repair, and replace aging or faulty equipment and infrastructure at CDCR's facilities is managed by the department's FPCM Division. The department's annual budget includes $26 million for maintenance and repairs, typically called Special Repair (SR). These are projects that, irrespective of cost, sustain the usability of a major system, building or facility at its designed level of service. The nature of all SR projects is considered preventive and avoids or minimizes the following: collateral damage to other systems or structures; increased demand for recurring maintenance resources and/or minor repairs; regulatory fines; energy consumption as new

equipment is more energy efficient than previous models; disruption of health care service space, rehabilitative program space, and other critical services such as kitchens; and the risk that housing units may become uninhabitable due to building system failures or site-wide infrastructure failures. SR project needs are typically extraordinary in scope, amount and/or occurrence and therefore the process of needs identification, prioritization, project development and funding allocation is managed centrally by CDCR through FPCM. SR funding is utilized for all project phases including pre-design studies, architectural and engineering design, and construction and inspection.

The Department's existing $26 million SR funding baseline is inadequate and can only fund approximately 14 percent of emergent projects each year. However, existing funds must address both urgent new needs and backlogged critical projects, and at current funding levels CDCR is unable to address either effectively, while the backlog continues to grow. Currently, CDCR has a SR project funding request backlog exceeding $1 billion, which is 38 times more than CDCR's current $26 million annual baseline funding.

Planned projects must often be delayed from one fiscal year to the next due to changing priorities within a fiscal year. These changing priorities can either be caused by emergency projects resulting from infrastructure failures or storm damage, or by the need for facility improvements tied to policy changes. This is especially true for projects in the greater than $1 million to $2 million cost range, as that represents a significant allocation of limited SR resources.

In addition to SR funds, the department receives prison maintenance and plant operations funding and can request funding on an ad hoc basis for specific support or capital outlay projects. Prison maintenance and plant operations funding is the sole source of funds provided to CDCR for a wide variety of activities such as periodic maintenance and equipment replacement, planned and minor emergency repairs, and the purchase of parts and material supplies necessary for these functions. CDCR receives approximately $70 million annually for prison maintenance for contracts required for specialized maintenance, repair, and rental services in case of equipment breakdown; required annual fees to regulatory agencies; and parts and materials necessary to provide for the planned level of repairs and equipment replacements during the fiscal year.

Additionally, since 2015, the Budget Acts have provided several one-time allocations for Deferred Maintenance (DM) which have allowed several critical projects to move forward. Since 2017, Budget Acts have also provided funding for roof replacements. These combined investments have allowed CDCR to make progress addressing priority areas such as mechanical systems; roads; roofs; fire alarm/suppression; security and alarm systems protecting incarcerated individuals, staff, and visitors; sitewide electrical systems; and increasing regulatory compliance related to air quality, water, storm water, and wastewater collection and distribution systems. CDCR has also received capital outlay appropriations for new construction projects to address a variety of needs including mental health treatment and housing facilities, educational space, treatment space, fire and life safety improvements, potable water treatment and storage, and heating and cooling. However, this one-time funding for repairs and modernization have been insufficient compared to the overall infrastructure repair and replacement backlog that exists in the department.

At current funding levels CDCR cannot plan and execute project development and funding effectively. Newly identified urgent issues and emergency needs drive previously unplanned projects and dominate project funding allocations. Funding for projects planned and scheduled to address known non-emergency issues and/or to fund backlogged needs is often redirected to emergencies or reprioritized as other urgent repair issues and needs for facility rehabilitation tied to policy changes emerge throughout the fiscal year.

Overall, investment in CDCR facilities has not kept pace with the infrastructural needs of its facilities. Industry averages for annual facility reinvestment for system renewal and replacement range from 1 to 4 percent of current replacement value. In a publication titled *Predicting Outcomes from Investments in Maintenance and Repair for Federal Facilities*, released in 2012, the National Research Council recommended a range of from 2 to 4 percent. CDCR's current rate of investment is less than either of these benchmarks. CDCR's current owned and managed facility portfolio represents approximately $20 billion in current replacement value. CDCR's $26 million annual SR budget represents 1/10th of one percent of that value.

To highlight this shortfall CDCR's portfolio includes approximately 30 million square feet of roofs. Commercial low-slope roofs are expected to last for approximately 15 to 20 years. With appropriate interim repairs, roofs can last up to 30 years. Based on a 30-year life, and roughly 30 million square feet, approximately 1,000,000 square feet of roofs will need to be replaced each year, requiring an estimated annual expenditure of $40 million. However, absent any separate dedicated requests, CDCR is only provided with $26 million each year to repair or replace all its aging systems, including roofs, roadways, plumbing and electrical systems and all other key infrastructure. CDCR's entire annual repair allocation plus additional funds would be needed just to replace roofs on a scheduled basis.

**12 Prison Study**

In 2019, CDCR completed a systems level Facility Condition Assessment (FCA) of the department's original 12 prisons. The purpose was to evaluate the existing housing, program, and service buildings, and related infrastructure, of those locations, and to develop recommendations for repair, renovation, or replacement necessary to maintain the current level of operations for the foreseeable future. The major goal of the FCA was to understand the physical condition of the 12 original prisons. After the assessment was completed, the overall condition of each facility was represented through calculation of a Facility Condition Index (FCI). The results of that study found that all 12 prisons were in poor condition, with anticipated Facility Condition Indices (10-year FCIs) ranging between 35 and 63 percent and averaging 48 percent. In total, the study recommended $11 billion of construction projects at the 12 institutions.

According to the report:

> *"The 12 original prisons were constructed between the mid to late 1800's and the 1960's. Together, these prisons contain more than one-third of the total Design Capacity of CDCR's adult prison portfolio. Most of the infrastructure (i.e. buildings and utility systems) at these prisons date to the prisons' original construction. The physical plant layouts designed reflected both national and state correctional policies of the time. As the character of prison populations has changed*

*over time, and reformation of correctional institutions has gained traction amongst correctional agencies including CDCR, the majority of these older institutions physical plants have not significantly changed…The existing academic and vocational program buildings at all of these locations largely reflect the program modalities of the period in which they were constructed, often requiring renovation/repair and upgrades (especially of electrical and telecommunications systems) in order to meet current program requirements. The healthcare spaces at these and other prisons also present challenges to meeting modern healthcare delivery models. CDCR's $1 billion Healthcare Facility Improvement Project (HCFIP) is currently underway.*

*However, unlike the large-scale investment in improving healthcare spaces, a similar investment of that magnitude has not yet been made for aging facilities…Typically, the individual system and building components are functioning beyond their expected useful life."*

The table below provides the Consultant's cost estimates for the total recommended projects at each of prisons that remain open, as well as a revised costing to show the Consultant's estimates in today's dollars, and further escalated costs to align with the Plan cost methodology. The final column provides CDCR's estimate for holistic repairs/replacements at each institution according to the Plan. This comparison demonstrates the identified institutional needs in the Plan are similar to the professional Consultant's estimated costs overall when comparing projects; however, it is important to note that costs identified for this Plan are comprehensive for each location for life-cycle replacements for all systems and structures, whereas, the costs identified for the 12-Prison Study were restricted to recommended projects at that point in time, with exclusion of newer facilities at certain institutions (such as CCI-Facilities A, B, and C).

**12 Prison Study Costing vs. CDCR Infrastructure Plan Costing**

| 12-Prison Study Findings/Costing | | | 12-Prison Study Costing Adjusted to Match CDCR Infrastructure Plan Methodology | CDCR Infrastructure Plan Cost Estimates |
|---|---|---|---|---|
| Institution | Total Costs in 2020 for Repairs/Replacements* | Normalized to 2026 (March - CCCI: 10124)** | | |
| California Correctional Institution | $ 530,691,000 | $ 773,386,000 | $ 1,238,821,000 | $ 3,118,109,164 |
| California Institution for Men | $ 1,228,339,000 | $ 1,790,083,000 | $ 2,512,233,000 | $ 2,552,879,224 |
| California Institution for Women | $ 413,046,000 | $ 601,940,000 | $ 877,229,000 | $ 1,007,035,430 |
| California Medical Facility | $ 763,495,000 | $ 1,112,656,000 | $ 1,742,612,000 | $ 1,627,428,444 |
| California Men's Colony | $ 1,557,192,000 | $ 2,269,327,000 | $ 3,536,562,000 | $ 2,824,171,843 |
| Correctional Training Facility | $ 1,376,667,000 | $ 2,006,244,000 | $ 3,151,936,000 | $ 2,971,505,873 |
| Folsom State Prison | $ 799,570,000 | $ 1,165,229,000 | $ 1,814,105,000 | $ 2,123,913,487 |
| San Quentin Rehabilitation Center | $ 1,646,929,000 | $ 2,400,102,000 | $ 3,610,990,000 | $ 3,005,214,753 |
| Sierra Conservation Center | $ 504,418,000 | $ 735,098,000 | $ 1,169,288,000 | $ 1,770,571,666 |
| **Totals:** | **$ 8,820,347,000** | **$ 12,854,065,000** | **$ 19,653,776,000** | **$ 21,000,829,885** |
| **Average/Institution:** | **$ 980,039,000** | **$ 1,428,229,000** | **$ 2,183,753,000** | **$ 2,333,426,000** |

*Repair/Replacement Cost in March 2020 (month Study was completed/estimated) - CCCI: 6947
**Simple escalation to Start of Construction + Escalation to Midpoint @ 0.42% per month (equal to 5% annually).

## Current State of CDCR Infrastructure

In the time since the 12 Prison Study, the fundamental conditions of the department's infrastructure have not significantly altered, other than continuing to age without significant maintenance, repair, or replacement. This conditioned aging of the infrastructure without investment places systems at risk of catastrophic failure. Additionally, while there has not been a similar study of the other

19 facilities, there are significant outstanding infrastructure needs at those facilities, and they also suffer from insufficient maintenance and repair funding.

To better understand the existing CDCR infrastructure, determine capital infrastructure investment repair and replacement priorities, and develop financial rough order of magnitude budgets without performing another time-consuming and invasive facility conditions assessment, the strategic master plan is relying on a relative analysis by plant operations staff of building systems, utilities, and infrastructure. While a full FCA is a helpful tool in identifying deficiencies and maintenance needs at the micro level, this analysis balances resource constraints and relies on first-hand staff knowledge and experience of the existing infrastructure conditions.

This approach relied on developing simplified conditions criteria and an assessment document that listed major systems for consideration. Leveraging institutional knowledge and experience, systems were assigned one of the following designations by local staff:

- Plus – Expected to exceed 20 years of operation
- Good – Generally well maintained
- Fair – Needs repairs, typical wear and tear
- Poor – Significant disrepair, not well maintained
- Failing – At risk of failure or unusable

Additionally, the 48 utility and infrastructure systems were further prioritized into the following categories:

- Critical impact – the loss of this system is due to a full shut down or catastrophic failure and has adverse effects on mission-critical operations such as securing the incarcerated population and access to licensed health.
- Major impact – the loss of this system could require modified program and prioritizing sequence of operations. Examples include electrical load shedding in emergency power situations, renting boilers, and limiting program due to an inoperable elevator.
- Minor impact – the loss of this system or disruption in services is inconvenient but not long-lasting. Examples include momentarily shifting to cell-side feeding if a dining room is unavailable or manning towers if the lethal electrified fence is down.

Weighting the systems and validating the data ensured an accurate assessment of the current condition of infrastructure at the institution level and appropriately accounted for the impact each system has on the critical operations of the prison, which can be seen in Appendix 2.

In addition to accounting for the state of existing infrastructure, the analysis also estimated the cost of necessary upgrades to existing systems, such as construction required to comply with the ADA and necessary upgrades of heating and cooling infrastructure.

Concurrent with re-baselining scores and priorities, estimators developed replacement costs by system and institution. This approach allowed utilities to be grouped together into projects across institutions (such as roofs or boiler replacements), or for projects to focus on several systems at a single institution. Lastly, a project summary document identified the projects anticipated to be

needed within 20 years and those post-20 years for all site utilities, sitework, and building systems. It further subdivided those estimates into five-year intervals for project funding and support. The table below provides a summary of that analysis by institution; the full analysis can be seen in Appendix 3.

**CDCR Infrastructure – Needs Assessment**

| Location | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total |
|---|---|---|---|---|---|
| Avenal State Prison | $ - | $ 1,451,028,228 | $ 1,196,844,603 | $ 162,548,904 | $ 2,810,421,735 |
| California Correctional Institution | $ 1,170,266 | $ 853,559,087 | $ 2,120,011,728 | $ 143,368,084 | $ 3,118,109,164 |
| California Health Care Facility, Stockton | $ 24,614,599 | $ 73,227,373 | $ 1,143,460,776 | $ 2,283,158,232 | $ 3,524,460,980 |
| California Institution for Men | $ 945,493,578 | $ 823,240,567 | $ 663,139,100 | $ 121,005,979 | $ 2,552,879,224 |
| California Institution for Women | $ 131,813,209 | $ 546,147,563 | $ 326,778,607 | $ 2,296,050 | $ 1,007,035,430 |
| California Medical Facility | $ 75,446,617 | $ 678,671,096 | $ 645,807,418 | $ 227,503,313 | $ 1,627,428,444 |
| California Men's Colony | $ - | $ 1,246,461,631 | $ 1,462,947,633 | $ 114,762,579 | $ 2,824,171,843 |
| California State Prison, Corcoran | $ 114,060,521 | $ 1,137,964,354 | $ 1,465,022,097 | $ 90,416,409 | $ 2,807,463,381 |
| California State Prison, Los Angeles County | $ 9,910,626 | $ 697,253,511 | $ 1,232,943,877 | $ 375,487,996 | $ 2,315,596,010 |
| California State Prison, Sacramento | $ - | $ 877,953,918 | $ 1,211,254,247 | $ 304,793,969 | $ 2,394,002,133 |
| California State Prison, Solano | $ 108,131,391 | $ 890,755,225 | $ 1,030,413,353 | $ 226,949,838 | $ 2,256,249,807 |
| Calipatria State Prison | $ 164,709,752 | $ 745,769,258 | $ 874,083,195 | $ - | $ 1,784,562,205 |
| Centinela State Prison | $ 624,163,417 | $ 755,803,029 | $ 511,919,780 | $ 184,149,800 | $ 2,076,036,026 |
| Central California Women's Facility | $ 16,987,991 | $ 568,739,914 | $ 942,043,354 | $ 284,844,291 | $ 1,812,615,549 |
| Correctional Training Center | $ - | $ 131,860,881 | $ 488,283,160 | $ - | $ 620,144,041 |
| Correctional Training Facility | $ - | $ 1,041,641,524 | $ 1,929,864,349 | $ - | $ 2,971,505,873 |
| Folsom State Prison | $ - | $ 998,649,101 | $ 990,799,450 | $ 134,464,937 | $ 2,123,913,487 |
| High Desert State Prison | $ 11,365,734 | $ 930,999,113 | $ 1,472,336,007 | $ 298,336,666 | $ 2,713,037,521 |
| Ironwood State Prison | $ 43,037,026 | $ 270,272,272 | $ 683,199,721 | $ 1,695,474,906 | $ 2,691,983,924 |
| Kern Valley State Prison | $ 66,573,227 | $ 505,435,830 | $ 1,838,701,252 | $ 606,567,097 | $ 3,017,277,405 |
| Mule Creek State Prison | $ 455,160,556 | $ 1,419,842,801 | $ 433,465,865 | $ - | $ 2,308,469,221 |
| North Kern State Prison | $ 37,782,128 | $ 583,510,184 | $ 892,608,048 | $ 83,524,235 | $ 1,597,424,595 |
| Pelican Bay State Prison | $ 234,349,874 | $ 471,400,495 | $ 860,254,030 | $ 1,245,157,326 | $ 2,811,161,725 |
| Pleasant Valley State Prison | $ 47,521,958 | $ 517,240,508 | $ 1,485,398,296 | $ 417,992,388 | $ 2,468,153,150 |
| R.J. Donovan Correctional Facility | $ 40,733,202 | $ 1,585,449,628 | $ 976,351,567 | $ 523,413,817 | $ 3,125,948,213 |
| Salinas Valley State Prison | $ 22,111,413 | $ 818,729,652 | $ 1,437,281,959 | $ 463,926,821 | $ 2,742,049,845 |
| San Quentin Rehabilitation Center | $ 37,349,247 | $ 1,783,999,458 | $ 1,172,235,595 | $ 11,630,452 | $ 3,005,214,753 |
| Sierra Conservation Center | $ 36,379,527 | $ 602,924,398 | $ 938,586,931 | $ 192,680,810 | $ 1,770,571,666 |
| Substance Abuse Treatment Facility and State Prison, Corcoran | $ 62,894,254 | $ 1,074,594,929 | $ 1,400,421,696 | $ 447,874,299 | $ 2,985,785,177 |
| Valley State Prison | $ 305,468,459 | $ 583,310,292 | $ 416,906,310 | $ 229,955,186 | $ 1,535,640,248 |
| Wasco State Prison | $ 10,331,192 | $ 623,491,270 | $ 1,192,020,642 | $ 85,580,823 | $ 1,911,423,928 |
| **Construction Cost -- April 2026** | **$ 3,627,559,765** | **$ 25,289,927,088** | **$ 33,435,384,645** | **$ 10,957,865,205** | **$ 73,310,736,704** |
| ***Includes Sitework, Utilities, and Building Systems (All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system)** | | | | | |

The information gathered as part of this project identified roughly $73 billion in outstanding infrastructure repair or replacement needs over the next 20 years. That figure reflects the amount of funding that would be needed to maintain current CDCR system operations and footprint and mitigate system failures over that time period. This cost highlights the significant repair and replacement backlog the department faces. However, understanding the substantial infrastructure investment needed to maintain operations, and accounting for the cost savings associated with replacement over repair, also provides the department with an opportunity to consider alternative infrastructure when replacing existing systems and structures.

## Alternative Design and Construction Models

CDCR has been undergoing a transformative shift in its correctional practices to normalize the correctional environment for the purposes of fostering rehabilitation, improving safety, and focusing on the health and well-being of both incarcerated people and staff. The overarching goal is to improve outcomes through a comprehensive approach that emphasizes reentry, reduces trauma and stress, and enhances rehabilitation within California's prison system. It is well established that living and working within prisons can negatively impact the health and well-being of both staff and

incarcerated people, and CDCR has undertaken efforts, described below, to improve the living and working environments in its facilities.

***Remaking San Quentin Rehabilitation Center***

In an effort to implement the lessons learned from the Scandinavian Model of Corrections, CDCR recently announced the completion of its innovative educational complex, the San Quentin Learning Center. The $240 million project used the Progressive Design-Build (PDB) project delivery method and nearly tripled the existing campus classroom space, provided staff meeting areas and included a one-stop reentry program. This Administration initiative was announced by the Governor in March 2023, started design in September 2023 and completed construction in December 2025; operations began in March 2026. The PDB delivery method accelerated the traditionally used CDCR project delivery methods and was completed within 30 months, start to finish.

Grounded in the principles of the California Model and inspired by Nordic precedents, the project introduced a cultural shift aimed at promoting empowerment, self-agency, and personal responsibility. It strives to mirror life outside to better facilitate transition from incarceration to reentry, aiming to reduce recidivism and improve public safety. The project also prioritized the health and well-being of both incarcerated individuals and staff.

The Learning Center is approximately 80,000 square feet and consists of two three-story buildings, and one two-story building. These buildings include showcase spaces such as a technology and media center, a comprehensive library, a multipurpose gathering space, and a café. The design was deliberate in its materials and finishes, and is conceived as a welcoming, campus-like environment that actively supports rehabilitation.



Its identity is rooted in the principles of openness and integration with nature. Building placement optimizes views and encourages positive interaction between incarcerated individuals and staff, supporting efforts toward dynamic security. Learning extends beyond traditional classroom walls, intentionally blurring the boundary between outdoor and indoor spaces. The landscape integrates outdoor classrooms, set among newly planted native species plants and trees, while rooftop terraces provide additional learning spaces.

***California State Prison, Corcoran 3C - Honor Housing***

As requested for inclusion within the 2026 Budget Act, CDCR plans to reactivate two housing units in the California State Prison, Corcoran (COR) 3C facility to implement the first of its kind, behavioral-based housing for the Level III population. This facility would house incarcerated people in a supportive community environment where they can develop personal responsibility, prior to their release from prison. If approved in the 2026 Budget Act, the facility will embrace California Model concepts such as normalization, dynamic security, and progression. The COR 3C facility is

envisioned to be reactivated in two phases as Level III Non-Designated Programming housing, activating one housing unit in September 2026 and the second housing unit in February 2027.

Participation in the program will be voluntary, and those who are interested must apply and agree to specific conditions, including active participation in programming and remaining discipline free. Only individuals exhibiting dedication and commitment to living in 3C will be accepted on the facility. The incarcerated people living in 3C will be provided the opportunity to participate in a behavior-based collective community where responsible behavior is rewarded. Overall, the facility will seek a more normalized environment. The population will be encouraged to develop autonomy with more control over their rehabilitative schedule as well as their medical appointments. They will have the ability to schedule medical appointments directly with healthcare staff, will complete medical forms at the clinics, and will receive appointment reminders via their tablets, aligning with standard community healthcare practices. The facility is also expected to serve as a feeder program to the Male Community Reentry Program (MCRP).

Each participant will have the option to live in a single-cell assignment, eliminating the negative impacts and potential conflict between two people being forced to share a small, confined living space, with the goal of decreasing opportunities for violence. Offering single-celled housing may also benefit individuals by reducing sleep disturbances and the resulting negative impacts.

The facility will have a more normalized environment, moving away from the physically oppressive prison architecture, by:

- Including greenery which promotes aesthetic calmness,
- Providing furniture similar to what is found in the community,
- Using new paint and colors to transform the environment,
- Allowing the incarcerated to paint/decorate their assigned space to reflect their personality,
- Providing participants with access to a "convenience store" within the unit where incarcerated people can directly access their own food and personal needs,
- Phasing in the responsibility to clean/maintain their spaces as well as communal spaces within the housing units.

This project allows the Department to further its rehabilitative efforts through implementation of the Scandinavian Model concepts with a higher security population. This model is designed to make the correctional landscape better for people in the care of CDCR, enhance the overall wellness of employees, and make the state safer for all citizens.

***Expansion of Reentry Programs***

The MCRP/Female Community Reentry Program (FCRP) is a voluntary program for incarcerated people who meet the eligibility criteria. Approved participants serve the end of their sentences in the community, in lieu of confinement in state prison. The MCRP/FCRP is facilitated by DRP.

Launched in 2015, the program is designed to provide a range of community-based, rehabilitative services. The goal of the program is to help participants successfully reenter the community from incarceration, as well as contributing to reduced recidivism. Rehabilitative services may include but

are not limited to guidance and support, family reunification, community resources, education, employment, health care services, recovery groups, and assistance obtaining housing upon release.

MCRPs/FCRPs, which are operated at a per person cost that is less than the average cost of incarceration in traditional prisons, also contribute to reduced recidivism. According to a study by researchers at Stanford University, for offenders who participate in MCRP for at least seven months, MCRP decreases the likelihood of rearrest by 8 percentage points, and for offenders who participate in MCRP for at least nine months, MCRP decreases the likelihood of rearrest by 13 percentage points and reconviction by 11 percentage points. The current MCRP/FCRP program operates 13 locations serving about 1,250 individuals at a time. MCRPs currently exist in Los Angeles (three locations), San Diego, Butte, Kern, and Fresno counties. FCRPs exist in Los Angeles, Bakersfield, Sacramento, San Diego, Santa Fe Springs, and Stockton.

## Strategic Plan

In 2026, CDCR is striving to become a modern correctional system. It has meaningfully expanded rehabilitative programming, substantially improved access to medical and mental health services, supported increased family connections, and significantly expanded reentry opportunities. But, as noted above, it is striving to do so *in spite of* the space that is provided.

CDCR is facing increasing pressure to do more with aging and failing infrastructure, and the magnitude of the outstanding infrastructure replacement and repair needs is immense. The department is managing aging facilities, evolving legal requirements, and a fundamental realignment of the Department's mission toward reentry and evidence-based programming. By transitioning from a reactive to a proactive operational model, the department aims to create environments that meet modern community standards for safety, health, and rehabilitation.

As noted in earlier sections of this report, the Department's infrastructure will require significant investment in the coming decades to maintain its current level of operability. The Department is facing the likelihood of needing more than $1 billion each year to adequately address its infrastructure challenges over that period. However, that challenge also presents an opportunity. The Department has proven with its SQRC project that it is capable of developing and constructing modern space. The SQRC project, delivered on time and on budget, supports the normalized, progressive, and dynamically secure operations that the Department is building toward with the California Model.

Building on the successes seen at SQRC, the department has developed a high-level strategic vision for the next 20 years.

This roadmap does not lay out the construction and operational changes that will be needed to achieve that vision across all 20 years; that is by design. The department has undergone significant transformation in the previous 20 years – the population has declined by nearly half, significant changes have been made to health care facilities and operations, and rehabilitative programming

has expanded dramatically. In 2006, with a population in excess of 170,000, CDCR would not have been able to predict the system that exists today. In the same way, the department cannot predict today the system operations in 2046.

Recognizing the need for a strategic plan that evolves with the evolving needs of the Department, CDCR has developed a Plan that sets forth a set of high-level organizational objectives for the next 20 years. That set of overall objectives is then applied to discrete, actionable efforts in the next five years that would move the department toward achieving the long-term objectives. Under this adaptive Plan, the Department would, at five-year intervals, reassess the needs of the department, developing subsequent five-year action plans that move the department forward in achieving the objectives below. This strategy ensures that as the department's operational needs change, any proposed infrastructure improvements are consistent with the evolving needs. For example, if there are changes in the size or demographics of the population, new accessibility requirements, or new programming opportunities, the department would incorporate those as part of the iterative process imbedded in this master planning effort.

CDCR has an opportunity to improve the living and working environment for people in custody and employees, while also improving public safety for all Californians. Every employee has the potential to positively impact the lives of incarcerated individuals, and most incarcerated people will return to California's communities. With appropriate investments in infrastructure to achieve the department's mission, CDCR can improve their outcomes while also making its facilities better places to work.

The section that follows lays out the strategic objectives that the department plans to pursue over the next 20 years. The subsequent section sets forth the capital improvement efforts the department is proposing in pursuit of those objectives. Projects detailed below are subject to the standard deliberative budget process, including review and consideration with the Department of Finance and the Legislature. All proposals will be submitted as part of future budget processes for consideration and will only proceed upon approval.

**Objective I: Health and Safety**

Cultivate a working and living environment that adheres to modern correctional safety and, to the extent feasible, community standards. This shift aims to improve the working environment impacting staff burnout, improve staff safety, and reduce costs. It also aims to improve the living environment for the incarcerated population, creating a safer, healthier environment for residents.

- **Integrated Healthcare Infrastructure**: Design should ensure dedicated spaces across disciplines to provide medical, mental health, dental, and substance use disorder (SUD) services that mirror community-level care.
- **Geriatric and Specialized Housing**: Recognizing a shifting demographic, the plan prioritizes housing for an aging population, including infrastructure for aging in place and potential facilities for hospice, dementia care, and assisted living.
- **Safety and Accessibility**: Infrastructure will be updated to meet design standards for disability access and provide a safe physical environment for both staff and the incarcerated population.

- **Environmental Utility Standards**: Modernization extends to fundamental utility systems, ensuring that roofs, water quality, and heating, ventilation and air conditioning systems meet contemporary community standards.

**Objective II: Normalization**

In this plan, normalization involves utilizing community-standard architecture to create a healing, useful, and safe prison environment. The goal is to provide dignity for staff and the population, ultimately fostering a higher state of readiness for reentry.

- **Community-Mirrored Architecture**: Future construction should mirror "high-traffic" spaces found in the community, moving away from traditional institutional aesthetics while maintaining appropriate security grades.
- **Local Agency and Variety**: To reduce institutional monotony, the plan allows for "perceptual variety" through color and finishes; design choices would, when feasible, be made with staff and the population to build shared ownership and trust.
- **Social Connectivity**: Facilities should provide meaningful spaces for educators, volunteers, and family, acknowledging that community integration is vital for long-term success.
- **Personal Responsibility and Wellness**: Inclusion of spaces designed to promote autonomy and self-responsibility, including private sleeping areas and facilities for cooking and laundry for the population, as well as dedicated wellness spaces for staff.

**Objective III: Wellness**

As part of its infrastructure planning, the department would create spaces that support positive engagement and meaningful work. From a strategic standpoint, reducing environmental stress is viewed as a primary method for reducing violence, recidivism, and staff burnout.

- **Digital and Physical Connections**: The Plan incorporates technology and physical space aiming to help staff maintain wellness and allow the incarcerated population to stay connected with outside support systems.
- **Privacy and Individuation**: Wellness is supported by providing staff with spaces for rest and recovery, while offering incarcerated individuals private sleeping areas that allow for personalization.
- **Biophilic Design Elements**: A key component involves the incorporation of natural light, green spaces, and views of the surrounding topography to improve the psychological health of all occupants.
- **Human-Scale Design**: Future construction would prioritize smaller housing units and subdivided yards to reduce the density of the population, thereby lowering overall risk and environmental stress.

**Objective IV: Progression**

The plan prioritizes infrastructure as a tool to support a "progressive responsibility and independence" model throughout the incarceration life cycle. This acknowledges that most individuals return to the community and should do so "ready".

- **Autonomy Gradation:** The system should offer a variety of institution types and programs that allow for different levels of responsibility and autonomy.

- **Dynamic Placement:** The infrastructure should support the ability for individuals to both progress toward more independence or regress to higher security if necessary.
- **Comprehensive Housing Continuum:** The Plan envisions a spectrum of spaces ranging from high-security environments to targeted supportive housing and dedicated reentry facilities. Part of that vision is to house approximately 10 percent of the incarcerated population in MCRP/FCRPs.
- **Capacity Alignment**: A core goal is to ensure that reentry and programming capacity is sufficient to accommodate all eligible individuals, ensuring no gaps in the rehabilitative pipeline.

## Five-Year Plan

**Five-Year Plan**

The department incorporated the strategic objectives described above with the analysis of the department's existing infrastructure and needed replacements and repairs over the next 20 years. The department identified the priority infrastructure needs that will continue to exist over that period, including:

- High security housing options.
- Housing for individuals who are aging, disabled, or living with mental health conditions in prison.
- Specialized housing for women.
- Lower security housing options that support progression.
- Housing near incarcerated individuals' communities of origin and related support networks.

Based on that overall portfolio need and the assessment of existing infrastructure conditions, the department would require significant capital improvement projects at five prisons in the next five years. Specifically, the department proposes pursuing projects at:

- California Medical Facility (CMF)
- Central California Women's Facility (CCWF)
- Sierra Conservation Center (SCC)
- California State Prison, Corcoran (COR)
- California Institution for Men (CIM)

The department anticipates these projects will consist of substantial capital outlay investments, including replacement of utility systems, demolition and replacement of housing units, and other major projects. For each institution, the department will prepare a facility master plan, undertake an FCA, and plan the overall infrastructure for the institution. That master planning will be developed into a project scope and budget.

These planning and phasing efforts will be coordinated with institution staff to identify mission-critical systems for replacement prioritization. Swing space and temporary facilities must be considered, along with gauging design/construction industry interest and capacity. Based on the success with the SQRC project, the department plans to seek authority for PDB process.

## Next Steps

**Facility Master Plan Development and Implementation**

To achieve the five-year plan set forth above, the department has developed a tentative timeline for planning and construction of the targeted institutions. CDCR is anticipating that each institution will require about 1.5 years for pre-construction activities and 3.5 years for the design-build phase of the project. These timelines assume the use of the progressive design-build process and that the department does not face external challenges related to the projects.

In July 2026, the department plans to start master planning efforts for CMF. That will include detailed FCAs, development of project scope, identification of barriers, and planning for any operational accommodations (such as population movement) associated with the work. Concurrently with the planning work at CMF, the department would also be undertaking the accessibility improvement construction work that is proposed to be funded through the 2026 Budget Act. The results of CMF pre-construction work would generate a budget estimate and project plan for a design/construction project that would begin in July 2027.

As the design/construction phase commences on the CMF and targeted special repair projects in July 2027, the department would begin planning and pre-construction work for projects at CCWF and SCC. These projects would include the same FCAs and planning work as described for CMF. These projects would begin the pre-construction phase in July 2029, at which time CMF would be in the design/build phase of its project. In July 2029 the department would also begin the pre-construction phase for COR. By January 2030, the department will be in the design/build phase for CMF, CCWF, and SCC. At that time, the department will also commence pre-design master planning work for CIM. By July 2030, the department will have commenced the pre-construction phase for CIM. The schedule can be seen in appendix 4.

Under this plan, by January 2032 work will be nearing completion at CMF, be significantly underway at CCWF and SCC, in progress at COR, and beginning at CIM. In addition, the department would also have made significant targeted investments in cooling, accessibility improvements, and fire life safety. At this point, the department would be well-positioned to review its infrastructure portfolio, re-assess the size and demographics of its population, and develop the master plan for the next five years of infrastructure investment and renewal.

### Statewide Infrastructure Programs

In addition to developing the infrastructure at the five prisons as outlined above, the department will still face significant pressures to proactively mitigate potential litigation associated with ADA accessibility improvements, indoor heat conditions, and fire and life safety systems. As a result,

CDCR will continue to pursue targeted investments in repairs at other CDCR prisons. To ensure cost effectiveness, CDCR will focus these investments on infrastructure that is currently identified as in good condition and will stagger projects thoughtfully – for example, replacing roofs that are at the end of their lives prior to adding cooling or making changes to building interiors.

## Reentry Expansion

As MCRP and FCRP got started, the program prioritized counties with large numbers of individuals who were returning to the community. The program now serves about 1,250 individuals, mostly concentrated in key hubs (e.g., Los Angeles, San Diego, and Kern counties). The department is in the process of activating six reentry expansion facilities totally roughly 600 beds through current contracts and ongoing negotiations over the next five years. To optimize statewide coverage and allow participants to reintegrate closer to their counties of commitment, the expansion should target the following underserved or high-demand regions:

- Alameda (East Bay): Building upon the recently authorized Alameda base site, expanding formal Community Reentry Center capacity here is critical for the greater San Francisco Bay Area, which historically has a large, supervised persons parolee population but limited immediate reentry infrastructure.
- Sacramento County: Efforts are underway for a brand-new construction of a 150-bed facility for male participants. This will add capacity to Northern California.
- San Bernardino County – Planned activations in San Bernardino and Ontario will capture those returning to counties east of Los Angeles.
- Shasta County (Far North): Currently, the Butte County facility services over a dozen northern counties. A northern hub in or near Redding would drastically improve access for participants returning to California's northernmost rural communities.
- San Diego County – Due to demand, negotiating for a second facility in northern San Diego County will support the growing need.
- Santa Barbara County– Currently negotiating for a site in Santa Barbara County, to accommodate those returning to smaller coastal communities.

## Institutions and Facility Deactivation and Closures

CDCR is committed to managing its resources responsibly to enhance public safety and best serve the people of California. As the prison population has decreased in recent years, CDCR has moved forward with closing several prisons, deactivating Conservation Camps and multiple housing units/yards within certain institutions and ceasing operations of leased facilities.

CDCR recognizes that overcrowding in correctional settings creates stressful environments for both staff and incarcerated people and has been associated with increased rates of violence, self-harm, suicide, and exacerbation of mental illness. CDCR’s goal of incarceration is to provide opportunity to rehabilitate, so when the opportunity comes to reenter society, each individual will be equipped accordingly to successfully do so. As the Department continues to increase educational and other programming opportunities with an emphasis on face-to-face classes, there will continue to be challenges across the institutions to appropriately meet the needs of the population with existing infrastructure.

The Department is focused on how best to utilize and maximize the use of existing space within each institution. This includes moving to single cell/bed, when possible, and providing the incarcerated population with a more normal, humane, and safe environment. CDCR will continue to evaluate our trends in the incarcerated populations and subpopulations, current data on the ability to recruit and retain staff, and the suitability of existing, or need for new, infrastructure to meet the Department's mission and programmatic goals to determine the appropriate prison capacity moving forward.

### Accountability and Key Performance Indicators

The Plan will be an adaptive and iterative document that will guide CDCR's goals over the next 20 years. The Plan will be periodically revisited and checked against key performance indicators (KPIs) to ensure successful implementation and desired outcomes. In conjunction with external stakeholders and experts, the department will develop KPIs to measure success, including:

- Assignments to appropriate housing options for aging in place;
- Ability to access services and programs, such as wait time or wait list data;
- Incidences of violence against staff or other incarcerated individuals;
- Staff satisfaction and self-reported well-being;
- Staff vacancy and workers compensation data;
- Environmental data such as temperature and humidity.

Based on the data gathered and the periodic reassessment of infrastructure condition, the department will adapt its planning and construction activities to meet the evolving needs of the department and the state.

### Beyond Five Years

CDCR's approach is that the Plan will be a flexible, adaptive plan to reuse/improve existing correctional facilities in a strategic approach using the objectives outlined above. Every five years, CDCR will reevaluate the infrastructure and utility matrix, layered with geographical location, population, mission, custody level, and other factors to identify the next five institutions that will either be significantly rebuilt or have significant capital investments. Each cycle will provide an opportunity for reevaluation of infrastructure conditions, as well as an assessment of progress in achieving the objectives laid in this report. The department, in collaboration with external stakeholders, will be able to revise and adjust planning to match the ever-evolving needs of the California correctional system.

# Exhibit G

# APPENDIX 3 - 20 Year Infrastructure Needs

Type text here

**20 Year Infrastructure Needs**
**Replacement Cost Estimate Utilities,**
**Sitework & Building Systems Date:**
**April 10, 2026**

| | Location | Site Utilities | | Sitework | | Building Systems | | 20-Year Master Plan Budget | | | | | Beyond-20-Year Capital Needs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total | Total |
| ASP | Avenal State Prison | $ 208,696,339 | $ 69,789,148 | $ 292,455,826 | $ - | $ 2,309,269,570 | $ - | $ - | $ 1,451,028,228 | $ 1,196,844,603 | $ 162,548,904 | $ 2,810,421,735 | $ 69,789,148 |
| CCI | California Correctional Institution | $ 509,998,169 | $ - | $ 242,444,600 | $ - | $ 2,365,666,395 | $ - | $ 1,170,266 | $ 853,559,087 | $ 2,120,011,728 | $ 143,368,084 | $ 3,118,109,164 | $ - |
| CHCF | California Health Care Facility, Stockton | $ 156,401,252 | $ 37,339,038 | $ 394,423,461 | $ - | $ 2,973,636,267 | $ 2,766,375 | $ 24,614,599 | $ 73,227,373 | $ 1,143,460,776 | $ 2,283,158,232 | $ 3,524,460,980 | $ 40,105,413 |
| CIM | California Institution for Men | $ 444,710,055 | $ - | $ 313,811,986 | $ - | $ 1,794,357,182 | $ 2,793,496 | $ 945,493,578 | $ 823,240,567 | $ 663,139,100 | $ 121,005,979 | $ 2,552,879,224 | $ 2,793,496 |
| CIW | California Institution for Women | $ 89,552,630 | $ - | $ 136,056,672 | $ - | $ 781,426,129 | $ - | $ 131,813,209 | $ 546,147,563 | $ 326,778,607 | $ 2,296,050 | $ 1,007,035,430 | $ - |
| CMF | California Medical Facility | $ 105,834,767 | $ - | $ 164,074,905 | $ - | $ 1,357,518,773 | $ - | $ 75,446,617 | $ 678,671,096 | $ 645,807,418 | $ 227,503,313 | $ 1,627,428,444 | $ - |
| CMC | California Men's Colony | $ 394,097,700 | $ - | $ 280,465,595 | $ - | $ 2,149,608,548 | $ - | $ - | $ 1,246,461,631 | $ 1,462,947,633 | $ 114,762,579 | $ 2,824,171,843 | $ - |
| COR | California State Prison, Corcoran | $ 250,264,248 | $ 98,249,327 | $ 264,963,519 | $ - | $ 2,292,235,613 | $ 393,918,003 | $ 114,060,521 | $ 1,137,964,354 | $ 1,465,022,097 | $ 90,416,409 | $ 2,807,463,381 | $ 492,167,330 |
| LAC | California State Prison, Los Angeles County | $ 150,777,016 | $ - | $ 243,140,729 | $ - | $ 1,921,678,265 | $ - | $ 9,910,626 | $ 697,253,511 | $ 1,232,943,877 | $ 375,487,996 | $ 2,315,596,010 | $ - |
| SAC | California State Prison, Sacramento | $ 177,700,909 | $ - | $ 210,956,297 | $ - | $ 2,005,344,927 | $ - | $ - | $ 877,953,918 | $ 1,211,254,247 | $ 304,793,969 | $ 2,394,002,133 | $ - |
| SOL | California State Prison, Solano | $ 274,983,774 | $ 50,971,131 | $ 213,463,318 | $ - | $ 1,767,802,716 | $ 306,371,196 | $ 108,131,391 | $ 890,755,225 | $ 1,030,413,353 | $ 226,949,838 | $ 2,256,249,807 | $ 357,342,327 |
| CAL | Calipatria State Prison | $ 302,319,400 | $ - | $ 216,987,071 | $ - | $ 1,265,255,734 | $ 671,454,194 | $ 164,709,752 | $ 745,769,258 | $ 874,083,195 | $ - | $ 1,784,562,205 | $ 671,454,194 |
| CEN | Centinela State Prison | $ 385,106,095 | $ - | $ 236,725,131 | $ - | $ 1,454,204,800 | $ - | $ 624,163,417 | $ 755,803,029 | $ 511,919,780 | $ 184,149,800 | $ 2,076,036,026 | $ - |
| CCWF | Central California Women's Facility | $ 263,225,291 | $ - | $ 210,656,217 | $ - | $ 1,338,734,041 | $ - | $ 16,987,991 | $ 568,739,914 | $ 942,043,354 | $ 284,844,291 | $ 1,812,615,549 | $ - |
| CTC | Correctional Training Center | $ 189,738,639 | $ - | $ 29,168,081 | $ - | $ 401,237,321 | $ - | $ - | $ 131,860,881 | $ 488,283,160 | $ - | $ 620,144,041 | $ - |
| CTF | Correctional Training Facility | $ 504,182,278 | $ - | $ 230,811,270 | $ - | $ 2,236,512,326 | $ - | $ - | $ 1,041,641,524 | $ 1,929,864,349 | $ - | $ 2,971,505,873 | $ - |
| FSP | Folsom State Prison | $ 389,869,831 | $ - | $ 163,907,680 | $ - | $ 1,570,135,976 | $ - | $ - | $ 998,649,101 | $ 990,799,450 | $ 134,464,937 | $ 2,123,913,487 | $ - |
| HDSP | High Desert State Prison | $ 473,258,331 | $ - | $ 307,404,830 | $ - | $ 1,932,374,360 | $ 60,321,638 | $ 11,365,734 | $ 930,999,113 | $ 1,472,336,007 | $ 298,336,666 | $ 2,713,037,521 | $ 60,321,638 |
| ISP | Ironwood State Prison | $ 388,620,461 | $ - | $ 233,028,208 | $ - | $ 2,070,335,255 | $ - | $ 43,037,026 | $ 270,272,272 | $ 683,199,721 | $ 1,695,474,906 | $ 2,691,983,924 | $ - |
| KVSP | Kern Valley State Prison | $ 394,196,348 | $ 48,048,809 | $ 386,524,164 | $ - | $ 2,236,556,894 | $ - | $ 66,573,227 | $ 505,435,830 | $ 1,838,701,252 | $ 606,567,097 | $ 3,017,277,405 | $ 48,048,809 |
| MCSP | Mule Creek State Prison | $ 191,378,152 | $ - | $ 159,695,832 | $ 6,320,149 | $ 1,957,395,238 | $ 222,455,494 | $ 455,160,556 | $ 1,419,842,801 | $ 433,465,865 | $ - | $ 2,308,469,221 | $ 228,775,644 |
| NKSP | North Kern State Prison | $ 95,647,567 | $ 27,586,016 | $ 185,115,137 | $ - | $ 1,316,661,890 | $ - | $ 37,782,128 | $ 583,510,184 | $ 892,608,048 | $ 83,524,235 | $ 1,597,424,595 | $ 27,586,016 |
| PBSP | Pelican Bay State Prison | $ 465,285,907 | $ 25,188,543 | $ 206,093,616 | $ - | $ 2,139,782,201 | $ - | $ 234,349,874 | $ 471,400,495 | $ 860,254,030 | $ 1,245,157,326 | $ 2,811,161,725 | $ 25,188,543 |
| PVSP | Pleasant Valley State Prison | $ 342,528,444 | $ - | $ 362,099,239 | $ - | $ 1,763,525,467 | $ 77,957,913 | $ 47,521,958 | $ 517,240,508 | $ 1,485,398,296 | $ 417,992,388 | $ 2,468,153,150 | $ 77,957,913 |
| RJD | R.J. Donovan Correctional Facility | $ 221,040,870 | $ - | $ 397,825,353 | $ - | $ 2,507,081,990 | $ 229,518,457 | $ 40,733,202 | $ 1,585,449,628 | $ 976,351,567 | $ 523,413,817 | $ 3,125,948,213 | $ 229,518,457 |
| SVSP | Salinas Valley State Prison | $ 309,045,307 | $ - | $ 292,084,748 | $ - | $ 2,140,919,791 | $ - | $ 22,111,413 | $ 818,729,652 | $ 1,437,281,959 | $ 463,926,821 | $ 2,742,049,845 | $ - |
| SQRC | San Quentin Rehabilitation Center | $ 249,405,115 | $ - | $ 254,003,140 | $ - | $ 2,501,806,497 | $ 145,234,110 | $ 37,349,247 | $ 1,783,999,458 | $ 1,172,235,595 | $ 11,630,452 | $ 3,005,214,753 | $ 145,234,110 |
| SCC | Sierra Conservation Center | $ 304,103,935 | $ - | $ 209,151,253 | $ - | $ 1,257,316,478 | $ - | $ 36,379,527 | $ 602,924,398 | $ 938,586,931 | $ 192,680,810 | $ 1,770,571,666 | $ - |
| SATF | Substance Abuse Treatment Facility and State Prison, Corcoran | $ 150,335,721 | $ 46,056,559 | $ 367,547,152 | $ - | $ 2,467,902,304 | $ - | $ 62,894,254 | $ 1,074,594,929 | $ 1,400,421,696 | $ 447,874,299 | $ 2,985,785,177 | $ 46,056,559 |
| VSP | Valley State Prison | $ 183,088,340 | $ 152,653,587 | $ 239,172,172 | $ - | $ 1,113,379,735 | $ - | $ 305,468,459 | $ 583,310,292 | $ 416,906,310 | $ 229,955,186 | $ 1,535,640,248 | $ 152,653,587 |
| WSP | Wasco State Prison | $ 332,442,710 | $ - | $ 171,958,767 | $ - | $ 1,407,022,451 | $ - | $ 10,331,192 | $ 623,491,270 | $ 1,192,020,642 | $ 85,580,823 | $ 1,911,423,928 | $ - |
| | **Construction Cost -- April 2026** | **$ 8,897,835,601** | **$ 555,882,156** | **$ 7,616,215,969** | **$ 6,320,149** | **$ 56,796,685,134** | **$ 2,112,790,876** | **$ 3,627,559,765** | **$ 25,289,927,088** | **$ 33,435,384,645** | **$ 10,957,865,205** | **$ 73,310,736,704** | **$ 2,674,993,181** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | ASP | | CCI | | CHCF | | CIM | | CIW | | CMF | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | | | | | | | |
| Above Ground Storage Tanks | $4,835,760 | N/A | $17,089,479 | N/A | $10,774,822 | N/A | N/A | N/A | $3,577,177 | N/A | $4,358,315 | N/A |
| Underground Storage Tanks | N/A | N/A | $1,170,266 | N/A | N/A | N/A | $1,159,014 | N/A | N/A | N/A | $1,226,529 | N/A |
| Domestic Water Distribution/Loop | $14,517,722 | N/A | $22,828,506 | N/A | $13,797,821 | N/A | $19,054,635 | N/A | $8,833,231 | N/A | $8,181,107 | N/A |
| Fire Water Distribution System | $18,628,724 | N/A | $28,734,232 | N/A | $17,896,443 | N/A | $29,143,847 | N/A | $12,056,165 | N/A | $11,312,479 | N/A |
| Sanitary Sewer System | $22,946,463 | N/A | $23,976,926 | N/A | $18,086,693 | N/A | $29,622,642 | N/A | $9,956,841 | N/A | $11,373,774 | N/A |
| Hydronic Distribution System | N/A | $69,789,148 | $60,795,665 | N/A | $24,614,599 | N/A | $41,738,403 | N/A | $0 | N/A | $14,473,351 | N/A |
| Storm Water System | $39,462,924 | N/A | $41,678,603 | N/A | N/A | $37,339,038 | $28,590,903 | N/A | $16,393,025 | N/A | $15,134,935 | N/A |
| Site Electrical | $63,926,189 | N/A | $65,887,097 | N/A | $48,036,040 | N/A | $66,975,196 | N/A | $20,723,227 | N/A | $23,181,650 | N/A |
| Communications/Data (Fiber Optic) | $44,378,558 | N/A | $57,259,526 | N/A | $23,194,834 | N/A | $58,224,242 | N/A | $18,012,965 | N/A | $16,592,626 | N/A |
| Waste Water Treatment Plant | N/A | N/A | $85,428,474 | N/A | N/A | N/A | $84,607,046 | N/A | N/A | N/A | N/A | N/A |
| Water Wells & Treatment Plant | N/A | N/A | $105,149,397 | N/A | N/A | N/A | $85,594,128 | N/A | N/A | N/A | N/A | N/A |
| **Site Utilities Cost** | **$208,696,339** | **$69,789,148** | **$509,998,169** | **$0** | **$156,401,252** | **$37,339,038** | **$444,710,055** | **$0** | **$89,552,630** | **$0** | **$105,834,767** | **$0** |
| **Sitework** | | | | | | | | | | | | |
| AC Paving | $209,422,554 | N/A | $124,647,688 | N/A | $239,448,660 | N/A | $204,532,836 | N/A | $63,462,969 | N/A | $89,942,028 | N/A |
| Concrete Paving | $16,555,934 | N/A | $26,126,291 | N/A | $65,704,113 | N/A | $48,604,421 | N/A | $36,785,789 | N/A | $21,588,292 | N/A |
| Irrigation System | $4,071,535 | N/A | $3,976,111 | N/A | $2,746,742 | N/A | $3,397,100 | N/A | $4,032,423 | N/A | $1,035,574 | N/A |
| Fencing | $62,405,803 | N/A | $87,694,510 | N/A | $86,523,946 | N/A | $57,277,630 | N/A | $31,775,490 | N/A | $51,509,010 | N/A |
| **Site Works Cost** | **$292,455,826** | **$0** | **$242,444,600** | **$0** | **$394,423,461** | **$0** | **$313,811,986** | **$0** | **$136,056,672** | **$0** | **$164,074,905** | **$0** |
| **Building Systems** | | | | | | | | | | | | |
| Building Envelope | $164,929,590 | N/A | $154,243,558 | N/A | $197,672,916 | N/A | $111,242,069 | N/A | $57,844,399 | N/A | $90,184,207 | N/A |
| ADA Improvements | N/A | N/A | N/A | N/A | N/A | N/A | $2,767,841 | N/A | $3,289,283 | N/A | $33,937,691 | N/A |
| Hazardous Materials Abatement | $50,892,560 | N/A | $47,595,154 | N/A | $60,996,213 | N/A | $34,326,124 | N/A | $17,849,129 | N/A | $27,828,270 | N/A |
| Foundations | $51,598,816 | N/A | $48,255,653 | N/A | $61,842,684 | N/A | $34,802,482 | N/A | $18,096,828 | N/A | $28,214,454 | N/A |
| Structural Systems | $128,997,043 | N/A | $120,639,131 | N/A | $154,606,711 | N/A | $87,006,205 | N/A | $45,242,072 | N/A | $70,536,135 | N/A |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $120,162,988 | N/A | $112,377,449 | N/A | $144,018,838 | N/A | $81,047,793 | N/A | $42,143,777 | N/A | $65,705,636 | N/A |
| Roofing | $296,873,262 | N/A | $337,789,569 | N/A | $432,898,787 | N/A | $243,617,375 | N/A | $104,119,918 | N/A | $197,501,181 | N/A |
| Interior Construction | $68,798,423 | N/A | $64,340,870 | N/A | $82,456,913 | N/A | $46,403,310 | N/A | $24,129,105 | N/A | $37,619,272 | N/A |
| Detention Doors (Cell Doors) | $51,046,252 | N/A | $65,722,972 | N/A | $112,403,651 | N/A | $33,240,514 | N/A | $17,090,623 | N/A | $22,443,594 | N/A |
| Interior Finishes | $100,135,823 | N/A | $93,647,874 | N/A | $120,015,699 | N/A | $67,539,828 | N/A | $35,119,814 | N/A | $54,754,697 | N/A |
| Culinary Equipment | $30,257,593 | N/A | $29,262,100 | N/A | $33,939,583 | N/A | $59,707,616 | N/A | $20,371,485 | N/A | $14,693,573 | N/A |
| Walk-In Coolers/Freezers | $22,044,817 | N/A | $21,319,530 | N/A | $24,727,411 | N/A | $43,501,262 | N/A | $14,842,082 | N/A | $10,705,317 | N/A |
| Vocational Shop Equipment | $5,160,979 | N/A | $11,863,253 | N/A | $580,170 | N/A | $2,721,535 | N/A | $192,774 | N/A | N/A | N/A |
| Conveying Systems (Elevators) | N/A | N/A | $3,132,377 | N/A | N/A | $2,766,375 | N/A | $2,793,496 | $2,296,050 | N/A | $9,848,917 | N/A |
| Fire Suppression | $42,410,466 | N/A | $48,255,653 | N/A | $61,842,684 | N/A | $42,342,541 | N/A | $14,874,274 | N/A | $28,214,454 | N/A |
| Plumbing | $257,994,084 | N/A | $241,278,264 | N/A | $309,213,419 | N/A | $211,712,704 | N/A | $90,484,144 | N/A | $171,635,987 | N/A |
| HVAC | $445,309,894 | N/A | $506,684,356 | N/A | $649,348,182 | N/A | $300,353,587 | N/A | $128,368,474 | N/A | $243,497,359 | N/A |
| Electrical | $259,284,054 | N/A | $242,484,655 | N/A | $310,759,488 | N/A | $212,771,268 | N/A | $74,743,226 | N/A | $141,777,632 | N/A |
| Communications/Data | $71,148,230 | N/A | $66,538,432 | N/A | $47,349,195 | N/A | $58,384,998 | N/A | $20,509,739 | N/A | $31,976,381 | N/A |
| Nurse Call Stations | $0 | N/A | $0 | N/A | $362,305 | N/A | $1,534,730 | N/A | $155,452 | N/A | $410,156 | N/A |
| Personal Alarm Device System (PADS) | $14,333,004 | N/A | $16,308,439 | N/A | $17,178,523 | N/A | $9,667,356 | N/A | $5,026,897 | N/A | $6,441,729 | N/A |
| Security System | $53,719,924 | N/A | $50,239,330 | N/A | $64,384,893 | N/A | $36,233,132 | N/A | $18,840,747 | N/A | $29,374,285 | N/A |
| Audio/Video System | $3,487,658 | N/A | $3,261,688 | N/A | $2,321,038 | N/A | $2,862,009 | N/A | $1,005,380 | N/A | $1,567,470 | N/A |
| Fire Alarm System | $70,684,110 | N/A | $80,426,087 | N/A | $84,716,964 | N/A | $70,570,902 | N/A | $24,790,457 | N/A | $38,650,374 | N/A |
| **Building Systems Cost** | **$2,309,269,570** | **$0** | **$2,365,666,395** | **$0** | **$2,973,636,267** | **$2,766,375** | **$1,794,357,182** | **$2,793,496** | **$781,426,129** | **$0** | **$1,357,518,773** | **$0** |
| **Total Cost** | **$2,810,421,735** | **$69,789,148** | **$3,118,109,164** | **$0** | **$3,524,460,980** | **$40,105,413** | **$2,552,879,224** | **$2,793,496** | **$1,007,035,430** | **$0** | **$1,627,428,444** | **$0** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CMC | | COR | | LAC | | SAC | | SOL | | CAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | | | | | | | |
| Above Ground Storage Tanks | N/A | N/A | $9,911,898 | N/A | $12,296,962 | N/A | $19,009,796 | N/A | $8,779,485 | N/A | $11,831,178 | N/A |
| Underground Storage Tanks | N/A | N/A | N/A | N/A | N/A | N/A | $0 | N/A | N/A | N/A | $1,181,519 | N/A |
| Domestic Water Distribution/Loop | $14,654,799 | N/A | $14,817,095 | N/A | $12,452,965 | N/A | $11,559,504 | N/A | $12,883,250 | N/A | $14,899,364 | N/A |
| Fire Water Distribution System | $18,797,389 | N/A | $19,140,533 | N/A | $16,488,565 | N/A | $15,417,638 | N/A | $17,132,348 | N/A | $19,283,846 | N/A |
| Sanitary Sewer System | $23,208,098 | N/A | $19,344,964 | N/A | $16,703,540 | N/A | $15,564,188 | N/A | $17,287,356 | N/A | $16,009,851 | N/A |
| Hydronic Distribution System | $39,072,359 | N/A | N/A | $58,091,884 | $0 | N/A | $37,467,564 | N/A | N/A | $50,971,131 | $32,430,323 | N/A |
| Storm Water System | $39,810,601 | N/A | N/A | $40,157,443 | $23,139,345 | N/A | $21,436,774 | N/A | $19,664,018 | N/A | $27,277,043 | N/A |
| Site Electrical | $51,484,379 | N/A | $55,229,107 | N/A | $43,879,721 | N/A | $33,379,304 | N/A | $37,275,584 | N/A | $42,730,542 | N/A |
| Communications/Data (Fiber Optic) | $30,259,147 | N/A | $30,382,332 | N/A | $25,815,919 | N/A | $23,866,141 | N/A | $26,650,820 | N/A | $30,515,288 | N/A |
| Waste Water Treatment Plant | $87,892,756 | N/A | $101,438,319 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $0 | N/A |
| Water Wells & Treatment Plant | $88,918,173 | N/A | $0 | N/A | N/A | N/A | N/A | N/A | $135,310,914 | N/A | $106,160,448 | N/A |
| **Site Utilities Cost** | **$394,097,700** | **$0** | **$250,264,248** | **$98,249,327** | **$150,777,016** | **$0** | **$177,700,909** | **$0** | **$274,983,774** | **$50,971,131** | **$302,319,400** | **$0** |
| **Sitework** | | | | | | | | | | | | |
| AC Paving | $161,628,654 | N/A | $159,828,580 | N/A | $174,011,729 | N/A | $124,760,312 | N/A | $111,399,310 | N/A | $159,523,300 | N/A |
| Concrete Paving | $41,987,751 | N/A | $14,718,530 | N/A | $5,370,402 | N/A | $20,469,227 | N/A | $15,646,639 | N/A | $3,364,162 | N/A |
| Irrigation System | $1,897,213 | N/A | $5,970,262 | N/A | $201,152 | N/A | $3,255,371 | N/A | $2,134,721 | N/A | $640,771 | N/A |
| Fencing | $74,951,978 | N/A | $84,446,147 | N/A | $63,557,446 | N/A | $62,471,387 | N/A | $84,282,648 | N/A | $53,458,838 | N/A |
| **Site Works Cost** | **$280,465,595** | **$0** | **$264,963,519** | **$0** | **$243,140,729** | **$0** | **$210,956,297** | **$0** | **$213,463,318** | **$0** | **$216,987,071** | **$0** |
| **Building Systems** | | | | | | | | | | | | |
| Building Envelope | $145,267,639 | N/A | $170,122,309 | N/A | $120,022,390 | N/A | $129,826,050 | N/A | $132,313,261 | N/A | $116,510,836 | N/A |
| ADA Improvements | N/A | N/A | $8,133,814 | N/A | $9,910,626 | N/A | N/A | N/A | $11,765,947 | N/A | N/A | N/A |
| Hazardous Materials Abatement | $44,825,443 | N/A | $52,494,885 | N/A | $37,035,481 | N/A | $40,060,610 | N/A | $40,828,092 | N/A | $35,951,915 | N/A |
| Foundations | $45,447,504 | N/A | $53,223,377 | N/A | $37,549,437 | N/A | $40,616,548 | N/A | $41,394,680 | N/A | $36,450,835 | N/A |
| Structural Systems | $113,618,760 | N/A | $133,058,443 | N/A | $93,873,594 | N/A | $101,541,369 | N/A | $103,486,701 | N/A | $91,127,089 | N/A |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $105,837,851 | N/A | $123,946,254 | N/A | $87,444,885 | N/A | $94,587,551 | N/A | $96,399,661 | N/A | $84,886,467 | N/A |
| Roofing | $261,481,749 | N/A | $306,220,157 | N/A | $262,846,063 | N/A | $233,686,889 | N/A | $238,163,870 | N/A | $209,719,506 | N/A |
| Interior Construction | $60,596,672 | N/A | $70,964,504 | N/A | $50,065,916 | N/A | $54,155,397 | N/A | $55,192,908 | N/A | $48,601,113 | N/A |
| Detention Doors (Cell Doors) | $62,755,429 | N/A | $74,648,331 | N/A | $67,164,030 | N/A | $50,004,133 | N/A | $55,599,698 | N/A | $43,814,950 | N/A |
| Interior Finishes | $88,198,210 | N/A | $103,288,545 | N/A | $72,870,737 | N/A | $78,822,959 | N/A | $80,333,052 | N/A | $70,738,723 | N/A |
| Culinary Equipment | $37,065,693 | N/A | $61,196,502 | N/A | $31,984,461 | N/A | $43,646,475 | N/A | $39,570,642 | N/A | $21,155,376 | N/A |
| Walk-In Coolers/Freezers | $27,005,005 | N/A | $44,586,023 | N/A | $23,302,965 | N/A | $31,799,575 | N/A | $28,830,039 | N/A | $15,413,202 | N/A |
| Vocational Shop Equipment | $1,818,139 | N/A | $5,414,333 | N/A | $7,889,371 | N/A | $4,175,396 | N/A | $6,801,313 | N/A | $7,730,027 | N/A |
| Conveying Systems (Elevators) | $17,644,271 | N/A | $1,528,540 | N/A | $3,792,694 | N/A | $13,338,556 | N/A | $7,356,277 | N/A | N/A | N/A |
| Fire Suppression | $37,354,535 | N/A | $53,223,377 | N/A | $30,862,900 | N/A | $40,616,548 | N/A | $27,964,762 | N/A | $36,450,835 | N/A |
| Plumbing | $227,237,522 | N/A | N/A | $393,918,003 | $187,747,188 | N/A | $203,082,737 | N/A | N/A | $306,371,196 | $182,254,176 | N/A |
| HVAC | $477,198,795 | N/A | $558,845,464 | N/A | $394,269,094 | N/A | $426,473,747 | N/A | $434,644,145 | N/A | N/A | $566,539,475 |
| Electrical | $228,373,710 | N/A | $267,447,470 | N/A | $229,565,276 | N/A | $248,316,609 | N/A | $208,008,269 | N/A | $183,165,447 | N/A |
| Communications/Data | $42,335,140 | N/A | $60,319,829 | N/A | $42,556,029 | N/A | $46,032,088 | N/A | $46,913,971 | N/A | $41,310,947 | N/A |
| Nurse Call Stations | $1,273,619 | N/A | $144,183 | N/A | $914,808 | N/A | $1,042,398 | N/A | $682,773 | N/A | $0 | N/A |
| Personal Alarm Device System (PADS) | $12,624,306 | N/A | $12,151,593 | N/A | $12,690,177 | N/A | $11,282,375 | N/A | $9,450,948 | N/A | N/A | $14,987,817 |
| Security System | $47,315,746 | N/A | $55,411,267 | N/A | $39,093,008 | N/A | $42,286,198 | N/A | $43,096,319 | N/A | $37,949,244 | N/A |
| Audio/Video System | $2,075,252 | N/A | $2,956,854 | N/A | $2,086,081 | N/A | $2,256,474 | N/A | $2,299,705 | N/A | $2,025,046 | N/A |
| Fire Alarm System | $62,257,560 | N/A | $72,909,561 | N/A | $76,141,053 | N/A | $67,694,246 | N/A | $56,705,683 | N/A | N/A | $89,926,901 |
| **Building Systems Cost** | **$2,149,608,548** | **$0** | **$2,292,235,613** | **$393,918,003** | **$1,921,678,265** | **$0** | **$2,005,344,927** | **$0** | **$1,767,802,716** | **$306,371,196** | **$1,265,255,734** | **$671,454,194** |
| **Total Cost** | **$2,824,171,843** | **$0** | **$2,807,463,381** | **$492,167,330** | **$2,315,596,010** | **$0** | **$2,394,002,133** | **$0** | **$2,256,249,807** | **$357,342,327** | **$1,784,562,205** | **$671,454,194** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CEN | | CCWF | | CTC | | CTF | | FSP | | HDSP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | | | | | | | |
| Above Ground Storage Tanks | $0 | N/A | $5,746,572 | N/A | $4,460,166 | N/A | $6,084,605 | N/A | $6,534,618 | N/A | $13,314,853 | N/A |
| Underground Storage Tanks | $1,181,519 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $1,249,034 | N/A |
| Domestic Water Distribution/Loop | $11,325,043 | N/A | $12,958,360 | N/A | $4,492,602 | N/A | $30,570,972 | N/A | $17,383,270 | N/A | $20,364,405 | N/A |
| Fire Water Distribution System | $14,707,793 | N/A | $16,870,198 | N/A | $6,960,235 | N/A | $37,964,978 | N/A | $21,938,886 | N/A | $21,581,262 | N/A |
| Sanitary Sewer System | $18,088,728 | N/A | $17,040,129 | N/A | $6,911,299 | N/A | $31,765,149 | N/A | $27,066,875 | N/A | $21,859,626 | N/A |
| Hydronic Distribution System | $29,897,450 | N/A | N/A | N/A | $11,910,257 | N/A | $81,531,823 | N/A | $46,177,649 | N/A | $44,401,215 | N/A |
| Storm Water System | $25,201,683 | N/A | $23,651,165 | N/A | $8,675,023 | N/A | $55,618,502 | N/A | $38,515,288 | N/A | $37,318,166 | N/A |
| Site Electrical | $39,368,387 | N/A | $41,211,162 | N/A | $12,853,185 | N/A | $88,339,964 | N/A | $60,849,800 | N/A | $48,134,186 | N/A |
| Communications/Data (Fiber Optic) | $34,238,852 | N/A | $21,724,523 | N/A | $9,218,095 | N/A | $63,112,681 | N/A | $43,473,126 | N/A | $41,876,275 | N/A |
| Waste Water Treatment Plant | $104,936,193 | N/A | $124,023,181 | N/A | N/A | N/A | $0 | N/A | N/A | N/A | $110,932,547 | N/A |
| Water Wells & Treatment Plant | $106,160,448 | N/A | $0 | N/A | $124,257,776 | N/A | $109,193,604 | N/A | $127,930,319 | N/A | $112,226,760 | N/A |
| **Site Utilities Cost** | **$385,106,095** | **$0** | **$263,225,291** | **$0** | **$189,738,639** | **$0** | **$504,182,278** | **$0** | **$389,869,831** | **$0** | **$473,258,331** | **$0** |
| **Sitework** | | | | | | | | | | | | |
| AC Paving | $143,749,332 | N/A | $138,292,492 | N/A | $27,143,665 | N/A | $154,873,969 | N/A | $99,954,091 | N/A | $176,488,003 | N/A |
| Concrete Paving | $7,678,584 | N/A | $16,539,630 | N/A | $1,900,057 | N/A | $19,690,900 | N/A | $18,835,783 | N/A | $41,381,960 | N/A |
| Irrigation System | $4,045,738 | N/A | $6,922,340 | N/A | $124,359 | N/A | $3,096,551 | N/A | $3,062,934 | N/A | $4,398,958 | N/A |
| Fencing | $81,251,477 | N/A | $48,901,756 | N/A | N/A | N/A | $53,149,851 | N/A | $42,054,872 | N/A | $85,135,909 | N/A |
| **Site Works Cost** | **$236,725,131** | **$0** | **$210,656,217** | **$0** | **$29,168,081** | **$0** | **$230,811,270** | **$0** | **$163,907,680** | **$0** | **$307,404,830** | **$0** |
| **Building Systems** | | | | | | | | | | | | |
| Building Envelope | $95,130,299 | N/A | $84,501,650 | N/A | $26,339,762 | N/A | $149,731,623 | N/A | $108,857,303 | N/A | $130,256,251 | N/A |
| ADA Improvements | N/A | N/A | $16,987,991 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $9,442,071 | N/A |
| Hazardous Materials Abatement | $29,354,493 | N/A | $26,074,795 | N/A | $8,127,698 | N/A | $46,202,901 | N/A | $33,590,253 | N/A | $40,193,358 | N/A |
| Foundations | $29,761,856 | N/A | $26,436,645 | N/A | $8,240,489 | N/A | $46,844,077 | N/A | $34,056,399 | N/A | $40,751,137 | N/A |
| Structural Systems | $74,404,642 | N/A | $66,091,615 | N/A | $20,601,224 | N/A | $117,110,194 | N/A | $85,141,000 | N/A | $101,877,844 | N/A |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $69,309,218 | N/A | $61,565,488 | N/A | $19,190,398 | N/A | $109,090,181 | N/A | $79,310,321 | N/A | $94,900,982 | N/A |
| Roofing | $208,332,997 | N/A | $185,056,519 | N/A | $57,683,425 | N/A | $269,516,919 | N/A | $195,943,147 | N/A | $234,461,252 | N/A |
| Interior Construction | $39,682,475 | N/A | $35,248,860 | N/A | $10,987,319 | N/A | $62,458,770 | N/A | $45,408,533 | N/A | $54,334,850 | N/A |
| Detention Doors (Cell Doors) | $35,209,262 | N/A | $40,440,524 | N/A | $11,335,701 | N/A | $7,984,277 | N/A | $24,831,210 | N/A | $69,417,205 | N/A |
| Interior Finishes | $57,757,681 | N/A | $51,304,573 | N/A | $15,991,998 | N/A | $90,908,484 | N/A | $66,091,934 | N/A | $79,084,152 | N/A |
| Culinary Equipment | $27,452,481 | N/A | $20,551,914 | N/A | $7,666,658 | N/A | $72,072,142 | N/A | $28,059,471 | N/A | $37,083,087 | N/A |
| Walk-In Coolers/Freezers | $20,001,093 | N/A | $14,973,537 | N/A | $5,585,708 | N/A | $52,509,703 | N/A | $20,443,330 | N/A | $27,017,678 | N/A |
| Vocational Shop Equipment | $7,336,434 | N/A | $6,565,161 | N/A | N/A | N/A | $4,963,595 | N/A | $2,872,640 | N/A | $7,947,480 | N/A |
| Conveying Systems (Elevators) | $0 | N/A | N/A | N/A | N/A | N/A | $3,252,853 | N/A | $10,963,321 | N/A | N/A | N/A |
| Fire Suppression | $36,209,849 | N/A | $26,436,645 | N/A | $8,240,489 | N/A | $46,844,077 | N/A | $34,056,399 | N/A | N/A | $60,321,638 |
| Plumbing | $148,809,282 | N/A | $160,821,109 | N/A | $41,202,447 | N/A | $234,220,387 | N/A | $139,959,389 | N/A | $203,755,688 | N/A |
| HVAC | $256,851,805 | N/A | $277,584,779 | N/A | $86,525,137 | N/A | $491,862,814 | N/A | $357,592,195 | N/A | $427,886,943 | N/A |
| Electrical | $181,954,492 | N/A | $132,844,145 | N/A | $41,408,458 | N/A | $235,391,490 | N/A | $171,133,408 | N/A | $204,774,465 | N/A |
| Communications/Data | $49,928,794 | N/A | $24,626,196 | N/A | $9,339,221 | N/A | $53,089,955 | N/A | $38,597,253 | N/A | $56,190,654 | N/A |
| Nurse Call Stations | $277,283 | N/A | $486,744 | N/A | N/A | N/A | $0 | N/A | $1,451,415 | N/A | $674,628 | N/A |
| Personal Alarm Device System (PADS) | $12,237,449 | N/A | $7,343,512 | N/A | $0 | N/A | $13,012,243 | N/A | $7,775,522 | N/A | $11,319,761 | N/A |
| Security System | $30,985,297 | N/A | $27,523,395 | N/A | $8,579,236 | N/A | $48,769,729 | N/A | $35,456,379 | N/A | $42,426,322 | N/A |
| Audio/Video System | $2,447,490 | N/A | $1,207,167 | N/A | $457,805 | N/A | $2,602,448 | N/A | $1,892,023 | N/A | $2,754,444 | N/A |
| Fire Alarm System | $40,770,128 | N/A | $44,061,077 | N/A | $13,734,149 | N/A | $78,073,462 | N/A | $46,653,130 | N/A | $55,824,108 | N/A |
| **Building Systems Cost** | **$1,454,204,800** | **$0** | **$1,338,734,041** | **$0** | **$401,237,321** | **$0** | **$2,236,512,326** | **$0** | **$1,570,135,976** | **$0** | **$1,932,374,360** | **$60,321,638** |
| **Total Cost** | **$2,076,036,026** | **$0** | **$1,812,615,549** | **$0** | **$620,144,041** | **$0** | **$2,971,505,873** | **$0** | **$2,123,913,487** | **$0** | **$2,713,037,521** | **$60,321,638** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | ISP | | KVSP | | MCSP | | NKSP | | PBSP | | PVSP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | | | | | | | |
| Above Ground Storage Tanks | $4,798,146 | N/A | $12,235,271 | N/A | $1,953,083 | N/A | $13,050,956 | N/A | $3,647,472 | N/A | $0 | N/A |
| Underground Storage Tanks | $1,181,519 | N/A | $1,147,762 | N/A | $1,170,266 | N/A | $0 | N/A | N/A | N/A | $1,170,266 | N/A |
| Domestic Water Distribution/Loop | $16,869,158 | N/A | $21,511,820 | N/A | $7,163,497 | N/A | $8,258,050 | N/A | $15,515,076 | N/A | $13,496,193 | N/A |
| Fire Water Distribution System | $17,986,622 | N/A | $27,553,404 | N/A | $10,033,921 | N/A | $11,142,481 | N/A | N/A | $25,188,543 | $17,519,241 | N/A |
| Sanitary Sewer System | $18,175,300 | N/A | $27,939,529 | N/A | $10,047,223 | N/A | $13,659,354 | N/A | $17,180,518 | N/A | $17,709,963 | N/A |
| Hydronic Distribution System | $30,075,341 | N/A | $0 | N/A | $15,310,562 | N/A | $0 | N/A | $41,339,590 | N/A | $0 | N/A |
| Storm Water System | $30,833,600 | N/A | N/A | $48,048,809 | $13,279,622 | N/A | N/A | $27,586,016 | $28,787,706 | N/A | $30,022,273 | N/A |
| Site Electrical | $48,213,647 | N/A | $62,210,028 | N/A | $16,595,762 | N/A | $28,867,316 | N/A | $51,186,426 | N/A | $38,539,765 | N/A |
| Communications/Data (Fiber Optic) | $28,294,786 | N/A | $36,533,226 | N/A | $11,887,414 | N/A | $20,669,410 | N/A | $26,337,653 | N/A | $33,492,873 | N/A |
| Waste Water Treatment Plant | $104,936,193 | N/A | $101,938,015 | N/A | $103,936,801 | N/A | N/A | N/A | $139,830,058 | N/A | $85,428,474 | N/A |
| Water Wells & Treatment Plant | $87,256,150 | N/A | $103,127,293 | N/A | $0 | N/A | N/A | N/A | $141,461,408 | N/A | $105,149,397 | N/A |
| **Site Utilities Cost** | **$388,620,461** | **$0** | **$394,196,348** | **$48,048,809** | **$191,378,152** | **$0** | **$95,647,567** | **$27,586,016** | **$465,285,907** | **$25,188,543** | **$342,528,444** | **$0** |
| **Sitework** | | | | | | | | | | | | |
| AC Paving | $141,138,187 | N/A | $263,966,198 | N/A | $93,739,026 | N/A | $95,828,264 | N/A | $149,386,547 | N/A | $257,110,108 | N/A |
| Concrete Paving | $11,802,594 | N/A | $36,997,094 | N/A | $28,043,223 | N/A | $26,306,328 | N/A | $24,561,581 | N/A | $23,767,246 | N/A |
| Irrigation System | $2,889,927 | N/A | $2,721,965 | N/A | N/A | $6,320,149 | $1,797,947 | N/A | N/A | N/A | $3,036,228 | N/A |
| Fencing | $77,197,500 | N/A | $82,838,907 | N/A | $37,913,583 | N/A | $61,182,598 | N/A | $32,145,488 | N/A | $78,185,657 | N/A |
| **Site Works Cost** | **$233,028,208** | **$0** | **$386,524,164** | **$0** | **$159,695,832** | **$6,320,149** | **$185,115,137** | **$0** | **$206,093,616** | **$0** | **$362,099,239** | **$0** |
| **Building Systems** | | | | | | | | | | | | |
| Building Envelope | $137,141,477 | N/A | $140,333,551 | N/A | $134,090,657 | N/A | $87,870,306 | N/A | $134,208,248 | N/A | $116,814,382 | N/A |
| ADA Improvements | N/A | N/A | $35,142,609 | N/A | $3,175,358 | N/A | $6,710,605 | N/A | N/A | N/A | $5,203,304 | N/A |
| Hazardous Materials Abatement | $42,317,941 | N/A | $43,302,925 | N/A | $41,376,545 | N/A | $27,114,267 | N/A | $41,412,831 | N/A | $36,045,581 | N/A |
| Foundations | $42,905,206 | N/A | $43,903,857 | N/A | $41,950,746 | N/A | $27,490,542 | N/A | $41,987,534 | N/A | $36,545,801 | N/A |
| Structural Systems | $107,263,014 | N/A | $109,759,643 | N/A | $104,876,864 | N/A | $68,726,355 | N/A | $104,968,835 | N/A | $91,364,502 | N/A |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $99,917,361 | N/A | $102,243,016 | N/A | $97,694,622 | N/A | $64,019,795 | N/A | $97,780,295 | N/A | $85,107,621 | N/A |
| Roofing | $300,336,437 | N/A | $307,327,000 | N/A | $293,655,217 | N/A | $158,166,552 | N/A | $198,556,915 | N/A | $255,820,602 | N/A |
| Interior Construction | $57,206,939 | N/A | $58,538,476 | N/A | $55,934,327 | N/A | $36,654,056 | N/A | $55,983,378 | N/A | $48,727,733 | N/A |
| Detention Doors (Cell Doors) | $53,237,628 | N/A | $77,082,769 | N/A | $37,074,036 | N/A | $45,300,091 | N/A | $69,462,658 | N/A | $43,226,808 | N/A |
| Interior Finishes | $83,264,468 | N/A | $85,202,513 | N/A | $81,412,185 | N/A | $53,349,828 | N/A | $81,483,579 | N/A | $70,923,017 | N/A |
| Culinary Equipment | $24,213,929 | N/A | $17,116,333 | N/A | $26,051,840 | N/A | $17,293,892 | N/A | $43,275,976 | N/A | N/A | $45,099,619 |
| Walk-In Coolers/Freezers | $17,641,577 | N/A | $12,470,471 | N/A | $18,980,627 | N/A | $12,599,836 | N/A | $31,529,640 | N/A | N/A | $32,858,294 |
| Vocational Shop Equipment | $11,332,898 | N/A | $8,840,450 | N/A | $15,491,644 | N/A | $2,041,990 | N/A | $3,339,340 | N/A | $11,608,528 | N/A |
| Conveying Systems (Elevators) | N/A | N/A | N/A | N/A | $3,811,015 | N/A | N/A | N/A | $0 | N/A | N/A | N/A |
| Fire Suppression | $42,905,206 | N/A | $43,903,857 | N/A | N/A | $75,550,923 | $27,490,542 | N/A | $41,987,534 | N/A | $30,037,984 | N/A |
| Plumbing | $214,526,026 | N/A | $219,519,285 | N/A | $255,197,479 | N/A | $137,452,711 | N/A | $209,937,669 | N/A | $182,729,001 | N/A |
| HVAC | $450,504,654 | N/A | $460,990,500 | N/A | $440,482,825 | N/A | $288,650,691 | N/A | $536,384,679 | N/A | $383,730,904 | N/A |
| Electrical | $215,598,657 | N/A | $268,414,169 | N/A | $210,802,496 | N/A | $138,139,975 | N/A | $256,698,384 | N/A | $223,429,360 | N/A |
| Communications/Data | $39,966,944 | N/A | $49,757,705 | N/A | $47,544,178 | N/A | $31,155,948 | N/A | $47,585,873 | N/A | $50,392,028 | N/A |
| Nurse Call Stations | $0 | N/A | $696,052 | N/A | $1,786,737 | N/A | $1,177,796 | N/A | $349,019 | N/A | $0 | N/A |
| Personal Alarm Device System (PADS) | $11,918,114 | N/A | $14,837,710 | N/A | N/A | $20,986,368 | $9,290,680 | N/A | $11,663,204 | N/A | $10,151,612 | N/A |
| Security System | $44,668,939 | N/A | $45,708,642 | N/A | $43,675,243 | N/A | $28,620,614 | N/A | $43,713,543 | N/A | $38,048,112 | N/A |
| Audio/Video System | $1,959,164 | N/A | $2,439,103 | N/A | $2,330,596 | N/A | $1,527,252 | N/A | $2,332,641 | N/A | $2,470,198 | N/A |
| Fire Alarm System | $71,508,675 | N/A | $89,026,259 | N/A | N/A | $125,918,203 | $45,817,570 | N/A | $85,140,425 | N/A | $41,148,389 | N/A |
| **Building Systems Cost** | **$2,070,335,255** | **$0** | **$2,236,556,894** | **$0** | **$1,957,395,238** | **$222,455,494** | **$1,316,661,890** | **$0** | **$2,139,782,201** | **$0** | **$1,763,525,467** | **$77,957,913** |
| **Total Cost** | **$2,691,983,924** | **$0** | **$3,017,277,405** | **$48,048,809** | **$2,308,469,221** | **$228,775,644** | **$1,597,424,595** | **$27,586,016** | **$2,811,161,725** | **$25,188,543** | **$2,468,153,150** | **$77,957,913** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | RJD | | SVSP | | SQRC | | SCC | | SATF | | VSP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | | | | | | | |
| Above Ground Storage Tanks | $15,491,156 | N/A | $12,338,088 | N/A | $7,948,356 | N/A | $12,690,346 | N/A | $6,991,583 | N/A | $6,991,583 | N/A |
| Underground Storage Tanks | N/A | N/A | $1,215,276 | N/A | $1,361,560 | N/A | $1,192,771 | N/A | $1,147,762 | N/A | $1,147,762 | N/A |
| Domestic Water Distribution/Loop | $14,812,426 | N/A | $15,944,930 | N/A | $15,908,874 | N/A | $11,661,566 | N/A | $20,626,915 | N/A | $15,765,827 | N/A |
| Fire Water Distribution System | $19,037,838 | N/A | $17,385,204 | N/A | $20,078,813 | N/A | $15,585,881 | N/A | $21,755,544 | N/A | $13,866,073 | N/A |
| Sanitary Sewer System | $19,289,353 | N/A | $17,540,953 | N/A | $30,184,254 | N/A | $15,690,296 | N/A | $22,080,793 | N/A | $17,040,129 | N/A |
| Hydronic Distribution System | $32,398,187 | N/A | $42,609,078 | N/A | $0 | N/A | $31,087,239 | N/A | $0 | N/A | $28,054,917 | N/A |
| Storm Water System | $40,202,069 | N/A | $24,322,073 | N/A | $42,835,276 | N/A | $21,659,426 | N/A | N/A | $46,056,559 | $23,651,165 | N/A |
| Site Electrical | $42,696,880 | N/A | $46,193,310 | N/A | $82,739,705 | N/A | $33,660,502 | N/A | $48,950,126 | N/A | $50,139,680 | N/A |
| Communications/Data (Fiber Optic) | $37,112,962 | N/A | $22,302,790 | N/A | $48,348,277 | N/A | $19,753,568 | N/A | $28,782,998 | N/A | $26,431,204 | N/A |
| Waste Water Treatment Plant | $0 | N/A | N/A | N/A | $0 | N/A | $105,935,585 | N/A | $0 | N/A | N/A | N/A |
| Water Wells & Treatment Plant | $0 | N/A | $109,193,604 | N/A | N/A | N/A | $35,186,756 | N/A | $0 | N/A | N/A | $152,653,587 |
| **Site Utilities Cost** | **$221,040,870** | **$0** | **$309,045,307** | **$0** | **$249,405,115** | **$0** | **$304,103,935** | **$0** | **$150,335,721** | **$46,056,559** | **$183,088,340** | **$152,653,587** |
| **Sitework** | | | | | | | | | | | | |
| AC Paving | $185,803,283 | N/A | $175,366,132 | N/A | $189,939,206 | N/A | $142,985,408 | N/A | $234,145,081 | N/A | $168,253,961 | N/A |
| Concrete Paving | $94,938,472 | N/A | $28,099,562 | N/A | $24,644,944 | N/A | $28,716,241 | N/A | $23,649,960 | N/A | $13,594,370 | N/A |
| Irrigation System | $3,076,959 | N/A | $2,217,610 | N/A | $3,682,096 | N/A | $2,303,559 | N/A | $3,963,126 | N/A | $8,422,085 | N/A |
| Fencing | $114,006,639 | N/A | $86,401,443 | N/A | $35,736,895 | N/A | $35,146,045 | N/A | $105,788,985 | N/A | $48,901,756 | N/A |
| **Site Works Cost** | **$397,825,353** | **$0** | **$292,084,748** | **$0** | **$254,003,140** | **$0** | **$209,151,253** | **$0** | **$367,547,152** | **$0** | **$239,172,172** | **$0** |
| **Building Systems** | | | | | | | | | | | | |
| Building Envelope | $185,855,034 | N/A | $136,164,443 | N/A | $188,167,806 | N/A | $82,363,062 | N/A | $164,411,011 | N/A | $63,872,427 | N/A |
| ADA Improvements | $4,307,194 | N/A | $20,896,137 | N/A | N/A | N/A | N/A | N/A | $22,154,986 | N/A | $48,706,735 | N/A |
| Hazardous Materials Abatement | $57,349,553 | N/A | $42,016,458 | N/A | $58,063,209 | N/A | $25,414,888 | N/A | $50,732,540 | N/A | $19,709,207 | N/A |
| Foundations | $58,145,418 | N/A | $42,599,537 | N/A | $58,868,977 | N/A | $25,767,580 | N/A | $51,436,577 | N/A | $19,982,719 | N/A |
| Structural Systems | $145,363,543 | N/A | $106,498,842 | N/A | $147,172,441 | N/A | $64,418,952 | N/A | $128,591,442 | N/A | $49,956,798 | N/A |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $135,408,667 | N/A | $99,205,523 | N/A | $137,093,688 | N/A | $60,007,375 | N/A | $119,785,164 | N/A | $46,535,626 | N/A |
| Roofing | $334,539,062 | N/A | $298,196,757 | N/A | $338,702,052 | N/A | $148,253,513 | N/A | $295,939,819 | N/A | $139,879,034 | N/A |
| Interior Construction | $77,527,223 | N/A | $56,799,382 | N/A | $78,491,968 | N/A | $34,356,774 | N/A | $68,582,103 | N/A | $26,643,625 | N/A |
| Detention Doors (Cell Doors) | $56,992,291 | N/A | $71,444,490 | N/A | $52,346,845 | N/A | $20,897,119 | N/A | $73,396,201 | N/A | $35,396,955 | N/A |
| Interior Finishes | $112,840,557 | N/A | $82,671,270 | N/A | $114,244,739 | N/A | $50,006,145 | N/A | $99,820,970 | N/A | $38,779,689 | N/A |
| Culinary Equipment | $23,554,494 | N/A | $36,930,824 | N/A | $29,895,184 | N/A | $48,999,092 | N/A | $22,546,736 | N/A | $18,866,706 | N/A |
| Walk-In Coolers/Freezers | $17,161,131 | N/A | $26,906,744 | N/A | $21,780,776 | N/A | $35,699,339 | N/A | $16,426,908 | N/A | $13,745,743 | N/A |
| Vocational Shop Equipment | $3,568,107 | N/A | $6,366,485 | N/A | $7,788,157 | N/A | $3,028,515 | N/A | $13,429,795 | N/A | $3,142,000 | N/A |
| Conveying Systems (Elevators) | N/A | N/A | $1,626,427 | N/A | $15,518,896 | N/A | $3,884,305 | N/A | N/A | N/A | N/A | N/A |
| Fire Suppression | N/A | $86,069,422 | $35,013,714 | N/A | $58,868,977 | N/A | $25,767,580 | N/A | $42,277,117 | N/A | $24,312,033 | N/A |
| Plumbing | $353,713,953 | N/A | $212,997,685 | N/A | $241,930,037 | N/A | $105,895,366 | N/A | $257,182,885 | N/A | $121,560,167 | N/A |
| HVAC | $501,808,593 | N/A | $447,295,138 | N/A | $508,053,078 | N/A | $270,559,599 | N/A | $540,084,059 | N/A | $209,818,551 | N/A |
| Electrical | $292,180,722 | N/A | $260,439,972 | N/A | $295,816,606 | N/A | $157,534,765 | N/A | $314,466,815 | N/A | $148,636,011 | N/A |
| Communications/Data | $65,898,140 | N/A | $39,682,210 | N/A | $66,718,173 | N/A | $24,002,949 | N/A | $47,914,066 | N/A | $27,553,638 | N/A |
| Nurse Call Stations | $950,862 | N/A | $682,447 | N/A | $1,372,951 | N/A | $0 | N/A | $617,863 | N/A | $0 | N/A |
| Personal Alarm Device System (PADS) | $16,151,504 | N/A | $11,833,205 | N/A | $16,352,494 | N/A | $7,157,661 | N/A | $11,743,643 | N/A | $6,753,343 | N/A |
| Security System | $60,535,640 | N/A | $44,350,704 | N/A | $61,288,943 | N/A | $26,826,826 | N/A | $53,551,015 | N/A | $20,804,162 | N/A |
| Audio/Video System | $3,230,301 | N/A | $1,945,206 | N/A | $3,270,499 | N/A | $1,176,615 | N/A | $2,348,729 | N/A | $1,350,669 | N/A |
| Fire Alarm System | N/A | $143,449,035 | $58,356,191 | N/A | N/A | $145,234,110 | $35,298,456 | N/A | $70,461,861 | N/A | $27,373,897 | N/A |
| **Building Systems Cost** | **$2,507,081,990** | **$229,518,457** | **$2,140,919,791** | **$0** | **$2,501,806,497** | **$145,234,110** | **$1,257,316,478** | **$0** | **$2,467,902,304** | **$0** | **$1,113,379,735** | **$0** |
| **Total Cost** | **$3,125,948,213** | **$229,518,457** | **$2,742,049,845** | **$0** | **$3,005,214,753** | **$145,234,110** | **$1,770,571,666** | **$0** | **$2,985,785,177** | **$46,056,559** | **$1,535,640,248** | **$152,653,587** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | WSP | | Total | |
|---|---|---|---|---|
| | 20 Years | Beyond 20 Years | 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | |
| Above Ground Storage Tanks | $4,788,810 | N/A | $241,530,534 | $0 |
| Underground Storage Tanks | N/A | N/A | $17,902,824 | $0 |
| Domestic Water Distribution/Loop | $11,247,502 | N/A | $454,356,487 | $0 |
| Fire Water Distribution System | $15,025,460 | N/A | $551,026,044 | $25,188,543 |
| Sanitary Sewer System | $15,175,174 | N/A | $588,525,978 | $0 |
| Hydronic Distribution System | $0 | N/A | $685,385,570 | $178,852,162 |
| Storm Water System | $25,423,483 | N/A | $742,584,692 | $199,187,865 |
| Site Electrical | $32,468,277 | N/A | $1,425,926,142 | $0 |
| Communications/Data (Fiber Optic) | $23,248,697 | N/A | $961,991,806 | $0 |
| Waste Water Treatment Plant | $101,938,015 | N/A | $1,443,201,656 | $0 |
| Water Wells & Treatment Plant | $103,127,293 | N/A | $1,785,403,868 | $152,653,587 |
| **Site Utilities Cost** | **$332,442,710** | **$0** | **$8,897,835,601** | **$555,882,156** |
| **Sitework** | | | | |
| AC Paving | $85,625,830 | N/A | $4,746,397,403 | $0 |
| Concrete Paving | $24,433,573 | N/A | $812,503,653 | $0 |
| Irrigation System | $1,742,023 | N/A | $90,863,379 | $6,320,149 |
| Fencing | $60,157,341 | N/A | $1,966,451,535 | $0 |
| **Site Works Cost** | **$171,958,767** | **$0** | **$7,616,215,969** | **$6,320,149** |
| **Building Systems** | | | | |
| Building Envelope | $93,618,391 | N/A | $3,849,906,909 | $0 |
| ADA Improvements | $10,331,192 | N/A | $252,863,384 | $0 |
| Hazardous Materials Abatement | $28,887,961 | N/A | $1,187,971,277 | $0 |
| Foundations | $29,288,851 | N/A | $1,204,457,248 | $0 |
| Structural Systems | $73,222,127 | N/A | $3,011,143,128 | $0 |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $68,207,685 | N/A | $2,804,932,176 | $0 |
| Roofing | $168,513,103 | N/A | $7,513,798,648 | $0 |
| Interior Construction | $39,051,802 | N/A | $1,605,942,997 | $0 |
| Detention Doors (Cell Doors) | $48,763,229 | N/A | $1,529,773,477 | $0 |
| Interior Finishes | $56,839,737 | N/A | $2,337,443,480 | $0 |
| Culinary Equipment | $25,375,600 | N/A | $949,857,457 | $45,099,619 |
| Walk-In Coolers/Freezers | $18,487,937 | N/A | $692,039,007 | $32,858,294 |
| Vocational Shop Equipment | $1,356,964 | N/A | $175,367,474 | $0 |
| Conveying Systems (Elevators) | $0 | N/A | $97,994,499 | $5,559,871 |
| Fire Suppression | $29,288,851 | N/A | $1,018,053,886 | $221,941,983 |
| Plumbing | $146,444,256 | N/A | $5,670,495,048 | $700,289,199 |
| HVAC | $307,532,936 | N/A | $11,809,192,978 | $566,539,475 |
| Electrical | $147,176,477 | N/A | $6,503,537,971 | $0 |
| Communications/Data | $33,194,031 | N/A | $1,378,512,933 | $0 |
| Nurse Call Stations | $1,063,356 | N/A | $18,107,579 | $0 |
| Personal Alarm Device System (PADS) | $8,135,792 | N/A | $314,832,795 | $35,974,185 |
| Security System | $30,492,848 | N/A | $1,253,969,678 | $0 |
| Audio/Video System | $1,627,158 | N/A | $67,574,163 | $0 |
| Fire Alarm System | $40,122,168 | N/A | $1,548,916,942 | $504,528,250 |
| **Building Systems Cost** | **$1,407,022,451** | **$0** | **$56,796,685,134** | **$2,112,790,876** |
| **Total Cost** | **$1,911,423,928** | **$0** | **$73,310,736,704** | **$2,674,993,181** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | ASP | | | | | |
|---|---|---|---|---|---|---|
| | **2026 - 2031** | **2031-2036** | **2036-2041** | **2041-2046** | **Total 20 Years** | **Beyond 20 Years** |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 4,835,760 | $ - | $ 4,835,760 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ 14,517,722 | $ - | $ - | $ 14,517,722 | $ - |
| Fire Water Distribution System | $ - | $ 18,628,724 | $ - | $ - | $ 18,628,724 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 22,946,463 | $ - | $ 22,946,463 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ 69,789,148 |
| Storm Water System | $ - | $ - | $ - | $ 39,462,924 | $ 39,462,924 | $ - |
| Site Electrical | $ - | $ - | $ 63,926,189 | $ - | $ 63,926,189 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 44,378,558 | $ 44,378,558 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ 33,146,446** | **$ 91,708,412** | **$ 83,841,482** | **$ 208,696,339** | **$ 69,789,148** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 209,422,554 | $ - | $ 209,422,554 | $ - |
| Concrete Paving | $ - | $ 16,555,934 | $ - | $ - | $ 16,555,934 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 4,071,535 | $ 4,071,535 | $ - |
| Fencing | $ - | $ - | $ 62,405,803 | $ - | $ 62,405,803 | $ - |
| **Site Works Cost** | **$ -** | **$ 16,555,934** | **$ 271,828,357** | **$ 4,071,535** | **$ 292,455,826** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 164,929,590 | $ - | $ - | $ 164,929,590 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 50,892,560 | $ - | $ - | $ 50,892,560 | $ - |
| Foundations | $ - | $ - | $ 51,598,816 | $ - | $ 51,598,816 | $ - |
| Structural Systems | $ - | $ - | $ 128,997,043 | $ - | $ 128,997,043 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 120,162,988 | $ - | $ - | $ 120,162,988 | $ - |
| Roofing | $ - | $ 296,873,262 | $ - | $ - | $ 296,873,262 | $ - |
| Interior Construction | $ - | $ - | $ 68,798,423 | $ - | $ 68,798,423 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 51,046,252 | $ - | $ - | $ 51,046,252 | $ - |
| Interior Finishes | $ - | $ 100,135,823 | $ - | $ - | $ 100,135,823 | $ - |
| Culinary Equipment | $ - | $ - | $ 30,257,593 | $ - | $ 30,257,593 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 22,044,817 | $ - | $ 22,044,817 | $ - |
| Vocational Shop Equipment | $ - | $ 5,160,979 | $ - | $ - | $ 5,160,979 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ 42,410,466 | $ - | $ - | $ 42,410,466 | $ - |
| Plumbing | $ - | $ - | $ 257,994,084 | $ - | $ 257,994,084 | $ - |
| HVAC | $ - | $ 445,309,894 | $ - | $ - | $ 445,309,894 | $ - |
| Electrical | $ - | $ - | $ 259,284,054 | $ - | $ 259,284,054 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 71,148,230 | $ 71,148,230 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 14,333,004 | $ - | $ 14,333,004 | $ - |
| Security System | $ - | $ 53,719,924 | $ - | $ - | $ 53,719,924 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 3,487,658 | $ 3,487,658 | $ - |
| Fire Alarm System | $ - | $ 70,684,110 | $ - | $ - | $ 70,684,110 | $ - |
| **Building Systems Cost** | **$ -** | **$ 1,401,325,848** | **$ 833,307,834** | **$ 74,635,888** | **$ 2,309,269,570** | **$ -** |
| **Total 20 Years Cost** | **$ -** | **$ 1,451,028,228** | **$ 1,196,844,603** | **$ 162,548,904** | **$ 2,810,421,735** | **$ 69,789,148** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CCI | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 17,089,479 | $ - | $ 17,089,479 | $ - |
| Underground Storage Tanks | $ 1,170,266 | $ - | $ - | $ - | $ 1,170,266 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 22,828,506 | $ - | $ 22,828,506 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 28,734,232 | $ - | $ 28,734,232 | $ - |
| Sanitary Sewer System | $ - | $ 23,976,926 | $ - | $ - | $ 23,976,926 | $ - |
| Hydronic Distribution System | $ - | $ - | $ 60,795,665 | $ - | $ 60,795,665 | $ - |
| Storm Water System | $ - | $ - | $ 41,678,603 | $ - | $ 41,678,603 | $ - |
| Site Electrical | $ - | $ - | $ 65,887,097 | $ - | $ 65,887,097 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 57,259,526 | $ 57,259,526 | $ - |
| Waste Water Treatment Plant | $ - | $ 85,428,474 | $ - | $ - | $ 85,428,474 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 105,149,397 | $ - | $ 105,149,397 | $ - |
| **Site Utilities Cost** | **$ 1,170,266** | **$ 109,405,400** | **$ 342,162,978** | **$ 57,259,526** | **$ 509,998,169** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 124,647,688 | $ - | $ - | $ 124,647,688 | $ - |
| Concrete Paving | $ - | $ 26,126,291 | $ - | $ - | $ 26,126,291 | $ - |
| Irrigation System | $ - | $ 3,976,111 | $ - | $ - | $ 3,976,111 | $ - |
| Fencing | $ - | $ - | $ 87,694,510 | $ - | $ 87,694,510 | $ - |
| **Site Works Cost** | **$ -** | **$ 154,750,090** | **$ 87,694,510** | **$ -** | **$ 242,444,600** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 154,243,558 | $ - | $ - | $ 154,243,558 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 47,595,154 | $ - | $ - | $ 47,595,154 | $ - |
| Foundations | $ - | $ - | $ 48,255,653 | $ - | $ 48,255,653 | $ - |
| Structural Systems | $ - | $ - | $ 120,639,131 | $ - | $ 120,639,131 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 112,377,449 | $ - | $ - | $ 112,377,449 | $ - |
| Roofing | $ - | $ - | $ 337,789,569 | $ - | $ 337,789,569 | $ - |
| Interior Construction | $ - | $ - | $ 64,340,870 | $ - | $ 64,340,870 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 65,722,972 | $ - | $ - | $ 65,722,972 | $ - |
| Interior Finishes | $ - | $ 93,647,874 | $ - | $ - | $ 93,647,874 | $ - |
| Culinary Equipment | $ - | $ 29,262,100 | $ - | $ - | $ 29,262,100 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 21,319,530 | $ - | $ - | $ 21,319,530 | $ - |
| Vocational Shop Equipment | $ - | $ 11,863,253 | $ - | $ - | $ 11,863,253 | $ - |
| Conveying Systems (Elevators) | $ - | $ 3,132,377 | $ - | $ - | $ 3,132,377 | $ - |
| Fire Suppression | $ - | $ - | $ 48,255,653 | $ - | $ 48,255,653 | $ - |
| Plumbing | $ - | $ - | $ 241,278,264 | $ - | $ 241,278,264 | $ - |
| HVAC | $ - | $ - | $ 506,684,356 | $ - | $ 506,684,356 | $ - |
| Electrical | $ - | $ - | $ 242,484,655 | $ - | $ 242,484,655 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 66,538,432 | $ 66,538,432 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 16,308,439 | $ 16,308,439 | $ - |
| Security System | $ - | $ 50,239,330 | $ - | $ - | $ 50,239,330 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 3,261,688 | $ 3,261,688 | $ - |
| Fire Alarm System | $ - | $ - | $ 80,426,087 | $ - | $ 80,426,087 | $ - |
| **Building Systems Cost** | **$ -** | **$ 589,403,597** | **$ 1,690,154,240** | **$ 86,108,559** | **$ 2,365,666,395** | **$ -** |
| **Total 20 Years Cost** | **$ 1,170,266** | **$ 853,559,087** | **$ 2,120,011,728** | **$ 143,368,084** | **$ 3,118,109,164** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CHCF | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 10,774,822 | $ - | $ 10,774,822 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 13,797,821 | $ - | $ 13,797,821 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 17,896,443 | $ - | $ 17,896,443 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 18,086,693 | $ - | $ 18,086,693 | $ - |
| Hydronic Distribution System | $ 24,614,599 | $ - | $ - | $ - | $ 24,614,599 | $ - |
| Storm Water System | $ - | $ - | $ - | $ - | $ - | $ 37,339,038 |
| Site Electrical | $ - | $ - | $ - | $ 48,036,040 | $ 48,036,040 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 23,194,834 | $ - | $ - | $ 23,194,834 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 24,614,599** | **$ 23,194,834** | **$ 60,555,779** | **$ 48,036,040** | **$ 156,401,252** | **$ 37,339,038** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 239,448,660 | $ - | $ 239,448,660 | $ - |
| Concrete Paving | $ - | $ - | $ - | $ 65,704,113 | $ 65,704,113 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 2,746,742 | $ 2,746,742 | $ - |
| Fencing | $ - | $ - | $ - | $ 86,523,946 | $ 86,523,946 | $ - |
| **Site Works Cost** | **$ -** | **$ -** | **$ 239,448,660** | **$ 154,974,801** | **$ 394,423,461** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ - | $ 197,672,916 | $ - | $ 197,672,916 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ - | $ 60,996,213 | $ - | $ 60,996,213 | $ - |
| Foundations | $ - | $ - | $ - | $ 61,842,684 | $ 61,842,684 | $ - |
| Structural Systems | $ - | $ - | $ - | $ 154,606,711 | $ 154,606,711 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ - | $ 144,018,838 | $ - | $ 144,018,838 | $ - |
| Roofing | $ - | $ - | $ - | $ 432,898,787 | $ 432,898,787 | $ - |
| Interior Construction | $ - | $ - | $ - | $ 82,456,913 | $ 82,456,913 | $ - |
| Detention Doors (Cell Doors) | $ - | $ - | $ 112,403,651 | $ - | $ 112,403,651 | $ - |
| Interior Finishes | $ - | $ - | $ 120,015,699 | $ - | $ 120,015,699 | $ - |
| Culinary Equipment | $ - | $ - | $ 33,939,583 | $ - | $ 33,939,583 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 24,727,411 | $ - | $ 24,727,411 | $ - |
| Vocational Shop Equipment | $ - | $ - | $ 580,170 | $ - | $ 580,170 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ 2,766,375 |
| Fire Suppression | $ - | $ - | $ - | $ 61,842,684 | $ 61,842,684 | $ - |
| Plumbing | $ - | $ - | $ - | $ 309,213,419 | $ 309,213,419 | $ - |
| HVAC | $ - | $ - | $ - | $ 649,348,182 | $ 649,348,182 | $ - |
| Electrical | $ - | $ - | $ - | $ 310,759,488 | $ 310,759,488 | $ - |
| Communications/Data | $ - | $ 47,349,195 | $ - | $ - | $ 47,349,195 | $ - |
| Nurse Call Stations | $ - | $ 362,305 | $ - | $ - | $ 362,305 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 17,178,523 | $ 17,178,523 | $ - |
| Security System | $ - | $ - | $ 64,384,893 | $ - | $ 64,384,893 | $ - |
| Audio/Video System | $ - | $ 2,321,038 | $ - | $ - | $ 2,321,038 | $ - |
| Fire Alarm System | $ - | $ - | $ 84,716,964 | $ - | $ 84,716,964 | $ - |
| **Building Systems Cost** | **$ -** | **$ 50,032,539** | **$ 843,456,337** | **$ 2,080,147,391** | **$ 2,973,636,267** | **$ 2,766,375** |
| **Total 20 Years Cost** | **$ 24,614,599** | **$ 73,227,373** | **$ 1,143,460,776** | **$ 2,283,158,232** | **$ 3,524,460,980** | **$ 40,105,413** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CIM | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | N/A | $ - | $ - | $ - |
| Underground Storage Tanks | $ 1,159,014 | $ - | $ - | $ - | $ 1,159,014 | $ - |
| Domestic Water Distribution/Loop | $ - | $ 19,054,635 | $ - | $ - | $ 19,054,635 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 29,143,847 | $ - | $ 29,143,847 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 29,622,642 | $ - | $ 29,622,642 | $ - |
| Hydronic Distribution System | $ 41,738,403 | $ - | $ - | $ - | $ 41,738,403 | $ - |
| Storm Water System | $ 28,590,903 | $ - | $ - | $ - | $ 28,590,903 | $ - |
| Site Electrical | $ - | $ - | $ 66,975,196 | $ - | $ 66,975,196 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 58,224,242 | $ 58,224,242 | $ - |
| Waste Water Treatment Plant | $ - | $ 84,607,046 | $ - | $ - | $ 84,607,046 | $ - |
| Water Wells & Treatment Plant | $ - | $ 85,594,128 | $ - | $ - | $ 85,594,128 | $ - |
| **Site Utilities Cost** | **$ 71,488,320** | **$ 189,255,810** | **$ 125,741,684** | **$ 58,224,242** | **$ 444,710,055** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ 204,532,836 | $ - | $ - | $ - | $ 204,532,836 | $ - |
| Concrete Paving | $ - | $ 48,604,421 | $ - | $ - | $ 48,604,421 | $ - |
| Irrigation System | $ - | $ 3,397,100 | $ - | $ - | $ 3,397,100 | $ - |
| Fencing | $ - | $ 57,277,630 | $ - | $ - | $ 57,277,630 | $ - |
| **Site Works Cost** | **$ 204,532,836** | **$ 109,279,151** | **$ -** | **$ -** | **$ 313,811,986** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ 111,242,069 | $ - | $ - | $ - | $ 111,242,069 | $ - |
| ADA Improvements | $ 2,767,841 | $ - | $ - | $ - | $ 2,767,841 | $ - |
| Hazardous Materials Abatement | $ 34,326,124 | $ - | $ - | $ - | $ 34,326,124 | $ - |
| Foundations | $ - | $ 34,802,482 | $ - | $ - | $ 34,802,482 | $ - |
| Structural Systems | $ - | $ 87,006,205 | $ - | $ - | $ 87,006,205 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ 81,047,793 | $ - | $ - | $ - | $ 81,047,793 | $ - |
| Roofing | $ - | $ 243,617,375 | $ - | $ - | $ 243,617,375 | $ - |
| Interior Construction | $ - | $ 46,403,310 | $ - | $ - | $ 46,403,310 | $ - |
| Detention Doors (Cell Doors) | $ 33,240,514 | $ - | $ - | $ - | $ 33,240,514 | $ - |
| Interior Finishes | $ 67,539,828 | $ - | $ - | $ - | $ 67,539,828 | $ - |
| Culinary Equipment | $ - | $ 59,707,616 | $ - | $ - | $ 59,707,616 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 43,501,262 | $ - | $ - | $ 43,501,262 | $ - |
| Vocational Shop Equipment | $ 2,721,535 | $ - | $ - | $ - | $ 2,721,535 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ 2,793,496 |
| Fire Suppression | $ - | $ - | $ 42,342,541 | $ - | $ 42,342,541 | $ - |
| Plumbing | $ - | $ - | $ 211,712,704 | $ - | $ 211,712,704 | $ - |
| HVAC | $ 300,353,587 | $ - | $ - | $ - | $ 300,353,587 | $ - |
| Electrical | $ - | $ - | $ 212,771,268 | $ - | $ 212,771,268 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 58,384,998 | $ 58,384,998 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ 1,534,730 | $ 1,534,730 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 9,667,356 | $ - | $ - | $ 9,667,356 | $ - |
| Security System | $ 36,233,132 | $ - | $ - | $ - | $ 36,233,132 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 2,862,009 | $ 2,862,009 | $ - |
| Fire Alarm System | $ - | $ - | $ 70,570,902 | $ - | $ 70,570,902 | $ - |
| **Building Systems Cost** | **$ 669,472,423** | **$ 524,705,606** | **$ 537,397,416** | **$ 62,781,737** | **$ 1,794,357,182** | **$ 2,793,496** |
| **Total 20 Years Cost** | **$ 945,493,578** | **$ 823,240,567** | **$ 663,139,100** | **$ 121,005,979** | **$ 2,552,879,224** | **$ 2,793,496** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CIW | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ 3,577,177 | $ - | $ - | $ 3,577,177 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 8,833,231 | $ - | $ 8,833,231 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 12,056,165 | $ - | $ 12,056,165 | $ - |
| Sanitary Sewer System | $ - | $ 9,956,841 | $ - | $ - | $ 9,956,841 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ 16,393,025 | $ - | $ 16,393,025 | $ - |
| Site Electrical | $ - | $ 20,723,227 | $ - | $ - | $ 20,723,227 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 18,012,965 | $ - | $ 18,012,965 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | N/A | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ 34,257,244** | **$ 55,295,385** | **$ -** | **$ 89,552,630** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 63,462,969 | $ - | $ - | $ 63,462,969 | $ - |
| Concrete Paving | $ - | $ 36,785,789 | $ - | $ - | $ 36,785,789 | $ - |
| Irrigation System | $ - | $ 4,032,423 | $ - | $ - | $ 4,032,423 | $ - |
| Fencing | $ - | $ - | $ 31,775,490 | $ - | $ 31,775,490 | $ - |
| **Site Works Cost** | **$ -** | **$ 104,281,182** | **$ 31,775,490** | **$ -** | **$ 136,056,672** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 57,844,399 | $ - | $ - | $ 57,844,399 | $ - |
| ADA Improvements | $ 3,289,283 | $ - | $ - | $ - | $ 3,289,283 | $ - |
| Hazardous Materials Abatement | $ - | $ 17,849,129 | $ - | $ - | $ 17,849,129 | $ - |
| Foundations | $ - | $ - | $ 18,096,828 | $ - | $ 18,096,828 | $ - |
| Structural Systems | $ - | $ - | $ 45,242,072 | $ - | $ 45,242,072 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 42,143,777 | $ - | $ - | $ 42,143,777 | $ - |
| Roofing | $ - | $ 104,119,918 | $ - | $ - | $ 104,119,918 | $ - |
| Interior Construction | $ - | $ - | $ 24,129,105 | $ - | $ 24,129,105 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 17,090,623 | $ - | $ - | $ 17,090,623 | $ - |
| Interior Finishes | $ - | $ 35,119,814 | $ - | $ - | $ 35,119,814 | $ - |
| Culinary Equipment | $ - | $ - | $ 20,371,485 | $ - | $ 20,371,485 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 14,842,082 | $ - | $ 14,842,082 | $ - |
| Vocational Shop Equipment | $ - | $ 192,774 | $ - | $ - | $ 192,774 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ 2,296,050 | $ 2,296,050 | $ - |
| Fire Suppression | $ - | $ 14,874,274 | $ - | $ - | $ 14,874,274 | $ - |
| Plumbing | $ - | $ - | $ 90,484,144 | $ - | $ 90,484,144 | $ - |
| HVAC | $ 128,368,474 | $ - | $ - | $ - | $ 128,368,474 | $ - |
| Electrical | $ - | $ 74,743,226 | $ - | $ - | $ 74,743,226 | $ - |
| Communications/Data | $ - | $ - | $ 20,509,739 | $ - | $ 20,509,739 | $ - |
| Nurse Call Stations | $ 155,452 | $ - | $ - | $ - | $ 155,452 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 5,026,897 | $ - | $ 5,026,897 | $ - |
| Security System | $ - | $ 18,840,747 | $ - | $ - | $ 18,840,747 | $ - |
| Audio/Video System | $ - | $ - | $ 1,005,380 | $ - | $ 1,005,380 | $ - |
| Fire Alarm System | $ - | $ 24,790,457 | $ - | $ - | $ 24,790,457 | $ - |
| **Building Systems Cost** | **$ 131,813,209** | **$ 407,609,137** | **$ 239,707,732** | **$ 2,296,050** | **$ 781,426,129** | **$ -** |
| **Total 20 Years Cost** | **$ 131,813,209** | **$ 546,147,563** | **$ 326,778,607** | **$ 2,296,050** | **$ 1,007,035,430** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CMF | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 4,358,315 | $ 4,358,315 | $ - |
| Underground Storage Tanks | $ 1,226,529 | $ - | $ - | $ - | $ 1,226,529 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 8,181,107 | $ - | $ 8,181,107 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 11,312,479 | $ - | $ 11,312,479 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 11,373,774 | $ - | $ 11,373,774 | $ - |
| Hydronic Distribution System | $ 14,473,351 | $ - | $ - | $ - | $ 14,473,351 | $ - |
| Storm Water System | $ - | $ - | $ 15,134,935 | $ - | $ 15,134,935 | $ - |
| Site Electrical | $ - | $ - | $ 23,181,650 | $ - | $ 23,181,650 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 16,592,626 | $ - | $ 16,592,626 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 15,699,880** | **$ -** | **$ 85,776,571** | **$ 4,358,315** | **$ 105,834,767** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 89,942,028 | $ - | $ - | $ 89,942,028 | $ - |
| Concrete Paving | $ - | $ - | $ 21,588,292 | $ - | $ 21,588,292 | $ - |
| Irrigation System | $ - | $ - | $ 1,035,574 | $ - | $ 1,035,574 | $ - |
| Fencing | $ - | $ - | $ - | $ 51,509,010 | $ 51,509,010 | $ - |
| **Site Works Cost** | **$ -** | **$ 89,942,028** | **$ 22,623,867** | **$ 51,509,010** | **$ 164,074,905** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 90,184,207 | $ - | $ - | $ 90,184,207 | $ - |
| ADA Improvements | $ 33,937,691 | $ - | $ - | $ - | $ 33,937,691 | $ - |
| Hazardous Materials Abatement | $ - | $ 27,828,270 | $ - | $ - | $ 27,828,270 | $ - |
| Foundations | $ - | $ - | $ 28,214,454 | $ - | $ 28,214,454 | $ - |
| Structural Systems | $ - | $ - | $ 70,536,135 | $ - | $ 70,536,135 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 65,705,636 | $ - | $ - | $ 65,705,636 | $ - |
| Roofing | $ - | $ - | $ 197,501,181 | $ - | $ 197,501,181 | $ - |
| Interior Construction | $ - | $ - | $ 37,619,272 | $ - | $ 37,619,272 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 22,443,594 | $ - | $ - | $ 22,443,594 | $ - |
| Interior Finishes | $ - | $ 54,754,697 | $ - | $ - | $ 54,754,697 | $ - |
| Culinary Equipment | $ 14,693,573 | $ - | $ - | $ - | $ 14,693,573 | $ - |
| Walk-In Coolers/Freezers | $ 10,705,317 | $ - | $ - | $ - | $ 10,705,317 | $ - |
| Vocational Shop Equipment | $ - | N/A | $ - | $ - | $ - | $ - |
| Conveying Systems (Elevators) | $ - | $ 9,848,917 | $ - | $ - | $ 9,848,917 | $ - |
| Fire Suppression | $ - | $ - | $ 28,214,454 | $ - | $ 28,214,454 | $ - |
| Plumbing | $ - | $ - | $ - | $ 171,635,987 | $ 171,635,987 | $ - |
| HVAC | $ - | $ 243,497,359 | $ - | $ - | $ 243,497,359 | $ - |
| Electrical | $ - | $ - | $ 141,777,632 | $ - | $ 141,777,632 | $ - |
| Communications/Data | $ - | $ - | $ 31,976,381 | $ - | $ 31,976,381 | $ - |
| Nurse Call Stations | $ 410,156 | $ - | $ - | $ - | $ 410,156 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 6,441,729 | $ - | $ - | $ 6,441,729 | $ - |
| Security System | $ - | $ 29,374,285 | $ - | $ - | $ 29,374,285 | $ - |
| Audio/Video System | $ - | $ - | $ 1,567,470 | $ - | $ 1,567,470 | $ - |
| Fire Alarm System | $ - | $ 38,650,374 | $ - | $ - | $ 38,650,374 | $ - |
| **Building Systems Cost** | **$ 59,746,737** | **$ 588,729,067** | **$ 537,406,980** | **$ 171,635,987** | **$ 1,357,518,773** | **$ -** |
| **Total 20 Years Cost** | **$ 75,446,617** | **$ 678,671,096** | **$ 645,807,418** | **$ 227,503,313** | **$ 1,627,428,444** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CMC | | | | | |
|---|---|---|---|---|---|---|
| | **2026 - 2031** | **2031-2036** | **2036-2041** | **2041-2046** | **Total 20 Years** | **Beyond 20 Years** |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | N/A | $ - | $ - | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ 14,654,799 | $ - | $ - | $ 14,654,799 | $ - |
| Fire Water Distribution System | $ - | $ 18,797,389 | $ - | $ - | $ 18,797,389 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 23,208,098 | $ - | $ 23,208,098 | $ - |
| Hydronic Distribution System | $ - | $ 39,072,359 | $ - | $ - | $ 39,072,359 | $ - |
| Storm Water System | $ - | $ - | $ - | $ 39,810,601 | $ 39,810,601 | $ - |
| Site Electrical | $ - | $ - | $ 51,484,379 | $ - | $ 51,484,379 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 30,259,147 | $ - | $ - | $ 30,259,147 | $ - |
| Waste Water Treatment Plant | $ - | $ 87,892,756 | $ - | $ - | $ 87,892,756 | $ - |
| Water Wells & Treatment Plant | $ - | $ 88,918,173 | $ - | $ - | $ 88,918,173 | $ - |
| **Site Utilities Cost** | **$ -** | **$ 279,594,622** | **$ 74,692,477** | **$ 39,810,601** | **$ 394,097,700** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 161,628,654 | $ - | $ 161,628,654 | $ - |
| Concrete Paving | $ - | $ - | $ 41,987,751 | $ - | $ 41,987,751 | $ - |
| Irrigation System | $ - | $ - | $ 1,897,213 | $ - | $ 1,897,213 | $ - |
| Fencing | $ - | $ - | $ - | $ 74,951,978 | $ 74,951,978 | $ - |
| **Site Works Cost** | **$ -** | **$ -** | **$ 205,513,617** | **$ 74,951,978** | **$ 280,465,595** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 145,267,639 | $ - | $ - | $ 145,267,639 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 44,825,443 | $ - | $ - | $ 44,825,443 | $ - |
| Foundations | $ - | $ - | $ 45,447,504 | $ - | $ 45,447,504 | $ - |
| Structural Systems | $ - | $ - | $ 113,618,760 | $ - | $ 113,618,760 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 105,837,851 | $ - | $ - | $ 105,837,851 | $ - |
| Roofing | $ - | $ 261,481,749 | $ - | $ - | $ 261,481,749 | $ - |
| Interior Construction | $ - | $ - | $ 60,596,672 | $ - | $ 60,596,672 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 62,755,429 | $ - | $ - | $ 62,755,429 | $ - |
| Interior Finishes | $ - | $ 88,198,210 | $ - | $ - | $ 88,198,210 | $ - |
| Culinary Equipment | $ - | $ 37,065,693 | $ - | $ - | $ 37,065,693 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 27,005,005 | $ - | $ - | $ 27,005,005 | $ - |
| Vocational Shop Equipment | $ - | $ 1,818,139 | $ - | $ - | $ 1,818,139 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 17,644,271 | $ - | $ 17,644,271 | $ - |
| Fire Suppression | $ - | $ 37,354,535 | $ - | $ - | $ 37,354,535 | $ - |
| Plumbing | $ - | $ - | $ 227,237,522 | $ - | $ 227,237,522 | $ - |
| HVAC | $ - | $ - | $ 477,198,795 | $ - | $ 477,198,795 | $ - |
| Electrical | $ - | $ - | $ 228,373,710 | $ - | $ 228,373,710 | $ - |
| Communications/Data | $ - | $ 42,335,140 | $ - | $ - | $ 42,335,140 | $ - |
| Nurse Call Stations | $ - | $ 1,273,619 | $ - | $ - | $ 1,273,619 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 12,624,306 | $ - | $ 12,624,306 | $ - |
| Security System | $ - | $ 47,315,746 | $ - | $ - | $ 47,315,746 | $ - |
| Audio/Video System | $ - | $ 2,075,252 | $ - | $ - | $ 2,075,252 | $ - |
| Fire Alarm System | $ - | $ 62,257,560 | $ - | $ - | $ 62,257,560 | $ - |
| **Building Systems Cost** | **$ -** | **$ 966,867,009** | **$ 1,182,741,539** | **$ -** | **$ 2,149,608,548** | **$ -** |
| **Total 20 Years Cost** | **$ -** | **$ 1,246,461,631** | **$ 1,462,947,633** | **$ 114,762,579** | **$ 2,824,171,843** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | COR | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 9,911,898 | $ - | $ 9,911,898 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 14,817,095 | $ - | $ 14,817,095 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 19,140,533 | $ - | $ 19,140,533 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 19,344,964 | $ - | $ 19,344,964 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ 58,091,884 |
| Storm Water System | $ - | $ - | $ - | $ - | $ - | $ 40,157,443 |
| Site Electrical | $ - | $ - | $ 55,229,107 | $ - | $ 55,229,107 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 30,382,332 | $ - | $ 30,382,332 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 101,438,319 | $ - | $ 101,438,319 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ -** | **$ 250,264,248** | **$ -** | **$ 250,264,248** | **$ 98,249,327** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 159,828,580 | $ - | $ - | $ 159,828,580 | $ - |
| Concrete Paving | $ - | $ - | $ 14,718,530 | $ - | $ 14,718,530 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 5,970,262 | $ 5,970,262 | $ - |
| Fencing | $ - | $ - | $ - | $ 84,446,147 | $ 84,446,147 | $ - |
| **Site Works Cost** | **$ -** | **$ 159,828,580** | **$ 14,718,530** | **$ 90,416,409** | **$ 264,963,519** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 170,122,309 | $ - | $ - | $ 170,122,309 | $ - |
| ADA Improvements | $ 8,133,814 | $ - | $ - | $ - | $ 8,133,814 | $ - |
| Hazardous Materials Abatement | $ - | $ 52,494,885 | $ - | $ - | $ 52,494,885 | $ - |
| Foundations | $ - | $ - | $ 53,223,377 | $ - | $ 53,223,377 | $ - |
| Structural Systems | $ - | $ - | $ 133,058,443 | $ - | $ 133,058,443 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 123,946,254 | $ - | $ - | $ 123,946,254 | $ - |
| Roofing | $ - | $ 306,220,157 | $ - | $ - | $ 306,220,157 | $ - |
| Interior Construction | $ - | $ - | $ 70,964,504 | $ - | $ 70,964,504 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 74,648,331 | $ - | $ - | $ 74,648,331 | $ - |
| Interior Finishes | $ - | $ 103,288,545 | $ - | $ - | $ 103,288,545 | $ - |
| Culinary Equipment | $ 61,196,502 | $ - | $ - | $ - | $ 61,196,502 | $ - |
| Walk-In Coolers/Freezers | $ 44,586,023 | $ - | $ - | $ - | $ 44,586,023 | $ - |
| Vocational Shop Equipment | $ - | $ 5,414,333 | $ - | $ - | $ 5,414,333 | $ - |
| Conveying Systems (Elevators) | $ - | $ 1,528,540 | $ - | $ - | $ 1,528,540 | $ - |
| Fire Suppression | $ - | $ - | $ 53,223,377 | $ - | $ 53,223,377 | $ - |
| Plumbing | $ - | $ - | $ - | $ - | $ - | $ 393,918,003 |
| HVAC | $ - | $ - | $ 558,845,464 | $ - | $ 558,845,464 | $ - |
| Electrical | $ - | $ - | $ 267,447,470 | $ - | $ 267,447,470 | $ - |
| Communications/Data | $ - | $ - | $ 60,319,829 | $ - | $ 60,319,829 | $ - |
| Nurse Call Stations | $ 144,183 | $ - | $ - | $ - | $ 144,183 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 12,151,593 | $ - | $ - | $ 12,151,593 | $ - |
| Security System | $ - | $ 55,411,267 | $ - | $ - | $ 55,411,267 | $ - |
| Audio/Video System | $ - | $ - | $ 2,956,854 | $ - | $ 2,956,854 | $ - |
| Fire Alarm System | $ - | $ 72,909,561 | $ - | $ - | $ 72,909,561 | $ - |
| **Building Systems Cost** | **$ 114,060,521** | **$ 978,135,774** | **$ 1,200,039,318** | **$ -** | **$ 2,292,235,613** | **$ 393,918,003** |
| **Total 20 Years Cost** | **$ 114,060,521** | **$ 1,137,964,354** | **$ 1,465,022,097** | **$ 90,416,409** | **$ 2,807,463,381** | **$ 492,167,330** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | LAC | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 12,296,962 | $ 12,296,962 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 12,452,965 | $ - | $ 12,452,965 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 16,488,565 | $ - | $ 16,488,565 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 16,703,540 | $ - | $ 16,703,540 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ 23,139,345 | $ - | $ 23,139,345 | $ - |
| Site Electrical | $ - | $ - | $ - | $ 43,879,721 | $ 43,879,721 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 25,815,919 | $ - | $ 25,815,919 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ -** | **$ 94,600,334** | **$ 56,176,682** | **$ 150,777,016** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 174,011,729 | $ - | $ - | $ 174,011,729 | $ - |
| Concrete Paving | $ - | $ 5,370,402 | $ - | $ - | $ 5,370,402 | $ - |
| Irrigation System | $ - | $ 201,152 | $ - | $ - | $ 201,152 | $ - |
| Fencing | $ - | $ - | $ 63,557,446 | $ - | $ 63,557,446 | $ - |
| **Site Works Cost** | **$ -** | **$ 179,583,283** | **$ 63,557,446** | **$ -** | **$ 243,140,729** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 120,022,390 | $ - | $ - | $ 120,022,390 | $ - |
| ADA Improvements | $ 9,910,626 | $ - | $ - | $ - | $ 9,910,626 | $ - |
| Hazardous Materials Abatement | $ - | $ 37,035,481 | $ - | $ - | $ 37,035,481 | $ - |
| Foundations | $ - | $ - | $ 37,549,437 | $ - | $ 37,549,437 | $ - |
| Structural Systems | $ - | $ - | $ 93,873,594 | $ - | $ 93,873,594 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 87,444,885 | $ - | $ - | $ 87,444,885 | $ - |
| Roofing | $ - | $ - | $ 262,846,063 | $ - | $ 262,846,063 | $ - |
| Interior Construction | $ - | $ - | $ 50,065,916 | $ - | $ 50,065,916 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 67,164,030 | $ - | $ - | $ 67,164,030 | $ - |
| Interior Finishes | $ - | $ 72,870,737 | $ - | $ - | $ 72,870,737 | $ - |
| Culinary Equipment | $ - | $ 31,984,461 | $ - | $ - | $ 31,984,461 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 23,302,965 | $ - | $ - | $ 23,302,965 | $ - |
| Vocational Shop Equipment | $ - | $ 7,889,371 | $ - | $ - | $ 7,889,371 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 3,792,694 | $ - | $ 3,792,694 | $ - |
| Fire Suppression | $ - | $ 30,862,900 | $ - | $ - | $ 30,862,900 | $ - |
| Plumbing | $ - | $ - | $ 187,747,188 | $ - | $ 187,747,188 | $ - |
| HVAC | $ - | $ - | $ 394,269,094 | $ - | $ 394,269,094 | $ - |
| Electrical | $ - | $ - | $ - | $ 229,565,276 | $ 229,565,276 | $ - |
| Communications/Data | $ - | $ - | $ 42,556,029 | $ - | $ 42,556,029 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ 914,808 | $ 914,808 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 12,690,177 | $ 12,690,177 | $ - |
| Security System | $ - | $ 39,093,008 | $ - | $ - | $ 39,093,008 | $ - |
| Audio/Video System | $ - | $ - | $ 2,086,081 | $ - | $ 2,086,081 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ 76,141,053 | $ 76,141,053 | $ - |
| **Building Systems Cost** | **$ 9,910,626** | **$ 517,670,228** | **$ 1,074,786,097** | **$ 319,311,314** | **$ 1,921,678,265** | **$ -** |
| **Total 20 Years Cost** | **$ 9,910,626** | **$ 697,253,511** | **$ 1,232,943,877** | **$ 375,487,996** | **$ 2,315,596,010** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SAC | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 19,009,796 | $ 19,009,796 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 11,559,504 | $ - | $ 11,559,504 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 15,417,638 | $ - | $ 15,417,638 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 15,564,188 | $ - | $ 15,564,188 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ 37,467,564 | $ 37,467,564 | $ - |
| Storm Water System | $ - | $ - | $ 21,436,774 | $ - | $ 21,436,774 | $ - |
| Site Electrical | $ - | $ - | $ 33,379,304 | $ - | $ 33,379,304 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 23,866,141 | $ - | $ 23,866,141 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| **Site Utilities Cost** | **$ -** | **$ -** | **$ 121,223,550** | **$ 56,477,360** | **$ 177,700,909** | **$ -** |
| | | | | | | |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 124,760,312 | $ - | $ - | $ 124,760,312 | $ - |
| Concrete Paving | $ - | $ - | $ 20,469,227 | $ - | $ 20,469,227 | $ - |
| Irrigation System | $ - | $ 3,255,371 | $ - | $ - | $ 3,255,371 | $ - |
| Fencing | $ - | $ - | $ 62,471,387 | $ - | $ 62,471,387 | $ - |
| | | | | | | |
| **Site Works Cost** | **$ -** | **$ 128,015,683** | **$ 82,940,613** | **$ -** | **$ 210,956,297** | **$ -** |
| | | | | | | |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 129,826,050 | $ - | $ - | $ 129,826,050 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 40,060,610 | $ - | $ - | $ 40,060,610 | $ - |
| Foundations | $ - | $ - | $ 40,616,548 | $ - | $ 40,616,548 | $ - |
| Structural Systems | $ - | $ - | $ 101,541,369 | $ - | $ 101,541,369 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 94,587,551 | $ - | $ - | $ 94,587,551 | $ - |
| Roofing | $ - | $ 233,686,889 | $ - | $ - | $ 233,686,889 | $ - |
| Interior Construction | $ - | $ - | $ 54,155,397 | $ - | $ 54,155,397 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 50,004,133 | $ - | $ - | $ 50,004,133 | $ - |
| Interior Finishes | $ - | $ 78,822,959 | $ - | $ - | $ 78,822,959 | $ - |
| Culinary Equipment | $ - | $ 43,646,475 | $ - | $ - | $ 43,646,475 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 31,799,575 | $ - | $ - | $ 31,799,575 | $ - |
| Vocational Shop Equipment | $ - | $ 4,175,396 | $ - | $ - | $ 4,175,396 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 13,338,556 | $ - | $ 13,338,556 | $ - |
| Fire Suppression | $ - | $ - | $ 40,616,548 | $ - | $ 40,616,548 | $ - |
| Plumbing | $ - | $ - | $ 203,082,737 | $ - | $ 203,082,737 | $ - |
| HVAC | $ - | $ - | $ 426,473,747 | $ - | $ 426,473,747 | $ - |
| Electrical | $ - | $ - | $ - | $ 248,316,609 | $ 248,316,609 | $ - |
| Communications/Data | $ - | $ - | $ 46,032,088 | $ - | $ 46,032,088 | $ - |
| Nurse Call Stations | $ - | $ 1,042,398 | $ - | $ - | $ 1,042,398 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 11,282,375 | $ - | $ 11,282,375 | $ - |
| Security System | $ - | $ 42,286,198 | $ - | $ - | $ 42,286,198 | $ - |
| Audio/Video System | $ - | $ - | $ 2,256,474 | $ - | $ 2,256,474 | $ - |
| Fire Alarm System | $ - | $ - | $ 67,694,246 | $ - | $ 67,694,246 | $ - |
| | | | | | | |
| **Building Systems Cost** | **$ -** | **$ 749,938,234** | **$ 1,007,090,084** | **$ 248,316,609** | **$ 2,005,344,927** | **$ -** |
| | | | | | | |
| **Total 20 Years Cost** | **$ -** | **$ 877,953,918** | **$ 1,211,254,247** | **$ 304,793,969** | **$ 2,394,002,133** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SOL | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 8,779,485 | $ - | $ 8,779,485 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 12,883,250 | $ - | $ 12,883,250 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 17,132,348 | $ - | $ 17,132,348 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 17,287,356 | $ - | $ 17,287,356 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ 50,971,131 |
| Storm Water System | $ - | $ 19,664,018 | $ - | $ - | $ 19,664,018 | $ - |
| Site Electrical | $ - | $ - | $ 37,275,584 | $ - | $ 37,275,584 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 26,650,820 | $ - | $ 26,650,820 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ 135,310,914 | $ 135,310,914 | $ - |
| **Site Utilities Cost** | **$ -** | **$ 19,664,018** | **$ 120,008,843** | **$ 135,310,914** | **$ 274,983,774** | **$ 50,971,131** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 111,399,310 | $ - | $ - | $ 111,399,310 | $ - |
| Concrete Paving | $ - | $ - | $ 15,646,639 | $ - | $ 15,646,639 | $ - |
| Irrigation System | $ - | $ - | $ 2,134,721 | $ - | $ 2,134,721 | $ - |
| Fencing | $ - | $ - | $ - | $ 84,282,648 | $ 84,282,648 | $ - |
| **Site Works Cost** | **$ -** | **$ 111,399,310** | **$ 17,781,360** | **$ 84,282,648** | **$ 213,463,318** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 132,313,261 | $ - | $ - | $ 132,313,261 | $ - |
| ADA Improvements | $ 11,765,947 | $ - | $ - | $ - | $ 11,765,947 | $ - |
| Hazardous Materials Abatement | $ - | $ 40,828,092 | $ - | $ - | $ 40,828,092 | $ - |
| Foundations | $ - | $ - | $ 41,394,680 | $ - | $ 41,394,680 | $ - |
| Structural Systems | $ - | $ - | $ 103,486,701 | $ - | $ 103,486,701 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 96,399,661 | $ - | $ - | $ 96,399,661 | $ - |
| Roofing | $ - | $ 238,163,870 | $ - | $ - | $ 238,163,870 | $ - |
| Interior Construction | $ - | $ - | $ 55,192,908 | $ - | $ 55,192,908 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 55,599,698 | $ - | $ - | $ 55,599,698 | $ - |
| Interior Finishes | $ - | $ 80,333,052 | $ - | $ - | $ 80,333,052 | $ - |
| Culinary Equipment | $ 39,570,642 | $ - | $ - | $ - | $ 39,570,642 | $ - |
| Walk-In Coolers/Freezers | $ 28,830,039 | $ - | $ - | $ - | $ 28,830,039 | $ - |
| Vocational Shop Equipment | $ - | $ 6,801,313 | $ - | $ - | $ 6,801,313 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ 7,356,277 | $ 7,356,277 | $ - |
| Fire Suppression | $ 27,964,762 | $ - | $ - | $ - | $ 27,964,762 | $ - |
| Plumbing | $ - | $ - | $ - | $ - | $ - | $ 306,371,196 |
| HVAC | $ - | $ - | $ 434,644,145 | $ - | $ 434,644,145 | $ - |
| Electrical | $ - | $ - | $ 208,008,269 | $ - | $ 208,008,269 | $ - |
| Communications/Data | $ - | $ - | $ 46,913,971 | $ - | $ 46,913,971 | $ - |
| Nurse Call Stations | $ - | $ - | $ 682,773 | $ - | $ 682,773 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 9,450,948 | $ - | $ - | $ 9,450,948 | $ - |
| Security System | $ - | $ 43,096,319 | $ - | $ - | $ 43,096,319 | $ - |
| Audio/Video System | $ - | $ - | $ 2,299,705 | $ - | $ 2,299,705 | $ - |
| Fire Alarm System | $ - | $ 56,705,683 | $ - | $ - | $ 56,705,683 | $ - |
| **Building Systems Cost** | **$ 108,131,391** | **$ 759,691,897** | **$ 892,623,151** | **$ 7,356,277** | **$ 1,767,802,716** | **$ 306,371,196** |
| **Total 20 Years Cost** | **$ 108,131,391** | **$ 890,755,225** | **$ 1,030,413,353** | **$ 226,949,838** | **$ 2,256,249,807** | **$ 357,342,327** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CAL | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 11,831,178 | $ - | $ 11,831,178 | $ - |
| Underground Storage Tanks | $ 1,181,519 | $ - | $ - | $ - | $ 1,181,519 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 14,899,364 | $ - | $ 14,899,364 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 19,283,846 | $ - | $ 19,283,846 | $ - |
| Sanitary Sewer System | $ - | $ 16,009,851 | $ - | $ - | $ 16,009,851 | $ - |
| Hydronic Distribution System | $ - | $ 32,430,323 | $ - | $ - | $ 32,430,323 | $ - |
| Storm Water System | $ - | $ - | $ 27,277,043 | $ - | $ 27,277,043 | $ - |
| Site Electrical | $ - | $ - | $ 42,730,542 | $ - | $ 42,730,542 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 30,515,288 | $ - | $ 30,515,288 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 106,160,448 | $ - | $ 106,160,448 | $ - |
| **Site Utilities Cost** | **$ 1,181,519** | **$ 48,440,173** | **$ 252,697,708** | **$ -** | **$ 302,319,400** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ 159,523,300 | $ - | $ - | $ - | $ 159,523,300 | $ - |
| Concrete Paving | $ 3,364,162 | $ - | $ - | $ - | $ 3,364,162 | $ - |
| Irrigation System | $ 640,771 | $ - | $ - | $ - | $ 640,771 | $ - |
| Fencing | $ - | $ 53,458,838 | $ - | $ - | $ 53,458,838 | $ - |
| **Site Works Cost** | **$ 163,528,233** | **$ 53,458,838** | **$ -** | **$ -** | **$ 216,987,071** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 116,510,836 | $ - | $ - | $ 116,510,836 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 35,951,915 | $ - | $ - | $ 35,951,915 | $ - |
| Foundations | $ - | $ - | $ 36,450,835 | $ - | $ 36,450,835 | $ - |
| Structural Systems | $ - | $ - | $ 91,127,089 | $ - | $ 91,127,089 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 84,886,467 | $ - | $ - | $ 84,886,467 | $ - |
| Roofing | $ - | $ 209,719,506 | $ - | $ - | $ 209,719,506 | $ - |
| Interior Construction | $ - | $ - | $ 48,601,113 | $ - | $ 48,601,113 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 43,814,950 | $ - | $ - | $ 43,814,950 | $ - |
| Interior Finishes | $ - | $ 70,738,723 | $ - | $ - | $ 70,738,723 | $ - |
| Culinary Equipment | $ - | $ 21,155,376 | $ - | $ - | $ 21,155,376 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 15,413,202 | $ - | $ - | $ 15,413,202 | $ - |
| Vocational Shop Equipment | $ - | $ 7,730,027 | $ - | $ - | $ 7,730,027 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 36,450,835 | $ - | $ 36,450,835 | $ - |
| Plumbing | $ - | $ - | $ 182,254,176 | $ - | $ 182,254,176 | $ - |
| HVAC | $ - | $ - | $ - | $ - | $ - | $ 566,539,475 |
| Electrical | $ - | $ - | $ 183,165,447 | $ - | $ 183,165,447 | $ - |
| Communications/Data | $ - | $ - | $ 41,310,947 | $ - | $ 41,310,947 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ - | $ - | $ 14,987,817 |
| Security System | $ - | $ 37,949,244 | $ - | $ - | $ 37,949,244 | $ - |
| Audio/Video System | $ - | $ - | $ 2,025,046 | $ - | $ 2,025,046 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ - | $ - | $ 89,926,901 |
| **Building Systems Cost** | **$ -** | **$ 643,870,247** | **$ 621,385,487** | **$ -** | **$ 1,265,255,734** | **$ 671,454,194** |
| **Total 20 Years Cost** | **$ 164,709,752** | **$ 745,769,258** | **$ 874,083,195** | **$ -** | **$ 1,784,562,205** | **$ 671,454,194** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CEN | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Underground Storage Tanks | $ 1,181,519 | $ - | $ - | $ - | $ 1,181,519 | $ - |
| Domestic Water Distribution/Loop | $ - | $ 11,325,043 | $ - | $ - | $ 11,325,043 | $ - |
| Fire Water Distribution System | $ - | $ 14,707,793 | $ - | $ - | $ 14,707,793 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 18,088,728 | $ - | $ 18,088,728 | $ - |
| Hydronic Distribution System | $ - | $ 29,897,450 | $ - | $ - | $ 29,897,450 | $ - |
| Storm Water System | $ - | $ - | $ 25,201,683 | $ - | $ 25,201,683 | $ - |
| Site Electrical | $ - | $ - | $ 39,368,387 | $ - | $ 39,368,387 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 34,238,852 | $ 34,238,852 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 104,936,193 | $ - | $ 104,936,193 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 106,160,448 | $ - | $ 106,160,448 | $ - |
| **Site Utilities Cost** | **$ 1,181,519** | **$ 55,930,286** | **$ 293,755,438** | **$ 34,238,852** | **$ 385,106,095** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 143,749,332 | $ - | $ - | $ 143,749,332 | $ - |
| Concrete Paving | $ - | $ 7,678,584 | $ - | $ - | $ 7,678,584 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 4,045,738 | $ 4,045,738 | $ - |
| Fencing | $ - | $ - | $ - | $ 81,251,477 | $ 81,251,477 | $ - |
| **Site Works Cost** | **$ -** | **$ 151,427,916** | **$ -** | **$ 85,297,215** | **$ 236,725,131** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ 95,130,299 | $ - | $ - | $ - | $ 95,130,299 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ 29,354,493 | $ - | $ - | $ - | $ 29,354,493 | $ - |
| Foundations | $ - | $ 29,761,856 | $ - | $ - | $ 29,761,856 | $ - |
| Structural Systems | $ - | $ 74,404,642 | $ - | $ - | $ 74,404,642 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ 69,309,218 | $ - | $ - | $ - | $ 69,309,218 | $ - |
| Roofing | $ - | $ 208,332,997 | $ - | $ - | $ 208,332,997 | $ - |
| Interior Construction | $ - | $ 39,682,475 | $ - | $ - | $ 39,682,475 | $ - |
| Detention Doors (Cell Doors) | $ 35,209,262 | $ - | $ - | $ - | $ 35,209,262 | $ - |
| Interior Finishes | $ 57,757,681 | $ - | $ - | $ - | $ 57,757,681 | $ - |
| Culinary Equipment | $ - | $ 27,452,481 | $ - | $ - | $ 27,452,481 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 20,001,093 | $ - | $ - | $ 20,001,093 | $ - |
| Vocational Shop Equipment | $ 7,336,434 | $ - | $ - | $ - | $ 7,336,434 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 36,209,849 | $ - | $ 36,209,849 | $ - |
| Plumbing | $ - | $ 148,809,282 | $ - | $ - | $ 148,809,282 | $ - |
| HVAC | $ 256,851,805 | $ - | $ - | $ - | $ 256,851,805 | $ - |
| Electrical | $ - | $ - | $ 181,954,492 | $ - | $ 181,954,492 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 49,928,794 | $ 49,928,794 | $ - |
| Nurse Call Stations | $ 277,283 | $ - | $ - | $ - | $ 277,283 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 12,237,449 | $ 12,237,449 | $ - |
| Security System | $ 30,985,297 | $ - | $ - | $ - | $ 30,985,297 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 2,447,490 | $ 2,447,490 | $ - |
| Fire Alarm System | $ 40,770,128 | $ - | $ - | $ - | $ 40,770,128 | $ - |
| **Building Systems Cost** | **$ 622,981,898** | **$ 548,444,827** | **$ 218,164,341** | **$ 64,613,734** | **$ 1,454,204,800** | **$ -** |
| **Total 20 Years Cost** | **$ 624,163,417** | **$ 755,803,029** | **$ 511,919,780** | **$ 184,149,800** | **$ 2,076,036,026** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CCWF | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 5,746,572 | $ - | $ 5,746,572 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 12,958,360 | $ - | $ 12,958,360 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 16,870,198 | $ - | $ 16,870,198 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 17,040,129 | $ - | $ 17,040,129 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ 23,651,165 | $ - | $ 23,651,165 | $ - |
| Site Electrical | $ - | $ - | $ 41,211,162 | $ - | $ 41,211,162 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 21,724,523 | $ - | $ - | $ 21,724,523 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ 124,023,181 | $ 124,023,181 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ 21,724,523** | **$ 117,477,587** | **$ 124,023,181** | **$ 263,225,291** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 138,292,492 | $ - | $ - | $ 138,292,492 | $ - |
| Concrete Paving | $ - | $ - | $ 16,539,630 | $ - | $ 16,539,630 | $ - |
| Irrigation System | $ - | $ - | $ 6,922,340 | $ - | $ 6,922,340 | $ - |
| Fencing | $ - | $ 48,901,756 | $ - | $ - | $ 48,901,756 | $ - |
| **Site Works Cost** | **$ -** | **$ 187,194,247** | **$ 23,461,970** | **$ -** | **$ 210,656,217** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 84,501,650 | $ - | $ - | $ 84,501,650 | $ - |
| ADA Improvements | $ 16,987,991 | $ - | $ - | $ - | $ 16,987,991 | $ - |
| Hazardous Materials Abatement | $ - | $ 26,074,795 | $ - | $ - | $ 26,074,795 | $ - |
| Foundations | $ - | $ - | $ 26,436,645 | $ - | $ 26,436,645 | $ - |
| Structural Systems | $ - | $ - | $ 66,091,615 | $ - | $ 66,091,615 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 61,565,488 | $ - | $ - | $ 61,565,488 | $ - |
| Roofing | $ - | $ - | $ 185,056,519 | $ - | $ 185,056,519 | $ - |
| Interior Construction | $ - | $ - | $ 35,248,860 | $ - | $ 35,248,860 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 40,440,524 | $ - | $ - | $ 40,440,524 | $ - |
| Interior Finishes | $ - | $ 51,304,573 | $ - | $ - | $ 51,304,573 | $ - |
| Culinary Equipment | $ - | $ 20,551,914 | $ - | $ - | $ 20,551,914 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 14,973,537 | $ - | $ - | $ 14,973,537 | $ - |
| Vocational Shop Equipment | $ - | $ 6,565,161 | $ - | $ - | $ 6,565,161 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 26,436,645 | $ - | $ 26,436,645 | $ - |
| Plumbing | $ - | $ - | $ - | $ 160,821,109 | $ 160,821,109 | $ - |
| HVAC | $ - | $ - | $ 277,584,779 | $ - | $ 277,584,779 | $ - |
| Electrical | $ - | $ - | $ 132,844,145 | $ - | $ 132,844,145 | $ - |
| Communications/Data | $ - | $ 24,626,196 | $ - | $ - | $ 24,626,196 | $ - |
| Nurse Call Stations | $ - | $ 486,744 | $ - | $ - | $ 486,744 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 7,343,512 | $ - | $ 7,343,512 | $ - |
| Security System | $ - | $ 27,523,395 | $ - | $ - | $ 27,523,395 | $ - |
| Audio/Video System | $ - | $ 1,207,167 | $ - | $ - | $ 1,207,167 | $ - |
| Fire Alarm System | $ - | $ - | $ 44,061,077 | $ - | $ 44,061,077 | $ - |
| **Building Systems Cost** | **$ 16,987,991** | **$ 359,821,143** | **$ 801,103,797** | **$ 160,821,109** | **$ 1,338,734,041** | **$ -** |
| **Total 20 Years Cost** | **$ 16,987,991** | **$ 568,739,914** | **$ 942,043,354** | **$ 284,844,291** | **$ 1,812,615,549** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CTC | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 4,460,166 | $ - | $ 4,460,166 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 4,492,602 | $ - | $ 4,492,602 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 6,960,235 | $ - | $ 6,960,235 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 6,911,299 | $ - | $ 6,911,299 | $ - |
| Hydronic Distribution System | $ - | $ - | $ 11,910,257 | $ - | $ 11,910,257 | $ - |
| Storm Water System | $ - | $ - | $ 8,675,023 | $ - | $ 8,675,023 | $ - |
| Site Electrical | $ - | $ - | $ 12,853,185 | $ - | $ 12,853,185 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 9,218,095 | $ - | $ 9,218,095 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 124,257,776 | $ - | $ 124,257,776 | $ - |
| **Site Utilities Cost** | **$ -** | **$ -** | **$ 189,738,639** | **$ -** | **$ 189,738,639** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 27,143,665 | $ - | $ - | $ 27,143,665 | $ - |
| Concrete Paving | $ - | $ 1,900,057 | $ - | $ - | $ 1,900,057 | $ - |
| Irrigation System | $ - | $ - | $ 124,359 | $ - | $ 124,359 | $ - |
| Fencing | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Works Cost** | **$ -** | **$ 29,043,722** | **$ 124,359** | **$ -** | **$ 29,168,081** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 26,339,762 | $ - | $ - | $ 26,339,762 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 8,127,698 | $ - | $ - | $ 8,127,698 | $ - |
| Foundations | $ - | $ - | $ 8,240,489 | $ - | $ 8,240,489 | $ - |
| Structural Systems | $ - | $ - | $ 20,601,224 | $ - | $ 20,601,224 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 19,190,398 | $ - | $ - | $ 19,190,398 | $ - |
| Roofing | $ - | $ - | $ 57,683,425 | $ - | $ 57,683,425 | $ - |
| Interior Construction | $ - | $ - | $ 10,987,319 | $ - | $ 10,987,319 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 11,335,701 | $ - | $ - | $ 11,335,701 | $ - |
| Interior Finishes | $ - | $ 15,991,998 | $ - | $ - | $ 15,991,998 | $ - |
| Culinary Equipment | $ - | $ 7,666,658 | $ - | $ - | $ 7,666,658 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 5,585,708 | $ - | $ - | $ 5,585,708 | $ - |
| Vocational Shop Equipment | $ - | N/A | $ - | $ - | $ - | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 8,240,489 | $ - | $ 8,240,489 | $ - |
| Plumbing | $ - | $ - | $ 41,202,447 | $ - | $ 41,202,447 | $ - |
| HVAC | $ - | $ - | $ 86,525,137 | $ - | $ 86,525,137 | $ - |
| Electrical | $ - | $ - | $ 41,408,458 | $ - | $ 41,408,458 | $ - |
| Communications/Data | $ - | $ - | $ 9,339,221 | $ - | $ 9,339,221 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ - | $ - | $ - |
| Security System | $ - | $ 8,579,236 | $ - | $ - | $ 8,579,236 | $ - |
| Audio/Video System | $ - | $ - | $ 457,805 | $ - | $ 457,805 | $ - |
| Fire Alarm System | $ - | $ - | $ 13,734,149 | $ - | $ 13,734,149 | $ - |
| **Building Systems Cost** | **$ -** | **$ 102,817,159** | **$ 298,420,162** | **$ -** | **$ 401,237,321** | **$ -** |
| **Total 20 Years Cost** | **$ -** | **$ 131,860,881** | **$ 488,283,160** | **$ -** | **$ 620,144,041** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | CTF | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 6,084,605 | $ - | $ 6,084,605 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 30,570,972 | $ - | $ 30,570,972 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 37,964,978 | $ - | $ 37,964,978 | $ - |
| Sanitary Sewer System | $ - | $ 31,765,149 | $ - | $ - | $ 31,765,149 | $ - |
| Hydronic Distribution System | $ - | $ - | $ 81,531,823 | $ - | $ 81,531,823 | $ - |
| Storm Water System | $ - | $ - | $ 55,618,502 | $ - | $ 55,618,502 | $ - |
| Site Electrical | $ - | $ - | $ 88,339,964 | $ - | $ 88,339,964 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 63,112,681 | $ - | $ 63,112,681 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 109,193,604 | $ - | $ 109,193,604 | $ - |
| **Site Utilities Cost** | **$ -** | **$ 31,765,149** | **$ 472,417,129** | **$ -** | **$ 504,182,278** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 154,873,969 | $ - | $ - | $ 154,873,969 | $ - |
| Concrete Paving | $ - | $ - | $ 19,690,900 | $ - | $ 19,690,900 | $ - |
| Irrigation System | $ - | $ - | $ 3,096,551 | $ - | $ 3,096,551 | $ - |
| Fencing | $ - | $ - | $ 53,149,851 | $ - | $ 53,149,851 | $ - |
| **Site Works Cost** | **$ -** | **$ 154,873,969** | **$ 75,937,301** | **$ -** | **$ 230,811,270** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 149,731,623 | $ - | $ - | $ 149,731,623 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 46,202,901 | $ - | $ - | $ 46,202,901 | $ - |
| Foundations | $ - | $ - | $ 46,844,077 | $ - | $ 46,844,077 | $ - |
| Structural Systems | $ - | $ - | $ 117,110,194 | $ - | $ 117,110,194 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 109,090,181 | $ - | $ - | $ 109,090,181 | $ - |
| Roofing | $ - | $ 269,516,919 | $ - | $ - | $ 269,516,919 | $ - |
| Interior Construction | $ - | $ - | $ 62,458,770 | $ - | $ 62,458,770 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 7,984,277 | $ - | $ - | $ 7,984,277 | $ - |
| Interior Finishes | $ - | $ 90,908,484 | $ - | $ - | $ 90,908,484 | $ - |
| Culinary Equipment | $ - | $ 72,072,142 | $ - | $ - | $ 72,072,142 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 52,509,703 | $ - | $ - | $ 52,509,703 | $ - |
| Vocational Shop Equipment | $ - | $ 4,963,595 | $ - | $ - | $ 4,963,595 | $ - |
| Conveying Systems (Elevators) | $ - | $ 3,252,853 | $ - | $ - | $ 3,252,853 | $ - |
| Fire Suppression | $ - | $ - | $ 46,844,077 | $ - | $ 46,844,077 | $ - |
| Plumbing | $ - | $ - | $ 234,220,387 | $ - | $ 234,220,387 | $ - |
| HVAC | $ - | $ - | $ 491,862,814 | $ - | $ 491,862,814 | $ - |
| Electrical | $ - | $ - | $ 235,391,490 | $ - | $ 235,391,490 | $ - |
| Communications/Data | $ - | $ - | $ 53,089,955 | $ - | $ 53,089,955 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 13,012,243 | $ - | $ 13,012,243 | $ - |
| Security System | $ - | $ 48,769,729 | $ - | $ - | $ 48,769,729 | $ - |
| Audio/Video System | $ - | $ - | $ 2,602,448 | $ - | $ 2,602,448 | $ - |
| Fire Alarm System | $ - | $ - | $ 78,073,462 | $ - | $ 78,073,462 | $ - |
| **Building Systems Cost** | **$ -** | **$ 855,002,407** | **$ 1,381,509,919** | **$ -** | **$ 2,236,512,326** | **$ -** |
| **Total 20 Years Cost** | **$ -** | **$ 1,041,641,524** | **$ 1,929,864,349** | **$ -** | **$ 2,971,505,873** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | FSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 6,534,618 | $ 6,534,618 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ 17,383,270 | $ - | $ - | $ 17,383,270 | $ - |
| Fire Water Distribution System | $ - | $ 21,938,886 | $ - | $ - | $ 21,938,886 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 27,066,875 | $ - | $ 27,066,875 | $ - |
| Hydronic Distribution System | $ - | $ 46,177,649 | $ - | $ - | $ 46,177,649 | $ - |
| Storm Water System | $ - | $ - | $ 38,515,288 | $ - | $ 38,515,288 | $ - |
| Site Electrical | $ - | $ - | $ 60,849,800 | $ - | $ 60,849,800 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 43,473,126 | $ - | $ 43,473,126 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ 127,930,319 | $ 127,930,319 | $ - |
| **Site Utilities Cost** | **$ -** | **$ 85,499,805** | **$ 169,905,090** | **$ 134,464,937** | **$ 389,869,831** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 99,954,091 | $ - | $ - | $ 99,954,091 | $ - |
| Concrete Paving | $ - | $ 18,835,783 | $ - | $ - | $ 18,835,783 | $ - |
| Irrigation System | $ - | $ - | $ 3,062,934 | $ - | $ 3,062,934 | $ - |
| Fencing | $ - | $ 42,054,872 | $ - | $ - | $ 42,054,872 | $ - |
| **Site Works Cost** | **$ -** | **$ 160,844,745** | **$ 3,062,934** | **$ -** | **$ 163,907,680** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 108,857,303 | $ - | $ - | $ 108,857,303 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 33,590,253 | $ - | $ - | $ 33,590,253 | $ - |
| Foundations | $ - | $ - | $ 34,056,399 | $ - | $ 34,056,399 | $ - |
| Structural Systems | $ - | $ - | $ 85,141,000 | $ - | $ 85,141,000 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 79,310,321 | $ - | $ - | $ 79,310,321 | $ - |
| Roofing | $ - | $ 195,943,147 | $ - | $ - | $ 195,943,147 | $ - |
| Interior Construction | $ - | $ - | $ 45,408,533 | $ - | $ 45,408,533 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 24,831,210 | $ - | $ - | $ 24,831,210 | $ - |
| Interior Finishes | $ - | $ 66,091,934 | $ - | $ - | $ 66,091,934 | $ - |
| Culinary Equipment | $ - | $ - | $ 28,059,471 | $ - | $ 28,059,471 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 20,443,330 | $ - | $ 20,443,330 | $ - |
| Vocational Shop Equipment | $ - | $ 2,872,640 | $ - | $ - | $ 2,872,640 | $ - |
| Conveying Systems (Elevators) | $ - | $ 10,963,321 | $ - | $ - | $ 10,963,321 | $ - |
| Fire Suppression | $ - | $ - | $ 34,056,399 | $ - | $ 34,056,399 | $ - |
| Plumbing | $ - | $ 139,959,389 | $ - | $ - | $ 139,959,389 | $ - |
| HVAC | $ - | $ - | $ 357,592,195 | $ - | $ 357,592,195 | $ - |
| Electrical | $ - | $ - | $ 171,133,408 | $ - | $ 171,133,408 | $ - |
| Communications/Data | $ - | $ - | $ 38,597,253 | $ - | $ 38,597,253 | $ - |
| Nurse Call Stations | $ - | $ - | $ 1,451,415 | $ - | $ 1,451,415 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 7,775,522 | $ - | $ - | $ 7,775,522 | $ - |
| Security System | $ - | $ 35,456,379 | $ - | $ - | $ 35,456,379 | $ - |
| Audio/Video System | $ - | $ - | $ 1,892,023 | $ - | $ 1,892,023 | $ - |
| Fire Alarm System | $ - | $ 46,653,130 | $ - | $ - | $ 46,653,130 | $ - |
| **Building Systems Cost** | **$ -** | **$ 752,304,550** | **$ 817,831,426** | **$ -** | **$ 1,570,135,976** | **$ -** |
| **Total 20 Years Cost** | **$ -** | **$ 998,649,101** | **$ 990,799,450** | **$ 134,464,937** | **$ 2,123,913,487** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | HDSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 13,314,853 | $ 13,314,853 | $ - |
| Underground Storage Tanks | $ 1,249,034 | $ - | $ - | $ - | $ 1,249,034 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 20,364,405 | $ 20,364,405 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 21,581,262 | $ - | $ 21,581,262 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 21,859,626 | $ - | $ 21,859,626 | $ - |
| Hydronic Distribution System | $ - | $ - | $ 44,401,215 | $ - | $ 44,401,215 | $ - |
| Storm Water System | $ - | $ - | $ - | $ 37,318,166 | $ 37,318,166 | $ - |
| Site Electrical | $ - | $ - | $ 48,134,186 | $ - | $ 48,134,186 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 41,876,275 | $ 41,876,275 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 110,932,547 | $ - | $ 110,932,547 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 112,226,760 | $ - | $ 112,226,760 | $ - |
| **Site Utilities Cost** | **$ 1,249,034** | **$ -** | **$ 359,135,597** | **$ 112,873,699** | **$ 473,258,331** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 176,488,003 | $ - | $ - | $ 176,488,003 | $ - |
| Concrete Paving | $ - | $ - | $ - | $ 41,381,960 | $ 41,381,960 | $ - |
| Irrigation System | $ - | $ - | $ 4,398,958 | $ - | $ 4,398,958 | $ - |
| Fencing | $ - | $ - | $ - | $ 85,135,909 | $ 85,135,909 | $ - |
| **Site Works Cost** | **$ -** | **$ 176,488,003** | **$ 4,398,958** | **$ 126,517,869** | **$ 307,404,830** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 130,256,251 | $ - | $ - | $ 130,256,251 | $ - |
| ADA Improvements | $ 9,442,071 | $ - | $ - | $ - | $ 9,442,071 | $ - |
| Hazardous Materials Abatement | $ - | $ 40,193,358 | $ - | $ - | $ 40,193,358 | $ - |
| Foundations | $ - | $ - | $ 40,751,137 | $ - | $ 40,751,137 | $ - |
| Structural Systems | $ - | $ - | $ 101,877,844 | $ - | $ 101,877,844 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 94,900,982 | $ - | $ - | $ 94,900,982 | $ - |
| Roofing | $ - | $ 234,461,252 | $ - | $ - | $ 234,461,252 | $ - |
| Interior Construction | $ - | $ - | $ 54,334,850 | $ - | $ 54,334,850 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 69,417,205 | $ - | $ - | $ 69,417,205 | $ - |
| Interior Finishes | $ - | $ 79,084,152 | $ - | $ - | $ 79,084,152 | $ - |
| Culinary Equipment | $ - | $ - | $ 37,083,087 | $ - | $ 37,083,087 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 27,017,678 | $ - | $ 27,017,678 | $ - |
| Vocational Shop Equipment | $ - | $ 7,947,480 | $ - | $ - | $ 7,947,480 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ - | $ - | $ - | $ 60,321,638 |
| Plumbing | $ - | $ - | $ 203,755,688 | $ - | $ 203,755,688 | $ - |
| HVAC | $ - | $ - | $ 427,886,943 | $ - | $ 427,886,943 | $ - |
| Electrical | $ - | $ - | $ 204,774,465 | $ - | $ 204,774,465 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 56,190,654 | $ 56,190,654 | $ - |
| Nurse Call Stations | $ 674,628 | $ - | $ - | $ - | $ 674,628 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 11,319,761 | $ - | $ 11,319,761 | $ - |
| Security System | $ - | $ 42,426,322 | $ - | $ - | $ 42,426,322 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 2,754,444 | $ 2,754,444 | $ - |
| Fire Alarm System | $ - | $ 55,824,108 | $ - | $ - | $ 55,824,108 | $ - |
| **Building Systems Cost** | **$ 10,116,699** | **$ 754,511,110** | **$ 1,108,801,452** | **$ 58,945,098** | **$ 1,932,374,360** | **$ 60,321,638** |
| **Total 20 Years Cost** | **$ 11,365,734** | **$ 930,999,113** | **$ 1,472,336,007** | **$ 298,336,666** | **$ 2,713,037,521** | **$ 60,321,638** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | ISP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 4,798,146 | $ 4,798,146 | $ - |
| Underground Storage Tanks | $ 1,181,519 | $ - | $ - | $ - | $ 1,181,519 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 16,869,158 | $ 16,869,158 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 17,986,622 | $ - | $ 17,986,622 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 18,175,300 | $ - | $ 18,175,300 | $ - |
| Hydronic Distribution System | $ - | $ 30,075,341 | $ - | $ - | $ 30,075,341 | $ - |
| Storm Water System | $ - | $ - | $ - | $ 30,833,600 | $ 30,833,600 | $ - |
| Site Electrical | $ - | $ - | $ - | $ 48,213,647 | $ 48,213,647 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 28,294,786 | $ - | $ 28,294,786 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 104,936,193 | $ - | $ 104,936,193 | $ - |
| Water Wells & Treatment Plant | $ - | $ 87,256,150 | $ - | $ - | $ 87,256,150 | $ - |
| **Site Utilities Cost** | **$ 1,181,519** | **$ 117,331,491** | **$ 169,392,900** | **$ 100,714,552** | **$ 388,620,461** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 141,138,187 | $ - | $ - | $ 141,138,187 | $ - |
| Concrete Paving | $ - | $ 11,802,594 | $ - | $ - | $ 11,802,594 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 2,889,927 | $ 2,889,927 | $ - |
| Fencing | $ - | $ - | $ - | $ 77,197,500 | $ 77,197,500 | $ - |
| **Site Works Cost** | **$ -** | **$ 152,940,782** | **$ -** | **$ 80,087,427** | **$ 233,028,208** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ - | $ 137,141,477 | $ - | $ 137,141,477 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ - | $ 42,317,941 | $ - | $ 42,317,941 | $ - |
| Foundations | $ - | $ - | $ - | $ 42,905,206 | $ 42,905,206 | $ - |
| Structural Systems | $ - | $ - | $ - | $ 107,263,014 | $ 107,263,014 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ - | $ 99,917,361 | $ - | $ 99,917,361 | $ - |
| Roofing | $ - | $ - | $ - | $ 300,336,437 | $ 300,336,437 | $ - |
| Interior Construction | $ - | $ - | $ - | $ 57,206,939 | $ 57,206,939 | $ - |
| Detention Doors (Cell Doors) | $ - | $ - | $ 53,237,628 | $ - | $ 53,237,628 | $ - |
| Interior Finishes | $ - | $ - | $ 83,264,468 | $ - | $ 83,264,468 | $ - |
| Culinary Equipment | $ 24,213,929 | $ - | $ - | $ - | $ 24,213,929 | $ - |
| Walk-In Coolers/Freezers | $ 17,641,577 | $ - | $ - | $ - | $ 17,641,577 | $ - |
| Vocational Shop Equipment | $ - | $ - | $ 11,332,898 | $ - | $ 11,332,898 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ - | $ 42,905,206 | $ 42,905,206 | $ - |
| Plumbing | $ - | $ - | $ - | $ 214,526,026 | $ 214,526,026 | $ - |
| HVAC | $ - | $ - | $ - | $ 450,504,654 | $ 450,504,654 | $ - |
| Electrical | $ - | $ - | $ - | $ 215,598,657 | $ 215,598,657 | $ - |
| Communications/Data | $ - | $ - | $ 39,966,944 | $ - | $ 39,966,944 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 11,918,114 | $ 11,918,114 | $ - |
| Security System | $ - | $ - | $ 44,668,939 | $ - | $ 44,668,939 | $ - |
| Audio/Video System | $ - | $ - | $ 1,959,164 | $ - | $ 1,959,164 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ 71,508,675 | $ 71,508,675 | $ - |
| **Building Systems Cost** | **$ 41,855,507** | **$ -** | **$ 513,806,821** | **$ 1,514,672,927** | **$ 2,070,335,255** | **$ -** |
| **Total 20 Years Cost** | **$ 43,037,026** | **$ 270,272,272** | **$ 683,199,721** | **$ 1,695,474,906** | **$ 2,691,983,924** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | KVSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 12,235,271 | $ 12,235,271 | $ - |
| Underground Storage Tanks | $ 1,147,762 | $ - | $ - | $ - | $ 1,147,762 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 21,511,820 | $ 21,511,820 | $ - |
| Fire Water Distribution System | $ - | $ - | $ - | $ 27,553,404 | $ 27,553,404 | $ - |
| Sanitary Sewer System | $ - | $ - | $ - | $ 27,939,529 | $ 27,939,529 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ - | $ - | $ - | $ 48,048,809 |
| Site Electrical | $ - | $ - | $ - | $ 62,210,028 | $ 62,210,028 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 36,533,226 | $ - | $ 36,533,226 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 101,938,015 | $ - | $ 101,938,015 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 103,127,293 | $ - | $ 103,127,293 | $ - |
| **Site Utilities Cost** | **$ 1,147,762** | **$ -** | **$ 241,598,534** | **$ 151,450,052** | **$ 394,196,348** | **$ 48,048,809** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 263,966,198 | $ - | $ 263,966,198 | $ - |
| Concrete Paving | $ - | $ - | $ 36,997,094 | $ - | $ 36,997,094 | $ - |
| Irrigation System | $ - | $ 2,721,965 | $ - | $ - | $ 2,721,965 | $ - |
| Fencing | $ - | $ - | $ - | $ 82,838,907 | $ 82,838,907 | $ - |
| **Site Works Cost** | **$ -** | **$ 2,721,965** | **$ 300,963,292** | **$ 82,838,907** | **$ 386,524,164** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 140,333,551 | $ - | $ - | $ 140,333,551 | $ - |
| ADA Improvements | $ 35,142,609 | $ - | $ - | $ - | $ 35,142,609 | $ - |
| Hazardous Materials Abatement | $ - | $ 43,302,925 | $ - | $ - | $ 43,302,925 | $ - |
| Foundations | $ - | $ - | $ 43,903,857 | $ - | $ 43,903,857 | $ - |
| Structural Systems | $ - | $ - | $ 109,759,643 | $ - | $ 109,759,643 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 102,243,016 | $ - | $ - | $ 102,243,016 | $ - |
| Roofing | $ - | $ - | $ 307,327,000 | $ - | $ 307,327,000 | $ - |
| Interior Construction | $ - | $ - | $ 58,538,476 | $ - | $ 58,538,476 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 77,082,769 | $ - | $ - | $ 77,082,769 | $ - |
| Interior Finishes | $ - | $ 85,202,513 | $ - | $ - | $ 85,202,513 | $ - |
| Culinary Equipment | $ 17,116,333 | $ - | $ - | $ - | $ 17,116,333 | $ - |
| Walk-In Coolers/Freezers | $ 12,470,471 | $ - | $ - | $ - | $ 12,470,471 | $ - |
| Vocational Shop Equipment | $ - | $ 8,840,450 | $ - | $ - | $ 8,840,450 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 43,903,857 | $ - | $ 43,903,857 | $ - |
| Plumbing | $ - | $ - | $ 219,519,285 | $ - | $ 219,519,285 | $ - |
| HVAC | $ - | $ - | $ 460,990,500 | $ - | $ 460,990,500 | $ - |
| Electrical | $ - | $ - | $ - | $ 268,414,169 | $ 268,414,169 | $ - |
| Communications/Data | $ - | $ - | $ 49,757,705 | $ - | $ 49,757,705 | $ - |
| Nurse Call Stations | $ 696,052 | $ - | $ - | $ - | $ 696,052 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 14,837,710 | $ 14,837,710 | $ - |
| Security System | $ - | $ 45,708,642 | $ - | $ - | $ 45,708,642 | $ - |
| Audio/Video System | $ - | $ - | $ 2,439,103 | $ - | $ 2,439,103 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ 89,026,259 | $ 89,026,259 | $ - |
| **Building Systems Cost** | **$ 65,425,465** | **$ 502,713,865** | **$ 1,296,139,426** | **$ 372,278,138** | **$ 2,236,556,894** | **$ -** |
| **Total 20 Years Cost** | **$ 66,573,227** | **$ 505,435,830** | **$ 1,838,701,252** | **$ 606,567,097** | **$ 3,017,277,405** | **$ 48,048,809** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | MCSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 1,953,083 | $ - | $ 1,953,083 | $ - |
| Underground Storage Tanks | $ 1,170,266 | $ - | $ - | $ - | $ 1,170,266 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 7,163,497 | $ - | $ 7,163,497 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 10,033,921 | $ - | $ 10,033,921 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 10,047,223 | $ - | $ 10,047,223 | $ - |
| Hydronic Distribution System | $ - | $ 15,310,562 | $ - | $ - | $ 15,310,562 | $ - |
| Storm Water System | $ - | $ - | $ 13,279,622 | $ - | $ 13,279,622 | $ - |
| Site Electrical | $ - | $ 16,595,762 | $ - | $ - | $ 16,595,762 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 11,887,414 | $ - | $ - | $ 11,887,414 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 103,936,801 | $ - | $ 103,936,801 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 1,170,266** | **$ 43,793,739** | **$ 146,414,147** | **$ -** | **$ 191,378,152** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 93,739,026 | $ - | $ - | $ 93,739,026 | $ - |
| Concrete Paving | $ - | $ - | $ 28,043,223 | $ - | $ 28,043,223 | $ - |
| Irrigation System | $ - | $ - | $ - | $ - | $ - | $ 6,320,149 |
| Fencing | $ - | $ 37,913,583 | $ - | $ - | $ 37,913,583 | $ - |
| **Site Works Cost** | **$ -** | **$ 131,652,609** | **$ 28,043,223** | **$ -** | **$ 159,695,832** | **$ 6,320,149** |
| **Building Systems** | | | | | | |
| Building Envelope | $ 134,090,657 | $ - | $ - | $ - | $ 134,090,657 | $ - |
| ADA Improvements | $ 3,175,358 | $ - | $ - | $ - | $ 3,175,358 | $ - |
| Hazardous Materials Abatement | $ 41,376,545 | $ - | $ - | $ - | $ 41,376,545 | $ - |
| Foundations | $ - | $ 41,950,746 | $ - | $ - | $ 41,950,746 | $ - |
| Structural Systems | $ - | $ 104,876,864 | $ - | $ - | $ 104,876,864 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ 97,694,622 | $ - | $ - | $ - | $ 97,694,622 | $ - |
| Roofing | $ - | $ 293,655,217 | $ - | $ - | $ 293,655,217 | $ - |
| Interior Construction | $ - | $ 55,934,327 | $ - | $ - | $ 55,934,327 | $ - |
| Detention Doors (Cell Doors) | $ 37,074,036 | $ - | $ - | $ - | $ 37,074,036 | $ - |
| Interior Finishes | $ 81,412,185 | $ - | $ - | $ - | $ 81,412,185 | $ - |
| Culinary Equipment | $ - | $ 26,051,840 | $ - | $ - | $ 26,051,840 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 18,980,627 | $ - | $ - | $ 18,980,627 | $ - |
| Vocational Shop Equipment | $ 15,491,644 | $ - | $ - | $ - | $ 15,491,644 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 3,811,015 | $ - | $ 3,811,015 | $ - |
| Fire Suppression | $ - | $ - | $ - | $ - | $ - | $ 75,550,923 |
| Plumbing | $ - | $ - | $ 255,197,479 | $ - | $ 255,197,479 | $ - |
| HVAC | $ - | $ 440,482,825 | $ - | $ - | $ 440,482,825 | $ - |
| Electrical | $ - | $ 210,802,496 | $ - | $ - | $ 210,802,496 | $ - |
| Communications/Data | $ - | $ 47,544,178 | $ - | $ - | $ 47,544,178 | $ - |
| Nurse Call Stations | $ - | $ 1,786,737 | $ - | $ - | $ 1,786,737 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ - | $ - | $ 20,986,368 |
| Security System | $ 43,675,243 | $ - | $ - | $ - | $ 43,675,243 | $ - |
| Audio/Video System | $ - | $ 2,330,596 | $ - | $ - | $ 2,330,596 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ - | $ - | $ 125,918,203 |
| **Building Systems Cost** | **$ 453,990,290** | **$ 1,244,396,453** | **$ 259,008,495** | **$ -** | **$ 1,957,395,238** | **$ 222,455,494** |
| **Total 20 Years Cost** | **$ 455,160,556** | **$ 1,419,842,801** | **$ 433,465,865** | **$ -** | **$ 2,308,469,221** | **$ 228,775,644** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | NKSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 13,050,956 | $ 13,050,956 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ 8,258,050 | $ - | $ - | $ 8,258,050 | $ - |
| Fire Water Distribution System | $ - | $ 11,142,481 | $ - | $ - | $ 11,142,481 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 13,659,354 | $ - | $ 13,659,354 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ - | $ - | $ - | $ 27,586,016 |
| Site Electrical | $ - | $ - | $ 28,867,316 | $ - | $ 28,867,316 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 20,669,410 | $ - | $ 20,669,410 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ -** | **$ 19,400,531** | **$ 63,196,080** | **$ 13,050,956** | **$ 95,647,567** | **$ 27,586,016** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 95,828,264 | $ - | $ - | $ 95,828,264 | $ - |
| Concrete Paving | $ - | $ - | $ 26,306,328 | $ - | $ 26,306,328 | $ - |
| Irrigation System | $ - | $ 1,797,947 | $ - | $ - | $ 1,797,947 | $ - |
| Fencing | $ - | $ - | $ - | $ 61,182,598 | $ 61,182,598 | $ - |
| **Site Works Cost** | **$ -** | **$ 97,626,211** | **$ 26,306,328** | **$ 61,182,598** | **$ 185,115,137** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 87,870,306 | $ - | $ - | $ 87,870,306 | $ - |
| ADA Improvements | $ 6,710,605 | $ - | $ - | $ - | $ 6,710,605 | $ - |
| Hazardous Materials Abatement | $ - | $ 27,114,267 | $ - | $ - | $ 27,114,267 | $ - |
| Foundations | $ - | $ - | $ 27,490,542 | $ - | $ 27,490,542 | $ - |
| Structural Systems | $ - | $ - | $ 68,726,355 | $ - | $ 68,726,355 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 64,019,795 | $ - | $ - | $ 64,019,795 | $ - |
| Roofing | $ - | $ 158,166,552 | $ - | $ - | $ 158,166,552 | $ - |
| Interior Construction | $ - | $ - | $ 36,654,056 | $ - | $ 36,654,056 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 45,300,091 | $ - | $ - | $ 45,300,091 | $ - |
| Interior Finishes | $ - | $ 53,349,828 | $ - | $ - | $ 53,349,828 | $ - |
| Culinary Equipment | $ 17,293,892 | $ - | $ - | $ - | $ 17,293,892 | $ - |
| Walk-In Coolers/Freezers | $ 12,599,836 | $ - | $ - | $ - | $ 12,599,836 | $ - |
| Vocational Shop Equipment | $ - | $ 2,041,990 | $ - | $ - | $ 2,041,990 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 27,490,542 | $ - | $ 27,490,542 | $ - |
| Plumbing | $ - | $ - | $ 137,452,711 | $ - | $ 137,452,711 | $ - |
| HVAC | $ - | $ - | $ 288,650,691 | $ - | $ 288,650,691 | $ - |
| Electrical | $ - | $ - | $ 138,139,975 | $ - | $ 138,139,975 | $ - |
| Communications/Data | $ - | $ - | $ 31,155,948 | $ - | $ 31,155,948 | $ - |
| Nurse Call Stations | $ 1,177,796 | $ - | $ - | $ - | $ 1,177,796 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ - | $ 9,290,680 | $ 9,290,680 | $ - |
| Security System | $ - | $ 28,620,614 | $ - | $ - | $ 28,620,614 | $ - |
| Audio/Video System | $ - | $ - | $ 1,527,252 | $ - | $ 1,527,252 | $ - |
| Fire Alarm System | $ - | $ - | $ 45,817,570 | $ - | $ 45,817,570 | $ - |
| **Building Systems Cost** | **$ 37,782,128** | **$ 466,483,442** | **$ 803,105,640** | **$ 9,290,680** | **$ 1,316,661,890** | **$ -** |
| **Total 20 Years Cost** | **$ 37,782,128** | **$ 583,510,184** | **$ 892,608,048** | **$ 83,524,235** | **$ 1,597,424,595** | **$ 27,586,016** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | PBSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ 3,647,472 | $ - | $ - | $ - | $ 3,647,472 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 15,515,076 | $ 15,515,076 | $ - |
| Fire Water Distribution System | $ - | $ - | $ - | $ - | $ - | $ 25,188,543 |
| Sanitary Sewer System | $ - | $ - | $ 17,180,518 | $ - | $ 17,180,518 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ 41,339,590 | $ 41,339,590 | $ - |
| Storm Water System | $ - | $ - | $ - | $ 28,787,706 | $ 28,787,706 | $ - |
| Site Electrical | $ - | $ - | $ 51,186,426 | $ - | $ 51,186,426 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 26,337,653 | $ - | $ 26,337,653 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ 139,830,058 | $ 139,830,058 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ 141,461,408 | $ 141,461,408 | $ - |
| **Site Utilities Cost** | **$ 3,647,472** | **$ -** | **$ 94,704,597** | **$ 366,933,838** | **$ 465,285,907** | **$ 25,188,543** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 149,386,547 | $ - | $ 149,386,547 | $ - |
| Concrete Paving | $ - | $ - | $ 24,561,581 | $ - | $ 24,561,581 | $ - |
| Irrigation System | $ - | $ - | $ - | $ - | $ - | $ - |
| Fencing | $ 32,145,488 | $ - | $ - | $ - | $ 32,145,488 | $ - |
| **Site Works Cost** | **$ 32,145,488** | **$ -** | **$ 173,948,128** | **$ -** | **$ 206,093,616** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 134,208,248 | $ - | $ - | $ 134,208,248 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 41,412,831 | $ - | $ - | $ 41,412,831 | $ - |
| Foundations | $ - | $ - | $ 41,987,534 | $ - | $ 41,987,534 | $ - |
| Structural Systems | $ - | $ - | $ 104,968,835 | $ - | $ 104,968,835 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 97,780,295 | $ - | $ - | $ 97,780,295 | $ - |
| Roofing | $ 198,556,915 | $ - | $ - | $ - | $ 198,556,915 | $ - |
| Interior Construction | $ - | $ - | $ 55,983,378 | $ - | $ 55,983,378 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 69,462,658 | $ - | $ - | $ 69,462,658 | $ - |
| Interior Finishes | $ - | $ 81,483,579 | $ - | $ - | $ 81,483,579 | $ - |
| Culinary Equipment | $ - | $ - | $ 43,275,976 | $ - | $ 43,275,976 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 31,529,640 | $ - | $ 31,529,640 | $ - |
| Vocational Shop Equipment | $ - | $ 3,339,340 | $ - | $ - | $ 3,339,340 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 41,987,534 | $ - | $ 41,987,534 | $ - |
| Plumbing | $ - | $ - | $ 209,937,669 | $ - | $ 209,937,669 | $ - |
| HVAC | $ - | $ - | $ - | $ 536,384,679 | $ 536,384,679 | $ - |
| Electrical | $ - | $ - | $ - | $ 256,698,384 | $ 256,698,384 | $ - |
| Communications/Data | $ - | $ - | $ 47,585,873 | $ - | $ 47,585,873 | $ - |
| Nurse Call Stations | $ - | $ - | $ 349,019 | $ - | $ 349,019 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 11,663,204 | $ - | $ 11,663,204 | $ - |
| Security System | $ - | $ 43,713,543 | $ - | $ - | $ 43,713,543 | $ - |
| Audio/Video System | $ - | $ - | $ 2,332,641 | $ - | $ 2,332,641 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ 85,140,425 | $ 85,140,425 | $ - |
| **Building Systems Cost** | **$ 198,556,915** | **$ 471,400,495** | **$ 591,601,305** | **$ 878,223,488** | **$ 2,139,782,201** | **$ -** |
| **Total 20 Years Cost** | **$ 234,349,874** | **$ 471,400,495** | **$ 860,254,030** | **$ 1,245,157,326** | **$ 2,811,161,725** | **$ 25,188,543** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | PVSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Underground Storage Tanks | $ 1,170,266 | $ - | $ - | $ - | $ 1,170,266 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 13,496,193 | $ - | $ 13,496,193 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 17,519,241 | $ - | $ 17,519,241 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 17,709,963 | $ - | $ 17,709,963 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ - | $ 30,022,273 | $ 30,022,273 | $ - |
| Site Electrical | $ - | $ - | $ 38,539,765 | $ - | $ 38,539,765 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ - | $ 33,492,873 | $ 33,492,873 | $ - |
| Waste Water Treatment Plant | $ - | $ 85,428,474 | $ - | $ - | $ 85,428,474 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 105,149,397 | $ - | $ 105,149,397 | $ - |
| **Site Utilities Cost** | **$ 1,170,266** | **$ 85,428,474** | **$ 192,414,559** | **$ 63,515,146** | **$ 342,528,444** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 257,110,108 | $ - | $ 257,110,108 | $ - |
| Concrete Paving | $ - | $ - | $ 23,767,246 | $ - | $ 23,767,246 | $ - |
| Irrigation System | $ - | $ - | $ 3,036,228 | $ - | $ 3,036,228 | $ - |
| Fencing | $ - | $ - | $ - | $ 78,185,657 | $ 78,185,657 | $ - |
| **Site Works Cost** | **$ -** | **$ -** | **$ 283,913,582** | **$ 78,185,657** | **$ 362,099,239** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 116,814,382 | $ - | $ - | $ 116,814,382 | $ - |
| ADA Improvements | $ 5,203,304 | $ - | $ - | $ - | $ 5,203,304 | $ - |
| Hazardous Materials Abatement | $ - | $ 36,045,581 | $ - | $ - | $ 36,045,581 | $ - |
| Foundations | $ - | $ - | $ 36,545,801 | $ - | $ 36,545,801 | $ - |
| Structural Systems | $ - | $ - | $ 91,364,502 | $ - | $ 91,364,502 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 85,107,621 | $ - | $ - | $ 85,107,621 | $ - |
| Roofing | $ - | $ - | $ 255,820,602 | $ - | $ 255,820,602 | $ - |
| Interior Construction | $ - | $ - | $ 48,727,733 | $ - | $ 48,727,733 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 43,226,808 | $ - | $ - | $ 43,226,808 | $ - |
| Interior Finishes | $ - | $ 70,923,017 | $ - | $ - | $ 70,923,017 | $ - |
| Culinary Equipment | $ - | $ - | $ - | $ - | $ - | $ 45,099,619 |
| Walk-In Coolers/Freezers | $ - | $ - | $ - | $ - | $ - | $ 32,858,294 |
| Vocational Shop Equipment | $ - | $ 11,608,528 | $ - | $ - | $ 11,608,528 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ 30,037,984 | $ - | $ - | $ 30,037,984 | $ - |
| Plumbing | $ - | $ - | $ 182,729,001 | $ - | $ 182,729,001 | $ - |
| HVAC | $ - | $ - | $ 383,730,904 | $ - | $ 383,730,904 | $ - |
| Electrical | $ - | $ - | $ - | $ 223,429,360 | $ 223,429,360 | $ - |
| Communications/Data | $ - | $ - | $ - | $ 50,392,028 | $ 50,392,028 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 10,151,612 | $ - | $ 10,151,612 | $ - |
| Security System | $ - | $ 38,048,112 | $ - | $ - | $ 38,048,112 | $ - |
| Audio/Video System | $ - | $ - | $ - | $ 2,470,198 | $ 2,470,198 | $ - |
| Fire Alarm System | $ 41,148,389 | $ - | $ - | $ - | $ 41,148,389 | $ - |
| **Building Systems Cost** | **$ 46,351,693** | **$ 431,812,034** | **$ 1,009,070,155** | **$ 276,291,585** | **$ 1,763,525,467** | **$ 77,957,913** |
| **Total 20 Years Cost** | **$ 47,521,958** | **$ 517,240,508** | **$ 1,485,398,296** | **$ 417,992,388** | **$ 2,468,153,150** | **$ 77,957,913** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | RJD | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 15,491,156 | $ 15,491,156 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ 14,812,426 | $ - | $ - | $ 14,812,426 | $ - |
| Fire Water Distribution System | $ - | $ 19,037,838 | $ - | $ - | $ 19,037,838 | $ - |
| Sanitary Sewer System | $ - | $ 19,289,353 | $ - | $ - | $ 19,289,353 | $ - |
| Hydronic Distribution System | $ 32,398,187 | $ - | $ - | $ - | $ 32,398,187 | $ - |
| Storm Water System | $ - | $ - | $ - | $ 40,202,069 | $ 40,202,069 | $ - |
| Site Electrical | $ - | $ 42,696,880 | $ - | $ - | $ 42,696,880 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 37,112,962 | $ - | $ 37,112,962 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 32,398,187** | **$ 95,836,497** | **$ 37,112,962** | **$ 55,693,225** | **$ 221,040,870** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 185,803,283 | $ - | $ 185,803,283 | $ - |
| Concrete Paving | $ - | $ - | $ 94,938,472 | $ - | $ 94,938,472 | $ - |
| Irrigation System | $ 3,076,959 | $ - | $ - | $ - | $ 3,076,959 | $ - |
| Fencing | $ - | $ - | $ - | $ 114,006,639 | $ 114,006,639 | $ - |
| **Site Works Cost** | **$ 3,076,959** | **$ -** | **$ 280,741,755** | **$ 114,006,639** | **$ 397,825,353** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 185,855,034 | $ - | $ - | $ 185,855,034 | $ - |
| ADA Improvements | $ 4,307,194 | $ - | $ - | $ - | $ 4,307,194 | $ - |
| Hazardous Materials Abatement | $ - | $ 57,349,553 | $ - | $ - | $ 57,349,553 | $ - |
| Foundations | $ - | $ - | $ 58,145,418 | $ - | $ 58,145,418 | $ - |
| Structural Systems | $ - | $ - | $ 145,363,543 | $ - | $ 145,363,543 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 135,408,667 | $ - | $ - | $ 135,408,667 | $ - |
| Roofing | $ - | $ 334,539,062 | $ - | $ - | $ 334,539,062 | $ - |
| Interior Construction | $ - | $ - | $ 77,527,223 | $ - | $ 77,527,223 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 56,992,291 | $ - | $ - | $ 56,992,291 | $ - |
| Interior Finishes | $ - | $ 112,840,557 | $ - | $ - | $ 112,840,557 | $ - |
| Culinary Equipment | $ - | $ 23,554,494 | $ - | $ - | $ 23,554,494 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 17,161,131 | $ - | $ - | $ 17,161,131 | $ - |
| Vocational Shop Equipment | $ - | $ 3,568,107 | $ - | $ - | $ 3,568,107 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ - | $ - | $ - | $ 86,069,422 |
| Plumbing | $ - | $ - | $ - | $ 353,713,953 | $ 353,713,953 | $ - |
| HVAC | $ - | $ 501,808,593 | $ - | $ - | $ 501,808,593 | $ - |
| Electrical | $ - | $ - | $ 292,180,722 | $ - | $ 292,180,722 | $ - |
| Communications/Data | $ - | $ - | $ 65,898,140 | $ - | $ 65,898,140 | $ - |
| Nurse Call Stations | $ 950,862 | $ - | $ - | $ - | $ 950,862 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 16,151,504 | $ - | $ 16,151,504 | $ - |
| Security System | $ - | $ 60,535,640 | $ - | $ - | $ 60,535,640 | $ - |
| Audio/Video System | $ - | $ - | $ 3,230,301 | $ - | $ 3,230,301 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ - | $ - | $ 143,449,035 |
| **Building Systems Cost** | **$ 5,258,056** | **$ 1,489,613,131** | **$ 658,496,850** | **$ 353,713,953** | **$ 2,507,081,990** | **$ 229,518,457** |
| **Total 20 Years Cost** | **$ 40,733,202** | **$ 1,585,449,628** | **$ 976,351,567** | **$ 523,413,817** | **$ 3,125,948,213** | **$ 229,518,457** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SVSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 12,338,088 | $ 12,338,088 | $ - |
| Underground Storage Tanks | $ 1,215,276 | $ - | $ - | $ - | $ 1,215,276 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 15,944,930 | $ 15,944,930 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 17,385,204 | $ - | $ 17,385,204 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 17,540,953 | $ - | $ 17,540,953 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ 42,609,078 | $ 42,609,078 | $ - |
| Storm Water System | $ - | $ - | $ 24,322,073 | $ - | $ 24,322,073 | $ - |
| Site Electrical | $ - | $ - | $ - | $ 46,193,310 | $ 46,193,310 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 22,302,790 | $ - | $ - | $ 22,302,790 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 109,193,604 | $ - | $ 109,193,604 | $ - |
| **Site Utilities Cost** | **$ 1,215,276** | **$ 22,302,790** | **$ 168,441,835** | **$ 117,085,406** | **$ 309,045,307** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 175,366,132 | $ - | $ - | $ 175,366,132 | $ - |
| Concrete Paving | $ - | $ - | $ 28,099,562 | $ - | $ 28,099,562 | $ - |
| Irrigation System | $ - | $ 2,217,610 | $ - | $ - | $ 2,217,610 | $ - |
| Fencing | $ - | $ - | $ - | $ 86,401,443 | $ 86,401,443 | $ - |
| **Site Works Cost** | **$ -** | **$ 177,583,742** | **$ 28,099,562** | **$ 86,401,443** | **$ 292,084,748** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 136,164,443 | $ - | $ - | $ 136,164,443 | $ - |
| ADA Improvements | $ 20,896,137 | $ - | $ - | $ - | $ 20,896,137 | $ - |
| Hazardous Materials Abatement | $ - | $ 42,016,458 | $ - | $ - | $ 42,016,458 | $ - |
| Foundations | $ - | $ - | $ 42,599,537 | $ - | $ 42,599,537 | $ - |
| Structural Systems | $ - | $ - | $ 106,498,842 | $ - | $ 106,498,842 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 99,205,523 | $ - | $ - | $ 99,205,523 | $ - |
| Roofing | $ - | $ - | $ 298,196,757 | $ - | $ 298,196,757 | $ - |
| Interior Construction | $ - | $ - | $ 56,799,382 | $ - | $ 56,799,382 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 71,444,490 | $ - | $ - | $ 71,444,490 | $ - |
| Interior Finishes | $ - | $ 82,671,270 | $ - | $ - | $ 82,671,270 | $ - |
| Culinary Equipment | $ - | $ - | $ 36,930,824 | $ - | $ 36,930,824 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 26,906,744 | $ - | $ 26,906,744 | $ - |
| Vocational Shop Equipment | $ - | $ 6,366,485 | $ - | $ - | $ 6,366,485 | $ - |
| Conveying Systems (Elevators) | $ - | $ 1,626,427 | $ - | $ - | $ 1,626,427 | $ - |
| Fire Suppression | $ - | $ 35,013,714 | $ - | $ - | $ 35,013,714 | $ - |
| Plumbing | $ - | $ - | $ 212,997,685 | $ - | $ 212,997,685 | $ - |
| HVAC | $ - | $ - | $ 447,295,138 | $ - | $ 447,295,138 | $ - |
| Electrical | $ - | $ - | $ - | $ 260,439,972 | $ 260,439,972 | $ - |
| Communications/Data | $ - | $ 39,682,210 | $ - | $ - | $ 39,682,210 | $ - |
| Nurse Call Stations | $ - | $ - | $ 682,447 | $ - | $ 682,447 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 11,833,205 | $ - | $ 11,833,205 | $ - |
| Security System | $ - | $ 44,350,704 | $ - | $ - | $ 44,350,704 | $ - |
| Audio/Video System | $ - | $ 1,945,206 | $ - | $ - | $ 1,945,206 | $ - |
| Fire Alarm System | $ - | $ 58,356,191 | $ - | $ - | $ 58,356,191 | $ - |
| **Building Systems Cost** | **$ 20,896,137** | **$ 618,843,120** | **$ 1,240,740,562** | **$ 260,439,972** | **$ 2,140,919,791** | **$ -** |
| **Total 20 Years Cost** | **$ 22,111,413** | **$ 818,729,652** | **$ 1,437,281,959** | **$ 463,926,821** | **$ 2,742,049,845** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SQRC | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 7,948,356 | $ 7,948,356 | $ - |
| Underground Storage Tanks | $ 1,361,560 | $ - | $ - | $ - | $ 1,361,560 | $ - |
| Domestic Water Distribution/Loop | $ 15,908,874 | $ - | $ - | $ - | $ 15,908,874 | $ - |
| Fire Water Distribution System | $ 20,078,813 | $ - | $ - | $ - | $ 20,078,813 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 30,184,254 | $ - | $ 30,184,254 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ 42,835,276 | $ - | $ 42,835,276 | $ - |
| Site Electrical | $ - | $ - | $ 82,739,705 | $ - | $ 82,739,705 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 48,348,277 | $ - | $ 48,348,277 | $ - |
| Waste Water Treatment Plant | | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 37,349,247** | **$ -** | **$ 204,107,512** | **$ 7,948,356** | **$ 249,405,115** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 189,939,206 | $ - | $ 189,939,206 | $ - |
| Concrete Paving | $ - | $ 24,644,944 | $ - | $ - | $ 24,644,944 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 3,682,096 | $ 3,682,096 | $ - |
| Fencing | $ - | $ - | $ 35,736,895 | $ - | $ 35,736,895 | $ - |
| **Site Works Cost** | **$ -** | **$ 24,644,944** | **$ 225,676,101** | **$ 3,682,096** | **$ 254,003,140** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 188,167,806 | $ - | $ - | $ 188,167,806 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 58,063,209 | $ - | $ - | $ 58,063,209 | $ - |
| Foundations | $ - | $ - | $ 58,868,977 | $ - | $ 58,868,977 | $ - |
| Structural Systems | $ - | $ - | $ 147,172,441 | $ - | $ 147,172,441 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 137,093,688 | $ - | $ - | $ 137,093,688 | $ - |
| Roofing | $ - | $ 338,702,052 | $ - | $ - | $ 338,702,052 | $ - |
| Interior Construction | $ - | $ - | $ 78,491,968 | $ - | $ 78,491,968 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 52,346,845 | $ - | $ - | $ 52,346,845 | $ - |
| Interior Finishes | $ - | $ 114,244,739 | $ - | $ - | $ 114,244,739 | $ - |
| Culinary Equipment | $ - | $ 29,895,184 | $ - | $ - | $ 29,895,184 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 21,780,776 | $ - | $ - | $ 21,780,776 | $ - |
| Vocational Shop Equipment | $ - | $ 7,788,157 | $ - | $ - | $ 7,788,157 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 15,518,896 | $ - | $ 15,518,896 | $ - |
| Fire Suppression | $ - | $ - | $ 58,868,977 | $ - | $ 58,868,977 | $ - |
| Plumbing | $ - | $ 241,930,037 | $ - | $ - | $ 241,930,037 | $ - |
| HVAC | $ - | $ 508,053,078 | $ - | $ - | $ 508,053,078 | $ - |
| Electrical | $ - | $ - | $ 295,816,606 | $ - | $ 295,816,606 | $ - |
| Communications/Data | $ - | $ - | $ 66,718,173 | $ - | $ 66,718,173 | $ - |
| Nurse Call Stations | $ - | $ - | $ 1,372,951 | $ - | $ 1,372,951 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 16,352,494 | $ - | $ 16,352,494 | $ - |
| Security System | $ - | $ 61,288,943 | $ - | $ - | $ 61,288,943 | $ - |
| Audio/Video System | $ - | $ - | $ 3,270,499 | $ - | $ 3,270,499 | $ - |
| Fire Alarm System | $ - | $ - | $ - | $ - | $ - | $ 145,234,110 |
| **Building Systems Cost** | **$ -** | **$ 1,759,354,515** | **$ 742,451,983** | **$ -** | **$ 2,501,806,497** | **$ 145,234,110** |
| **Total 20 Years Cost** | **$ 37,349,247** | **$ 1,783,999,458** | **$ 1,172,235,595** | **$ 11,630,452** | **$ 3,005,214,753** | **$ 145,234,110** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SCC | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 12,690,346 | $ - | $ 12,690,346 | $ - |
| Underground Storage Tanks | $ 1,192,771 | $ - | $ - | $ - | $ 1,192,771 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 11,661,566 | $ - | $ 11,661,566 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 15,585,881 | $ - | $ 15,585,881 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 15,690,296 | $ - | $ 15,690,296 | $ - |
| Hydronic Distribution System | $ - | $ - | $ 31,087,239 | $ - | $ 31,087,239 | $ - |
| Storm Water System | $ - | $ - | $ 21,659,426 | $ - | $ 21,659,426 | $ - |
| Site Electrical | $ - | $ - | $ 33,660,502 | $ - | $ 33,660,502 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 19,753,568 | $ - | $ - | $ 19,753,568 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 105,935,585 | $ - | $ 105,935,585 | $ - |
| Water Wells & Treatment Plant | $ 35,186,756 | $ - | $ - | $ - | $ 35,186,756 | $ - |
| **Site Utilities Cost** | **$ 36,379,527** | **$ 19,753,568** | **$ 247,970,840** | **$ -** | **$ 304,103,935** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 142,985,408 | $ - | $ 142,985,408 | $ - |
| Concrete Paving | $ - | $ - | $ 28,716,241 | $ - | $ 28,716,241 | $ - |
| Irrigation System | $ - | $ - | $ 2,303,559 | $ - | $ 2,303,559 | $ - |
| Fencing | $ - | $ - | $ - | $ 35,146,045 | $ 35,146,045 | $ - |
| **Site Works Cost** | **$ -** | **$ -** | **$ 174,005,208** | **$ 35,146,045** | **$ 209,151,253** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 82,363,062 | $ - | $ - | $ 82,363,062 | $ - |
| ADA Improvements | N/A | $ - | $ - | $ - | $ - | $ - |
| Hazardous Materials Abatement | $ - | $ 25,414,888 | $ - | $ - | $ 25,414,888 | $ - |
| Foundations | $ - | $ - | $ 25,767,580 | $ - | $ 25,767,580 | $ - |
| Structural Systems | $ - | $ - | $ 64,418,952 | $ - | $ 64,418,952 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 60,007,375 | $ - | $ - | $ 60,007,375 | $ - |
| Roofing | $ - | $ 148,253,513 | $ - | $ - | $ 148,253,513 | $ - |
| Interior Construction | $ - | $ - | $ 34,356,774 | $ - | $ 34,356,774 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 20,897,119 | $ - | $ - | $ 20,897,119 | $ - |
| Interior Finishes | $ - | $ 50,006,145 | $ - | $ - | $ 50,006,145 | $ - |
| Culinary Equipment | $ - | $ - | $ 48,999,092 | $ - | $ 48,999,092 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 35,699,339 | $ - | $ 35,699,339 | $ - |
| Vocational Shop Equipment | $ - | $ 3,028,515 | $ - | $ - | $ 3,028,515 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ 3,884,305 | $ - | $ 3,884,305 | $ - |
| Fire Suppression | $ - | $ - | $ 25,767,580 | $ - | $ 25,767,580 | $ - |
| Plumbing | $ - | $ 105,895,366 | $ - | $ - | $ 105,895,366 | $ - |
| HVAC | $ - | $ - | $ 270,559,599 | $ - | $ 270,559,599 | $ - |
| Electrical | $ - | $ - | $ - | $ 157,534,765 | $ 157,534,765 | $ - |
| Communications/Data | $ - | $ 24,002,949 | $ - | $ - | $ 24,002,949 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 7,157,661 | $ - | $ 7,157,661 | $ - |
| Security System | $ - | $ 26,826,826 | $ - | $ - | $ 26,826,826 | $ - |
| Audio/Video System | $ - | $ 1,176,615 | $ - | $ - | $ 1,176,615 | $ - |
| Fire Alarm System | $ - | $ 35,298,456 | $ - | $ - | $ 35,298,456 | $ - |
| **Building Systems Cost** | **$ -** | **$ 583,170,830** | **$ 516,610,883** | **$ 157,534,765** | **$ 1,257,316,478** | **$ -** |
| **Total 20 Years Cost** | **$ 36,379,527** | **$ 602,924,398** | **$ 938,586,931** | **$ 192,680,810** | **$ 1,770,571,666** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | SATF | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 6,991,583 | $ 6,991,583 | $ - |
| Underground Storage Tanks | $ 1,147,762 | $ - | $ - | $ - | $ 1,147,762 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 20,626,915 | $ 20,626,915 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 21,755,544 | $ - | $ 21,755,544 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 22,080,793 | $ - | $ 22,080,793 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ - | $ - | $ - | $ 46,056,559 |
| Site Electrical | $ - | $ - | $ 48,950,126 | $ - | $ 48,950,126 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ 28,782,998 | $ - | $ - | $ 28,782,998 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ - |
| **Site Utilities Cost** | **$ 1,147,762** | **$ 28,782,998** | **$ 92,786,463** | **$ 27,618,498** | **$ 150,335,721** | **$ 46,056,559** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 234,145,081 | $ - | $ 234,145,081 | $ - |
| Concrete Paving | $ - | $ - | $ 23,649,960 | $ - | $ 23,649,960 | $ - |
| Irrigation System | $ - | $ - | $ 3,963,126 | $ - | $ 3,963,126 | $ - |
| Fencing | $ - | $ - | $ - | $ 105,788,985 | $ 105,788,985 | $ - |
| **Site Works Cost** | **$ -** | **$ -** | **$ 261,758,167** | **$ 105,788,985** | **$ 367,547,152** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 164,411,011 | $ - | $ - | $ 164,411,011 | $ - |
| ADA Improvements | $ 22,154,986 | $ - | $ - | $ - | $ 22,154,986 | $ - |
| Hazardous Materials Abatement | $ - | $ 50,732,540 | $ - | $ - | $ 50,732,540 | $ - |
| Foundations | $ - | $ - | $ 51,436,577 | $ - | $ 51,436,577 | $ - |
| Structural Systems | $ - | $ - | $ 128,591,442 | $ - | $ 128,591,442 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 119,785,164 | $ - | $ - | $ 119,785,164 | $ - |
| Roofing | $ - | $ 295,939,819 | $ - | $ - | $ 295,939,819 | $ - |
| Interior Construction | $ - | $ - | $ 68,582,103 | $ - | $ 68,582,103 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 73,396,201 | $ - | $ - | $ 73,396,201 | $ - |
| Interior Finishes | $ - | $ 99,820,970 | $ - | $ - | $ 99,820,970 | $ - |
| Culinary Equipment | $ 22,546,736 | $ - | $ - | $ - | $ 22,546,736 | $ - |
| Walk-In Coolers/Freezers | $ 16,426,908 | $ - | $ - | $ - | $ 16,426,908 | $ - |
| Vocational Shop Equipment | $ - | $ 13,429,795 | $ - | $ - | $ 13,429,795 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ 42,277,117 | $ - | $ - | $ 42,277,117 | $ - |
| Plumbing | $ - | $ - | $ 257,182,885 | $ - | $ 257,182,885 | $ - |
| HVAC | $ - | $ - | $ 540,084,059 | $ - | $ 540,084,059 | $ - |
| Electrical | $ - | $ - | $ - | $ 314,466,815 | $ 314,466,815 | $ - |
| Communications/Data | $ - | $ 47,914,066 | $ - | $ - | $ 47,914,066 | $ - |
| Nurse Call Stations | $ 617,863 | $ - | $ - | $ - | $ 617,863 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ 11,743,643 | $ - | $ - | $ 11,743,643 | $ - |
| Security System | $ - | $ 53,551,015 | $ - | $ - | $ 53,551,015 | $ - |
| Audio/Video System | $ - | $ 2,348,729 | $ - | $ - | $ 2,348,729 | $ - |
| Fire Alarm System | $ - | $ 70,461,861 | $ - | $ - | $ 70,461,861 | $ - |
| **Building Systems Cost** | **$ 61,746,493** | **$ 1,045,811,931** | **$ 1,045,877,066** | **$ 314,466,815** | **$ 2,467,902,304** | **$ -** |
| **Total 20 Years Cost** | **$ 62,894,254** | **$ 1,074,594,929** | **$ 1,400,421,696** | **$ 447,874,299** | **$ 2,985,785,177** | **$ 46,056,559** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | VSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ - | $ 6,991,583 | $ 6,991,583 | $ - |
| Underground Storage Tanks | $ 1,147,762 | $ - | $ - | $ - | $ 1,147,762 | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ - | $ 15,765,827 | $ 15,765,827 | $ - |
| Fire Water Distribution System | $ - | $ 13,866,073 | $ - | $ - | $ 13,866,073 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 17,040,129 | $ - | $ 17,040,129 | $ - |
| Hydronic Distribution System | $ - | $ 28,054,917 | $ - | $ - | $ 28,054,917 | $ - |
| Storm Water System | $ - | $ - | $ 23,651,165 | $ - | $ 23,651,165 | $ - |
| Site Electrical | $ - | $ - | $ - | $ 50,139,680 | $ 50,139,680 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 26,431,204 | $ - | $ 26,431,204 | $ - |
| Waste Water Treatment Plant | $ - | N/A | $ - | $ - | $ - | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ - | $ - | $ - | $ 152,653,587 |
| **Site Utilities Cost** | **$ 1,147,762** | **$ 41,920,990** | **$ 67,122,498** | **$ 72,897,090** | **$ 183,088,340** | **$ 152,653,587** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ - | $ 168,253,961 | $ - | $ 168,253,961 | $ - |
| Concrete Paving | $ - | $ 13,594,370 | $ - | $ - | $ 13,594,370 | $ - |
| Irrigation System | $ - | $ - | $ - | $ 8,422,085 | $ 8,422,085 | $ - |
| Fencing | $ - | $ 48,901,756 | $ - | $ - | $ 48,901,756 | $ - |
| **Site Works Cost** | **$ -** | **$ 62,496,126** | **$ 168,253,961** | **$ 8,422,085** | **$ 239,172,172** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ 63,872,427 | $ - | $ - | $ - | $ 63,872,427 | $ - |
| ADA Improvements | $ 48,706,735 | $ - | $ - | $ - | $ 48,706,735 | $ - |
| Hazardous Materials Abatement | $ 19,709,207 | $ - | $ - | $ - | $ 19,709,207 | $ - |
| Foundations | $ - | $ 19,982,719 | $ - | $ - | $ 19,982,719 | $ - |
| Structural Systems | $ - | $ 49,956,798 | $ - | $ - | $ 49,956,798 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ 46,535,626 | $ - | $ - | $ - | $ 46,535,626 | $ - |
| Roofing | $ - | $ 139,879,034 | $ - | $ - | $ 139,879,034 | $ - |
| Interior Construction | $ - | $ 26,643,625 | $ - | $ - | $ 26,643,625 | $ - |
| Detention Doors (Cell Doors) | $ 35,396,955 | $ - | $ - | $ - | $ 35,396,955 | $ - |
| Interior Finishes | $ 38,779,689 | $ - | $ - | $ - | $ 38,779,689 | $ - |
| Culinary Equipment | $ - | $ 18,866,706 | $ - | $ - | $ 18,866,706 | $ - |
| Walk-In Coolers/Freezers | $ - | $ 13,745,743 | $ - | $ - | $ 13,745,743 | $ - |
| Vocational Shop Equipment | $ 3,142,000 | $ - | $ - | $ - | $ 3,142,000 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 24,312,033 | $ - | $ 24,312,033 | $ - |
| Plumbing | $ - | $ - | $ 121,560,167 | $ - | $ 121,560,167 | $ - |
| HVAC | $ - | $ 209,818,551 | $ - | $ - | $ 209,818,551 | $ - |
| Electrical | $ - | $ - | $ - | $ 148,636,011 | $ 148,636,011 | $ - |
| Communications/Data | $ - | $ - | $ 27,553,638 | $ - | $ 27,553,638 | $ - |
| Nurse Call Stations | $ - | $ - | $ - | $ - | $ - | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 6,753,343 | $ - | $ 6,753,343 | $ - |
| Security System | $ 20,804,162 | $ - | $ - | $ - | $ 20,804,162 | $ - |
| Audio/Video System | $ - | $ - | $ 1,350,669 | $ - | $ 1,350,669 | $ - |
| Fire Alarm System | $ 27,373,897 | $ - | $ - | $ - | $ 27,373,897 | $ - |
| **Building Systems Cost** | **$ 304,320,698** | **$ 478,893,176** | **$ 181,529,850** | **$ 148,636,011** | **$ 1,113,379,735** | **$ -** |
| **Total 20 Years Cost** | **$ 305,468,459** | **$ 583,310,292** | **$ 416,906,310** | **$ 229,955,186** | **$ 1,535,640,248** | **$ 152,653,587** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

**20-Year Facilities Master Plan**
**Facility Replacement Cost Estimate**
**Utilities, Sitework & Building Systems**
**Date: April 10, 2026**

| Location | WSP | | | | | |
|---|---|---|---|---|---|---|
| | 2026 - 2031 | 2031-2036 | 2036-2041 | 2041-2046 | Total 20 Years | Beyond 20 Years |
| **Site Utilities** | | | | | | |
| Above Ground Storage Tanks | $ - | $ - | $ 4,788,810 | $ - | $ 4,788,810 | $ - |
| Underground Storage Tanks | $ - | $ - | $ - | $ - | $ - | $ - |
| Domestic Water Distribution/Loop | $ - | $ - | $ 11,247,502 | $ - | $ 11,247,502 | $ - |
| Fire Water Distribution System | $ - | $ - | $ 15,025,460 | $ - | $ 15,025,460 | $ - |
| Sanitary Sewer System | $ - | $ - | $ 15,175,174 | $ - | $ 15,175,174 | $ - |
| Hydronic Distribution System | $ - | $ - | $ - | $ - | $ - | $ - |
| Storm Water System | $ - | $ - | $ - | $ 25,423,483 | $ 25,423,483 | $ - |
| Site Electrical | $ - | $ - | $ 32,468,277 | $ - | $ 32,468,277 | $ - |
| Communications/Data (Fiber Optic) | $ - | $ - | $ 23,248,697 | $ - | $ 23,248,697 | $ - |
| Waste Water Treatment Plant | $ - | $ - | $ 101,938,015 | $ - | $ 101,938,015 | $ - |
| Water Wells & Treatment Plant | $ - | $ - | $ 103,127,293 | $ - | $ 103,127,293 | $ - |
| **Site Utilities Cost** | **$ -** | **$ -** | **$ 307,019,228** | **$ 25,423,483** | **$ 332,442,710** | **$ -** |
| **Sitework** | | | | | | |
| AC Paving | $ - | $ 85,625,830 | $ - | $ - | $ 85,625,830 | $ - |
| Concrete Paving | $ - | $ - | $ 24,433,573 | $ - | $ 24,433,573 | $ - |
| Irrigation System | $ - | $ - | $ 1,742,023 | $ - | $ 1,742,023 | $ - |
| Fencing | $ - | $ - | $ - | $ 60,157,341 | $ 60,157,341 | $ - |
| **Site Works Cost** | **$ -** | **$ 85,625,830** | **$ 26,175,597** | **$ 60,157,341** | **$ 171,958,767** | **$ -** |
| **Building Systems** | | | | | | |
| Building Envelope | $ - | $ 93,618,391 | $ - | $ - | $ 93,618,391 | $ - |
| ADA Improvements | $ 10,331,192 | $ - | $ - | $ - | $ 10,331,192 | $ - |
| Hazardous Materials Abatement | $ - | $ 28,887,961 | $ - | $ - | $ 28,887,961 | $ - |
| Foundations | $ - | $ - | $ 29,288,851 | $ - | $ 29,288,851 | $ - |
| Structural Systems | $ - | $ - | $ 73,222,127 | $ - | $ 73,222,127 | $ - |
| Exterior Vertical Closure Systems (Waterproofing & Insulation) | $ - | $ 68,207,685 | $ - | $ - | $ 68,207,685 | $ - |
| Roofing | $ - | $ 168,513,103 | $ - | $ - | $ 168,513,103 | $ - |
| Interior Construction | $ - | $ - | $ 39,051,802 | $ - | $ 39,051,802 | $ - |
| Detention Doors (Cell Doors) | $ - | $ 48,763,229 | $ - | $ - | $ 48,763,229 | $ - |
| Interior Finishes | $ - | $ 56,839,737 | $ - | $ - | $ 56,839,737 | $ - |
| Culinary Equipment | $ - | $ - | $ 25,375,600 | $ - | $ 25,375,600 | $ - |
| Walk-In Coolers/Freezers | $ - | $ - | $ 18,487,937 | $ - | $ 18,487,937 | $ - |
| Vocational Shop Equipment | $ - | $ 1,356,964 | $ - | $ - | $ 1,356,964 | $ - |
| Conveying Systems (Elevators) | $ - | $ - | $ - | $ - | $ - | $ - |
| Fire Suppression | $ - | $ - | $ 29,288,851 | $ - | $ 29,288,851 | $ - |
| Plumbing | $ - | $ - | $ 146,444,256 | $ - | $ 146,444,256 | $ - |
| HVAC | $ - | $ - | $ 307,532,936 | $ - | $ 307,532,936 | $ - |
| Electrical | $ - | $ - | $ 147,176,477 | $ - | $ 147,176,477 | $ - |
| Communications/Data | $ - | $ - | $ 33,194,031 | $ - | $ 33,194,031 | $ - |
| Nurse Call Stations | $ - | $ 1,063,356 | $ - | $ - | $ 1,063,356 | $ - |
| Personal Alarm Device System (PADS) | $ - | $ - | $ 8,135,792 | $ - | $ 8,135,792 | $ - |
| Security System | $ - | $ 30,492,848 | $ - | $ - | $ 30,492,848 | $ - |
| Audio/Video System | $ - | $ - | $ 1,627,158 | $ - | $ 1,627,158 | $ - |
| Fire Alarm System | $ - | $ 40,122,168 | $ - | $ - | $ 40,122,168 | $ - |
| **Building Systems Cost** | **$ 10,331,192** | **$ 537,865,441** | **$ 858,825,818** | **$ -** | **$ 1,407,022,451** | **$ -** |
| **Total 20 Years Cost** | **$ 10,331,192** | **$ 623,491,270** | **$ 1,192,020,642** | **$ 85,580,823** | **$ 1,911,423,928** | **$ -** |

*** All costs shown have been escalated to either 5, 10, 15, or 20 years based on the current condition of the existing system.**

# Exhibit H

# APPENDIX 2 - CONDITION ASSESSMENT

A Condition Assessment of CDCR's institutions was performed to evaluate building systems and utilities to determine repair/replacement timeframes associated with each system, identifying those currently adversely affecting the institution to healthy systems that can be replaced beyond 20 years.

These ratings were then weighted to distinguish operational impact based on the criticality of each system, The methodology allowed for prioritization based on total score.

| INSTITUTION | RANK |
|---|---|
| **California Institution for Men** | **1** |
| Centinela State Prison | 2 |
| California Men's Colony | 3 |
| California Correctional Institution | 4 |
| Mule Creek State Prison | 5 |
| Richard J. Donovan Correctional Facility | 6 |
| Wasco State Prison | 7 |
| **California Medical Facility** | **8** |
| California State Prison, Solano | 9 |
| Calipatria State Prison | 10 |
| Correctional Training Facility | 11 |
| Valley State Prison | 12 |
| High Desert State Prison | 13 |
| **Sierra Conservation Center** | **14** |
| San Quentin Rehabilitation Center | 15 |
| Folsom State Prison | 16 |
| Salinas Valley State Prison | 17 |
| California Institution for Women | 18 |
| **California State Prison, Corcoran** | **19** |
| Correctional Training Center* | 20 |
| Avenal State Prison | 21 |
| **Central California Women's Facility** | **22** |
| Ironwood State Prison | 23 |
| Kern Valley State Prison | 24 |
| California State Prison, Los Angeles County | 25 |
| Substance Abuse Treatment Facility | 26 |
| Pleasant Valley State Prison | 27 |
| California State Prison, Sacramento | 28 |
| North Kern State Prison | 29 |
| Pelican Bay State Prison | 30 |
| California Health Care Facility | 31 |

*Correctional Training Center is CDCR's correctional officer cadet training facility, included in assessment

| SYSTEM | ASP | CAL | CCI | CCWF | CEN | CHCF | CIM | CIW | CMC | CMF | COR | CTC | CTF | FSP | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQRC | SVSP | VSP | WSP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Above Ground Storage Tanks | Fair | Fair | Fair | Fair | N/A | Fair | Fair | Poor | Fair | Good | Fair | Fair | Fair | Good | Good | Good | Good | Good | Fair | Good | Failing | N/A | Good | Good | Good | Fair | Fair | Good | Good | Good | Fair |
| Air Cooling (Evaporative System) | Fair | N/A | N/A | Fair | N/A | N/A | Fair | Fair | Fair | Poor | Poor | Fair | Fair | Fair | Fair | N/A | Fair | Poor | Poor | Poor | Fair | Fair | N/A | Fair | Fair | Fair | Fair | Poor | Fair | Poor | Poor |
| Air Cooling (Mechanical- A/C) | Poor | Plus | Fair | Fair | Failing | Good | Failing | Failing | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Good | Fair | Fair | Poor | Fair | Good | Fair | Poor | Fair | Fair | Fair | Fair | Poor | Fair | Poor | Fair |
| Asphalt/Roads | Fair | Failing | Poor | Poor | Poor | Fair | Failing | Poor | Fair | Poor | Poor | Poor | Poor | Poor | Poor | Poor | Fair | Poor | Poor | Poor | Fair | Fair | Fair | Poor | Fair | Fair | Poor | Fair | Poor | Fair | Poor |
| Automated Controls - SCADA, BMS, BAS | N/A | Good | Failing | Poor | Poor | Good | Poor | Poor | Poor | Poor | Failing | Poor | N/A | Fair | Fair | Good | Failing | Fair | Poor | N/A | Poor | Poor | Failing | Poor | N/A | Poor | Poor | Fair | Fair | Poor | Failing |
| Central Boiler Plant / Boilers | Failing | Poor | Fair | Fair | Poor | Fair | Good | N/A | Poor | Failing | Plus | Fair | Fair | Poor | Poor | Poor | Fair | Fair | Poor | Plus | Fair | N/A | Failing | Fair | Good | Fair | N/A | Plus | N/A | Poor | Poor |
| Cogeneration Plant | Failing | N/A | N/A | N/A | N/A | N/A | Good | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Failing | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Culinary Chillers/Refrigerated Rooms/Freezers | Fair | Poor | Poor | Poor | Poor | Fair | Poor | Fair | Poor | Failing | Failing | Poor | Poor | Fair | Fair | Failing | Failing | Poor | Poor | Failing | Fair | Plus | Poor | Poor | Failing | Fair | Failing | Poor | Fair | Poor | Fair |
| Data and Wifi | Good | Fair | Good | Poor | N/A | Poor | Good | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Good | Fair | Fair | Fair | Poor | Fair | Fair | Good | Fair | Fair | Poor | Poor | Fair | Fair | Poor | Fair | Fair |
| Electrical Vehicle Charging Stations | Good | N/A | N/A | Good | Good | Good | Good | Fair | Good | Good | Good | Good | Good | Fair | Good | Good | Fair | Fair | Fair | Good | Fair | N/A | Good | Poor | Good | Good | Good | Poor | N/A | Good | Good |
| Elevators | N/A | N/A | Poor | N/A | N/A | Plus | Plus | Good | Fair | Poor | Poor | N/A | Poor | Poor | N/A | N/A | N/A | Fair | Fair | N/A | N/A | N/A | N/A | Fair | N/A | Fair | Good | Fair | Poor | N/A | N/A |
| Emergency Electrical Distribution | N/A | Fair | Poor | Failing | Fair | Plus | Failing | Fair | Fair | Fair | Fair | Fair | Poor | Fair | Good | Good | Good | Poor | Poor | Fair | Fair | Fair | Fair | Poor | Good | Poor | Poor | Good | Good | Good | Fair |
| Fire Alarm | Poor | Plus | Fair | Fair | Failing | Fair | Fair | Poor | Poor | Poor | Poor | Fair | Fair | Poor | Poor | Good | Good | Good | Plus | Fair | Good | Failing | Plus | Fair | Poor | Poor | Poor | Plus | Poor | Failing | Poor |
| Fire Pump | N/A | Fair | N/A | Good | Poor | Plus | Poor | Good | N/A | Good | Fair | Good | N/A | N/A | Good | Failing | Fair | Poor | Fair | Poor | N/A | N/A | Poor | Good | Poor | N/A | Fair | Fair | Poor | Good | Good |
| Fire Suppression | Poor | Fair | Fair | Fair | Fair | Good | Fair | Poor | Poor | Fair | Fair | Fair | Fair | Fair | Plus | Good | Fair | Poor | Plus | Fair | Fair | Poor | Plus | Fair | Poor | Fair | Failing | Fair | Poor | Fair | Fair |
| Fire Suppression - UL 300 Systems | Poor | Fair | Good | Good | Good | Good | Fair | Fair | Plus | Poor | Failing | Good | Fair | Fair | Good | Good | Fair | Fair | Fair | Fair | Plus | Fair | Plus | Good | Fair | Fair | Plus | Fair | Failing | Good | Fair |
| Fire Water Distribution System | Poor | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Fair | Poor | Fair | Fair | Good | Fair | Fair | Poor | Plus | Fair | Poor | Fair | Fair | Fair | Fair | Failing | Fair | Poor | Fair |
| Hot Water Heaters | Fair | Fair | Fair | Good | Poor | Good | Fair | Fair | Fair | Good | Plus | Fair | Fair | Poor | Fair | Good | Fair | Fair | Fair | Fair | Fair | Fair | Good | Fair | Fair | Poor | Plus | Poor | Fair | Fair | Fair |
| Hydronic Loops | Plus | Poor | Fair | N/A | Poor | Failing | Failing | N/A | Poor | Failing | Plus | Fair | Fair | Poor | Fair | Poor | N/A | N/A | Poor | N/A | Good | N/A | Failing | Good | N/A | Fair | Plus | N/A | Good | Poor | N/A |
| Irrigation System | Good | Failing | Poor | Fair | Good | Good | Poor | Poor | Fair | Fair | Good | Fair | Fair | Fair | Fair | Good | Poor | Poor | Plus | Poor | N/A | Fair | Failing | Poor | Fair | Fair | Fair | Good | Poor | Good | Fair |
| Lethal Electrified Fencing | Good | Fair | Fair | Fair | Poor | Fair | Poor | N/A | Good | Fair | Fair | N/A | N/A | N/A | Good | Good | Good | Fair | Fair | Fair | Fair | Fair | Good | Good | Fair | Good | Fair | N/A | Fair | Fair | Good |
| Natural Gas | Fair | Fair | Fair | Good | Fair | Plus | Good | Fair | Poor | Good | Fair | Fair | Fair | Fair | Good | Good | Good | Fair | Fair | Fair | N/A | Fair | Fair | Good | Good | N/A | Good | Poor | Fair | Poor | Fair |
| Nurse Call Stations | N/A | N/A | N/A | Poor | Failing | Poor | Good | Failing | Poor | Failing | Failing | N/A | N/A | Fair | Failing | N/A | Failing | Good | Poor | Failing | Fair | N/A | Failing | Poor | Failing | N/A | Fair | Fair | Fair | N/A | Poor |
| Parking Lots | Fair | Failing | Poor | Fair | Poor | Fair | Failing | Fair | Fair | Poor | Poor | Poor | Poor | Fair | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Fair | Poor | Poor | Fair | Fair | Poor | Fair | Poor | Fair | Poor |
| Pavement/Walkways | Poor | Failing | Poor | Fair | Poor | Good | Poor | Poor | Fair | Fair | Fair | Poor | Fair | Poor | Good | Poor | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Fair | Fair | Fair | Fair | Poor | Fair | Poor | Fair |
| Personal Alarm Device System (PADS) | Fair | Plus | Good | Fair | Good | Good | Poor | Fair | Fair | Poor | Poor | N/A | Fair | Poor | Fair | Good | Good | Good | Plus | Good | Fair | Fair | Fair | Fair | Poor | Fair | Poor | Fair | Fair | Fair | Fair |
| Potable Water Distribution/Loop | Poor | Fair | Fair | Fair | Poor | Fair | Poor | Fair | Poor | Fair | Fair | Fair | Fair | Poor | Good | Good | Good | Fair | Fair | Poor | Good | Fair | Poor | Fair | Good | Fair | Fair | Failing | Good | Good | Fair |
| Primary Electrical Distribution Loop - Above Ground | Fair | Fair | Fair | Fair | Fair | Good | Fair | Fair | Good | Fair | Fair | Fair | Poor | Good | Fair | N/A | N/A | N/A | Poor | N/A | Fair | N/A | Fair | N/A | N/A | Fair | Fair | Fair | Fair | N/A | Good |
| Primary Electrical Distribution Loop - Below Ground | Fair | Fair | Fair | Fair | Fair | Good | Fair | Poor | Fair | Fair | N/A | Fair | Fair | Fair | Fair | Good | Good | Good | Poor | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Good | Good | Fair |
| Primary High Voltage Electrical Switchgear | Fair | Fair | Fair | Good | Fair | Plus | Fair | Fair | Good | Fair | Fair | Fair | Poor | Poor | Good | Good | Good | Good | Poor | Good | Good | Fair | Fair | Fair | Fair | Fair | Fair | Good | Good | Good | Fair |
| Propane Gas | Fair | Fair | Poor | Poor | Failing | N/A | Fair | N/A | N/A | N/A | Fair | Fair | N/A | Fair | Good | N/A | Poor | Fair | N/A | Poor | Fair | N/A | Fair | Good | Fair | Good | N/A | Good | N/A | Fair | Fair |
| Renewable Energy - Solar/Wind | N/A | Good | Good | Good | Good | N/A | N/A | N/A | Good | N/A | Fair | N/A | Good | N/A | N/A | Good | N/A | Good | N/A | Good | N/A | Good | Good | Good | N/A | N/A | Good | N/A | Good | Good | Good |
| Roofs | Poor | Poor | Fair | Fair | Poor | Good | Poor | Poor | Poor | Fair | Poor | Fair | Poor | Poor | Poor | Good | Fair | Fair | Poor | Poor | Failing | Fair | Poor | Poor | Poor | Poor | Poor | Poor | Fair | Poor | Poor |
| Sanitary Sewer System | Fair | Poor | Poor | Fair | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Good | Fair | Fair | Fair | Fair | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Fair | Fair | Fair |
| Secondary Electrical Distribution Loop - Above Ground | Fair | Fair | N/A | N/A | Fair | Good | Good | Good | Good | Fair | N/A | Fair | Fair | Fair | Fair | N/A | N/A | N/A | Poor | N/A | N/A | N/A | Fair | N/A | N/A | N/A | Fair | Fair | N/A | N/A | N/A |
| Secondary Electrical Distribution Loop - Below Ground | Fair | Fair | Fair | Fair | Fair | Good | Fair | Poor | Fair | Fair | Fair | Fair | Fair | Fair | Fair | Good | Good | Good | Poor | Fair | Good | N/A | Fair | N/A | Good | N/A | Fair | Fair | N/A | N/A | Fair |
| Security Fencing | Fair | Poor | Fair | Poor | Good | Good | Poor | Fair | Good | Good | Good | N/A | Fair | Poor | Good | Good | Good | Fair | Poor | Good | Failing | Good | Good | Fair | Good | Good | Good | Fair | Good | Poor | Good |
| Smoke/Exhaust System | Fair | Poor | Poor | Poor | Failing | Good | N/A | Fair | Poor | Fair | Poor | Fair | Poor | Fair | Fair | Good | Good | Poor | Fair | Fair | Fair | Failing | Poor | Poor | Fair | Poor | Fair | Poor | Poor | Poor | Fair |
| Steam Distribution | Good | N/A | Fair | Fair | N/A | Fair | Failing | N/A | Poor | Poor | Poor | Fair | Fair | Poor | Fair | N/A | Fair | Fair | N/A | Fair | Fair | N/A | Failing | Poor | Good | Poor | Poor | Poor | Fair | Poor | Poor |
| Storm Water Conveyance | Good | Fair | Fair | Fair | Fair | Plus | Failing | Fair | Good | Fair | Plus | Fair | Fair | Fair | Good | Good | Plus | Fair | Fair | Plus | Good | Good | Good | Fair | Plus | Fair | Poor | Fair | Fair | Fair | Good |
| Underground Storage Tanks | N/A | Failing | Failing | N/A | Failing | N/A | Failing | N/A | N/A | Failing | N/A | N/A | N/A | N/A | Failing | Failing | Failing | N/A | Failing | N/A | N/A | Failing | N/A | N/A | Failing | Failing | N/A | Failing | Failing | Failing | N/A |
| Waste Water Treatment Plant | N/A | N/A | Poor | Good | Fair | N/A | Poor | N/A | Poor | N/A | Fair | N/A | N/A | N/A | Fair | Fair | Fair | N/A | Fair | N/A | Good | Poor | N/A | N/A | N/A | Fair | N/A | N/A | N/A | Poor | Fair |
| Water Tanks | Good | Fair | Fair | Fair | Poor | Plus | Poor | Poor | Fair | Fair | Fair | Fair | Fair | Plus | Fair | Plus | Fair | Fair | Fair | N/A | Fair | Fair | Fair | Good | Good | Fair | Fair | Good | Good | Fair | Good |
| Water Treatment Plant | N/A | Fair | Fair | N/A | Fair | N/A | Poor | Fair | Poor | N/A | N/A | Fair | Fair | Good | Fair | Poor | Fair | N/A | N/A | N/A | Good | Fair | N/A | N/A | N/A | Failing | Good | N/A | Fair | Plus | Fair |
| Water Wells | N/A | N/A | Fair | N/A | N/A | N/A | Poor | N/A | Fair | N/A | N/A | Fair | Fair | N/A | Fair | Fair | Fair | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Poor | N/A | Fair | Plus | Poor |

| |
|---|
| **Plus - Expected to exceed 20 years of operation** |
| **Good - Generally well maintained** |
| **Fair - Needs repairs, typical wear and tear** |
| **Poor - Significant disrepair, not well maintained** |
| **Failing - At risk of failure or unusable** |
| **N/A - System/Equipment does not exist at Institution** |

# Exhibit I

California Department of Corrections and Rehabilitation and California Correctional Health Care Services



# PERFORMANCE IMPROVEMENT PLAN

2026 - 2028

## Overview

At regular intervals, California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) develop and disseminate a Statewide Performance Improvement Plan that serves as the framework for improvement initiatives over subsequent years. This approach is grounded in the principle that organizational progress is most effective when priorities are clearly articulated and all levels of the organization are aligned around a unified set of improvement objectives.

To develop the Performance Improvement Plan, CDCR and CCHCS staff review a broad range of data sources describing the performance of healthcare processes and services, including systemic factors that impact morbidity and mortality of people incarcerated in California's prisons and/or effect staff's ability to effectively perform their work. From this data review, CDCR and CCHCS staff identify a subset of areas that meet one or more of the following criteria:

- High risk: linked to adverse patient outcomes,
- High volume: impacts many patients and/or staff,
- High cost: generates significant fiscal impacts, and/or
- Problem-prone: difficult to fix in a sustainable way.

Improvement opportunities are prioritized through a vetting process encompassing all levels of the organization. To develop the 2026-2028 Performance Improvement Plan, CDCR and CCHCS considered recommendations from statewide healthcare programs and headquarters staff, regional teams, and institutions. The top priorities become the basis for the Performance Improvement Plan. This year, the plan also incorporates Patient Safety priorities.

For any priority highlighted in the Plan, CDCR and CCHCS staff **develop performance goals, launch statewide improvement initiatives, and measure performance** through the Health Care Services Dashboard and/or similar high-visibility performance reports. Statewide improvement initiatives affiliated with the Performance Improvement Plan serve one or more of the following functions:

- Improve patient health outcomes.
- Optimize patients' ability to participate in rehabilitative programs.
- Contribute to a safer prison environment for patients and staff.
- Increase job satisfaction among staff by establishing reliable systems of care.
- Increase efficiency and reduce waste.
- Comply with regulatory, legal, and accreditation requirements.
- Promote a culture of learning and improvement.

The Statewide Quality Management Committee, comprised of executives from all healthcare programs, is responsible for communicating statewide priorities and objectives to all staff within the organization, and ensuring that program planning, day-to-day operations, and supervision align with these priorities.

## Statewide Improvement Priorities

The 2026-2028 Performance Improvement Plan includes four new statewide priority areas, and six priorities carried over from the prior plan.

### COMPLEX CARE MANAGEMENT

A small subset of patients within the CDCR system disproportionately drive health care utilization and cost, a dynamic that is common in any health care delivery system. For example, over a six-month period in 2025, the 1,230 patients with highest utilization of health care services accounted for 27% of Triage and Treatment Area visits, 23% of hospitalization send outs, 72% of Mental Health Crisis Bed admissions, and 86% of Suicide Watch encounters, though they comprise just 1% of the total CDCR population.

Most of the patients in this group are characterized by complex healthcare and behavioral needs, disproportionately higher use of healthcare and custodial resources, and very low participation rates in rehabilitative programming. It is also noted that this population experiences disproportionate transfers between institutions and healthcare providers, often leading to reactive responses and unplanned care by staff unfamiliar with these patients, which contributes to patient harm, staff burnout, and higher healthcare costs.

The goals of the Complex Care Management initiative are to provide institutions with a systematic approach ensuring these patients' needs are met through proactive, interdisciplinary planning while also addressing the patient behaviors that frequently spur siloed, reactive, and counterproductive responses. One major strategy will be to reduce these patients' movement in our system so that healthcare and behavior management are provided by a consistent and familiar team.

CDCR will focus improvement efforts on the care coordination component on the Complete Care Model, ensuring that the most complex patients receive healthcare that is multidisciplinary, proactive, strategic, coordinated, and inclusive of behavioral management tools and techniques in well-defined multi-disciplinary care plans. Systems and tools developed under this initiative will also benefit the broader group of patients requiring the most intensive, multi-disciplinary services such as dangerously decompensating patients (e.g., patients experiencing paranoid delusions who stop eating or drinking) and patients with new onset of life-threatening disease.

## VIOLENCE PREVENTION

Analysis of violent incidents between incarcerated people and other incarcerated, staff assaults, and inmate deaths due to homicide shows increasing rates of violence over the past decade to both incarcerated people and staff in California prisons. More alarming is that the severity of violence is increasing, with rising trauma-related hospital send-outs and deaths. The number of homicides among CDCR's population in 2024 was the highest for the department in more than a decade, despite the fact that the incarcerated population had decreased by 25% over the past ten years.

Higher rates of violence are observed among those housed in high security prisons, participating in the Enhanced Outpatient Program (EOP) level of care in our Mental Health Services Delivery System, and strongly correlate with rates of overdose.

Under this initiative, CDCR and CCHCS leaders will work with the CDCR to develop and test interventions to improve the safety and security of both the incarcerated population and staff.

## TRANSFERS

In the California Prison system, incarcerated persons move between institutions at high rates. In an analysis conducted in late 2023, 39% of CDCR's population transferred at least once in the prior 12 months, with the highest movement rates among those enrolled in the Mental Health Services Delivery System and housed at high security missions.

Transfers are high-risk events for patient harm to occur. In the same analysis mentioned above, patients recently transferred experienced higher rates of hospitalizations, Treatment and Triage Area (TTA) encounters, and self-harming events. Patient harm events deceased in frequency the longer patients remained at one institution.

Under this initiative, the CDCR will work to optimize placement of incarcerated persons by minimizing unwanted or unnecessary transfers and improve planning, coordination and communication when transfers are necessary, all with a focus on ensuring the patient gets into the right housing to receive healthcare and rehabilitative services with minimal disruptions.

## HEAT RELATED ILLNESSES

With many prisons built in settings vulnerable to high temperatures and facilities poorly designed to protect people from escalating heat, state prison systems across the country are paying close attention to the impacts of climate change and the innovations that may improve conditions for the incarcerated population and prison staff. Many CDCR institutions are built in locations that are likely to experience the

more extreme impacts of a hotter climate in California with projected temperature increases of 8.5°F by the end of the century.[1]

Historically, the CDCR Heat Plan has been focused on patients enrolled in the Mental Health Services Delivery System, primarily those receiving psychotropic medications. More recently, other patients at increased risk of adverse outcomes associated with heat related illnesses, such as people who are pregnant or older people, have been included in Heat Plan monitoring and protections.

This initiative includes a range of associated projects to protect patients and staff from Heat Related Illness via strategies like implementing a clinical change-package for heat-related illness detection, management, prevention and reporting; leveraging technologies for temperature monitoring; and exploring facility improvements to help manage internal temperatures.

## EMPLOYEE WELLNESS/JOB SATISFACTION (CARRIED OVER FROM 2023-2025)

Multiple studies over the past 20 years highlight the difficulties of working in health care as a profession. Even before the COVID-19 pandemic, the National Academy of Medicine found that burnout had reached "crisis levels" among the U.S. health workforce, with 35-54% of nurses and physicians and 45-60% of medical students and residents reporting symptoms of burnout. Custody officers supporting health care processes experience higher rates of substance use disorders and mental illness, including anxiety, depression, and post-traumatic stress disorder (PTSD), as well as burnout symptoms associated with first responder work, such as elevated blood pressure, insomnia, and being persistently fatigued. In a 2025 survey of CDCR staff, fewer than half (46%) of respondents agreed they have a steady work/life balance and fewer than half reported being satisfied with their job (42%).

Among other interventions under this priority area, the CDCR will test the application of Just Culture as a means of promoting a high-performance work culture. New reports will be created that will include staff feedback about the work environment and changes that could increase job satisfaction readily accessible to supervisors, and raise awareness about resources that are available to support staff.

## GERIATRIC AND PALLIATIVE CARE (CARRIED OVER FROM 2023-2025)

From 2016 to 2026, when the CDCR's overall incarcerated population decreased by 25%, the number and proportion of incarcerated people age 55 or older climbed. Now, more than one in every five incarcerated individuals is age 55 or older, reflecting similar trends in California's communities outside the prison system.

As incarcerated people age, they increasingly experience health problems that impact their ability to participate in rehabilitative programming and navigate other aspects of

[1] Climate and the Impact on CDCR

prison life safely. For most, supports like durable medical equipment and other accommodations help preserve normal activities. However, as more and more patients age, their healthcare needs may require additional support, ranging from minor assistance with activities of daily living (such as dressing, bathing, feeding, walking, etc.) to more complex care needs like wound care, memory care for patients with declining cognitive functioning, or palliative care for patients who are approaching the end of life.

Under this improvement priority, the CDCR will consider modifications to the current design of its housing and health care delivery system, including licensed levels of care, to adapt to the needs of an aging population, which encompasses:

- Ensuring the CDCR has adequate specialized healthcare beds that meet the varied needs of patients appropriately resourced with the right staff and equipment, enhancing and standardizing healthcare services and staffing for different types of specialized healthcare beds, and improving overall utilization and visibility of specialized healthcare beds through operational tools and reports.
- Evidence-based programming to support aging patients in all CDCR settings while optimizing opportunities to program, participate in social functions, and improve cognitive and physical functioning.
- Continuing to refine and standardize the approach to memory care for patients with dementia and palliative care for people at the end of life.
- Developing admission and discharge criteria and decision support tools for clinical staff to inform appropriate placement for patients as their health conditions change.
- Making improvements to the compassionate release and medical parole programs and advance care planning programs.

## SCHEDULING AND ACCESS TO CARE (CARRIED OVER FROM 2023-2025)

While overall specialty care access has improved since the end of the COVID-19 pandemic, achieving a sustained high level of performance is an ongoing challenge for primary care teams within the prison system and in the broader California community.

By continuing this as a priority area, CDCR will focus on ensuring timely access to specialty care occurs for the incarcerated population. CDCR is currently conducting analyses to inform possible improvements to increase performance in this area and better align timeframes with community expectations; and will look to leverage newer solutions such as eConsult and telehealth services when clinically appropriate to do so.

## EMERGENCY MEDICAL RESPONSE (CARRIED OVER FROM 2023-2025)

In 2018, CDCR launched a quality improvement initiative focused on the Emergency Medical Response Program (EMRP) aimed to reduce delays, improve and standardize

clinical response in emergencies, and enhance documentation of emergency responses within the prisons.

In 2025, an independent review of CDCR's Emergency Medical Response (EMR) System was conducted at the request of the federal Receiver, which provided several recommendations for CDCR to consider for improvements. Additionally, the Analysis of 2024 California Correctional Health Care Services Mortality Reviews reported a total of 133 Opportunities to Improve Emergency Medical Response Practice and Documentation among the 409 deaths that occurred, an uptick from the prior year's analysis, also signaling a continued need to focus on improving emergency medical response processes.

By continuing this as a priority area, CDCR will further explore opportunities to improve response times for patients to receive appropriate emergency care.

## SUBSTANCE USE DISORDER (CARRIED OVER FROM 2023-2025)

Since implementing the Integrated Substance Use Disorder Treatment (ISUDT) Program, CDCR has made significant progress identifying and treating substance use disorders among the incarcerated population. With one third of the incarcerated population diagnosed, Opiate Use Disorder is the most common chronic health problem in the California prison population.

Despite all the progress made through implementing the ISUDT Program, overdose deaths were the leading cause of death among incarcerated population in California prisons in 2023 and 2024. In a vast majority of those overdose deaths, illicit forms of fentanyl, alone or in combination with other drugs, was identified.

The catastrophic effects of fentanyl on CDCR's incarcerated population provides further need for improvements to support recovery and rehabilitation among individuals with SUD. The 2026-2028 Performance Improvement Plan continues the emphasis on this critical patient safety effort. Planned interventions include, but are not limited to, testing supportive housing models and continued implementation of the Peer Support Specialist Program and recovery resources, such as R1. Additional efforts include assuring continuity of care upon release to the community via CalAIM and maintaining high levels of Medication Assisted Treatment adherence and retention. The plan also addresses stimulant use disorders through contingency management, the availability of illicit drugs in prison, and the relationship between substance use disorders, violence, and the growing number of individuals placed in the mental health program.

## INFECTION CONTROL (CARRIED OVER FROM 2023-2025)

Medical Services' Public Health Branch and Nursing Services continue to develop and implement an Infection Prevention and Control Program for CDCR. Immunizations is an area for continued focused improvement, particularly for respiratory infections that

can spread rapidly through our high-density congregate setting and disproportionately impact older patients and those with higher disease burden, such as Influenza, COVID-19, and Respiratory Syncytial Virus. Under this priority area, CDCR will continue to develop and implement strategies promoting vaccine acceptance by all patients throughout the California prison system through peer advocacy, multi-media education campaigns, and healthcare provider promotion.

## Improvement Strategy

CDCR and CCHCS' statewide quality management system incorporates specific strategies to achieve performance objectives, as codified in Health Care Department Operations Manual Chapter 1, Article 2, Sections 1.2.3, 1.2.4, and 1.2.5.

# Exhibit J

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

**Date:** March 25, 2026

**To:** All Staff

**From:**

Signed by:
Rainbow Brockenborough MBA
45E33710A2B546F...
RAINBOW BROCKENBOROUGH, MBA, PCC
Deputy Director, Institution Operations
California Correctional Health Care Services

Signed by:
Jennifer Benavidez
4624D27581A4426...
JENNIFER BENAVIDEZ
Deputy Director, Facility Operations
Division of Adult Institutions

DocuSigned by:
Amar Mehta
46AE21AE5D5B4D3...
AMAR MEHTA, M.D.
Deputy Director, Mental Health
California Correctional Health Care Services
Services

DocuSigned by:
Dr. Renee Kanan
D65BF861AB2A44B...
RENEE KANAN, M.D.
Deputy Director, Medical Services
California Correctional Health Care

DocuSigned by:
Barbara Barney Knox
4A779D358DA14E1...
BARBARA BARNEY-KNOX, MBA, MA, BSN, RN
Deputy Director, Nursing Services
California Correctional Health Care Services

**SUBJECT: 2026 ANNUAL HEAT PLAN AND UPDATES**

This updated memorandum serves to remind institutions of the annual statewide Heat Plan (HP), highlight major requirements of the HP, and provide important updates regarding heat preparedness and implementation. During periods of excessive heat warnings, the institution's Warden and Chief Executive Officer (CEO) must ensure the institution's HP procedures are active, and coordinated efforts with the executive team are fully underway.

The purpose of the HP is to establish procedures for use during periods of excessive heat and to ensure all staff understand the required actions to prevent and respond to serious health and safety risks to incarcerated persons. This includes implementing specific HP requirements for incarcerated persons prescribed Heat Alert Medications, which may impair thermoregulation, the body's ability to regulate temperature. All institutions must update and implement their institutional procedures; provide staff training; ensure staff have access to all required forms; and maintain a tracking system to compile, file, and submit summary documentation to headquarters as outlined in the "Tracking and Reporting" section of this memorandum.

**Seasonal Implementation**

The HP shall be in effect annually from May 1 through October 31 and may be extended as needed based on temperature conditions.

**Responsible Owners of the Heat Plan**

The Warden and the CEO have overall responsibility for the institution's HP. When an institution outside air temperature is forecasted to reach 100 degrees Fahrenheit or higher, the Warden, CEO and their executive teams shall convene daily to coordinate, address and manage heat-related issues and action plans. If the institution outside air temperature is forecasted to reach 100 degrees Fahrenheit or higher over the weekend/holidays, the Warden, CEO and their executive teams shall meet on the last weekday prior to the weekend or holiday.

To ensure the well-being of staff and incarcerated persons, daily discussions should include, but not be limited to, the following heat-related topics:

- Heat Plan Stage Alerts and routine temperature monitoring (indoor and outdoor)
- Program impacts
- Staff-related impacts
- Incarcerated person-related impacts
- Facility related issues (i.e., Plant Operations, Chiller, Electrical, Central Kitchen functionality, etc.)
- Medical Warehouse (i.e., ensure the items requiring temperature control are maintained appropriately; if relocation is needed, ensure space and plan for relocation)
- Pharmacy (i.e., appropriate oversight of all medication refrigerators, contingency plan in case of outage, generator availability, etc.)
- Cooling stations (locations, as well as additional cooling and hydration measures, etc.)
- Daily documentation:
    - Daily verification of the electronic temperature log records and all heat logs as required
    - Daily verification of the housing unit logbook upon Stage III Heat Alert
    - Upon Stage III Heat Alert, verification of Medical Rounds and identification of incarcerated persons with symptoms of heat-related illness on CDCR Form-MH-7711-3 *(Medical Rounds Log (Stage III))*
    - Completion of meeting minutes
- Reasonable accommodation(s), as necessary

The Warden and CEO shall designate the Health Care Access Unit Associate Warden (HCA AW) and Chief Support Executive (CSE), or designees, to partner as the managers responsible for the HP, ensuring compliance, complete implementation, oversight and documentation. Additionally, the Heat Plan Coordinator shall be designated by the institution Warden in coordination with the CEO. The HCA AW and CSE, or designees, shall collaborate to ensure monthly oversight occurs during the HP season, via the Resource Management Subcommittee (RMS). Specifically, the RMS shall ensure a complete Heat Plan Package is submitted, reviewed and discussed during the monthly RMS Meeting, and reported to the institution Quality Management Committee (QMC) monthly, during the HP Season.

**Heat Alert Medications List**

Consistent with the HP, the department shall maintain and distribute annually a list of Heat Alert Medications for the purposes of the HP, pursuant to California Correctional Health Care Services (CCHCS) Health Care Department Operations Manual (HCDOM), Chapter 3, Article 3.5.13, *Heat Alert Medications*.

Heat Alert Medications have the potential to impair thermoregulation, which is the body's ability to regulate temperature. Any incarcerated person prescribed any of the medications found on the current *Heat Alert Medications List* (Attachment E ) is at greater risk for heat-related illness.

**Identification of Heat-Risk Incarcerated Person**

This HP shall apply to all incarcerated persons and includes specific requirements pursuant to the *Coleman HP* for those incarcerated persons taking Heat Alert Medications. Incarcerated persons taking Heat Alert Medications are referred to as heat-risk incarcerated persons for the purposes of the HP.

When the HP is in effect, institutional staff shall generate and distribute **daily** a list of all incarcerated persons currently prescribed any of the designated Heat Alert Medications. The list shall be generated using the Quality Management Heat Medications – Custody Report list that allows access to the Heat Medication Patient Registry. The Heat Medication Patient Registry can be found at: http://qmtools/Reports/report/QM/NonClinical/HeatMedicationsCustody .

You can find information on how to request access to the Custody Heat Medication Report at: cdcr.sharepoint.com/sites/cchcs_qm_com/Patient Registry Resource Center/Forms/All Documents.aspx?id=%2Fsites%2Fcchcs_qm_com%2FPatient_Registry_Resource_Center%2FHeat_Med Report_Custody - How to Access%2Epdf&parent=%2Fsites%2Fcchcs_qm_com%2FPatient_Registry Resource Center.

To ensure continuity and daily production, the list shall be printed prior to 0600 hours by the institution's Health Care Access Unit every Monday through Friday. The Triage & Treatment Area shall print the list prior to 0600 hours on Saturdays, Sundays, and holidays, and provided to the Watch Commander to ensure distribution to appropriate areas.

**Heat Stress Symptoms**

Upon prescribing a Heat Alert Medication, the prescribing provider shall inform each incarcerated person, including those who are not enrolled in the Mental Health Services Delivery System (MHSDS), of heat stress symptoms, which could be a result of taking the medication, as well as any recommended precautions, using Effective Communication. This shall be documented in the incarcerated person's health care record.

Prompt medical attention shall be provided whenever staff observe heat-related symptoms, or an incarcerated person reports heat stress concerns. When an incarcerated person is observed to have, or complains of, one or more of the following heat stress symptoms, staff shall immediately refer the incarcerated person to health care staff for evaluation and/or treatment:

- Flushed or dry feeling
- Red, flushed or mottled (discolored spots or blotches) skin, or skin that is turning bluish
- Cramping of muscles
- Mental confusion, sleepiness, coordination difficulties, or convulsive behavior
- Fainting, dizziness, lightheadedness, giddiness, or severe headaches
- Nausea or vomiting

**Routine Monitoring of Temperatures**

In accordance with the memorandum titled *"2026 HEAT PLAN UPDATE: RELEASE OF ELECTRONIC TEMPERATURE LOG,"* which is being released concurrently with this annual HP update, a new web-based Electronic Temperature Log has been developed to assist all institutions in meeting the requirements outlined in the annual HP for recording indoor and outdoor temperatures. The new Electronic Temperature Log can be accessed here: Electronic Temperature Log.

Effective May 1, the first day of the annual HP cycle, all institutions are required to utilize this application to record indoor and outdoor temperatures. The Electronic Temperature Log shall replace the paper-based temperature logs - CDCR Form 2030 (*Outside Temperature Record*) and CDCR Form 2031 (*Inside Temperature Record*). With electronic recording of indoor and outdoor temperatures, the temperature data previously submitted through paper CDCR Form 2030 (*Outside Temperature Record*) and CDCR Form 2031 (*Inside Temperature Record*) will now be automatically compiled and accessible in the following report: CDCR Temperature Tracker. Effective May 1, 2026, temperatures recorded using the Electronic Temperature Log will be combined and accessible for reporting on the "All Data" page. Instructions on how to export and report the temperature information can be viewed here: CDCR Temp Tracker Export Data Guide.

**Downtime Process**

In the event of power or internet interruption resulting in the Electronic Temperature Log being inaccessible for any period, staff will utilize the paper CDCR Form 2030 (*Outside Temperature Record*) and CDCR Form 2031 (*Inside Temperature Record*) to record the temperatures required, until the Electronic Temperature Log interruption has been resolved. Once connection to the Electronic Temperature Log is restored, the Health Care Access Unit Associate Warden and/or Program Supervisors will designate staff to enter the data documented on paper CDCR Form 2030 (*Outside Temperature Record*) and CDCR Form 2031 (*Inside Temperature Record*) into the Electronic Temperature Log within two (2) business days, with notation as to the reason for delayed entry, to ensure data integrity.

From May 1 through October 31, or any other time temperatures are expected to exceed 90 degrees Fahrenheit outdoors, custody supervisors shall monitor the Electronic Temperature Log application, ensuring staff are entering indoor and outdoor temperatures at the appropriate timeframes as outlined in this HP.

1. Routine outdoor temperature monitoring
    a. The Warden or designee shall ensure an accurate thermometer is located in a central, heat-neutral location to monitor outside air temperatures.
    b. Outside air temperatures shall be recorded in the Electronic Temperature Log via the CDCR Form 2030 (*Outside Temperature Record*), every hour, every day, from May 1 through October 31 of each year, or any other time the outdoor temperature is expected to rise above 90 degrees Fahrenheit.
2. Routine indoor temperature monitoring
    a. Temperatures shall be taken at the highest physically located temperature sensor, or, in its absence, the highest accessible non-air-conditioned location where incarcerated persons are housed, which could include a temperature taken within an incarcerated person's cell.

b. Inside air temperatures shall be recorded in the Electronic Temperature Log via the CDCR Form 2031 (*Inside Temperature Record*), every three hours, daily from May 1 through October 31.
   i. The documented highest temperature shall be used to activate Stage II of the HP whenever the indoor temperature reaches 90 degrees Fahrenheit or higher.

c. Any interruption in the functioning of an air-conditioned area shall require immediate temperature monitoring as outlined in the respective heat alert stage criteria below.

3. The Correctional Plant Manager (CPM) shall ensure testing of all thermometers located within the housing unit(s) and outdoors is conducted in April and July of each year to ensure accuracy. This testing requirement shall be generated through the preventive maintenance work order system for auto-scheduling every April and July. Upon completion of the testing, the CPM or designee shall provide proof of practice memorandum to the institution's Heat Plan Coordinator verifying that all thermometers have been tested, noting the condition of each thermometer, and confirming they are in working order. This proof of practice shall also be submitted to the RMS.

**Stage I Heat Alert**

A Stage I Heat Alert occurs when the outside temperature rises to 90 degrees Fahrenheit or more. The Warden or designee shall activate and announce the Stage I Heat Plan institution-wide, and heat-risk incarcerated persons shall be called to "Return to Housing." Heat-risk incarcerated persons are not required to return to their housing units when outside temperatures rise to 90 degrees Fahrenheit if cooling measures are initiated or incarcerated persons are working, or otherwise present, in air-conditioned environments that remain below 90 degrees Fahrenheit. All other heat-risk incarcerated persons shall be called back to their housing units. All heat-risk incarcerated persons are restricted to a maximum of 30 minutes outside to perform officially sanctioned activities, such as returning to housing units and receiving medical attention. This time is not to be used for leisure activities.

A Stage I Heat Alert shall be deactivated when the outside temperature has fallen below 90 degrees Fahrenheit for one hour.

**Stage II Heat Alert**

A Stage II Heat Alert occurs when the temperature inside any area occupied by incarcerated persons rises to 90 degrees Fahrenheit or more. The Warden or designee shall activate the Stage II Heat Plan in the affected area. Staff shall initiate cooling and hydration measures, which may include but are not limited to, providing cool drinking water (assess regularly), showers, and/or misting, ensuring areas are equipped with fans, etc. Staff shall also increase observation of incarcerated persons for signs of heat-related illness and report any symptoms to health care staff. In addition, staff shall provide education to incarcerated persons regarding heat-related illness.

A Stage II Heat Alert shall be deactivated when the inside temperature has fallen below 90 degrees Fahrenheit for one hour.

**Stage III Heat Alert**

A Stage III Heat Alert occurs when the temperature inside any area occupied by incarcerated persons rises to 95 degrees Fahrenheit or more. The Warden or designee shall activate the Stage III Heat Plan in the affected area. The Physician on Call (POC) shall be notified, via the Watch Commander or Administrator Officer of the Day (AOD), after normal business hours regarding the activation of the Stage III Heat Alert.

The CEO, or the Chief Medical Executive as the CEO's designee shall decide whether the POC may remain off grounds or shall be physically present at the institution.

Nursing or other medically trained personnel shall visit the applicable areas to observe and assess each heat-risk incarcerated person and perform medical rounds documenting on the CDCR Form MH-7711-3, (*Medical Rounds Log)*.

Nursing staff performing these rounds shall also document on the "Stage Three Heat Med Round" PowerForm in the Electronic Health Record System (EHRS), at least once every two hours during the period the inside temperature remains at 95 degrees or above and record the incarcerated person's condition.

If any incarcerated person displays heat stress symptoms, they shall be provided with cooling and hydration measures and sent to the Triage and Treatment Area to receive medically indicated treatment.

A Stage III Heat Alert shall be deactivated when the inside temperature has remained below 95 degrees Fahrenheit for one hour. Thereafter, Stage II and Stage I Heat Alerts shall be applied as appropriate based on the corresponding criteria outlined above.

**Tracking and Reporting**

Institution HP Coordinators shall submit a CDCR Form MH-7711-1 (*Heat Plan Monthly Summary Report)* (Attachment A) with complete HP package, as outlined below, containing the previous month's heat-related activities to the Statewide Mental Health Program headquarters by the fifth business day of the following month, signed by the CEO and Warden. The first CDCR Form MH-7711-1 (*Heat Plan Monthly Summary Report)* for May 2026 is due by June 5, 2026, and shall be submitted to the Statewide Heat Plan Coordinator, via email: m_MHProgramHeatPlan@cdcr.ca.gov.

Additionally, the complete Heat Plan Package that will be submitted to RMS and QMC, is to be gathered at the institution monthly as outlined below, from May 1 through October 31 of each year, filed for review in an easily accessible manner with the institution's HP Coordinator, and retained consistent with departmental records retention policies and procedures. A complete Heat Plan Package shall include the following:

- CDCR Form 7711-1 (*Heat Plan Monthly Summary Report*) signed by the Warden and CEO.
  - The HCA AW and CSE, via RMS, shall ensure concordance between the CDCR Form 7711-1 (*Heat Plan Monthly Summary Report)* and the corresponding eHCIR submissions prior to routing the documents to the Warden and CEO.
- Inside and Outside Temperature records downloaded from CDCR Temperature Tracker (Attachment B)
- CDCR Form-MH-7711-2 (*Heat Incident Log)* (Attachment C)
- CDCR Form-MH-7711-3 (*Medical Rounds Log* (Stage III)) (Attachment D)
- Weekly List of Heat-Risk Incarcerated Persons for the respective month in review

Pursuant to HCDOM 1.2.7, *Institution Patient Safety Program,* "All California Department of Corrections and Rehabilitation/California Correctional Health Care Services (CCHCS) staff have a duty to report health care incidents using the centralized electronic Health Care Incident Reporting (eHCIR) system within 24 hours of occurrence or discovery. The eHCIR is available to all staff via Lifeline (Quality Management - Home) and allows health care incidents to be submitted anonymously."

Health care incident reports are used to identify, evaluate, and address suspected heat related incidents resulting from environmental heat conditions for institutional patient safety efforts. The eHCIR includes a checkbox indicating that the incident is a "Heat Medication Related Illness." Please note all heat related illnesses shall be documented in the EHRS and the eHCIR, whether the incarcerated person is taking a heat alert medication or not.

**Reasonable Accommodations**

To ensure all heat-risk incarcerated persons are afforded equal access to programs, services, and activities during Heat Alerts, institutions shall devise and include any reasonable accommodations when revising their Local Operating Procedure (LOP). The following are examples institutions could provide to heat-risk incarcerated persons as possible forms of reasonable accommodation:

- Modified yard times (i.e. scheduled during cooler periods of the day)
- Additional dayroom/inner wing program opportunities
- Recreation gymnasium programs during summer/warmer months

Any reasonable accommodation provided for heat-risk incarcerated persons during heat alert activation shall be documented in the institution's Daily Activity Report. Institution LOPs shall include what specific reasonable accommodations will be provided in each facility when heat-risk incarcerated persons are recalled from outdoor activities.

**Traditional Sweat Lodge**

Conditions in the Traditional Sweat Lodge (high temperature and high humidity) pose very serious health risks for heat-related illness. Participation is not medically recommended for those prescribed Heat Alert Medications, which can impair the body's ability to regulate temperature. However, incarcerated persons may still attend the traditional sweat lodge, at their own risk.

Incarcerated persons may consult with their Spiritual Advisors to consider alternatives to the Sweat Lodge Ceremony that do not involve excessive heat or humidity.

**Local Operating Procedure**

In coordination with and in addition to the requirements in the HP, institutions are required to identify and include in their updated HP Joint LOP, the following information:

- The communication pathway to ensure the following is provided to the staff and incarcerated population:
    - Characteristics that might make a person particularly susceptible to heat-related illness
    - Signs and symptoms of heat-related illness
    - When to seek urgent help
    - The resources and educational materials available to staff and incarcerated people during periods of excessive heat
- Medical Warehouse (i.e. ensure the items requiring temperature control are maintained appropriately; if relocation is needed, ensure space and plan for relocation is documented)
- Pharmacy (i.e., appropriate oversight of all medication refrigerators, contingency plan in case of outage, generator availability, etc.)
- Information regarding the institution's cooling stations (locations, as well as additional cooling and hydration measures, etc.)
- Process for documentation verification:

  - Daily verification of the Electronic Temperature Log records and all heat incident logs as required
  - Daily verification of the housing unit logbook upon Stage III Heat Alert
  - Upon Stage III Heat Alert, daily verification of the Medical Rounds Log
- Reasonable accommodation(s) as necessary
- The classification(s) of staff members (such as nursing or other medically trained personnel) who shall be assigned to perform the Stage III rounds/monitoring
- The local process to ensure maintenance of the mechanical and ventilation systems as needed
- Space Allocation (contingency plan)
  - Identify adequate space for the most vulnerable incarcerated persons to relocate, if necessary, in accordance with institutional design. Identification of those at increased risk ("most vulnerable") shall be through consultation with health care staff and shall occur as needed through all heat alert stages.
  - Identify additional air-conditioned space for staff to relocate if necessary.

The Wardens and CEOs shall both sign the Joint LOP, and submit the revised 2026 HP LOP, with any changes identified, to the following email address: m_MHProgramHeatPlan@cdcr.ca.gov by Friday, April 10, 2026. Wardens and CEOs shall include their respective Associate Directors and Regional Health Care Executives on the Joint LOP Submission.

**Staff Training and Education for Incarcerated Population**

Annual Heat Related Pathologies training (BET code 11053481), which includes what to do when heat stress symptoms are identified and/or reported, shall be provided to custodial and clinical staff, in addition to training on your institution's HP Joint LOP. Consistent with the California Model, information relative to process and resources available to staff can be found in the Injury Illness Prevention Plan https://cdcr.sharepoint.com/sites/CDCR_IIPPATDBiosafety and the LOPs.

From May 1 through October 31, institution leaders shall also engage the local Incarcerated Person Advisory Council, and/or Peer Support Specialists in discussions regarding the HP efforts. Institutions can find brochures, flyers, posters, and videos to support local educational campaigns for incarcerated persons at this link: Heat Plan, including an order form if institutions would like educational materials printed by headquarters and shipped to the institution.

If you have any questions, please contact the Statewide Heat Plan Coordinator, Policy Support, Statewide Mental Health Program, CCHCS, via email: m_MHProgramHeatPlan@cdcr.ca.gov .

Attachments

cc: Brittany Brizendine, PsyD, Director, Health Care Services
Gena Jones, Director, Division of Adult Institutions
Sarah Larson, Director, Facility, Planning and Construction Management
Patrick Eaton, Director, Corrections Services
Kevin Myers, DDS, Deputy Director, Dental
Annette Lambert, Deputy Director, Quality Management
DeAnna Gouldy, Deputy Director, Policy and Risk Management Services
Michelle Weaver, Deputy Director, Facility, Planning and Construction Management

Assistant Deputy Directors, Statewide Mental Health Program
Regional Health Care Executives
Associate Directors, Division of Adult Institutions
Regional Mental Health Administrators
Regional Chief Psychiatrists
Regional Deputy Medical Executives
Regional Chief Nurse Executives
Regional Pharmacy Services Managers
Regional Dental Directors
Coleman Receiver's Team

# CDCR TEMPERATURE TRACKER: How to Export Data

**CLICK TO ACCESS THE CDCR TEMPERATURE TRACKER**

1. Click on 'All Data' on the left panel.
2. Select the 'Institution' in the drop down.
3. Click on 'Select the Log Date Range' and select reporting month.
4. Hover over the last column to the right and click on ...




5. Select 'Export Data' from the menu.
6. In the pop up, ensure 'Data with current layout' is selected and click 'Export'.
7. Locate the file in your Downloads folder and click 'Open File'. An Excel file will open with the temperature data for your selected institution, facility within the date range you selected.







| Facility | Housing U | Temperature Reading Location | Log Date | Log Time | Temperatu | Stage Heat Alert |
|---|---|---|---|---|---|---|
| ESP-Facility D | 001 | 2nd | 7/21/2025 | 0300 | 76 | |
| ESP-Facility D | 001 | 2nd | 7/21/2025 | 0600 | 74 | |
| ESP-Facility D | 001 | 2nd | 7/21/2025 | 0900 | 75 | |
| ESP-Facility D | 001 | 2nd | 7/21/2025 | 1200 | 76 | |
| ESP-Facility D | 001 | 2nd | 7/21/2025 | 1500 | 79 | |

**!** **Verify the temperature data is complete and correct and then send to your institution's Litigation Coordinator to be included with the Monthly Heat Plan Package.**

# Exhibit K

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | March 30, 2026 |
| **To:** | All Staff |
| **Subject:** | **ELECTRONIC TEMPERATURE LOG** |

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are modernizing the recording and reporting requirements associated with the annual Heat Plan (HP). As part of this initiative, a new web-based Electronic Temperature Log has been developed to assist institutions in meeting the requirements outlined within the annual Heat Plan.

The new Electronic Temperature Log can be accessed here: Electronic Temperature Log.

Effective May 1, 2026, the first day of the annual Heat Plan cycle, all institutions are required to utilize this application to record indoor and outdoor temperatures. The electronic temperature record will replace the paper-based CDCR Form 2030, Outside Temperature Record (04/18) and the CDCR Form 2031, Inside Temperature Record (04/18).









**Downtime Process**
In the event of power or internet interruption resulting in the Electronic Temperature Log being inaccessible for any period, staff will revert to paper documentation until the Electronic Temperature Log interruption has been resolved. Once connection to the Electronic Temperature Log is restored, the Health Care Access Unit Associate Warden and/or Program Supervisors will designate staff to be responsible for entering the data documented on the paper CDCR Forms 2030 and 2031 into the Electronic Temperature Log within two (2) business days, (with notation as to the reason for delayed entry), ensuring data integrity.

**Indoor and Outdoor Temperature Reporting:**
With electronic recording of indoor and outdoor temperatures, the temperature data previously submitted through paper CDCR Forms 2030 and 2031 will now be automatically compiled and accessible in the following report: CDCR Temperature Tracker.

Starting May 1, 2026, temperatures recorded using the Electronic Temperature Log will be accessible on the "All Data" page. Instructions on how to export and report the temperature information can be viewed here: CDCR Temp Tracker Export Data Guide

**Division of Adult Institutions:**
Custody managers, supervisors, officers, and litigation coordinators have been provided access to the Electronic Temperature Log. Should additional staff require access to the Electronic Temperature Log, a remedy ticket is to be submitted through Login - Enterprise Service Hub (CDCR Staff) and include the text "Request to be added to the CCHCS active directory group: **App-CPHCS-QMTools-HeatPlan-Members."**

All custody staff will be automatically enrolled in the eLearning module titled "*Electronic Temperature Log Application – OJT – 11064601*." Hiring Authorities shall ensure **all** custody staff complete the eLearning module prior to the first day of the annual Heat Plan cycle, May 1, 2026. A Proof of Practice (POP) memorandum confirming completion shall be submitted to the Regional Associate Director by close of business on April 30, 2026.

To ensure standardization of these routine requirements, the language provided in this memorandum shall be incorporated into all applicable Local Operational Procedures and Post Orders concurrently with the 2026 Annual Heat Plan. A POP memorandum confirming the incorporation of this language shall be submitted to the Regional Associate Director within 30 calendar days of the date of this memorandum.

From May 1st through October 31st, or any other time temperatures are expected to exceed 90 degrees Fahrenheit outdoors, custody supervisors shall monitor the Electronic Temperature Log application, ensuring staff are entering indoor and outdoor temperatures at the appropriate timeframes as outlined in the current Heat Plan policy.

**All Other CDCR Staff:**
Should staff require access to the Electronic Temperature Log, a remedy ticket is to be submitted through CCHCS Service Portal - CCHCS - Service Portal (CCHCS Staff) and include the text "Request to be added to the CCHCS active directory group: **App-CPHCS-QMTools-HeatPlan-Members** ".

# MEMORANDUM



To learn how to use the Electronic Temperature Log, please instruct staff to review the following training video and user guide. These resources provide step-by-step instructions for recording temperatures into the Electronic Temperature Log and reviewing change history for audits and reviews.

**Training Video**: Video - Temperature Log Presentation Overview and How To.mp4
**User Guide**: User Guide – Temperature Log App

Additional training webinars will be scheduled and forwarded to each institution's Heat Plan Coordinators on:

- Monday, April 13, 2026, at 0900-0930 hours
- Monday, April 13, 2026, at 1530-1600 hours
- Tuesday, April 14, 2026, at 1200-1230 hours

If you have any further questions or need further assistance, please do not hesitate to reach out for help at QMStaff@cdcr.ca.gov.

Signed by:
Rainbow Brockenborough MBA
45E33710A2B546F...
RAINBOW BROCKENBOROUGH, MBA, PCC
Deputy Director, Institution Operations
California Correctional Health Care Services

Signed by:
Jennifer Benavidez
4624D27581A4426...
JENNIFER BENAVIDEZ
Deputy Director, Facility Operations
Division of Adult Institutions

cc: Brittany Brizendine, PsyD, Director, California Correctional Health Care Services
Gena Jones, Director, Division of Adult Institutions
Sarah Larson, Director, Facility, Planning and Construction Management
Patrick Eaton, Director, Corrections Services
Kevin Myers, DDS, Deputy Director, Dental
Annette Lambert, Deputy Director, Quality Management
DeAnna Gouldy, Deputy Director, Policy and Risk Management Services
Michelle Weaver, Deputy Director, Facility, Planning and Construction Management
Regional Health Care Executives
Associate Directors, Division of Adult Institutions
Regional Mental Health Administrators
Regional Chief Psychiatrists
Regional Deputy Medical Executives
Regional Chief Nurse Executives
Regional Pharmacy Services Managers
Regional Dental Directors
In-Service Training Managers

# Exhibit L

# Analysis of the California Department of Corrections and Rehabilitation Emergency Response System: Critique and Recommendations

## Introduction and qualifications:

The scope of this project is to evaluate the current functioning of the Emergency Response System within the prisons of the California Department of Corrections and Rehabilitation (CDCR), identify weaknesses and problems, and make recommendations as to how it could be improved.

I am a Board-Certified Emergency Physician and a Fellow of the American College of Emergency Physicians (FACEP). I practiced as an emergency physician for 24 years in a busy Level II Trauma Center. My subspecialty was EMS. I served for 25 years as the Medical Director of the City/County Fire Department paramedics. I also served as the Medical Director to numerous rural volunteer ambulance services. I helped found and was the first Medical Director of Air Idaho Rescue, an air ambulance service.

Later, my career took me to correctional medicine, where I have worked for 22 years in both jails and prison systems. I have extensive experience providing direct clinical care to incarcerated patients as well as administrative experience supervising medical operations in jails and prisons.

## Study Objectives

The CDCR Receiver provided me with the following overall goals for my review:

*“Contractor shall provide CDCR with the following services:*

1. *Review all Emergency Medical Response Program (EMRP) policies and procedures to identify and report, in the manner requested by the Receiver or his designee, any improvements that the Contractor recommends for the CDCR correctional setting to address the speed of 9-1-1 activation.*

2. *Review EMRP data for calendar year 2023 and render an opinion, in the manner requested by the Receiver or his designee, regarding how well the program is currently operating and if 9-1-1 activation delays led to bad outcomes.*
3. *Review the last 100 send-outs from California State Prison, Los Angeles County, and Richard J. Donovan Correctional Facility to report, in the manner requested by the Receiver or his designee, on whether diagnostics were ordered in-house and determine whether the send-out was clinically necessary or instead could have been handled safely within the institutional setting.*
4. *Opine, in the manner requested by the Receiver or his designee, on the utility of an emergency medicine consultation service to provide real-time consultation to institutions regarding evaluation and treatment of patients who present to the institution Triage and Treatment Area.*
5. *Review EMRP data for calendar year 2023 and render an opinion, in the manner requested by the Receiver or his designee, regarding how well the program is currently operating.*
6. *Opine whether 9-1-1 activation delays led to bad outcomes."*

I reviewed the following to formulate my opinions:

1. Chart Reviews.
    a. 100 consecutive ambulance transports from May-June, 2024 from the LA County prison (LAC) in Lancaster, California
    b. 100 consecutive ambulance transports from May-June, 2024 from the Richard J. Donovan (RJD) prison in San Diego County.
    c. 402 emergency activation cases chosen at random from 2023 CDCR emergency activations.
    d. 138 additional charts chosen at random from 2023 CDCR emergency transports.
2. Materials reviewed

a. CDCR Health Care Department Operations Manual, Chapter 3 Article 7 Emergency Medical Response.
b. Emergency Medical Response Training Instructor Guide.
c. Emergency Medical Response and Unscheduled Transport Event Checklist.
d. Automation and Integration of clinical Information in Alignment with the Standard of Care: Analysis and Recommendations.
e. Emergency Medical Response Program SBAR: CDCR Peace Officer First Responder Regulations and Training Requirements.
f. HSI Community Adult First Aid/CPR/AED Student Handbook.
g. RN Standardized Procedures (RNSPs) dated 3/2024.
h. RJD materials
    i. RJD Emergency Medical Response Review Committee Minutes.
    ii. RJD Naloxone Cases & Disposition.
    iii. Post Narcan Response Management.
    iv. Interchest Pilot Program.
i. LA Fire Department CDCR (LAC) 911 Utilization.
j. LAC EMRRC Minutes.
k. Post Narcan Response Management Initial Training.
l. Post Narcan Response Management Secondary Training.
m. TTA Narcan Monitoring Guidelines.
n. CDCR Emergency Response Policies and Procedures (P&Ps).
o. NSB Plan for Community Emergency Medical Services Interface with California Prison Health Care Service.
p. Emergency Medical Services (EMS) Interface Project – Statewide Launch Memo.

3. Tours.
    a. I toured the emergency medical operations at LAC prison on March 10-11, 2025.
    b. I toured the emergency medical operations at RJD prison on March 13-14, 2025.

c. Interviews at LAC and RJD:
    i. The CEOs of Health Care Operations.
    ii. The Facility Medical Directors.
    iii. The TTA Medical Directors.
    iv. An LVN and a Psych Tech.
    v. TTA RNs.
    vi. Custody Officers who provide Emergency Training.
    vii. Several Custody Officers at both facilities.
    viii. LA County Fire Department Medical Director, and the Fire Chief and Station Captain of the Station primarily responsible for responding to 911 calls to LAC.
    ix. San Diego County Fire Department Medical Director, and the Fire Chief and Station Captain of the Station primarily responsible for responding to 911 calls to RJD.
    x. Antelope Valley Hospital Emergency personnel.

Limitations:

1. LAC and RJD are large prisons in an urban setting. My analysis of emergency responses and TTA functions at these two prisons may not represent the reality for older or smaller prisons or those in a more rural setting. To be efficient but also cost-effective, EMS systems must be tailored for the population they serve.
2. The charts I reviewed from LAC and RJD were from June and July 2024. The rate of emergency responses at RJD has decreased since June/July 2024, while the rate of emergency responses at LAC has increased since then.




**Standards of Emergency Preparedness and Response.**

I compared the CDCR Emergency Medical Response System with the standard practice of other Emergency Medical Systems (EMS).

**EMS Mission Statement**. The Mission of an Emergency Response System is to deliver life-saving emergency care to patients as soon as possible. EMS systems have two ways to do this.

1. They deliver life-saving care to emergency patients in the field.

   And

2. They transport emergency patients to a medical facility to receive life-saving care there.

Either way, the goal of EMS is to minimize the time it takes to provide patients with life-saving emergency care.

Life-saving emergency medical interventions include:

1. **Automated External Defibrillators (AEDs)**. Each year in the US, AEDs save the lives of hundreds of people who have experienced cardiac arrest, such as ventricular fibrillation. The early availability of an AED more than doubles the chance of survival following cardiac arrest.[1]

[1] https://www.nih.gov/news-events/nih-research-matters/bystanders-save-lives-using-defibrillator-cardiac-arrest



[2]

The sooner the AED is applied and delivers a defibrillating shock, the more effective it is in saving lives. Every minute that of delay in utilizing the AED decreases the success rate by 10%.[3]

2. **Cardiopulmonary Resuscitation (CPR)**. If a patient has had a cardiac arrest, CPR can be life-*saving if it is quickly followed by AED defibrillation*. CPR *by itself* is much less likely to save that life.[4]




3. **Naloxone (Narcan)**. If a patient has had a respiratory arrest due to an overdose of an opiate, such as heroin or fentanyl, Narcan saves lives by immediately reversing the respiratory depressant effect of opiates. The

---

[2] https://www.sca-aware.org/sites/default/files/downloads/sca-infographic-flyer-letter-2022-web_0.pdf
[3] https://www.nih.gov/news-events/nih-research-matters/bystanders-save-lives-using-defibrillator-cardiac-arrest
[4] https://pubmed.ncbi.nlm.nih.gov/20394876/

sooner an opiate overdose patient receives Narcan, the more likely it is that it will save a life.

4. **Basic Life Support (BLS)**. BLS training teaches First Responders several skills with the potential to save lives, including:
    a. How to rapidly assess emergency patients, including how to take and interpret vital signs. Vital signs are “vital” because they are essential to knowing how sick a particular patient is and how patients are changing over time, i.e., whether they are stable or unstable.
    b. How to secure a patient’s airway and how to ventilate a patient who is not breathing.
    c. Trauma training, including how to care for stabbing victims.
    d. Principles of Triage, i.e. deciding which patients need rapid transport to a Trauma or Cardiac center.
    e. Proper techniques of preparing a patient for transport, including c-spine immobilization.

    Each of these skills can be life-saving for many patients.

5. **Advanced Cardiac Life Support (ACLS)**. ACLS teaches several more skills that can save lives. Examples include intravenous (IV) lines, tracheal intubation, surgical cricothyrotomy, transcutaneous heart pacing, and the use of many life-saving drugs. Paramedics and medical practitioners must learn ACLS skills. Many RNs take this training as well.
6. **Medical practitioner examination and evaluation**. Medical practitioners are taught how to perform comprehensive physical examinations, and how to use tests and imaging (e.g., EKGs, laboratory tests and x-rays) to evaluate emergency patients. Practitioners are further taught how to accurately do risk assessments and make definitive diagnoses. Practitioners can determine which patient with abdominal pain needs surgery and which can be treated with medications and sent home. They can use Risk Assessment Algorithms to determine whether a patient with chest pain is having a heart attack, a pulmonary embolism or something benign. They know how to

differentiate a stroke requiring emergency transportation from benign mimics, like Bell's Palsy. Practitioners are also able to definitively treat many urgent problems, such as suturing lacerations, immobilizing fractures and giving therapeutic medications.
*The time to deliver a patient to a medical practitioner is an independent predictor of successful outcome to medical emergencies*.

7. **Some emergencies are definitively treated only at a hospital**. This includes patients who need surgery, cardiac procedures, and stroke care. However, not all hospitals are able to offer these high-level interventions. Transfers between hospitals may need to occur for some emergency patients. The ability of a particular hospital to deliver high-level emergency care may need to be considered when arranging EMS transportation.

EMS is designed to optimize the delivery of life-saving care to patients in the system. The optimal method varies from system to system. A remote rural EMS system may use a community ambulance to provide AEDs and BLS and an EMS helicopter to get early ACLS care to patients. An urban area may use ACLS ambulances exclusively. An airport may position AEDs at several convenient locations and train Custody in BLS skills.

EMS planners must anticipate what type of emergency events they are likely to see, how many are likely to occur and design a system optimize delivery of life-saving care to these patients in a cost-efficient manner. EMS planning for a rodeo will be different than EMS planning for a symphony.

However, all Emergency Medical System organization includes the following.

1. **Policies and Procedures (P&P)**. P&Ps should cover the entire course of the emergency response, including preparedness (equipment and training), initial emergency response activation, the actions of all personnel who respond to the emergency, and final disposition of the patient.

2. **Training**. All personnel who respond to emergency activations must have appropriate training corresponding to their level of certification and activity.
3. **Equipment**. All appropriate equipment necessary to evaluating, treating, and transporting emergency patients must be available at each level of emergency response. There must be a system of checking and restocking equipment so that it is always available.
4. **Staffing**. There must be sufficient staff in place at each level of patient care to respond appropriately to emergency activations. Staffing must take into consideration the population served and have redundancies, if necessary, to be able to respond to more than one emergency at one time.
5. **Communication**. Emergency personnel must be able to communicate with the scene, with other emergency personnel and with receiving institutions.
6. **Practice Drills**. Emergency medical responses should be practiced periodically to ensure competent performance.
7. **Oversight**. Oversight includes
    a. Administration that verifies that P&Ps are in place, training is occurring, all necessary equipment is available, and all necessary staff are in place.
    b. Retrospective reviews and Continuous Quality Improvement (CQI) studies to identify problems, weak areas, and opportunities for improvement.
8. **Relationships**. Emergency Medical Systems should maintain a professional and congenial relationship between each level of emergency responders and with partners in the delivery of emergency care, such as:
    a. The 911 responders, such as the local Fire Department.
    b. BLS ambulance service providers.
    c. The local hospital emergency departments.
    d. The community at large.

9. **Documentation**. Each step of the emergency response must be appropriately documented.

**Description of the Emergency Response System at LAC and RJD**

LAC and RJD prisons each house around 3,100 - 3,400 incarcerated people plus around 1,000 employees for a total of over 4,000 people who could potentially have an emergency need.

LAC and RJD prisons consist of 4 linked autonomous housing areas, each containing around 700-800 incarcerated persons housed in 4-5 buildings. RJD has a fifth freestanding "Echo" housing area approximately 0.6 mile away from the main prison complex. LAC also has one freestanding minimum custody housing unit, which is located approximately ½ mile outside the main prison sally port.

Each housing area has an associated medical clinic, which is staffed by primary medical practitioners (PCPs) and registered nurses (RNs) on 2nd Watch (6:00 AM - 2:00 PM) Monday through Friday (M-F). RNs from the medical clinic respond to emergency activations in their housing area when they are on duty. Emergency patients can be sent to the medical clinic for an evaluation by a PCP during these hours, as well.

Each housing area has several Licensed Vocational Nurses and psychiatric technicians (LVN/PTs) on duty during 2nd and 3rd watches (6:00 AM-10:00 PM) seven days a week, who respond to emergency calls as Health Care First Responders (HCFRs).

Central to the 4-5 main housing areas is the Triage and Treatment Area (TTA), which is the primary emergency response center for each prison. TTA facilities have 4-5 patient examination and observation rooms equipped in a similar manner to those in a community urgent care clinic.

During 1st Watch (10 PM to 6 AM), there are few LVNs or PTs on duty so that an RN from the TTA usually acts as the Health Care First Responder for most emergency activations.

When community ambulances arrive at the prison, they must be admitted through the Sally Port and then proceed to the nearby TTA, where they usually pick up their patient. Rarely, the ambulances proceed all the way to the housing unit.

**Emergency Response Procedure**

If an incarcerated patient communicates that they have an emergency, or if discovered by staff to be having a medical emergency, the following personnel will respond:

**First Responders**. Correctional Officers (COs or Custody) are the first personnel to respond to emergency activations, and are referred to in the Policies and Procedures as "*First Responders*" (CO First Responders). The only times when COs would not be the first personnel to respond is when the emergency activation occurs in a medical clinic. When a CO First Responders identify a medical emergency, they activate the facility Emergency Response Process, which notifies medical personnel to respond. CO First Responders are also empowered to activate 911 at their discretion. Importantly, despite being designated "First Responders" (which implies some level of professional training), CO First Responders are actually considered by the CDCR Emergency Response System to be laymen.

**Health Care First Responders**. Licensed Vocational Nurses/Psychiatric Technicians (LVN/PTs) and Registered Nurses (RNs) are collectively referred to as Health Care First Responders (HCFRs). HCFRs are required to be certified in Basic Life Support (BLS). Most also receive 40 hours of extra Emergency Medical Response Training given by the CCHCS Emergency Medical Response Program. HCFRs respond to emergency activations in two deployments.

During 2nd and 3rd Watch (from 6:00 AM until 10:00 PM) seven days a week, the first HCFRs to respond to an Emergency Activation are the LVNs and PTs working in the housing area where the incident occurred. The LVN/PTs fill out a "First Medical Responder" form documenting their involvement in the emergency response.

Registered Nurses (RNs) usually respond to the emergency activation only if requested by the LVN/PTs. When this happens, an RN can respond from the medical clinic during 2nd Watch, 6 AM to 2:00 PM, M-F. When the clinic is not open, an RN from the TTA responds. The RNs fill out a "Primary and Secondary Assessment" form documenting their actions. During 1st watch, when no LVN/PTs are on duty, TTA RNs act as the 1st HCFRs to respond to emergency activations.

LVN/PTs can activate 9-1-1, but they cannot cancel a 9-1-1 call made by a CO. Only an RN or practitioner can do that. RNs can also cancel the entire emergency activation and send the patient back to their housing unit.

4. **Transport to the Triage and Treatment Area (TTA)**. The next step in most emergency responses is to transport the patient from the scene to a medical facility. When the medical clinic is open, and the HCFR deems it appropriate, the patient can go there. Otherwise, the patient is taken to the TTA facility. Some patients are taken to the TTA in a wheelchair. The other mode of transportation is to transport the patient via a Medical Emergency Response Vehicle (MERV), which can be as sophisticated as an ambulance or as simple as a golf cart with a stretcher attached.

5. **Evaluation in the Triage and Treatment Area (TTA)**. Upon arrival at the TTA, the patient undergoes a medical evaluation, monitoring, and treatment. The TTA RN documents these encounters in a "Emergency Response/TTA RN Summary." During 2nd watch (from 6:00 AM to 2:00 PM), Monday – Friday (i.e. 20% of the time), a medical practitioner is assigned to the TTA, and can assess the patient there. At all other times, there is usually no practitioner present in the TTA and the TTA nurses communicate with an on-call practitioner. The on-call practitioner can respond in person to the TTA after hours but rarely does so.

After patients have been assessed, monitored, and treated in the TTA, the TTA RN may send the patient back to housing without notifying the practitioner on call (POC). If the TTA RN does contact the POC, this TTA practitioner (whether on site or on call) makes the decision to either send the patient back to prison

housing or send the patient to an emergency department at a local hospital, referred to as sending the patient to a Higher Level of Care (HLOC).

It is important to consider how a practitioner makes this decision.

There are two basic reasons to send a patient to an emergency department. First, the practitioner has determined that the patient has—or may have—a true medical emergency. This includes patients who the practitioner suspects may be having a stroke or a heart attack, but also patients who need surgery (e.g. a stabbing victim or a patient with possible appendicitis). There are many other conditions that cannot be diagnosed or treated in a medical clinic like the TTA and require the resources of a hospital emergency department.

A second reason that patients may be sent to HLOC occurs even though a practitioner knows that the patient's problem is not an emergency and could theoretically be taken care of at the TTA. However, the patient is sent to an HLOC anyway due to staffing, training, or equipment issues at the TTA. I will refer to these as "transfers of convenience." Examples include

1. A patient has a simple laceration, but since there is no practitioner on duty, the patient is sent to the emergency department to get sutures.
2. A practitioner does not want to return to the TTA to do a patient examination and so sends the patient to a HLOC to have the examination done.
3. The TTA nurses have trouble starting an IV line so the patient is sent to the ER to get an IV.
4. A patient requires monitoring, but because of short-staffing, there are not enough RNs at the TTA to do the monitoring appropriately.

Such non-emergency patients are typically quickly sent back to the prison after the procedure or monitoring is done at the emergency department.

Once a practitioner has decided to send a patient to the ER, the transfer to a HLOC can occur in one of three ways.

1. Patients can be sent via a prison van, staffed with two COs. No medical personnel accompany the patient when sent in a custody vehicle. Most transfers of convenience can be sent this way.
2. Patients can be sent by a private ambulance. This is often referred to as sending the patient "BLS" (Basic Life Support). Since these are considered "non-emergency" transports, private ambulances respond when it is convenient for them to do so; therefore, BLS transports sometimes entail prolonged waits. The average wait for a BLS ambulance in 2023 was over an hour. In my chart reviews, I encountered several cases where the 9-1-1 ambulance was activated because of the long wait for a BLS ambulance, rather than because of a dramatic change in patient condition.
3. Finally, 9-1-1 can be called and the patient can be sent as quickly as possible in an ALS ambulance. In both LAC and RJD, an ALS ambulance will usually arrive in five to ten minutes. If 9-1-1 was activated by a CO First Responder, the 9-1-1 ambulance sometimes arrives at the TTA before the patient gets there. Even if a physician is on duty in the TTA, the patient may be loaded onto the 9-1-1 ambulance and transferred without the physician on scene ever evaluating them. One of the goals of EMS is to get a patient to a physician as soon as possible, and so this practice delays patient access to a medical practitioner. LA County Fire complained specifically about this scenario when I met with them.

4. The final stage of the emergency response is the evaluation and treatment performed in the hospital emergency department. Once this evaluation and treatment is done, the patient is either admitted to the hospital or sent back to the prison.

**Chart Reviews**:

At the request of the CDCR Receiver, I reviewed three sets of patient charts to answer specific questions regarding the CDCR Emergency Response System.

**Set #1: LAC and RJD Consecutive Send-out Review**

Review Objectives:

1. "*Review 100 consecutive send-outs from California State Prison, Los Angeles County, and Richard J. Donovan Correctional Facility to report, in the manner requested by the Receiver or his designee, on whether diagnostics were ordered in-house and determine whether the send-out was clinically necessary or instead could have been handled safely within the institutional setting*."
2. *"Opine, in the manner requested by the Receiver or his designee, on the utility of an emergency medicine consultation service to provide real-time consultation to institutions regarding evaluation and treatment of patients who present to the institution Triage and Treatment Area."*

The LAC chart review raw data are found in Appendix A.

The RJD chart review raw data are found in Appendix B.

Discussion. In doing this evaluation, I relied on the fact that on call practitioners could theoretically return to the TTA to provide onsite care "as necessary." (Operations Manual 3.7.1-1 (f) (1)). I used my clinical judgement to determine, as well as possible, if the transfer to a HLOC was a transfer of convenience (discussed above) and if the Practitioner On-Call (POC) could reasonably have returned to the TTA to provide the evaluation, monitoring and/or treatment that was instead provided at the HLOC.

Results:

1. Few diagnostics are ordered in the TTA other than EKGs.
2. At LAC, 36 out of 100 cases could reasonably have been taken care of by a practitioner on site.
3. At RJD, 28 out of 100 cases could reasonably have been taken care of by a practitioner on site.

**Discussion:**

A system where patients are seen face-to-face by a practitioner on site provides better medical care and reduces the risk of patient harm compared to a system that delays access to a practitioner evaluation by transporting patients off site.

Since sending patients to a hospital is expensive, these data indicate that staffing the TTA in a way that provides practitioner evaluations in the TTA would also be cost-effective.

An emergency medicine consultation service that provides real-time consultation regarding evaluation and treatment of patients who present to the Triage and Treatment Area would certainly be an improvement to the current system. However, consultation practitioners would still be remote and could not (for example) suture simple lacerations, which would still have to be sent to the ER. However, this may be an efficient and cost-effective way of providing remote on-call emergency consultations during all or part of 1st watch. I discuss this in more detail below.

**Set #2: EMRP EMS Activated Subset.**

*Review a random sample of 138-200 emergency medical response events of the 2023 emergency events where the local Emergency Medical System was activated and determine If 9-1-1 activation delays led to bad outcomes.*

Discussion: The three variables evaluated were:

1. *Was there a bad outcome*? I defined a bad outcome as any case that met at least one of the following:
    a. Death
    b. Required life-saving intervention
    c. Required hospital-based treatment or surgery
2. *Was there a delay in EMS Activation*? An EMS activation delay can occur at any level of emergency response: CO First Responder, HCFR, or in the TTA. To say that a 9-1-1 activation delay occurred requires evidence that a responder should have known from Policy and Procedure and/or training to activate 9-1-but failed to act.

a. CO First Responders. The CDCR Health Care Department Operations Manual, Article 7—Emergency Medical Response (Operations Manual) states 3.7.1-1 (1) (c) states "*the First Responder shall . . . activate 9-1-1 community EMS if indicated*." However, the Operations Manual does not say what those indications are. The HSI Adult First Aid/ CPR AED student manual states: "*If the person is unresponsive, or if you recognize the signs and symptoms of a life-threatening condition in a responsive person (or are just unsure), call 911 to activate EMS . . . **or activate your occupational emergency action plan (EAP)***." (my emphasis) (p. 21. See also p. 43) The HSI Adult First Aid/ CPR AED manual does not say when to activate the facility EAP **and also** activate 9-1-1. Since CO First Responders always activate the facility EAP to summon HCFRs and transportation of the patient to a medical clinic, I would fault a CO for not additionally activating 9-1-1 in the event of CPR or an unconscious patient in the setting of trauma, like a stabbing, a beating, or a fall.
The Emergency Medical Response Program has prepared a list of indications for CO First Responders to call 9-1-1, but since this is not part of CO First Responder training, they cannot be held to this standard.
b. Health Care First Responders (HCFRs). HCFRs receive training on recognizing medical emergencies requiring 9-1-1 transport in their Emergency Medical Response Training, as documented below. In my review of these charts, a delay in activation occurred if a HCFR documented any of these conditions, but did not activate 9-1-1.




c. TTA Practitioner. I held TTA Practitioners, whether in the TTA or on call, to the "Reasonable Practitioner" standard. If a reasonable medical practitioner in the community should have known that a patient needed emergency care and yet the TTA practitioner did not activate 9-1-1, I judged that to be a delay in emergency activation.

3. *Was there a delay in EMS response*? The California Correctional Healthcare Services EMS Interface Program has prepared a chart showing the contractual response times for the ACLS EMS units that respond to each CDCR institution (Appendix D). I concluded that there was a significant delay in EMS response if the response time was at least 25% longer than the contractual response time or if the EMS unit was delayed at the Sally Port.

The Emergency Activation Review raw data are found in Appendix C.

Results:

1. There were 12 bad outcomes in this set of 138 charts.
2. There were 3 EMS activation delays. All three EMS activation delays occurred in the TTA.
3. There were no EMS activation delays due to inaction by CO First Responders or HCFRs.

4. 2 of the bad outcome cases had EMS activation delays. Neither of these was contributory to the bad outcome.
5. There were 50 significant EMS response delays out of 119 EMS runs (42%).
6. 9 of the 12 bad outcomes (75%) had an associated EMS response delay. None of these was contributory to the bad outcome.
7. There was one case of unnecessary CPR being done by a CO First Responder.
8. 68 times out of 119 EMS runs (57%), the EMS records were not found in the patient's medical record.
9. An AED was applied five times. One of these resulted in a successful restoration of circulation and a life saved.
10. Narcan was administered 7 times, with a full recovery in 6 of the 7.

Discussion:

Based on this random sample, it does not appear that the CDCR has a significant problem with EMS/9-1-1 activations by First Responders. Instead, delays in getting patients transferred to a Higher Level of Care are mostly due to prolonged response times by both ACLS and BLS ambulances. Longer than expected ACLS EMS responses occurred 42% of the time overall and 75% of the time in bad outcome cases. These data emphasize the importance of the CDCR EMS Interface Project, which provides feedback to EMS systems about poor performance and negotiates commitments for shorter ACLS response times.

**Set #3. Random Sample EMRP Evaluation Emergency Events Data 2023 Review.** *Review EMRP data for calendar year 2023 and render an opinion, in the manner requested by the Receiver or his designee, regarding how well the program is currently operating*.

The Random Sample EMRP Evaluation Emergency Events Data 2023 Review raw data are found in Appendix 4.

Findings:

1. One life was saved by CPR/AED use.
2. There was one potentially preventable death. Patient #1 was seen in the TTA with severe (10/10) back pain. Despite abnormal vital signs, the on-call practitioner ordered a ketorolac shot and the patient was sent back to housing with discharge instructions for a Lumbar Strain and Constipation. About five hours later, the patient returned to the TTA with ongoing severe back pain. This time the POC ordered a transfer to HLOC, but via state vehicle. It took about two hours for this transport to take place. No additional vital signs or monitoring took place in the TTA during these two hours. Upon arrival at the ER, the patient was found to be in critical condition with an epidural abscess, bilateral pneumonias, and sepsis. He expired the next day.
3. Patients #2 and #3 had CPR performed unnecessarily.
4. The overall documentation of Emergency Medical responses is poor.
    a. 37 out of 90 charts of patients sent by ambulance are missing the EMS records.
    b. Many charts show a patient going to TTA or clinic for an evaluation but no documentation of what happened in the TTA. One example is patient #4, who was "sent to SEMS to see MD." The patient was not sent to a HLOC, but there is no note from the MD in the chart.
    c. Several charts document an EKG being done but the EKG is not found in medical records.
    d. Many charts are missing ER/hospital records. One example is patient #5, a "man-down" EMS activation. He died within four hours of arriving at the hospital, but there are no hospital records in his chart.
    e. Several charts show significant miscommunication with the emergency physician, i.e., the reason cited by the TTA practitioner on why the patient needed to be sent to a HLOC was not mentioned or evaluated by the emergency department practitioner. One example is patient #6. The clinic practitioner sent this patient to a HLOC because of a "7-8 cm mass" on her

low back with "weakness in both legs." The PCP wrote "Not sure if the mass is a collection of fluid or tissue swelling. Need immediate imaging" (MRI). However, the ER doctor mentioned no mass on the patient's low back, did not mention leg weakness, did only plain x-rays, and sent the patient back. Another example is patient #7, who was sent to the ER to have atrial flutter evaluated. The ER notes do not mention atrial flutter, and this was never evaluated. Some ER physicians expressed frustration in their notes due to not knowing why a particular patient had been sent to the ER.

5. The current system of staffing the TTA with practitioners only 20% of the time (2nd watch, M-F) delays patient access to ACLS and practitioner evaluations the rest of the time, which increase patient risk.
6. These records corroborate the fact that on-call practitioners frequently send patients to the hospital for minor procedures or observation that could have been done in the TTA, like simple laceration repairs (for example, patients #8 and #9), or observation of patients who could have been monitored in the TTA after fully recovering from an opioid overdose with Narcan (example, patient #10).
7. However, these data also show that such transfers of convenience also occur during 2nd watch on weekdays when there is ostensibly a practitioner assigned to the TTA. For example, patient #11 arrived at the TTA on a Monday at around 12:30 PM for a finger laceration sustained in the kitchen. He was sent to the ER. The ER physician did no sutures. He instead applied tissue adhesive and sent the patient back. (see also patient #12).
8. The overall management of patients complaining of chest pain is inconsistent and often poor. Risk stratification of patient complaints of chest pain is an important clinical process and an essential part of any Emergency Response System.
    a. HCFRs sometimes cancel emergency activations and do not send patients on to the TTA for complaints of chest pain that I would

consider worrisome and needing to be evaluated by a medical practitioner. (Example: patient #13).

b. Similarly, some patients evaluated in the TTA for complaints of chest pain that I would think should have been referred on to a HLOC for a cardiac work up were instead sent back to housing. One example was patient #14, who complained of chest pain and had an EKG in the TTA that read "consider acute ischemia." The TTA clinician diagnosed "epigastric pain" and sent the patient back to housing with a prescription for antacids. Patient #15 was similarly diagnosed with "chest wall pain" and sent back to housing. Later, it was noticed that his EKG showed acute ischemia. The patient was recalled to the TTA and sent to the hospital, where an acute myocardial infarction was confirmed. (see also patients #16 and #17).
c. Patients are being given nitroglycerine "per protocol" and then sent back to housing. (for example, see patient #18) This is poor clinical practice.
d. It appears that an EKG is the only chest pain evaluation tool used at the TTA and often interpreted as if a normal EKG means that the patient with chest pain is "cleared" even without an evaluation by a practitioner. As any emergency physician can tell you, this is not the case. (examples include patients #19 and #20)

**Discussion**:

There are some problems at the level of CO First Responders, including unnecessary CPR, AED delays, and 9-1-1 activation issues. Problems at the level of the HCFRs include inadequate documentation and staffing issues, especially on 1st watch and holidays.

However, the more serious problems with the operations of the CDCR Emergency Response System do not lie primarily at the level of the CO First Responders or the HCFRs, but rather at the level of TTA operations and

emergency transport to HLOC. The way that the TTA is staffed delays patient access to ACLS and to face-to-face practitioner evaluations.

The main cause of delays in getting patients to a hospital emergency department appears to be delays in EMS response, rather than delays in activating 9-1-1.

## Critique and Recommendations

**The Staffing of The Triage and Treatment Area (TTA) Is Inadequate to the TTA's Core Mission.**

The name "Triage and Treatment Area" indicates that the mission of the TTA is to:

1. Triage patients. The word "triage" means rapidly assess incoming patients to decide which patients need to be transferred to a hospital and which can be cared for at the TTA. For those patients who should be transferred to a hospital, triage also includes deciding the most appropriate method of transportation to the hospital.
2. Treatment Area. Patients who can receive definitive therapy on site should be provided with that therapy at the TTA. This would coincide to patients at a community Urgent Care Center who are treated and then sent home. Patients who need to go to a hospital emergency department should also be appropriately stabilized and treated prior to transfer.

The mission of the TTA is similar to that of a community urgent care center, where patients also go to be evaluated, triaged, and treated. However, all community urgent care centers are staffed with a medical practitioner the entire time they are in operation. This is because a practitioner's training and skills are needed to make appropriate Triage decisions and provide medical treatment.

The CDCR Health Care Department Operations Manual, Article 7—Emergency Medical Response says the following about TTA function.

1. "*RN staff, based on their level of licensure, training, and demonstration of competency, shall provide emergency care based upon clinical indications and utilizing patient-specific individual orders or nursing standardized procedures*."
2. "*TTAs and clinical areas shall be properly staffed and equipped*."
3. "Properly staffed" is defined as: One RN on duty 24/7 and one practitioner "*during business hours*." However, since one RN must remain in the TTA at all times, true TTA minimum staffing must be two RNs, one of whom is available to respond to emergencies.
4. "*A provider shall be onsite during business hours*." (i.e., 2nd Watch Monday – Friday, or 20% of the time). The Operations Manual does not say that the provider must be on duty in the TTA, just that a provider must be onsite. P&Ps do not define what the provider should do while on duty these hours or why these hours were chosen.
5. A Provider On Call (POC) must be available after hours, weekends and holidays to answer any calls from the TTA nurse. The POC is to return and provide "onsite care as necessary," but this rarely happens in actual practice.

Ideally, staffing to respond to emergency activations would consider when those emergencies are most likely to occur. Analysis of CDCR emergency activation data shows that the rate of emergency activations is around 45% for both 2nd and 3rd Watch and 8-10% on 3rd watch.



The rate of emergency activations is approximately the same on weekends as weekdays.

| 2023 Number of EMR Events | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Watch | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total | Percent of Total |
| 1W | 843 | 803 | 829 | 772 | 829 | 851 | 907 | 5,834 | 9% |
| 2W | 3,288 | 4,282 | 4,197 | 4,083 | 4,190 | 4,351 | 3,439 | 27,830 | 45% |
| 3W | 3,840 | 3,946 | 3,997 | 3,891 | 4,045 | 4,285 | 3,978 | 27,982 | 45% |
| No Event Time | 249 | 422 | 470 | 495 | 458 | 453 | 278 | 2,825 | 5% |
| Total | 7,971 | 9,031 | 9,023 | 8,746 | 9,064 | 9,487 | 8,324 | 61,646 | |
| Percent of Total | 13% | 15% | 15% | 14% | 15% | 15% | 14% | | |

Taking this rate of emergency activations into account, staffing to respond to emergencies would be identical on 2nd and 3rd Watch, seven days a week, when 90% of emergency activations occur. Staffing could decrease proportionately on 1st Watch. But that is not how staffing is made at the TTA.

**Practitioner staffing at the TTA is suboptimal.**

A practitioner is scheduled in the TTA during 2nd Watch, Monday-Friday, or 20% of the time. At LAC and most other CDCR facilities, this is the totality of practitioner staffing in the TTA. (RJD offers practitioners the opportunity for optional staffing of the TTA during 3rd Watch for either 4 or 8 hours).

However, business hours are not the ideal time to staff the TTA with a practitioner.

1. This is when medical clinics are scheduled. When I toured LAC, I counted 13 other practitioners on duty in the medical clinics. One of these could respond to the TTA for emergency activations just like the clinic RNs respond to emergency activations.
2. More emergency activations occur on 3rd Watch as on 2nd Watch, on average. In 2024, LAC had an average of 2.3 emergency activations on

2nd Watch and 2.8 on 3rd Watch. Similarly, RJS averages more emergency activations on 3rd Watch as opposed to 2nd Watch. It makes no operational sense to staff TTA with a physician on 2nd Watch but not 3rd Watch.

3. There are just as many emergency activations on the weekend and on holidays as during the week, but the TTA is also unstaffed with a practitioner during weekend and holidays.
4. The CDCR appropriately requires all Health Care Providers to be certified in Advanced Life Support. However, practitioners are only on site for 20% of the time. The other 80% of the time, patients must wait for the arrival of an ACLS ambulance crew to receive ACLS care. The average time required for this ranges from seven minutes to 30 minutes depending on the facility. (See appendix D--EMS Dispatch County Status and 9-1-1 Response Times). ACLS is a life-saving service that should be available on site at least during 2nd and 3rd Watches, when 90% of emergency activations occur.

In the end, if the goal is to provide emergency patients Advanced Cardiac Life Support and the earliest possible access to a practitioner's judgement and skills, it makes no operational sense to do this only 20% of the time. If staffing the TTA with a practitioner is sound medicine on 2nd Watch M-F, then it is sound medicine on 3rd Watch and on the weekends.

**The TTA practitioner call system is suboptimal**

The Operations manual gives little guidance on the responsibilities of the On Call Practitioner (POC). In a community hospital or urgent care center, when a practitioner is "on-call," the expectation is that when called, the practitioner will (almost) always return in person to the site they are covering and provide direct patient care. The Operations Manual states that the POC for the TTA is also supposed to return and provide "*onsite care as necessary*," (3.7.1-1.(f) (6) but this rarely happens in actual practice.

Also, POCs are not required to have access to their work computers while on call. I was told "some take their computers home and use them and some

don't." If an on-call practitioner does not have their work computer, this means, for example, that the TTA RNs cannot send an EKG for review, the practitioner cannot access a patient's old records and the POC cannot document their involvement in a case. None of this is good medical practice and increases patient risk.

When on-call practitioners are unwilling or unable to return to the TTA to evaluate patients, patients are routinely transported to an emergency department simply to obtain a practitioner's examination. In other words, it is more convenient for the POCs to send a patient to the ER for a medical examination than to come back to the TTA and do the examination themselves. Many transfers from the TTA to a HLOC are for the sake of this convenience rather than necessity.

It must be emphasized here that the quality of medical evaluations and decisions made by a remote practitioner are not and cannot be as accurate as if the practitioner were on site directly interacting with the patient. This increases patient risk and inevitably leads to patient harm.

In my opinion, the practice of remote practitioner call is one of the most serious flaws in the CDCR emergency response system. It is also not cost effective. Transfers of convenience are expensive.

- **Recommendations for improving practitioner staffing/call for the TTA.**

1. Staff the TTA with a practitioner on 2nd and 3rd Watch M-F. This can be done in a cost-effective way by moving the practitioner scheduled to staff the TTA from 2nd watch to 3rd watch M-F and having a clinic practitioner respond to emergency activations during 2nd watch. This move alone would double the presence of a practitioner on site.
2. During weekend 2nd and 3rd watches, require the POC to return to the institution to evaluate patients, when called. The CDCR would have to provide nearby housing for this POC. Small rural hospitals that

must provide practitioner coverage for their low-volume emergency departments often buy or rent nearby houses for their emergency practitioners to stay in while on call. The CDCR could staff these shifts either by using their own employee practitioners or by contracting with emergency practitioners to provide coverage. Emergency Medicine Residents and/or experienced emergency mid-level practitioners would be cost-effective resources.

3. Implementing both suggestions would provide ACLS and face-to-face practitioner care for 90% of emergency patients.
4. 1st watch could be covered by an emergency medicine consultation service. Since there are so few emergency activations on 1st watch in each institution, an experienced emergency on-call consultant could cover multiple institutions at night. Other prison systems term such a position a "Nocturnist." This emergency consultant would be expected to be awake and available during the entire 1st watch for emergency calls and questions from TTA nurses at several regional institutions.
5. Many other possibilities exist to improve practitioner coverage and on-call services for CDCR emergency patients. The ideal solution for a large urban facility with many emergency activations, like RJD, may not be ideal for a small rural facility with few emergency activations.

**RN staffing at the TTA Is not optimal for their mission**

TTA RNs are on duty 24/7 and are expected to always respond to emergency activations. However, staffing of the TTA also does not consider any of three important factors:

1. TTA RNs have help on 2nd Watch M-F, when clinic RNs can respond to emergency activations. When this help leaves at the end of 2nd Watch, TTA staffing should increase to maintain the same level of preparedness.

2. Emergency activations occur much more frequently on 2nd Watch and 3rd Watch as opposed to 1st Watch. Minimum TTA staffing should be found on 1st Watch, not on the much busier 2nd and 3rd Watches.
3. Emergency activations occur just as frequently on weekends and holidays. Emergency response preparedness should not be compromised on the weekend and holidays; the rate of emergency activations does not decrease then.
4. The rate of emergency activations varies greatly from prison to prison.




Prisons with a greater population and/or a greater number of emergency activations should have a proportionately higher number of RNs available in the TTA to respond. I was told at LAC that TTA staffing is

standardized and cannot easily be changed. For example, both LAC and FSP staff their TTAs with two RNs 24/7. However, LAC has more than six times as many emergency activations as FSP and should certainly should have proportionately more TTA staffing.

On the other hand, RJD has been able to appropriately increase TTA staffing. RJD staffs its TTA with 3 RNs on 1st watch, 5 RNs on 2nd Watch and 4 RNs on 3rd Watch. I was told that they were allowed to do this because their Echo facility was originally supposed to have its own TTA, which was not built in the end. RJD used this opportunity to more effectively staff their TTA. All facilities should similarly be able to increase their TTA staffing based on their level of emergency activations, with a minimal TTA staffing of two RNs ON 1ST watch.

**TTA RNs are tasked with duties that distract from their core mission.**

TTA RNs are tasked with many other duties that are not related to their core mission of emergency response, triage, and treatment. These include:

- Seeing all patients returning from medical appointments, and hospital/ER visits. There can be many of these patients, who return disproportionately on 3rd watch, when emergency activations are high.
- Supporting the telepsych provider. Telepsych by policy, must have a TTA RN in the room for the entire duration of the visit. This RN is not available to respond to emergency activations nor to actively monitor other emergency patients housed in the TTA.
- Supporting the telemedicine practitioner.
- Seeing clearances after Zoom court.
- Answering the large volume of calls that the TTA receives.
- Giving all medical Infusions, such as antibiotics, iron, hemophilia meds, MS meds, etc.

In addition, on weekends, holidays and after hours, the TTA RNs are also responsible for tasks that otherwise are done in other areas:

- Dressing changes and other treatments that are usually scheduled in the medical clinic.
- 3-day post MAT induction evaluations
- Transfers to and from other institutions
- New arrivals and court returns
- Processing of parolees
- Prep patients for surgery/medical procedures
- Time sensitive labs
- “Hard stick” lab draws
- Processing of sick calls, including:
    - Triage
    - Signing
    - Scanning into EHRS
    - Booking appts for same day or next business day

Once again, even though the amount of non-emergency duties TTA RNs are expected to do increases dramatically on weekends and holidays, their staffing does not increase. Even though the Operations Manual states “*the highest priority for the (TTA) RN shall be emergency care*.” (3.7.1-1. (f) (4)), the large amount of non-emergency tasks takes up TTA bedspace and RN time and attention and cannot help but negatively impact emergency operations. For example, at LAC, an estimated 30-40 patients return every weekday from offsite medical appointments and hospital visits. All these patients must be evaluated by the TTA RN. Most of these return evaluations occur during 3rd watch, which has the highest incidence of emergency activations. With just two TTA RNs, this negatively impacts emergency patient care and increases patient risk of harm.

Also, many of these duties, such as the processing of sick calls, are done during business hours by support staff, like secretaries and LVNs. Since the TTA has no support staff, the RNs must do this non-medical work. The TTA should be provided with the support staff they need when they must do extraneous, non-emergency work, after hours, on weekends and on holidays.

**TTAs are often staffed with untrained, inexperienced RNs.**

TTA duty is unpopular among most RNs. Some reasons for this include:

1. TTA duty involves working on weekends and at night.
2. The TTA is understaffed and the work is hard.
3. Like EMS and emergency rooms in the community, TTA duty can be intermittently chaotic and very stressful.
4. Unlike community emergency rooms, the TTA nurses are not reimbursed at a higher rate than nurses working in other, easier jobs.

Because of these factors, experienced RNs, who get to choose their shifts first, do not tend to choose to work in the TTA. Instead, newer inexperienced nurses are disproportionately assigned to the TTA. Even worse, agency nurses, (who the CDCR uses to fill critical gaps in nursing coverage) are also disproportionately assigned to the TTA. Agency nurses, with few exceptions, have not received the Emergency Medical Response training that CDCR HCFRs must have. This results in the TTA being frequently staffed by RNs who are both inexperienced and untrained.

This appears to violate the Operations Manual 3.7.1-1. (f) (1) which states "*Health care staff shall provide emergency care consistent with their licensure or certification, **training, competency**, and legal scope of practice*." In my opinion, agency nurses and new hire/inexperienced nurses do not have the "*training and competency*" to practice in the TTA. It certainly is not the ideal staffing for patients. Staffing the TTA with untrained, inexperienced nurses increases the risk of patient harm. Interacting with TTA nurses "who don't know what they are doing" was one of the complaints that the LA Fire Paramedics made when interviewed about their experience working with LAC.

- **Recommendations to improve TTA RN Staffing**

1. Require Emergency Response Training for all nurses before they can work in the TTA.

2. Increase reimbursement for TTA duty to the point that it becomes a desirable place for experienced RNs to work.
3. Match TTA staffing to the expected occurrence of emergency events. Minimal staffing should occur on 1st watch. Staffing should increase for 2nd and 3rd watches proportional to the occurrence of emergency activations and to the extra, non-emergency work assigned to the TTA.
4. Assign the evaluation of patients returning from medical appointments and hospital/ER visits to RR when RR is open and functioning.
5. Assign support personnel, such as secretaries and LVNs, to the TTA on weekends, holidays, and other times when the TTA is assigned any tasks that are done by support personnel during business hours.

**Transportation of urgent patients by private BLS ambulances and prison vans is suboptimal.**

In 2023 CCHCS EMR events, more patients were transported to a HLOC by private BLS ambulances (4,526) and state vehicles (7,132) than by 9-1-1 ALS ambulances (10,138). However, the length of time for patients deemed "urgent" to be transported by BLS and state vehicles was excessive. The average length of time system wide waiting for a private BLS ambulance was 1 hour and 8 minutes, and the average wait for a state vehicle transport was 2 hours and 3 minutes. Of course, these are the average times; half of the waits were longer, sometimes much longer.

| 2023 CDCR Emergency Activations Data | | |
|---|---|---|
| Average time from EMS activation to patient departure. | | Urgent Priority Level |
| Mode of transport | BLS Ambulance | 1:08 |
| | State Vehicle | 2:03 |

When a patient is deemed urgent, having to wait for over an hour for BLS ambulances and over two hours for state vehicle is excessive and increases

patient risk. The time it takes for a patient to be seen face-to-face by a medical practitioner is an independent factor in successful outcomes.

- **Recommendations to improve early access of urgent patients to practitioner evaluation.**

1. Adopting the changes in TTA staffing and call previously recommended would eliminate the need for most BLS/state vehicle transports.
2. It would be cost-effective for the CDCR to set up its own urgent transport system at urban prisons. One way to do this would be to provide these prisons with a MERV dedicated to urgent HLOC transports and then staff this MERV with on-call paramedics.

**The emergency response to patients complaining of chest pain is suboptimal**

I heard complaints and concerns about how to deal with chest pain patients from many individuals. Correctional Officers at both LAC and RJD expressed confusion and frustration in how they are supposed to act when a patient states that they have chest pain. Both LA Fire and San Diego Fire expressed concerns revolving around the emergency management of chest pain. My review of charts showed many examples of poor clinical management of chest pain patients by RN HCFRs and TTA clinicians.

This confusion is unnecessary. The American College of Cardiology and the American Heart Association have developed an excellent "Guideline for the Evaluation and Diagnosis of Chest Pain"[5] that could easily be adapted into a comprehensive clinical management guideline for chest pain in CDCR prisons.

- **Recommendation for improving care of patients with chest pain.**

[5] chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.ahajournals.org/doi/pdf/10.1161/cir.0000000000001029

Create a Chest Pain Clinical Management Guideline for use in CDCR facilities. One way to do this would be to assign the task to an ad hoc committee which would include a cardiologist, an emergency physician, representatives from Custody, Nursing, Administration, EMS, and any others deemed appropriate.

**Emergency training for Correctional Officer First Responders is inadequate.**

CO First Responders receive four hours of emergency training every other year. The curriculum is an eight-hour HSI First Aid/CPR AED course designed for laymen in the community. CO First Responders are only allotted four hours to learn the material in this eight-hour course PLUS learn how to administer Narcan. This abbreviated curriculum is seriously inadequate for the critical role that CO First Responders play in the prison Emergency Response System. The HSI First Aid/CPR AED course is designed for a community layman, like a bystander who responds to a medical problem in a grocery store, who likely will never see another medical emergency ever again.

But Correctional Officers are not laymen; they are trained professionals who respond to medical emergencies as part of their professional responsibility. The HSI First Aid/CPR AED training is not designed for professionals like COs and is wholly inadequate for the scope of their professional responsibilities.

*Not giving COs adequate emergency response training results in serious systemic problems in the emergency response system, and increases patient risk of harm*. Not providing appropriate training is also not cost effective.

The Correctional Officers I interviewed felt that they would benefit from more training, simply due to the number of emergencies that they respond to.

I understand that all other Peace Officers in California must receive Basic Life Support (BLS) Training and Certification. "*A course of at least 21 hours in first aid equivalent to the standards of the American Red Cross and healthcare provider level CPR and AED equivalent to the standards of the American Heart Association*" (*Cal. Code Regs. tit. 22 § 100028.01* subsection (f)). I have been told that even though Correctional Officers are Peace Officers, the act does

not require the same training for them as for other Peace Officers, and so Correctional Officers have never been offered this training.

While this might be a *legally* sound argument, it does not make *operational* sense. Correctional Officers respond to emergencies far more than any other category of Peace Officers. In fact, Correctional Officers respond to more emergencies than all other Peace Officers in California *put together*. Operationally, one should give the most training to those who will use it most. To provide BLS training to, say, Probation and Parole Officers who will likely never be an emergency First Responder in their entire career and to deny that training to Correctional Officers who will be an emergency First Responder literally hundreds of times in their career makes no operational sense.

As a rule, an organization should provide the most training to the individuals who will utilize that training the most.

**Inadequate CO First Responder Training Leads to Inappropriate CPR**

Based on the training provided in the HSI Adult First Aid/CPR AED course, COs are not allowed to check a pulse to decide whether a patient needs CPR. This results in COs performing CPR on patients who do not need it. I found three such cases in my chart reviews. Based on this, I wanted to estimate how many other cases of inappropriate CPR are occurring in the CDCR facilities.

Since CPR should always be followed by application of an AED, the number of cases where CPR was performed on patients who did not need it can be estimated by finding the number of times COs began CPR but the HCFR, upon arrival, found a pulse and so did not apply the AED. A search of 2023 emergency activations showed that 1/3 of Custody initiated CPR events were not followed by an AED, for a total of at least 134 cases of unnecessary CPR in 2023.




I need to point out here that CPR is not a benign procedure. Those of us who have done CPR know that CPR frequently results in broken ribs, and occasionally more serious injuries such as liver lacerations and collapsed lungs.

In my opinion, unnecessary CPR should not be happening in the CDCR. The lack of training that leads to unnecessary CPR also appears to violate California Assembly Bill 268 regulatory changes, effective July 1, 2024, which states: "*Adult correctional officers shall be trained that when safe and* ***appropriate to do so****, staff shall begin CPR on a nonresponsive person without obtaining approval from supervisors or medical staff*."[6] (my emphasis)

The solution is simple: teach COs how to check for a pulse before starting CPR. The community HSI First Aid/CPR AED course does not meet the requirements of a group of professional First Responders, like the CDCR Correctional Officers, who do CPR frequently and as part of their required duties.

[6] Title 15, Division 1, Chapter 1, Board of State and Community Corrections, Article 3. Minimum Standards for Training, Section 184 Annual Training Requirements (d)

**Lack of Policy and CO First Responder Training Leads to 9-1-1 Activation Problems**

The HSI Adult First Aid/CPR AED course states, "*If the person is unresponsive, or if you recognize the signs and symptoms of a life-threatening condition in a responsive person (or are just unsure), call 911 to activate EMS **or*** (my emphasis) *activate your occupational emergency action plan (EAP)*." (p. 21, see also p. 43) The HSI Adult First Aid/CPR AED course does not address when a CO First Responder should activate the EAP **AND** activate 9-1-1.

The CDCR Health Care Operations Manual, 3.7.1-1 (e) defines the duties of COs as First Responders as requesting a health care response and activating 9-1-1 community EMS "*if indicated*." However, the Health Care Operations Manual provides no guidance on what appropriate indications to activate 9-1-1 would be. The words "if indicated" strongly implies that CO First Responders are expected to use their professional judgement to decide when to call 9-1-1 in addition to activating the facility emergency response.

However, the Correctional Officers that I interviewed stated that in practice, they are not allowed to use their judgement in deciding whether to activate 9-1-1. If a patient states that they are having an emergency or if a patient uses a key phrase like "chest pain," activating the facility EAP to summon the HCFR is not enough, they *must* also call 9-1-1. Once 9-1-1 is called, only an RN or medical practitioner can cancel the call. However, 9-1-1 response times at LAC and RJD are so fast that the ambulance often arrives before an RN has an opportunity to cancel the call.

This pattern of over-activation of 9-1-1 has several negative consequences, both systemic and medical. During my visit to LAC, I met with representatives from the LA County Fire Department to discuss their perspective on the emergency system at LAC. These representatives included the Medical Director, Clayton Kazan and the Assistant Medical Director, Saman Kashani. LA Fire was quite critical of the emergency response system at LAC. LA Fire believed that LAC was systematically abusing the 9-1-1 system, thereby diverting resources from the community at large and placing responding

paramedics at risk, since they respond to all calls with lights and sirens. LA Fire presented several statistics in support of this assertion.

1. Since June of 2020, the overall volume of 9-1-1 calls from LAC had increased dramatically, especially in 2024. (insert graph)




2. However, according to LA Fire, this increase in calls was not due to an increase in legitimate medical emergencies. Instead, the main drivers of the increase were "low-acuity" calls. LA Fire defined low acuity calls as any call that was cancelled enroute, any call where the patient was not transported (usually due to a refusal to be transported), or any call that, in their judgement, could have been taken care of by the medical providers at the jail and so did not require transport—what I have defined as transfers of convenience.

# Proportion of low-acuity calls (AMA, BLS, Canceled)




3. LA County Fire was especially concerned about the large increase in refusals to be transported that they labelled “AMA” calls.




4. LA County Fire also felt that they were not being listened to when they tried to discuss their concerns with LAC leadership.
5. Overall, the morale of the LA Fire 9-1-1 paramedics with regard to LAC was poor.

Similarly, my impression from talking to many Correctional Officers at both LAC and RJD Prisons is that their morale is also poor regarding their role in emergency response. I was told by more than one CO, "We're angry." The issues driving this attitude include the perception that their professional judgement is not respected, they are undertrained, and they are not supported by prison administration in their role of emergency response.

This is not good for patients; it increases their risk of harm.

It is my understanding that the situation at LAC is not universal among all of the CDCR facilities. At some other facilities, the CO First Responders are issued cards developed by the CDCR Emergency Response Program that give COs guidance on when to activate 9-1-1:




**CO participation on patient transport is not defined.**

Neither the Operations Manual nor the HSI First Aid/CPR AED training addresses Custody's role in transportation of patients within the facility. For example, COs are taught that they may not transport a patient to the TTA in a wheelchair, even if the wait for a HCFR is prolonged (for example, if there are multiple emergency calls at the same time with only one HCFR on site).

Also, the COs at LAC will not help lift patients into the MERV; not even the CO assigned to drive the MERV will do this. The TTA RN must lift and maneuver the gurney into the MERV alone. Not surprisingly, this has resulted in several RN workplace injuries.

In contrast, the RJD COs will help the RNs lift and load patients into the MERV. It appears to depend on each individual institution's culture of professionalism as to how COs assist in emergency transportation.

**CO First Responders Do Not Use Automatic External Defibrillators (AEDs).**

CO First Responders are taught how to apply the AED in their HSI First Aid/CPR AED training. The Operations Manual states that AEDs are "strategically placed throughout the institution" to allow use by custody (Operations Manual (d)18.). However, the Operations Manual does not mention COs using an AED in the section on their responsibilities as First Responders. CO First Responders do not bring an AED to the scene of emergencies and do not use AEDs. HCFRs bring the AED to the scene up to eight minutes later. This delay increases the risk of patient harm by diminishing the effectiveness of the AED when used on patients in cardiac arrest.

- **Recommendations To Improve CO First Responder Training**

1. The CDCR should stop using the HSI First Aid/CPR AED course. It was designed for community lay people and does not fill the needs of professional COs who are expected to respond to emergencies frequently as part of their professional duties.
2. The Correctional Officers should receive additional emergency training that includes how to check for a pulse before beginning CPR.
3. The CDCR has a department devoted to developing and delivering emergency response training: the California Correctional Health Care Services Emergency Medical Response Program. The CDCR should authorize their own Emergency Medical Response Program to develop a training program specifically for CO First Responders.
4. If COs are not allowed to use their judgement to decide whether 9-1-1 activation is "indicated," the CDCR is obligated to define the indications whereby a correctional officer should call 9-1-1 and provide appropriate training. The CDCR Emergency Response Program has developed training and guidance on when CO First

Responders should activate 9-1-1. This should be incorporated into CO emergency training

5. Four hours every other year is an inadequate amount of time for CO First Responder training. CDCR should consult with the Emergency Medical Response Team as to how much time would be needed for this training.
6. Making this change would be cost-effective by eliminating the money spent for outside consultation and increasing the efficiency of the Emergency Response process.
7. The Operations Manual and training should address when CO First Responders should use an AED themselves rather than waiting for the HCFR.
8. The Operations Manual and training should address CO First Responder roles in the transportation process.

**Prison relationships with EMS partners should be a priority.**

One of the most striking findings of my investigation into the CDCR emergency response system was the level of anger expressed by the LA County Fire Department towards the LAC prison. It was clear that this anger had been building for months if not years. I heard about angry interactions between paramedics and LAC personnel both when I interviewed the LAC RNs and physicians and when I met with LA Fire personnel. This degree of animosity certainly raises the medical risk for patients caught in the middle of such disagreements.

By contrast, the relationship between the San Diego Fire Department and the RJD facility could not have been more cordial. What was striking, though, is that RJD and the San Diego Fire both said that a year ago, their relationship was as full of animus as LAC/LA Fire is now. The difference was a sustained effort to work together as a team. This resulted in San Diego Fire officials touring the RJD facility and attending as active participants the RJD Emergency Medical Response and Review Committee.

This remarkable turnaround was a result of work by the Emergency Medical Response's EMS Interface Project. The goal of this program is to

*"develop a comprehensive statewide plan to improve relationships with community EMS participants, improve the continuity of care provided to our patient-inmate population, standardize future EMS provider contracts where feasible, and become "better neighbors" to our community healthcare provider partners. These goals will be accomplished by the development of open and effective lines of communication and by active participation in local EMS policy development and continuous quality improvement work groups."*

San Diego Fire praised the work done by the EMS Interface project. This is an important project. Improving relationships with EMS partners improves medical care for patients.

The contrast between LA Fire/LAC and San Deigo Fire/RJD is an excellent example of the program's effectiveness.

Another example of the effectiveness of the EMS Interface project has been negotiating for faster response times from ACLS providers.

- **Recommendation to improve relationships with EMS partners**

The CDCR should expand the EMS Interface Project statewide. This would be cost-effective.

**Documentation of Emergency Responses is Not Optimal**.

CO First Responders document their response to emergency activations in the custody record, but this is not available for review in the medical record. Since CO First Responders provide some medical treatments (Narcan, bleeding control, and theoretically AED), their reports should be included in the patient's medical record.

The Operations Manual stipulates that "Patient Care Records (PCR) from community EMS providers involved in treatment or transport (be included) in

the health record." (3.7.(d) (19)) However, in my review of patient charts, EMS records were present less than half of the time.

Patient records also showed the frequent absence of other important emergency response documents, including HCFR reports, TTA RN reports, practitioner reports, and hospital records.

- **Recommendations to improve documentation**

1. CO First Responder emergency reports should be reviewable in the medical record.
2. The Emergency Medical Response and Review Committee should assign someone to make sure that all appropriate documents, such as First Responder records, TTA records, EMS records, and hospital records are incorporated into the medical record.

# Exhibit M

# CCHCS ANALYSIS OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMERGENCY RESPONSE SYSTEM: CRITIQUE AND RECOMMENDATIONS

On or about May 5, 2025, Dr. Jeffrey Keller provided, at the request of the Federal Receiver, a report detailing his review of the California Department of Corrections and Rehabilitation (CDCR) Emergency Medical Response System. The California Correctional Health Care Services (CCHCS) Health Care Operations, Clinical Program Deputy Directors and Corrections Services, in consultation with the CCHCS Fiscal Division and CDCR's Division of Adult Institutions (DAI), conducted a review of the "Keller Report." DAI was consulted on the custody recommendations in the Keller Report.

In medical emergency responses, CCHCS prioritizes delivering quality care and preventing avoidable delays and bad outcomes. CCHCS is appreciative of Dr. Keller's extensive review and recommendations. CCHCS conducts data-driven Quality Management (QM) analysis to review the clinical effectiveness of the Emergency Medical Response Program.

Below are the responses to the recommendations as of the date of this document.

## RECOMMENDATIONS FOR IMPROVING PRACTITIONER STAFFING/CALL FOR THE TTA (PAGE 27)

**Report Recommendation:** *Staff the Treatment and Triage Area (TTA) with a practitioner on 2nd and 3rd Watch M-F. This can be done in a cost-effective way by moving the practitioner scheduled to staff the TTA from 2nd watch to 3rd watch M-F and having a clinic practitioner respond to emergency activations during 2nd watch. This move alone would double the presence of a practitioner on site.*

**Response: Disagree**

CCHCS disagrees with a standard cross-coverage approach using a clinic Primary Care Provider (PCP) to cover TTA during second watch. This plan would disrupt clinic operations and the ability to sustain continuity of care to pre-scheduled appointments for paneled patients. Key timelines that support our goal of timeliness of receiving care would be missed and patient care would suffer. Although cross-coverage is not recommended for a daily schedule, it may be possible to use clinic PCPs on a case-by-case basis, if feasible, based on institution TTA volume and the triage level of the events.

Preliminary analysis of TTA send out rates, by watch, does not support the assignment of a provider on third watch. The number of acute TTA visits and unscheduled TTA send outs vary significantly by institution but is similar over second and third watch.

The table on page two shows the percentage of acute TTA visits sent offsite by watch and institution. CCHCS will continue to analyze TTA data on third watch and review for areas of performance improvement. CCHCS will continue to have an on call provider readily avilable at each institution

Percentage of acute TTA visits sent offsite by watch and institution from 1/1/2025 through 12/31/2025

| Institution | 1st Watch | 2nd Watch | 3rd Watch | All Watches |
|---|---|---|---|---|
| **Statewide** | **19%** | **26%** | **20%** | **23%** |
| ASP | 15% | 18% | 24% | 20% |
| CAL | 43% | 40% | 37% | 39% |
| CCI | 24% | 18% | 15% | 17% |
| CCWF | 7% | 9% | 10% | 9% |
| CEN | 37% | 59% | 50% | 54% |
| CHCF* | 41% | 47% | 44% | 45% |
| CIM | 39% | 28% | 31% | 30% |
| CIW | 23% | 48% | 26% | 36% |
| CMC | 10% | 22% | 15% | 17% |
| CMF | 14% | 13% | 11% | 13% |
| COR | 14% | 24% | 14% | 17% |
| CRC | 36% | 25% | 18% | 23% |
| CTF | 20% | 15% | 16% | 16% |
| FSP | 23% | 30% | 22% | 26% |
| HDSP | 33% | 23% | 23% | 24% |
| ISP | 41% | 53% | 51% | 52% |
| KVSP | 18% | 43% | 26% | 29% |
| LAC* | 16% | 28% | 18% | 21% |
| MCSP* | 15% | 37% | 25% | 28% |
| NKSP* | 16% | 33% | 26% | 28% |
| PBSP | 9% | 21% | 13% | 15% |
| PVSP | 17% | 39% | 30% | 32% |
| RJD* | 21% | 33% | 21% | 26% |
| SAC* | 20% | 32% | 23% | 26% |
| SATF | 27% | 48% | 29% | 36% |
| SCC | 32% | 28% | 17% | 23% |
| SOL | 22% | 19% | 22% | 21% |
| SQ | 13% | 21% | 12% | 16% |
| SVSP | 22% | 18% | 18% | 18% |
| VSP | 22% | 26% | 19% | 23% |
| WSP | 25% | 27% | 26% | 27% |

**Report Recommendation:** *During weekend 2nd and 3rd watches require the POC to return to the institution to evaluate patients, when called. CDCR would have to provide nearby housing for this POC. Small rural hospitals that must provide practitioner coverage for their low-volume emergency departments often buy or rent nearby houses for their emergency practitioners to stay in while on call. The CDCR could staff these shifts either by using their own employee practitioners or by contracting with emergency practitioners to provide coverage. Emergency Medicine Residents and/or experienced emergency mid-level practitioners would be cost-effective resources.*

**Response: Disagree**

CCHCS operations include physician coverage after hours, either remotely or provider call back to the institution to address issues that require onsite presence. All CCHCS physicians are trained and credentialed to evaluate emergencies for appropriate levels of care whether done onsite or offsite. CCHCS's Complete Care Model incorporates coordinated care activities between various licensed health care practitioners onsite and offsite in medical emergency activations. CCHCS continues to work on system improvements that allow us to safely manage patients on site.

**Report Recommendation:** *1st watch could be covered by an emergency medicine consultation service. Since there are so few emergency activations on 1st watch in each institution, an experienced emergency on-call consultant could cover multiple institutions at night. Other prison systems term such a position a "Nocturnist." This emergency consultant would be expected to be awake and available during the entire 1st watch for emergency calls and questions from TTA nurses at several regional institutions.*

**Response: Partially Agree**

We have already implemented a telemedicine nocturnist model covering 1st watch for a subset of institutions across the state and are in the process of evaluating the need for further expansion.

## RECOMMENDATIONS TO IMPROVE TTA RN STAFFING (PAGE 33)

**Report Recommendation:** *Require Emergency Response Training for all nurses before they can work in the TTA.*

**Response: Agree**

CCHCS agrees, as this is already required as nurses are provided with EMR training during onboarding and standardized procedure training.

**Report Recommendation:** *Increase reimbursement for TTA duty to the point that it becomes a desirable place for experienced RNs to work.*

**Response: Disagree**

The California Department of Human Resources sets the pay scales for civil service classifications, as such it is outside of CCHCS authority. We are aware of nationwide staffing shortages in healthcare positions; however Human Resources regularly engages in recruitment efforts to address vacancies, and leadership focuses efforts of retention.

**Report Recommendation:** *Match TTA staffing to the expected occurrence of emergency events. Minimal staffing should occur on 1st watch. Staffing should increase for 2nd and 3rd watches proportional to the occurrence of emergency activations and to the extra, non-emergency work assigned to the TTA.*

**Response: Partially Agree**

The demand does not support additional nursing staff at a majority of institutions. However, we have some high-volume institutions, whereby additional nursing staff might be appropriate if physical space is available to help monitor patients on site, where clinically appropriate to help not only manage the demand but also support such as monitoring in the TTA after overdose. Leadership continues to assess staffing and resource needs. CDCR and CCHCS submitted a Budget Change Proposal in May of 2026 requesting an increase of 60.6 positions and $8.9 million General Fund in 2026-27 and ongoing to update components of the Medical Classification Staffing Model and include as part as the annual Fall Population and May Revision processes.[1]

[1] https://bcp.dof.ca.gov/2627/FY2627_ORG5225_BCP9055.pdf

**Report Recommendation:** *Assign the evaluation of patients returning from medical appointments and hospital/ER visits to R&R when R&R is open and functioning*

**Response: Agree**

Preliminary analysis is complete. Nursing is working with Fiscal to explore staffing based upon the data. Most offsite/hospital returns occur between 10 am and 5 pm. The following graph shows the volume of offsite/hospital returns by hour. These visits account for a significant volume of TTA activity and require extra resources during those hours.




**Report Recommendation:** *Assign support personnel, such as secretaries and LVNs, to the TTA on weekends, holidays, and other times when the TTA is assigned any tasks that are done by support personnel during business hours.*

**Response: Partially Agree**

Review of tasks mentioned are duties that are appropriate for clinical nursing staff, however CCHCS will consider evaluating the need for after-hours workload that may be clerical.

## RECOMMENDATIONS TO IMPROVE EARLY ACCESS OF URGENT PATIENTS TO PRACTITIONER EVALUATION (PAGE 35)

**Report Recommendation:** *It would be cost-effective for the CDCR to set up its own urgent transport system at urban prisons. One way to do this would be to provide these prisons with a MERV dedicated to urgent HLOC transports and then staff this MERV with on-call paramedics.*

**Response: Disagree**

CDCR/CCHCS currently manages transportation services on an institution-to-institution basis, including as directed by leadership and by contracting and meeting regularly with community emergency services partners for transports. In order for CDCR to set up its own urgent transport it would require creating new civil service classifications specific to CDCR, emergency response certifications, potential licensure of several areas and staff, the commissioning of vehicles that meet CDCR safety and security parameters, as well the staff and equipment to maintain the vehicle and

its contents. CCHCS recommends continuing to collaborate with the local emergency response entities on best practices for providing the most efficient patient care.

## RECOMMENDATION FOR IMPROVING CARE OF PATIENTS WITH CHEST PAIN (PAGE 36)

**Report Recommendation:** *Create a Chest Pain Clinical Management Guideline for use in CDCR facilities. One way to do this would be to assign the task to an ad hoc committee which would include a cardiologist, an emergency physician, representatives from Custody, Nursing, Administration, EMS, and any others deemed appropriate.*

**Response: Agree**

In 2025, CCHCS created a Chest Pain (CP) Care Guide, and provided Continuing Medical Education training and incorporated decision support into Electronic Health Record System and QM tools. Part of the CP protocol is to use INTERCHEST, a clinical prediction rule for ruling out coronary artery disease in primary care patients with chest pain. We are working to ensure all institutions are using this protocol as appropriate.

## RECOMMENDATIONS TO IMPROVE CO FIRST RESPONDER TRAINING (PAGE 43)

**Report Recommendation:** *The CDCR should stop using the HSI First Aid/CPR AED course. It was designed for community lay people and does not fill the needs of professional COs who are expected to respond to emergencies frequently as part of their professional duties.*

**Response: Disagree**

Institutions are required to have health care staff available and accessible 24 hours a day, 7 days per week. Healthcare first responders generally respond within 8 minutes - very different conditions than what a Sheriff's Deputy working in a rural setting or a Highway Patrol Officer responding to an accident in a remote area might experience. CDCR believes the 8-hour HSI training is sufficient, given officers' immediate access to nurses and other licensed clinical staff.

---

**Report Recommendation:** *The Correctional Officers should receive additional emergency training that includes how to check for a pulse before beginning CPR.*

**Response: Disagree**

Correctional officers' training prioritizes time-sensitive action and is in alignment with guidelines. As a result, and due to concerns about unreliable detections and false negatives, the training does not include pulse checks before beginning CPR.

- Time-sensitive action: Every second counts during cardiac arrest. DAI is concerned that interrupting chest compressions to feel for a pulse can reduce survival chances. Correctional staff are taught to check for the chest to rise and fall, apply the AED to detect pulse and continue CPR if no shock is required.
- Guideline alignment: HSI follows recommendations from International Liaison Committee on Resuscitation (ILCOR) and the American Heart Association, which removed pulse checks from lay rescuer protocols for witnessed cardiac arrest.
- Unreliable detection: Studies show that even trained professionals often struggle to accurately detect a pulse within the recommended 10 seconds.
- False negatives: A weak or irregular pulse might go unnoticed, leading to a dangerous delay in starting CPR.

Correctional officers are trained to:

- Check for responsiveness: Shake and shout to see if the person reacts.
- Assess breathing: If they're not breathing normally, begin CPR immediately.
- Call for help: Dial 911 and get an AED if available.
- Start compressions: Do not wait—better to act than hesitate.

---

**Report Recommendation:** *The CDCR has a department devoted to developing and delivering emergency response training: the California Correctional Health Care Services Emergency Medical Response Program. The CDCR should authorize their own Emergency Medical Response Program to develop a training program specifically for CO First Responders.*

**Response: Disagree**

CDCR's Office of Correctional Safety (OCS) develops training regarding emergency alarm responses. Specifically, and in addition to the 8-hour HSI CPR training, Correctional Officers receive 32 hours of Alarm Response Training, which is written and certified by the OCS, and contains sections related to medical emergencies. In addition, staff receive 28 hours of communication and De-Escalation training which includes 8 hours of crisis intervention training. DAI has determined this training is sufficient.

---

**Report Recommendation:** *If COs are not allowed to use their judgement to decide whether 9-1-1 activation is "indicated," the CDCR is obligated to define the indications whereby a correctional officer should call 9-1-1 and provide appropriate training. The CDCR Emergency Response Program has developed training and guidance on when CO First Responders should activate 9-1-1. This should be incorporated into CO emergency training.*

**Response: Disagree**

OCS's Alarm Response Training covers correctional peace officers' specific responsibilities when they come upon an emergency situation. These include, but are not limited to, identifying the emergency; activate alarm and summon assistance; initiate 911 if warranted (Any staff can initiate 911); provide life-saving measures when safe to do so (CPR and basic first aid); ensure scene safety is maintained; and, provide assistance to health care personnel as needed. DAI has determined that this training is sufficient.

---

**Report Recommendation:** *Four hours every other year is an inadequate amount of time for CO First Responder training. CDCR should consult with the Emergency Medical Response Team as to how much time would be needed for this training. Making this change would be cost-effective by eliminating the money spent for outside consultation and increasing the efficiency of the Emergency Response process.*

**Response: Partially Agree**

IST currently teaches 4 hours annually (with discretion to teach every other year to maintain certification) and 2 hours of Alarm Response Training. More training is always beneficial. A recommendation is to include the local Emergency Medical Response Program Coordinator with the Reality Based Alarm Response Training (RBART) and incorporate scenarios where medical and custody staff work together to accomplish the objectives of the training. This training is completed quarterly, which would address how much time is needed for this training. Training takes place on all three (3) watches, 1st, 2nd, and 3rd and would include custody and medical staff.

---

**Report Recommendation:** *The Operations Manual and training should address when CO First Responders should use an AED themselves rather than waiting for the HCFR.*

**Response: Partially Agree**

Custody staff are trained to use the AED. There are multiple locations that have AEDs throughout most institutions but requirement for an officer to retrieve the AED could increase response times. Medical arrives with an AED quickly, but by policy no later than 8 minutes. First Responders AED usage is detailed in training; therefore it is not necessary to be duplicated in DOM.

---

**Report Recommendation:** *The Operations Manual and training should address CO First Responder roles in the transportation process.*

**Response: Partially Agree**

Current transportation training (received annually) includes the safety considerations below. As this process is detailed in training, it is not necessary to duplicate in DOM.

Identify safe practices for transporting inmates

- Incarcerated person's position in the vehicle
- Being aware of surroundings
- Preferred lane of travel
- Observe all traffic laws
- Be aware of your surroundings
- Communicate periodically with the inmate
- Monitor Safety zone

In the event you encounter a medical emergency, the procedure is as follows:

- For staff or inmate:
- Call 911, then contact your institution (watch office)
- Continue your transport if it is safe and prudent to do so
- Keep constant visual on the inmate
- Maintain communication with 911 dispatch
- Contact nearest institution and your destination to advise them of the situation
- Proceed to nearest hospital or as directed

## RECOMMENDATIONS TO IMPROVE RELATIONSHIP WITH EMS PARTNERS (PAGE 45)

**Report Recommendation:** The CDCR should expand the EMS Interface Project statewide. This would be cost-effective.

**Response: Agree**

CCHCS agrees to continue to foster relationships with external stakeholders and will continue to work towards expansion where appropriate in this ongoing effort.

## RECOMMENDATIONS TO IMPROVE DOCUMENTATION (PAGE 46)

**Report Recommendation:** *CO First Responder emergency reports should be reviewable in the medical record.*

**Response: Disagree**

Based on the Community standard, police reports are not included in hospital records. First responder reports are part of the original incident package.

---

**Report Recommendation:** *The Emergency Medical Response and Review Committee (EMRRC) should assign someone to make sure that all appropriate documents, such as First Responder records, TTA records, EMS records, and hospital records are incorporated into the medical record.*

**Response: Disagree**

This is a function of Health Information Management staff not the EMRRC, per HCDOM 2.3.7 – Health Record Viewing and Scanning. This issue has been referred to Headquarters Health Information Management to assess the extent of the scope and impact of the issue.

---

**Conclusion**

In summary, for the Agree or Partially Agree responses to recommendations, many of the items were already adopted before the Keller Report, were already in the review process, or continue to be evaluated by leadership stakeholders. Ongoing reviews are examining the needs and how to address areas for improvement, considering clinical effectiveness and the feasibility of alternative approaches while factoring in cost efficiencies. For these, and Disagree responses, if a recommendation is determined in whole or in part to be unnecessary, unfeasible, or cannot be accomplished within legal or operational constraints of the CCHCS's health care delivery system, the Keller Report concerns are noted. CCHCS continues to engage in efforts to improve emergency medical responses.

**Methodology for data provided for charts:**

- **TTA visits:** Any primary and secondary PowerForm signed from 1/1/2025 through 12/31/2025 for a patient within a CDCR institution.
  - TTA visits for return from higher level of care or in which a primary and secondary PowerForm were not used are not included in this analysis
  - TTA visits from closed institutions (as of 5/6/2025) were excluded from this analysis
- **TTA Send outs:** For every TTA visit in which the patient was documented as out to the hospital in SOMS within 24 hours of the TTA visit.
  - For people with more than one TTA visit on the same day, only the TTA visit closest to the hospital send out time was counted as a TTA send out

# Exhibit N

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| | | |
|---|---|---|
| **Date:** | June 9, 2025 | |
| **To:** | Chief Executive Officers<br>Chief Support Executives<br>Chief Medical Executives<br>Chief Nurse Executives<br>Chief Physician & Surgeons | Regional Psychiatrists<br>Health Program Managers III<br>Directors of Nursing<br>Chief & Senior Psychiatrists<br>Correctional Health Care Services Administrators I & II |
| **From:** | Signed by: Renee Kanan D65BF861AB2A44B...<br>RENEE KANAN, MD, MPH<br>Deputy Director<br>Medical Services | Signed by: Brittany Brizendine A0C9F0C2BC7D465...<br>BRITTANY BRIZENDINE, Psy. D,<br>Deputy Director<br>Institution Operations |
| **Subject:** | UPDATE TO URINE DRUG SCREENING PANEL & ORDERING FREQUENCY FOR MONITORING PATIENTS WITH SUBSTANCE USE DISORDER | |

This memorandum is to notify all staff of an update to the guidelines for monitoring patients with substance use disorder using urine drug screening (UDS). Direction in this memorandum supersedes the direction provided in the *CCHCS Care Guide: Substance Use Disorder* dated June 2024.

Effective immediately, UDS for patients with SUD should be completed at least every 90 days. Providers may order more frequent UDS if clinically indicated.

Additionally, the composition of the UDS Monitoring panel is being updated and replaced with a new panel that will provide reflex confirmatory testing on presumptive positive opiate and fentanyl screens. We will announce when the new panel is available to order.

Medical Services is in the process of revising the *CCHCS Care Guide: Substance Use Disorder* to reflect these changes. If you have questions or require additional information related to this memorandum, you may contact the MAT mailbox.

cc: Joseph Bick, Director, Health Care Services
Annette Lambert, Deputy Director, Quality Management
Debra Amos-Terrell, Deputy Director (A), Nursing Services
Amar Mehta, Deputy Directory, Statewide Mental Health Program
Sang Gross, Statewide Chief, Laboratory Services
Regional Health Care Executives
Regional & HQ Medical Executives

# Exhibit O

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | June 26, 2025 |
| **To:** | Chief Executive Officers<br>Chief Support Executives<br>Chief Medical Executives<br>Chief Nurse Executives<br>Chief Physicians & Surgeons<br>Chief & Senior Psychiatrists<br>Correctional Health Care Services Administrators<br>Laboratory Services |
| **From:** | Sang Gross, CLS<br>Clinical Executive, Statewide Chief of Laboratory Services<br>Medical Services Division |
| **Subject:** | **Additions to the Lab Order Menu – Revised UTOX Monitoring Panel** |

This memorandum notifies staff of updated composition of the urine drug test referred to as the UTOX Monitoring Panel within the Electronic Health Record System (EHRS). The new panel will provide reflex confirmatory testing on presumptive positive opiate and fentanyl screens and will be effective July 1, 2025.

- **UTOX Monitoring [test code 383403]**

Staff may search in EHRS for these orders by their test name, or by entering the number of the Quest Test Code. The previous monitoring panel test code [374595] will be retired and not available for use.

Please disseminate this message to all appropriate staff within your institution.

Questions may be directed to: CDCRCCHCSLabQuestions@cdcr.ca.gov.


P.O. Box 588500
Elk Grove, CA 95758

cc: Joseph Bick, Director, Health Care Services
Lara Saich, Director, Health Care Policy & Administration
Renee Kanan, Deputy Director, Medical Services
Debra Amos-Terrell, Deputy Director (A), Nursing Services
Brittany Brizendine, Deputy Director, Institution Operations
Annette Lambert, Deputy Director, Quality Management
Amar Mehta, Deputy Director, Statewide Mental Health Program
DeAnna Gouldy, Deputy Director, Policy & Risk Management Services
Regional Health Care Executives
Regional Deputy Medical Executives
Regional Psychiatrists
Deputy Medical Executives
Assistant Deputy Medical Executives

# Exhibit P

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

Date : May 8, 2026

To : Steven Fama, Prison Law Office

Subject : **PRISON LAW OFFICE NON-PARAGRAPH 7 CONCERN RELATING TO MAT PATIENTS UTOX URINALYSIS TEST ORDER / FALSE POSITIVE ISSUES**

California Correctional Health Care Services (CCHCS) and California Department of Corrections and Rehabilitation (CDCR) are providing the italicized information below in response to your email inquiry dated April 13, 2026.

1. Why was [redacted] ordered UTOX monitoring test 374595 for the sample collected 2/24/26 when CCHCS via its 6/26/25 memorandum stated that that test would be "retired" and "not available for use"?

   *Following implementation of the updated Urine Toxicology (UTOX) Monitoring 383403, UTOX Monitoring 374595 remained active to allow completion of existing orders and minimize potential disruption to patient care during the transition period. During the transition, UTOX Monitoring 374595 was inadvertently ordered, as some primary care providers (PCP) continued accessing it through saved or "favorite" orders, despite its removal from the order menu.*

2. Is it correct that UTOX monitoring test 374595 does not include reflex (automatic) confirmatory testing for presumptive positive opiate and fentanyl screens?

   *Yes, this is correct.*

3. Why was [redacted] not ordered UTOX monitoring panel 383403, which provides reflex confirmatory testing on presumptive positive opiate and fentanyl screens, for the sample collected 2/24/26?

   *Please refer to the response to question #1.*

4. Why was [redacted] ordered UTOX monitoring test 374595, and not UTOX monitoring panel 383403, for the samples to be collected in April, May, and June 2026, given the 6/26/25 CCHCS memo stating that test 374595 would be "retired" and "not available for use"?

   *Please refer to the response to question #1.*

5. Will CCHCS and the Receiver take any action, and if so what and when, both within CCHCS and with BPH, regarding the 2/24/26 UTOX monitoring results received for [redacted] given that a test was



P.O. Box 588500
Elk Grove, CA 95758

used that was “retired” and “not available for use”, had no reflex confirmatory testing, and, in our view, represents at best a false positive? If no action will be taken, please explain.

*The 374595 UTOX Monitoring results, dated February 24, 2026, showed* [redacted] *was positive for opiates and fentanyl. Reconciliation with prescribed medications identified one medication that could account for a false positive opiate result; however, the fentanyl result could not be attributed to a false positive. A confirmatory test 383403 on March 4, 2026, demonstrated results consistent with treatment; therefore, no further action is necessary with regard to this case.*

6. Have other patients, at CHCF and the other prisons, had the “retired” and “not available for use” UTOX monitoring test 374595 ordered since July 1, 2025? If so, how many, and why was that test ordered for those patients given the 6/26/25 CCHCS memorandum regarding that test and providing that PCPs would have and use a new UTOX monitoring panel, designated “383403”, which provides reflex confirmatory testing on presumptive positive opiate and fentanyl screens?

   *As noted above, PCPs inadvertently used outdated orders after June 2025. There were 10,372 UTOX Monitoring 374595 tests ordered statewide from July 1, 2025, to March 31, 2026, or 7.5% of all UTOX Monitoring tests ordered during that period. Of the 10,372 orders, 4,291 were completed; the rest were cancelled or discontinued.*

7. If other patients at CHCF and the other prisons have been and are being ordered the “retired” and “not available for use” UTOX monitoring test 374595, what will CCHCS and the Receiver do about it, including with regard to (a) how medical staff are informed of lab test ordering changes, (b) changing all pending orders to UTOX monitoring panel 383403, which provides reflex confirmatory testing on presumptive positive opiate and fentanyl screens, (c) educating and ensuring that PCPs henceforth use the latter test, and (d) promptly informing BPH of the continued use of the “retired” and “not available for use” UTOX monitoring test 374595, which does not have such reflex confirmatory testing?

   *Medical Services continues to provide training, education, and updates to the field. The transition period is now complete, and as of April 15, 2026, UTOX Monitoring 374595 has been fully deactivated and is no longer orderable, including through “favorite” or saved selections. All remaining UTOX Monitoring 374595 orders have been cancelled and reordered under the updated UTOX Monitoring 383403. The transition from one UTOX order test code to another does not impact Board of Parole Hearings process because they previously have been made aware that they should not be relying on the test results but rather the interpretation by the medical provider.*

Thank you.

cc: Clark Kelso, Receiver
Directors, CCHCS
CCHCS Office of Legal Affairs
Office of Legal Affairs, CDCR
Office of the Attorney General
Hanson Bridgett, LLP
DeAnna Gouldy, Deputy Director, Policy and Risk Management Services, CCHCS

# MEMORANDUM



Dr. Renee Kanan, Deputy Director, Medical Services, CCHCS
Robin Hart, Associate Director, Risk Management Branch, CCHCS
Regional Executives, Regions I-IV, CCHCS
Chief Executive Officer, CCHCS